Jennifer Towle (SBN 225095)
**DICKINSON WRIGHT PLLC**
607 W. 3rd Street, Suite 2500
Austin, TX 78701
Tel: (512) 770-4200
JTowle@dickinson-wright.com

Lael D. Andara (SBN 215416)
**DICKINSON WRIGHT RLLP**
615 National Avenue, Suite 220
Mountain View CA 94043
Tel: (408) 701-6152
LAndara@dickinson-wright.com

*Attorneys for Defendant*
MYFIRST USA INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

(Western Division – Los Angeles)

| | |
|---|---|
| WOBBLEWORKS, INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>GUANGZHOU JER EDUCATION TECHNOLOGY (d/b/a JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS CO., LTD) and MYFIRST USA INC.,<br><br>DEFENDANTS. | Case No. 26-CV-01592-MEMF (PVC)<br><br>**DECLARATION OF YONG GUAN JER IN SUPPORT OF DEFENDANT MYFIRST USA INC.'S PROPOSED BOND AMOUNT FOR PRELIMINARY INJUNCTION (DKT. NO. 18)**<br><br>Fed. R. Civ. P. 65<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Hearing Date: April 16, 2026<br>Time: 10:00 a.m.<br>Crtrm: No. 8B, 8th Floor<br><br>Trial Date: None Set |

I, YONG GUAN JER, declare as follows:

1. I am the Chief Executive Officer (CEO) of Defendant, myFirst USA Inc.

2. I submit this declaration in support of my First USA Inc.'s Opposition to the Plaintiff's Preliminary Injunction filed on March 3, 2026, specifically regarding the appropriate bond amount under Fed. R. Civ. P. 65(c), should the Court grant Plaintiff WobbleWorks Inc.'s Motion for a Preliminary Injunction.

3. I am informed that a preliminary injunction may only issue if Plaintiff WobbleWorks Inc. posts a security bond in an amount proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained.

4. I have personal knowledge of the facts set forth in this declaration based on my review of myFirst USA Inc.'s financial records, sales projections, and supply chain contracts. If called as a witness, I could and would testify competently to these facts.

## I. LOST SALES AND REVENUE

5. The preliminary injunction requested by Plaintiff would immediately halt the sale and distribution of our 3D printing pens, specifically the myFirst 3D Pen Make and myFirst 3D Pen Artist models.

6. myFirst USA Inc. currently has established retail partnerships and is selling these products through major U.S. storefronts, including BestBuy, Macy's, and Walmart.

7. Based on historical sales data and retail agreements, if this injunction remains in place through an estimated trial date of 18 months, myFirst projects a direct loss of gross revenue totaling $3,000,000.00 USD.

## II. WASTED INVENTORY AND SUPPLY CHAIN PENALTIES

8. myFirst has imported a significant volume of 3D printing pens into the United States.

9. If an injunction is granted, our existing inventory of the 3D Pen Make and 3D Pen Artist will be frozen, representing a sunk cost of at least $300,000.00 USD.

10. Because technology products depreciate rapidly, this inventory will likely be obsolete by the time a final judgment is rendered.

11. Furthermore, canceling ongoing purchase agreements with our suppliers to comply with the injunction will trigger breach-of-contract penalties totaling that may exceed $300,000.00 USD.

## III. LOSS OF MARKET SHARE AND GOODWILL

12. The consumer electronics and toy market is highly competitive. myFirst has expended significant resources to build business relationships and market presence in the United States, including heavy marketing investments for our 3D printing pens at CES 2026 in Las Vegas and Toy Fair 2026 in New York, with an estimated investment of $338,560.00.

13. If our products are removed from retail shelves for 18 months, our retail partners will likely replace our shelf space with products from our competitors. Regaining that lost shelf space, repairing our vendor relationships, and recovering our market share after a trial will require a massive marketing and promotional campaign, which our analytics team estimates will cost at least $1,000,000.00 USD.

## IV. TOTAL CALCULATED HARM

14. Based on the figures detailed above, if myFirst USA Inc. is wrongfully enjoined from selling the 3D Pen Make and 3D Pen Artist product lines, the company will suffer direct, quantifiable financial damages of at least $3,500,000 to $4,000,000.00 USD.

15. Therefore, if the Court determines that a preliminary injunction is warranted, myFirst USA Inc. respectfully requests that the Court require Plaintiff WobbleWorks, Inc. to post a security bond of no less than $4,000,000.00 USD to adequately protect myFirst's interests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March, 2026, in Republic of Singapore.

YONG GUAN JER
Chief Executive Officer
MyFirst USA Inc.