# Exhibit 1

# Professor Tim A. Osswald

Professor Emeritus - University of Wisconsin-Madison
Honorary Professor at the Friedrich-Alexander University, Erlangen, Germany
Honorary Professor at the National University, Bogotá, Colombia
co-Director of the Polymer Engineering Center

**EDUCATION:**

| | | |
|---|---|---|
| PhD | 1987 | University of Illinois-Urbana, Mechanical Engineering |
| MS | 1982 | South Dakota School of Mines & Tech., Mechanical Engineering |
| BS | 1981 | South Dakota School of Mines & Tech., Mechanical Engineering |
| H.S. | 1975 | S.D.S.J.C, Cúcuta, Colombia |

**POSITION HELD:**

| | |
|---|---|
| 2008-2009 | Interim Chair of Plastics Technology, University of Erlangen-Nuremberg (from August 1, 2008 to February 28, 2009) |
| 1999-2024 | Professor, Department of Mechanical Engineering, and co-Director of the Polymer Engineering Center, UW |
| 1995-1999 | Associate Professor, Department of Mechanical Engineering, UW |
| 1989-1995 | Assistant Professor, Department of Mechanical Engineering, UW |
| 1987-89 | Humboldt Fellow: Institute for Plastics Processing (IKV), Technical University of Aachen (RWTH), West Germany |
| 1987-89 | Consultant: Dynamit Nobel, Leverkusen, Germany |
| 1986 | College Graduate in Training: GM Research Labs |
| 1982-83 | Instructor: Mechanical Engineering , SDSM & T, SD |

**HONORS AND AWARDS:**

- Journal of Polymer Composites, Editor (2021-present)
- Advisor to the Colombian President on Science and Technology (2019-present)
- Member of the 2019 Commission to create a Science Ministry in Colombia
- Sabic Educator of the Year - SPE Composites Division (2017)
- Fred E. Schwab Education Award - National SPE Educator Award (2016)
- SPE Educator of the Year Award - Milwaukee, Wisconsin (2016)
- Honorary Professor - National University of Colombia (2010)
- Fellow of the Society of Plastics Engineers (2008)
- Honorary Professor - University of Erlangen-Nuremberg (2006)
- Chaired Professorship: K.K. and Cindy Wang Professor (2005-2015)
- Journal of Polymer Technology, Editor (2004-present)
- Nominated as the first American member of the International Alliance of Polymer Technology Professors (2002)
- Recipient of the VDI-K Dr.-Richard-Escales-Prize (2001)
- Journal of Polymer Engineering, Editor for the Americas, (1999-present)
- Hanser Publishers, Advisory Board, (1998-present)
- Journal of Society of Manufacturing Engineers, Editor -- Plastics
- NSF Presidential Young Investigator Award (1991-96)
- Alexander von Humboldt Fellow (1987-89)

**PERSONAL INFORMATION**:

Married, two children. Born in Bogotá, Colombia, US Citizen,
Fluent in English, German and Spanish. Communicates in French,
Italian and Portuguese

**BOOKS**

1. Osswald, T.A., and Román, A.J., *Understanding Polymer Processing*, 3rd Edition, Hanser Verlag, München, 2025

2. Baur, E., Drummer, D., Osswald, T.A., and Rudolph, N., *Saechtling Kunstoff-Taschenbuch*, 32st Edition, 2022. (German Plastics Handbook that appeared for the first time in 1936)

3. Gandhi, U., Goris, S., Osswald, T.A., and Song, Y.-Y., *Discontinuous Fiber-Reinforced Composites- Fundamentals and Applications*, Hanser Verlag, München, 2020

4. Baur, E., Osswald, T.A., and Rudolph, N., Plastics Handbook - The Resource for Plastics Engineers, Hanser Publishers, Munich, 2019

5. Osswald, T.A., *Understanding Polymer Processing*, 2nd Edition, Hanser Verlag, München, 2017

6. Osswald, T.A. and N. Rudolph, *Polymer Rheology, Fundamentals and Applications*, Hanser Publishers, 2015.

7. Osswald,T.A. and G. Menges, *Materials Science of Polymers for Engineers*, 3rd Edition, Hanser Verlag, München, 2012.

8. Osswald, T.A., *Understanding Polymer Processing*, Hanser Verlag, München, 2010

9. Naranjo, A, Noriega, M., Osswald, T.A., Roldán, A. and Sierra, J., *Plastics Testing and Characterization - Industrial Applications*, Hanser Verlag, München, 2006. Spanish Translation, 2013.

10. Osswald, T.A., Schmachtenberg, E. and Baur, E., *Kunstoff-Taschenbuch*, 30th Edition, Hanser Verlag, München, 2007. 31st Edition, 2013. (German Plastics Handbook that appeared for the first time in 1936)

11. Osswald,T.A., Turng, L.-S., and P.J. Gramann, *Injection Molding*, 2nd Edition, Hanser Verlag, München, 2007.

12. Osswald, T.A., Schmachtenberg, E. and Baur, E., *International Plastics Handbook*, Hanser Verlag, München, 2006. Chinese Translation 2008, Italian Translation 2009.

13. Osswald, T.A. and Hernandez, J.P, *Polymer Processing - Modeling and Simulation*, Hanser Verlag, München, 2006. Spanish Translation to be published 2009

14. Osswald,T.A., Turng, L.-S., and P.J. Gramann, *Injection Molding Handbook*, Hanser Verlag, München, 2001, Russian and Chinese translation, 2006.

15. Osswald,T.A. and G. Menges, *Materials Science of Polymers for Engineers*, 2nd Edition, Hanser Verlag, München, 2003. Spanish Translation 2009.

16. Davis, B.A., Gramann, P.J., Osswald, T.A., and Rios, C.A., *Compression Molding*, Hanser Verlag, München, 2003.

17. Osswald, T.A., *Polymer Processing Fundamentals*, Hanser Verlag, München, 1998. Spanish translation 2008.

18. Osswald,T.A. and G. Menges, *Materials Science of Polymers for Engineers*, Hanser Verlag, München, 1996. The book's Japanese edition appeared in 1997, and Korean edition in 1999.

19. Comer, J.J., T.A. Osswald and R.L. Pendleton, *An Introduction to Experimental Analysis of Stress and Strain*, SDSM & T Press, 1983.

Edited the following series (Plastics Pocket Power series)

1. Naranjo/Noriega/Sierra/Sanz *Extrusion Processing Data*, Plastics Pocket Power Series, T.A. Osswald, Editor, Hanser Publishers, Munich, 2001

2. Naranjo/Noriega/Sierra/Sanz, *Injection Molding Processing Data*, Plastics Pocket Power Series, Osswald, T.A. Editor, Hanser Publishers, Munich, 2001

3. Thielen, *Extrusion Blow Molding*, Plastics Pocket Power Series, Osswald, T.A. Editor, Hanser Publishers, Munich, 2001

4. Benatar/Grewell/Bonten Tuechert, *Welding*, Plastics Pocket Power Series, Osswald, T.A. Editor Hanser Publishers, Munich, 2001

5. Bonten, *Aging and Chemical Degradation*, Plastics Pocket Power Series, Osswald, T.A. Editor, Hanser Publishers, Munich, 2001

6. DeGreiff/Naranjo/Castaño, *Applied Rubber Technology*, Plastics Pocket Power Series, Osswald, T.A. Editor, Hanser Publishers, Munich, 2001

**NON-ENGINEERING RELATED PAPERS AND BOOKS (HISTORY)**

1. Osswald T.A., and S. Bolovari, *Wallace H. Carothers*, (1), 12, 1999.

2. Osswald T.A., *Hermann F. Mark*, Plastics Insight, (2), 11, 2000.

3. Osswald T.A., *Leo H. Baekeland*, Plastics Insight, (3), 7, 2001.

4. Osswald T.A., *Cellulose Plastics and the $10,000 Prize*, Plastics Insight, (4), 10, 2000.

5. Osswald T.A., *Polyethylene: A Product of Brain and Brawn*, Plastics Insight, (5), 4, 2001.

6. Osswald T.A., *Galalith: The Milk Stone*, Plastics Insight, (6), 9, 2001.

7. Osswald TA, *K is for Kunststoffe*, Plastics Insight, (7), 1, 2002.

8. Osswald, T.A., Chapter 1 - *Family Memories*, Robert Davidsohn, Eds. M. Ingerdaay, and W. Fastenrath-Vinattieri, Leo S. Olschki Publishing House, Florence, 2003.

9. Osswald, T.A., "In Search for the Right Books – A Historical Perspective of Polymer Engineering Education in The United States," *A chapter in Eine «Glenzende» Geschichte* Hanser Publishers, München, 2004.

10. Osswald, T.A., "Del Caucho Natural al Caucho Sintético: un Camino del Amazona a Auschwitz - Asuntos Éticos en Ciencia e Ingeniería," *Revista SLTCaucho, Vol. 13*, 20-30 (2016)

11. The 45 members of the Misión de Sabios, including Osswald, T.A., COLOMBIA HACIA UNA SOCIEDAD DEL CONOCIMIENTO, Misión de Sabios Report to the Colombian Presidency (2020)

12. Forero Pineda, C., Wasserman, M., and Osswald, T.A.,Eds., *Colombia on the Path to a Knowledge-Based Society - Reflections and Proposals,* Volume 1, Published by the Vice-Presidency of the Republic of Colombia, 2020

**REFEREED JOURNAL PUBLICATIONS**

1. Barone, M.R. and T.A. Osswald, "Boundary Integral Equations for Analyzing the Flow of Chopped Fiber Reinforced Polymer Compound in Compression Molding," *J. Non-Newt. Fluid. Mech.*, 26, 185-206, 1987.

2. Barone, M.R. and T.A. Osswald, "A Boundary Element Analysis of Flow in Sheet Molding Compound," *Polymer Composites*, 9, 158-164, 1988.

3. Osswald, T.A. and C.L. Tucker, "A Boundary Element Simulation of Compression Mold Filling," *Polym. Eng. Sci.*, 28, 413-420, 1988.

4. Saßmannshausen, U., W. Essig and T.A. Osswald, "The Density Distribution in Pressed Charges: An Analytical Approach," *Propell., Explos., Pyrothec*, 14, 24-27, 1989.

5. Michaeli, W., V. Hammes, K. Kirberg, R. Kötte, T.A. Osswald, and O. Specker, "Das RTM-Verfahren - Technologie und Anwendungsgebiete (RTM Process, Technology and Applications)," *Kunststoffe*, 79, 7, 586-89, 1989.

6. Michaeli, W., V. Hammes, K. Kirberg, R. Kötte, T.A. Osswald, and O. Specker, "Prozeßsimulation beim RTM-Verfahren (Simulation of the RTM Process)," *Kunststoffe*, 79, 8, 739-42, 1989.

7. Michaeli, W., M. Mahlke and T.A. Osswald, "Analyze Messungen und Simulation des Fließens von SMC mit einem Preßrheometer (Analysis, Measurements and Simulation of the Flow of SMC Using a Compression Rheometer)," *Kunststoffe*, 80, 1, 70-74, 1990.

8. Michaeli, W., M. Mahlke, T.A. Osswald, and M. Nöhlke, "Simulation des Fließens bei SMC (Flow Simulation for SMC)," *Kunststoffe*, 80, 6, 717-721, 1990.

9. Osswald, T.A. and C.L. Tucker, "Compression Mold Filling Simulation for Non-Planar Parts Using the Finite Element/Control Volume Approach," *Internat. Polym. Process.*, 5, 2, 79-87, 1990.

10. Osswald, T.A., "A Finite Element Analysis of the Thermomechanical Behavior of Fiber Reinforced Composites," *J. Thermoplastic Composite Materials*, 4, 173-189, 1991.

11. Saßmannshausen, W., W. Essig and T.A. Osswald "Predicting the Density in Pressed Charges Using the Finite Element Analysis," *Propell Explos., Pyrothec*, 16, 73-80, 1991.

12. Cohnen, W. and T.A. Osswald, "Experimental Study of High Reynolds' Number Flows Between Narrow Gaps," *Int. J. Polym. Proc.*, VII, 4, 314-319, 1992.

13. Igl, S.A. and T.A. Osswald, "Thermoforming Simulation of Natural Fiber Filled Polyolefins," *J. of Plastic Film and Sheeting*, 8, 4, 302-332, 1992.

14. Gramann, P.J. and T.A. Osswald, "Simulating Polymer Mixing Processes Using the Boundary Element Method," *Int. J. Polym. Proc.*, VII, 4, 303-313, 1992.

15. Cohnen, W. and T.A. Osswald," Der Werkzeug-Füllvorgang im RIM-Verfahren (Mold filling of the RIM Process," *Kunststoffe*, 82, 11, 1127-1130, 1992.

16. Gramann, P.J., J.C. Mätzig and T.A. Osswald, "Simulating the Non-isothermal Mixing of Polymer Blends Using the Boundary Element Method," *J. of Reinf. Plast. & Composites*, 12, 7, 787-799, 1993.

17. Gramann, P.J., L. Stradins and T.A. Osswald, "Flow and Heat Transfer Simulation of the Mixing of Polymer Blends Using the Boundary Element Method," *Int. J. Polym. Proc.*, (8), 4, 287-293, 1993.

18. Tseng, S.C. and T.A. Osswald, "Predicting Shrinkage and Warpage of Thin Compression Molded Fiber Reinforced Composite Parts," *SAMPE Quarterly, (24),* 4, 40, 1993.

19. Mohammed, R.K., T.A. Osswald, T.J. Spiegelhoff and E.M. Sun, "Modeling and Simulation of High Reynolds Number Flows During Reaction Injection Mold Filling," *Int. J. Polym. Proc.*, 1994.

20. Tseng, S.C. and T.A. Osswald, "Prediction of Shrinkage and Warpage of Thin Fiber Reinforced Thermoset Composite Parts," *J. Reinf. Plast. Comp.*, *(13)*, 8, 698, 1994.

21. Osswald, T.A., E.M. Sun, and S.C. Tseng, "Experimental Verification on Simulating Shrinkage and Warpage of Thin Compression Moulded SMC Parts," *Polym. & Polym. Compos., (2)*, 3, 187, 1994.

22. Tseng, S.C. and T.A. Osswald, “Predicting Shrinkage and Warpage of Fiber Reinforced Composite Parts,” *Polymer Composites*, *(15)*, 4, 270-277, 1994.

23. Ankenman, B., S. Bisgaard and T.A. Osswald, "Experimental Optimization of Computer Models of Manufacturing Processes," *Manufact. Review*, *(7)*, 4, 332-345, 1994.

24. Davis, B.A., P.J. Gramann, J.C. Mätzig and T.A. Osswald, "The Dual Reciprocity Method for Heat Transfer in Polymer Processing," *Engineering Analysis with Boundary Elements, (13)*, 3, 249-261, 1994.

25. Stradins, L.U. and T.A. Osswald, "Simulating the Flow of Multi-Domain Systems Using the Boundary Element Method," *Engineering Analysis with Boundary Elements, (16)*, 3, 197-202, 1995.

26. Stradins, L., and T.A. Osswald, "Predicting the Effect of Viscosity Ratios on the Mixing of Polymer Blends Using the Boundary Element Method," *Polym. Eng. Sci.*, *36*, 979-984, (1996)

27. Theriault, R.P., M. Buchmann and T.A. Osswald, "Polymer Flow Length Simulation during Injection Mold Filling," accepted for publication in *Polym. Eng. Sci.37,* 3, 667-671*,* 1997.

28. Gramann, P.J., A.C. Rios and T.A. Osswald, "Comparative Study of Mixing in co-rotating Twin Screw Extruders Using Computer Simulation," *Adv. Poly. Tech. 17*, 107, 1998.

29. Osswald, T.A., M.D. Noriega, P.J. Gramann, and B.A. Davis, "Grooved Feed Single Screw Extruders," *Polym. Eng. Sci., 38*, 7, 1998.

30. Gramann, P.J., C. Rauwendaal, T.A. Osswald, and G.Tellez, "Kinematics of Flow in Single Screw Extruders," *Int. J. Polym. Proc.*, 13, 4, 327-333, 1998.

31. Osswald, T.A., and E. Baur "BEM in der Kunststoffverarbeitung – Ein Überblick (BEM in Polymer Processisng – A Review)," *Kunststoffe*, 89, 2, 1999.

32. Hutchinson, B., A.C. Rios and T.A. Osswald ”Modeling the Distributive Mixing in an Internal Batch Mixer," *Int. J. Polym. Proc.*, *16*, 315, 1999.

33. Theriault, R.P., T.A. Osswald, and J.M. Castro, "Processing Induced Residual Stress in Asymmetric Laminate Panels," *Polymer Composites, 20*, 493, 1999.

34. Theriault, R.P., T.A. Osswald, and J.M. Castro, "A Numerical Model of the Viscosity of an Epoxy Prepreg Resin System,” *Polymer Composites, 20*, 628, 1999.

35. Theriault, R.P., T.A. Osswald, and J.M. Castro, "Measurement and Prediction of the Glass Transition Temperature during the Processing of Copper-Clad Epoxy Laminates," *Polymer Composites, 20*, 789, 1999.

36. Rios, A.C., T.A. Osswald, P.J. Gramann, M.P. Noriega, “Experimental and Numerical Study of Rhomboidal Mixing Sections,” *Int. J. Polym. Proc.*, *15*, 12, 2000.

37. Rios, A.C., and T.A. Osswald, “Comparative Study of Rhomboidal Mixing Sections Using the Boundary Element Method,” *Engineering Analysis with Boundary Elements, 24*, 89, 2000.

38. Rios, A.C., and T.A. Osswald, "Novel BEM Simulation of Mixing in Polymer Flows Including Non-Linear Effects," *J. of Reinforced Plastics and Composites*, *19*, 1474, 2000

39. Krawinkel, S., M. Bastian, T.A. Osswald, and H. Potente, Gleichdrall-Doppelschneckenextruder Strömungssimulation mit BEM," *Plastics Special, 12*, 30, 2000.

40. Sierra J.D., Noriega M.D., Osswald T.A. " Effect of Metallocene Polyethylene on Heat Sealing Properties of Low Density Polyethylene Blends ," J. Plast. Film Sheet 16, 33, 2000.

41. M. Yuan, T.A.Osswald, and J.M. Castro "Simulation of a Continuous Copper-Clad Thermoset Composite laminate Manufacturing Process," J. Polymer-Composites, 2002.

42. DeRose, A.N., M. Yuan, T.A.Osswald, and J.M. Castro "Simulation of Resin Flow During Compression of Copper-Clad Thermoset Composite laminates," J. Polymer-Plastics Technology and Engineering, 41, 3, 383-405, 2002.

43. Hernandez JP, Raush T, Rios A, Strauss S, Osswald TA, "Analysis of fiber damage mechanisms during processing of reinforced polymer melts" *Engineering Analysis with Boundary Elements*, 26, 7, 89, 2002.

44. Black Nembhard, H., N.J. Ferrier, T.A. Osswald, and J.R. Sanz-Uribe, "An Integrated Model For Statistical and Vision Monitoring in Manufacturing Transitions," *Quality and Reliability Engineering International*, 6 (19), 461-476, 2003.

45. Osswald, T.A., “Verarbeitungsprozesse mit Modellen beschrieben,” Kunststoffe, (93), 10, 130-134, 2003.

46. Hernandez JP, Osswald T.A., and Weiss, D.A., Simulation of Viscous 2D-Planar Cylindrical Geometry Deformation Using DR-BEM, *International J. Num. Methods Heat & Fluid Flow*, 13 (5-6), 698-719, 2003.

47. Noriega, M.P., Osswald, T.A., and N.J. Ferrier, "In-Line Measurement of the Polymer Melting Behavior in Single Screw Extruders," *J Polymer Engineering*, 24, (6), 557-578, 2004.

48. Hernandez JP, Raush T, Rios A, Strauss S, Osswald TA, "Theoretical analysis of fiber motion and Loads during flow," *J. Polymer-Composites*, 25, (1), 1-11, 2004.

49. Hernandez, J.P., and T.A. Osswald, “Domain Grid Superposition Technique for Nonlinear BEM,” Accepted in *Engineering Analysis with Boundaryu Elements*, (2004)

50. Hernandez, J.P., and T.A. Osswald, “A Novel Cure Reaction Model Fitting Technique Based on DSC Scans,” *J. Polym. Eng.*, 25 (1), (2005)

51. A., Roldán, N., Chesler, T., Osswald. “Simulation of Blood Flow Through Mechanical Heart Valves Using The Boundary Elements Method” *Engineering Analysis with Boundary Elements*. Accepted for publication (2007)

52. Londoño, A., and Osswald, T.A., "Fiber Jamming and Fiber Matrix Separation During Compression Molding," *J. Plastics Tech.*, (5), 1, (2006)

53. Londoño, A., Hernandez, J.P., and Osswald, T.A., "Mechanisms of Fiber-Matrix Separation in Ribbed Compression Molded Parts," *J. Polym. Composites*, (4), 4, 451-457 (2007)

54. Lopez, L.M., Cosgrove, A.B., Hernandez, J.P., and T.A. Osswald, "Modeling the Vulcanization Reaction of Silicone Rubber," *Polymer Engineering & Science*, (47) 5, 675-683, (2007)

55. Lopez-Gomez, I., Estrada, O., and Osswald, T.A., "Modeling and Simulation of Polymer Processing Using the Radial Functions Method," *J. Plastics Tech.*, (3), 2, (2007)

56. Lopez-Gomez, I., Estrada, O., and Osswald, T.A., ""Radial Basis Functions Interpolation for Non-Isothermal Non-Newtonian Flow, Considering Viscous Dissipation and Inertia Effects"," *International Journal of Numerical Methods for Heat and Fluid Flow*, Accepted for publication, (2007)

57. Cruz, J.C. and Osswald, T.A., "Precise Curing Analysis of Highly Accelerated Unsaturated Polyester Reactions," *J. Plastics Tech.*, 4, 3 (2008)

58. Ralston, B., and Osswald, T.A., "Viscosity of soy protein plastics determined by screw-driven capillary rheometry," *J. of Polym. Environ.*, (3), 16 (2008)

59. García S., Roldán A. and Osswald T., "Thin-Walled Injection Molding - A Dimensional and Scaling Analysis Approach," *J. Plastics Tech.*, 4, 5, (2008)

60. T. Beiss, M. Menacher, R. Feulner, G. Huelder, Osswald T., "Kleben von duroplastischen Verbundwerkstoffen - Kurzer Prozess dank Vibrationsschweißtechnik", *Adhassion, Kleben und Dichten*, 10, 22, (2008)

61. Roldán A., Weiben O., Haughton V., Chesler N. and Osswald T., "Characterization of CSF hydrodynamics in the presence and absence of tonsilar ectopia by means of computational flow analysis (CFA)," *Americal Journal of Neuroradiology*, 30, 941 (2009)

62. Cruz, J.C. and Osswald, T.A., "Monitoring Epoxy and Unsaturated Polyester Reactions Under Pressure-Reaction Rates and Mechanical Properties,"*Polymer Engineering and Science*, 49 (11), 2099-2108 (2009)

63. Londoño, A., and Osswald, T.A., "Modeling of the Fiber Jamming Phenomena during Processing of Fiber-Reinforced Composite Parts," *Key Eng. Mater.*, (425), 33 (2010)

64. Beiss, T.; Menacher, M.; Feulner, R., Hülder, G., and Osswald, T. A.,"Vibration Joining of Fiber-Reinforced Thermosets," *Polymer Composites*, 31, 7, p. 1205-1212 (2010)

65. Stark, N., White, R.H., Mueller, S.A., and Osswald, T.A., "Evaluation of Various Fire Retardants for Use in Wood Flourepolyethylene Composites" *Polymer Degradation and Stability*, (95) pp. 1903-1910 (2010)

66. Feulner, R., Brocka, Z., Seefried, A., Kobes, M., Hülder, G., and Osswald, T.A., "The effects of e-beam irradiation induced cross linking on the friction and wear of polyamide 66 in sliding contact," *Wear*, (268), 7-8, 905-910 (2010)

67. Hernández, J.P., and T.A. Osswald, "Modeling Processing of Silicone Rubber: Liquid Versus Hard Silicone Rubbers," *Journal of Applied Polymer Science*, (119), 1864-1871 (2011)

68. Londoño, A., Osswald, T.A., amd Hernandez, J.P. "Modeling the Behavior of fiber suspensions in the Molding of Polymer Composites," *J.Reinf.Plast.& Comp.*, (30), 781-790 (2011)

69. Rudolph, N., Osswald, T.A., Ehrenstein, G.W., "Influence of Pressure on Volume, Temperature and Crystallization of Thermoplastics during Polymer Processing", *International Polymer Processing* (26) 3, 239-248 (2011)

70. Aquite, W. and Osswald, T.A., "Producción de micropellets para procesos de sinterizado,"*Avances - Investigación en Ingeniería* (15) 97-102 (2011)

71. Osswald, T.A., "An Educational and Scientific Renaissance in Colombia - A Strong Start of the 21st Century," *DYNA-COLOMBIA*, 78 (170): 5-6 (2011)

72. Holmes, L., Favero, J. and Osswald, T.A., "Numerical simulation of three-dimensional viscoelastic planar contraction flow using the software OpenFOAM," *Computers and Chemical Engineering* (37) 64-73 (2012)

73. Hsu, C.L., Turng, L.S., Osswald, T.A., Rudolph, N., Dougherty, E., et al. "Effects of Pressure and Supercritical Fluid on Melt Viscosity of LDPE in Conventional and Microcellular Injection Molding" *International Polymer Processing*, 27 (1) 18-24 (2012)

74. Holmes, L., Favero, J. and Osswald, T.A.,, "Modeling Viscoelastic Secondary Flows in Three- Dimensional Noncircular Ducts,"*Polymer Engineering and Science,* DOI 10.1002/pen (2012)

75. Restrepo Zapata, N.C., Osswald, T.A., and Hernández Ortiz, J.P., "Cinética de Curado de un Caucho EPDM y una Resina Epoxídica Alifática - Modelamiento y Análisis sin y con Difusión" *Revista Iberoamericana de Polímeros*, 16 (6) 245-254 (2012)

76. Osswald, T.A., Aquite, W., Ramírez, D., López, L., Puentes, J., Pérez, C., García Rodríguez, S., "Retos en la Industria de Procesamiento de Plásticos y Compuestos," *DYNA*, 79, (10) 20-28 (2012)

77. Möbius, T., Eilbracht, S., Rudolph, N., Osswald, T.A. "Analysis of fiber orientation and fiber matrix separation in a compression molding process with an equi-biaxial flow front," *Journal of Plastics Technology* 10, 2, pp. 100-128, (2013)

78. Garcia, S., Puentes, J., Li, X.C., Osswald, T.A., "Prediction of Vortex Height from Mechanical Mixing in Metal Matrix Nanocomposite Processing by Means of Dimensional Analysis and Scaling," *Journal of Manufacturing Processes*, (16) 212-217, (2014)

79. De Abreau, V., Osswald, T., and Candal, M.V., "Efecto de la Temperatura en la Degradación de Polímeros Durante su Tiempo de Residencia en Extrusora," *Rev. LatinAm. Metal. Mat.*, S6, 15-16 (2014)

80. Restrepo-Zapata, N.C., Osswald, T.A., and Hernandez-Ortiz, J.P., "Method for Time–Temperature–Transformation, on Diagrams Using DSC Data: Linseed Aliphatic Epoxy Resin," *J. Appl. Polym. Sc*i., DOI: 10.1002/APP.40566 (2014)

81. Restrepo-Zapata, N.C., Osswald, T.A., and Hernandez-Ortiz, J.P., "Vulcanization of EPDM Rubber Compounds With and Without Blowing Agents: Identification of Reaction Events and TTT-Diagram Using DSC Data," *Polym. Eng. Sci.*, DOI 10.1002/pen.24049 (2014)

82. Restrepo-Zapata, N.C., Osswald, T.A., and Hernandez-Ortiz, J.P., "Modeling decomposition kinetics of OBSH as blowing agent for cellular EPDM rubber," *RFP 1 – Vol 10, 1-5* (2015)

83. Restrepo-Zapata, N.C., Osswald, T.A., and Hernandez-Ortiz, J.P., "Modellierung der Zerfallskinetik des Treibmittels p',p-oxybis(benzene sulfonylhydrazide) beim Einsatz in EPDM," *Gummi-Fasern-Kunststoffe (GAK)*, 8, 536-541 (2015)

84. Cifuentes, S.C, Bensiamar, F., Gallardo-Moreno, A.M., Osswald, T.A., Gonzáles-Carrasco, J.L., Benavente, R., González-Martín, M.L. , García-Rey, E., Vilaboa, N., and Saldaña, L., "Incorporation of Mg particles into PDLLA regulates mesenchymal stem cell and macrophage responses" *Society for Biomaterials*, DOI: 10.1002/jbm.a.35625 (2015).

85. Rojas-Gonzáles, A.F., and Osswald, T.A., "Determinación de la degradación térmica de polímeros por análisis de cambio de color - Determination of Polymer Thermal Degradation by Color Change Analysis," *Ingeniería, 21*, 1, 19-30 (2016).

86. Blei, R., Möbius, T., Pérez, C., Osswald, T.A., and Modler, N., "Influence of selected process parameters on changes of the fiber orientation in unidirectional reinforced thermoplastics during a hot pressing process" *Polym.Compos.*, DOI:10..1002/pc.24201 (2016)

87. Restrepo-Zapata, N.C., Eagleburger, B., Saari, T., N.C., Osswald, T.A., and Hernandez-Ortiz, J.P., "Untersuchung der Rheologie von EPDM in Gegenwart von Treibmittel," *Gummi-Fasern-Kunststoffe (GAK)*, *5*, 278-281 (2016)

88. Ropers, S., Kardos, M., and Osswald T.A., "A thermo-viscoelastic approach for the characterization and modeling of the bending behavior of thermoplastic composites," *Composites: Part A*, *90*, 22-32 (2016)

89. Möbius, T., Blei. R., Pérez, C., Osswald, T.A., and Modler, N., "Influence of process parameters on fiber orientation in reinforced thermoplastics" *Plast.Res.Onl.*, DOI: 10.2417/spepro.00677 (2016)

90.Mazhar, H., Osswald, T., and Negrut, D., "On the use of computational multi-body dynamics in SLS-based 3D Printing," *Additive Manufacturing*, 12, 291-295, DOI:, (2016)

91. Osswald, P.V., and Osswald, T.A., "A strength tensor based failure criterion with stress interactions," *Polym.Compos.*, DOI:10.1002/pc.24275 (2017)

92 Albrecht, K., Baur, E., Endres, H.-J., Gente, R., Graupner, N., Koch, M., Neudecker, M., Osswald, T.A., Schmidtke, P., Wartzack, S., Webelhaus, K., and Müssig, J., "Measuring fibre orientation in sisal fibre-reinforced, injection moulded polypropylene – Pros and cons of the experimental methods to validate injection moulding simulation" *Composites: Part A,* DOI:10.1016/j.compositesa.2016.12.022 (2017)

93. Osswald, P.V., and Osswald T.A., "An improved strength tensor-based failure criterion with stress interactions" *Plast.Res.Onl.*, DOI:10.2417/spepro.006867 (2017)

94. Ropers, S., Sachs, U., Kardos, M., and Osswald, T.A.,"A thermo-viscoelastic approach for the characterization and modeling of the bending behavior of thermoplastic composites - Part II," *Composites: Part A, 96, 67-76,* DOI:10.10.1016/j.compositesa.2017.02.007 (2017)

95. Song, Y., Gandhi, U., Pérez, C., Osswald, T.A., Vallury, S., and Yang, A., "Method to account for the fiber orientation of the initial charge on the fiber orientation of finished part in compression molding simulation," *Composites Part A*, 100, 244-254, DOI:10.1016/j.composites.2017.05.021 (2017)

96. Martin, B., Puentes, J., Wruck L. and Osswald T. A., "Degree of cure of epoxy/acrylic photopolymers: characterization with Raman Spectroscopy and a modified phenomenological model", *Polym. Eng. Sci.*, DOI: 10.1002/pen.24550 (2017)

97. Puentes, J., Restrepo-Zapata, N., Chaloupka A., Duddleston, L. J. L., Rudolph N. and Osswald T. A., "Quasi-isothermal DSC testing of epoxy adhesives using fast heating ramps", *J. Appl. Polym. Sci.,* **DOI:**10.1002/app.45425 (2017)

98. Kuhn, C., Walter, I., Täger, O., and Osswald, T.A., "Experimental and Numerical Analysis of Fiber Matrix Separation during Compression Molding of Long Fiber Reinforced Thermoplastics," *J. Compos. Sci*., 1, 2, **DOI:**10.3390/jcs1010002 (2017)

99. Puentes, J., Chaloupka A., Rudolph N. and Osswald T. A., "TTT-diagram for epoxy film adhesives using quasi-isothermal scans with initial fast ramps", *J. Appl. Polym. Sci.,* **DOI:** 10.1002/app.45791 (2017)

100. Goris, S., Back, T., Yanev, A., Brands, D., Drummer, D., and Osswald, T.A., "A Novel Fiber Length Measurement Technique for Discontinuous Fiber-Reinforced Composites – A Comparative Study with Existing Methods," *Polym. Compos.*, **DOI**:10.1002/pc.24466 (2017)

101. Goris, S., Back, T., Brands, D., Angel, Y., Drummer, D., Osswald, T.A., "Accurate, repeatable and efficient fiber-length measurements," *Plast.Res.Onl.*, **DOI**:10.2417/spepro.006973 (2017)

102. Kuhn, C., Walter, I., Täger, O., and Osswald, T.A., "Simulative Prediction of Fiber-Matrix Separation in Rib Filling During Compression Molding Using a Direct Fiber Simulation," *J. Compos. Sci.*, (2) 2, **DOI**: :10.3390/jcs2010002 (2018)

103. Schäfer, C., Aquite, W.M., and Osswald, T.A. "Simulation of Micropelletization Mechanisms in Polymer Melt – Air Systems" *Int. J. Polym. Proc., 33,* 1, 76-88 DOI:10.3139/217.3394 (2018)

104. Schäfer, C., Meyer, S.P., and Osswald, T.A. "A Novel Extrusion Process for the Production Polymer Micropellets" *Polym. Eng. Sci.*, DOI:10.1002/pen.24847, (2018)

105. Katharina Albrecht, K., Osswald, T.A., Baur, E., Meier, T., Wartzack, S., Müssig, J., "Fibre length reduction in natural fibre-reinforced polymers during compounding and injection moulding - Experiments versus numerical prediction of fibre breakage" *J. Compos. Sci.*, (2), 20, DOI: 10.3390/jcs2020020, (2018)

106. Iland, T., Goris, S., Boxleitner, J., Osswald, T.A., and Rudolph, "Fiber Orientation Effects in Fused Filament Fabrication of Air-Cooled Heat Exchangers" *N. JOM* 70: 298, DOI:10.1007/s11837-017-2733-8, (2018)

107. Obst., P., Launhardt, M., Drummer, D., Osswald, P.V., and Osswald, T.A., "Failure Criterion for PA12 SLS Additive Manufactured Parts," *Additive Manufacturing*, 21, 619-627, DOI:10.1016/j.addma.2018.04.008, (2018)

108. Osswald, T.A., Puentes, J., and Kattinger, J., "Fused Filament Fabrication Melting Model,"*Additive.-Manufacturing.*, DOI:10.1016/j.addma.2018.04.030 (2018)

109. Song, Y., Gandhi, U., Sekito, T., Vaidya, U.K., Hsu, J., Yang, A., and Osswald, T.A., "A Novel CAE Method for Compression Molding Simulation of Carbon Fiber-Reinforced Thermoplastic Composite Sheet Materials," *J. Compos. Sci.*, (2), 33, DOI: 10.3390/jcs2060033, (2018)

110. Goris, S., and Osswald, T.A., "Process-induced fiber matrix separation in long fiber-reinforced thermoplastics," *Composites Part A*, 105, 321-333, DOI:10.1016/j.compositesa.2017.11.024 (2018)

111.Colón, J.L., Heckner, T., Chrupala, A., Pollock, J., Goris, S., and Osswald, T.A., "Experimental Study of Particle Migration in Polymer Processing," *Polym.Compos.*, DOI:10.1002/pc.25018 (2018)

112.Ilnad, T., Goris, S., Boxleiter, J., Osswald, T.A., and Rudolph, N., "Process-Induced Fiber Orientation in Fused Filament Fabrication," *J. Compos. Sci.*, (2), 45, DOI: 10.3390/jcs2060045, (2018)

113.Beran, T., Iland, T., Henning, F., Rudolph, N., and Osswald, T.A.,"Nozzle clogging factors during fused filament fabrication of spherical particle filled polymers", *Additive Manufacturing*, Vol. 23, p. 206-214, DOI:10.1016/j.addma.2018.08.009 (2018)

114.Song,Y., Gandhi, U., Sekito, T., Vaidya, U.K., Vallury, S., Yang, A., and Osswald, T.A., "CAE method for compression molding of carbon fiber-reinforced thermoplastic composite using bulk materials" *Composites Part A*, 114, 388-397, DOI:10.1016/ j.compositesa.2018.09.002 (2018)

115.Osswald, T.A., "Editorial for the Special Issue on Discontinuous Fiber Composites," *J. Compos. Sci.*, (2), 63, DOI: 10.3390/jcs2040063, (2018)

116.Marschik, C., Osswald, T.A., Roland, W., Albrecht, H., Skrabala, O., and Miethlinger, J., "Numerical Analysis of Mixing in Block-Head Mixing Screws," *Polym. Eng. Sci.,* DOI: 10.1002/pen.24968, (2018)

117. Zhang, X., Chen, L., Kowalski, C., Iland, T., Osswald, T.A., "Nozzle flow behavior of aluminum/polycarbonate composites in the material extrusion printing process," *J. Applied Polym. Sc*i., DOI: 10.1002/APP.47252 (2018)

118.Altan, M., and Osswald, T.A., "Foam Injection Molding of Polypropylene/Zinc Oxide Nanocomposite with Chemical Foaming Agent: Mechanical Properties and Morphology," *Journal of Testing and Evaluation*, Vol. 47, No. 2, 2019, pp. 998-1008 (2019)

119. J. Puentes, J. L. Colon Quintana, A. Chaloupka, N. Rudolp, T. Osswald. "Moduli Development of Epoxy Adhesives during Cure". *Polymer Testing, 77, 1-9,* DOI: 10.1016/j.polymertesting.2019.04.010 (2019).

120.Mazzei, G., Rudolph, N., Osswald, P.V., and Osswald T.A., "Failure surface development for ABS fused filament fabrication parts," *Additive Manufacturing*, Vol. 28, p. 169-175, DOI:10.1016/ j.addma.2019.05.005 (2019)

121.J. Austermann, A.J. Redmann, V. Dahmen, A.L. Quintanilla, S.J. Mecham and T.A. Osswald, "Fiber-Reinforced Composite Sandwich Structures by Co-Curing with Additive Manufactured Epoxy Lattices," *J. Compos. Sci.*, 3, 53, DOI:10.3390/jcs3020053 (2019)

122.Zhang, X., Chen, L., Iland, T., and Osswald, T.A., "Effects of raster angle on the mechanical properties of PLA and Al/PLA composite part produced by fused deposition modeling,," *Polym. Adv. Technol.*, 1-14, DOI: 10.1002/pat.4645 (2019)

123.Mcnulty, J.D., Marti-Figueroa, C., Seopel, F., Plantz, J.Z., Ellingham, T.K., Duddleston, L., Goris, S., Cox, B.L., Osswald, T., Turng, L.-S., Ashton, R.S.,"Micro-Injection Molded, Poly(vinyl alcohol)-Calcium Salt Templates for Precise Customization of 3D Hydrogel Internal Architecture," *Acta Biomaterialia*, DOI: 10.1016/j.actbio.2019.04.050 (2019)

124.Osswald, T.A., "Hermann Mark - A Pioneer of Polymer Science," *Journal of Historic Polymeric Materials, Plastics Heritage and History*, Vol. 9, 1, 1-6 (2019)

125. Ansari, M.Q., Redmann, A., Osswald, T.A., Bortner, M.J., and Baird, D..G., “Application of Thermotropic Liquid Crystalline Polymer Reinforced Acrylonitrile Butadiene Styrene in Fused Filament Fabrication,” *Additive Manufacturing*, Vol. 29, DOI:10.1016/j.addma.2019.100813 (2019)

126. Petzold, S., Klett, J., Schauer, A., and Osswald, T.A., “Surface roughness of polyamide 12 parts manufactured using selective laser sintering,” *Polymer Testing*, DOI: 10.1016/j.polymertesting.2019.106094 (2019)

127. Chen, L., Zhang, X., Wang, Y., T., Osswald, T.A.,,”Laser polishing of Cu/PLA composite parts fabricated by fused deposition modeling: Analysis of surface finish and mechanical properties,”*Polym.-Compos.,* DOI:10.1002/pc.25459 (2019)

128. Redmann, A., Dahmen, V., Austermann, J., Quintanilla, A., Mecham, S., and Osswald, T.A., “Fabrication of hybrid composite T-joints by co-curing with 3D printed dual cure epoxy,” *Composites: Part B,* DOI:10.1016/j.compositesb.2019.10772 (2019)

129. Eryildiz, M., Altan, M., Osswald, T.A., “Comparison Foaming Behaviour of Polylactic Acid and Polypropylene,” *Acta Physica Polonica A*, DOI:10.12693/aphyspola.135.756, 135, 4, 756-758 (2019)

130. Mazzei Capote, G.A., Redmann, A., and Osswald, T.A., “Validating a failure surface developed for ABS fused filament fabrication parts through complex loading experiments”. *J. Compos. Sci.*, 3, 49 DOI: 10.3390/jcs3020049 (2019)

131. Colon Quintana, J.L., Redmann, A., Mazzei Capote, G.A., Perez-Irizarry, A., Bechara, A., Osswald, T.A., and Lakes, R., "Viscoelastic properties of fused filament fabrication parts". *Additive Manufacturing*, 28 DOI:10.1016/j.addma.2019.06.003 (2019)

132. Obst, P., Riedelbauch, J., Oehlmann, P., Rietzel, D., Launhardt, M., Schmölzer, S., Osswald, T.A., and Witt, G., “Investigation of the influence of exposure time on the dual-curing reaction of RPU70 during the DLS Process and the resulting part properties,” *Additive Manufacturing*, 32, DOI:10.1016/j.addma.2019.101002 (2020)

133. Kugler, S.K., Lambert, G.,M., Cruz, C., Kech, A., Osswald, T.A., and Baird, D., G., ”Macroscopic Fiber Orientation Model Evaluation for Concentrated Short Fiber Reinforced Polymers in Comparison to Experimental Data,” *Polym.Compos., DOI:*10.1002/pc.25553 (2020)

134. Zhao, J., Su, D.-X., Yi, J.-M., Cheng, G., Turng, L.-S., Osswald, T.A., “The effect of micromechanics models on mechanical property predictions for short fiber composites,” *Composite Structures*, DOI: (2020)

135. Petzold, S., Klett, J., and Osswald, T.A., “A Statistical Study of Surface Roughness for Polyamide 12 Parts Produced Using Selective Laser Sintering,” *Int. J. Polym. Proc.*, *35*, 2, 126-138, DOI: 10.3139/217.3900, (2020)

136. Simon, S., Bechara, A., and Osswald, T.A., “Experimental Validation of a Direct Fiber Model for Orientation Prediction,” *J. Compos. Sci.*, 4, 2, 59, DOI: :10.3390/jcs4020059 (2020)

137. Kugler, S.K., Kech, A., Cruz, C., and Osswald, T.A., “Fiber Orientation Predictions—A Review of Existing Models” *J. Compos. Sci.*, 4, 2, 69, DOI: :10.3390/jcs4020069 (2020)

138. Kugler, S.K., Day, A.P., Saad, S., Cruz, C., Kech, A. and Osswald, T.A., “A Flow-Dependent Orientation Model” *J. Compos. Sci.*, 4, 3, 96, DOI:10.3390/jcs4030096 (2020)

139.Kech, A., Kugler, S.K., and Osswald, T.A., "Significance of model parameter variations on the pARD-RSC model," *J. Compos. Sci.*, 4, 3, 109, DOI: :10.3390/jcs4030109 (2020)

140.Bechara, A. and Osswald, T.A., "Measuring Fiber Length in the Core and Shell Regions of Injection Molded Long Fiber-Reinforced Thermoplastic Plaques," *J. Compos. Sci.*,4, 104, DOI: 10.3390/jcs4030104 (2020)

141.Chang,, T.-C., Bechara Senior, A., Celik, H., Brands, D., Yanev, A., and Osswald, T. "Validation of Fiber Breakage in Simple Shear Flow with Direct Fiber Simulation," *J. Compos. Sci.*,4, 134, DOI: 10.3390/jcs4030134 (2020)

142.Knorr, L., Setter, R., Rietzel, D., Wudy, K., and Osswald, T.A., "Comparative Analysis of the Impact of Additively Manufactured Polymer Tools on the Fiber Configuration of Injection Molded Long-Fiber-Reinforced Thermoplastics, " *J. Compos. Sci.*,4, 136, DOI: 10.3390/jcs4030136 (2020)

143.Colón Quintana, J.L., Hiemer, S., Granda Duarte, N., and Osswald, T.A.,"Implementation of Shear Thinning Behavior in the Fused Filament Fabrication Melting Model: Analytical Solution and Experimental Validation," *Additive Manufacturing*, 32, DOI:10.1016/j.addma.2020.101687 (2020)

144.Teuwsen, J., Hohn, S.K., and Osswald, T.A., "Direct Fiber Simulation of a Compression Molded Ribbed Structure Made of a Sheet Molding Compound with Randomly Oriented Carbon/Epoxy Prepreg Strands—A Comparison of Predicted Fiber Orientations with Computed Tomography Analyses," *J. Compos. Sci.*,4, 164, DOI: 10.3390/jcs4040164 (2020)

145.Redmann, A., and Osswald, T.A., "A Model for Modulus Development of Dual-Cure Resin Systems," *Polym. Eng. Sci.,* DOI: 10.1002/pen.25628 (2020)

146.Redmann, A., Damodara, V., Tischer, F., Prabhakar, P., and Osswald, T.A., "Evaluation of Single-Lap and Block Shear Test Methods in Adhesively Bonded Composite Joints," *J. Compos. Sci.*,5, 27, DOI: 10.3390/jcs5040027 (2021)

147.Román, A.J., Travis, J.Z., Martínez-Ávila, J.C., and Osswald, T.A., "Influence of plantation climate and storage time on thermal and viscoelastic properties of natural rubber," *AIMS Bioengineering*, 8, 1, 95-111, DOI:10.3934/bioeng.2021010 (2021)

148.Kuhn, C. and Osswald, T.A., "Editorial for the Special Issue on Discontinuous Fiber Composites, Volume II," *J. Compos. Sci.*,5, 71, DOI: 10.3390/jcs5030071 (2021)

149.Colón Quintana, J.L., Teuwsen, J., Mazzei Capote, G.A., and Osswald, T.A., "Application of the Stress Interaction Failure Criterion in Platelet Composite Compression Molded Parts," *Polym.Compos.*, DOI: 10.1002/pc.26084 (2021)

150.Kugler, S., Bechara, A., Perez, H., Cruz, C., Kech, A., Osswald, T.A., "Data Enriched Lubrication Force Modeling for a Mechanistic Fiber Simulation for Short Fiber-reinforced Thermoplastics," *Physics of Fluids*, 33, 5, DOI: 10.1063/5.0049641 (2021)

151.Simon, S.A., Hain, J., and Osswald, T.A., "Effect of gas pressure on the microstructure of parts foamed with the novel microcellular injection molding technology Ku-Fizz™" *SPE Polymers*, 2(4), 311, 10.1002/pls2.10044 (2021)

152.Chang, Y.-J., Chang, R.-Y, and Osswald T.A., "Measurement and modeling of bulk viscosity for polystyrene melts," *Physics of Fluids*, 33, 5, DOI: 10.1063/5.0055930 (2021)

153.Mazzei Capote, G.A., Oehlmann, P.E.V., Blanco Campos, J.C., Hegge, G.R., and Osswald, T.A., "Trends in force and print speed in Material Extrusion," *Additive Manufacturing*, 46, DOI:10.1016/j.addma.2021.102141 (2021)

154.Pyatov, N., Karthi Natarajan, H., Osswald, T.A., "Experimental investigation of in-plane shear behaviour of thermoplastic fibre-reinforced composites under thermoforming process conditions," *J. Compos. Sci.*,5, 9,248 DOI: 10.3390/jcs5090248 (2021)

155. Román, J.A., Qin, S., Zavala, V.M., and Osswald, T.A., "Neural network feature and architecture optimization for injection molding surface defect prediction of model polypropylene" *Polym.Eng.Sci., 61*, 9, 2676, DOI:10.1002/pen.25765, (2021)

156.Mattei, M.S., Liu, B., Mazzei Capote, G., Liu, Z., Osswald, T.A., Yu, Z., Goldsmith, R.H., "Rapid Design, Fabrication, and Optimization of 3D Printed Photonic Topological Insulators," *ChemRxiv*, DOI:10.33774/chemrxiv-2021-7drxh (2021)

157.Bachmann, J., Obst, P., Knorr, L., Schmölzer, S., Fruhmann, G., Witt, G., Osswald, T.A., Wudy, K., and Hinrichsen, O., "Cavity vat photopolymerisation for additive manufacturing of polymer-composite 3D objects" *Communication Materials* 2, 107, ƒ-5 (2021)

158.Bechara, A., Goris, S., Yanev, A., Brands, D., and Osswald, T., "Novel modeling approach for fiber breakage during molding of long fiber-reinforced thermoplastics," *Phys. Fluids* 33, 073318, DOI:10.1063/5.0058693 (2021)

159.Montoya-Ospina, M.C., Verhoogt, H., and Osswald, T.A., "Processing and rheological behavior of cross-linked polyethylene containing disulfide bonds," *SPE-Polymers*,1-16 DOI: 10.1002/pls2.10062 (2021)

160.Redmann, A., Montoya-Ospina, M.C., Karl, R., Rudolph, N., and Osswald, T.A., "High-force dynamic mechanical analysis of composite sandwich panels for aerospace structures ," *Composites Part C: Open Access 5*, 100136, DOI:10.1016/j.jcomc.2021.100136 (2021)

161.Yang, H., Román, A., Chang,T.-C., Yu,C., Jiang, J., Shotwell, D., Chen, E., Osswald, T.A., and Turng, L.-S., "Cell Morphologies, Mechanical Properties, and Fiber Orientation of Glass Fiber-Reinforced Polyamide Composites: Influence of Subcritical Gas-Laden Pellet Injection Molding Foaming Technology," *Phys. Fluids* 34, 013101, DOI:10.1063/5.0078055 (2022)

162.Marschik, C., Roland, W.,Osswald, T.A., "Melt Conveying in Single-Screw Extruders: Modeling and Simulation," *Polymers*, 14, 875, DOI:10.3390/polym14050875, (2022)

163.Colón Quintana J.L., and Osswald, T.A., "Understanding softening of amorphous materials for FFF applications," *Internat. Polym. Process.*, 37, 1, 10.1515/ipp-2021-4155 (2022)

164.Osswald, T.A., Jack, D., and Thompson, M., "Polymer Composites - Additive Manufacturing of Composites,", *Polym.Compos.*, DOI: 10.1002/pc.26631 (2022)

165.Mazzei Capote, G.A., Montoya-Ospina, M.C., Liu, Z., Sabatini, M., Liu, B., Delgado, A.P., Yu, Z., Goldsmith, R.H., and Osswald, T.A., "Compounding a High-Permittivity Thermoplastic Material and Its Applicability in Manufacturing of Microwave Photonic Crystals," *Materials*, 15, 7, 2492,DOI: 10.3390/ma15072492 (2022)

166. Mattei, M.S., Liu, B., Mazzei Capote, G.A., Liu, Z., Hacha, B.G., Osswald, T.A., Yu, Z., Goldsmith, R.H., “Three-Dimensional Printed Planar Polymer Photonic Topological Insulator Waveguides and Their Robustness to Lattice Defects,” *ACS Photonics*, DOI:10.1021/acsphotonics.2c00332 (2022)

167. Wang, M.Y., Thevamaran, M., Mattei, M.S., Hacha, B.C., Mazzei Capote, G.A., Yu, Z., Osswald, T.A., Goldsmith, R.H., Thoma, D., and Ma, C., “Underwater ultrasonic topological waveguides by metal additive manufacturing,” *Appl.Phys.Lett,* DOI:10.1063/5.0086951 (2022)

168. Román, A.J., Qin, S., Rodríguez, J.C., González, L.D., Zavala, V.M., and Osswald, T.A., “Natural Rubber Blend Optimization via Data-Driven Modeling: The Implementation for Reverse Engineering,” *Polymers*, 14, 2262, DOI:10.3390/polym14112262 (2022)

169. Zhao, J, Guo, C., Zuo, X., Román, A.,J., Nie, Y.,Dong-Xiao Su, D.-X.,Turng, L.S., Osswald, T.A. Cheng, G., Chen, W., “Effective mechanical properties of injection-molded short fiber reinforced PEEK composites using periodic homogenization,” *Advanced Composites and Hybrid Materials*, DOI:10.1007/s42114-022-00518-y (2022)

170. Tagscherer, N., Osswald, T.A., and Drechsler, K., “Targeted Temperature Manipulation and Analysis of the Influence on Mechanical Properties in Large-Scale Extrusion Additive Manufacturing,” *Appl. Sci.*, 12, 2998, DOI:10.3390/app12062998 (2022)

171. Bustos Seibert, M., Mazzei Capote, G..A., Gruber, M., Volk, W., and Osswald, T.A., “Extrusion of a PET-Filament from recycled material for Material Extrusion (MEX),” *Recycling*, 7, 69, DOI: 10.3390/recycling7050069 (2022)

172. H. Li, H. A. Aguirre-Villegas, R. D. Allen, X. Bai, C. H. Benson, G. T. Beckham, S. L. Bradshaw, J. L. Brown, R. C. Brown, V. S. Cecon, J. B. Curley, G. W. Curtzwiler, S. Dong, S. Gaddameedi, J. E. Estela-García, I. Hermans, M. S. Kim, J. Ma, L. O. Mark, M. Mavrikakis, O. O. Olafasakin, T. A. Osswald, K. G. Papanikolaou, H. Radhakrishnan, M. A. Sanchez-Castillo, K. L. Sánchez-Rivera, K. N. Tumu , R. C. Van Lehn, K. L. Vorst, M. M. Wright, J. Wu, V. M. Zavala, P. Zhou and G. W. Huber, “Expanding Plastics Recycling Technologies: Chemical Aspects, Technology Status and Challenges,” *Green Chemistry,* DOI: 10.1039/D2GC02588D (2022)

173. Montoya-Ospina, M.C.; Verhoogt, H. ; Ordner, M.; Tan, X. ; Osswald, T.A., “Effect of cross-linking on the mechanical properties, degree of crystallinity and thermal stability of polyethylene vitrimers,” *Polym. Eng. Sci.*, DOI 10.1002/pen.26178 (2022)

174. Shotwell, D., Román, A.J., Yang, H., Lin, C.-Y., Glas, S., Chen, E., Osswald, T.A., and Turng, L.-S., “Effect of static mixer on fiber orientation of injection molded fiber-reinforced composites,” *SPE-Polymers*,1-16, DOI: 10.1002/pls2.10080 (2022)

175. Simon, S.A., Hain, J., Sracic, M.W., Tetanie, H.R., Prabhakar, O., and Osswald, T.A. , “Mechanical Response of Fiber-Filled Automotive Body Panels Manufactured with the Ku-FizzTM Microcellular Injection Molding Process,” *Polymers*, 14, 4916, DOI:10.3390/polym14224916 (2022)

176. Poompiew, N., Pattananuwat, P., Aumnate, C., Román, A.J., Osswald, T.A., and Potiyaraj, P., “3D printable resin/carbon nanotube composites for wearable strain sensors: Enhancing mechanical and electrical properties,”*J. of Science: Advanced Materials and Devices*, DOI:10.1016/j.jsamd.2023.100546 (2023)

177. Montoya-Ospina, M.C., Zeng, Z., Tan., X, and Osswald, T.A., “Material extrusion additive manufacturing with polyethylene vitrimers”, *Polymers*, DOI:10.3390/polym15061332 (2023)

178. Chang, Y.-J., Chang, R.-Y, and Osswald T.A., "Modeling and simulation of bulk viscoelasticity for amorphous polymers in injection molding," *Physics of Fluids*, 35, 5, DOI: 10.1063/5.0150692 (2023)

179. Lossen, A., Montoya-Ospina, M.C., Verhoogt, H., and Osswald, T.A., "Rheological behavior and thermomechanical properties of polyethylene - Glycidyl methacrylate vitrimers utilizing disulfide exchange," *J.Vinyl Addit. Technol*., DOI: 10.1002/vnl.22013 (2023)

180. Rodriguez Urbina, J.C., Osswald, T.A., Estela Garcia, J.E., and Román, A.J., "Environmentally safe preservation and stabilization of natural rubber latex in an acidic environment," *SPE-Polymers*,93–104, DOI: 10.1002/pls2.10089 (2023)

181. Pompiew, N., Jirawatanaporn, N., Okhawilai, M., Qin, J., Román, A.J., Aumnate, C., Osswald, T.A., and Potiyaraj, P., "3D-printed polyacrylamide-based hydrogel polymer electrolytes for flexible zinc-ion battery," *Electroquimica Acta*, 466, DOI: 10.1016/j.electacta.2023.143076 (2023)

182. Pérez, H.S., Román, A.J., Bechara, A., "Effect of Fiber Bundle Morphology on Fiber Dispersion for Long Fiber-reinforced Thermoplastics," *Polymers*, *15*(13), 2790, DOI: 10.3390/polym15132790 (2023)

183. Liu, Z., Mazzei Capote, G.A., Grubis, E., Pandey, A., Blanco Campos, J.C., Hegge, G., Osswald, T.A., "Predicting Properties of Fused Filament Fabrication Parts through Sensors and Machine Learning," *J. Manuf. Mater. Process*., 7, 186, DOI:10.3390/jmmp7050186 (2023)

184. Osswald, T.A., Jack, D.A., and Thompson, M.S., "Polymer composites - Special issue review for additive manufacturing of composites," *Polym.Compos.*, DOI: 10.1002/pc.27787 (2023)

185. Román, A, Dibisa, O., Pardo, G., Rodríguez Urbina, J., Osswald, T., "Evaluation of an ammonia-free natural rubber latex adhesive," *SPE Polymers,5*, 11-19, DOI: 10.1002/pls2.10103 (2024)

186. Picard, P.K.W, Osswald, T.A., Zaremba, S., Drechsler, K., "Modeling of a Process Window for Tailored Reinforcements in Overmolding Processes," *J. Compos. Sci*.,8, 65, DOI: 10.3390/jcs8020065 (2024)

187. Liu, Z., Mazzei Capote, G.A., Grubis, E., Pandey, A., Blanco Campos, J.C., Hegge, G.R., and Osswald, T.A.,"Predicting Properties of Fused Filament Fabrication Parts through Sensors and Machine Learning," J.Manufacturing and Materials Processing, 7, 186, DOI: 10.3390/jmmp7050186 (2024)

188. Kanabenja, W., Passornraprasit, Inmate, C., Osswald, T.A., Aht-Ong, D., Potiyaraj, P., "Enhancing 3D printability of polyhydroxybutyrate (PHB) and poly(3-hydroxybutyrate-co-3-hydroxy valerate) (PHBV) based blends through melt extrusion based-3D printing," Additive Manufacturing, 86, DOI: 10.1016/j.addma.2024.10425 (2024)

189. Sánchez-Rivera, K.; Granger, C.; Appiah, H.; Nelson, K.; Grey, S.; Sun, D.; Garcia, J. ; Chen, E.; Xu, Z; Osswald, T.; Turng, L.; McDonald, A.; Van Lehn, R.; Bar-Ziv, E.; Huber, G., "Cast film production with polyethylene recycled from a post-industrial printed multilayer film by solvent-targeted recovery and precipitation," *ACS Materials Letters*, DOI: not available yet (2024)

190. Liu, Z., Estela García, J.E., Osswald, T.A., and Román, A.J., "Melt flow analysis in rotational nozzle fused filament fabrication process," *Physics of Fluids* 36, 103115, DOI:10.1063/5.0231864 (2024)

191. Yuan, J., Guo, Q., Clark, S.J., Escano, L.I., Sabba, A., Qu, M., Huang, J., Li, Q., Román, A.J., Osswald, T.A., Fezzaa, K., Chen, L., "Revealing mechanisms of processing defect mitigation in laser powder bed fusion via shaped beams using high-speed X-ray imaging, " International Journal of Machine Tools and Manufacture, DOI: 10.1016/j.ijmachtools.2024.1044232 (2024)

192.Hidalgo, M.A., Correa-Aguirre, Román, A.J., Vera, R., and Osswald, T.A., "Colombian natural fibers: Potential applications in sustainable natural fiber reinforced composites materials," *Polym.Compos.*, DOI: 10.1002/pc.29313 (2024)

193.P. Hohoff, H.S. Perez, J.-J. Wiegand, A. Yanev, and T. Osswald, "Impact of fiber dispersion on fiber breakage in simple shear flow of long fiber-reinforced thermoplastics," *Physics of Fluids,* 36(12), (2024)

194.Estela, J.E., Hohoff, P., and Osswald, T.A., "Processing behavior evolution of recycled polypropylene: An integrated experimental and Computer-Aided engineering simulation study," *Physics of Fluids,* 37 DOI: 10.1063/5.0260486, (2025)

195.Dibisa, O., Arroyave, H., Rodríguez, J.C., Román, A.J.,and Osswald, T.A., "Comparative Rheology and Microstructure Analysis of Natural Rubber Latex with Conventional and Eco-Friendly Preservatives," *Physics of Fluids,* 37 DOI: 10.1063/To be Published, (2025)

196.Dibisa, O., J.C., Román, A.J.,Cabush, H., O'Brien, G., Kuang, X. and Osswald, T.A.,"Ammonia-Free Natural Rubber Latex Photo-Resin for Sustainable 3D Printing of Highly Stretchable and Tough Elastomers," *SPE-Polymers*,1-16, DOI: 10.1002/pls2.70011 (2025)

197.Estela, J.E., Román, A.J., and Osswald, T.A., "Correlating Processing Variables to Material Properties in Recycled Polypropylene: A Data-Driven Approach," *SPE-Polymers*,1-16, DOI: 10.1002/pls2.70012 (2025)

198.Restrepo-Zapata, N.C., Olaya-Munoz, D.A., Osswald, T.A., and Hernandez-Ortiz, J.P., "Optimizing elastomeric foam extrusion with a chemo-rheologically informed multi-scale computational approach," *Mechanics of Materials*, 210, DOI: 10.1016/j.mechmat.2025.105453 (2025)

199.Estela-García, J.E., Hohoff, P., and Osswald, T.A., "R. B. Bird International Polymer Colloquium special collection," *Physics of Fluids* 37, 090401, DOI: 10.1063/5.0288707 (2025)

200.Perez, H., Hohoff, P., Hiller, F., Yanev, A., and Osswald, T.A.,"Modeling Fiber Dispersion in a Single-Screw Extruder for Long Fiber-Reinforced Thermoplastics," Polymer Composites, DOI: 10.1002/pc.70649 (2026)

**INVITED TRADE JOURNAL PUBLICATIONS**

1. Menges, G., W. Michaeli, M. Mahlke, T.A. Osswald, S. Ott, O. Specker, H.P. Thieltges, and U. Wölfel, "Spritzgießen und Pressen Verstärkter Kunststoffe: Teil I-Simulation des Fertigungsprozesses und Analyze faserverstärkter Kunststoffpreßteile (Injection and Compression Molding - Mold Filling)," *Der Betriebsleiter*, 8, 9-72, 1988.

2. Menges, G., W. Michaeli, M. Mahlke, T.A. Osswald, S. Ott, O. Specker, H.P. Thieltges, and U. Wölfel, "Spritzgießen und Pressen Verstärkter Kunststoffe: Teil II - Orientierungs-berechnung in Spritzgußteilen (Injection and Compression Molding - Fiber Orientation)," *Der Betriebsleiter*, 10, 46-49, 1988.

3. Menges, G., W. Michaeli, M. Mahlke, T.A. Osswald, S. Ott, O. Specker, H.P. Thieltges, and U. Wölfel, "Spritzgießen und Pressen Verstärkter Kunststoffe: Teil III - Preßkraftbedarf und Zykluszeit beim Pressen von SMC (Injection and Compression Molding - Closing Force and Cycle Time)," *Der Betriebsleiter*, 11, 70-74, 1988.

4. Ralston, B., and Osswald, T.A., "The History of Tomorrow's Materials: Protein-Based Biopolymers," *Plastics Engineering*, 64, 2, 46-47 (2007)

5. Restrepo-Zapata, N.C., Osswald, T.A. “Termoplásticos Elastómeros: Antecedentes Históricos,” *Revista SLTCaucho*, Vol. 15, 12-13, (2016)

6. Restrepo-Zapata, N.C., Osswald, T.A. “Termoplásticos Elastómeros: Lo Esencial,” *Revista SLTCaucho,* Vol. 16, 18-20, (2016)

7. Goris, S. and Osswald, T.A., “Progress on the Characterization of the Process-Induced Fiber Microstructure of Long Glass Fiber-Reinforced Thermoplastics,” *Plastics Engineering*, 73, 21 48-49 (2017)

8. Kuhn, C., Kucinski, W., Taeger, O. and Osswald, T.A., “Lightweight Design with Long Fiber-Reinforced Polymers - Technological Challenges Due to the Effect of Fiber Matrix Separation,” *Plastics Engineering*, 73, 1, 36-40 (2017)

9. Restrepo-Zapata, N.C., Osswald, T.A., “Termoplásticos Elastómeros: Análisis de Mercado,” *Revista SLTCaucho*, Vol. 17, 22-24, (2017)

10. Restrepo-Zapata, N.C., Osswald, T.A., “Clasificación y Estructura de los TPEs,” *Revista SLTCaucho*, Vol.18, 22-26 (2017)

11. Albrecht, K., Osswald, T.A., Baur, E., Magnani, M., and Müssig, J., “Injection Molded NFC - Simulation vs Experiment” *Bioplastics Magazine*, 03/18, 13, 16-17 (2018)

12. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos elastómeros: Análisis de mercado, *SLTCaucho,* Vol. 17, 22-24, Febrero 14, 2017.

13. Restrepo-Zapata, N.C., Osswald, T.A., Clasificación y estructura de los TPEs, *SLTCaucho,* Vol. 18, 22-26, Abril 14, 2017.

14. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros: Copolímeros de bloques basados en estireno (TPE-S), SLTCaucho, *SLTCaucho,* Vol. 19, 20-24, Junio 14, 2017

15. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros Oleofínicos (TPE-O), SLTCaucho, *SLTCaucho,* Vol. 20, 28-32, Agosto 28, 20, 2017

16. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros Vulcanizados (TPE-V), SLTCaucho, *SLTCaucho,* Vol. 21, 24-26, Octubre 18, 2017

17. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros basados en polivinil cloruro (PVC), SLTCaucho, *SLTCaucho,* Vol. 22, 24-28, Diciembre 22, 2017

18. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros basados en poliésteres (TPE-E), SLTCaucho, *SLTCaucho,* Vol. 23, 24-28, Febrero 21, 2018

19. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros basados en Poliamidas (TPE-A), SLTCaucho, *SLTCaucho,* Vol. 24, 24-28, Abril 20, 2018

20. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros basados en siliconas, SLTCaucho, *SLTCaucho,* Vol. 25, 20-21, Junio 11, 2018

21. Restrepo-Zapata, N.C., Osswald, T.A., Termoplásticos Elastómeros basados en poliuretano (TPE-U), SLTCaucho, *SLTCaucho,* Vol. 26, 18-21, Agosto 10, 2018

22. Restrepo-Zapata, N.C., Osswald, T.A. Cauchos procesables en fundido: "Melt Processable Rubber" (MPR). SLTCaucho, *SLTCaucho*, Vol. 27, 22-24, Octubre 12, 2018.

23. Restrepo-Zapata, N.C., Osswald, T.A. Termoplásticos elastómeros basados en fluoroelastómeros. SLTCaucho, *SLTCaucho*, Vol. 28, 18-21, Diciembre 14, 2018

24. Restrepo-Zapata, N.C., Osswald, T.A. Termoplásticos elastómeros basados en ionómeros. SLTCaucho, *SLTCaucho*, Vol. 29, 14-17, Febrero 9, 2019

25. Restrepo-Zapata, N.C., Osswald, T.A. Termoplásticos elastómeros basados en acrílicos. SLTCaucho, *SLTCaucho,* Vol. 30, 26-28, Abril 11, 2019

26. Restrepo-Zapata, N.C., Osswald, T.A. TPEs basados en copolímeros estrella. SLTCaucho, *SLTCaucho,* Vol. 31, 22-23, Junio 11, 2019

27. Restrepo-Zapata, N.C., Osswald, T.A. Termoplásticos elastómeros especiales – TPEs basados en redes poliméricas interprenetradas (IPNs). SLTCaucho, *SLTCaucho,* Vol. 32, 20-21, Agosto 7, 2019

28. Restrepo-Zapata, N.C., Osswald, T.A. TPEs basados en poliacrilatos (MBM). SLTCaucho, *SLTCaucho,* Vol. 33, 36-37, Octubre 10, 2019

29. Restrepo-Zapata, N.C., Osswald, T.A. TPEs basados en desechos de EPDM. SLTCaucho, *SLTCaucho*, Vol. 35, 26-30, Diciembre 12, 2019

30. Restrepo-Zapata, N.C., Osswald, T.A. TPEs basados en desechos de NBR. SLTCaucho, *SLTCaucho*, Vol. 36, 16-17, Febrero 12, 2020

31. Restrepo-Zapata, N.C., Osswald, T.A. Aplicaciones biomédicas para la familia de elastómeros (cauchos, siliconas y TPEs) – Parte I. SLTCaucho, *SLTCaucho*, Vol. 37, 16-23, Abril 15, 2020

32. Restrepo-Zapata, N.C., Osswald, T.A. Aplicaciones biomédicas para la familia de elastómeros (cauchos, siliconas y TPEs) – Parte II. SLTCaucho, *SLTCaucho*, Vol. 38, 14-21, Junio 10, 2020

33. Restrepo-Zapata, N.C., Osswald, Termoplásticos elastómeros a partir de recursos renovables: TPEs basados en ácido poliláctico y polimentilo. SLTCaucho, *SLTCaucho*, Vol. 39, 16-19, Agosto 11, 2020

34. Restrepo-Zapata, N.C., Osswald, T.A. Termoplásticos elastómeros a partir de ácido poliláctico (PLA): Combinación con compuestos renovables y no renovables – Parte I. SLTCaucho, *SLTCaucho*, Vol. 40, 18-23, Diciembre 10, 2020

35. Restrepo-Zapata, N.C., Osswald, T.A. Termoplásticos elastómeros a partir de ácido poliláctico (PLA): Combinación con compuestos renovables y no renovables – Parte II. SLTCaucho, *STLCaucho*, Vol. 42, 28-30, Abril 14, 2021

36. Restrepo-Zapata, N.C., Osswald, T.A. Elastómeros termoplásticos basados en TPU y lignina. SLTCaucho, *SLTCaucho*, Vol. 47, 8-11, Febrero 15, 2022

37 Restrepo-Zapata, N.C., Osswald, T.A. Elastómeros termoplásticos basados en ácido poli-L-láctico (PLLA) y polimirceno. SLTCaucho, *SLTCaucho*, Vol. 48, 4-6, Abril 15, 2022.

**BOOK CHAPTERS**

1. Barone, M.R. and T.A. Osswald, "Boundary Element Solution of Field Problems," a chapter in *Fundamentals of Computer Modeling for Polymer Processing*, C.L. Tucker ed., Hanser Verlag, München, 1989.

2. Osswald, T.A. and J. Rietveld, "Measuring Constitutive Properties," a chapter in *Engineering Materials Handbook: Adhesives and Sealants*, ASM International, 1990.

3. Osswald, T.A. and S.C. Tseng, "Compression Molding," a chapter in *Flow Phenomena in Polymeric Composites*, S.G. Advani ed., Elsevier Science Publishers, Amsterdam, 1994.

4. Osswald, T.A., E.M. Sun, and S.C. Tseng, "Simulation of Orientation, Shrinkage and Warpage," a chapter in *Innovation in Polymer Processing: Molding and Extrusion*, J.F. Stevenson ed., Hanser Verlag, München, 1996.

5. Osswald, T.A., and L.U. Stradins, "Compression Molding of Granulated Materials," a chapter in *Polymer Powder Technology,* M. Narkis and N. Rosenzweig eds., John Wiley and Sons, New York, 1995.

6. Goris S., Puentes J., and Osswald T.A., Chapter 33: *Polymer-Composites Manufacturing Processing*. In Geng, H., editor-in-chief ,"Manufacturing Engineering Handbook", McGraw-Hill, 2nd. edition, 2016.

7. Osswald, T.A., Rodríguez, J.C., Adler, E.P., Estela Garcia, J.E., Pardo Morales, G. and Román, A.J., "A Novel Ammonia-Free Preservation and Stabilization Process for Natural Rubber Liquid Latex in an Acidic Environment," Latex Handbook, Chapter, TechnoBiz, 2024

8. Osswald, T.A., Rodríguez, J.C., Adler, E.P., Arroyave, H.A., J.E., Dibisa, O., Pardo Morales, G., and Román, A.J., "Applications of an Environmentally Friendly Natural Rubber Liquid Latex ," Latex Handbook, Chapter, TechnoBiz, 2024

**CONFERENCE PAPERS**

1. Osswald, T.A., "An Automated Simulation of Compression Mold Filling for Complex Parts," *SAMPE*, Detroit, December 1984.

2. Osswald, T.A. and C.L. Tucker, "An Automated Simulation of Compression Mold Filling for Complex Parts," *SPE Tech Papers*, 31, 169-172, Washington, D.C., May 1985.

3. Osswald, T.A. and C.L. Tucker, "Processing of Short Fiber Composites," *NSF-Manufacturing Research Conference*, Madison, WI, May 1985.

4. Comer, J.J. and T.A. Osswald, "A Unique Strength of Materials Laboratory," *ASEE Annual Conference Proceedings*, 1986.

5. Tucker, C.L., T.A. Osswald and S.G. Advani, "Processing- Structure Predictions for Short Fiber Composites," *NSF Manufacturing Research Conference Proceedings*, 1986.

6. Osswald, T.A. and C.L. Tucker, "A Boundary Element Simulation of Compression Mold Filling," *Polymer Processing Society, 2nd Ann. Conference*, Montreal, Canada, April 1986.

7. Osswald, T.A. and C.L Tucker, "Compression Mold Filling Simulation for Non-planar Parts Using the Finite Element/Control Volume Approach," *Polymer Processing Society, 3rd Ann. Conference*, Stuttgart, West Germany, April 1987.

8. Osswald, T.A., "Simulation der Werkzeugfüllung und Berechnungder Faserorientierung in SMC-Preßbauteilen," *IKV Fachbeiratsgruppe Verstärken*, Aachen, Germany, 1988.

9. Osswald, T.A.,"Spritzgießen und Pressen verstärkter Kunststoffe," *IKV Kuststofftechnisches Kolloquium*, 14, 333-364, Aachen, Germany, March 1988.

10. Osswald, T.A., W. Michaeli and M. Mahlke, "Messungen, Analyze und Simulation der nichtisothermen und instationären Strömung von Sheet Molding Compound (SMC)," *German Rheological Society Annual Conference*, Darmstadt, Germany, April 1989.

11. Specker, O., W. Michaeli and T.A. Osswald, "Modell zur Fließberechnung beim Verpressen von Zuschnittpaketen aus SMC," *German Rheological Society Annual Conference*, Darmstadt, West Germany, April 1989.

12. Osswald, T.A., J.R. Matyssek and O. Specker, "Prediction of Shrinkage and Warpage in Sheet Molding Compound (SMC) Parts," *45th Annual Conference-SPI Composites Institute Proceedings*, Washington D.C., February 1990.

13. Osswald, T.A., W. Michaeli and O. Specker, "Simulation of Compression Molding and Part Performance- an Integrated CAE-Approach," *45th Annual Conference-SPI Composites Institute Proceedings*, Washington D.C., February 1990.

14. Osswald, T.A., "Measurement, Analysis and Simulation of the Nonisothermal, Non-Newtonian Flow of Sheet Molding Compound," *Polymer Processing Society, 6th Annual Meeting*, Nice, France, April 1990.

15. Osswald, T.A., "A Review of Boundary Element Simulation of Compression Mold filling," *Proceedings of the 5th International Conference on Boundary Element Technology*, 277-293, Newark, DE, July 1990.

16. Osswald, T.A., "Analysis and Simulation of the Nonisothermal, Non-Newtonian Flow of Sheet Molding Compound," *62nd Annual Meeting of the Society of Rheology*, 18, Santa Fe, October 1990.

17. Osswald, T.A., "A Study of the Thermomechanical Behavior of Fiber Reinforced Composites," *ASME: Processing of Polymers and Polymetric Composites*, 103-117, 1990.
18. Cohnen, W., Y.S. Jin and T.A. Osswald, "Modeling and Simulation of High Renolds' Number Flows During Reaction Injection Mold Filling," *Polymer Processing Society, 7th Ann. Conference*, Hamilton, Canada, April, 1991.

19. Tseng, S.C. and T.A. Osswald, "A Study of the Thermomechanical Behavior of Fiber Reinforced Composite Parts," *Polymer Processing Society, 7th Ann. Conference, Hamilton*, Canada, April, 1991.

20. Gramann, P.J., and T.A. Osswald, "Simulation of the Mixing of Natural Fiber Filled Polymer Composites: A Boundary Element Approach," *Woodfiber-Plastic Composites Conference*, Madison, April, 1991.

21. Igl, S.A., and T.A. Osswald, "A Study of the Thermoforming Process of Woodfiber Filled Polyolefin Sheets," *Woodfiber-Plastic Composites Conference*, Madison, April, 1991.

22. Tseng, S.C. and T.A. Osswald, "Thermomechanical Behavior of Fiber Reinforced Composite Parts," *ASME: Heat and Mass Transfer in Solidification Processing,* Atlanta*,* December,1991.

23. Tseng, S.C. and T.A. Osswald, "Modeling and Simulation of the Thermomechanical Behavior of Fiber Reinforced Composite Parts," *Polymer Processing Society, 8th Ann. Conference,* New Delhi, India, March 1992.

24. Osswald, T.A., P.J. Gramann and C.J. Mätzig, “Simulating the Mixing of Polymer Blends Using the Boundary Element Method,” *Polymer Processing Society, 8th Ann. Conference,* New Delhi, India, March 1992.

25. Kühl, N. and T.A. Osswald, “A Finite Element Model and Simulation of the Deformation of Multi-axial Warp Knits,” *SPE Annual Technical Conference*, 553, Detroit, May 1992.

26. Tseng, S.C. and T.A. Osswald, “Predicting Shrinkage and Warpage of Fiber Reinforced Composite Parts,” *SPE Annual Technical Conf.*, Detroit, May 1992.

27. Igl, S.A., and T.A. Osswald, “A Study of the Thermoformability of Woodfiber Filled Polyolefin Composites,” *SPE Annual Technical Conf.*, Detroit, May 1992.

28. Gramann, P.J., J.C. Mätzig and T.A. Osswald, “Simulating the Non-isothermal Mixing of Polymer Blends Using the Boundary Element Method,” *SPE Annual Technical Conference*, 355, Detroit, May 1992.

29. Gramann, P.J., C.J. Mätzig and T.A. Osswald, ”Simulating the Mixing of Polymer Blends Using the Boundary Element Method,” *BETECH92*, Albuquerque, June 1992.

30. Mätzig, C.J., P.J. Gramann and T.A. Osswald, “The Dual Reciprocity Method for Heat Transfer in Polymer Processing,” *Heat Transfer 92*, Milan, Italy, July 1992.

31. Gramann, P.J., C.J. Mätzig and T.A. Osswald, “Simulating the Mixing of Polymer Blends Using the Boundary Element Method,” *XI International Congress on Rheology, Brussels*, Belgium, August 1992.

32. Tseng, S.-C. and T.A. Osswald, "Prediction of Shrinkage and Warpage of Fiber Reinforced Thermoset Composite Parts," *48th Annual Conference SPI Composites Institute Proceedings*, 10-A, Cincinnatti, OH, February 1993. Best Research Paper Award out of approximately 110 papers

33. Spiegelhoff, T. and T.A. Osswald, "Modeling and Simulation of High Reynolds Number Flows During Reaction Injection Mold Filling," *Polymer Processing Society, 9th Annual Meeting*, Manchester, UK, April 1993.

34. Gramann, P.J., L. Stradins and T.A. Osswald, "Simulating Flow with Heat Transfer Effects and Multi-Viscous Polymer Blends During Polymer Processing Using The Boundary Element Method," *Polymer Processing Society, 9th Annual Meeting*, Manchester, UK, April 1993.

35. Gramann, P.J. and T.A. Osswald, "Simulating the Flow and Heat Transfer Effects During Polymer Processing Using the Boundary Element Method," *SPE Annual Technical Conference*, 2774-2781, New Orleans, May 1993.

36. Spiegelhoff, T.J. and T.A. Osswald, "Modeling and Simulation of High Reynolds Number Flows During Reaction Injection Mold Filling," *SPE Annual Technical Conference*, 2415-2420, New Orleans, May 1993.

37. Davis, B.A., P.J. Gramann, J.C. Mätzig, and T.A. Osswald, "Simulating Flow and Heat Transfer in Polymer Processing Using BEM/DRM," *Boundary Element Technology VIII*, 45-56, Vilamoura, Portugal, November 1993.

38. Osswald, T.A., E.M. Sun and S.C. Tseng, "Experimental Verification on Simulating Shrinkage and Warpage of Thin Compression Molded SMC Parts," *49th Annual Conference SPI Composites Institute Proceedings*, 10-A, Cincinnatti, OH, February 1994. Best Research Paper Award out of approximately 90 papers

39. Biswas A., B.A. Davis, P.J. Gramann, L.U. Stradins, and T.A. Osswald, "Simulating Mixing in the Extrusion Process,"*SPE Annual Technical Conference*, 336-340, San Fransisco, May, 1994.

40. Osswald, T.A., E.M. Sun, S.C. Tseng, and P.J. Gramann, "Experimental Verification on Simulating Shrinkage and Warpage of Thin Compression Molded SMC Parts," *SPE Annual Technical Conference*, 914-917, San Fransisco, May, 1994. Best Paper Award, SPE Thermoset Division out of approximately 50 papers.

41. Stradins, L., R. Theriault and T.A. Osswald, "Hands on Polymer Processing Laboratory," *Annual Conference and Exposition, American Society for Engineering Education, Edmonton*, Canada, June 1994.

42. Osswald, T.A., E.M. Sun, "Experimental Verification on Simulating Shrinkage and Warpage of Thin Compression Molded SMC Parts," *Advanced Computer Aided Engineering of Polymer Processing*, 239-245, ASME WAM, November, 1994.

43. Davis, B.A., A.C. Rios, L.U. Stradins, P.J. Gramann and T.A. Osswald, "Computer Modeling and Optimization of Polymer Processes Using the Boundary Element Method," *Advanced Computer Aided Engineering of Polymer Processing*, 55-61, ASME WAM, November, 1994.

44. Osswald T.A., and E.M. Sun, "Predicting Shrinkage and Warpage of Thin Compression Molded SMC Parts," *Proceedings of the 10th Annual ASM/ESD Advanced Composites Conference/Exposition*, 321-324, November, 1994.

45. Sun, E.M., B.A. Davis, and T.A. Osswald, "Modeling and Simulation of Thick Compression Molded Parts," *50h Annual Conference SPI Composites Institute Proceedings* February, 1995. Best Research Paper Award out of approximately 100 papers.

46. Osswald T.A., and R.P. Theriault, "Polymer Flow length Simulation During Injection Mold Filling," *SPE Annual Technical Conference*, 546, Boston, May 1995.

47. Gramann, P.J., A.C. Rios, and T.A. Osswald, "Comparative Study of Mixing in Twin Scxrew Extruders," *SPE Annual Technical Conference*, 108, Boston, May 1995.

48. Davis, B.A., and T.A. Osswald, " Non-Netwonian Simulation Method for Moving Boundary Problems," *SPE Annual Technical Conference*, 1146, Boston, May 1995.

49. Gramann, P.J., A.C. Rios and T.A. Osswald, "Comparative Study of Mixing in Twin Screw Extruders Using the Boundary Element Method," 17th International Conference on Boundary Elements, Madison, July 1995.
50. Davis, B.A. and T.A. Osswald, "A Non-Newtonian Simulation Method for Moving Boundary Problems Using DRM/BEM," 17th International Conference on Boundary Elements, Madison, July 1995.

51. Gramann, P.J., R.P. Theriault, and T.A. Osswald, "Evaluating Mixing of Complex Systems Using the Boundarty Integral Method", *Society of Rheology Annual Conference*, Sacramento, October 1995.

52. Gramann, P.J., C. Rauwendaal, G.Tellez, and T.A. Osswald, "Analyis of Flow in Screw Extruders, Effect of Kinematic Conditions," *SPE Technical Conference*, Indianapolis, 128, May 1996.

53. Davis, B.A., and T.A. Osswald, "Investigation of Non-Linear Flows in Polymer Mixing Using the Boundary Integral Method," *SPE Technical Conference*, Indianapolis, May 1996.

54. Davis, B.A., and T.A. Osswald, "Simulating Non-Linear Flows in Polymer Flows Using the Dual Reciprocity Boundary Integral Method," *Polymer Processing Society, 12h Annual Meeting*, Sorrento, Italy, June 1996.

55. Davis, B.A., P.J. Gramann, W.F. Florez, R.P. Theriault and T.A. Osswald, "Investigation of Non-Linear Flows in Polymer Mixing Using the Boundary Integral Method," 18th International Conference on Boundary Elements, Braga, Portugal, September, 1996.

56. Theriault, R.P., P.J. Gramann, and T.A. Osswald, "Modeling of Extrusion Processes Using Boundary Integral Methods," AICHE Annual Meeting, Chicago, November, l996.

57. Christensen, S.K, B.A. Davis, R.P. Theriault and T.A. Osswald, "Thermomechanical Behavior of SMC Parts with Integrated Ribs," ICE 97, Nashville, January, 1997.

58. Christensen, S.K., B.A. Davis, B. Hutchinson, E.M. Sun, and T.A. Osswald, "Fiber Matrix Separation in Ribbed SMC and BMC Parts," *SPE Technical Conference*, Toronto, April 1997.

59. R.P. Theriault, L.U. Stradins, and T.A. Osswald, "Properties of Thermosetting Polymers During Cure," *SPE Technical Conference*, Toronto, April 1997.

60. Gramann, P.J., M.P. Noriega, A.C. Rios, and T.A. Osswald, "Understanding a Rhomboidal Distributive Mixing Head Using Computer Modeling and Flow Visualization Techniques, *SPE Technical Conference*, Toronto, April 1997.

61. Rauwendaal, C., T.A. Osswald, P.J. Gramann, and B.A. Davis, “A New Dispersive Mixer for Single Screw Extruders,” , *SPE Technical Conference*, Atlanta, April, 1998.

62. Rios, A.C., and T.A. Osswald, Comparitive Study of Rhomboidal Distributive Mixing Sections Using Computer Simulation, *SPE Technical Conference*, Atlanta, April, 1998.

63. Noriega, M.P., A.C. Rios, and T.A. Osswald, An Experimental Study of Variuos Mixing Sections in a Single Screw Extruders, *SPE Technical Conference*, Atlanta, April, 1998.

64. Theriault, R., and T.A. Osswald, Process Modeling of Copper Clad Laminates, *SPE Technical Conference*, Atlanta, April, 1998.

65. Rios, A.C, and T.A. Osswald, Novel BEM Simulation of Mixing in Polymer Flows Including Non-Linear Effects, SPE Technical Conference, New York, April, 1999.

66. Rauwendaal, C, A.C. Rios, T.A. Osswald, and P.J. Gramann, “Experimental Study of a New Dispersive Mixer,” SPE Technical Conference, New York, May, 1999.

67. Viego, J., R. Theriault and T.A. Osswald, "3D Curing Simulation of Thick Thermoset Composites," SPE Technical Conference, Orlando, April, 2000.

68. Schemenauer, J.J., T.A. Osswald, A.R. Sanadi and D.F Caufield, "Melt Rheological Properties of Natural Fiber-Reinforced Polypropylene," SPE Technical Conference, Orlando, May, 2000.

69. Sierra, J.D., S. Ospina, N. Montoya, M.P. Noriega and T.A. Osswald, "Characterization of Polyethylene Blends by Using Novel Techniques such as the Successive Self-Nucleation and Annealing (SSA) and the Fourier Self-Convolution IR Spectroscopy (FSD-IR)," SPE Technical Conference, Orlando, May, 2000.

70. Yuan, M., T.A. Osswald, J.M. Castro, L.J. Lee, "Numerical Investigation of the continuous Electronic Laminate Processing," SPE Technical Conference, Dallas, May 2001.
71. Wacker, M., G.W. Ehrenstein, T. Osswald, "Das TTT-Diagramm zur Charakterisierung des Härtungsverlaufes von Harzsystemen," GEFTA, Thermische Analysenmethoden in der Materialwissenschaft - Anwendungen in Fahrzeugbau und Luftfahrtindustrie, Munich (2001)

72. S. Hadiprajitno, J.P. Hernandez and T.A. Osswald, "Developing Time-Temperature-Transformation Diagrams for Unsaturated Polyester using DSC Data," SPE Technical Conference, Nashville, May, 2003.

73. P.A. Wilichowski, L.M. Lopez and T.A. Osswald, "Numerical Simulation of the Curing Reaction during Pultrusion Processes with a Diffusion Controlled Model," SPE Technical Conference, Nashville, May, 2003.

74. J.P. Hernandez, K.A Tschohl, H. Wagner and T.A. Osswald, "A Novel Fiber Orientation Evaluation Using a Directional Imagine Processing Technique,"SPE Technical Conference, Nashville, May, 2003.

75. J.P. Hernandez, A. Chandra, A. Winardi, L-S Turng, T.A. Osswald and P. Gramann, "Modeling Cell Nucleation During Microcellular Injection Molding," SPE Annual Technical Conference, Nashville, May, 2003

76. Osswald, T.A., "Compression Molding - The Past, the Present and the Future," Keynote Lecture, Composites Division, SPE Technical Conference, Nashville, May 2003.

77. Osswald, T.A., "Compression Molding - Large Composite Structures," Conference on Large Surface Parts, Neue Materialien Fürth, Fürth, Germany, October, 2003.

78. Osswald, T.A., "Thermoset Processing - History, Present and Future," Keynote Lecture, Thermoset Division Conference, SPE, March (2004)

79. Ralston, B.E. and T.A. Osswald, *Society of Plastics Engineers 62nd Annual Technical Conference (ANTEC),* May 16-20, 3766-3770 (2004)

80. Garcia, S., Roldán, A., Hernandez, J.P., Osswald T.A. "Dimensional Analysis and Scaling Approach for Thin Wall Injection Molding", *Society of Plastics Engineers (ANTEC),* May 16–20, 3418-3422 (2004)

81. Ralston, B.E., T.A. Osswald, C. Clemons, D. Caulfield and M. Schmitz. "Natural Fibers, Bioplastics and Biodegradable Composites." Presented at *N-Fiberbase Conference*, Koeln, Germany, June 9-10, (2004)

82. Osswald, T.A., "Controlling and Modeling Cure Reactions for Thermosetting Materials," 50th Annual Thermosetting Conference, October 14-15, (2004)

83. Osswald, T., and Dattner, M., "Processing Solutions and Market Applications for Mixed ABS", *E-Scrap*, 2004, Minneapolis, USA, Oct. 19, 2004.

84. Ralston, B.E. and T.A. Osswald, *Society of Plastics Engineers Global Plastics Environmental Conference (GPEC)*, February 23-25, (2005)

85. Osswald, T., and Dattner, M., "Processability and Properties of Plastics Recovered from Retired Electronic Housings," *Society of Plastics Engineers 62nd Annual Technical Conference (ANTEC),* Boston, (2005)

86. Roldán, A., Chesler, N., Bustamante, J., Osswald T.A., "Simulation Of Blood Flow And Deformations Of Mechanical Heart Valves Using Boundary Integral Techniques," *XXth Congress of the International Society of Biomechanics* August 1-5, (2005)

87. Dattner, M., Salguero, J., Schneider, D. and Osswald T.A., "Recycled Electronic Housings Mixed ABS Material and Flame Retardant Identification Using Near-IR and Mechanical Testing," *Society of Plastics Engineers*, GPEC, Atlanta, (2006)

88. Ralston, B.E., Wochner, E., and Osswald,T.A., "Effects of crosslinkers, glycerol, and processing temperature on properties of soy protein based plastics," *Society of Plastics Engineers*, GPEC, Atlanta, (2006)

89. Newman, N., Hertel, R., and Osswald, T.A., "Health and Environmental Effects of the Production, Use, and Disposal of Polyvinyl-chloride," *Society of Plastics Engineers*, GPEC, Atlanta, (2006)

90. Ralston, B.E., and Osswald, T.A., "Viscosity of Soy Protein Plastics as Determined by Screw-Extrusion Through a Capillary Die," *Society of Plastics Engineers 63nd Annual Technical Conference (ANTEC),* Charlotte, (2006)

91. Cruz, J.C., Kemper, M., and Osswald, T.A., "Monitoring UP Curing Reactions by Raman Spectroscopy," *Proceedings of the Society of Plastics Engineers 63nd Annual Technical Conference (ANTEC),* Charlotte, (2006)

92. Klaiber, F., and Osswald, T.A. "Development of a High Pressure Slit Rheometer," *Society of Plastics Engineers 63nd Annual Technical Conference (ANTEC),* Charlotte, (2006)

93. Roldan, A., Sweitzer, N, Chesler, N. and Osswald, T.A, Simulation of Blood Flow Through a Bi-leaflet Mechanical Heart Valve Using the Boundary Elements Method. BMES - 2006. Chicago, IL

94. Osswald, T.A., and E. Camacho, "A Study of Injection Molded Liquid Silicone Rubber for Syringe Applications," PHARMAPAK, Paris, (2007).

95. Osswald, T.A., Keynote Lecture: A Historical Perspective on Thermosets - The First 100 Years, SPE Thermosets TOPCON, Rayleigh, March (2007)

96. Osswald, T.A., Keynote Lecture: A Historical Perspective on Thermosets - The First 100 Years, SPE ANTEC, Cincinnati, May (2007)

97. Londoño, A., and Osswald, T.A., "Fiber Jamming and Fiber Matrix Separation During Processing of Fiber Reinforced Composites," SPE ANTEC, Cincinnati, May (2007)

98. López, I.D., Klaiber, F., and Osswald, T.A., "Analysis of Viscous Heating Effects in a Presure Slit Rheometer Using the Radial Functions Method (RFM)," SPE ANTEC, Cincinnati, May (2007)

99. Cruz, J.C., Kemper, M., and Osswald, T.A., "Monitoring Curing Reactions of Thermosets Under High Pressure by Use of Raman Spectroscopy," SPE ANTEC, Cincinnati, May (2007)

100 Roldán, A., Wentland, A., Weiben, O., Block, W. F., Klaers, J. L., Haughton, V., Osswald, T.A. "Numerical Modeling of CSF Flow in Patient - Specific Anatomical Models. 2007 Scientific meeting proceedings Annual meeting (ISMRM - ESMRMB 2007) Berlin, Germany, May (2007)

101 Roldán, A., Wentland, A., Weiben, O., Haughton, V., Osswald, T.A. "Cerebrospinal Fluid Flow in the Chiari I Malformation Modeled with Computational Flow Dynamics". ASNR 45th Annual Meeting, Chicago, IL, June (2007).

102 Roldán, A., Sweitzer, N.K., Osswald, T.A., Chesler, N.C. “Numerical simulation of blood flow through mechanical heart valves using meshless techniques”. Proceedings of the ASME 2007 Summer Bioengineering Conference (SBC 2007) Keystone, CO, June (2007)

103 Roldán, A., Wentland, A., Weiben, O., Haughton, V., Osswald, T.A., Chesler, N.C. “CFD Modeling for Patient-specific Analysis of Cerebrospinal Fluid Flow” . Proceedings of the ASME 2007 Summer Bioengineering Conference (SBC 2007) Keystone, CO, June (2007)

104 Roldán, A., Chesler, N.C., Osswald, T.A., Sweitzer, N.K. Simulation of blood flow through mechanical heart valves using a Meshless Technique, AHA Scientific Sessions 2007, Orlando, FL, November (2007)

105 Osswald, T.A., Plenary Lecture: A Historical Perspective on Thermosets - The First 100 Years, Thermosets 53, Madison, October (2007)

106 Osswald, T.A., Invited Talk: “Simulation in der Kunststoffverarbeitung,” Proceedings of Fachtagung Montagesperitzgiessen, Fürth, Germany, November (2007)

107 Hoffman, S., López, I.D., Bednar, A., and Osswald, T.A., “Filling Simulation and Temperature Prediction in Hot Runner Systems,” SPE ANTEC, Milwaukee, May (2008)

108 Cruz, J.C., Esch, S.K.., Emmons, A., and Osswald, T.A., “Pressure Effects on Final Mechanical Properties of Unsaturated Polyester Resin,” SPE ANTEC, Milwaukee, May (2008)

109 Ralston, B.E., and Osswald, T.A., “Mechanical Properties and Moisture Sensitivity of Virgin and Recycled Soy-Cornstarch Plastics,” SPE ANTEC, Milwaukee, May (2008)

110 Orozco, R., López, I.D., Rowlands, R. and Osswald, T.A., “Stress Analysis of an Orthotropic Plate Joint By RFM,” SPE ANTEC, Milwaukee, May (2008)

111 Londono-Hurtado, A. and Osswald, T.A. (2008), “Computer Prediction of the Behavior of Fiber-Reinforced Composites During Molding,” SPE Automotive Composites Conference, Dearborn, Michigan, September 16-18, (2008)

112 Roldán, A., Osswald, T.A., Haughton, V. “CSF flow in the Chiari I malformation modeled with computational fluid dynamics,”. Syringomyelia 2007, Rugby England Oct 24, (2007)

113 Roldán, A., Haughton, V., Osswald, T.A., Chesler, N., “Cerebrospinal Fluid Flow in the Chiari I Malformation – Computational Approach using MR-Based Geometries,” Fifth International Bio-Fluid Symposium and Workshop. Pasadena, CA. February (2008)

114 Roldán, A., Haughton, V., Osswald, T.A., Chesler, N., “Cause of Hyperkinetic CSF flow in Chiari I Malformation: Effect of Subarachnoid Space Dimensions on CSF Flow through the Foramen Magnum,”. ASNR 46th Annual Meeting & NER Foundation Symposium 2008. New Orleans, LA. May/June (2008)

115 Roldán, A., Haughton, V., Osswald, T.A., Chesler, N., “Computational Analysis of Cerebrospinal Fluid Flow in the Normal and Obstructed Suabrachnoid Space,” Proceedings of the ASME 2007, Summer Bioengineering Conference (SBC 2008) Marco Island, FL, June 24-29, (2008)

116 Roldán, A., Sweitzer, N.K., Osswald, T.A., Chesler, N.C. “Fluid Structure Interaction Analysis of Blood Flow Thorugh Mechanical Heart Valves,” Proceedings of the ASME 2007 Summer Bioengineering Conference (SBC 2008) Marco Island, FL, June 24-29, (2008)

117 Rietzel, D., F. Kühnlein, B. Wendel, R. Feulner, G. Hülder, and T.A. Osswald, Enhanced Range of Plastics for Selective Laser Sintering, Serving Different User Profiles and also Consumer and Industry Requests." Euro-uRapid2008 Proceedings, Berlin, 209-216 (2008)

118 Osswald, T.A., "Simulation der Verarbeitung von Kurzfaserverbund-Kunststoffe," 10. Symposium und Jubiläumsfeierlichkeiten, Clausthal, Germany, November 3, (2008)

119 Londono-Hurtado, A., Marks, L., Ziegmann, G. and Osswald, T.A.,"Knitline Development in the Compression Molding of Sheet Molding Compound," SPE ANTEC (2009)

120 Orozco, R., López, I., and Osswald, T.A.,"Stress Analysis of Pin-Joined Composite Laminate Plates Using Radial Basis Functions Method with Non-Linear Material Models," SPE ANTEC (2009)

121 Petzold, S., Khazaal, A., Grant, J., Wang, C., and Osswald, T.A.,"Design and Manufacturing Organic Conjugated Polymer Photovoltaoc Solar Cells," SPE ANTEC (2009)

122 T.Müller, Kühnert, I., and Osswald, T.A., "Injection Molding of High-Performance Hybrid Composites in Series-Production," SPE ANTEC (2009)

123 I.D. Lopez, L. Holmes and T. Osswald, "Simulation of Extrusion Processes Using the Radial Function Method (RFM) Considering Shear Thinning and Viscoelastic Effects" In review, SPE ANTEC (2009)

124 A. Jungmeier, Kühnert , I., Ehrenstein, G., and Osswald, T.A., "Process Induced Properties of Micro Injection Molded Parts - New Aspects" SPE ANTEC (2009)

125 C. Heinle, Z. Brocka, G. Hülder, G. W. Ehrenstein and T. A. Osswald, "Thermal Conductivity of Polymers Filled with Non-Isometric Fillers: A Process Dependent, Aisotropic Property" SPE ANTEC (2009)

126 G. Hülder, and T.A Osswald, "Cure Kinetics of Thermoset Based Mortars for Bonded Anchors in Civil Engineering" SPE ANTEC (2009)

127 M.O. Kobes, R. Feulner, S. Krippner, G. Hülder, T.A. Osswald, "The Accoustic Behavior of Thermoplastic Tribological pairings," SPE ANTEC (2009)

128 T.Tsigkopoulos, R. Feulner, G. Hülder, and T. A. Osswald, "Analysis and development of fiber length maintaining and load case optimized LFT processes by means of an innovative experimental framework,"(23) 421-428, SAMPE EUROPE (2009)

129 T. Müller, I. Kühnert, G. Hülder, and T. A. Osswald, "In-Mould-Forming as a Novel Injection Moulding Process to Manufacture High-Performance Hybrid Composites,", SAMPE EUROPE (2009)

130 F. Kühnlein, D. Rietzel, R. Feulner, T.A. Osswald, "Selektives Maskensintern - Hohe Effizienz durch breitbandigen, flächigen Energieeintrag." Proceedings Rapid.Tech. (2009)

131 Calcagno B.O., Rinaldi C., Osswald T.A., Crone W.C., "Fracture induced by cold rolling in metal/polymer composites. Society for Experimental Mechanics" - SEM Annual conference and Exposition on Experimental and Applied Mechanics, v 4, p 2357, (2009)

132 S. Eilbracht, and T.A. Osswald, "Analyzing Fiber Matrix Separation and Fiber Orientation During Processing of Fiber Reinforced Composites Using a Mechanistic Model." SPE ANTEC (2010)

133 J. Ufer, Londoño, A., Eilbracht, S., and T.A. Osswald, "Experimental Study of Fiber-Matrix Separation, Fiber Density Distribution and Fiber Orientation in Fiber Suspensions." SPE ANTEC (2010)

134 Holmes, L., I. Lopez, and T.A. Osswald, "Prediction of Secondary Flows in non-Circular Ducts Using the Radial Functions Method." SPE ANTEC (2010)

135 Holmes, L., Favaro, J. and T.A. Osswald, "Modeling Three-Dimensional Secondary Flows in Non-Circular Ducts." SPE ANTEC (2010)

136 Aquite, W., Lopez, I., and T.A. Osswald, "A Dimensional Analysis of Viscous Heating in Runner Systems Using the Radial Functions Method" SPE ANTEC (2010)

137 Sanchez, K., Cruz, J., and T.A. Osswald, "Improvement of Mechanical Properties of Wood-Resin Composite Using a Continuous Impregnation Machine" SPE ANTEC (2010)

138 Petzold, S., Wang, C., and T.A. Osswald, "Conjugated Polymer Photovoltaic Solar Cells -- Manufacturing and Increasing Performance." SPE ANTEC (2010)

139 López, I., Ramírez, D., Kurth, K., Rudolph, N., and T.A. Osswald, "Fiber Motion in Fountain Flow and its relation to fiber free regions at the surface of Injection Molded Parts." SPE ANTEC (2011)

140 Naranjo, A., Noriega, M., and T.A. Osswald, "Comparison of the Melting Behavior of HDPE and PP in Single Screw Extruders." SPE ANTEC (2011)

141 Aquite, W., Launhardt, M., Rudolph, N., and T.A. Osswald, "Manufacturing of Micropellets Using Rayleigh Disturbances." SPE ANTEC (2011)

142 Engerer, M., Aquite, W., Launhardt, M., Rudolph, N., and T.A. Osswald, "Simulation of Micropelletizing Mechanisms." SPE ANTEC (2011)

143 Pichl, Rudolph, N., and T.A. Osswald, "Effects of Temperature and Pressure on Viscosity During Injection Molding." SPE ANTEC (2011)

144 Eisenhardt., Petzold, S., Wang. C., and T.A. Osswald, "Alternate Method in Polymer Friction Measurement Using a Timoshenko/van Karman Devise." SPE ANTEC (2011)

145 Iland, T., Sanchez, K., Moreno, A., Chan, N., Garcia-Rodriguez, S., and T.A. Osswald, "Characterization of Sintered PLA Scaffolds for Bone Tissue Engineering" SPE ANTEC (2011)

146 Restrepo-Zapata, N.C., Osswald, T.A., and Hernández-Ortiz, J.P., "Cure kinetics of EPDM rubber and aliphatic epoxy resin - Modeling and Analysis" SPE ANTEC (2011)

147 Osswald, T.A., "Simulation von Mischvorgängen" (Simulating Mixing Processes), *Simulation + Kunststoffe*, Munich, (2011)

148 Osswald, T.A., "Mechanistic Models for Fiber Flow, Fiber Orientation, Fiber Damage and Fiber Jamming," SPE TOPCON, Chicago, **Best Paper Award** (2011)

149 Rudolph, N., Osswald, T., "High Precision Plastic Parts for Optical Applications by Compression Induced Solidification (CIS)" 44th CIRP International Conference on Manufacturing Systems (2011)

150 Restrepo-Zapata, N.C., Osswald, T.A., and Hernández-Ortiz, J.P., "Modeling and analysis of aliphatic epoxy resin with and without diffusion" SPE ANTEC (2012)

151 Aquite, W.M., and Osswald, T.A., "Notes on the Micropellitization of Polymer Resins" SPE ANTEC (2012)

152 Ramírez, D., López, I., Estrada, O., and Osswald, T.A., "Simulation of the Fountain Flow Effect by Means of the Radial Functions Method (RFM)" SPE ANTEC (2012)

153 Rojas G., A.F, Sánchez, K. y Osswald, T.A., “Reciclado de Polietileno de Alta Densidad de Diferente Grado,” *XXXIII Convención Panamericacna de Ingenierías*, UPADI 2012 - La Habana, Cuba (2012)

154 Rojas G., A.F, Sánchez, K. y Osswald, T.A., “Degradación y Estabilidad Térmica en el Reciclado de Polietileno de Alta Densidad de Diferente Grado,” *XXXIII Convención Panamericacna de Ingenierías*, UPADI 2012 - La Habana, Cuba (2012)

155 Puentes, J., Osswald, T.A., Schick, S., and Berg, J., “Optimizing Pipe Extrusion Dies Using CFD Simulation,” SPE ANTEC (2013)

156 Aquite, W., Kelly, B., Burris, E., and Osswald, T.A., “A Dimensional Analysis of the Micropelletization Process Using Rayleigh Disturbances,” SPE ANTEC (2013)

157 López, L., Ramírez, D., and Osswald, T.A. "Fiber Attrition and Orientation Productions of a Fiber-Filled Polymer Through a Gate: A Mechanistic Approach" SPE ANTEC (2013)

158 Pérez, C., Ropers, S., Ghandi, U., Madapati, R., and Osswald, T.A., "Fiber Length and Orientation Distribution Measurement of a Charge for D-LFT Compression Molding" SPE ANTEC (2013)

159 Alshaya, A., Petzold, S., Eriten, M., and Osswald, T.A., “Friction Coefficient Measurements Using a Timoshenko and Van Karman Device: Bulk Polymers,” SPE ANTEC (2013)

160 Cifuentes, S.C., Benavente, R., Osswald, T.A., and González-Carrasco, J.L., “Processing and Characterization of Novel Melt Injected PLDA/Mg Composites,” EUROMAT 2013, Sevilla (2013)

161 Perez, C., Goris, S., Osswald, T.A., “Study on the fiber properties of a LFT strand,” SPE Automotive Composites Conference, Ann Arbor (2013)

162 Aquite, W., Schafer, C., Favero, J., Osswald, T.A., “Simulation of Micropelletization Mechanisms,” PPS-29 29th International Conference of The Polymer Processing Society, Nuremberg (2013)

163 Lopez, L., Ramirez, D., Osswald, D., “Fiber attrition and orientation productions of a fiber filled polymer through a gate - A mechanistic approach,” ICIPC Colloquium 2013 Proceedings, Medellín (2013).

164 Bechara, A., Ramirez, D., Onken, J., Pérez, C., Goris, S., Londoño, A., Osswald, T.A., “Models for the Prediction of the Fiber Orientation and Fiber Length Distribution during Processing of Fiber-Filled Polymers,” International ECEMP (European Centre for Emerging Materials and Processes) Colloquium, Dresden (2013).

165 N. El Barche, M. V. Candal, A. Yanev, and T. A. Osswald, “Experimental Study of Fiber Attrition Within o Long Fiber Glass-Reinforced PP under Controlled Conditions,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

166 S. Goris, C. Perez, and T. A. Osswald, “Impact of Fiber Orientation Distribution within a D-LFT Strand on Warpage of a Compression Molded Part,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

167 C. Schäfer, W. Aquite, and T. Osswald, “Internal and free-surface viscoelastic flow simulations using the Corotational Maxwell constitutive model,” *ANTEC, Annual Technical Conference Proceedings*, Best Paper Award, Las Vegas, NV, 2014.

168 D. Ramirez, S. Goris, P. Schmitdke, E. Baur, and T. A. Osswald, “Mechanistic Model to Determine Fiber Orientation Simulation Material Parameters,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

169 R. Monroy, M. Hinkamp, T. Pfeifer, J. Puentes, C. Perez, and T. A. Osswald, “Method to Characterize Blowing Agent Concentration Effects during Polymer Processing,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

170 W. Aquite, N. Bentley, D. Gramley, N. Grundl, A. Horan, J. Kotes, S. Kumar, B. LaQua, L. Iervolino, L. Lopez, J. Mallek, M. McGuiness, J. Mueller, C. Perez, J. Puentes, M. Rademacher, D. Ramirez, R. Reader, C. Ritt, E. Ronning, J. Shafer, D. Tamilwanan, J. Thurner, B. Tobelmann, G. Yilmaz, and T. A. Osswald, “Optimizing the Production of a Fiber Reinforced Composite Sailboat Via Vacuum Assisted Resin Infusion,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

171 J. Puentes, B. LaQua, L. Iervolino, K. Dahl, M. Knott, and T. A. Osswald, “Review of Analytical Models of Anisotropy-Induce Spring Forward Effect Via FEA Simulation and Testing,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

172 W. Aquite, J. Kettemann, A. Tapia, G. Yilmaz, and T. A. Osswald, “Property Development of Semi-Crystalline Polymers in Sintering Processes,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

173 D. Ramirez, A. Bechara, J. Onken, and T. A. Osswald, “Study of the Fiber Motion in the Fountain Flow Region,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

174 H. Mazhar, J. Bollmann, E. Forti, A. Präger, T. A. Osswald, and D. Negrut, “Studying the Effect of Powder Geometry on the Selective Laser Sintering Process,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

175 J. Puentes, C. Aumnate, and T. A. Osswald, “Understanding PA11 Behavior Via Rheology and Modeling,” *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

176 N. C. Restrepo-Zapata, J. P. Hernandez-Ortiz, and T. A. Osswald, “Modeling of OBSH Decomposition Kinetics as Blowing Agent of Cellular EPDM Rubber,” \ *ANTEC, Annual Technical Conference Proceedings*, Las Vegas, NV, 2014.

177 Osswald, T.A.; Goris, S., Pérez, C., and Ramírez, D., “Fiber Orientation and Warpage Prediction of D-LFT/Thermoplastic-Fiber-Mat Hybrid Parts”, WAK Symposium – Hybrid Materials and Processes, Abstract Proceedings, Karlsruhe, Germany, 2014.

178 O. Niño, M.V. Candal y T.A. Osswald, “Reciclabilidad de PA12 en Sinterizado Laser Selectivo,” *LXIV Convención Anual de AsoVAC*, Caracas, Venezuela, 2014.

179 Osswald,, T.A., Goris, S., Mabry, P., Pérez, C., and Ramírez, D., “Developments in D-LFT Compression Molding Technology for Automotive Applications - Modeling and Simulation,” *PPS, 2014, Abstract Proceedings*, Tel-Aviv, Israel, 2014.

180 S. Ropers, P. Mabry, A. Mallach, and T. A. Osswald, “Draping Simulation of Thermoplastic Prepregs with Special Focus on the Non-Linear Bending Stiffness,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

181 S. Goris, C. Fontana, and T. A. Osswald, “Fiber Orientation Measurements Using a Novel Image Processing Algorithm for Micro-Computed Tomography Scans,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

182 M. A. Hidalgo, J. Mina, and T. A. Osswald, “Time Temperature Superposition Principle for Predicting Long-Term Response of Fique-Fiber Reinforced Polyethylene- Aluminum Composites,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

183 N. P. Doll, A. J. Verdesca, E. Bast T. A. Osswald, and R. Kleiss, “Methodology for Quasi-Viscoelastic Simulation of Polymer Gears Made from Peek Using ANSYS ®,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

184 S. Petzold, J. Smet, and T. A. Osswald, “Surface Quality of Parts Manufactured Using Selective Laser Sintering,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

185 C. J. Pérez, D. Ramírez, and T. A. Osswald, “‘’Mechanistic Model Simulation of a Compression Molding Process- Fiber Orientation and Fiber-Matrix Separation’’,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

186 N. C. Restrepo-Zapata, B. Eagleburger, T. Saari, J. P. Hernández-Ortiz, and T. A. Osswald, “Analysis of the Rheological Behavior of EPDM Rubber with Blowing Agent,” ANTEC, Annual Technical Conference Proceedings, Orlando, FL, 2015.

187 Osswald, T.A., “Reología - Esa Gran Desconocida (Rhelogy - That Big Unknown),” CESDE - Innovación y Retos en la Industria del Plástico, Medellín, Colombia, August 2015.

188 Osswald, T.A., Goris, S., and Pérez, C.J., “The Use of a Direct Particle Simulation to Predict Fiber Motion in Processing of Long Fiber-Rein- forced Thermoplastics,” Polymer Processing Society Meeting, Graz, Austria, September 2015.

189 S. Goris S., and Osswald, T.A., “Analyzing Fiber Orientation from Micro Computed-Tomography Scans using a Novel Image Processing Algorithm”, Proceedings of the 15th Annual SPE Automotive Composites Conference and Exhibition. Society of Plastic Engineers, Novi, Michigan, September 2015

190 A. Mallach, S. Ropers, F. Hliusler, M. Kardos, T. A. Osswald, M. Gude,, “Material Characterization and Draping Simulation of Thermoplastic Prepregs: The Influence of Temperature,” Proceedings of the 15th Annual SPE Automotive Composites Conference and Exhibition. Society of Plastic Engineers, Novi, Michigan, September 2015

191 Osswald, T.A., Restrepo-Zapata, N.C., Hopmann, C., and Bruns, P., “Vulcanization Effects on Mechanical Behavior of Elastomers: Experimental Characterization and Modeling,” Latin American Rubber Technology Society (SLTC) Conference, Antigua, Guatemala, November 2015.

192 Araujo Rivas, V., Osswald, T., and Candal, M.V., "Micropeletización de PEAD para la Fabricación de Peliculas Porosas y Piezas Plásticas," XVI CVP, Cumaná, Venezuela, May 2016.

193 Duddleston, L., and Osswald, T.A., "Differential Scanning Calorimetry (DSC) Quantification of Polyamide 12 (Nylon 12) Degradation during the Selective Laser Sintering (SLS) Process," ANTEC, Annual Technical Conference Proceedings, Indianapolis, IN 2016.

194 Schäfer, C., and Osswald, T.A., "Micropelletiation and Their Application to Manufacturing Porous Plastic Parts," ANTEC, Annual Technical Conference Proceedings, Indianapolis, IN 2016.

195 Brill, A., and Osswald, T.A., "Viscoelastic Shear Analysis of Polymeric Foam Midsoles," ANTEC, Annual Technical Conference Proceedings, Indianapolis, IN 2016.

196 Goris, S., and Osswald, T.A., "Analysis of the Process-Induced Microstructure in Injection Molding of Long Glass Fiber-Reinforced Thermoplastics," ANTEC, Annual Technical Conference Proceedings, Indianapolis, IN 2016.

197 Goris, S., and Osswald, T.A., "Progress on the Characterization of the Process-Induced Fiber Microstructure of Long Glass Fiber-Reinforced Thermoplastics," Automotive Composites Conference and Expo (ACCE), (**Best Paper Award**)Detroit, MI 2016

198 Kuhn, C., Kucinski, W., Taeger, O., and Osswald, T.A., "Lightweight Design with Long Fiber Reinforced Polymers—Technological oulenges due to Effect of Fiber Matrix Separation," Automotive Composites Conference and Expo (ACCE) (**Third Best Paper Award**), Detroit, MI 2016

199 Simon, S., Goris, S., Bechara, A., and Osswald, T.A."Study on Fiber Attrition of Long Glass Fiber-Reinforced Thermoplastics under Controlled Conditions in a Couette Flow," Automotive Composites Conference and Expo (ACCE), (**Best Poster Award**) Detroit, MI 2016

200.Duddleston, L.J.D., Woznick, K., Koch, C., Mazzei Capote, G., Rudolph, N., and Osswald, T.A., "Extrudate Mass Flow Rate Analysis in Fused Filament Fabrication (FFF): A Cursory Investigation of the Effects of Print Parameters," ANTEC, Annual Technical Conference Proceedings, Anaheim, CA 2017

201.Schäfer, C., Bryant, J. S., Meyer, S. P. and Osswald, T., "Micropelletization of Virgin and Recycled Thermoplastic Materials," ANTEC, Annual Technical Conference Proceedings, Anaheim, CA 2017

202.Goris, S., Simon, S., Montoya, C., Bechara, A., Brands, D., Angel, Y., Candal, M.V., Osswald, T.A., "Experimental Study on Fiber Attrition of Long Glass Fiber-Reinforced Thermoplastics under Controlled Conditions in a Couette Flow", ANTEC, Annual Technical Conference Proceedings, Anaheim, CA 2017

203.Walter, I., Goris, S., Teuwsen, J., Tapia, A., Perez C., Osswald, T.A., "A Direct Particle Level Simulation Coupled with The Folgar-Tucker RSC Model to Predict Fiber Orientation in Injection Molding of Long Glass Fiber Reinforced Thermoplastics", ANTEC, Annual Technical Conference Proceedings, Anaheim, CA 2017

204.Teuwsen, J., Goris, S., Osswald, T.A., "Impact of the Process-Induced Microstructure on the Mechanical Performance of Injection Molded Long Glass Fiber Reinforced PP", ANTEC, Annual Technical Conference Proceedings, Anaheim, CA 2017

205.Obst, P., Launhardt, M., Drummer, D., Osswald, P.V., and Osswald, T.A., "Failure Criterion for SLS Additive Manufactured Parts", ANTEC, Annual Technical Conference Proceedings, Anaheim, CA 2017

206.Werner, S., Knoeppel, A., Goris, S., and Osswald, T.A., "Effect of Initial Fiber Length on Fiber Attrition During Processing of Long Glass Fiber-Reinforced Polypropylene", Automotive Composites Conference and Expo (ACCE), (1st Place in Best Poster Award Competition) Detroit, MI 2017

207.Walter, I., Kuhn, C., and Osswald, T.A., "Investigation of Fiber-Matrix Separation in Rib Filling During Compression Using a Direct Fiber Simulation", Automotive Composites Conference and Expo (ACCE), (3rd Place in Best Poster Award Competition) Detroit, MI 2017

208.Osswald, T.A., "Fused Filament Fabrication Melting Model," RAPID 2018, Ft Worth, TX, April 25, 2018

209.Mazzei, G., and Osswald, T.A., "A Tensor Based Failure Criterion for Fused Filament Fabrication Manufactured Parts," RAPID 2018, Ft Worth, TX, April 25, 2018

210.Iland, T., Rudolph, N., and Osswald, T.A., "Fused Filament Fabrication for Manufacturing of Air-Colled Heat Exchangers," RAPID 2018, Ft Worth, TX, April 25, 2018

211.Johnson, C., Herrera, R., Osswald, T.A. (2018). "Strength Analysis of Fused Filament Fabricated Continuous Carbon Fiber Composite Test Samples," SPE ANTEC, Orlando, 2018.

212.Colón, J., Heckner, T., Chrupala, A., Goris, S., Pollock, J., Osswald, T.A. (2018). "Observed Particle Migration During Processing of Polypropylene with Glass Beads," SPE ANTEC, Orlando, 2018.

213.Simon, S., Bechara, A., and Osswald, T.A., "Fiber Orientation Evolution in Injection Molded Parts," SPE Automotive Composites Conference and Expo, Detroit, MI, September 6, 2018 (Best Paper Award)

214.Redmann, A., and Osswald, T.A., "3D Printed B-Stage Epoxy for Composite Joining and Feature Integration," SPE Automotive Composites Conference and Expo, Detroit, MI, September 6, 2018 (Second Best Paper Award)

215.Osswald, T.A., "Procesamiento y Reología de Polímeros," IV Simposio de Materiales Poliméricos (4th Symposium for Polymeric Materials) Cali, Colombia, September 13, 2018 (Plenary Lecture)

216.Mazzei Capote, G. A., Osswald T. A., "A novel failure criterion applied for Fused Filament Fabrication parts", AMUG, Chicago, IL, April 3rd, 2019

217.Osswald, T.A., "Hermann Mark – The Father of Polymer Science," Plastics Heritage Congress - 2019, 2Lisbon, Portugal, 9-31 May, 2019.

218.Oehlmann, P., Redmann, A., and Osswald, T.A., "3D Printed Dual Cure Epoxy for Hybrid Composite Structures," SPE Automotive Composites Conference and Expo, Detroit, MI, September 6, 2019 (Second Best Paper Award)

219.Simon, S.A., Bechara, A.S., and Osswald, T.A., “Direct Fiber Model Validation: Orientation Evolution in Simple Shear Flow,” SPE Automotive Composites Conference and Exhibition, Novi, MI, September 4, 2019 (Best Paper Award)

220.Osswald, T.A., Román, A., and Travis, J.Z., “Análisis estacional y caracterización de plantaciones de caucho natural: Propiedades térmicas, mecánicas, químicas y relógicas de látices obtenidos,” (“Seasonal Analysis and Characterization of Natural Rubber Plantations: Thermal, Mechanical, Chemical and Rheological Properties”) XV Jornadas Latinoamericanas de Tecnología del Caucho, Querétaro, Mexico, 11-15 November, 2019 (Invited presentation)

**COURSES DEVELOPED**

**ME 310 Manufacturing: Polymer Processing and Engineering**

Introduction to all important aspects of polymer processing and engineering including polymeric materials, material properties, design and manufacturing considerations, processing methods, part performance, post-consumer recycling and upcycling, societal responsibilities and ethics, and various techniques for modeling in materials processing like dimensional analysis, design of experiments, analytical solutions, and computer simulation.

**ME417 Transport Phenomena in Polymer Processing**

A course that focuses on the application of transport phenomena principles to the processing of polymeric materials. This course delves into the intricacies of heat transfer, fluid mechanics, and mass transfer as they relate to the manufacturing of polymers.

**ME418 Engineering Design with Polymers**

A course intended to acquaint the student with a polymers' unique behavior and its relation to design, covering molecular structure, basic properties, the relation between processing and properties of the final part, mixing, anisotropy, and residual stresses during solidification.

**ME514 Polymer Additive Manufacturing**

A quantitative and qualitative study of additive manufacturing processes. Emphasis on proper additive manufacturing technique selection for optimized final product design and properties, as well as presentation of emerging additive manufacturing techniques.

**ME 718 Modeling and Simulation Polymer Processing.**

A course designed to acquaint the student with computer simulation technology used for the engineering of polymer processes, such as compression molding, injection molding, extrusion, blow molding, and many others.

**PATENTS**

1. US 5,971,603 Static Mixer Head
2. US 6,136,246 Screw extruder with improved dispersive mixing elements
3. US 7,314,363 Device to visualize in-line and quantify the polymer melting in plasticating screw machines without significantly affecting its thermal regime
4. US 9,321,207 Polymer Pelletization Via Melt Fracture

5. US 9,205,590 Micropelletizer Using Rayleigh Disturbances

6. US 9,895,844 System for Use with Three Dimensional Printer and Method for Using the Same (applied 2015, granted 2018)

7. WO2015126733 System for Use with Three Dimensional Printer and Method for Using the Same

8. US11,207,799 B2 Pelletization Gas Guide

9. United States Patent Application 20230339155, METHOD FOR SIMULATING A FIBER ORIENTATION IN AN INJECTION-MOLDED PART MADE OF A FIBER-REINFORCED PLASTIC, AND DESIGN METHOD FOR DESIGNING AN INJECTION-MOLDED PART MADE OF A FIBER-REINFORCED PLASTIC

10. WO2023144631 Ammonia-Free Latex Compositions

11. US 11,911,949 Rotating Nozzle Structure and Method

# ADDENDUM: Prior Expert Witness Experience

KX Industries, L.P. v. Culligan Water Technologies, Inc., No. Civ. A. 98-88-RRM (D. Del. 1998); [Deposed/ Testimony]

Kraft Foods, INC., v. International Trading CO, LTD., No. 98-C-0491-S (W.D. Wisc. 1998); [Deposed]

Minnesota Mining and Manufacturing Company v. Ronald Pribyl, James Harvey, Thomas Skrtic and Accu-Tech Plastics, Inc., No. 99-C-0265-S (W.D. Wisc. 1999); [Deposed/Trial Testimony]

York, Newberg Dick/UMEC v. County of LA, (2000);

Turn-Key-Tech, LLC, a California limited liability company, v. Sony Corporation Ref.No.T99-48 (2001);

Sargento Foods, Inc. v. Kraft Foods Inc., No. 02-C-0555-S, (W.D. Wisc. 2002).

John Mezzalingua Associates, Inc., v. Arris International, Inc., No. 03-C-0353, (W.D. Wisc. 2003) [Deposed/Trial Testimony]

Zila, Inc. V. Beutlich Pharmaceuticals, No. 03C-3285, (2003).

National Union Fire Insurance Company of Pittsburh v. Puget Plastics Corporation, S. Dist. TX, Case No. 1:05-CV-050 (2009).

Microtherm, Inc., et al. v. Puget Plastics Corporation, et al., 357th Judicial District, TX, (2004) [Deposed]

EEMAX, Inc. v. General Electric Company, No.1-02-CV-1825-JMF, (2004) [Deposed/Trial Testimony]

Kenneth Craig and Insurance Company State of Pennsylvania v. Alfa Gomma, S.P.A. et al. Case No. 03-CV-1330 (2004)

Ecolab Inc. v. JohnsonDiversey, Inc., Case No. 03-CV-2231 (2004) [Deposed]

MELEA Ltd et al. v. Alliance Gas Systems, Inc. el al., CA 04-70530 (E.D. Mich.), (2005) [Deposed/Trial Testimony]

Wellman, Inc. v. Teijin Limited, et al. Civil Action No. 05-CV-1263 (2006) [Deposed]

Playstar, Inc. v. Playcore Wisconsin, Inc. et al. Case No. 05-C-691 (2007)

Volta Belting v. Mol Industries (2008)

Lanxess Corporation v. Sabine Cogen, L.P. Case No. A070353C (2008) [Deposed]

The First Years Inc., and Learning Curve Brands, Inc. v. Munchkin Inc. Civ. Action No. 07-C-0558-C (2008) [Deposed/Trial Testimony]

In the Matter of Certain Coaxial Cable Connectors and Components Thereof and Products Containing Same – USITC Inv. No.: 337·TA·650, (2008) [Deposed/Court Testimony]

Sanderson, et al. v. SPX et al. Case No.: 2:07-CV-828-FTM-29DNF (2008).

National Union Fire Insurance Company of Pittsburh v. Puget Plastics Corporation, S. Dist. TX, Case No. 1:05-CV-050 (2009)

Porex Corporation. v. Dean Haldopoulos et al. Civil Action File No. 205-CV-11563-1 (2009). [Deposed 2009]

Grice Eng., Inc. vs. JG Innovations, Inc. , Case No. 09-cv-632 (2010) [Deposed 2010]

Madisyn Miller etal., vs. EvenFlo Company, Inc., Case No. 3:09-cv-00108-KRG (2012) [Deposed/Trial Testimony 2012]

HOMELAND HOUSEWARES, LLC, v. SORENSEN RESEARCH AND DEVELOPMENT TRUST, Case No. 11cv03720-GW JEMx (2012) [Deposed 2012]

CSP TECHNOLOGIES, INC. v. SÜD-CHEMIE AG, SÜD-CHEMIE, INC., and AIRSEC S.A.S, Civil Action No. 4:11-cv-00029-RLY-WGH (2012). [Deposed 2013]

In the Matter of Certain Cases for Portable Electronic Devices Investigation No. 337-TA-861 (2013) [Deposed 2 times]

Corma, Inc., v. Hegler Plastik GmbH, Claim No. HC11 C02959, In the High Court of Justice, Chancery Division, Patents Court, London UK (2012) [Trial Testimony 2012].

Viva Healthcare Packaging, Ltd., Viva Healthcare Packaging (HK) Ltd. and Viva Healthcare Packaging (USA) Inc., v. CTL Packaging USA, Inc. and Tuboplast Hispania, Case No. 13-CV-00569 (MOC) (DSC) (2013) [Deposed 2016]

Renssel v. Fluidmaster, Case No. 14-cv-648-PA (DFM), CLASS ACTION [Deposed 2015]

3M Innovative Properties Company and 3M Company. v. GDC, INC. and Monadnok Non-Wovens, LLC, Civil No. 13cv01287 DWF/JJK (2013) [Deposed 2014, 2015]

Husky Injection Molding Systems Ltd. v. Robert Schad et al. Court File No. CV-13-481089, Ontario, Canada (2015) [Trial Testimony, 2015]

RICHARD NOLEN-HOEKSEMA v. MAQUET CARDIOPULMONARY AG, CIVIL ACTION NO. 3: 14-cv-00022-MPS (2015)

RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC v. TEVA PHARMACEUTICALS USA, INC., C.A. No. 14-1451-RGA [Deposed 2016] [Trial Testimony 2016]

U.S. Polymers, Inc. v. Innovative Coatings, Inc. (Case No.2:16-cv-3082-R-FFM) (2016)

Jacquelyn D. Ajose, et al. v. Interline Brands, Inc., No. 3:14-CV-1707 (2016)

Agropur Cooperative v. Parmalat Canada Inc. Montreal, Canada (2016)

Plastic Omnium Advanced Innovation and Research v. Donghee America, Inc., Civil Action No. 16-cv-00187 (2016) [Deposed 2017]

Agropur Coopérative v. Parmalat Canada Inc., Federal Court File No. 1371-16 (2016)

Ecovative Design LLC v. Ford Global Technologies, Patent Interference No. 106,069, (2017) With Plaintiff

In the Matter of CERTAIN THERMOPLASTIC-ENCAPSULATED ELECTRIC MOTORS, COMPONENTS THEREOF, AND PRODUCTS AND VEHICLES CONTAINING SAME II, Investigation No. 337-TA-1073 (2018)

Kimberly-Clark Corporation, et al., v. Extrusion Group, LLC, et al., C.A. No. 1:18-CV-4754-TWT, With Defendant [Declaration, Deposed 2020, 2021]

John & Denise Wagner v. 3M Co., et al., Case No. CV 19-01303 [Declaration, Deposed 2020 With Defendant

Fisher & Paykel Healthcare Limited v. Flexicare L imited, Case No. 8:19-CV-00835-JVS-DFM (2020) With Defendant [Declaration, Deposed 2020]

Yita, LLC v. MacNeil IP, LLC. IPR2020-01139 and IPR2020-01142 [Deposed 2021] With Defendant

CAMBRIA COMPANY LLC, versus COSENTINO S.A., C & C NORTH AMERICA, INC., Case Numbers: 6:20-CV-00894-ADA, 6:20-CV-00895-ADA, 6:20-CV-00896-ADA, 6:20-CV-00897-ADA (2021) [Declaration, Deposed]

THE GLAD PRODUCTS COMPANY, Petitioner, v. POLY-AMERICA, L.P., Patent Owner, Case No: Unassigned
U.S. Patent No. 10,934,058 B2 (2021)

VIRCO MFG. CORPORATION, versus SSI LIQUIDATING, INC. and SCHOOL SPECIALTY, LLC, Case No. C.A. No. 20-906 LPS-CJB (2021)

BAY MATERIALS, LLC, versus 3M COMPANY, Case No. 21-1610-RGA (2021) [Declarations, Deposed 2022, 2023] With Plaitiff

Chris Hinrichs, et al., versus DOW Chemical Company, Case No. 16-CV-001544 (2022) With Defendant [Declaration, Deposed 2024]

Cellulose Materials Solutions, LLC, versus SC Marketing Group, Inc., Case No. 3:22-cv-03141-LB (2022) With Plaintiff [Declarations, Deposed 2024]

Continuous Composites, Inc., versus MARKFORGED, Inc., C.A. No.21-998 (MN) (2022) With Plaintiff [Declarations, Deposed 2023, Trial Testimony 2024]

Billy Moore, et al., v. ABB Inc.., et al. No. 22-2-07824-3 KNT (2023) With Defendant [Declaration]

SK Microworks America, Inc., v. Far Eastern New Century Corporation and Multi-Plastics, Inc., Case Number 2:23-cv-10322 (2024) With Defendant [Declaration, Deposition 2024]

JBF Bahrain W.L.L. v. United States, Court No. 23-00067 (United States Court of International Trade) (2024) With Plaintiff [Declaration 2024]

ClearCorrect Operating LLC v. Align Technology, Inc. IPR U.S. PATENT NO. 10,973,613 (2024) [Declaration 2024, 2025]

SQIP,LLC v. Cambria Company, LLC, Case No. 24-cv-1111 (LMP/DJF) (2024) With Defendant [Declaration 2025, Deposition 2025]

Spartan Composites, LLC, d/b/a FODS, and Spartan Mat v. Signature Systems Group, LLC, Case No. 4:24-CV-00609-ALM (2025) With Defendant [Declaration 2025, Deposition 2025, Trial Testimony 2025]

Stratasys, Inc., v. Shenzhen Tuozhu Technology Co., Ltd., *et al.,* Case No. 2:24-cv-00644-JRG (2025) With Defendant [Declaration 2025] [Deposed 2026]