# Exhibit 5

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Peter DILWORTH |
| Title | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| Art Unit | Not Yet Assigned |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 092749-0556 |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Nathan S. Smith/ | Date (Optional) | August 14, 2018 |
| Name | Nathan S. Smith | Registration Number | 53,615 |
| Title (if Applicant is a juristic entity) | Attorney for Applicant | | |
| Applicant Name (if Applicant is a juristic entity) | WobbleWorks, Inc. | | |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

[X] *Total of 1 forms are submitted.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

☑ I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 31824

OR

☐ I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

☑ The address associated with the above-mentioned Customer Number

OR

☐ The address associated with Customer Number:

OR

| | | | | | |
|---|---|---|---|---|---|
| Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

WobbleWorks, Inc.

☐ Inventor or Joint Inventor (title not required below)

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

☑ Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

**SIGNATURE of Applicant for Patent**

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| | | | |
|---|---|---|---|
| Signature | [signature] | Date (Optional) | 01 June 2014 |
| Name | Peter Dilworth | | |
| Title | Vice President, WobbleWorks, Inc. | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ Total of forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)**

| | |
|---|---|
| **Title of Invention** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |

As the below named inventor, I hereby declare that:

This declaration is directed to:

[x] The attached application, or

[ ] United States application or PCT international application number ____________ filed on ____________ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Maxwell BOGUE Date (Optional): 3/14/13

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

- [x] The attached application, or
- [ ] United States application or PCT international application number ____________ filed on ____________ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Peter DILWORTH Date (Optional): 9/14/2013

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith/Sara Mar |
| **Attorney Docket Number:** | 092749-0556 |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 75 | 75 |
| UTILITY SEARCH FEE | 2111 | 1 | 330 | 330 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 380 | 380 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **785** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 33469109 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 31824 |
| **Filer:** | Nathan Scott Smith/Sara Mar |
| **Filer Authorized By:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 092749-0556 |
| **Receipt Date:** | 14-AUG-2018 |
| **Filing Date:** | |
| **Time Stamp:** | 20:46:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $785 |
| RAM confirmation Number | 081518INTEFSW00006297502624 |
| Deposit Account | 502624 |
| Authorized User | Sara Lin |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 092749-0556_ADS.PDF | 1256467<br>78211509ac02e541ee06b8b4f61d4bf7ab6c907a | no | 9 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | PatentApplication-092749-0556.pdf | 108790<br>ecf6432db656c4c908b3f613514f89b47e6ce082 | yes | 18 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Abstract | 18 | 18 |
| Claims | 15 | 17 |
| Specification | 1 | 14 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | 092749-0556_Drawings.PDF | 785752<br>1191925a6feb337e4fb3b2c374f6980102c48466 | no | 4 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Power of Attorney | 092749-0556_POA.pdf | 332996<br>856074855c96a823a50025969d590e215ef82aaf | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | Oath or Declaration filed | 092749-0556_ExecutedDeclarations.pdf | 1607602<br>ef1eefa2fb8f2213856a5e51b7106be91294a077 | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 6 | Fee Worksheet (SB06) | fee-info.pdf | 35026<br>3b5c143a49de24a789475413047161750f468836 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 4126633 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 — Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Peter | | DILWORTH | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| City | Somerville | State/Province | MA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 23 Monmouth Street | | |
| Address 2 | | | |
| City | Somerville | State/Province | MA |
| Postal Code | 02143 | Country | US |

**Inventor** 2 — Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Maxwell | | BOGUE | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency ○ Active US Military Service

| City | Hong Kong | Country of Residence | HK |
|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 1209 Orange Street | | |
| Address 2 | | | |
| City | Wilmington | State/Province | DE |
| Postal Code | 19801 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. — Add

## Correspondence Information:

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | | |
|---|---|---|---|
| **Customer Number** | 31824 | | |
| **Email Address** | | Add Email | Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | | |
| **Attorney Docket Number** | 092749-0556 | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 4 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| | | | |
|---|---|---|---|
| Please Select One: | ● Customer Number | US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
| Customer Number | 31824 | | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 15/638266 | 2017-06-29 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/638266 | Continuation of | 14/821399 | 2015-08-07 | 9731444 | 2016-02-04 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14/821399 | Continuation of | 13/831050 | 2013-03-14 | 9102098 | 2015-08-11 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13/831050 | Claims benefit of provisional | 61/733689 | 2012-12-05 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| | |
|---|---|
| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1 — Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | |
|---|---|
| Name of the Deceased or Legally Incapacitated Inventor: | |
| If the Applicant is an Organization check here. | ☒ |
| Organization Name | WobbleWorks, Inc. |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | 1209 Orange Street | | |
| Address 2 | | | |
| **City** | Wilmington | **State/Province** | DE |
| **Country** | US | Postal Code | 19801 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Nathan S. Smith/ | | | Date (YYYY-MM-DD) | 2018-08-14 |
|---|---|---|---|---|---|
| First Name | Nathan S. | Last Name | Smith | Registration Number | 53615 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 092749-0556 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ABSTRACT

A three-dimensional drawing device can include a housing configured for to be held in user's hand, shaped to allow manipulation of the housing like a pen, and configured to accept a strand of thermoplastic material. The drawing device has a nozzle assembly with an exit nozzle and a motor connected to a gear train that engages the strand such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object. The motor can be controlled using a variable speed control mechanism or first and second actuators, thereby controlling movement of the strand, for example, to advance or retract the strand relative to the nozzle assembly.

## CLAIMS

What is claimed is:

1. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the configuration of the pen comprising:

an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing;

a rotatable gear disposed within the internal volume of the housing of the pen, the gear being configured to contact the strand when engaged with the gear within the housing of the pen;

a motor, disposed within the internal volume of the housing of the pen, operatively coupled with the gear and configured to rotate the gear and drive motion of the strand;

an actuator, positioned along the housing of the pen, to actuate the motor to control a movement of the strand; and

a nozzle assembly disposed at a distal end of the pen and comprising an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand, the extruder being disposed between the gear and the exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.

2. The apparatus of Claim 1, wherein the gear is disposed adjacent to the port within the internal volume.

3. The apparatus of Claim 1, further comprising a mounting tube having a first end and a second end, and wherein the second end of the guide tube extends into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

4. The apparatus of Claim 1, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle.

5. The apparatus of Claim 1, further comprising a variable speed control mechanism to adjust one or more of the first extrusion rate and the second extrusion rate.

6. The apparatus of Claim 1, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the strand of feed stock prior to extrusion through the exit nozzle.

7. The apparatus of Claim 1, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

8. The apparatus of Claim 1, wherein the gear comprises a final gear having teeth that engage the strand of feed stock such that rotation of the final gear causes the strand of feed stock to linearly move.

9. The apparatus of Claim 1, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

10. The apparatus of Claim 1, wherein the housing comprises a length between the first end and the second end, the length being greater than a maximum transverse extent of the housing.

11. The apparatus of Claim 1, wherein the pen is configured to extrude the strand out of the exit nozzle in a continuous, vertical form.

12. A three-dimensional (3D) drawing pen comprising:

an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen to permit drawing 3D objects in free space;

a drive system comprising a gear and a motor disposed within the internal volume, the gear being operatively coupled with the motor to drive motion of the strand of material when inserted through the port and engaged with the gear;

at least one actuator, positioned along the housing of the pen, for controlling a movement of the strand; and

a nozzle assembly disposed at a distal end of the housing and comprising an extruder and an exit nozzle, the extruder having a heating element for melting the strand, the extruder being disposed between the gear and the exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid, continuous form that retains its shape against gravity in free space to draw a 3D object.

13. The 3D drawing pen of Claim 12, further comprising a guide tube disposed within the housing and extending between the gear and the extruder, a first end of the guide tube positioned to receive the strand from the gear, a second end of the guide tube aligned with a chamber of the extruder such that the strand is directed into the chamber.

14. The 3D drawing pen of Claim 12, wherein the housing comprises at least one cooling port extending between the internal volume and an ambient atmosphere.

15. The 3D drawing pen of Claim 12, wherein the gear is disposed adjacent to the port within the internal volume.

16. The 3D drawing pen of Claim 12, further comprising a mounting tube having a first end and a second end, and wherein the second end of the guide tube extends into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

17. The 3D drawing pen of Claim 12, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle.

18. The 3D drawing pen of Claim 12, wherein comprising a variable speed control mechanism to adjust one or more of the first extrusion rate and the second extrusion rate.

19. The 3D drawing pen of Claim 12, wherein comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

20. The 3D drawing pen of Claim 12, wherein the housing comprises a length between the first end and the second end, the length being greater than a maximum transverse extent of the housing.

# HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

## CROSS-REFERENCE TO RELATED APPLICATIONS

**[0001]** The present application is a continuation of U.S. Application Serial No. 15/638,266, filed June 29, 2017, which is a continuation of U.S. Application Serial No. 14/821,399, filed August 7, 2015, which is a continuation of U.S. Application Serial No. 13/831,050, filed March 14, 2013, now U.S. Patent No. 9,102,098, which claims benefit of and priority to U.S. Provisional Patent Application Serial No. 61/733,689, filed on December 5, 2012, the entirety of each of which is hereby incorporated herein by reference.

## BACKGROUND

### Field

**[0002]** The present disclosure relates to extrusion devices and, in particular, a hand-held implement configured to extrude a material so as to construct three-dimensional (3D) objects.

### Description of the Related Art

**[0003]** Three-dimensional printers are known which may be used to produce 3D items of all types. Certain printers operate by deposition of sequential layers of plastic while others function by sequential agglomeration or solidification of layers of a precursor material. These printers tend to be large and expensive and require the design to be provided as a computer file, for example as generated by a Computer-Aided Design (CAD) program.

**[0004]** U.S. Patent 3,665,158 to Froedge discloses a conventional handheld extrusion device. A chamber is filled with a granulated solid plastic material and then sealed with a cap. The contents of the chamber are heated to melt the plastic and create pressure within the chamber. A passage leads from the chamber to a rotatable nozzle that blocks flow in a first position and allows flow in a second position. A trigger is attached to the nozzle such that pulling the trigger moves the nozzle to the second position, thereby allowing the molten plastic to be expelled from the nozzle due to the pressure within the chamber. Releasing the trigger allows the nozzle to return to the first position, thereby stopping the flow of plastic. There is no provision to

replenish the raw material without shutting off the device nor any mechanism to mechanically feed material to the nozzle at a constant rate. In addition, Froedge's system does not provide a means of cooling the extruded material.

## SUMMARY

**[0005]** It is desirable to provide a reliable, easily refillable hand-held device to form 2D and 3D items without the need for computerized design files. The present disclosure describes a hand-held device that allows a user to "draw" a 3D structure with a feed stock that can be replenished while in continuous use.

**[0006]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock, a nozzle assembly at least partially disposed within the housing and having an exit nozzle, a motor disposed within the housing, and a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

**[0007]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock. The housing has an internal volume and at least one cooling port in fluid communication with the internal volume. The 3D drawing device also includes a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle, a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port, a motor disposed within the housing, and an actuator coupled to the housing. Actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0008]** The accompanying drawings, which are included to provide further understanding and are incorporated in and constitute a part of this specification, illustrate disclosed embodiments and together with the description serve to explain the principles of the disclosed embodiments. In the drawings:

**[0009]** FIG. 1 is a perspective view of an exemplary 3D drawing device according to certain aspects of the present disclosure.

**[0010]** FIG. 2 is a cut-way view of the device of FIG. 1 with a portion of the housing removed according to certain aspects of the present disclosure.

**[0011]** FIGS. 3A-3B are cross-sectional and cutaway views of the device of FIG. 1 according to certain aspects of the present disclosure.

**[0012]** FIGS. 4A-4B are plan and perspective views of the feed mechanism according to certain aspects of the present disclosure.

**[0013]** FIGS. 5A-5B are perspective and cutaway views of another embodiment of a 3D drawing device according to certain aspects of the present disclosure.

## DETAILED DESCRIPTION

**[0014]** The present disclosure describes a hand-held device that allows a user to "draw" a 2D or 3D structure and to easily refill or replace the feed stock.

**[0015]** The detailed description set forth below is intended as a description of various configurations of the subject technology and is not intended to represent the only configurations in which the subject technology may be practiced. The appended drawings are incorporated herein and constitute a part of the detailed description. The detailed description includes specific details for the purpose of providing a thorough understanding of the subject technology. However, it will be apparent to those skilled in the art that the subject technology may be practiced without these specific details. In some instances, well-known structures and components are shown in block diagram form in order to avoid obscuring the concepts of the subject technology. Like components are labeled with identical element numbers for ease of understanding.

**[0016]** As used within this disclosure, the phrase “feed stock” means any material provided in any form suitable for processing within the 3D drawing device so as to provide the desired output stream. Feed stock may be a thermoplastic such as acrylonitrile butadiene styrene (ABS),

polyvinyl chloride (PVC) or a polylactic acid (PLA), a thermoset material such as an epoxy, a metal such as tin or lead or a mixture of metals. Feed stock may be a single material or a mixture of materials, such as a rod having particles of a first material dispersed within a matrix of a second material.

**[0017]** FIG. 1 is a perspective view of an exemplary 3D drawing device 100 according to certain aspects of the present disclosure. The device 100 includes a housing 110 in which a control assembly 120, a nozzle assembly 130, a fan assembly 140 are provided. The housing 110 may be sized and configured to fit in a user's hand and suitably shaped to allow for manipulation like a pen or pencil. An actuator, for example buttons 122 and 124 in this embodiment, may be positioned to allow the user to actuate either the actuator while holding the device 100. In this embodiment, the user may actuate one or both of buttons 122, 124 while manipulating the 3D drawing device 100. In this embodiment, the device 100 is configured to accept a feed stock 20 in the form of a strand that may be 3 mm in diameter. In certain embodiments, the feed stock 20 may be provided as a cut length, for example 30 cm in length, or as a continuous strand drawn from a spool (not shown in FIG. 1). The device 100 includes an input port 115, or other input element, such as a hopper, for example, through which a raw material is provided to the device 100. The feed stock 20 may be a thermoplastic material, for example a PVC, an ABS, or a PLA, however, other embodiments may accept other types of material, such as a thermoset plastic or a metal or combination of materials.

**[0018]** In an example of use of one embodiment of the device 100, the user selects a particular type and color of a thermoplastic feed stock 20 and introduces the feed stock 20 into the entrance port 115 (see FIG. 2) and connects a power cord (not shown in FIG. 1) to a power source, such as a wall outlet. In certain embodiments, the 3D drawing device 100 may include a portable power source (not shown in FIGS. 1-2), for example a lithium polymer battery, to power the device 100. After a warm-up period, the user may press button 122 while drawing a line on a surface with the device 100, for example tracing a pattern on a printed sheet, in a manner similar to drawing a line with a pencil. A column 22 of the feed stock 20 is extruded from the nozzle assembly while the button 122 is depressed. In certain embodiments, the column 22 may be 0.3 mm in diameter. If the user moves the device along the surface at approximately the same speed as the rate of extrusion of the column 22, the user will create a solid, three-dimensional

"line" on the surface. In certain embodiments, the feed stock 20 exits the nozzle assembly 130 in essentially a solid form such that the extruded column retains its shape. In certain embodiments, freshly extruded feed stock 20 will bond to previously extruded columns 22 such that a structure may be formed by drawing a line across to a previously drawn column 22.

**[0019]** In certain embodiments, button 122 may cause the feed stock 20 to be extruded at a first rate, for example 2.6 mm/sec, while the second button 124 may cause the feed stock 20 to be extruded at a second rate, for example 5.0 mm/sec. In certain embodiments, the first rate may be in the range of 0.1-10.0 mm/sec and the second rate may be in the range of 2-50 mm/sec. In certain embodiments, the first and second rates are chosen to provide a speed appropriate for the intended user, for example a device 100 intended for use by a young child may have slower rates than a device 100 intended for an adult artist. In certain embodiments, the 3D drawing device 100 may include a variable speed control mechanism (not shown in FIG. 1-2) to allow the user to adjust one or more of the rates of extrusion. In certain embodiments, the variable speed control mechanism may include a dial. In certain embodiments, releasing either of the buttons 122, 124 may cause the internal mechanism to draw the feed stock 20 backward a certain amount, thereby breaking off the extruded column 22. In this manner, the user can "write" with the 3D drawing device 100 in much the same manner as they would with a pen except they can do so in three dimensions since the extruded material is three-dimensional. The user can create free-form lines, shapes or other objects, as desired. A user may additionally use stencils or other guides in order to create desired objects such as sculpture, jewelry, artistic pieces, etc. In addition, or in the alternative, the 3D drawing device 100 may be used to repair or enhance existing objects and structures. In certain embodiments, pressing both buttons 122, 124 at the same time may cause another action, such as expelling the unused portion of the feed stock 20 from the entrance port 115 such that the user may switch to a different color or type of feed stock 20.

**[0020]** FIG. 2 is a cut-way view of the device 100 of FIG. 1 with a portion of the housing 110 removed according to certain aspects of the present disclosure. It can be seen that a circuit assembly 126 is positioned under the switches 122, 124 and a feed mechanism 150 is disposed on the lower housing 114, with the feed stock 20 entering through the entrance port 115 and passing over and between elements of the feed mechanism 150, which is discussed in greater

detail with respect to FIGS. 4A-4B. In certain embodiments, the circuit assembly 126 may include a processor while, in certain embodiments, the circuit assembly 126 may include analog circuit elements such as mechanical switches, resistors, capacitors, and other electrical elements (not visible in FIG. 2) as known to those of skill in the art. In certain embodiments, the circuit assembly 126 may include a power conditioning circuit (not shown) that converts power from the power source to a different form, such as a direct current (DC) voltage. In certain embodiments, the circuit assembly 126 may include a portable power source (not shown in FIG. 2). In certain embodiments, the circuit assembly 126 may be connected to an external power source through a power cord (not shown in FIGS. 1-2). In certain embodiments, the 3D drawing device 100 also includes an external control interface 127 that is connected to the circuit assembly 126 and configured to accept actuation commands from a remote system, such as a computer numerical control (CNC) machine. In certain embodiments, the housing 110 may be adapted for mounting on a tool interface of a CNC machine such that the machine can manipulate the 3D drawing device 100 to create 3D objects. For example, the external control interface 127 may include three electrical pins, wherein a pin 1 is a common such as a ground, a pin 2 that is coupled to the button 122 such that provision of a DC voltage across pin 1 and pin 2 is equivalent to pressing button 122, and a pin 3 that is coupled to the button 124 such that provision of a DC voltage across pin 1 and pin 3 is equivalent to pressing button 124. In certain embodiments, the external control interface 127 may be configured to accept signals through a radio frequency (RF) or optical wireless system. In certain embodiments, the external control interface 127 may be configured to accept signals through a fiber-optic cable.

**[0021]** FIGS. 3A-3B are cross-sectional and cutaway views of the device 100 of FIG. 1 according to certain aspects of the present disclosure. FIG. 3A is a side view of the entire 3D drawing device 100, showing how the upper housing 112 and lower housing 114 together form an internal volume 116 in which is located the feed mechanism 150. At the right end, it can be seen that the nozzle assembly 130 includes an extruder 132 and a guide tube 134, which are discussed in greater detail with respect to FIG. 3B. the fan assembly 140 includes a fan cover 142, which is stationary and attached to the upper housing 112, an impeller 14 located underneath the cover 142 and configured to draw air into the internal volume 116 through ports (not visible in FIG. 3A) in the cover 142. A motor 146 is mounted, in this example, to the lower

housing 114 and drives the impeller 144 at a constant speed. The air that is drawn into the internal volume may, in certain embodiments, flow out through either cooling ports 118 in the upper and lower housings 112, 114. The cooling ports 118 are discussed in greater detail with respect to FIG. 3B. It can be seen in FIG. 3A that, in this embodiment, the feed stock 20 follows a straight path though the device 100.

**[0022]** FIG. 3B is a close-up, cutaway view of the nozzle assembly 130. The extruder 132 has a first chamber 135 formed as a cylindrical bore of approximately the same diameter as the feed stock 20 and an extrusion passage 133 of a smaller diameter, terminating in an exit nozzle 133A. In certain embodiments, the first chamber 135 may have a first diameter of 3 mm while the extrusion passage 133 has a diameter of 0.3 mm. In certain embodiments, the extruder 132 is formed of a thermally conductive material, for example a metal or a ceramic, with a heating element, for example a nichrome wire, (not visible in FIG. 3B) wound around the exterior circumference. When the device 100 is connected to a power source, the heating element raises the temperature of the extruder 132 to a temperature that may be above the melting point of the feed stock 20. In certain embodiments, the nozzle assembly 130 includes a temperature sensor that is connected to the circuit assembly 126 which may include a temperature control circuit to regulate the power to the heater element so as to maintain the temperature of the extruder 132 within a desired range of a setpoint. As systems and methods for temperature regulation are known to those of skill in the art, the details are not provided herein. In certain embodiments, an indicator (not shown), for example an LED, may be provided to indicate that the extruder 132 has reached a temperature sufficient to melt the feed stock 20.

**[0023]** In certain embodiments, for example with a feed stock comprising a plastic, the temperature of the extruder 132 may be in the range of 20-500 °C. In certain embodiments, for example with a feed stock comprising a metal, the temperature of the extruder 132 may be in the range of 1000-2000 °C. In certain embodiments, for example with a feed stock comprising a metal such as lead, tin, or mixtures thereof, the temperature of the extruder 132 may be in the range of 100-400 °C. In certain embodiments, for example with a feed stock comprising a metal such as copper, gold, silver or mixtures thereof, the temperature of the extruder 132 may be in the range of 1000-1200 °C. In certain embodiments, for example with a feed stock comprising a metal such as platinum, the temperature of the extruder 132 may be in the range of

1600-2000 °C. In certain embodiments, the 3D drawing device 100 may include a variable temperature controller (not shown) that is connected to the circuit assembly 126 to allow a user to select a setpoint temperature for the extruder 132. In certain embodiments, the variable temperature controller may allow the use to select a type of material, for example "thermoplastic," and the circuit assembly 126 will adjust the setpoint temperature of the extruder 132. In certain embodiments, the variable temperature controller may include a dial.

**[0024]** A guide tube 134 is aligned with the first chamber 135 of the extruder 132 such that feed stock passing through the guide tube 134 enters the first chamber 135. In certain embodiments, the guide tube 134 may be formed of a low-friction material, such as polytetrafluoroethylene (PTFE), so allow the feed stock 20 to slide easily while also minimizing the gap between the guide tube 134 and feed stock 20. The extruder 132 and guide tube 134 are held in alignment by a mounting tube 138. In certain embodiments, the mounting tube 138 is formed of a metal having a relatively low thermal conductivity, compared to other metals. In certain embodiments, the mounting tube 138 may be a stainless steel. In certain embodiments, an insulating film (not visible in FIG. 3B), for example a polyimide tape, may be applied over the heating element and under the mounting tube 138.

**[0025]** In certain embodiments, an insulator 131 may be provided over the mounting tube 138 so as to reduce the amount of heat transferred from the extruder 132 to the upper and lower housings 112, 114. In certain embodiments, one or both of the upper and lower housings 112, 114 may have cooling ports 118 formed therethrough such that air can flow from the interior volume 116 to the ambient atmosphere. In certain embodiments, the passages formed in the top and bottom housings 112, 114 that lead to the cooling ports 118 may be angled such that the air that emerges from the cooling ports 118 is directed inward toward the tip 137. Thus, as the air exits the cooling ports 118, the air passes by the tip 137 of the extruder 132, cooling both the tip 137 and the feed stock 20 that just been extruded from the extrusion passage 133. Both of these cooling effects serve to reduce the temperature of the feed stock 20 as it exits the extrusion passage 133 such that the feed stock 20 may be essentially solid as it exits the extrusion passage 133. In certain embodiments, the freshly extruded feed stock 20 may be pliable and formable into various shapes. In certain embodiments, the surface of the freshly

extruded feed stock 20 may be receptive to attachment, *e.g.* sticky, such that the extruded material will bond to other previously extruded feed stock 20.

**[0026]** In certain embodiments, there may be a gap between the insulator 131 and the mounting tube 138. In certain embodiments, this gap may provide a thermal break so as to further thermally isolate the upper and lower housings 112, 114 from the extruder 132.

**[0027]** As the feed stock 20 is driven toward the extrusion passage 133 by the feed mechanism 150 (not shown in FIG. 3B), the portion of the feed stock 20 that is within the extruder 132 will be heated by the extruder 132 such that the feed stock 20 within the first chamber 135 softens or melts. As the solid feed stock 20 is forced forward, the softened or molten feed stock 20 will be forced out through the extrusion passage 133 and emerge from the tip 137, where the cooling air that is flowing out of the cooling ports 118 flows over the freshly extruded feed stock 20, thereby cooling and solidifying the feed stock 20. In certain embodiments, a portion of the extruder 132 that extends outward beyond a front plane 102 may be cooled to a temperature below the temperature of the main portion of the extruder 132 by the air flowing out of the cooling ports 118. In certain embodiments, the temperature of the tip 137 may be below the melting point of the feed stock 20.

**[0028]** FIGS. 4A-4B are plan and perspective views of the feed mechanism 150 according to certain aspects of the present disclosure. FIG. 4A shows a series of gear pairs 153, 154, 155, 156, and 157 that are driven by the motor 152 through a spur gear (not visible in FIG. 4A) that is attached to the rotor of the motor 152. Each gear pair has a large gear and a small gear that are fixedly attached to each other and rotate about a common axis. The small gear of the motor 152 drives the large gear 153A, which causes the small gear 153B to drive the large gear 154A. In certain embodiments, the large gears 153A, 154A, 155A, 156A, and 157A each may have 40 teeth while the small gears 153B, 154B, 155B and 156B (not visible in FIG. 4A), and 157B may have 12 teeth, providing a 40:12 step-down ratio between each gear pair. In certain embodiments, the step-down from the motor 152 to the small gear 157B may be 5*(40:12) or approximately 17:1, *i.e.* seventeen complete rotations of the motor 152 causes only one complete rotation of the small gear 157B. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may have a different number of teeth on the large and/or small gears. In certain

embodiments, the gear pairs 153, 154, 155, 156, and 157 may not have the same number of teeth on each corresponding large or small gear.

**[0029]** In use, the use of a motor 152 to drive a step-down gear train 150 to control the advancement of the feed stock 20 provides an improved level of control over the rate of extrusion of the feed stock 20. For example, a conventional glue gun has a direct linkage between a trigger and the glue stick, such that pressure on the trigger on the trigger is directly transferred to the rod. The rate of advancement of the glue stick, and therefore the rate of extrusion, is dependent upon the viscosity of the melted glue and therefore caries over a die range. This often results in excessive glue being dispensed. In addition, since releasing the trigger does not retract the glue stick, there is frequently a "tail" of glue drawn out of the glue gun as the nozzle is moved away from the dispensing location. In contrast, the disclosed 3D drawing device 100 provides a constant rate of extrusion, for example 3 mm/sec, due to the controlled motion provided by the motor 152 and gear train 150. In addition, the circuit assembly 126 causes the motor 152 to briefly run in reverse when the button 122 is released, thereby retracting the feed stock 20 slightly and drawing the melted feed stock 20 that is within the extrusion passage 133 back into the extruder 132, thereby cleanly severing the extruded column 22 from the tip 137.

**[0030]** FIG. 4B shows how the teeth of the final small gear 157B engage the feed stock 20. In this embodiment, the feed stock 20 passes by a post 119 of the lower housing 114, then by the small gear 157B, and then into the guide tube 134. In certain embodiments, the gear 157B is positioned such that the teeth press against the feed stock 20, which is restrained from lateral motion away from the teeth of gear 157B by the post 119 and the guide tube 134, such that rotation of the gear 157B applies an axial force, *i.e.* directed along the length, to the feed stock 20. Rotation of the gear set 150 in a first direction will cause the feed stock 20 to move linearly forward, *i.e.* toward the tip 137. As this portion of feed stock 20 is not affected by the heating within the extruder 132, rotation of the gear set 150 in a reverse direction will cause the feed stock 20 to move linearly backward, *i.e.* away from the tip 137.

**[0031]** It can be seen from FIGS. 4A and 4B that rotation of the motor 152, which is controlled by pressing one of the buttons 122, 124, causes the feed stock 20 to move forward or

backward. The step-down from the motor 152 to the small gear 157B provides a smooth rate of motion of the feed stock, as the motor 152 may turn at a speed within a normal range of smooth operation while the step-down converts this to a low rate of linear motion of the feed stock 20.

**[0032]** FIGS. 5A-5B are perspective and cutaway views of another embodiment 200 of a 3D drawing device according to certain aspects of the present disclosure. FIG. 5A shows a 3D drawing device 200 configured to accept a feed stock in the form of pellets 25 that are held in a hopper 250 attached to the body 210. A power cord 270 is attached to the body 210. FIG. 5B is a cut-away view showing a feed screw 260 that transfers the pellets 25 from the hopper 250 to the nozzle assembly 230 that melts the pellets 25 and, under pressure provided by the feed screw 260, extrudes the melted feed stock 25 in a manner similar to the nozzle assembly 130 of embodiment 100, previously discussed. Other features of the embodiment 100, such as the cooling ports 118, may also be provided in embodiment 200. In certain embodiments, the pellets may be transferred from the hopper 250 to the nozzle assembly 130 by other mechanisms, for example a reciprocating cylinder (not shown in FIGS. 5A-5B) as will be known to those of skill in the art. In certain embodiments, the feed stock may be provided as a liquid, for example an epoxy with beads of catalyst suspended in a liquid polymer, that is held in the hopper 250. In certain embodiments, passage of the liquid feed stock through an extrusion passage, similar to extrusion passage 133 of embodiment 100, may modify the liquid feed stock such that it hardens quickly after extrusion from the 3D drawing device 200.

**[0033]** The disclosed examples of a 3D drawing device illustrate the principles of its construction and use. The provision of a flow of cooling air at the tip to quickly solidify the extruded feed stock allows the user to work in three dimensions, rather than being forced to rely on a support surface to hold the still-fluid extruded material in place while it hardens. The use of a mechanical gear train to advance the feed stock, instead of a pressurized supply or a direct connection between a trigger and a feed rod, allows precise control of the rate of extrusion, thereby increasing the uniformity of the extruded column of material and allowing precise placement without excess material.

**[0034]** This application includes description that is provided to enable a person of ordinary skill in the art to practice the various aspects described herein. While the foregoing has

described what are considered to be the best mode and/or other examples, it is understood that various modifications to these aspects will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other aspects. It is understood that the specific order or hierarchy of steps or blocks in the processes disclosed is an illustration of exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps or blocks in the processes may be rearranged. The accompanying method claims present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented. Thus, the claims are not intended to be limited to the aspects shown herein, but is to be accorded the full scope consistent with the language claims.

**[0035]** Headings and subheadings, if any, are used for convenience only and do not limit the invention.

**[0036]** Reference to an element in the singular is not intended to mean "one and only one" unless specifically so stated, but rather "one or more." Use of the articles "a" and "an" is to be interpreted as equivalent to the phrase "at least one." Unless specifically stated otherwise, the terms "a set" and "some" refer to one or more.

**[0037]** Terms such as "top," "bottom," "upper," "lower," "left," "right," "front," "rear" and the like as used in this disclosure should be understood as referring to an arbitrary frame of reference, rather than to the ordinary gravitational frame of reference. Thus, a top surface, a bottom surface, a front surface, and a rear surface may extend upwardly, downwardly, diagonally, or horizontally in a gravitational frame of reference.

**[0038]** Although the relationships among various components are described herein and/or are illustrated as being orthogonal or perpendicular, those components can be arranged in other configurations in some embodiments. For example, the angles formed between the referenced components can be greater or less than 90 degrees in some embodiments.

**[0039]** Although various components are illustrated as being flat and/or straight, those components can have other configurations, such as curved or tapered for example, in some embodiments.

**[0040]** Pronouns in the masculine (*e.g.*, his) include the feminine and neuter gender (*e.g.*, her and its) and vice versa. All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "operation for."

**[0041]** A phrase such as an "aspect" does not imply that such aspect is essential to the subject technology or that such aspect applies to all configurations of the subject technology. A disclosure relating to an aspect may apply to all configurations, or one or more configurations. A phrase such as an aspect may refer to one or more aspects and vice versa. A phrase such as an "embodiment" does not imply that such embodiment is essential to the subject technology or that such embodiment applies to all configurations of the subject technology. A disclosure relating to an embodiment may apply to all embodiments, or one or more embodiments. A phrase such as an embodiment may refer to one or more embodiments and vice versa.

**[0042]** The word "exemplary" is used herein to mean "serving as an example or illustration." Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs.

**[0043]** All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "step for." Furthermore, to the extent that the term "include," "have," or the like is used in the description or the claims, such term is intended to be inclusive

in a manner similar to the term "comprise" as "comprise" is interpreted when employed as a transitional word in a claim.

**[0044]** Although embodiments of the present disclosure have been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the scope of the present invention being limited only by the terms of the appended claims.




*FIG. 1*




*FIG. 2*


100
140
112
116
144
142
130
118
146
20
150
114
134
132
118

*FIG. 3A*


102
112
118
135
20
134
137
116
132
133A
138
131
133
114
118

*FIG. 3B*


150
153
154
155
156
156A
153A
154A
155A
154B
153B
152
157A
157B

*FIG. 4A*


134
20
119
157B
114

*FIG. 4B*




*FIG. 5A*




*FIG. 5B*

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 16103859 Document Date: 08/14/2018

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number
16/103,859

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 75 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 330 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 380 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 minus 20 = | * | x 50 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * | x 230 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| | | | TOTAL | 785 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 16/103,859 | 08/14/2018 | | 785 | 092749-0556 | 20 | 2 |

**CONFIRMATION NO. 1057**

**FILING RECEIPT**

OC000000102003547

31824
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001

Date Mailed: 08/31/2018

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Peter DILWORTH, Somerville, MA;
Maxwell BOGUE, Hong Kong, HONG KONG;

**Applicant(s)**

WobbleWorks, Inc., Wilmington, DE

**Power of Attorney:** The patent practitioners associated with Customer Number 31824

**Domestic Priority data as claimed by applicant**

This application is a CON of 15/638,266 06/29/2017 PAT 10046498
which is a CON of 14/821,399 08/07/2015 PAT 9731444
which is a CON of 13/831,050 03/14/2013 PAT 9102098
which claims benefit of 61/733,689 12/05/2012

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/30/2018

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 16/103,859**

**Projected Publication Date:** 12/06/2018

**Non-Publication Request:** No

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---


## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 092749-0556 |

**CONFIRMATION NO. 1057**

**PUBLICATION NOTICE**

*OC000000104264083*

31824
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001

**Title:**HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Publication No.**US-2018-0345559-A1
**Publication Date:**12/06/2018

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

PTO/AIA/82A (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 16/103,859 |
| Filing Date | August 14, 2018 |
| First Named Inventor | Peter Dilworth |
| Title | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. Hohenbrink Jr. |
| Attorney Docket Number | 122620-5115 |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Nathan S. Smith/ | Date (Optional) | December 14, 2018 |
| Name | Nathan S. Smith | Registration Number | 53,615 |
| Title (if Applicant is a juristic entity) | Attorney for Applicant | | |
| Applicant Name (if Applicant is a juristic entity) | WobbleWorks, Inc. | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☑ *Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

☑ I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 157354

**OR**

☐ I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

☑ The address associated with the above-mentioned Customer Number

**OR**

☐ The address associated with Customer Number:

**OR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

WobbleWorks, Inc.

☐ Inventor or Joint Inventor (title not required below)

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

☑ Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

**SIGNATURE of Applicant for Patent**

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| | | | |
|---|---|---|---|
| Signature | [signature] | Date (Optional) | |
| Name | DANIEL COWEN | | |
| Title | CEO | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

☑ Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34589564 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 31824 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 092749-0556 |
| **Receipt Date:** | 15-DEC-2018 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 02:51:58 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 122620-5115_WobbleWorks_POA.pdf | 239050<br>8dce632a9604d14f3f79e357f7f87a49d248c054 | no | 2 |

**Warnings:**

| Information: | |
|---|---|
| Total Files Size (in bytes): | 239050 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 122620-5115 |

**CONFIRMATION NO. 1057**

**POA ACCEPTANCE LETTER**

*OC000000104552569*

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Date Mailed: 12/19/2018

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 12/15/2018.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/agizaw/

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 092749-0556 |

**CONFIRMATION NO. 1057**

**POWER OF ATTORNEY NOTICE**

*OC000000104552534*

31824
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001

Date Mailed: 12/19/2018

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 12/15/2018.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/agizaw/

**Doc Code: FAI.REQ**
**Document Description**: Request First Action Interview

PTO/SB/413C (05-11)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR FIRST ACTION INTERVIEW (FULL PILOT PROGRAM)

| Attorney Docket Number: 122620-5115 | Application Number (if known): 16/103,859 | Filing date: August 14, 2018 |
|---|---|---|
| First Named Inventor: Peter DILWORTH | Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

**APPLICANT HEREBY REQUESTS A FIRST ACTION INTERVIEW IN THE ABOVE-IDENTIFIED APPLICATION. See Instruction Sheet on page 2.**

1. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims.

2. The application must not contain any multiple dependent claims.

3. By filing this request:

   Applicant is agreeing to make an election without traverse if the Office determines that the claims are not obviously directed to a single invention; and

   Applicant is agreeing not to request for a refund of the search fee and any excess claims fee paid in the application after the mailing or notification of the pre-interview communication prepared by the examiner.

4. Other attachments: ______________________________

| Signature /Nathan S. Smith/ | Date January 18, 2019 |
|---|---|
| Name (Print/Typed) Nathan S. Smith | Registration Number 53,615 |

***Note**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.*

■ *Total of 1 forms are submitted.

The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/413C (05-11)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Instruction Sheet for Request for First Action Interview (Full Pilot Program)

(Not to be Submitted to the USPTO)

***A grantable request must meet the following conditions:***

1. The application must be a new non-reissue utility application filed under 35 U.S.C. 111(a) or an international application that has entered the national stage in compliance with 35 U.S.C. 371(c).

2. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims. The application may not contain any multiple dependent claims.

3. The request must be filed electronically using the Office's electronic filing system, EFS-Web.

4. The claims must be directed to a single invention. If the Office determines that the claims are directed to multiple inventions (*e.g.*, in a restriction requirement), the applicant must make an election without traverse.

5. The request must be filed at least one day before a first Office action on the merits of the application appears in the Patent Application Information Retrieval (PAIR) system (*i.e.*, at least one day prior to the date when a first Office action on the merits, notice of allowability or allowance, or action under Ex parte Quayle, 1935 Dec. Comm'r Pat. 11 (1935) appears in the PAIR system). Applicant may check the status of the application using the PAIR system.

6. The request for a first action interview must include a statement that applicant agrees not to file a request for a refund of the search fee and any excess claims fees paid in the application after the mailing or notification of the Pre-Interview Communication. Any petition for express abandonment under 37 CFR 1.138(d), and request for a refund of the search fee and any excess claims fees, filed after the mailing or notification of the Pre-Interview Communication will not be granted.

***For more information, see notice "Full First Action Interview Pilot Program" available on the USPTO web site at http://www.uspto.gov/patents/init_events/faipp_full.jsp***

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Doc Code: FAI.REQ**
**Document Description**: Request First Action Interview

PTO/SB/413C (05-11)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR FIRST ACTION INTERVIEW (FULL PILOT PROGRAM)

| Attorney Docket Number: 122620-5115 | Application Number (if known): 16/103,859 | Filing date: August 14, 2018 |
|---|---|---|
| First Named Inventor: Peter DILWORTH | Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

**APPLICANT HEREBY REQUESTS A FIRST ACTION INTERVIEW IN THE ABOVE-IDENTIFIED APPLICATION. See Instruction Sheet on page 2.**

1. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims.

2. The application must not contain any multiple dependent claims.

3. By filing this request:

   Applicant is agreeing to make an election without traverse if the Office determines that the claims are not obviously directed to a single invention; and

   Applicant is agreeing not to request for a refund of the search fee and any excess claims fee paid in the application after the mailing or notification of the pre-interview communication prepared by the examiner.

4. Other attachments: ______________________________

| Signature /Nathan S. Smith/ | Date January 18, 2019 |
|---|---|
| Name (Print/Typed) Nathan S. Smith | Registration Number 53,615 |

***Note**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.*

■ *Total of 1 forms are submitted.

The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/413C (05-11)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Instruction Sheet for Request for First Action Interview (Full Pilot Program)

(Not to be Submitted to the USPTO)

***A grantable request must meet the following conditions:***

1. The application must be a new non-reissue utility application filed under 35 U.S.C. 111(a) or an international application that has entered the national stage in compliance with 35 U.S.C. 371(c).

2. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims. The application may not contain any multiple dependent claims.

3. The request must be filed electronically using the Office's electronic filing system, EFS-Web.

4. The claims must be directed to a single invention. If the Office determines that the claims are directed to multiple inventions (*e.g.*, in a restriction requirement), the applicant must make an election without traverse.

5. The request must be filed at least one day before a first Office action on the merits of the application appears in the Patent Application Information Retrieval (PAIR) system (*i.e.*, at least one day prior to the date when a first Office action on the merits, notice of allowability or allowance, or action under Ex parte Quayle, 1935 Dec. Comm'r Pat. 11 (1935) appears in the PAIR system). Applicant may check the status of the application using the PAIR system.

6. The request for a first action interview must include a statement that applicant agrees not to file a request for a refund of the search fee and any excess claims fees paid in the application after the mailing or notification of the Pre-Interview Communication. Any petition for express abandonment under 37 CFR 1.138(d), and request for a refund of the search fee and any excess claims fees, filed after the mailing or notification of the Pre-Interview Communication will not be granted.

***For more information, see notice "Full First Action Interview Pilot Program" available on the USPTO web site at http://www.uspto.gov/patents/init_events/faipp_full.jsp***

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34898239 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5115 |
| **Receipt Date:** | 18-JAN-2019 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 15:43:23 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | First Action Interview - Enrollment Request | 122620-5115_RequestforFirstActionInterview.pdf | 621977<br>0f19a2786fb4c1042edaee743be66a8f6ef7c92c | no | 3 |

**Warnings:**

| Information: | |
|---|---|
| **Total Files Size (in bytes):** | 621977 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 1 | of | 4 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | RE26,180 | 04-1967 | Frenzel et al. | |
| | A2 | 1,466,509 | 08-2019 | Laskey | |
| | A3 | 2,517,882 | 08-1950 | Johnson | |
| | A4 | 3,281,576 | 10-1966 | Cooper et al. | |
| | A5 | 3,285,475 | 11-1966 | Phillips | |
| | A6 | 3,559,241 | 02-1971 | Chu | |
| | A7 | 3,604,597 | 09-1971 | Pohl et al. | |
| | A8 | 3,665,158 | 05-1972 | Froedge | |
| | A9 | 3,887,319 | 06-1975 | Cottingham | |
| | A10 | 4,059,204 | 11-1977 | Duncan et al. | |
| | A11 | 4,114,781 | 09-1978 | Doyel | |
| | A12 | 4,197,448 | 04-1980 | Harigai | |
| | A13 | 4,552,287 | 11-1985 | Dziki | |
| | A14 | 4,597,821 | 07-1986 | Munro | |
| | A15 | 4,681,524 | 07-1987 | Ikeda et al. | |
| | A16 | 4,704,088 | 11-1987 | Newman | |
| | A17 | 5,071,069 | 12-1991 | Strim | |
| | A18 | 5,121,329 | 06-1992 | Crump | |
| | A19 | 5,169,587 | 12-1992 | Courval | |
| | A20 | 5,340,433 | 08-1994 | Crump | |
| | A21 | 5,672,312 | 09-1997 | Almquist et al. | |
| | A22 | 5,843,490 | 12-1998 | Horiba et al. | |
| | A23 | 5,853,774 | 12-1998 | Dreve | |
| | A24 | 6,013,096 | 01-2000 | Tucek | |
| | A25 | 6,117,385 | 09-2000 | Chartoff et al. | |
| | A26 | 6,129,872 | 10-2000 | Jang | |
| | A27 | 6,162,378 | 12-2000 | Bedal et al. | |
| | A28 | 6,238,613 | 05-2001 | Batchelder et al. | |
| | A29 | 6,443,675 | 09-2002 | Kopras et al. | |
| | A30 | 6,460,481 | 10-2002 | Young | |
| | A31 | 6,500,374 | 12-2002 | Akioka et al. | |
| | A32 | 6,543,549 | 04-2003 | Riedl et al. | |
| | A33 | 6,558,059 | 05-2003 | Hillinger et al. | |
| | A34 | 6,776,602 | 08-2004 | Swanson | |
| | A35 | 7,959,847 | 06-2011 | Wicker et al. | |
| | A36 | 8,221,669 | 07-2012 | Batchelder et al. | |
| | A37 | 8,236,227 | 08-2012 | Batchelder et al. | |
| | A38 | 8,262,304 | 09-2012 | Llach et al. | |
| | A39 | 8,439,665 | 05-2013 | Batchelder et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 2 | of | 4 | Attorney Docket Number | 122620-5115 |

| | | | | | |
|---|---|---|---|---|---|
| | A40 | 8,926,882 | 01-2015 | Batchelder et al. | |
| | A41 | 9,102,098 | 08-2015 | Dilworth et al. | |
| | A42 | 2001/0030383 | 10-2001 | Swanson et al. | |
| | A43 | 2001/0033037 | 10-2001 | Nitschke et al. | |
| | A44 | 2003/0137077 | 07-2003 | Lee et al. | |
| | A45 | 2004/0232165 | 11-2004 | Lee | |
| | A46 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A47 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A48 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A49 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A50 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A51 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A52 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A53 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A54 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A55 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A56 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A57 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A58 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A59 | 2010/0166969 | 07-2010 | Batchelder | |
| | A60 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A61 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A63 | 2011/0079936 | 04-2011 | Oxman | |
| | A64 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A65 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A66 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A67 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A68 | 2013/0209600 | 08-2013 | Tow | |
| | A69 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A70 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A71 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A72 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A73 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A74 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A75 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A76 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A77 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A78 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A79 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A80 | 2016/0031159 | 02-2016 | Church et al. | |
| | A81 | 2017/0057168 | 03-2017 | Miller et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 3 | of | 4 | Attorney Docket Number | 122620-5115 |

| | | | | | |
|---|---|---|---|---|---|
| | A82 | 2017/0120519 | 05-2017 | Mark | |
| | A83 | 2017/0157826 | 06-2017 | Hishiki | |
| | A84 | 2017/0182701 | 06-2017 | Ryan | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B1 | CN 1285856 | 02-2001 | Trexel Inc | | |
| | B2 | CN 2761402 | 03-2006 | Overseas Univ | | |
| | B3 | CN 2813176 | 09-2006 | Huanda Comp Shanghi Co | | |
| | B4 | CN 101166597 | 04-2008 | TDY Ind Inc | | |
| | B5 | CN 101172428 | 05-2008 | Lite On Technology Corp | | |
| | B6 | CN 201086388 | 07-2008 | Pumma Technology Co Ltd | | |
| | B7 | CN 202079738 | 12-2011 | Yingjun, Zhang | | |
| | B8 | CN 202399493 | 08-2012 | Shenzhen Weistek Technology Co Ltd | | |
| | B9 | CN 102922721 | 02-2013 | Chen | | |
| | B10 | CN 203371791 | 01-2014 | Gu | | |
| | B11 | CN 203449607 | 02-2014 | Shenzen Nanjixiong Science & Technology Co Ltd | | |
| | B12 | CN 103707511 | 04-2014 | Bao | | |
| | B13 | CN 203592687 | 05-2014 | Wobble Works Inc | | |
| | B14 | DE 3341201 | 05-1985 | Ursprung | | |
| | B15 | EP 257838 | 03-1988 | Bostik Ltd | | |
| | B16 | JPS 61-141959 | 06-1986 | Bosch Gmbh | | |
| | B17 | JPS 63-205216 | 08-1988 | Junkosha Co Ltd | | |
| | B18 | WO 99/32544 | 07-1999 | Trexel Inc | | |
| | B19 | WO 2009/134298 | 11-2009 | Stratasys, Inc. | | |
| | B20 | WO 2012/088257 | 06-2012 | Stratasys, Inc. | | |
| | B21 | WO 2012/152510 | 11-2012 | Evonik Roehm Gmbh | | |
| | B22 | WO 2012/152511 | 11-2012 | Evonik Roehm Gmbh | | |
| | B23 | WO 2015/020944 | 02-2015 | Massachusetts Inst Technology | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 4 | of | 4 | Attorney Docket Number | 122620-5115 |

| NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
| | C1 | "A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443 |
| | C2 | Donutman.sub.--2000 "Plastic Welding Gun (Plastruder MK4)" published Sep. 19, 2010, http://www.thingiverse.com/thing:4156, last accessed Jul. 3, 2014 |
| | C3 | "Handheld Product Ergonomic Design," Human Engineering, June 2011, Vol 17, No 2, pp 186-189 |
| | C4 | Declaration of Lance Wyatt, *Inter Partes* Review of U.S. Patent No. 9,731,444, May 24, 2018, 2 pages |
| | C5 | Personnel Record of David L. Trumper, May 2018, 50 pages |
| | C6 | Declaration of David Trumper in Support of *Inter Partes* Review of U.S. Patent 9,731,444, May 20, 2018, 43 pages |
| | C7 | Declaration of Dr. Kimberly Cameron, October 23, 2018, 14 pages |
| | C8 | Patent Owner's Exhibit List, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, October 24, 2018, 3 pages |
| | C9 | Patent Owner's Preliminary Response, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, October 24, 2018, 30 pages |
| | C10 | Petition for *Inter Partes* Review of U.S. Patent No. 9,731,444, July 19, 2018, 70 pages |
| | C11 | Conduct of Proceeding Order, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, October 24, 2018, 6 pages |
| | C12 | Decision Denying Institution of *Inter Partes* Review, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, January 15, 2019, 20 pages |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34903919 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5115 |
| **Receipt Date:** | 22-JAN-2019 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 14:38:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Non Patent Literature | DeclarationLanceWyatt.pdf | 530115<br>9f361da2e090af0ff209c0a2e3777550d6b0db79 | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | Non Patent Literature | Trumper-PersonnelRecord-1-of-2.pdf | 17192198<br>5e7161671df40367056b44145dafbfd60d00a778 | no | 25 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | Trumper-PersonnelRecord-2-of-2.pdf | 21554117<br>9fb816f0ba128924916dd9aae2a0bba6b27fdfde | no | 25 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Non Patent Literature | DeclarationDavidTrumper.pdf | 4129800<br>0f3a341c6349b87a7c2fba190b056476d9889cfb | no | 43 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | CameronDeclaration.pdf | 1140323<br>4cdf9036302389c61b1508b42c31dbc046fb8d31 | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Non Patent Literature | PatentOwnersExhibitList.pdf | 63200<br>db2cbaf3165c1e0c3a8790c9da23ffb7777c369a | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Non Patent Literature | PatentOwnersPreliminaryResponse.pdf | 326784<br>f4b3392ee223a7a37baf9bdbf5633394a8c0a7ac | no | 30 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | PetitionforInterPartesReview.pdf | 21108994<br>05012ed9e27875faa2bdf44e92fdff5ee7e72ba9 | no | 70 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Non Patent Literature | IPR2018-01414ConductofProceedingOrder.pdf | 1390695<br>afdc8f744e8c2042d5e369d6d59450d3918b2541 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | Decision_Denying_Institution_of_IPR.pdf | 600025<br>087568caac3b81bf6a422863cb6cc55b9976f2f1 | no | 20 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | | WWIDS.pdf | 231543<br>eb7465b6bd4806ea295398f8fdfb476462474634 | yes | 6 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Form (SB08) | 3 | 6 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 68267794 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No: 122620-5115

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH et al. | : | Confirmation Number: 1057 |
| Application No.: 16/103,859 | : | Group Art Unit: 1743 |
| Filed: August 14, 2018 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is being filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

With the exception of citations C4-C12, the foreign and non-patent literature references listed on the attached PTO/SB/08 were cited by or submitted to the U.S. Patent and Trademark Office in one or more of the following parent applications which are relied upon for an earlier

filing date under 35 U.S.C. § 120: Application No. 15/638,266, filed June 29, 2017; Application No. 14/821,399, filed August 7, 2015; and Application No. 13/831,050, filed March 14, 2013. Thus, only copies of citations C4-C12 are attached (37 C.F.R. § 1.98(d)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: January 22, 2019

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | ***Electronically filed*** | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Decision Denying Petitioner's Request for Rehearing, Ditec Solutions, LLC v. WobbleWorks, Inc., Case IPR2018-01414, entered March 13, 2019, 10 pages |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 35588047 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5115 |
| **Receipt Date:** | 02-APR-2019 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 20:51:51 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5115-IDS.pdf | 200739<br>f8b091dfe5726378b784f6f8b698d75fa1a28d3c | yes | 3 |

| | | | | | |
|---|---|---|---|---|---|
| | Multipart Description/PDF files in .zip description | | | | |
| | Document Description | | Start | | End |
| | Transmittal Letter | | 1 | | 2 |
| | Information Disclosure Statement (IDS) Form (SB08) | | 3 | | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Non Patent Literature | DECISION.pdf | 3144267<br>c2023cc7648c1c4ab90b1d19eff5401c9fde5b12 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 3345006 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No: 122620-5115

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH et al. | : | Confirmation Number: 1057 |
| Application No.: 16/103,859 | : | Group Art Unit: 1743 |
| Filed: August 14, 2018 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

## INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is being filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be

construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: April 1, 2019

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 2 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated December 8, 2017, 9 pages |
| | C2 | Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 13, 2018, 22 pages |
| | C3 | Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 19, 2018, 10 pages |
| | C4 | Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 9, 2019, 16 pages |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 2 | of | 2 | Attorney Docket Number | 122620-5115 |

| | | |
|---|---|---|
| | C5 | Ditec's Answer and Counterclaims to Wobbleworks' Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 25, 2019, 12 pages |
| | C6 | "Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed June 2019, 3 pages |
| | C7 | "Electron ST - Strong, Compact and handy," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C8 | "Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C9 | "Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C10 | "Leister Diode S Diode PID," August 2018, 84 pages |
| | C11 | "Leister Electron ST Hot Air Tool - User Manual," October 2017, 40 pages |
| | C12 | "Leister Hot Jet S," October 2017, 87 pages |
| | C13 | "Leister Triac ST Hot Air Tool - User Manual," October 2018, 40 pages |
| | C14 | "Leister Welding Pen S Welding Pen R," September 2005, 82 pages |
| | C15 | "Triac ST - Design meets experience," disclosed June 2019, 4 pages |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

Docket No: 122620-5115

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH et al. | : | Confirmation Number: 1057 |
| Application No.: 16/103,859 | : | Group Art Unit: 1743 |
| Filed: August 14, 2018 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is being filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be

construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: July 9, 2019

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 36530938 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5115 |
| **Receipt Date:** | 09-JUL-2019 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 23:50:13 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5115-IDS.pdf | 206791<br>adb7dfec0432002d59e1f78e0f8d29dcbaea9f77 | yes | 4 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Information Disclosure Statement (IDS) Form (SB08) | 3 | 4 |
| | Transmittal Letter | 1 | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | Non Patent Literature | Answer_to_1st_Amended_Complaint-CACD-8-17-cv-02147-27.pdf | 141832<br>0f8332b8d6df86744265108ff1d522cdb84f45f3 | no | 10 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 3 | Non Patent Literature | Answer_and_Counterclaims-CACD-8-17-cv-02147-63.pdf | 149510<br>e3f7ee1cdd43f9c9b7893ae8a8bc633e0fb32a36 | no | 12 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 4 | Non Patent Literature | Diode-PID.PDF | 1769200<br>ab74087b441708e7f797bcaac6706c7173acb77f | no | 3 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 5 | Non Patent Literature | Electron-ST.PDF | 1039959<br>ac8c82334e66e36df5728242ba369d1727df39ef | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 6 | Non Patent Literature | HotJetS.PDF | 1220299<br>3ff3b935c67c23cc415ffd80c4f912e40b4fc208 | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 7 | Non Patent Literature | WeldingPen.PDF | 1187031<br>1797a2e4f2e1515efddb7a9ec7b646ac969dd843 | no | 2 |

**Warnings:**

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 8 | Non Patent Literature | Diode-S.PDF | 10782512<br>d4fff811854f92b8b44210356023293384d3f95d | no | 84 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Non Patent Literature | Electron-ST-User_Manual.PDF | 15698274<br>892940dbad19389e7c9b1daaf3196b4000379b2d | no | 40 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | HotJetS-Manual.PDF | 9946987<br>f7e2dafced4787f7ebe6e75ce94f5e5be72d4de7 | no | 87 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Non Patent Literature | TriacST-User_Manual.PDF | 15459989<br>41976b789ce636de804bbdb8f75b9dd8786d3959 | no | 40 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Non Patent Literature | WeldingPenS-Manual.PDF | 9816908<br>ed7368e7427b3fcb3add1b3959a752915a541c68 | no | 82 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Non Patent Literature | TriacST-Design_meets_experience.PDF | 1796636<br>d19b67bedabb58d9ca6eeb28b042b9570fb69ee2 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | Non Patent Literature | Complaint-CACD-8-17-cv-02147-1.pdf | 7359754<br>cb33178857f82b771284db1b80020609758da87a | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Non Patent Literature | Amended_Complaint-CACD-8-17-cv-02147-26.pdf | 1002336<br>f22f1e5bbd14ade3433234a53994f237a211a2b2 | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 16 | Non Patent Literature | Second_Amended_Complaint-CACD-8-17-cv-02147-61.pdf | 4409446<br>3313d4f82b1f2829634504ee7ab3e68b5813ecd4 | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 81987464 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | *Electronically filed* | |
|---|---|---|
| | Application Number | 16/103,859 |
| | Filing Date | August 14, 2018 |
| | First Named Inventor | Peter DILWORTH |
| | Art Unit | 1743 |
| | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet 1 of 1 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | EP 13861105.8, Third Party Observations dated August 16, 2019, 27 pages, including attachments |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 37200519 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5115 |
| **Receipt Date:** | 19-SEP-2019 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 20:00:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5115-IDS.pdf | 201693<br>56885a45b656d3f69ccde3ede77353d3373c8fab | yes | 3 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | Document Description | | Start | | End |
| | Transmittal Letter | | 1 | | 2 |
| | Information Disclosure Statement (IDS) Form (SB08) | | 3 | | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Other Reference-Patent/App/Search documents | EP13861105-3rdPartyObservations.pdf | 10779125<br>20451bcca9fae33a56f5d13238bb398e2906fdce | no | 27 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 10980818 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No: 122620-5115

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH et al. | : | Confirmation Number: 1057 |
| Application No.: 16/103,859 | : | Group Art Unit: 1743 |
| Filed: August 14, 2018 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

## INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is being filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be

construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: September 18, 2019

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

157354 7590 06/10/2020
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |
| ART UNIT | PAPER NUMBER |
| 1743 | |

DATE MAILED: 06/10/2020

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 122620-5115 | 1057 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 09/10/2020 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

157354 7590 06/10/2020

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 122620-5115 | 1057 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 09/10/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOHENBRINK JR, LAWRENCE D | 1743 | 425-087000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________
2 ____________
3 ____________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑ Issue Fee ❑ Publication Fee (if required) ❑ Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. __________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____________ Date ____________

Typed or printed name ____________ Registration No. ____________



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 122620-5115 | 1057 |

157354 7590 06/10/2020

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |
| **ART UNIT** | **PAPER NUMBER** |
| 1743 | |

DATE MAILED: 06/10/2020

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.



PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 16/103,859 | Applicant(s) DILWORTH et al. | |
|---|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 | AIA (FITF) Status No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to 8/14/2018.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 1/22/2019; 4/2/2019; 7/9/2019; 9/19/2019.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

| /LAWRENCE D. HOHENBRINK, JR./ Examiner, Art Unit 1743 | /JOSEPH S DEL SOLE/ Supervisory Patent Examiner, Art Unit 1743 |
|---|---|

## DETAILED ACTION

### Status of the Application

1) This Office Action is the first action on the merits and is a Notice of Allowability.

2) Claims 1-20 are pending and are examined herein.

### *Notice of Pre-AIA or AIA Status*

3) The present application is being examined under the pre-AIA first to invent provisions.

### EXAMINER'S AMENDMENT

4) An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

5) Authorization for this examiner's amendment was given in an interview with Applicant's representative Atty. Nathan Smith on 5/29/2020.

6) The application has been amended as follows:

Claim 3 line 2

a second end, and wherein [[the]]a second end of [[the]]a guide tube extends into the first end of the

Claim 5 line 1

operatively connected to the motor to adjust one or more of the first extrusion rate and the second extrusion rate

Claim 5 line 2

to adjust one or more of [[the]]a first extrusion rate and [[the]]a second extrusion rate

Claim 6 line 2

the exit nozzle and configured to melt the strand of ~~feed stock~~material prior to extrusion through the exit

Claim 8 lines 2 and 3

that engage the strand of ~~feed stock~~material such that rotation of the final gear causes the strand of ~~feed stock~~material to linearly move.

Claim 10 lines 1-2

The apparatus of Claim 1, wherein the housing comprises a length between [[the]]a first end and [[the]]a second end, the length being greater than a maximum transverse extent of the

Claim 16 line 2

first end and a second end, and wherein [[the]]a second end of [[the]]a guide tube extends into the first

Claim 18 line 2

mechanism operatively connected to the motor to adjust one or more of the first extrusion rate and the second extrusion rate

Claim 18 line 2

mechanism to adjust one or more of [[the]]a first extrusion rate and [[the]]a second extrusion rate

Claim 20

between [[the]]a first end and [[the]]a second end, the length being greater than a maximum transverse

### *Allowable Subject Matter*

7) **Claims 1-20 are allowed.**

8) The following is an examiner's statement of reasons for allowance:

9) Independent Claim 1 is allowable because the recited limitation for a 3D drawing pen comprising an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing, and comprising an extruder having a heating element configured to melt the strand, the extruder being disposed between the rotatable gear and the exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object, when taken with the claim as a whole, has not been shown or reasonably suggested by the prior art. Dependent Claims 2-11 are allowable as depending from an allowable base claim.

10) Independent Claim 12 is allowable because the recited limitation for a 3D drawing pen comprising an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen to permit drawing 3D objects in free space, and comprising an extruder having a heating element for melting the strand, the extruder being disposed between the gear and the exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid, continuous form that retains its shape against gravity in free space to draw a 3D object, when taken with the claim as a whole, has not been shown or reasonably suggested by the prior art. Dependent Claims 13-20 are allowable as depending from an allowable base claim.

11) A close prior art reference *Crump* (US 5,121,329, here made of record) discloses a 3D printing apparatus comprising a dispensing head in which working material such as thermoplastic resin is supplied in the form of a solid rod, heated to its melting point in the dispensing head, and dispensed from a nozzle as a flowable fluid. The dispensing head is held by mechanical means capable of positioning the head in XYZ space. The plastic rod is pushed through the dispensing head by means of a drive rod connected to a ratchet head with teeth. The dispensed material, in a fluid state, is layered to build up a 3D object as the material cools to solid state. Alternatively, the thermally solidifying material could be dispensed into free space so as to be suspended above a base plate or

substrate. The dispensing head would have an ultrasonic vibrator secured to its heated outlet end which keeps the material in a fluid state and upon dispensing the material will instantaneously solidify and can be used to form threads, struts, or stands in free space. The use of a coolant applied to the material as it is discharged can also cause instantaneous solidification of the dispensed material. *Crump* does not disclose the dispensing head fits in a user's hand, does not disclose a housing being configured to fit in a user's hand and shaped to allow manipulation of the pen to permit drawing 3D objects in free space, and does not disclose an extruder being disposed between a rotatable gear and the exit nozzle such that the strand can be driven into and melted by the extruder. *Crump* does not disclose the claim limitations recited above.

12) A close prior art reference *Di Miceli et al.* (US 2010/0147465 A1, here made of record) discloses a handheld welding extruder with a supply unit separated from a welding unit with the two connected by at least a connecting line that supplies compressed cold air to the welding unit. The welding unit has a pen-shaped cylindrical housing with a welding segment at a first end and a grab handle at a second end. A plastic strand of feed stock is introduced into an internal volume of the housing at the interface of the second end and the first end, thus the feed stock is introduce as least partially through the second end. A welding shoe with an exit nozzle for a plasticized strand of feed stock are located at the first end, and the nozzle assembly is at least partially disposed within the housing. An electric motor and a gear train are located in the housing, and via the gear train the motor is connected to a shaft of an extruder screw of a plasticization worm unit into which the plastic strand feed stock is pulled, thus the gear train is operatively coupled between the motor and the strand. The supply unit has a variable speed control mechanism operatively connected to the motor and an actuator. The compressed cold air is used to cool the motor and gear train, then a portion of the air is directed to an exit gap to cool the guard tube, and the remainder is further heated and directed at the exit nozzle. *Di Miceli* does not disclose a housing configured to fit in a user's hand and shaped to allow manipulation like a pen to permit drawing of 3D objects in free space, and does not disclose that the strand is caused to be extruded out of the exit nozzle in solid form capable of retaining its shape against gravity in free space to draw a 3D object. *Di Miceli* does not disclose the claim limitations recited above.

13) A close prior art reference *Young* (US 6,460,481 B1, here made of record) discloses a drawing device (hand-held cake decorator extruder) comprising an elongate housing capable of fitting in a user's hand but requiring both hands to operate, the housing having a first end, a second end, an internal volume, and a nozzle assembly at least partially disposed in the housing. *Young* further discloses a first actuator and a second actuator each coupled to the housing and positioned to be actuated by the user's hand while holding the housing, and discloses an electric motor and a gear train disposed in the housing, the motor configured to drive the gear train in response to operation of the actuators. *Young's* feed stock is not in strand form. *Young* does not disclose a housing shaped to allow manipulation of the housing like a pen, a housing having an internal volume into which a strand of feed stock can be introduced, an extruder having a heating element to melt the strand, or a capability of drawing 3D objects in free space. *Young* does not disclose the claim limitations recited above.

14) A search of the relevant prior art failed to turn up any other prior art references which anticipated or could be used individually or in combination to set forth a *prima facie* case of obviousness, and upon which to base a prior art rejection for claims reciting these limitations.

15) Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## ***Conclusion***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lawrence D. Hohenbrink Jr. whose telephone number is 571-270-5549. The examiner can normally be reached Monday - Friday, 7:00 am to 3:00 pm Eastern Time U.S.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Joseph S. Del Sole can be reached on 571-272-1130. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LAWRENCE D. HOHENBRINK, JR./
Examiner, Art Unit 1743

/JOSEPH S DEL SOLE/
Supervisory Patent Examiner, Art Unit 1743

| *Notice of References Cited* | Application/Control No. 16/103,859 | Applicant(s)/Patent Under Reexamination DILWORTH et al. | |
|---|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5121329-A | 06-1992 | Crump; S. Scott | G05B19/4099 | 700/119 |
| * | B | US-20100147465-A1 | 06-2010 | Di Miceli; Giuseppe | B29C48/02 | 156/579 |
| * | C | US-6460481-B1 | 10-2002 | Young; Christopher | A23G3/28 | 118/14 |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/103,859 | DILWORTH et al. |
| | **Examiner** | **Art Unit** |
| | Lawrence D Hohenbrink Jr. | 1743 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| B29C | / | 48 | / | 02 | F | 2019-02-01 |
| B33Y | / | 10 | / | 00 | I | 2014-12-01 |
| B29C | / | 48 | / | 05 | I | 2019-02-01 |
| B29C | / | 48 | / | 37 | I | 2019-02-01 |
| B29C | / | 48 | / | 87 | I | 2019-02-01 |
| B29C | / | 48 | / | 2526 | I | 2019-02-01 |
| B29C | / | 48 | / | 2528 | I | 2019-02-01 |
| B29C | / | 64 | / | 106 | I | 2017-08-01 |
| B33Y | / | 30 | / | 00 | I | 2014-12-01 |
| B29C | / | 64 | / | 20 | I | 2017-08-01 |
| B05C | / | 17 | / | 0053 | A | 2013-01-01 |
| B29C | / | 48 | / | 92 | A | 2019-02-01 |
| B29C | / | 48 | / | 802 | A | 2019-02-01 |
| B29C | / | 48 | / | 865 | A | 2019-02-01 |
| B29C | / | 2948 | / | 9258 | A | 2019-02-01 |
| B29C | / | 2948 | / | 92704 | A | 2019-02-01 |
| B29C | / | 64 | / | 00 | A | 2017-08-01 |
| E04G | / | 21 | / | 16 | A | 2013-01-01 |
| E04F | / | 21 | / | 165 | A | 2013-01-01 |
| B05C | / | 17 | / | 00526 | A | 2013-01-01 |
| B05C | / | 17 | / | 00 | A | 2013-01-01 |
| E04G | / | 23 | / | 02 | A | 2013-01-01 |
| B05C | / | 17 | / | 005 | A | 2013-01-01 |
| B05C | / | 17 | / | 00523 | A | 2013-01-01 |
| B29C | / | 64 | / | 10 | A | 2017-08-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| | / | | / | | | | | |

| | | |
|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 20 May 2020<br>(Date) | **Total Claims Allowed:**<br>20 |
| /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743<br>(Primary Examiner) | 03 June 2020<br>(Date) | O.G. Print Claim(s): 1 / O.G. Print Figure: 1 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/103,859 | DILWORTH et al. |
| | **Examiner** | **Art Unit** |
| | Lawrence D Hohenbrink Jr. | 1743 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| **CLAIMED** | | | | |
| B29C | / | 48 | / | 00 |
| **NON-CLAIMED** | | | | |
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| **CLASS** | **SUBCLASS** |
| 425 | 87 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 20 May 2020<br>(Date) | **Total Claims Allowed:**<br>20 | |
| /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743<br>(Primary Examiner) | 03 June 2020<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| *Issue Classification* | Application/Control No.<br>16/103,859 | Applicant(s)/Patent Under Reexamination<br>DILWORTH et al. |
|---|---|---|
| | Examiner<br>Lawrence D Hohenbrink Jr. | Art Unit<br>1743 |

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 10 | 10 | 19 | 19 | | | | | | | | | | |
| 2 | 2 | 11 | 11 | 20 | 20 | | | | | | | | | | |
| 3 | 3 | 12 | 12 | | | | | | | | | | | | |
| 4 | 4 | 13 | 13 | | | | | | | | | | | | |
| 5 | 5 | 14 | 14 | | | | | | | | | | | | |
| 6 | 6 | 15 | 15 | | | | | | | | | | | | |
| 7 | 7 | 16 | 16 | | | | | | | | | | | | |
| 8 | 8 | 17 | 17 | | | | | | | | | | | | |
| 9 | 9 | 18 | 18 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 20 May 2020<br>(Date) | **Total Claims Allowed:**<br>20 | |
| /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743<br>(Primary Examiner) | 03 June 2020<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

U.S. Patent and Trademark Office Part of Paper No.: 20200520

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/103,859 | DILWORTH et al. |
| | **Examiner** | **Art Unit** |
| | Lawrence D Hohenbrink Jr. | 1743 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B29C48/02,2528,2526,87,05,37,92,865,802 | 5/20/2020 | LDH |
| B29C2948/9258,92704 | 5/20/2020 | LDH |
| B29C64/20,106,00,10 | 5/20/2020 | LDH |
| B05C17/00,005,00523,00526,0053 | 5/20/2020 | LDH |
| E04G21/16 | 5/20/2020 | LDH |
| E04G23/02 | 5/20/2020 | LDH |
| E04F21/165 | 5/20/2020 | LDH |
| B33Y10/00 | 5/20/2020 | LDH |
| B33Y30/00 | 5/20/2020 | LDH |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 425 | 87,375 | 5/20/2020 | LDH |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

/L.D.H./
Examiner, Art Unit 1743

| *Search Notes* | Application/Control No. 16/103,859 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| Searched EAST (see attached for scope of search) | 5/20/2020 | LDH |
| Inventor search | 5/20/2020 | LDH |
| Assignee search | 5/20/2020 | LDH |
| IDS reference review | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, USPC class/ subclass, 425/87,375 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, B29C48/02,2528,2526,87,05,37,92,865,802 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, B29C2948/9258,92704 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, B29C64/20,106,00,10 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, B05C17/00,005,00523,00526,0053 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, E04G21/16 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, E04G23/02 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, E04F21/165 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, B33Y10/00 | 5/20/2020 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, B33Y30/00 | 5/20/2020 | LDH |

/L.D.H./
Examiner, Art Unit 1743

| Search Notes | Application/Control No. 16/103,859 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| 425 | 87,375 | 5/20/2020 | LDH |
| B29C48 | 02,2528,2526,87,05,37,92,865,802 | 5/20/2020 | LDH |
| B29C2948 | 9258,92704 | 5/20/2020 | LDH |
| B29C64 | 20,106,00,10 | 5/20/2020 | LDH |
| B05C17 | 00,005,00523,00526,0053 | 5/20/2020 | LDH |
| E04G21 | 16 | 5/20/2020 | LDH |
| E04G23 | 02 | 5/20/2020 | LDH |
| E04F21 | 165 | 5/20/2020 | LDH |
| B33Y10 | 00 | 5/20/2020 | LDH |
| B33Y30 | 00 | 5/20/2020 | LDH |

| | |
|---|---|
| /L.D.H./<br>Examiner, Art Unit 1743 | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | *Electronically filed* | |
|---|---|---|
| | Application Number | 16/103,859 |
| | Filing Date | August 14, 2018 |
| | First Named Inventor | Peter DILWORTH |
| | Art Unit | 1743 |
| | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet 1 of 1 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Decision Denying Petitioner's Request for Rehearing, Ditec Solutions, LLC v. WobbleWorks, Inc., Case IPR2018-01414, entered March 13, 2019, 10 pages |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 05/19/2020 |
|---|---|---|---|

DB2/ 36201847.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | *Electronically filed* | |
|---|---|---|
| | Application Number | 16/103,859 |
| | Filing Date | August 14, 2018 |
| | First Named Inventor | Peter DILWORTH |
| | Art Unit | 1743 |
| | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet 1 of 1 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | EP 13861105.8, Third Party Observations dated August 16, 2019, 27 pages, including attachments |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 05/19/2020 |
|---|---|---|---|

DB2/ 37339180.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 2 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated December 8, 2017, 9 pages |
| | C2 | Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 13, 2018, 22 pages |
| | C3 | Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 19, 2018, 10 pages |
| | C4 | Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 9, 2019, 16 pages |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 36893080.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 2 | of | 2 | Attorney Docket Number | 122620-5115 |

| | | |
|---|---|---|
| | C5 | Ditec's Answer and Counterclaims to Wobbleworks' Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 25, 2019, 12 pages |
| | C6 | "Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed June 2019, 3 pages |
| | C7 | "Electron ST - Strong, Compact and handy," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C8 | "Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C9 | "Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C10 | "Leister Diode S Diode PID," August 2018, 84 pages |
| | C11 | "Leister Electron ST Hot Air Tool - User Manual," October 2017, 40 pages |
| | C12 | "Leister Hot Jet S," October 2017, 87 pages |
| | C13 | "Leister Triac ST Hot Air Tool - User Manual," October 2018, 40 pages |
| | C14 | "Leister Welding Pen S Welding Pen R," September 2005, 82 pages |
| | C15 | "Triac ST - Design meets experience," disclosed June 2019, 4 pages |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 05/19/2020 |
|---|---|---|---|



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

# Bibliographic Data

Application No: 16/103,859

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☐ No ☐ Met After Allowance

Verified and Acknowledged: /LAWRENCE D. HOHENBRINK, JR./

Examiner's Signature

Initials

Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

---

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/14/2018 | 425 | 1743 | 122620-5115 |
| **RULE** | | | |

**APPLICANTS**

WobbleWorks, Inc., Wilmington, DE, UNITED STATES

**INVENTORS**

Peter DILWORTH Somerville, MA, UNITED STATES

Maxwell BOGUE Hong Kong, HONG KONG

**CONTINUING DATA**

This application is a CON of 15638266 06/29/2017 PAT 10046498

15638266 is a CON of 14821399 08/07/2015 PAT 9731444

14821399 is a CON of 13831050 03/14/2013 PAT 9102098

13831050 has PRO of 61733689 12/05/2012

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

08/30/2018

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
UNITED STATES

**FILING FEE RECEIVED**

$785

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S2 | 1 | us-20140154347-$.did. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:07 |
| S3 | 1 | us-20120219699-$.did. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:29 |
| S4 | 4 | (4552287 \| 4597821 \| 4681524 \| 3665158).pn. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:30 |
| S5 | 1 | us-20030137077-$.did. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:31 |
| S6 | 8 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:48 |
| S7 | 1 | (wobble near works).as. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:54 |
| S8 | 272 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/17 12:50 |
| S9 | 422 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/17 12:51 |
| S10 | 501 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:41 |
| S11 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S12 | 27 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |
| S13 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |
| S14 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |
| S15 | 1281 | S8 or S9 or S10 or S11 or S12 or S13 or S14 | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:43 |
| S16 | 479 | S15 and (nozzle or (die near3 open$3)) | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:43 |
| S17 | 1 | "6722872".pn. | US-PGPUB; USPAT | OR | ON | 2014/06/19 13:46 |
| S18 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S19 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S20 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S21 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S22 | 27 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S23 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S24 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S25 | 1282 | S18 or S19 or S20 or S21 or S22 or S23 or S24 | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S26 | 480 | S25 and (nozzle or (die near3 open$3)) | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S27 | 196 | S26 and hand | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S28 | 41 | S26 and (hand near4 (hold or held)) | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:23 |
| S29 | 6 | S26 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:31 |
| S30 | 841 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:53 |
| S31 | 500 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:53 |
| S32 | 1339 | S30 or S31 | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S33 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S34 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S35 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S36 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S37 | 28 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S38 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S39 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S40 | 1283 | S33 or S34 or S35 or S36 or S37 or S38 or S39 | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S41 | 2525 | S32 or S40 | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S42 | 103 | S41 and (hand near4 (hold or held)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S43 | 11 | S41 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 08:26 |
| S44 | 1306 | S41 and ((button or control or switch or knob)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:16 |
| S45 | 282 | S44 and ((button or control or switch or knob) with first) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:16 |
| S46 | 251 | S44 and ((button or control or switch or knob) with second) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S47 | 206 | S45 and S46 | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S48 | 74 | S44 and ((button or control or switch or knob) near2 first) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S49 | 65 | S44 and ((button or control or switch or knob) near2 second) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S50 | 38 | S48 and S49 | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:18 |
| S51 | 498 | S41 and ((button or control or switch or knob) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:19 |
| S52 | 41 | S51 and ((button or control or switch or knob) near2 first) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:19 |
| S53 | 39 | S51 and ((button or control or switch or knob) near2 second) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:20 |
| S54 | 21 | S52 and S53 | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:20 |
| S55 | 20 | S33 and ((button or control or switch or knob) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 10:33 |
| S56 | 20 | S33 and ((button or control or switch or knob or dial or toggle) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 10:34 |
| S57 | 20 | S33 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 10:34 |
| S58 | 1 | "7384255".pn. | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:00 |
| S59 | 91 | ("3016451" \| "3381812" \| "3841000" \| "4152367" \| "4665492" \| "4749347" \| "4844373" \| "4928897" \| "4961154" \| "5169081" \| "5257657" \| "5263585" \| "5293996" \| "5303141" \| "5312224" \| | US-PGPUB; USPAT; USOCR | OR | ON | 2014/06/27 08:02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "5340433" \| "5402351" \| "5474719" \| "5503785" \| "5578227" \| "5587913" \| "5633021" \| "5637175" \| "5695707" \| "5738817" \| "5764521" \| "5816466" \| "5866058" \| "5868296" \| "5893404" \| "5900207" \| "5932055" \| "5936861" \| "5943235" \| "5968561" \| "6004124" \| "6041991" \| "6054077" \| "6070107" \| "6085957" \| "6119567" \| "6127492" \| "6129872" \| "6162378" \| "6165406" \| "6193923" \| "6214279" \| "6228923" \| "6257517" \| "6261077" \| "6322728" \| "6557742" \| "6572228" \| "6645412" \| "6685866" \| "6722872" \| "6730252" \| "6749414" \| "6776602" \| "6814907" \| "6866807" \| "6923634" \| "7026574").PN. OR ("7384255").URPN. | | | | |
| S60 | 12 | S59 and (motor with (reverse or opposite or clockwise)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:03 |
| S61 | 5 | S59 and (retract) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:27 |
| S62 | 18 | S59 and (strand) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:28 |
| S63 | 2 | S59 and (button) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:48 |
| S64 | 40 | S59 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:51 |
| S65 | 16 | S59 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:52 |
| S66 | 841 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S67 | 500 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S68 | 1339 | S66 or S67 | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S69 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S70 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S71 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S72 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S73 | 28 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S74 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S75 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S76 | 1283 | S69 or S70 or S71 or S72 or S73 or S74 or S75 | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S77 | 2525 | S68 or S76 | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S78 | 194 | S77 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S79 | 145 | S77 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S80 | 824 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:53 |
| S81 | 160 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:53 |
| S82 | 982 | S80 or S81 | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:54 |
| S83 | 73 | S82 and fan | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:54 |
| S84 | 208 | S82 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:55 |
| S85 | 25 | S84 and fan | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:55 |
| S86 | 60 | S84 and (fan or blower) | US-PGPUB; USPAT | OR | ON | 2014/06/27 12:37 |
| S87 | 19 | S84 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) with (fan or blower)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 12:38 |
| S88 | 78 | S82 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 12:41 |
| S89 | 841 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S90 | 500 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S91 | 1339 | S89 or S90 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S92 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S93 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S94 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S95 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S96 | 28 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S97 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S98 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S99 | 1283 | S92 or S93 or S94 or S95 or S96 or S97 or S98 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S100 | 2525 | S91 or S99 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S101 | 824 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S102 | 160 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S103 | 982 | S101 or S102 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S104 | 3507 | S100 or S103 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S105 | 223 | S104 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:01 |
| S106 | 178 | S105 and ((first same second)) | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:02 |
| S107 | 35 | S105 and ((button or switch or knob or dial or toggle or actuator or rocker) with (first and second)) | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:02 |
| S108 | 865 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:16 |
| S109 | 249 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:16 |
| S110 | 1019 | S108 or S109 | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:16 |
| S111 | 56 | S110 and fan | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:17 |
| S112 | 1 | us-20010033037-$.did. | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:32 |
| S113 | 2 | "3281576".pn. or "4059204".pn. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:17 |
| S114 | 5 | (8221669 \| 8236227 \| 8439665).pn. or us-20120258190-$.did. or us-20130234366-$.did. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S115 | 861 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S116 | 525 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S117 | 1383 | S115 or S116 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S118 | 274 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S119 | 425 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S120 | 561 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S121 | 77 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S122 | 348 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S123 | 32 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S124 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S125 | 1684 | S118 or S119 or S120 or S121 or S122 or S123 or S124 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S126 | 2952 | S117 or S125 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S127 | 830 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S128 | 164 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S129 | 992 | S127 or S128 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S130 | 3944 | S126 or S129 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S131 | 32 | S130 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S132 | 11 | S130 and ((port) near (cool$4 or cold)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:53 |
| S133 | 1407 | S130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:56 |
| S134 | 1558 | S130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:56 |
| S135 | 263 | S134 and (fan or blower) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:57 |
| S136 | 56 | S130 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:58 |
| S137 | 868 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S138 | 540 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S139 | 1405 | S137 or S138 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S140 | 275 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S141 | 425 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S142 | 616 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S143 | 85 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S144 | 379 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S145 | 36 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S146 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S147 | 1780 | S140 or S141 or S142 or S143 or S144 or S145 or S146 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S148 | 3063 | S139 or S147 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S149 | 835 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S150 | 167 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S151 | 1000 | S149 or S150 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S152 | 4063 | S148 or S151 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S153 | 32 | S152 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:04 |
| S154 | 12 | S152 and ((port) near (cool$4 or cold)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:04 |
| S155 | 1482 | S152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:05 |
| S156 | 1640 | S152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:05 |
| S157 | 274 | S156 and (fan or blower) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:05 |
| S158 | 59 | S152 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:06 |
| S159 | 867 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:50 |
| S160 | 249 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:50 |
| S161 | 1021 | S159 or S160 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:50 |
| S162 | 57 | S161 and fan | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S177 | 1 | us-20160031141-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 09:52 |
| S178 | 1 | "9102098".pn. | US-PGPUB; USPAT | OR | ON | 2016/11/08 09:53 |
| S179 | 1 | us-20160285028-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 10:14 |
| S180 | 1 | us-20160185028-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 10:15 |
| S181 | 16 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2016/11/08 13:54 |
| S182 | 1 | (wobble near works).as. or (wobble near works).aanm. | US-PGPUB; USPAT | OR | ON | 2016/11/08 13:55 |
| S183 | 15 | (5853774 \| 6162378 \| 6776602 \| 9102098 \| 3559241 \| 3604597 \| 3887319 \| 5121329 \| 5169587 \| 6129872 \| 6238613 \| 6500374 \| 6558059 \| 8262304 \| 8926882).pn. | US-PGPUB; USPAT | OR | ON | 2016/11/08 14:52 |
| S184 | 3 | us-20010033037-$.did. or us-20010030383-$.did. or us-20070029693-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 15:35 |
| S185 | 7 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-201100766496-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 16:20 |
| S186 | 8 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-20110076496-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 16:22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S187 | 4 | us-20110079936-$.did. or us-20110196660-$.did. or us-20120070523-$.did. or us-20130209600-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 16:35 |
| S188 | 1 | "6460481".pn. | US-PGPUB; USPAT | OR | ON | 2016/11/08 17:41 |
| S189 | 890 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S190 | 0 | 425/37375.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S191 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S192 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S193 | 429 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S194 | 878 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S195 | 250 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S196 | 846 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S197 | 170 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S198 | 586 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S199 | 425 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S200 | 60 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S201 | 71 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S202 | 770 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S203 | 1191 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S204 | 836 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S205 | 1817 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S206 | 1220 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S207 | 8572 | S189 or S191 or S192 or S193 or S194 or S195 or S196 or S197 or S198 or S199 or S200 or S201 or S202 or S203 or S204 or S205 or S206 | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:32 |
| S208 | 3608 | S207 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:38 |
| S209 | 130 | S208 and (hand near4 (hold or held)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:39 |
| S210 | 1133 | S208 and ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 12:29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S211 | 390 | S210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 12:30 |
| S212 | 4 | S208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same (port near (cool$4 or cold))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 13:25 |
| S213 | 5 | S208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same3 (port near (cool$4 or cold))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 13:25 |
| S214 | 53 | S210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 14:35 |
| S215 | 2 | S210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear same (vary or variable))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 14:36 |
| S216 | 20 | S208 and ((vary or varies or varied or variable) near3 (extrusion or extruder) near3 rate) | US-PGPUB; USPAT | OR | ON | 2016/11/09 15:19 |
| S217 | 60 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 10:17 |
| S218 | 890 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S219 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S220 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S221 | 429 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S222 | 878 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S223 | 250 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S224 | 846 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S225 | 170 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S226 | 586 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S227 | 425 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S228 | 71 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S229 | 773 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S230 | 1193 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S231 | 842 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S232 | 1845 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S233 | 1238 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S234 | 8607 | S218 or S219 or S220 or S221 or S222 or S223 or S224 or S225 or S226 or S227 or S217 or S228 or S229 or S230 or S231 or S232 or S233 | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S235 | 2089 | S234 and (extruder) | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S236 | 86 | S235 and (extruder near3 tube) | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:49 |
| S237 | 157 | S235 and (extruder near2 mount$3) | US-PGPUB; USPAT | OR | ON | 2016/11/10 12:13 |
| S238 | 10 | S235 and (extruder near2 mount$3 near2 end) | US-PGPUB; USPAT | OR | ON | 2016/11/10 12:14 |
| S239 | 66 | S235 and ((extruder near2 mount$3) same (nozzle or die)) | US-PGPUB; USPAT | OR | ON | 2016/11/10 12:16 |
| S240 | 120 | S235 and (extruder with (tube and end)) | US-PGPUB; USPAT | OR | ON | 2016/11/10 13:38 |
| S241 | 42 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-7384255-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US- | US-PGPUB; USPAT | OR | ON | 2016/11/10 18:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 4059204-$ or US-8236227-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | | | | |
| S242 | 6 | S241 and (insulator or insulate or insulation) | US-PGPUB; USPAT | OR | ON | 2016/11/10 18:32 |
| S243 | 11 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20040232165-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-3604597-$ or US-6460481-$).did. | US-PGPUB; USPAT | OR | ON | 2016/11/12 16:33 |
| S244 | 4 | S243 and circuit | US-PGPUB; USPAT | OR | ON | 2016/11/12 16:33 |
| S245 | 4 | S243 and circuit$2 | US-PGPUB; USPAT | OR | ON | 2016/11/12 16:33 |
| S246 | 17 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:46 |
| S247 | 1 | (wobble near works).as. or (wobble near works).aanm. | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:47 |
| S248 | 101901 | ((three near dimension$2) or ("3D")) and (nozzle or orifice) | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:49 |
| S249 | 1479 | S248 and (((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:50 |
| S250 | 63 | S249 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:51 |
| S251 | 3 | (5672312 \| 6117385 \| 7959847).pn. | US-PGPUB; USPAT | OR | ON | 2017/03/29 20:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S252 | 2 | us-20060198918-$.did. or us-20090133800-$.did. | US-PGPUB; USPAT | OR | ON | 2017/03/29 20:18 |
| S253 | 221361 | ((three near dimension$2) or ("3D")) and (nozzle or orifice or die) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:29 |
| S254 | 2422 | S253 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:30 |
| S255 | 101 | S254 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:30 |
| S256 | 62 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S257 | 890 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S258 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S259 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S260 | 429 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S261 | 878 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S262 | 250 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S263 | 846 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S264 | 170 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S265 | 600 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S266 | 433 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S267 | 74 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S268 | 924 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S269 | 1408 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S270 | 1044 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S271 | 3869 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S272 | 2820 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S273 | 10947 | S257 or S258 or S259 or S260 or S261 or S262 or S263 or S264 or S265 or S266 or S256 or S267 or S268 or S269 or S270 or S271 or S272 | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S274 | 12 | S273 and (((nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:56 |
| S275 | 32 | S273 and ((nozzle or orifice or die) same (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S276 | 262 | S273 and (hand near (held or hold$3)) | US-PGPUB; USPAT | OR | ON | 2017/03/30 08:26 |
| S277 | 10 | S276 and ((hand near (held or hold$3)) and (free near space)) | US-PGPUB; USPAT | OR | ON | 2017/03/30 08:26 |
| S278 | 144 | S276 and ((hand near (held or hold$3)) and (space)) | US-PGPUB; USPAT | OR | ON | 2017/03/30 08:28 |
| S299 | 1 | "5340433".pn. | US-PGPUB; USPAT | OR | ON | 2017/04/01 16:54 |
| S300 | 1 | us-20100147465-$.did. | US-PGPUB; USPAT | OR | ON | 2017/06/11 18:34 |
| S301 | 20 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2017/12/31 09:06 |
| S303 | 11 | (wobble near works).as,aanm. or (wobbleworks).as,aanm. | US-PGPUB; USPAT | OR | ON | 2017/12/31 09:12 |
| S306 | 22 | (3281576 \| 3559241 \| 3604597 \| 3665158 \| 3887319 \| 4059204 \| 4552287 \| 4597821 \| 4681524 \| 5121329 \| 5169587 \| 5340433 \| 5672312 \| 5853774 \| 6117385 \| 6129872 \| 6162378 \| 6238613 \| 6460481 \| 6500374 \| 6558059 \| 6776602).pn. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:22 |
| S307 | 7 | (7959847 \| 8221669 \| 8236227 \| 8262304 \| 8439665 \| 8926882 \| 9102098).pn. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:45 |
| S308 | 3 | (us-20010030383-$\|us-20010033037-$\|us-20030137077-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:49 |
| S309 | 12 | (us-20040232165-$\|us-20050129941-$\|us-20050288813-$\|us-20060198918-$\|us-20070003656-$\|us-20070029693-$\|us-20070228590-$\|us-20080197116-$\|us-20080213419-$\|us-20090133800-$\|us-20100147465-$\|us-20100327479-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S311 | 21 | (us-20110076496-$\|us-20110079936-$\|us-20110196660-$\|us-20120070523-$\|us-20120219699-$\|us-20120258190-$\|us-20130209600-$\|us-20130234366-$\|us-20090283544-$\|us-20140044823-$\|us-20140120197-$\|us-20140328963-$\|us-20150096717-$\|us-20150137402-$\|us-20150147427-$\|us-20150165691-$\|us-20150331412-$\|us-20160031159-$\|us-20170057168-$\|us-20170120519-$\|us-20170157826-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 12:14 |
| S312 | 5 | "5843490".pn. or (us-20090274540-$\|us-20110074065-$\|us-20140159273-$\|us-20140291886-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 12:22 |
| S313 | 4 | us-20030137077-$.did. or (4681524 \| 4552287 \| 4597821).pn. | US-PGPUB; USPAT | OR | ON | 2018/01/01 10:18 |
| S314 | 2 | us-20100147465-$.did. or us-20080197116-$.did. | US-PGPUB; USPAT | OR | ON | 2018/01/01 10:23 |
| S315 | 6215565 | hand$5 | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:18 |
| S316 | 4492768 | S315 and (hand or handheld or (hand-held) or (hand near held)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:19 |
| S317 | 1579 | S316 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:20 |
| S319 | 233 | S317 and ((hand or handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:22 |
| S320 | 22 | S317 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:27 |
| S321 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S322 | 0 | 425/084.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S323 | 0 | 425/087.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S324 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S325 | 1282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S326 | 241 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S327 | 6622 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S328 | 4717 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S329 | 1150 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S330 | 44 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S331 | 3472 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S332 | 66 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S333 | 72 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S334 | 446 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S335 | 327 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S336 | 758 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:38 |
| S337 | 698 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:38 |
| S338 | 44 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:38 |
| S339 | 81 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:39 |
| S340 | 121 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:39 |
| S341 | 616 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S342 | 3261 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S343 | 498 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S344 | 425 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S345 | 1659 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S346 | 17183 | S321 or S324 or S325 or S326 or S327 or S328 or S329 or S330 or S331 or S332 or S333 or S334 or S335 or S336 or S337 or S338 or S339 or S340 or S341 or S342 or S343 or S344 or S345 | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:45 |
| S347 | 56 | S346 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:46 |
| S348 | 46 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20080197116-$ or US-20100147465-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$ or US-20090123587-$ or US-20060146642-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | US-PGPUB; USPAT | OR | ON | 2018/01/01 19:07 |
| S349 | 37 | S348 and second | US-PGPUB; USPAT | OR | ON | 2018/01/01 19:07 |
| S350 | 291 | ("5340433").URPN. | USPAT | OR | ON | 2018/04/03 11:24 |
| S351 | 414 | ("5121329").URPN. | USPAT | OR | ON | 2018/04/03 11:25 |
| S352 | 492 | S350 or S351 | US-PGPUB; USPAT | OR | ON | 2018/04/03 11:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S353 | 12 | S352 and (pen or pencil) | US-PGPUB; USPAT | OR | ON | 2018/04/03 11:25 |
| S354 | 6 | S352 and (hand with (held or hold or holding)) | US-PGPUB; USPAT | OR | ON | 2018/04/03 11:30 |
| S355 | 18 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20100147465-$ or US-20090123587-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-3281576-$ or US-3604597-$ or US-6460481-$ or US-5889064-$).did. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:00 |
| S356 | 4 | S355 and ((motor or switch or actuator) with (backward or reverse or opposite)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:01 |
| S357 | 662 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S358 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S359 | 1282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S360 | 259 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S361 | 7520 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S362 | 5394 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S363 | 1336 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S364 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S365 | 3532 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S366 | 68 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S367 | 82 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S368 | 456 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S369 | 334 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S370 | 751 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S371 | 705 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S372 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S373 | 84 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S374 | 135 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S375 | 626 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S376 | 3337 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S377 | 481 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S378 | 433 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S379 | 1691 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S380 | 18454 | S357 or S358 or S359 or S360 or S361 or S362 or S363 or S364 or S365 or S366 or S367 or S368 or S369 or S370 or S371 or S372 or S373 or S374 or S375 or S376 or S377 or S378 or S379 | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S381 | 9645 | S380 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S382 | 396 | S381 and ((motor or switch or actuator) with (backward or reverse or opposite)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:10 |
| S383 | 140 | S382 and ((motor or switch or actuator) near3 (backward or reverse or opposite)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:10 |
| S384 | 64 | S383 and filament | US-PGPUB; USPAT | OR | ON | 2018/06/08 07:13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S385 | 662 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S386 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S387 | 1282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S388 | 259 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S389 | 7520 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S390 | 5394 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S391 | 1336 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S392 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S393 | 3532 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S394 | 68 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S395 | 82 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S396 | 456 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S397 | 334 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S398 | 751 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S399 | 705 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S400 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S401 | 84 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S402 | 135 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S403 | 626 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S404 | 3337 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S405 | 481 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S406 | 433 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S407 | 1691 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S408 | 18454 | S385 or S386 or S387 or S388 or S389 or S390 or S391 or S392 or S393 or S394 or S395 or S396 or S397 or S398 or S399 or S400 or S401 or S402 or S403 or S404 or S405 or S406 or S407 | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S409 | 9645 | S408 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S410 | 436 | S409 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S411 | 188 | S410 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:28 |
| S439 | 1 | us-20060051442-$.did. | US-PGPUB; USPAT | OR | ON | 2018/06/27 07:50 |
| S440 | 1 | us-20140120194-$.did. | US-PGPUB; USPAT | OR | ON | 2018/06/27 08:00 |
| S441 | 1 | us-20180345559-$.did. | US-PGPUB; USPAT | OR | ON | 2018/12/23 21:01 |
| S442 | 1 | us-20180345559-$.did. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:13 |
| S443 | 1 | us-20170182701-$.did. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:15 |
| S444 | 1 | ("5121329").pn. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S445 | 37 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:46 |
| S447 | 21 | ((wobble near works) or (wobbleworks)).as,aanm. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:49 |
| S448 | 1 | ("20150086668").pn. | US-PGPUB; USPAT | OR | ON | 2020/05/19 09:47 |
| S449 | 11 | (1466509 \| 2517882 \| 3285475 \| 4114781 \| 4197448 \| 4704088 \| 5071069 \| 6013096 \| 6443675 \| 6543549 \| 20100166969).pn. | US-PGPUB; USPAT | OR | ON | 2020/05/19 16:32 |
| S450 | 1 | (re26180).pn. | US-PGPUB; USPAT | OR | ON | 2020/05/19 17:02 |
| S451 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S452 | 667 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S453 | 451 | B29C48/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S454 | 146 | B29C48/2528.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S455 | 87 | B29C48/2526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S456 | 368 | B29C48/87.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S457 | 4070 | B29C48/05.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S458 | 506 | B29C48/37.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S459 | 4052 | B29C48/92.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S460 | 721 | B29C48/865.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S461 | 177 | B29C48/802.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S462 | 469 | B29C2948/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S463 | 1947 | B29C2948/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S464 | 2479 | B29C64/20.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S465 | 3413 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S466 | 1373 | B29C64/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S467 | 444 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S468 | 428 | B05C17/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S469 | 187 | B05C17/005.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S470 | 79 | B05C17/00523.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S471 | 58 | B05C17/00526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S472 | 97 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S473 | 507 | E04G21/16.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S474 | 328 | E04G23/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S475 | 697 | E04F21/165.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S476 | 14290 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:30 |
| S477 | 9942 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:30 |
| S478 | 29182 | S451 S452 S453 S454 S455 S456 S457 S458 S459 S460 S461 S462 S463 S464 S465 S466 S467 S468 S469 S470 S471 S472 S473 S474 S475 S476 S477 | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:30 |
| S479 | 17858 | S478 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | | | | |
| S482 | 181 | S479 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:42 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S163 | 1 | 425/376.1.ccls. | | OR | ON | 2015/02/20 08:29 |
| S164 | 0 | 425/375.ccls. | | OR | ON | 2015/02/20 08:29 |
| S165 | 0 | 425/87.ccls. | | OR | ON | 2015/02/20 08:29 |
| S166 | 0 | 425/458.ccls. | | OR | ON | 2015/02/20 08:29 |
| S167 | 0 | 425/458.ccls. | | OR | ON | 2015/02/20 08:29 |
| S168 | 0 | b29c67/0055.cpc. | | OR | ON | 2015/02/20 08:29 |
| S169 | 0 | b29c47/862.cpc. | | OR | ON | 2015/02/20 08:29 |
| S170 | 0 | b29c47/364.cpc. | | OR | ON | 2015/02/20 08:30 |
| S171 | 0 | b29c47/0805.cpc. | | OR | ON | 2015/02/20 08:30 |
| S172 | 0 | b05c17/0053.cpc. | | OR | ON | 2015/02/20 08:30 |
| S173 | 1 | 156/498.ccls. | | OR | ON | 2015/02/20 08:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S174 | 0 | 156/368.ccls. | | OR | ON | 2015/02/20 08:30 |
| S175 | 0 | 425/378.2.ccls. | | OR | ON | 2015/02/20 08:49 |
| S176 | 0 | 425/72.2.ccls. | | OR | ON | 2015/02/20 08:50 |
| S279 | 36 | B29C47/0805.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:00 |
| S280 | 113 | 425/376.1.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:01 |
| S281 | 287 | 425/375.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:01 |
| S282 | 30 | 425/87.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S283 | 17 | 425/458.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S284 | 165 | 425/72.2.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S285 | 24 | 425/378.2.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S286 | 108 | 156/498.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S287 | 11 | 156/368.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S288 | 214 | B29C47/862.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S289 | 204 | B29C47/364.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S290 | 16 | B05C17/0053.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S291 | 611 | B29C67/0051.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S292 | 1004 | B29C67/0055.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S293 | 783 | B29C67/0085.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S294 | 2893 | B33Y10/00.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:20 |
| S295 | 2042 | B33Y30/00.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:21 |
| S296 | 5242 | S279 or S280 or S281 or S282 or S283 or S284 or S285 or S286 or S287 or S288 or S289 or S290 or S291 or S292 or S293 or S294 or S295 | US-PGPUB | OR | ON | 2017/03/30 09:22 |
| S298 | 0 | S296 and ((nozzle or orifice or die) and (extruder) and (filament or strand) and (hand near (held or hold$3))).clm. | US-PGPUB | OR | ON | 2017/03/30 09:24 |
| S412 | 662 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S413 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S414 | 1282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S415 | 259 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S416 | 7520 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S417 | 5394 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S418 | 1336 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S419 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S420 | 3532 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S421 | 68 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S422 | 82 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S423 | 456 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S424 | 334 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S425 | 751 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S426 | 705 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S427 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S428 | 84 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S429 | 135 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S430 | 626 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S431 | 3337 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S432 | 481 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S433 | 433 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S434 | 1691 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S435 | 18454 | S412 or S413 or S414 or S415 or S416 or S417 or S418 or S419 or S420 or S421 or S422 or S423 or S424 or S425 or S426 or S427 or S428 or S429 or S430 or S431 or S432 or S433 or S434 | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:09 |
| S436 | 9645 | S435 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:34 |
| S437 | 436 | S436 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:35 |
| S438 | 17 | S437 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)).clm. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:36 |
| S483 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S484 | 667 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S485 | 451 | B29C48/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S486 | 146 | B29C48/2528.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S487 | 87 | B29C48/2526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S488 | 368 | B29C48/87.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S489 | 4070 | B29C48/05.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S490 | 506 | B29C48/37.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S491 | 4052 | B29C48/92.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S492 | 721 | B29C48/865.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S493 | 177 | B29C48/802.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S494 | 469 | B29C2948/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S495 | 1947 | B29C2948/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S496 | 2479 | B29C64/20.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S497 | 3413 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S498 | 1373 | B29C64/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S499 | 444 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S500 | 428 | B05C17/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S501 | 187 | B05C17/005.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S502 | 79 | B05C17/00523.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S503 | 58 | B05C17/00526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S504 | 97 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S505 | 507 | E04G21/16.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S506 | 328 | E04G23/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S507 | 697 | E04F21/165.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S508 | 14290 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S509 | 9942 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S510 | 29182 | S483 S484 S485 S486 S487 S488 S489 S490 S491 S492 S493 S494 S495 S496 S497 S498 S499 S500 S501 S502 S503 S504 S505 S506 S507 S508 S509 | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:54 |
| S511 | 17858 | S510 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:54 |
| S512 | 4 | S511 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)).clm. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:57 |

**5/20/2020 1:26:03 PM**
**C:\Users\lhohenbrink\Documents\EAST\Workspaces\16103859 Hand-Held 3D Printer CON.wsp**

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| Substitute for Form 1449-PTO | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 1 | of | 4 | Attorney Docket Number | 122620-5115 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | RE26,180 | 04-1967 | Frenzel et al. | |
| | A2 | 1,466,509 | 08-2019 | Laskey | |
| | A3 | 2,517,882 | 08-1950 | Johnson | |
| | A4 | 3,281,576 | 10-1966 | Cooper et al. | |
| | A5 | 3,285,475 | 11-1966 | Phillips | |
| | A6 | 3,559,241 | 02-1971 | Chu | |
| | A7 | 3,604,597 | 09-1971 | Pohl et al. | |
| | A8 | 3,665,158 | 05-1972 | Froedge | |
| | A9 | 3,887,319 | 06-1975 | Cottingham | |
| | A10 | 4,059,204 | 11-1977 | Duncan et al. | |
| | A11 | 4,114,781 | 09-1978 | Doyel | |
| | A12 | 4,197,448 | 04-1980 | Harigai | |
| | A13 | 4,552,287 | 11-1985 | Dziki | |
| | A14 | 4,597,821 | 07-1986 | Munro | |
| | A15 | 4,681,524 | 07-1987 | Ikeda et al. | |
| | A16 | 4,704,088 | 11-1987 | Newman | |
| | A17 | 5,071,069 | 12-1991 | Strim | |
| | A18 | 5,121,329 | 06-1992 | Crump | |
| | A19 | 5,169,587 | 12-1992 | Courval | |
| | A20 | 5,340,433 | 08-1994 | Crump | |
| | A21 | 5,672,312 | 09-1997 | Almquist et al. | |
| | A22 | 5,843,490 | 12-1998 | Horiba et al. | |
| | A23 | 5,853,774 | 12-1998 | Dreve | |
| | A24 | 6,013,096 | 01-2000 | Tucek | |
| | A25 | 6,117,385 | 09-2000 | Chartoff et al. | |
| | A26 | 6,129,872 | 10-2000 | Jang | |
| | A27 | 6,162,378 | 12-2000 | Bedal et al. | |
| | A28 | 6,238,613 | 05-2001 | Batchelder et al. | |
| | A29 | 6,443,675 | 09-2002 | Kopras et al. | |
| | A30 | 6,460,481 | 10-2002 | Young | |
| | A31 | 6,500,374 | 12-2002 | Akioka et al. | |
| | A32 | 6,543,549 | 04-2003 | Riedl et al. | |
| | A33 | 6,558,059 | 05-2003 | Hillinger et al. | |
| | A34 | 6,776,602 | 08-2004 | Swanson | |
| | A35 | 7,959,847 | 06-2011 | Wicker et al. | |
| | A36 | 8,221,669 | 07-2012 | Batchelder et al. | |
| | A37 | 8,236,227 | 08-2012 | Batchelder et al. | |
| | A38 | 8,262,304 | 09-2012 | Llach et al. | |
| | A39 | 8,439,665 | 05-2013 | Batchelder et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 35734984.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 2 | of | 4 | Attorney Docket Number | 122620-5115 |

| | | | | | |
|---|---|---|---|---|---|
| | A40 | 8,926,882 | 01-2015 | Batchelder et al. | |
| | A41 | 9,102,098 | 08-2015 | Dilworth et al. | |
| | A42 | 2001/0030383 | 10-2001 | Swanson et al. | |
| | A43 | 2001/0033037 | 10-2001 | Nitschke et al. | |
| | A44 | 2003/0137077 | 07-2003 | Lee et al. | |
| | A45 | 2004/0232165 | 11-2004 | Lee | |
| | A46 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A47 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A48 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A49 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A50 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A51 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A52 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A53 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A54 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A55 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A56 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A57 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A58 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A59 | 2010/0166969 | 07-2010 | Batchelder | |
| | A60 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A61 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A63 | 2011/0079936 | 04-2011 | Oxman | |
| | A64 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A65 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A66 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A67 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A68 | 2013/0209600 | 08-2013 | Tow | |
| | A69 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A70 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A71 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A72 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A73 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A74 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A75 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A76 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A77 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A78 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A79 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A80 | 2016/0031159 | 02-2016 | Church et al. | |
| | A81 | 2017/0057168 | 03-2017 | Miller et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 35734984.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 3 | of | 4 | Attorney Docket Number | 122620-5115 |

| | | | | | |
|---|---|---|---|---|---|
| | A82 | 2017/0120519 | 05-2017 | Mark | |
| | A83 | 2017/0157826 | 06-2017 | Hishiki | |
| | A84 | 2017/0182701 | 06-2017 | Ryan | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B1 | CN 1285856 | 02-2001 | Trexel Inc | | |
| | B2 | CN 2761402 | 03-2006 | Overseas Univ | | |
| | B3 | CN 2813176 | 09-2006 | Huanda Comp Shanghi Co | | |
| | B4 | CN 101166597 | 04-2008 | TDY Ind Inc | | |
| | B5 | CN 101172428 | 05-2008 | Lite On Technology Corp | | |
| | B6 | CN 201086388 | 07-2008 | Pumma Technology Co Ltd | | |
| | B7 | CN 202079738 | 12-2011 | Yingjun, Zhang | | |
| | B8 | CN 202399493 | 08-2012 | Shenzhen Weistek Technology Co Ltd | | |
| | B9 | CN 102922721 | 02-2013 | Chen | | |
| | B10 | CN 203371791 | 01-2014 | Gu | | |
| | B11 | CN 203449607 | 02-2014 | Shenzen Nanjixiong Science & Technology Co Ltd | | |
| | B12 | CN 103707511 | 04-2014 | Bao | | |
| | B13 | CN 203592687 | 05-2014 | Wobble Works Inc | | |
| | B14 | DE 3341201 | 05-1985 | Ursprung | | |
| | B15 | EP 257838 | 03-1988 | Bostik Ltd | | |
| | B16 | JPS 61-141959 | 06-1986 | Bosch Gmbh | | |
| | B17 | JPS 63-205216 | 08-1988 | Junkosha Co Ltd | | |
| | B18 | WO 99/32544 | 07-1999 | Trexel Inc | | |
| | B19 | WO 2009/134298 | 11-2009 | Stratasys, Inc. | | |
| | B20 | WO 2012/088257 | 06-2012 | Stratasys, Inc. | | |
| | B21 | WO 2012/152510 | 11-2012 | Evonik Roehm Gmbh | | |
| | B22 | WO 2012/152511 | 11-2012 | Evonik Roehm Gmbh | | |
| | B23 | WO 2015/020944 | 02-2015 | Massachusetts Inst Technology | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 35734984.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 16/103,859 |
| | | | | Filing Date | August 14, 2018 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. J. Hohenbrink Jr. |
| Sheet | 4 | of | 4 | Attorney Docket Number | 122620-5115 |

| NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
| | C1 | "A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443 |
| | C2 | Donutman.sub.--2000 "Plastic Welding Gun (Plastruder MK4)" published Sep. 19, 2010, http://www.thingiverse.com/thing:4156, last accessed Jul. 3, 2014 |
| | C3 | "Handheld Product Ergonomic Design," Human Engineering, June 2011, Vol 17, No 2, pp 186-189 |
| | C4 | Declaration of Lance Wyatt, *Inter Partes* Review of U.S. Patent No. 9,731,444, May 24, 2018, 2 pages |
| | C5 | Personnel Record of David L. Trumper, May 2018, 50 pages |
| | C6 | Declaration of David Trumper in Support of *Inter Partes* Review of U.S. Patent 9,731,444, May 20, 2018, 43 pages |
| | C7 | Declaration of Dr. Kimberly Cameron, October 23, 2018, 14 pages |
| | C8 | Patent Owner's Exhibit List, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, October 24, 2018, 3 pages |
| | C9 | Patent Owner's Preliminary Response, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, October 24, 2018, 30 pages |
| | C10 | Petition for *Inter Partes* Review of U.S. Patent No. 9,731,444, July 19, 2018, 70 pages |
| | C11 | Conduct of Proceeding Order, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, October 24, 2018, 6 pages |
| | C12 | Decision Denying Institution of *Inter Partes* Review, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, January 15, 2019, 20 pages |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 05/19/2020 |
|---|---|---|---|

DB2/ 35734984.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

Docket No.: 122620-5115 (PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of:<br>Peter DILWORTH, et al. | : | Customer No.: 157354 |
| Application No.: 16/103,859 | : | Confirmation No.: 1057 |
| Filed: August 14, 2018 | : | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: Hohenbrink Jr., Lawrence D. |

Mail Stop: **Issue Fee**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## COMMENTS ON EXAMINER'S STATEMENT OF REASONS FOR ALLOWANCE

Dear Commissioner:

In response to the Statement of Reasons for Allowance, which statement was communicated to Applicant with the Notice of Allowability, Applicant makes the following comments:

Applicant respectfully disagrees with the Statement of Reasons for Allowance to the extent that the recitations of the allowable subject matter in the Statement deviate from the language of the allowed claims. Also, to the extent that there is any implication that the patentability of the claims rests solely on the recitation of one or more particular features as stated in the Statement of Reasons for Allowance, Applicant respectfully disagrees with the Statement because, for each claim, it is the combination of features or elements recited in the claim that makes it patentable. Applicant respectfully submits that all claims of the present application are allowable because they each recite a combination of features that are not taught or suggested by the prior art. Further, the Examiner does not assert, and Applicants would not agree, that the stated reasons for allowance have any bearing on the patentability of claims in any other applications.

If there are any questions, the Examiner is respectfully requested to telephone the undersigned Attorney.

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/

Nathan S. Smith, Reg. No. 53,615

**Please recognize our Customer No. 157354 as our correspondence address.**

600 Anton Blvd, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Facsimile: 714.830.0700
**Date:** September 3, 2020

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

157354 7590 06/10/2020

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/103,859 | 08/14/2018 | Peter DILWORTH | 122620-5115 | 1057 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 09/10/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOHENBRINK JR, LAWRENCE D | 1743 | 425-087000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Nathan S. Smith
2 Sujohn Das
3 Morgan, Lewis & Bockius LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: WobbleWorks, Inc.

(B) RESIDENCE: (CITY and STATE OR COUNTRY): Wilmington, DE

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies ____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 500310

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Nathan S. Smith/ Date September 3, 2020

Typed or printed name Nathan S. Smith Registration No. 53,615

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16103859 |
| **Filing Date:** | 14-Aug-2018 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 122620-5115 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 500 | 500 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **500** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40465478 |
| **Application Number:** | 16103859 |
| **International Application Number:** | |
| **Confirmation Number:** | 1057 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5115 |
| **Receipt Date:** | 03-SEP-2020 |
| **Filing Date:** | 14-AUG-2018 |
| **Time Stamp:** | 17:04:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $500 |
| RAM confirmation Number | E202093H05309675 |
| Deposit Account | 500310 |
| Authorized User | Nathan Smith |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Post Allowance Communication - Incoming | 122620-5115_Statement_of_Reasons.pdf | 79002<br>c63939b990cf5c986b62f61cfa8424231892f2bf | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Issue Fee Payment (PTO-85B) | 5115IF.pdf | 129838<br>e1e01ac782f10ef8b0cf3024abee51c1063fee41 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30323<br>1d54ef814140a3752b1fd797f4e692ad228dd087 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 239163 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 16/103,859 | 10/06/2020 | 10792850 | 122620-5115 | 1057 |

157354 7590 09/16/2020

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 240 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Peter DILWORTH, Somerville, MA;
WobbleWorks, Inc., Wilmington, DE
Maxwell BOGUE, Hong Kong, HONG KONG;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.