# Exhibit 6

US011446852B2

(12) United States Patent
Dilworth et al.

(10) Patent No.: US 11,446,852 B2
(45) Date of Patent: Sep. 20, 2022

(54) **HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE**

(71) Applicant: **WobbleWorks, Inc.**, Wilmington, DE (US)

(72) Inventors: **Peter Dilworth**, Somerville, MA (US); **Maxwell Bogue**, Hong Kong (HK)

(73) Assignee: **WobbleWorks, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 87 days.

(21) Appl. No.: **17/015,004**

(22) Filed: **Sep. 8, 2020**

(65) **Prior Publication Data**

US 2020/0398471 A1 Dec. 24, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/103,859, filed on Aug. 14, 2018, now Pat. No. 10,792,850, which is a (Continued)

(51) **Int. Cl.**
***B29C 48/02*** (2019.01)
***B33Y 10/00*** (2015.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. ***B29C 48/02*** (2019.02); ***B29C 48/05*** (2019.02); ***B29C 48/2526*** (2019.02);
(Continued)

(58) **Field of Classification Search**
CPC ....... B29C 48/02; B29C 48/92; B29C 48/865; B29C 48/05; B29C 64/118; B29C 64/10;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,466,509 | A | 8/1923 | Laskey |
| 2,517,882 | A | 8/1950 | Johnson |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1285856 | 2/2001 |
| CN | 1640643 | 7/2005 |

(Continued)

OTHER PUBLICATIONS

"A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443.

(Continued)

*Primary Examiner* — Joseph S Del Sole
*Assistant Examiner* — Lawrence D. Hohenbrink, Jr.
(74) *Attorney, Agent, or Firm* — Nathan S. Smith; Sujohn Das; Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

An apparatus including a three-dimensional (3D) drawing pen can permit a user to draw in free space to form a 3D object. The 3D drawing pen can include a housing, an actuator, and a nozzle assembly. The housing is configured to receive material therein and fit in a user's hand. The actuator is coupled to the housing and is configured to control a movement of the material. The nozzle assembly is configured to permit the material to be extruded to permit the user to form the three-dimensional object.

**28 Claims, 4 Drawing Sheets**



Case 2:26-cv-01592-MEMF-PVC Document 35-8 Filed 03/23/26 Page 3 of 14 Page ID #:2834



**Related U.S. Application Data**

continuation of application No. 15/638,266, filed on Jun. 29, 2017, now Pat. No. 10,046,498, which is a continuation of application No. 14/821,399, filed on Aug. 7, 2015, now Pat. No. 9,731,444, which is a continuation of application No. 13/831,050, filed on Mar. 14, 2013, now Pat. No. 9,102,098.

(60) Provisional application No. 61/733,689, filed on Dec. 5, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| ***B29C 48/05*** | (2019.01) |
| ***B29C 48/37*** | (2019.01) |
| ***B29C 48/87*** | (2019.01) |
| ***B29C 48/25*** | (2019.01) |
| ***B29C 64/118*** | (2017.01) |
| ***B29C 64/20*** | (2017.01) |
| ***B29C 64/106*** | (2017.01) |
| ***B33Y 30/00*** | (2015.01) |
| *B05C 17/005* | (2006.01) |
| *B29C 48/92* | (2019.01) |
| *B29C 48/80* | (2019.01) |
| *B29C 48/86* | (2019.01) |
| *B29C 64/00* | (2017.01) |
| *E04G 21/16* | (2006.01) |
| *E04F 21/165* | (2006.01) |
| *B05C 17/00* | (2006.01) |
| *E04G 23/02* | (2006.01) |
| *B29C 64/10* | (2017.01) |

(52) **U.S. Cl.**

CPC .......... ***B29C 48/2528*** (2019.02); ***B29C 48/37*** (2019.02); ***B29C 48/87*** (2019.02); ***B29C 64/106*** (2017.08); ***B29C 64/118*** (2017.08); ***B29C 64/20*** (2017.08); ***B33Y 10/00*** (2014.12); ***B33Y 30/00*** (2014.12); *B05C 17/00* (2013.01); *B05C 17/005* (2013.01); *B05C 17/0053* (2013.01); *B05C 17/00523* (2013.01); *B05C 17/00526* (2013.01); *B29C 48/802* (2019.02); *B29C 48/865* (2019.02); *B29C 48/92* (2019.02); *B29C 64/00* (2017.08); *B29C 64/10* (2017.08); *B29C 2948/9258* (2019.02); *B29C 2948/92704* (2019.02); *E04F 21/165* (2013.01); *E04G 21/16* (2013.01); *E04G 23/02* (2013.01)

(58) **Field of Classification Search**

CPC .......... B29C 64/106; B29C 2948/9258; B33Y 10/00; B33Y 30/00

USPC .................................................... 425/87, 375

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 3,281,576 A | 10/1966 | Cooper et al. | |
| 3,285,475 A | 11/1966 | Phillips | |
| RE26,180 E | 4/1967 | Frenzel et al. | |
| 3,559,241 A | 2/1971 | Chu | |
| 3,604,597 A | 9/1971 | Pohl et al. | |
| 3,665,158 A | 5/1972 | Froedge | |
| 3,887,319 A | 6/1975 | Cottingham | |
| 4,059,204 A | 11/1977 | Duncan et al. | |
| 4,114,781 A | 9/1978 | Doyel | |
| 4,197,448 A | 4/1980 | Harigai | |
| 4,552,287 A | 11/1985 | Dziki | |
| 4,597,821 A | 7/1986 | Munro | |
| 4,681,524 A | 7/1987 | Ikeda et al. | |
| 4,704,088 A | 11/1987 | Newman | |
| 4,953,755 A * | 9/1990 | Dennison | B05C 17/00536 222/333 |
| 5,071,069 A | 12/1991 | Strim | |
| 5,121,329 A | 6/1992 | Crump | |
| 5,169,587 A | 12/1992 | Courval | |
| 5,340,433 A | 8/1994 | Crump | |
| 5,672,312 A | 9/1997 | Almquist et al. | |
| 5,843,490 A | 12/1998 | Horiba et al. | |
| 5,853,774 A | 12/1998 | Dreve | |
| 6,013,096 A | 1/2000 | Tucek | |
| 6,117,385 A | 9/2000 | Chartoff et al. | |
| 6,129,872 A | 10/2000 | Jang | |
| 6,162,378 A | 12/2000 | Bedal et al. | |
| 6,175,422 B1 | 1/2001 | Penn et al. | |
| 6,238,613 B1 | 5/2001 | Batchelder et al. | |
| 6,443,675 B1 | 9/2002 | Kopras et al. | |
| 6,460,481 B1 | 10/2002 | Young | |
| 6,500,374 B1 | 12/2002 | Akioka et al. | |
| 6,543,549 B1 | 4/2003 | Riedl et al. | |
| 6,558,059 B1 | 5/2003 | Hillinger et al. | |
| 6,776,602 B2 | 8/2004 | Swanson | |
| 7,314,591 B2 | 1/2008 | Priedeman | |
| 7,959,847 B2 | 6/2011 | Wicker et al. | |
| 8,221,669 B2 | 7/2012 | Batchelder et al. | |
| 8,236,227 B2 | 8/2012 | Batchelder et al. | |
| 8,262,304 B2 | 9/2012 | Llach et al. | |
| 8,439,665 B2 | 5/2013 | Batchelder et al. | |
| 8,926,882 B2 | 1/2015 | Batchelder et al. | |
| 9,102,098 B2 | 8/2015 | Dilworth et al. | |
| 2001/0030383 A1 | 10/2001 | Swanson et al. | |
| 2001/0033037 A1 | 10/2001 | Nitschke et al. | |
| 2003/0137077 A1 | 7/2003 | Lee et al. | |
| 2004/0232165 A1 | 11/2004 | Lee | |
| 2005/0129941 A1 | 6/2005 | Comb et al. | |
| 2005/0288813 A1 | 12/2005 | Yang et al. | |
| 2006/0051442 A1 | 3/2006 | Miceli et al. | |
| 2006/0198918 A1 | 9/2006 | Koyagi | |
| 2007/0003656 A1 | 1/2007 | LaBossiere et al. | |
| 2007/0029693 A1 | 2/2007 | Wigand et al. | |
| 2007/0228590 A1 | 10/2007 | LaBossiere et al. | |
| 2008/0197116 A1 | 8/2008 | Achtner et al. | |
| 2008/0213419 A1 | 9/2008 | Skubic et al. | |
| 2009/0133800 A1 | 5/2009 | Morohoshi et al. | |
| 2009/0274540 A1 | 11/2009 | Batchelder et al. | |
| 2009/0283544 A1 | 11/2009 | Salmela et al. | |
| 2010/0147465 A1 * | 6/2010 | Di Miceli | B29C 66/81821 156/579 |
| 2010/0166969 A1 | 7/2010 | Batchelder | |
| 2010/0283172 A1 | 11/2010 | Swanson | |
| 2010/0327479 A1 | 12/2010 | Zinniel et al. | |
| 2011/0074065 A1 | 3/2011 | Batchelder et al. | |
| 2011/0076496 A1 | 3/2011 | Batchelder et al. | |
| 2011/0079936 A1 | 4/2011 | Oxman | |
| 2011/0196660 A1 | 8/2011 | Liu et al. | |
| 2012/0070523 A1 | 3/2012 | Swanson | |
| 2012/0219699 A1 | 8/2012 | Pettersson et al. | |
| 2012/0258190 A1 | 10/2012 | Batchelder et al. | |
| 2013/0209600 A1 | 8/2013 | Tow | |
| 2013/0234366 A1 | 9/2013 | Batchelder | |
| 2014/0044823 A1 | 2/2014 | Pax et al. | |
| 2014/0120197 A1 | 5/2014 | Swanson et al. | |
| 2014/0159273 A1 | 6/2014 | Koop et al. | |
| 2014/0291886 A1 | 10/2014 | Mark et al. | |
| 2014/0328963 A1 | 11/2014 | Mark et al. | |
| 2015/0096717 A1 | 4/2015 | Batchelder et al. | |
| 2015/0137402 A1 | 5/2015 | Schmehl et al. | |
| 2015/0147427 A1 | 5/2015 | Lundwall | |
| 2015/0165691 A1 | 6/2015 | Mark et al. | |
| 2015/0331412 A1 | 11/2015 | Adair et al. | |
| 2016/0031159 A1 | 2/2016 | Church et al. | |
| 2017/0057168 A1 | 3/2017 | Miller et al. | |
| 2017/0120519 A1 | 5/2017 | Mark | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2017/0157826 | A1 | 6/2017 | Hishiki |
| 2017/0182701 | A1 | 6/2017 | Ryan |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2761402 | 3/2006 |
| CN | 2813176 | 9/2006 |
| CN | 101070020 A | 11/2007 |
| CN | 101166597 | 4/2008 |
| CN | 101172428 | 5/2008 |
| CN | 101213060 A | 7/2008 |
| CN | 201086388 | 7/2008 |
| CN | 202079738 | 12/2011 |
| CN | 2023 99493 | 8/2012 |
| CN | 102922721 | 2/2013 |
| CN | 203371791 | 1/2014 |
| CN | 203449607 | 2/2014 |
| CN | 103707511 | 4/2014 |
| CN | 203592687 | 5/2014 |
| DE | 3341201 | 5/1985 |
| EP | 257838 | 3/1988 |
| JP | S 61-141959 | 6/1986 |
| JP | S63-101887 | 5/1988 |
| JP | S 63-205216 | 8/1988 |
| WO | WO 99/32544 | 7/1999 |
| WO | WO 2009/134298 | 11/2009 |
| WO | WO 2012/088257 | 6/2012 |
| WO | WO 2012/152510 | 11/2012 |
| WO | WO 2012/152511 | 11/2012 |
| WO | WO 2015/020944 | 2/2015 |

OTHER PUBLICATIONS

"Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed Jun. 2019, 3 pages.
"Electron ST—Strong, Compact and handy," Plastic Welding General Catalog, disclosed Jun. 2019, 2 pages.
"Handheld Product Ergonomic Design," Human Engineering, Jun. 2011, vol. 17, No. 2, pp. 186-189.
"Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed Jun. 2019, 2 pages.
"Leister Diode S Diode PID," Aug. 2018, 84 pages.
"Leister Electron ST Hot Air Tool—User Manual," Oct. 2017, 40 pages.
"Leister Hot Jet S," Manual, Oct. 2017, 87 pages.
"Leister Triac ST Hot Air Tool—User Manual," Oct. 2018, 40 pages.
"Leister Welding Pen S Welding Pen R," Sep. 2005, 82 pages.
"Triac ST—Design meets experience," disclosed Jun. 2019, 4 pages.
"Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed Jun. 2019, 2 pages.
Amended Complaint for Patent Infringement and Demand for Jury Trial, *Wobbleworks, Inc*. v. *Ditech Solutions, LLC*, Case No. 8:17-CV-2147, dated Apr. 13, 2018, 22 pages.
Complaint for Patent Infringement and Demand for Jury Trial, *Wobbleworks, Inc*. v. *Ditech Solutions, LLC*, Case No. 8:17-CV-2147, dated Dec. 8, 2017, 9 pages.
Conduct of Proceeding Order, *Ditec Solutions, LLC* v *Wobbleworks, Inc*, Case IPR2018-01414, Oct. 24, 2018, 6 pages.
Decision Denying Institution of Inter Partes Review, *Ditec Solutions, LLC* v *Wobbleworks, Inc.*, Case IPR2018-01414, Jan. 15, 2019, 20 pages.
Decision Denying Petitioner's Request for Rehearing, *Ditec Solutions, LLC* v. *WobbleWorks, Inc.*, Case IPR2018-01414, entered Mar. 13, 2019, 10 pages.
Declaration of David Trumper in Support of Inter Partes Review of U.S. Pat. No. 9,731,444, May 20, 2018, 43 pages.
Declaration of Dr, Kimberly Cameron, Oct. 23, 2018, 14 pages.
Declaration of Lance Wyatt, hrter Partes Review of U.S. Pat. No. 9,731,444, May 24, 2018, 2 pages.
Ditec's Answer and Counterclaims to Wobbleworks' Complaint, *Wobbleworks, Inc*. v. *Ditech Solutions, LLC*, Case No. 8:17-CV-2147, dated Apr. 25, 2019, 12 pages.
Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, *Wobbleworks, Inc*. v. *Ditech Solutions, LLC*, Case No. 8:17-CV-2147, dated Apr. 19, 2018, 10 pages.
Donutman.sub.—2000 "Plastic Welding Gun (Plastmder MK4)" published Sep. 19, 2010, http://www.thingiverse.eom/thing:4156, last accessed Jul. 3, 2014.
EP 13861105.8, Third Party Observations dated Aug. 16, 2019, 27 pages, including attachments.
Patent Owner's Exhibit List, *Ditec Solutions. LLC* v *Wobbleworks, Inc*, Case IPR2018-01414, Oct. 24, 2018, 3 pages.
Patent Owner's Preliminary Response, *Ditec Solutions. LLC* v *Wobbleworks, Inc*, Case IPR2018-01414, Oct. 24, 2018, 30 pages.
Personnel Record of David L. Trumper, May 2018, 50 pages.
Petition for Inter Partes Review of U.S. Pat. No. 9,731,444, Jul. 19, 2018, 70 pages.
Second Amended Complaint for Patent Infringement and Demand for Jury Trial, *Wobbleworks, Inc*. v. *Ditech Solutions, LLC*, Case No. 8:17-CV-2147, dated Apr. 9, 2019, 16 pages.
EP 13861105.8, Third Party Observations dated Oct. 18, 2021, 85 pages.
3Doodler: The World's First 3D Printing Pen by WobbleWorks LLC—Kickstarter, retrieved from https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen\description, 9 pages, last updated Nov. 25, 2014.
Interview with 3Doodler Co-creator Max Bogue, Feb. 28, 2013, retrieved from blog/makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/, 7 pages.
MakerBot Industries: Plastruder MK4, 2009, retrieved from web.archive.org/web/20091012055654/http://wiki.makerbot.com\plastruder-mk4, 34 pages.
Category: Extruders—RepRap, last revised Oct. 9, 2012, retrieved from https://reprep.org/mediawiki/index.php?title=Category:Extruders&oldid=67755, 7 pages.
YouTube posted by Jon Buford, published on Nov. 27, 2012, retrieved from https://www.youtube.com/watch?v=ef03qSz-yC8, 4 pages.
Draw in the Air with 3Doodler—3d Printing Era, Feb. 19, 2013, retrieved from www.3dpringinera.com/draw-in-the-air-with-3doodler/, 2 pages.
Fung 2037—Turns out the Makible team had the . . . , Feb. 23, 2013, retrieved from https://fung2037.tumblr.com/post/43847991789/turns-out-the-makibox-makible-team-had-the, 2 pages.
#MakiBox Update—A6 Printing Smoothly, Public Demos, and the Scribble, Nov. 28, 2012, retrieved from https://web.archive.org/web/20121203045530/http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, 11 pages.
EP 13861105.8, Acknowledgment of receipt of observations by third parties, dated Oct. 18, 2021, 1 page.
EP 13861105.8, Relevance of third party observation dated Oct. 18, 2021, 1 page.
Summary of the Current Allegations from the Petitioner in the Invalidation Notice of Nov. 26, 2021, and comments, 9 pages.
Matt Wax Gun for Jewelry Design: Working in Air, on an Object & with a Pattern, Sep. 6, 2011, available at https://www.youtube.com/watch?v=LNg9BccQFJc,. 8 screenshots from the Video.

* cited by examiner

Case 2:26-cv-01592-MEMF-PVC Document 35-8 Filed 03/23/26 Page 5 of 14 Page ID #:2836






FIG. 1




FIG. 2

Case 2:26-cv-01592-MEMF-PVC Document 35-8 Filed 03/23/26 Page 6 of 14 Page ID #:2837






*FIG. 3A*




*FIG. 3B*

Case 2:26-cv-01592-MEMF-PVC Document 35-8 Filed 03/23/26 Page 7 of 14 Page ID #:2838






FIG. 4A




FIG. 4B

Case 2:26-cv-01592-MEMF-PVC Document 35-8 Filed 03/23/26 Page 8 of 14 Page ID #:2839






FIG. 5A




FIG. 5B

# HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 16/103,859, filed Aug. 14, 2018, which is a continuation of U.S. application Ser. No. 15/638,266, filed Jun. 29, 2017, now U.S. Pat. No. 10,046,498, which is a continuation of U.S. application Ser. No. 14/821,399, filed Aug. 7, 2015, now U.S. Pat. No. 9,731,444, which is a continuation of U.S. application Ser. No. 13/831,050, filed Mar. 14, 2013, now U.S. Pat. No. 9,102,098, which claims benefit of and priority to U.S. Provisional Patent Application Ser. No. 61/733,689, filed on Dec. 5, 2012, the entirety of each of which is hereby incorporated herein by reference.

## BACKGROUND

### Field

The present disclosure relates to extrusion devices and, in particular, a hand-held implement configured to extrude a material so as to construct three-dimensional (3D) objects.

### Description of the Related Art

Three-dimensional printers are known which may be used to produce 3D items of all types. Certain printers operate by deposition of sequential layers of plastic while others function by sequential agglomeration or solidification of layers of a precursor material. These printers tend to be large and expensive and require the design to be provided as a computer file, for example as generated by a Computer-Aided Design (CAD) program.

U.S. Pat. No. 3,665,158 to Froedge discloses a conventional handheld extrusion device. A chamber is filled with a granulated solid plastic material and then sealed with a cap. The contents of the chamber are heated to melt the plastic and create pressure within the chamber. A passage leads from the chamber to a rotatable nozzle that blocks flow in a first position and allows flow in a second position. A trigger is attached to the nozzle such that pulling the trigger moves the nozzle to the second position, thereby allowing the molten plastic to be expelled from the nozzle due to the pressure within the chamber. Releasing the trigger allows the nozzle to return to the first position, thereby stopping the flow of plastic. There is no provision to replenish the raw material without shutting off the device nor any mechanism to mechanically feed material to the nozzle at a constant rate. In addition, Froedge's system does not provide a means of cooling the extruded material.

## SUMMARY

It is desirable to provide a reliable, easily refillable hand-held device to form 2D and 3D items without the need for computerized design files. The present disclosure describes a hand-held device that allows a user to "draw" a 3D structure with a feed stock that can be replenished while in continuous use.

In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock, a nozzle assembly at least partially disposed within the housing and having an exit nozzle, a motor disposed within the housing, and a gear



train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock. The housing has an internal volume and at least one cooling port in fluid communication with the internal volume. The 3D drawing device also includes a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle, a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port, a motor disposed within the housing, and an actuator coupled to the housing. Actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide further understanding and are incorporated in and constitute a part of this specification, illustrate disclosed embodiments and together with the description serve to explain the principles of the disclosed embodiments. In the drawings:

FIG. **1** is a perspective view of an exemplary 3D drawing device according to certain aspects of the present disclosure.

FIG. **2** is a cut-way view of the device of FIG. **1** with a portion of the housing removed according to certain aspects of the present disclosure.

FIGS. **3**A-**3**B are cross-sectional and cutaway views of the device of FIG. **1** according to certain aspects of the present disclosure.

FIGS. **4**A-**4**B are plan and perspective views of the feed mechanism according to certain aspects of the present disclosure.

FIGS. **5**A-**5**B are perspective and cutaway views of another embodiment of a 3D drawing device according to certain aspects of the present disclosure.

## DETAILED DESCRIPTION

The present disclosure describes a hand-held device that allows a user to "draw" a 2D or 3D structure and to easily refill or replace the feed stock.

The detailed description set forth below is intended as a description of various configurations of the subject technology and is not intended to represent the only configurations in which the subject technology may be practiced. The appended drawings are incorporated herein and constitute a part of the detailed description. The detailed description includes specific details for the purpose of providing a thorough understanding of the subject technology. However, it will be apparent to those skilled in the art that the subject technology may be practiced without these specific details. In some instances, well-known structures and components are shown in block diagram form in order to avoid obscuring the concepts of the subject technology. Like components are labeled with identical element numbers for ease of understanding.

As used within this disclosure, the phrase "feed stock" means any material provided in any form suitable for processing within the 3D drawing device so as to provide the desired output stream. Feed stock may be a thermoplastic such as acrylonitrile butadiene styrene (ABS), polyvinyl

chloride (PVC) or a polylactic acid (PLA), a thermoset material such as an epoxy, a metal such as tin or lead or a mixture of metals. Feed stock may be a single material or a mixture of materials, such as a rod having particles of a first material dispersed within a matrix of a second material.

FIG. **1** is a perspective view of an exemplary 3D drawing device **100** according to certain aspects of the present disclosure. The device **100** includes a housing **110** in which a control assembly **120**, a nozzle assembly **130**, a fan assembly **140** are provided. The housing **110** may be sized and configured to fit in a user's hand and suitably shaped to allow for manipulation like a pen or pencil. An actuator, for example buttons **122** and **124** in this embodiment, may be positioned to allow the user to actuate either the actuator while holding the device **100**. In this embodiment, the user may actuate one or both of buttons **122**, **124** while manipulating the 3D drawing device **100**. In this embodiment, the device **100** is configured to accept a feed stock **20** in the form of a strand that may be 3 mm in diameter. In certain embodiments, the feed stock **20** may be provided as a cut length, for example 30 cm in length, or as a continuous strand drawn from a spool (not shown in FIG. **1**). includes an input portal **18**, or other input element, such as a hopper, for example, through which a raw material **19** is provided to the implement **10**. The feed stock **20** may be a thermoplastic material, for example a PVC, an ABS, or a PLA, however, other embodiments may accept other types of material, such as a thermoset plastic or a metal or combination of materials.

In an example of use of one embodiment of the device **100**, the user selects a particular type and color of a thermoplastic feed stock **20** and introduces the feed stock **20** into the entrance port **115** (see FIG. **2**) and connects a power cord (not shown in FIG. **1**) to a power source, such as a wall outlet. In certain embodiments, the 3D drawing device **100** may include a portable power source (not shown in FIGS. **1**-**2**), for example a lithium polymer battery, to power the device **100**. After a warm-up period, the user may press button **122** while drawing a line on a surface with the device **100**, for example tracing a pattern on a printed sheet, in a manner similar to drawing a line with a pencil. A column **22** of the feed stock **20** is extruded from the nozzle assembly while the button **122** is depressed. In certain embodiments, the column **22** may be 0.3 mm in diameter. If the user moves the device along the surface at approximately the same speed as the rate of extrusion of the column **22**, the user will create a solid, three-dimensional "line" on the surface. In certain embodiments, the feed stock **20** exists the nozzle assembly **130** in essentially a solid form such that the extruded column retains its shape. In certain embodiments, freshly extruded feed stock **20** will bond to previously extruded columns **22** such that a structure may be formed by drawing a line across to onto a previously drawn column **22**.

In certain embodiments, button **122** may cause the feed stock **20** to be extruded at a first rate, for example 2.6 mm/sec, while the second button **124** may cause the feed stock **20** to be extruded at a second rate, for example 5.0 mm/sec. In certain embodiments, the first rate may be in the range of 0.1-10.0 mm/sec and the second rate may be in the range of 2-50 mm/sec. In certain embodiments, the first and second rates are chosen to provide a speed appropriate for the intended user, for example a device **100** intended for use by a young child may have slower rates than a device **100** intended for an adult artist. In certain embodiments, the 3D drawing device **100** may include a variable speed control mechanism (not shown in FIG. **1**-**2**) to allow the user to adjust one or more of the rates of extrusion. In certain embodiments, the variable speed control mechanism may include a dial. In certain embodiments, releasing either of the buttons **122**, **124** may cause the internal mechanism to draw the feed stock **20** backward a certain amount, thereby breaking off the extruded column **22**. In this manner, the user can "write" with the 3D drawing device **100** in much the same manner as they would with a pen except they can do so in three dimensions since the extruded material is three-dimensional. The user can create free-form lines, shapes or other objects, as desired. A user may additionally use stencils or other guides in order to create desired objects such as sculpture, jewelry, artistic pieces, etc. In addition, or in the alternative, the 3D drawing device **100** may be used to repair or enhance existing objects and structures. In certain embodiments, pressing both buttons **122**, **124** at the same time may cause another action, such as expelling the unused portion of the feed stock **20** from the entrance port **115** such that the user may switch to a different color or type of feed stock **20**.

FIG. **2** is a cut-way view of the device **100** of FIG. **1** with a portion of the housing **110** removed according to certain aspects of the present disclosure. It can be seen that a circuit assembly **126** is positioned under the switches **122**, **124** and a feed mechanism **150** is disposed on the lower housing **114**, with the feed stock **20** entering through the entrance port **115** and passing over and between elements of the feed mechanism **150**, which is discussed in greater detail with respect to FIGS. **4**A-**4**B. In certain embodiments, the circuit assembly **126** may include a processor while, in certain embodiments, the circuit assembly **126** may include analog circuit elements such as mechanical switches, resistors, capacitors, and other electrical elements (not visible in FIG. **2**) as known to those of skill in the art. In certain embodiments, the circuit assembly **126** may include a power conditioning circuit (not shown) that converts power from the power source to a different form, such as a direct current (DC) voltage. In certain embodiments, the circuit assembly **126** may include a portable power source (not shown in FIG. **2**). In certain embodiments, the circuit assembly **126** may be connected to an external power source through a power cord (not shown in FIGS. **1**-**2**). In certain embodiments, the 3D drawing device **100** also includes an external control interface **127** that is connected to the circuit assembly **126** and configured to accept actuation commands from a remote system, such as a computer numerical control (CNC) machine. In certain embodiments, the housing **110** may be adapted for mounting on a tool interface of a CNC machine such that the machine can manipulate the 3D drawing device **100** to create 3D objects. For example, the external control interface **127** may include three electrical pins, wherein a pin **1** is a common such as a ground, a pin **2** that is coupled to the button **122** such that provision of a DC voltage across pin **1** and pin **2** is equivalent to pressing button **122**, and a pin **3** that is coupled to the button **124** such that provision of a DC voltage across pin **1** and pin **3** is equivalent to pressing button **124**. In certain embodiments, the external control interface **127** may be configured to accept signals through a radio frequency (RF) or optical wireless system. In certain embodiments, the external control interface **127** may be configured to accept signals through a fiber-optic cable.

FIGS. **3**A-**3**B are cross-sectional and cutaway views of the device **100** of FIG. **1** according to certain aspects of the present disclosure. FIG. **3**A is a side view of the entire 3D drawing device **100**, showing how the upper housing **112** and lower housing **114** together form an internal volume **116** in which is located the feed mechanism **150**. At the right end, it can be seen that the nozzle assembly **130** includes an extruder **132** and a guide tube **134**, which are discussed in

greater detail with respect to FIG. **3**B. the fan assembly **140** includes a fan cover **142**, which is stationary and attached to the upper housing **112**, an impeller **14** located underneath the cover **142** and configured to draw air into the internal volume **116** through ports (not visible in FIG. **3**A) in the cover **142**. A motor **146** is mounted, in this example, to the lower housing **114** and drives the impeller **144** at a constant speed. The air that is drawn into the internal volume may, in certain embodiments, flow out through either cooling ports **118** in the upper and lower housings **112**, **114**. The cooling ports **118** are discussed in greater detail with respect to FIG. **3**B. It can be seen in FIG. **3**A that, in this embodiment, the feed stock **20** follows a straight path though the device **100**.

FIG. **3**B is a close-up, cutaway view of the nozzle assembly **130**. The extruder **132** has a first chamber **135** formed as a cylindrical bore of approximately the same diameter as the feed stock **20** and an extrusion passage **133** of a smaller diameter, terminating in an exit nozzle **133**A. In certain embodiments, the first chamber **135** may have a first diameter of 3 mm while the extrusion passage **133** has a diameter of 0.3 mm. In certain embodiments, the extruder **132** is formed of a thermally conductive material, for example a metal or a ceramic, with a heating element, for example a nichrome wire, (not visible in FIG. **3**B) wound around the exterior circumference. When the device **100** is connected to a power source, the heating element raises the temperature of the extruder **132** to a temperature that may be above the melting point of the feed stock **20**. In certain embodiments, the nozzle assembly **130** includes a temperature sensor that is connected to the circuit assembly **126** which may include a temperature control circuit to regulate the power to the heater element so as to maintain the temperature of the extruder **132** within a desired range of a setpoint. As systems and methods for temperature regulation are known to those of skill in the art, the details are not provided herein. In certain embodiments, an indicator (not shown), for example an LED, may be provided to indicate that the extruder **132** has reached a temperature sufficient to melt the feed stock **20**.

In certain embodiments, for example with a feed stock comprising a plastic, the temperature of the extruder **132** may be in the range of 20-500° C. In certain embodiments, for example with a feed stock comprising a metal, the temperature of the extruder **132** may be in the range of 1000-2000° C. In certain embodiments, for example with a feed stock comprising a metal such as lead, tin, or mixtures thereof, the temperature of the extruder **132** may be in the range of 100-400° C. In certain embodiments, for example with a feed stock comprising a metal such as copper, gold, silver or mixtures thereof, the temperature of the extruder **132** may be in the range of 1000-1200° C. In certain embodiments, for example with a feed stock comprising a metal such as platinum, the temperature of the extruder **132** may be in the range of 1600-2000° C. In certain embodiments, the 3D drawing device **100** may include a variable temperature controller (not shown) that is connected to the circuit assembly **126** to allow a user to select a setpoint temperature for the extruder **132**. In certain embodiments, the variable temperature controller may allow the use to select a type of material, for example "thermoplastic," and the circuit assembly **126** will adjust the setpoint temperature of the extruder **132**. In certain embodiments, the variable temperature controller may include a dial.

A guide tube **134** is aligned with the first chamber **135** of the extruder **132** such that feed stock passing through the guide tube **134** enters the first chamber **135**. In certain embodiments, the guide tube **134** may be formed of a



low-friction material, such as polytetrafluoroethylene (PTFE), so allow the feed stock **20** to slide easily while also minimizing the gap between the guide tube **134** and feed stock **20**. The extruder **132** and guide tube **134** are held in alignment by a mounting tube **138**. In certain embodiments, the mounting tube **138** is formed of a metal having a relatively low thermal conductivity, compared to other metals. In certain embodiments, the mounting tube **138** may be a stainless steel. In certain embodiments, an insulating film (not visible in FIG. **3**B), for example a polyimide tape, may be applied over the heating element and under the mounting tube **138**.

In certain embodiments, an insulator **131** may be provided over the mounting tube **138** so as to reduce the amount of heat transferred from the extruder **132** to the upper and lower housings **112**, **114**. In certain embodiments, one or both of the upper and lower housings **112**, **114** may have cooling ports **118** formed therethrough such that air can flow from the interior volume **116** to the ambient atmosphere. In certain embodiments, the passages formed in the top and bottom housings **112**, **114** that lead to the cooling ports **118** may be angled such that the air that emerges from the cooling ports **118** is directed inward toward the tip **137**. Thus, as the air exits the cooling ports **118**, the air passes by the tip **137** of the extruder **132**, cooling both the tip **137** and the feed stock **20** that just been extruded from the extrusion passage **133**. Both of these cooling effects serve to reduce the temperature of the feed stock **20** as it exits the extrusion passage **133** such that the feed stock **20** may be essentially solid as it exits the extrusion passage **133**. In certain embodiments, the freshly extruded feed stock **20** may be pliable and formable into various shapes. In certain embodiments, the surface of the freshly extruded feed stock **20** may be receptive to attachment, e.g. sticky, such that the extruded material will bond to other previously extruded feed stock **20**.

In certain embodiments, there may be a gap between the insulator **131** and the mounting tube **138**. In certain embodiments, this gap may provide a thermal break so as to further thermally isolate the upper and lower housings **112**, **114** from the extruder **132**.

As the feed stock **20** is driven toward the extrusion passage **133** by the feed mechanism **150** (not shown in FIG. **3**B), the portion of the feed stock **20** that is within the extruder **132** will be heated by the extruder **132** such that the feed stock **20** within the first chamber **135** softens or melts. As the solid feed stock **20** is forced forward, the softened or molten feed stock **20** will be forced out through the extrusion passage **133** and emerge from the tip **137**, where the cooling air that is flowing out of the cooling ports **118** flows over the freshly extruded feed stock **20**, thereby cooling and solidifying the feed stock **20**. In certain embodiments, a portion of the extruder **132** that extends outward beyond a front plane **102** may be cooled to a temperature below the temperature of the main portion of the extruder **132** by the air flowing out of the cooling ports **118**. In certain embodiments, the temperature of the tip **137** may be below the melting point of the feed stock **20**.

FIGS. **4**A-**4**B are plan and perspective views of the feed mechanism **150** according to certain aspects of the present disclosure. FIG. **4**A shows a series of gear pairs **153**, **154**, **155**, **156**, and **157** that are driven by the motor **152** through a spur gear (not visible in FIG. **4**A) that is attached to the rotor of the motor **152**. Each gear pair has a large gear and a small gear that are fixedly attached to each other and rotate about a common axis. The small gear of the motor **152** drives the large gear **153**A, which causes the small gear

**153**B to drive the large gear **154**A. In certain embodiments, the large gears **153**A, **154**A, **155**A, **156**A, and **157**A each may have 40 teeth while the small gears **153**B, **154**B, **155**B and **156**B (not visible in FIG. **4**A), and **157**B may have 12 teeth, providing a 40:12 step-down ratio between each gear pair. In certain embodiments, the step-down from the motor **152** to the small gear **157**B may be 5*(40:12) or approximately 17:1, i.e. seventeen complete rotations of the motor **152** causes only one complete rotation of the small gear **157**B. In certain embodiments, the gear pairs **153**, **154**, **155**, **156**, and **157** may have a different number of teeth on the large and/or small gears. In certain embodiments, the gear pairs **153**, **154**, **155**, **156**, and **157** may not have the same number of teeth on each corresponding large or small gear.

In use, the use of a motor **152** to drive a step-down gear train **150** to control the advancement of the feed stock **20** provides an improved level of control over the rate of extrusion of the feed stock **20**. For example, a conventional glue gun has a direct linkage between a trigger and the glue stick, such that pressure on the trigger on the trigger is directly transferred to the rod. The rate of advancement of the glue stick, and therefore the rate of extrusion, is dependent upon the viscosity of the melted glue and therefore caries over a die range. This often results in excessive glue being dispensed. In addition, since releasing the trigger does not retract the glue stick, there is frequently a "tail" of glue drawn out of the glue gun as the nozzle is moved away from the dispensing location. In contrast, the disclosed 3D drawing device **100** provides a constant rate of extrusion, for example 3 mm/sec, due to the controlled motion provided by the motor **152** and gear train **150**. In addition, the circuit assembly **126** causes the motor **152** to briefly run in reverse when the button **122** is released, thereby retracting the feed stock **20** slightly and drawing the melted feed stock **20** that is within the extrusion passage **133** back into the extruder **132**, thereby cleanly severing the extruded column **22** from the tip **137**.

FIG. **4**B shows how the teeth of the final small gear **157**B engage the feed stock **20**. In this embodiment, the feed stock **20** passes by a post **119** of the lower housing **114**, then by the small gear **157**B, and then into the guide tube **134**. In certain embodiments, the gear **157**B is positioned such that the teeth press against the feed stock **20**, which is restrained from lateral motion away from the teeth of gear **157**B by the post **119** and the guide tube **134**, such that rotation of the gear **157**B applies an axial force, i.e. directed along the length, to the feed stock **20**. Rotation of the gear set **150** in a first direction will cause the feed stock **20** to move linearly forward, i.e. toward the tip **137**. As this portion of feed stock **20** is not affected by the heating within the extruder **132**, rotation of the gear set **150** in a reverse direction will cause the feed stock **20** to move linearly backward, i.e. away from the tip **137**.

It can be seen from FIGS. **4**A and **4**B that rotation of the motor **152**, which is controlled by pressing one of the buttons **122**, **124**, causes the feed stock **20** to move forward or backward. The step-down from the motor **152** to the small gear **157**B provides a smooth rate of motion of the feed stock, as the motor **152** may turn at a speed within a normal range of smooth operation while the step-down converts this to a low rate of linear motion of the feed stock **20**.

FIGS. **5**A-**5**B are perspective and cutaway views of another embodiment **200** of a 3D drawing device according to certain aspects of the present disclosure. FIG. **5**A shows a 3D drawing device **200** configured to accept a feed stock in the form of pellets **25** that are held in a hopper **250** attached to the body **210**. A power cord **270** is attached to the body **210**. FIG. **5**B is a cut-away view showing a feed screw **260** that transfers the pellets **25** from the hopper **250** to the nozzle assembly **230** that melts the pellets **25** and, under pressure provided by the feed screw **260**, extrudes the melted feed stock **25** in a manner similar to the nozzle assembly **130** of embodiment **100**, previously discussed. Other features of the embodiment **100**, such as the cooling ports **118**, may also be provided in embodiment **200**. In certain embodiments, the pellets may be transferred from the hopper **250** to the nozzle assembly **130** by other mechanisms, for example a reciprocating cylinder (not shown in FIGS. **5**A-**5**B) as will be known to those of skill in the art. In certain embodiments, the feed stock may be provided as a liquid, for example an epoxy with beads of catalyst suspended in a liquid polymer, that is held in the hopper **250**. In certain embodiments, passage of the liquid feed stock through an extrusion passage, similar to extrusion passage **133** of embodiment **100**, may modify the liquid feed stock such that it hardens quickly after extrusion from the 3D drawing device **200**.

The disclosed examples of a 3D drawing device illustrate the principles of its construction and use. The provision of a flow of cooling air at the tip to quickly solidify the extruded feed stock allows the user to work in three dimensions, rather than being forced to rely on a support surface to hold the still-fluid extruded material in place while it hardens. The use of a mechanical gear train to advance the feed stock, instead of a pressurized supply or a direct connection between a trigger and a feed rod, allows precise control of the rate of extrusion, thereby increasing the uniformity of the extruded column of material and allowing precise placement without excess material.

This application includes description that is provided to enable a person of ordinary skill in the art to practice the various aspects described herein. While the foregoing has described what are considered to be the best mode and/or other examples, it is understood that various modifications to these aspects will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other aspects. It is understood that the specific order or hierarchy of steps or blocks in the processes disclosed is an illustration of exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps or blocks in the processes may be rearranged. The accompanying method claims present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented. Thus, the claims are not intended to be limited to the aspects shown herein, but is to be accorded the full scope consistent with the language claims.

Headings and subheadings, if any, are used for convenience only and do not limit the invention.

Reference to an element in the singular is not intended to mean "one and only one" unless specifically so stated, but rather "one or more." Use of the articles "a" and "an" is to be interpreted as equivalent to the phrase "at least one." Unless specifically stated otherwise, the terms "a set" and "some" refer to one or more.

Terms such as "top," "bottom," "upper," "lower," "left," "right," "front," "rear" and the like as used in this disclosure should be understood as referring to an arbitrary frame of reference, rather than to the ordinary gravitational frame of reference. Thus, a top surface, a bottom surface, a front surface, and a rear surface may extend upwardly, downwardly, diagonally, or horizontally in a gravitational frame of reference.

Although the relationships among various components are described herein and/or are illustrated as being orthogonal or perpendicular, those components can be arranged in other configurations in some embodiments. For example, the angles formed between the referenced components can be greater or less than 90 degrees in some embodiments.

Although various components are illustrated as being flat and/or straight, those components can have other configurations, such as curved or tapered for example, in some embodiments.

Pronouns in the masculine (e.g., his) include the feminine and neuter gender (e.g., her and its) and vice versa. All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. § 112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "operation for."

A phrase such as an "aspect" does not imply that such aspect is essential to the subject technology or that such aspect applies to all configurations of the subject technology. A disclosure relating to an aspect may apply to all configurations, or one or more configurations. A phrase such as an aspect may refer to one or more aspects and vice versa. A phrase such as an "embodiment" does not imply that such embodiment is essential to the subject technology or that such embodiment applies to all configurations of the subject technology. A disclosure relating to an embodiment may apply to all embodiments, or one or more embodiments. A phrase such as an embodiment may refer to one or more embodiments and vice versa.

The word "exemplary" is used herein to mean "serving as an example or illustration." Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs.

All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. § 112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "step for." Furthermore, to the extent that the term "include," "have," or the like is used in the description or the claims, such term is intended to be inclusive in a manner similar to the term "comprise" as "comprise" is interpreted when employed as a transitional word in a claim.

Although embodiments of the present disclosure have been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the scope of the present invention being limited only by the terms of the appended claims.

What is claimed is:

**1**. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the 3D pen comprising:

a housing having an internal volume and a port that permits insertion of material into the internal volume of the housing, the housing being configured to fit in a user's hand and configured without a handle substantially perpendicular to the housing;

a motor coupled to the housing of the pen and being configured to drive motion of the material;

an actuator, coupled to the housing of the pen, to actuate the motor to control a movement of the material; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element configured to melt the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle for forming the 3D object.

**2**. The apparatus of claim **1**, further comprising a gear disposed within the housing, adjacent to the port within the internal volume, the gear being configured to contact the material and to be rotated by the motor to drive motion of the material.

**3**. The apparatus of claim **2**, wherein the gear comprises a final gear having teeth that engage the material such that rotation of the final gear causes the material to linearly move.

**4**. The apparatus of claim **1**, wherein the apparatus is configured to use material in the form of a strand.

**5**. The apparatus of claim **1**, wherein the apparatus is configured to use material in the form of an elongate rod shape.

**6**. The apparatus of claim **1**, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus.

**7**. The apparatus of claim **1**, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

**8**. The apparatus of claim **1**, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

**9**. The apparatus of claim **1**, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the material prior to extrusion through the exit nozzle.

**10**. The apparatus of claim **1**, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

**11**. The apparatus of claim **1**, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

**12**. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing configured to receive material therein, the housing being configured to fit in a user's hand;

at least one actuator, coupled to the housing of the pen, for controlling a movement of the material; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object.

**13**. The apparatus of claim **12**, further comprising a drive system configured to drive motion of the material through the pen.

**14**. The apparatus of claim **13**, further comprising a guide tube disposed within the housing, a first end of the guide tube positioned to receive the material from the drive system.

**15**. The apparatus of claim **13**, wherein the drive system comprises a gear disposed adjacent to a within an internal volume of the housing.

**16**. The apparatus of claim **12**, wherein the apparatus is configured to use material in the form of a strand.

**17**. The apparatus of claim **12**, wherein the apparatus is configured to use material in the form of an elongate rod shape.

**18**. The apparatus of claim **12**, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus.

**19**. The apparatus of claim **12**, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

**20**. The apparatus of claim **12**, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

**21**. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing configured to receive material therein, the housing being configured to fit in a user's hand;

at least one actuator positioned along the housing of the pen for controlling a movement of the material; and



a nozzle assembly positioned at a distal end portion of the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object.

**22**. The apparatus of claim **21**, further comprising a gear disposed within the housing, adjacent to a port within an internal volume of the housing, the gear being configured to contact the material and to be rotated by a motor to drive motion of the material.

**23**. The apparatus of claim **22**, further comprising a gear train in operative communication with the gear for driving motion of the material.

**24**. The apparatus of claim **21**, further comprising a motor to drive motion of the material in response to the at least one actuator.

**25**. The apparatus of claim **21**, wherein the apparatus is configured to use material in the form of a strand.

**26**. The apparatus of claim **21**, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

**27**. The apparatus of claim **21**, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

**28**. The apparatus of claim **21**, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

* * * * *