# Exhibit 7

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 17015004 Document Date: 09/08/2020

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 [Remove]

**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Peter | | DILWORTH | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| **City** | Somerville | **State/Province** | MA | **Country of Residence** i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| **Address 1** | 23 Monmouth Street | | |
|---|---|---|---|
| **Address 2** | | | |
| **City** | Somerville | **State/Province** | MA |
| **Postal Code** | 02143 | **Country** i | US |

**Inventor** 2 [Remove]

**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Maxwell | | BOGUE | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency ○ Active US Military Service

| **City** | Hong Kong | Country of Residence i | HK |
|---|---|---|---|

**Mailing Address of Inventor:**

| **Address 1** | 1209 Orange Street | | |
|---|---|---|---|
| **Address 2** | | | |
| **City** | Wilmington | **State/Province** | DE |
| **Postal Code** | 19801 | **Country** i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

## Correspondence Information:

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | | |
|---|---|---|---|
| **Customer Number** | 157354 | | |
| **Email Address** | | Add Email | Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | | |
| **Attorney Docket Number** | 122620-5124 | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 4 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| | | | |
|---|---|---|---|
| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 157354 | | |

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16103859 | 2018-08-14 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16103859 | Continuation of | 15638266 | 2017-06-29 | 10046498 | 2018-08-14 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15638266 | Continuation of | 14821399 | 2015-08-07 | 9731444 | 2017-08-15 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14821399 | Continuation of | 13831050 | 2013-03-14 | 9102098 | 2015-08-11 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13831050 | Claims benefit of provisional | 61733689 | 2012-12-05 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1 Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| | | |
|---|---|---|
| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | |
|---|---|
| Name of the Deceased or Legally Incapacitated Inventor: | |
| If the Applicant is an Organization check here. | ☒ |
| Organization Name | WobbleWorks, Inc. |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | 1209 Orange Street | | |
| Address 2 | | | |
| **City** | Wilmington | **State/Province** | DE |
| **Country** | US | Postal Code | 19801 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Nathan S. Smith/ | | | Date (YYYY-MM-DD) | 2020-09-08 |
|---|---|---|---|---|---|
| First Name | Nathan S. | Last Name | Smith | Registration Number | 53,615 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5124 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.




*FIG. 1*




*FIG. 2*


100
140
142
144
146
20
112
116
130
118
150
114
134
132
118

*FIG. 3A*


102
112
118
135
20
134
137
116
132
133A
138
131
133
114
118

*FIG. 3B*


150
153
154
155
156
156A
153A
154A
155A
154B
153B
152
157A
157B

*FIG. 4A*


134
20
119
157B
114

*FIG. 4B*




*FIG. 5A*




*FIG. 5B*

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)**

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:
[x] The attached application, or
[ ] United States application or PCT international application number ____________ filed on ____________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Maxwell BOGUE Date (Optional): 3/14/13

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[x] The attached application, or

[ ] United States application or PCT international application number __________ filed on __________ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Peter DILWORTH    Date (Optional): 9/14/2013

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

ABSTRACT

A three-dimensional (3D) drawing pen can include a housing that has a port that permits insertion of a strand of material into the housing, an actuator for controlling a movement of the strand, and a nozzle assembly configured to permit the strand to be extruded out of the 3D drawing pen in a form that retains its shape against gravity in free space to draw a 3D object.

CLAIMS

What is claimed is:

1. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the housing, the housing being configured to fit in a user's hand and configured without a handle substantially perpendicular to the housing;

a motor coupled to the housing of the pen and being configured to drive motion of the strand;

an actuator, coupled to the housing of the pen, to actuate the motor to control a movement of the strand; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element configured to melt the strand, the nozzle assembly configured to permit the strand to be extruded out of the exit nozzle in a form that retains its shape against gravity in free space to draw a 3D object.

2. The apparatus of Claim 1, further comprising a gear disposed within the housing, adjacent to the port within the internal volume, the gear being configured to contact the strand and to be rotated by the motor to drive motion of the strand.

3. The apparatus of Claim 2, wherein the gear comprises a final gear having teeth that engage the strand of material such that rotation of the final gear causes the strand of material to linearly move.

4. The apparatus of Claim 1, further comprising a mounting tube having a first end and a second end, and wherein the second end of a guide tube extends into the first end of the mounting tube.

5. The apparatus of Claim 1, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

6. The apparatus of Claim 1, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

7. The apparatus of Claim 1, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the strand of material prior to extrusion through the exit nozzle.

8. The apparatus of Claim 1, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

9. The apparatus of Claim 1, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

10. The apparatus of Claim 1, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

11. The apparatus of Claim 1, wherein the pen is configured to extrude the strand out of the exit nozzle in a continuous, vertical form.

12. The apparatus of Claim 1, wherein the motor is coupled to a first portion of the housing.

13. The apparatus of Claim 12, wherein the nozzle assembly is coupled to a second portion of the housing.

14. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the housing, the housing being configured to fit in a user's hand;

at least one actuator, coupled to the housing of the pen, for controlling a movement of the strand; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element for melting the strand, the nozzle assembly configured to permit the strand to be extruded out of the exit nozzle in a form that retains its shape against gravity in free space to draw a 3D object.

15. The apparatus of Claim 14, further comprising a drive system configured to drive motion of the strand of material through the pen.

16. The apparatus of Claim 15, further comprising a guide tube disposed within the housing, a first end of the guide tube positioned to receive the strand from the drive system.

17. The apparatus of Claim 15, wherein the drive system comprises a gear disposed adjacent to the port within the internal volume.

18. The apparatus of Claim 14, wherein the housing comprises at least one cooling port extending between the internal volume and an ambient atmosphere.

19. The apparatus of Claim 14, further comprising a mounting tube having a first end and a second end, and wherein the second end of a guide tube extends into the first end of the mounting tube.

20. The apparatus of Claim 14, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

21. The apparatus of Claim 20, wherein the nozzle assembly is coupled to the upper housing.

22. The apparatus of Claim 14, wherein comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

23. The apparatus of Claim 14, wherein comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

24. The apparatus of Claim 14, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

# HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

## CROSS-REFERENCE TO RELATED APPLICATIONS

**[0001]** The present application is a continuation of U.S. Application Serial No. 16/103,859, filed August 14, 2018, which is a continuation of U.S. Application Serial No. 15/638,266, filed June 29, 2017, now U.S. Patent No. 10,046,498, which is a continuation of U.S. Application Serial No. 14/821,399, filed August 7, 2015, now U.S. Patent No. 9,731,444, which is a continuation of U.S. Application Serial No. 13/831,050, filed March 14, 2013, now U.S. Patent No. 9,102,098, which claims benefit of and priority to U.S. Provisional Patent Application Serial No. 61/733,689, filed on December 5, 2012, the entirety of each of which is hereby incorporated herein by reference.

## BACKGROUND

### Field

**[0002]** The present disclosure relates to extrusion devices and, in particular, a hand-held implement configured to extrude a material so as to construct three-dimensional (3D) objects.

### Description of the Related Art

**[0003]** Three-dimensional printers are known which may be used to produce 3D items of all types. Certain printers operate by deposition of sequential layers of plastic while others function by sequential agglomeration or solidification of layers of a precursor material. These printers tend to be large and expensive and require the design to be provided as a computer file, for example as generated by a Computer-Aided Design (CAD) program.

**[0004]** U.S. Patent 3,665,158 to Froedge discloses a conventional handheld extrusion device. A chamber is filled with a granulated solid plastic material and then sealed with a cap. The contents of the chamber are heated to melt the plastic and create pressure within the chamber. A passage leads from the chamber to a rotatable nozzle that blocks flow in a first position and allows flow in a second position. A trigger is attached to the nozzle such that pulling the trigger moves the nozzle to the second position, thereby allowing the molten plastic to be expelled from

the nozzle due to the pressure within the chamber. Releasing the trigger allows the nozzle to return to the first position, thereby stopping the flow of plastic. There is no provision to replenish the raw material without shutting off the device nor any mechanism to mechanically feed material to the nozzle at a constant rate. In addition, Froedge's system does not provide a means of cooling the extruded material.

## SUMMARY

**[0005]** It is desirable to provide a reliable, easily refillable hand-held device to form 2D and 3D items without the need for computerized design files. The present disclosure describes a hand-held device that allows a user to "draw" a 3D structure with a feed stock that can be replenished while in continuous use.

**[0006]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock, a nozzle assembly at least partially disposed within the housing and having an exit nozzle, a motor disposed within the housing, and a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

**[0007]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock. The housing has an internal volume and at least one cooling port in fluid communication with the internal volume. The 3D drawing device also includes a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle, a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port, a motor disposed within the housing, and an actuator coupled to the housing. Actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0008]** The accompanying drawings, which are included to provide further understanding and are incorporated in and constitute a part of this specification, illustrate disclosed

embodiments and together with the description serve to explain the principles of the disclosed embodiments. In the drawings:

**[0009]** FIG. 1 is a perspective view of an exemplary 3D drawing device according to certain aspects of the present disclosure.

**[0010]** FIG. 2 is a cut-way view of the device of FIG. 1 with a portion of the housing removed according to certain aspects of the present disclosure.

**[0011]** FIGS. 3A-3B are cross-sectional and cutaway views of the device of FIG. 1 according to certain aspects of the present disclosure.

**[0012]** FIGS. 4A-4B are plan and perspective views of the feed mechanism according to certain aspects of the present disclosure.

**[0013]** FIGS. 5A-5B are perspective and cutaway views of another embodiment of a 3D drawing device according to certain aspects of the present disclosure.

## DETAILED DESCRIPTION

**[0014]** The present disclosure describes a hand-held device that allows a user to "draw" a 2D or 3D structure and to easily refill or replace the feed stock.

**[0015]** The detailed description set forth below is intended as a description of various configurations of the subject technology and is not intended to represent the only configurations in which the subject technology may be practiced. The appended drawings are incorporated herein and constitute a part of the detailed description. The detailed description includes specific details for the purpose of providing a thorough understanding of the subject technology. However, it will be apparent to those skilled in the art that the subject technology may be practiced without these specific details. In some instances, well-known structures and components are shown in block diagram form in order to avoid obscuring the concepts of the subject technology. Like components are labeled with identical element numbers for ease of understanding.

**[0016]** As used within this disclosure, the phrase "feed stock" means any material provided in any form suitable for processing within the 3D drawing device so as to provide the desired output stream. Feed stock may be a thermoplastic such as acrylonitrile butadiene styrene (ABS), polyvinyl chloride (PVC) or a polylactic acid (PLA), a thermoset material such as an epoxy, a metal such as tin or lead or a mixture of metals. Feed stock may be a single material or a mixture of materials, such as a rod having particles of a first material dispersed within a matrix of a second material.

**[0017]** FIG. 1 is a perspective view of an exemplary 3D drawing device 100 according to certain aspects of the present disclosure. The device 100 includes a housing 110 in which a control assembly 120, a nozzle assembly 130, a fan assembly 140 are provided. The housing 110 may be sized and configured to fit in a user's hand and suitably shaped to allow for manipulation like a pen or pencil. An actuator, for example buttons 122 and 124 in this embodiment, may be positioned to allow the user to actuate either the actuator while holding the device 100. In this embodiment, the user may actuate one or both of buttons 122, 124 while manipulating the 3D drawing device 100. In this embodiment, the device 100 is configured to accept a feed stock 20 in the form of a strand that may be 3 mm in diameter. In certain embodiments, the feed stock 20 may be provided as a cut length, for example 30 cm in length, or as a continuous strand drawn from a spool (not shown in FIG. 1). includes an input portal 18, or other input element, such as a hopper, for example, through which a raw material 19 is provided to the implement 10. The feed stock 20 may be a thermoplastic material, for example a PVC, an ABS, or a PLA, however, other embodiments may accept other types of material, such as a thermoset plastic or a metal or combination of materials.

**[0018]** In an example of use of one embodiment of the device 100, the user selects a particular type and color of a thermoplastic feed stock 20 and introduces the feed stock 20 into the entrance port 115 (see FIG. 2) and connects a power cord (not shown in FIG. 1) to a power source, such as a wall outlet. In certain embodiments, the 3D drawing device 100 may include a portable power source (not shown in FIGS. 1-2), for example a lithium polymer battery, to power the device 100. After a warm-up period, the user may press button 122 while drawing a line on a surface with the device 100, for example tracing a pattern on a printed sheet, in a manner similar to drawing a line with a pencil. A column 22 of the feed stock 20 is extruded from the nozzle

assembly while the button 122 is depressed. In certain embodiments, the column 22 may be 0.3 mm in diameter. If the user moves the device along the surface at approximately the same speed as the rate of extrusion of the column 22, the user will create a solid, three-dimensional "line" on the surface. In certain embodiments, the feed stock 20 exists the nozzle assembly 130 in essentially a solid form such that the extruded column retains its shape. In certain embodiments, freshly extruded feed stock 20 will bond to previously extruded columns 22 such that a structure may be formed by drawing a line across to onto a previously drawn column 22.

**[0019]** In certain embodiments, button 122 may cause the feed stock 20 to be extruded at a first rate, for example 2.6 mm/sec, while the second button 124 may cause the feed stock 20 to be extruded at a second rate, for example 5.0 mm/sec. In certain embodiments, the first rate may be in the range of 0.1-10.0 mm/sec and the second rate may be in the range of 2-50 mm/sec. In certain embodiments, the first and second rates are chosen to provide a speed appropriate for the intended user, for example a device 100 intended for use by a young child may have slower rates than a device 100 intended for an adult artist. In certain embodiments, the 3D drawing device 100 may include a variable speed control mechanism (not shown in FIG. 1-2) to allow the user to adjust one or more of the rates of extrusion. In certain embodiments, the variable speed control mechanism may include a dial. In certain embodiments, releasing either of the buttons 122, 124 may cause the internal mechanism to draw the feed stock 20 backward a certain amount, thereby breaking off the extruded column 22. In this manner, the user can "write" with the 3D drawing device 100 in much the same manner as they would with a pen except they can do so in three dimensions since the extruded material is three-dimensional. The user can create free-form lines, shapes or other objects, as desired. A user may additionally use stencils or other guides in order to create desired objects such as sculpture, jewelry, artistic pieces, etc. In addition, or in the alternative, the 3D drawing device 100 may be used to repair or enhance existing objects and structures. In certain embodiments, pressing both buttons 122, 124 at the same time may cause another action, such as expelling the unused portion of the feed stock 20 from the entrance port 115 such that the user may switch to a different color or type of feed stock 20.

**[0020]** FIG. 2 is a cut-way view of the device 100 of FIG. 1 with a portion of the housing 110 removed according to certain aspects of the present disclosure. It can be seen that a

circuit assembly 126 is positioned under the switches 122, 124 and a feed mechanism 150 is disposed on the lower housing 114, with the feed stock 20 entering through the entrance port 115 and passing over and between elements of the feed mechanism 150, which is discussed in greater detail with respect to FIGS. 4A-4B. In certain embodiments, the circuit assembly 126 may include a processor while, in certain embodiments, the circuit assembly 126 may include analog circuit elements such as mechanical switches, resistors, capacitors, and other electrical elements (not visible in FIG. 2) as known to those of skill in the art. In certain embodiments, the circuit assembly 126 may include a power conditioning circuit (not shown) that converts power from the power source to a different form, such as a direct current (DC) voltage. In certain embodiments, the circuit assembly 126 may include a portable power source (not shown in FIG. 2). In certain embodiments, the circuit assembly 126 may be connected to an external power source through a power cord (not shown in FIGS. 1-2). In certain embodiments, the 3D drawing device 100 also includes an external control interface 127 that is connected to the circuit assembly 126 and configured to accept actuation commands from a remote system, such as a computer numerical control (CNC) machine. In certain embodiments, the housing 110 may be adapted for mounting on a tool interface of a CNC machine such that the machine can manipulate the 3D drawing device 100 to create 3D objects. For example, the external control interface 127 may include three electrical pins, wherein a pin 1 is a common such as a ground, a pin 2 that is coupled to the button 122 such that provision of a DC voltage across pin 1 and pin 2 is equivalent to pressing button 122, and a pin 3 that is coupled to the button 124 such that provision of a DC voltage across pin 1 and pin 3 is equivalent to pressing button 124. In certain embodiments, the external control interface 127 may be configured to accept signals through a radio frequency (RF) or optical wireless system. In certain embodiments, the external control interface 127 may be configured to accept signals through a fiber-optic cable.

**[0021]** FIGS. 3A-3B are cross-sectional and cutaway views of the device 100 of FIG. 1 according to certain aspects of the present disclosure. FIG. 3A is a side view of the entire 3D drawing device 100, showing how the upper housing 112 and lower housing 114 together form an internal volume 116 in which is located the feed mechanism 150. At the right end, it can be seen that the nozzle assembly 130 includes an extruder 132 and a guide tube 134, which are discussed in greater detail with respect to FIG. 3B. the fan assembly 140 includes a fan

cover 142, which is stationary and attached to the upper housing 112, an impeller 14 located underneath the cover 142 and configured to draw air into the internal volume 116 through ports (not visible in FIG. 3A) in the cover 142. A motor 146 is mounted, in this example, to the lower housing 114 and drives the impeller 144 at a constant speed. The air that is drawn into the internal volume may, in certain embodiments, flow out through either cooling ports 118 in the upper and lower housings 112, 114. The cooling ports 118 are discussed in greater detail with respect to FIG. 3B. It can be seen in FIG. 3A that, in this embodiment, the feed stock 20 follows a straight path though the device 100.

**[0022]** FIG. 3B is a close-up, cutaway view of the nozzle assembly 130. The extruder 132 has a first chamber 135 formed as a cylindrical bore of approximately the same diameter as the feed stock 20 and an extrusion passage 133 of a smaller diameter, terminating in an exit nozzle 133A. In certain embodiments, the first chamber 135 may have a first diameter of 3 mm while the extrusion passage 133 has a diameter of 0.3 mm. In certain embodiments, the extruder 132 is formed of a thermally conductive material, for example a metal or a ceramic, with a heating element, for example a nichrome wire, (not visible in FIG. 3B) wound around the exterior circumference. When the device 100 is connected to a power source, the heating element raises the temperature of the extruder 132 to a temperature that may be above the melting point of the feed stock 20. In certain embodiments, the nozzle assembly 130 includes a temperature sensor that is connected to the circuit assembly 126 which may include a temperature control circuit to regulate the power to the heater element so as to maintain the temperature of the extruder 132 within a desired range of a setpoint. As systems and methods for temperature regulation are known to those of skill in the art, the details are not provided herein. In certain embodiments, an indicator (not shown), for example an LED, may be provided to indicate that the extruder 132 has reached a temperature sufficient to melt the feed stock 20.

**[0023]** In certain embodiments, for example with a feed stock comprising a plastic, the temperature of the extruder 132 may be in the range of 20-500 °C. In certain embodiments, for example with a feed stock comprising a metal, the temperature of the extruder 132 may be in the range of 1000-2000 °C. In certain embodiments, for example with a feed stock comprising a metal such as lead, tin, or mixtures thereof, the temperature of the extruder 132 may be in the range of 100-400 °C. In certain embodiments, for example with a feed stock comprising a metal

such as copper, gold, silver or mixtures thereof, the temperature of the extruder 132 may be in the range of 1000-1200 °C. In certain embodiments, for example with a feed stock comprising a metal such as platinum, the temperature of the extruder 132 may be in the range of 1600-2000 °C. In certain embodiments, the 3D drawing device 100 may include a variable temperature controller (not shown) that is connected to the circuit assembly 126 to allow a user to select a setpoint temperature for the extruder 132. In certain embodiments, the variable temperature controller may allow the use to select a type of material, for example "thermoplastic," and the circuit assembly 126 will adjust the setpoint temperature of the extruder 132. In certain embodiments, the variable temperature controller may include a dial.

**[0024]** A guide tube 134 is aligned with the first chamber 135 of the extruder 132 such that feed stock passing through the guide tube 134 enters the first chamber 135. In certain embodiments, the guide tube 134 may be formed of a low-friction material, such as polytetrafluoroethylene (PTFE), so allow the feed stock 20 to slide easily while also minimizing the gap between the guide tube 134 and feed stock 20. The extruder 132 and guide tube 134 are held in alignment by a mounting tube 138. In certain embodiments, the mounting tube 138 is formed of a metal having a relatively low thermal conductivity, compared to other metals. In certain embodiments, the mounting tube 138 may be a stainless steel. In certain embodiments, an insulating film (not visible in FIG. 3B), for example a polyimide tape, may be applied over the heating element and under the mounting tube 138.

**[0025]** In certain embodiments, an insulator 131 may be provided over the mounting tube 138 so as to reduce the amount of heat transferred from the extruder 132 to the upper and lower housings 112, 114. In certain embodiments, one or both of the upper and lower housings 112, 114 may have cooling ports 118 formed therethrough such that air can flow from the interior volume 116 to the ambient atmosphere. In certain embodiments, the passages formed in the top and bottom housings 112, 114 that lead to the cooling ports 118 may be angled such that the air that emerges from the cooling ports 118 is directed inward toward the tip 137. Thus, as the air exits the cooling ports 118, the air passes by the tip 137 of the extruder 132, cooling both the tip 137 and the feed stock 20 that just been extruded from the extrusion passage 133. Both of these cooling effects serve to reduce the temperature of the feed stock 20 as it exits the extrusion passage 133 such that the feed stock 20 may be essentially solid as it

exits the extrusion passage 133. In certain embodiments, the freshly extruded feed stock 20 may be pliable and formable into various shapes. In certain embodiments, the surface of the freshly extruded feed stock 20 may be receptive to attachment, *e.g.* sticky, such that the extruded material will bond to other previously extruded feed stock 20.

**[0026]** In certain embodiments, there may be a gap between the insulator 131 and the mounting tube 138. In certain embodiments, this gap may provide a thermal break so as to further thermally isolate the upper and lower housings 112, 114 from the extruder 132.

**[0027]** As the feed stock 20 is driven toward the extrusion passage 133 by the feed mechanism 150 (not shown in FIG. 3B), the portion of the feed stock 20 that is within the extruder 132 will be heated by the extruder 132 such that the feed stock 20 within the first chamber 135 softens or melts. As the solid feed stock 20 is forced forward, the softened or molten feed stock 20 will be forced out through the extrusion passage 133 and emerge from the tip 137, where the cooling air that is flowing out of the cooling ports 118 flows over the freshly extruded feed stock 20, thereby cooling and solidifying the feed stock 20. In certain embodiments, a portion of the extruder 132 that extends outward beyond a front plane 102 may be cooled to a temperature below the temperature of the main portion of the extruder 132 by the air flowing out of the cooling ports 118. In certain embodiments, the temperature of the tip 137 may be below the melting point of the feed stock 20.

**[0028]** FIGS. 4A-4B are plan and perspective views of the feed mechanism 150 according to certain aspects of the present disclosure. FIG. 4A shows a series of gear pairs 153, 154, 155, 156, and 157 that are driven by the motor 152 through a spur gear (not visible in FIG. 4A) that is attached to the rotor of the motor 152. Each gear pair has a large gear and a small gear that are fixedly attached to each other and rotate about a common axis. The small gear of the motor 152 drives the large gear 153A, which causes the small gear 153B to drive the large gear 154A. In certain embodiments, the large gears 153A, 154A, 155A, 156A, and 157A each may have 40 teeth while the small gears 153B, 154B, 155B and 156B (not visible in FIG. 4A), and 157B may have 12 teeth, providing a 40:12 step-down ratio between each gear pair. In certain embodiments, the step-down from the motor 152 to the small gear 157B may be 5*(40:12) or approximately 17:1, *i.e.* seventeen complete rotations of the motor 152 causes only one complete

rotation of the small gear 157B. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may have a different number of teeth on the large and/or small gears. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may not have the same number of teeth on each corresponding large or small gear.

**[0029]** In use, the use of a motor 152 to drive a step-down gear train 150 to control the advancement of the feed stock 20 provides an improved level of control over the rate of extrusion of the feed stock 20. For example, a conventional glue gun has a direct linkage between a trigger and the glue stick, such that pressure on the trigger on the trigger is directly transferred to the rod. The rate of advancement of the glue stick, and therefore the rate of extrusion, is dependent upon the viscosity of the melted glue and therefore caries over a die range. This often results in excessive glue being dispensed. In addition, since releasing the trigger does not retract the glue stick, there is frequently a "tail" of glue drawn out of the glue gun as the nozzle is moved away from the dispensing location. In contrast, the disclosed 3D drawing device 100 provides a constant rate of extrusion, for example 3 mm/sec, due to the controlled motion provided by the motor 152 and gear train 150. In addition, the circuit assembly 126 causes the motor 152 to briefly run in reverse when the button 122 is released, thereby retracting the feed stock 20 slightly and drawing the melted feed stock 20 that is within the extrusion passage 133 back into the extruder 132, thereby cleanly severing the extruded column 22 from the tip 137.

**[0030]** FIG. 4B shows how the teeth of the final small gear 157B engage the feed stock 20. In this embodiment, the feed stock 20 passes by a post 119 of the lower housing 114, then by the small gear 157B, and then into the guide tube 134. In certain embodiments, the gear 157B is positioned such that the teeth press against the feed stock 20, which is restrained from lateral motion away from the teeth of gear 157B by the post 119 and the guide tube 134, such that rotation of the gear 157B applies an axial force, *i.e.* directed along the length, to the feed stock 20. Rotation of the gear set 150 in a first direction will cause the feed stock 20 to move linearly forward, *i.e.* toward the tip 137. As this portion of feed stock 20 is not affected by the heating within the extruder 132, rotation of the gear set 150 in a reverse direction will cause the feed stock 20 to move linearly backward, *i.e.* away from the tip 137.

**[0031]** It can be seen from FIGS. 4A and 4B that rotation of the motor 152, which is controlled by pressing one of the buttons 122, 124, causes the feed stock 20 to move forward or backward. The step-down from the motor 152 to the small gear 157B provides a smooth rate of motion of the feed stock, as the motor 152 may turn at a speed within a normal range of smooth operation while the step-down converts this to a low rate of linear motion of the feed stock 20.

**[0032]** FIGS. 5A-5B are perspective and cutaway views of another embodiment 200 of a 3D drawing device according to certain aspects of the present disclosure. FIG. 5A shows a 3D drawing device 200 configured to accept a feed stock in the form of pellets 25 that are held in a hopper 250 attached to the body 210. A power cord 270 is attached to the body 210. FIG. 5B is a cut-away view showing a feed screw 260 that transfers the pellets 25 from the hopper 250 to the nozzle assembly 230 that melts the pellets 25 and, under pressure provided by the feed screw 260, extrudes the melted feed stock 25 in a manner similar to the nozzle assembly 130 of embodiment 100, previously discussed. Other features of the embodiment 100, such as the cooling ports 118, may also be provided in embodiment 200. In certain embodiments, the pellets may be transferred from the hopper 250 to the nozzle assembly 130 by other mechanisms, for example a reciprocating cylinder (not shown in FIGS. 5A-5B) as will be known to those of skill in the art. In certain embodiments, the feed stock may be provided as a liquid, for example an epoxy with beads of catalyst suspended in a liquid polymer, that is held in the hopper 250. In certain embodiments, passage of the liquid feed stock through an extrusion passage, similar to extrusion passage 133 of embodiment 100, may modify the liquid feed stock such that it hardens quickly after extrusion from the 3D drawing device 200.

**[0033]** The disclosed examples of a 3D drawing device illustrate the principles of its construction and use. The provision of a flow of cooling air at the tip to quickly solidify the extruded feed stock allows the user to work in three dimensions, rather than being forced to rely on a support surface to hold the still-fluid extruded material in place while it hardens. The use of a mechanical gear train to advance the feed stock, instead of a pressurized supply or a direct connection between a trigger and a feed rod, allows precise control of the rate of extrusion, thereby increasing the uniformity of the extruded column of material and allowing precise placement without excess material.

**[0034]** This application includes description that is provided to enable a person of ordinary skill in the art to practice the various aspects described herein. While the foregoing has described what are considered to be the best mode and/or other examples, it is understood that various modifications to these aspects will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other aspects. It is understood that the specific order or hierarchy of steps or blocks in the processes disclosed is an illustration of exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps or blocks in the processes may be rearranged. The accompanying method claims present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented. Thus, the claims are not intended to be limited to the aspects shown herein, but is to be accorded the full scope consistent with the language claims.

**[0035]** Headings and subheadings, if any, are used for convenience only and do not limit the invention.

**[0036]** Reference to an element in the singular is not intended to mean "one and only one" unless specifically so stated, but rather "one or more." Use of the articles "a" and "an" is to be interpreted as equivalent to the phrase "at least one." Unless specifically stated otherwise, the terms "a set" and "some" refer to one or more.

**[0037]** Terms such as "top," "bottom," "upper," "lower," "left," "right," "front," "rear" and the like as used in this disclosure should be understood as referring to an arbitrary frame of reference, rather than to the ordinary gravitational frame of reference. Thus, a top surface, a bottom surface, a front surface, and a rear surface may extend upwardly, downwardly, diagonally, or horizontally in a gravitational frame of reference.

**[0038]** Although the relationships among various components are described herein and/or are illustrated as being orthogonal or perpendicular, those components can be arranged in other configurations in some embodiments. For example, the angles formed between the referenced components can be greater or less than 90 degrees in some embodiments.

**[0039]** Although various components are illustrated as being flat and/or straight, those components can have other configurations, such as curved or tapered for example, in some embodiments.

**[0040]** Pronouns in the masculine (*e.g.*, his) include the feminine and neuter gender (*e.g.*, her and its) and vice versa. All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "operation for."

**[0041]** A phrase such as an "aspect" does not imply that such aspect is essential to the subject technology or that such aspect applies to all configurations of the subject technology. A disclosure relating to an aspect may apply to all configurations, or one or more configurations. A phrase such as an aspect may refer to one or more aspects and vice versa. A phrase such as an "embodiment" does not imply that such embodiment is essential to the subject technology or that such embodiment applies to all configurations of the subject technology. A disclosure relating to an embodiment may apply to all embodiments, or one or more embodiments. A phrase such as an embodiment may refer to one or more embodiments and vice versa.

**[0042]** The word "exemplary" is used herein to mean "serving as an example or illustration." Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs.

**[0043]** All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the

element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "step for." Furthermore, to the extent that the term "include," "have," or the like is used in the description or the claims, such term is intended to be inclusive in a manner similar to the term "comprise" as "comprise" is interpreted when employed as a transitional word in a claim.

**[0044]** Although embodiments of the present disclosure have been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the scope of the present invention being limited only by the terms of the appended claims.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | HAND-HELD THREE DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 122620-5124 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 75 | 75 |
| UTILITY SEARCH FEE | 2111 | 1 | 330 | 330 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 380 | 380 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| CLAIMS IN EXCESS OF 20 | 2202 | 4 | 50 | 200 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **985** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40496377 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 08-SEP-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 21:47:19 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $985 |
| RAM confirmation Number | E202098L48094791 |
| Deposit Account | 500310 |
| Authorized User | Nathan Smith |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 122620-5124_CON_ADS.pdf | 1846046<br>9aa0d58d688efdb5c147ae176fe15109672 96c56 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | 122620-5124_Drawings.pdf | 780693<br>da891356288d50cc196a547d767eaa9625a a642b | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Oath or Declaration filed | 122620-5124_Declarations.pdf | 275598<br>1514880b86c9612d4ecdb23839e2093931 b849ea | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | | 5124app.pdf | 168481<br>ab49738ab8cf9afa4b5f497349535c0db208 fdd4 | yes | 18 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Abstract | 18 | 18 |
| Claims | 15 | 17 |
| Specification | 1 | 14 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 36625<br>f0da842954937bc3afa65b30ffde55bb4dd8 6f0b | no | 2 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |
| **Total Files Size (in bytes):** | 3107443 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | 1735 | 985 | 122620-5124 | 24 | 2 |

**CONFIRMATION NO. 1660**

**FILING RECEIPT**

OC000000119996299

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Date Mailed: 09/18/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Peter DILWORTH, Somerville, MA;
Maxwell BOGUE, Hong Kong, HONG KONG;

**Applicant(s)**

WobbleWorks, Inc., Wilmington, DE;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CON of 16/103,859 08/14/2018 PAT 10792850
which is a CON of 15/638,266 06/29/2017 PAT 10046498
which is a CON of 14/821,399 08/07/2015 PAT 9731444
which is a CON of 13/831,050 03/14/2013 PAT 9102098
which claims benefit of 61/733,689 12/05/2012

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 09/17/2020

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/015,004**

**Projected Publication Date:** 12/24/2020

**Non-Publication Request:** No

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Preliminary Class**

164

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number
17/015,004

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 75 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 330 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 380 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 24 minus 20 = | * 4 | x 50 = | 200 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * | x 230 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| | | | TOTAL | 985 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 1 | of | 5 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 1,466,509 | 08-1923 | Laskey | |
| | A2 | 2,517,882 | 08-1950 | Johnson | |
| | A3 | 3,281,576 | 10-1966 | Cooper et al. | |
| | A4 | 3,285,475 | 11-1966 | Phillips | |
| | A5 | 3,559,241 | 02-1971 | Chu | |
| | A6 | 3,604,597 | 09-1971 | Pohl et al. | |
| | A7 | 3,665,158 | 05-1972 | Froedge | |
| | A8 | 3,887,319 | 06-1975 | Cottingham | |
| | A9 | 4,059,204 | 11-1977 | Duncan et al. | |
| | A10 | 4,114,781 | 09-1978 | Doyel | |
| | A11 | 4,197,448 | 04-1980 | Harigai | |
| | A12 | 4,552,287 | 11-1985 | Dziki | |
| | A13 | 4,597,821 | 07-1986 | Munro | |
| | A14 | 4,681,524 | 07-1987 | Ikeda et al. | |
| | A15 | 4,704,088 | 11-1987 | Newman | |
| | A16 | 5,071,069 | 12-1991 | Strim | |
| | A17 | 5,121,329 | 06-1992 | Crump | |
| | A18 | 5,169,587 | 12-1992 | Courval | |
| | A19 | 5,340,433 | 08-1994 | Crump | |
| | A20 | 5,672,312 | 09-1997 | Almquist et al. | |
| | A21 | 5,843,490 | 12-1998 | Horiba et al. | |
| | A22 | 5,853,774 | 12-1998 | Dreve | |
| | A23 | 6,013,096 | 01-2000 | Tucek | |
| | A24 | 6,117,385 | 09-2000 | Chartoff et al. | |
| | A25 | 6,129,872 | 10-2000 | Jang | |
| | A26 | 6,162,378 | 12-2000 | Bedal et al. | |
| | A27 | 6,238,613 | 05-2001 | Batchelder et al. | |
| | A28 | 6,443,675 | 09-2002 | Kopras et al. | |
| | A29 | 6,460,481 | 10-2002 | Young | |
| | A30 | 6,500,374 | 12-2002 | Akioka et al. | |
| | A31 | 6,543,549 | 04-2003 | Riedl et al. | |
| | A32 | 6,558,059 | 05-2003 | Hillinger et al. | |
| | A33 | 6,776,602 | 08-2004 | Swanson | |
| | A34 | 7,959,847 | 06-2011 | Wicker et al. | |
| | A35 | 8,221,669 | 07-2012 | Batchelder et al. | |
| | A36 | 8,236,227 | 08-2012 | Batchelder et al. | |
| | A37 | 8,262,304 | 09-2012 | Llach et al. | |
| | A38 | 8,439,665 | 05-2013 | Batchelder et al. | |
| | A39 | 8,926,882 | 01-2015 | Batchelder et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 2 | of | 5 | Attorney Docket Number | 122620-5124 |

| | | | | | |
|---|---|---|---|---|---|
| | A40 | 9,102,098 | 08-2015 | Dilworth et al. | |
| | A41 | 2001/0030383 | 10-2001 | Swanson et al. | |
| | A42 | 2001/0033037 | 10-2001 | Nitschke et al. | |
| | A43 | 2003/0137077 | 07-2003 | Lee et al. | |
| | A44 | 2004/0232165 | 11-2004 | Lee | |
| | A45 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A46 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A47 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A48 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A49 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A50 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A51 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A52 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A53 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A54 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A55 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A56 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A57 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A58 | 2010/0166969 | 07-2010 | Batchelder | |
| | A59 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A60 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A61 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0079936 | 04-2011 | Oxman | |
| | A63 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A64 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A65 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A66 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A67 | 2013/0209600 | 08-2013 | Tow | |
| | A68 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A69 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A70 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A71 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A72 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A73 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A74 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A75 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A76 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A77 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A78 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A79 | 2016/0031159 | 02-2016 | Church et al. | |
| | A80 | 2017/0057168 | 03-2017 | Miller et al. | |
| | A81 | 2017/0120519 | 05-2017 | Mark | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 3 | of | 5 | Attorney Docket Number | 122620-5124 |

| | | | | | |
|---|---|---|---|---|---|
| | A82 | 2017/0157826 | 06-2017 | Hishiki | |
| | A83 | 2017/0182701 | 06-2017 | Ryan | |
| | A84 | RE 26,180 | 04-1967 | Frenzel et al. | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS** A7

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B1 | CN 101166597 | 04-2008 | TDY Ind Inc | | |
| | B2 | CN 101172428 | 05-2008 | Lite On Technology Corp | | |
| | B3 | CN 102922721 | 02-2013 | Chen | | |
| | B4 | CN 103707511 | 04-2014 | Bao | | |
| | B5 | CN 1285856 | 02-2001 | Trexel Inc | | |
| | B6 | CN 201086388 | 07-2008 | Pumma Technology Co Ltd | | |
| | B7 | CN 202079738 | 12-2011 | Yingjun, Zhang | | |
| | B8 | CN 202399493 | 08-2012 | Shenzhen Weistek Technology Co Ltd | | |
| | B9 | CN 203371791 | 01-2014 | Gu | | |
| | B10 | CN 203449607 | 02-2014 | Shenzen Nanjixiong Science & Technology Co Ltd | | |
| | B11 | CN 203592687 | 05-2014 | Wobble Works Inc | | |
| | B12 | CN 2761402 | 03-2006 | Overseas Univ | | |
| | B13 | CN 2813176 | 09-2006 | Huanda Comp Shanghi Co | | |
| | B14 | DE 3341201 | 05-1985 | Ursprung | | |
| | B15 | EP 257838 | 03-1988 | Bostik Ltd | | |
| | B16 | JPS 61-141959 | 06-1986 | Bosch Gmbh | | |
| | B17 | JPS 63-205216 | 08-1988 | Junkosha Co Ltd | | |
| | B18 | WO 99/32544 | 07-1999 | Trexel Inc | | |
| | B19 | WO 2009/134298 | 11-2009 | Stratasys, Inc. | | |
| | B20 | WO 2012/088257 | 06-2012 | Stratasys, Inc. | | |
| | B21 | WO 2012/152510 | 11-2012 | Evonik Roehm Gmbh | | |
| | B22 | WO 2012/152511 | 11-2012 | Evonik Roehm Gmbh | | |
| | B23 | WO 2015/020944 | 02-2015 | Massachusetts Inst Technology | | |
| | B24 | CN 1640643 | 07-2005 | Univ Tsinghua | | X |
| | B25 | JP S63-101887 | 05-1988 | Ozaki | | X |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 4 | of | 5 | Attorney Docket Number | 122620-5124 |

| NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
| | C1 | "A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443 |
| | C2 | "Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed June 2019, 3 pages |
| | C3 | "Electron ST - Strong, Compact and handy," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C4 | "Handheld Product Ergonomic Design," Human Engineering, June 2011, Vol 17, No 2, pp 186-189 |
| | C5 | "Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C6 | "Leister Diode S Diode PID," August 2018, 84 pages |
| | C7 | "Leister Electron ST Hot Air Tool - User Manual," October 2017, 40 pages |
| | C8 | "Leister Hot Jet S," Manual, October 2017, 87 pages |
| | C9 | "Leister Triac ST Hot Air Tool - User Manual," October 2018, 40 pages |
| | C10 | "Leister Welding Pen S Welding Pen R," September 2005, 82 pages |
| | C1 | "Triac ST - Design meets experience," disclosed June 2019, 4 pages |
| | C12 | "Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C13 | Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 13, 2018, 22 pages |
| | C14 | Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated December 8, 2017, 9 pages |
| | C15 | Conduct of Proceeding Order, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 6 pages |
| | C16 | Decision Denying Institution of Inter Partes Review, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, Jan. 15, 2019, 20 pages |
| | C17 | Decision Denying Petitioner's Request for Rehearing, Ditec Solutions, LLC v. WobbleWorks, Inc., Case IPR2018-01414, entered Mar. 13, 2019, 10 pages |
| | C18 | Declaration of David Trumper in Support of Inter Partes Review of U.S. Patent 9,731,444, May 20, 2018, 43 pages |
| | C19 | Declaration of Dr. Kimberly Cameron, October 23, 2018, 14 pages |
| | C20 | Declaration of Lance Wyatt, Inter Partes Review of 9,731,444, May 24, 2018, 2 pages |
| | C21 | Ditec's Answer and Counterclaims to Wobbleworks' Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 25, 2019, 12 pages |
| | C22 | Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 19, 2018, 10 pages |
| | C23 | Donutman.sub.--2000 "Plastic Welding Gun (Plastruder MK4)" published Sep. 19, 2010, http://www.thingiverse.com/thing:4156, last accessed Jul. 3, 2014 |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 5 | of | 5 | Attorney Docket Number | 122620-5124 |

| | | |
|---|---|---|
| | C24 | EP 13861105.8, Third Party Observations dated August 16, 2019, 27 pages, including attachments |
| | C25 | Patent Owner's Exhibit List, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 3 pages |
| | C26 | Patent Owner's Preliminary Response, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 30 pages |
| | C27 | Personnel Record of David L. Trumper, May 2018, 50 pages |
| | C28 | Petition for Inter Partes Review of 9,731,444, July 19, 2018, 70 pages |
| | C29 | Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 9, 2019, 16 pages |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

Docket No: 122620-5124

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH, et al. | : | Confirmation Number: 1660 |
| Application No.: 17/015,004 | : | Group Art Unit: 1700 |
| Filed: September 8, 2020 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: D. Smith |

# INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the “References Cited” on any patent to issue therefrom.

With the exception of items B24 and B25, the foreign and non-patent literature references listed on the attached PTO/SB/08 were cited by or submitted to the U.S. Patent and Trademark Office in one or more of the following parent applications which are relied upon for an earlier filing date under 35 U.S.C. § 120: Application No. 16/103,859, filed August 14, 2018; Application No. 15/638,266, filed June 29, 2017, Application No. 14/821,399, filed August 7,

2015; and/or Application No. 13/831,050, filed March 14, 2013. Thus, only copies of items B24 and B25 are attached (37 C.F.R. § 1.98(d)).

This Information Disclosure Statement is being filed within three months of the U.S. filing date (37 C.F.R. § 1.97(b)(1)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: November 17, 2020

Espacenet

# Bibliographic data: CN1640643 (A) — 2005-07-20

## Material micro-feeding method and apparatus based rotation axis/tubular elastic fluid

**Inventor(s):** WU RENDONG [CN]; YAN YONGNIAN [CN]; LIU FENG [CN] + (RENDONG WU, ; YONGNIAN YAN, ; FENG LIU, ; WU RENDONG, ; YAN YONGNIAN, ; LIU FENG, ; ZHANG RENJI, ; LIN FENG, ; WANG XIAOHONG, ; XIONG ZHUO)

**Applicant(s):** UNIV TSINGHUA [CN] + (TSINGHUA UNIV, ; TSINGHUA UNIVERSITY)

**Classification:** **- international:** ***B29C31/00;*** (IPC1-7): B29C31/00
**- cooperative:**

**Application number:** CN20051011113 20050107

**Priority number(s):** CN20051011113 20050107

**Also published as:** CN100482433 (C)

**Abstract of CN1640643 (A)**

The present invention relates to an elastic fluid material microconveying method based on rotary shaft/pipe type and its equipment. Said invention utilizes the Visenbao effect of elastic fluid to provide power, and utilizes the rotation of rotary shaft to produce the shaft-covering effect or utilizes the rotation of pipe to produce the rod-climbing effect to make the elastic fluid be flowed along the shaft, and can implement stacked formation of 3-D solid with complex structure under the control of computer by means of shaft tip fixed-point conveyance. Said method can form filament whose diameter can be in the 100 micrometers, and even to several nanometers, and its suitable material viscosity is above 0.1 pa.s.

Case 2:26-cv-01592-MEMF-PVC Document 35-9 Filed 03/23/26 Page 54 of 367
Page ID #:2899

[19] 中华人民共和国国家知识产权局

[51] Int. Cl⁷
B29C 31/00

# [12] 发明专利申请公开说明书

[21] 申请号 200510011113.2

[43] 公开日 2005 年 7 月 20 日

[11] 公开号 CN 1640643A

[22] 申请日 2005.1.7

[21] 申请号 200510011113.2

[71] 申请人 清华大学

地址 100084 北京市北京 100084－82 信箱

[72] 发明人 吴任东 颜永年 刘 丰 张人佶
林 峰 王小红 熊 卓

权利要求书 1 页 说明书 4 页 附图 2 页

[54] 发明名称 基于旋转轴/管式弹性流体材料微输送方法及其装置

[57] 摘要

基于旋转轴/管式弹性流体材料微输送方法及其装置，本发明属于材料加工技术领域。利用弹性液体的维森保效应提供动力，通过轴旋转产生包轴效应或者管旋转产生爬杆效应使弹性液体沿轴流动，通过轴尖端定点输运，并可在计算机的控制下完成具有复杂结构的三维实体的堆积成形。基于旋转轴/管式的材料微输送方法可以形成直径在 100μm 以内，甚至到几个纳米的细丝，适合的材料粘度在 0.1pa·s 以上，相对于管式微输送，该方法可以避免弹性液体在微管中流动时产生的出口膨胀现象，并从根本上消除微孔堵塞的可能性，具有良好的开关响应性；相对于蘸笔式的微输送方法，本发明可以连续供料，因而可以成形复杂三维结构。




ISSN 1008-4274

知识产权出版社出版

1.一种基于旋转轴/管式弹性流体材料的微输送方法，其特征在于该方法包括如下步骤：

1) 在旋转管内设置一根与该管同心的静止芯轴或者在静止的管内设置一根与该管同心的旋转芯轴，使芯轴从管的底端中心孔中伸出；所述芯轴与管底端中心孔之间留有间隙；

2) 将弹性流体加入管内，通过芯轴旋转产生包轴效应或者使管旋转产生爬杆效应，为弹性流体输运提供动力，推动材料沿芯轴输运，使弹性流体沿芯轴并通过芯轴与管底端中心孔之间的间隙流出。

2. 按照权利1所述的方法，其特征在于：所述的管或芯轴的转速为50-3000转/分钟；所述芯轴与管底端中心孔之间的间隙为1－500μm 。

3.按照权利要求1或2所述的方法，其特征在于：所述的弹性流体为高分子材料的熔融体、溶液、溶胶、悬浊液、乳浊液或它们与细胞、生长因子、小分子物质或/和固体微粒的混合物。

4.一种实施如权利要求1所述方法的装置，其特征在于：该装置包括一根管(5)，设置在管内且与该管同心的一根旋转芯轴（6），所述的旋转芯轴通过连轴器（2）与电机（1）的轴相连，且旋转芯轴的一端从管底端的中心孔伸出，所述旋转芯轴与管底端中心孔之间的间隙为1～500μm,并在管（5）的侧壁上设有弹性流体进料管（3）。

5.一种实施如权利要求1所述方法的装置，其特征在于：该装置包括一根旋转管（5），设置在管内且与该旋转管同心的一根芯轴（6），所述的旋转管通过软轴或齿轮与电机（1）的轴相连接；所述芯轴的一端从所述旋转管底端的中心孔伸出，芯轴与旋转管底端中心孔之间的间隙为1～500μm；在所述芯轴的上端设有下部为锥形的进料管（11），在锥面上设有与管内相通的进料孔(8)。

6. 按照权利要求4所述的装置，其特征在于：所述的芯轴为空心轴，该空心轴的上端从进料管内部穿过。

7. 按照权利要求4、5或6所述的装置，其特征在于：在所述的芯轴上设有叶片(3)。

8. 按照权利要求 7 所述的装置，其特征在于：所述芯轴从管底端的中心孔伸出长度小于1mm。

基于旋转轴/管式弹性流体材料微输送方法及其装置

## 技术领域

本发明涉及一种弹性流体材料的微输送方法，属于材料成形及输送技术领域。本发明的方法可应用于熔融沉积成形工艺（Melted Extrusion Modeling，简称 MEM，或称为 Fused Deposition Modeling，简称 FDM）、组织工程载体框架的低温挤压/喷射堆积成形工艺和细胞打印（Cell printing 或 Organ printing）等多个方面。

## 背景技术

熔融沉积成形工艺使用的材料一般是热塑性材料，如蜡、ABS、树脂、尼龙等高分子材料，材料在喷头内被加热熔化，采用螺旋挤压或者摩擦轮送丝方式将材料以丝挤出，并依靠材料的自粘接性完成三维结构堆积成形；组织工程载体框架低温沉积制造的材料为生物高分子溶液，采用螺旋挤压或气压方式将材料以丝状挤出；对于低粘度材料如水、墨水等可以用喷射方法（例如喷墨打印方法）以微滴方式喷出并完成成形；细胞打印的材料一般是活性高分子材料如海藻酸钠、明胶、壳聚糖等配置成的溶胶，采用活塞注射、气动注射的方式以丝状挤出完成成形。蘸笔纳米刻蚀技术（Dip-Pen Nanolithography，简称 DPN）采用原子力显微镜的探针，在针尖上蘸上少量材料后涂敷到特定的基板上，可以形成精度很高的图案。但由于材料输送不连续，因此不能成形三维结构。

微制造、功能器件制造是快速成形和快速制造发展的重要方向之一，其主要特征是成形精度越来越高。对于流体材料成形，出丝宽度（或微滴直径）是一个关键问题。对于粘度很大的高分子材料，如工程塑料的熔融体等一般采用螺旋挤压或摩擦轮送丝的方法完成材料输送，其出丝直径均在 200μm 以上，而且存在流涎、易堵塞、喷头清理困难等问题。由于其材料粘度很高，当出丝直径减小时出丝阻力将急剧增高，因此依靠减小直径来提高成形精度难度很大。在生物制造领域，复杂器官三维精细结构成形和类组织前体制造是研究热点，其中微孔、微管等目前还难于直接成形。采用活塞注射、气动注射等方法出丝直径在 150μm 以上，而且存在流涎、易堵塞、出口胀大效应等问题。

目前已有的材料输运方式主要存在以下缺点：一是摩擦轮输送、螺旋挤压、活塞注射、气动注射等材料输运方式均受材料粘度限制。摩擦轮输送、螺旋挤压适合于高粘度的流体成形，粘度一般要在 100 pa•s 以上。粘度过低，就会出现流涎，难以控制成形。活塞注射、气动注射适合于中等粘度的流体成形，粘度一般在 10pa•s－50 pa•s 之间，粘度过低存在流涎，粘度过大，所需压力过大，难以挤出。微滴喷射方法适合于低粘度材料，粘度一般在 0.01pa•s 以下。二是摩擦轮输送、螺旋挤压、活塞注射、气动注射等材料输运方式所用高分子材料出丝直径过粗。摩擦轮输送、螺旋挤压出丝直径一般在 200μm 以上，活塞注射、气动注射出丝

直径也在 150μm 以上，难以满足快速成形和生物制造中微结构成形的精度要求。三是摩擦轮输送、螺旋挤压、活塞注射、气动注射等材料输运方式都存在堵塞和难以清理的问题。采用摩擦轮输送、螺旋挤压、活塞注射、气动注射等方式都涉及到粘性流体在微流道中流动的问题，为了提高成形精度，小孔直径一般都在几百微米以内。在这样小的孔中流动，黏性高分子材料容易发生堵塞，影响加工质量。喷头一旦堵塞，清理非常困难。四是弹性流体在管中输运存在出口胀大问题。高分子材料的熔融体、溶液或溶胶一般为弹性流体。在挤出过程中，受压力作用，材料发生体积收缩，一旦挤出管口，由于压力消失，材料发生弹性恢复，体积胀大，出丝直径远大于喷嘴小孔直径。随着喷嘴孔径的减小，活塞注射、气动注射中弹性流体的出口胀大效应越来越明显，即使喷嘴微孔已经在 100μm 以下，出丝直径也往往在 200μm 以上。

发明内容

针对现有技术存在的不足和缺陷，本发明的目的是提供一种基于旋转轴/管式弹性流体材料微输送方法及其装置，旨在减小中高粘度高分子材料熔融体、溶液或溶胶的出丝直径，提高成形精度、防止堵塞及避免出口胀大效应等问题，从而为快速成形和生物制造提供新的使能手段。

本发明的技术方案如下：

一种基于旋转轴/管式弹性流体材料微输送方法，其特征在于该方法包括如下步骤：

1）在旋转管内设置一根与该管同心的静止芯轴或者在静止的管内设置一根与该管同心的旋转芯轴，使芯轴从管的底端中心孔中伸出；所述芯轴与管底端中心孔之间留有间隙；

2）将弹性流体加入管内，通过芯轴旋转产生包轴效应或者使管旋转产生爬杆效应，为弹性流体输运提供动力，推动材料沿芯轴输运，使弹性流体沿芯轴并通过芯轴与管底端中心孔之间的间隙流出。

在上述方法中，所述的管或芯轴的转速为 50-3000 转/分钟；所述芯轴与管底端中心孔之间的间隙为 1－500μm 。

所述的弹性流体为高分子材料的熔融体、溶液、溶胶、悬浊液、乳浊液或它们与细胞、生长因子、小分子物质或/和固体微粒的混合物。

本发明提供了一种实施上述方法的装置，其特征在于：该装置包括一根管，设置在管内且与该管同心的一根旋转芯轴，所述的旋转芯轴通过连轴器与电机的轴相连，且旋转芯轴的一端从管底端的中心孔伸出，芯轴与管底端中心孔之间的间隙为 1～500μm, 并在管的侧壁设有弹性流体进料管。

本发明提供的第二种实施所述方法的装置，其特征在于：该装置包括一根旋转管，设置在管内且与该旋转管同心的一根芯轴，所述的旋转管通过软轴或齿轮与电机的轴相连接；所述芯轴的一端从所述旋转管底端的中心孔伸出，芯轴与旋转管底端中心孔之间的间隙为 1～

500μm；在所述芯轴的上端设有下部为锥形的进料管，在锥面上设有与管内部相通的进料孔。

在本发明所述的第二种方案中，所述的芯轴还可采用空心轴，该空心轴的上端从进料管内部穿过。

本发明的技术特征还在于：在第一种方案或第二种方案中，所述的芯轴上设有叶片。所述芯轴从管底端的中心孔伸出长度小于1mm。

本发明与现有技术相比，具有以下优点及突出性进步：采用旋转轴/管式弹性流体微输送方法及装置，当芯轴或管的转速在50－3000转/分钟范围内时，可以将粘度在0.01pa•s到100pa•s的弹性流体形成100μm以内的细丝，直到纳米级，显著提高成形精度；相对于管式微输送，该方法可以避免弹性液体在微管中流动时产生的出口膨胀现象，并从根本上消除微孔堵塞的可能性，出丝均匀连续；所述装置结构简单，操作简单方便，具有良好的开关响应性；相对于蘸笔式的微输送方法，本发明可以连续供料，因而可以成形复杂三维结构。

**附图说明**

图1为维森保效应示意图：图1a为牛顿流体芯轴旋转时液面变化；图1b为弹性液体芯轴旋转时液面变化；图1c为弹性液体桶体旋转时液面变化。

图2为基于包轴效应的弹性流体输送装置结构示意图。

图3为基于爬杆效应的弹性流体输送装置结构示意图。

图4为芯轴采用空心轴的弹性流体输送装置结构示意图。

**具体实施方式**

下面结合附图对本发明的原理、结构及具体实施作进一步的说明。

高分子材料的熔融体、溶液或者溶胶一般都是兼具粘性与弹性的液体，即所谓弹性液体，在外力作用下除表现出不可逆形变(粘性流动)外，还发生一定的可回复形变(弹性形变)。旋转轴/管式高分子材料输送装置就是利用弹性液体的维森保效应提供输送动力。维森保(Weissenbeg)现象（见图1）是：如果用一转轴在液体中快速旋转，高分子液体与低分了液体的液面变化明显不同。低分子液体受到离心力的作用，中间部位液面下降，器壁处液面上升；高分子液体受到向心力作用，液体在转轴处是上升的，在转轴上形成相当厚的包轴层，称为包轴效应；当外圆筒旋转时，高分子液体沿固定的棒向上爬，称为爬杆效应。

旋转轴/管式弹性流体微输送装置就是通过轴旋转，产生包轴效应，推动材料沿轴输运（如图1b所示）；或者管旋转，产生爬杆效应，推动材料沿轴输运（如图1c所示），最终由轴尖输送到指定位置。

基于包轴效应的弹性流体输送装置如图2所示。该装置包括一根管5，设置在管内且与该管同心的一根旋转芯轴6，所述的旋转芯轴通过连轴器2与电机1的轴相连，且旋转芯轴的一端从管底端的中心孔伸出，芯轴与管底端中心孔之间的间隙一般为1～500μm，并在管的侧壁上设有弹性流体进料管3。芯轴6直径一般在1mm以内，芯轴尖端应在100μm以内；

并应保证管 5 与芯轴 6 同心。芯轴 6 尖端伸出不易过长，一般在 1mm 以内为宜。芯轴 6 可以选择与高分子溶液不浸润的材料或进行表面处理，使材料很容易沿芯轴流下。芯轴 6 上可设置叶片，叶片 4 通过粘接或者钎焊与芯轴连成一体，叶片为片状或者涡轮状。当管内径小于 10mm 时，可以不要叶片。电机 1 通过联轴器 2 带动芯轴 6 旋转，转速范围为 50～3000 转/分钟。出丝流量与转速相关，芯轴转速越快，出丝流量越大。出丝直径与芯轴直径及笔尖移动速度有关，芯轴直径越小，移动速度越快，出丝直径越小。弹性流体 A 从管 5 侧壁进料管 3 进入管内。

基于爬杆效应的弹性流体输送装置图如图 3 所示。该装置包括一根旋转管 5，设置在管内且与该旋转管同心的一根芯轴 6，所述的旋转管通过软轴或齿轮 7 和 10 与电机 1 的轴相连接；所述芯轴 6 的一端从所述旋转管 5 底端的中心孔伸出，芯轴与旋转管底端中心孔之间的间隙为 1～500μm；在所述芯轴 6 的上端设有下部为锥形的进料管 11，在锥面上设有与管内相通的进料孔 8。芯轴 6 直径一般在 1mm 以内，轴尖端应在 100μm 以内；并且保证管 5 与芯轴 6 同心。芯轴尖端伸出不易过长，一般在 1mm 以内为宜。芯轴 6 上可以设有叶片，叶片 4 通过粘接或者钎焊与芯轴 6 连成一体，叶片为片状或者涡轮状。当管内径小于 10mm 时，可以不要叶片。芯轴 6 可以选择与高分子溶液不浸润的材料或进行表面处理，使材料很容易沿芯轴流下。大齿轮 10 在管 5 上部，与管 5 做成一体或者通过粘接连成一体。小齿轮 7 通过粘接与电机 1 的轴联接。进料口 11 与芯轴 6 尽量同心，联接关系为过盈配合或者粘接。进料口 11 通过轴承 9 与旋转管 5 相连。电机 1 通过大小齿轮传动，带动管 5 旋转，转速范围为 50～3000 转/分钟。弹性流体 A 通过进料口 11 底端侧面孔 8 进入管内。出丝流量与转速相关，管转速越快，出丝流量越大。出丝直径与芯轴直径及笔尖移动速度有关，芯轴直径越小，移动速度越快，出丝直径越小。

空心轴弹性流体输送装置示意图如图 4 所示。在基于爬杆效应的弹性流体输送装置中，将所述的芯轴变为空心轴 12，该空心轴 12 的上端从进料管内部穿过。空心轴 12 外径一般在 1mm 以内，内径在 800μm 以内；轴尖端外径应在 100μm 以内，内径应在 80μm 以内；弹性流体 A 通过进料口 11 底端侧面孔 8 进入管内，低粘度流体 B 从空心轴上端开口进入。弹性流体沿芯轴外表面输运，而低粘度流体沿轴内孔流动，在轴尖端汇合。出丝流量与转速相关，管转速越快，出丝流量越大。出丝直径与轴直径及笔尖移动速度有关，轴直径越小，移动速度越快，出丝直径越小。




图 1




图 2




图 3




图 4

Europäisches Patentamt
European Patent Office
Office européen des brevets

Patent Translate
Powered by EPO and Google

# Notice

This translation is machine-generated. It cannot be guaranteed that it is intelligible, accurate, complete, reliable or fit for specific purposes. Critical decisions, such as commercially relevant or financial decisions, should not be based on machine-translation output.

# DESCRIPTION JPS63101887A

[0001]

13 The feature of this invention is that it is possible to easily enjoy three-dimensional images, three-dimensional characters, and (nanga) with one hand, similar to the conventional felt-tip pen. In the past, it was difficult to prepare clay work, Nanga, etc., and when children played with clay work, it was difficult for both teachers and parents to clutter and pollute the area at school and at home. Until now, this solution has never existed, and the only way is to keep the child from playing until a certain age, so that the child's free three-dimensional imagination, expressiveness, and infinite possibilities can be plucked. Met. In order to completely remove the above-mentioned negative aspects, the 11 main bodies in Fig. 1 can be made of metal or plastic as follows so that the contents of various shapes and colors can be seen in small amounts with one hand. Good, but 4. It is better to use metal for a part of the stopper of the compression bottle. このビン４． を９． When pushed to the nozzle side of 2. The rear compression plate is 5. Press the disc-shaped spring of, and use the repulsive force. Push the front compression plate evenly with this force. The contents (paper clay, putty, etc.) loaded from the entrance of are 8. Pushed in the direction of the attachment, 9. The structure X is extruded from the nozzle of No. 1 so that various three-dimensional images and characters can be enjoyed depending on the shape of the nozzle. If you say that a conventional writing instrument is a flat pen or a two-dimensional pen, this writing instrument is an r-three-dimensional pen. Or it can be called a "three-dimensional pen". The method of use is the same as that of Shintsu's writing instruments, but the difference is that each character is three-dimensional, and when using paper clay, write directly on the campus or plywood or with a cloth stretched on it (cardboard). If you have a bamboo spatula, you can soak the tip in water and cut and attach it, and you can make fine details, which makes it even more beautiful. As mentioned above, once you can hold a spoon, you can use it even if you are not a parent, you can enjoy it according to the age, you can enjoy various variations by changing the attachment, and it can be said that it is a "Nanga" in the past. For example, the "interior-like"

element created by an expert was large, but this allows anyone to create an "nanga" as easily as an expert. In addition, you can enjoy clay work, Nanga, three-dimensional drawings, and three-dimensional characters with one hand, and it is light and convenient to carry. Apply color to the created work and apply varnish etc. If the contents (clay, etc.) are hardened and can be stored semi-permanently, if the color is mixed in advance, it is possible to enjoy the crayon drawing in addition to the above.

[0002]

47 A brief description of the drawing

[0003]

51 FIG. 1 is a perspective view of the present invention. FIG. 2 is a perspective view of the present invention. 1 is the main body, 2 is the rear compression plate 3, the front compression plate 3, 4 is the compression bin 5, the sponge, and 6 is the inlet (loading port).

54 7 is a cassette M 8 is an attachment 9 is a nozzle Fig. 3 is a perspective view of the present invention Fig. 1 is the main body 2 is an air pump 3 is a front compression plate 4 is a compression lever 5 is a compression bar 6 is an inlet (loading port) 7 is a cassette Lid 8 is attachment 9 is nozzle Fig. 4 is a perspective view of the present invention Fig. 1 is the main body 2 is the rear compression plate 3 is the front compression plate 4 is the compression bin 5 is the coil spring 6 is the inlet (loading port) 7 is the cassette lid 8 Attachment 9 is a nozzle Fig. 5 is a perspective view of the present invention Fig. 1 is the main body 2 is the rear compression plate 3 is the front compression plate 4 is the compression bin 5 is the leaf spring 6 is the inlet (loading port) 7 is the cassette I 8 is the attachment 9 is a nozzle Fig. 6 is a perspective view of the present invention ■ is the main body 2 is the main body rear 3 is the front compression plate 4 is the rotary compression part 5 is the screw thread 6 is the inlet (loading port) 7 is the cassette lid 8 is the attachment 9 Nozzle Fig. 7 is a perspective view of the present invention.

Espacenet

# Bibliographic data: JPS63101887 (A) — 1988-05-06

## STEREOSCOPIC DRAWING/CHARACTER WRITING DEVICE

**Inventor(s):** KATSUNO TAKAMASA ± (KATSUNO TAKAMASA)

**Applicant(s):** OZAKI CHIE ± (OZAKI CHIE)

**Classification:**
- **international:** ***B43K23/00; B43K23/016; G09B11/10; G09B19/10;*** (IPC1-7): B43K23/00; G09B19/10
- **cooperative:**

**Application number:** JP19860248249 19861017

**Priority number(s):** JP19860248249 19861017

**Abstract not available for JPS63101887 (A)**

⑲日本国特許庁（JP） ⑪特許出願公開

⑫公開特許公報（A） 昭63-101887

㊿Int.Cl.⁴ 識別記号 庁内整理番号 ㊸公開 昭和63年(1988) 5月6日

G 09 B 19/10 A-6612-2C
// B 43 K 23/00 A-6863-2C

審査請求 未請求 発明の数 1 （全4頁）

㊿発明の名称 立体絵画文字筆記具

㉑特 願 昭61-248249
㉒出 願 昭61(1986)10月17日

㉒発明者 勝野 高全 福岡県鞍手郡小竹町勝野2972-2番地
㉑出願人 尾崎 千恵 福岡県北九州市八幡西区塔野1丁目2-11（井上荘内）

# 明 細 書

1、発明の名称

立体絵画文字筆記具

2、特許請求の範囲

(1) 筆記具本体 1，の内部に、前部 3，後部 2，圧縮板を設けて、圧縮ピン 4，を押す事により内容物を均等に圧する様、その中間に弾性体 5，を設けて、内容物（紙粘土）等は所要位置に扉 7，を設け、カセット式に入口 6，より装壌し、アタッチメント 8，のノズル 9，より押し出す様にする。
以上の様に構成された携帯用の立体絵画文字筆記具、なお、内容物をノズルより押し出す実施態様には次のようなものがある。

(2) 弾性体が皿型バネである筆記具、第1図 5。
(3) 弾性体がスポンジである筆記具、第2図 5。
(4) 弾性体がエアーポンプである筆記具、第3図（2，4，5，）。
(5) 弾性体が（コイルバネ）発条である筆記具、第4図 5。
(6) 弾性体が板バネである筆記具、第5図 5。
(7) 筆記具本体にネジ山を設け、後部を回転することにより、内容物をノズルより押し出す様にした筆記具、第6図。
(8) 筆記具後部を回転させ圧縮バーを前進させて前部圧縮板を押し、ノズルより内容物が押しだされる様にした筆記具、第7図。

3、発明の詳細な説明

この発明は従来のフエルトペン（サインペン）と同様に片手で簡易に立体画、立体文字、（陶画）が楽しめる様にしたのが特長である。
従来は粘土細工、陶画、等は準備が大変で、子供が粘土細工で遊ぶ時は学校でも、家庭でも辺りを散らかすし、汚すし、先生も親も苦

労したものであった。

今までのこの解決策は皆無であり、只一つの方法は子供がある年齢に成る迄遊ばせない事であり、それでは子供の自由な立体的想像力、表現力、無限の可能性の芽を摘むことであった。

以上の様なマイナス面を完全に取り払う為に、片手で少量づつ、しかも種々な形と、色の内容物が出る様に、次のようにした、第1図の1，本体は金属でもプラスチックでも良いが4，の圧縮ピンのストッパー部分は金属の方が良い。このピン4，を9，のノズル側へ押すと2，の後部圧縮板が5，の皿型バネを圧し、反発力で3，の前部圧縮板を均等に押す、この力で6，の入口より装填した内容物（紙粘土，パテ，他）が8，のアタッチメント方向へ押され、9，のノズルより押し出されノズルの形状により、種々な立体画、文字が楽しめる様な構造にした。

従来の筆記具を、平面ペン、2次元ペン、と言うならば、この筆記具は「立体ペン。または3次元ペン」と呼べるものである。

使用方法は普通の筆記具と同様であるが、異なる点は画，字共に立体であり、紙粘土の時は、キャンバスかベニヤ板等に直接またはその上にクロス張をして書く事（ボール紙可）竹ベラが有れば、先の方を水につけて、それで切り、付けたり、細工が細部にまで出来、依り一層美しくなる。

以上の様に、スプーンが持てるように成ったら親が付きっきりで無くても使えるし、その年齢に応じて楽しめ、アタッチメントを付け換える事により種々なバリエーションが楽しめるし、従来は「陶画」と言えば専門家が作る「インテリア的」要素が大であったが、これにより、誰でもが専門家並に簡易に「陶画」を作成する事が出来る。

また片手で粘土細工、陶画、立体画、立体文字、が楽しめ、軽くて携帯用に便利である事と作成した作品に色を塗布し、ニス等を塗ると色彩溢れる作品となり、内容物（紙粘土等）が固まれば、半永久的に保存も可能と成る

内容物に予め色を混入すると、上記の他にもクレヨン画的楽しみ方も可能である。

4、図面の簡単な説明

第1図は本考案の透視図

1は本体　　2は後部圧縮板
3は前部圧縮板　　4は圧縮ピン
5は皿型バネ　　6は入口（装填口）
7はカセット蓋　　8はアタッチメント
9はノズル

第2図は本考案の透視図

1は本体　　2は後部圧縮板
3は前部圧縮板　　4は圧縮ピン
5はスポンジ　　6は入口（装填口）
7はカセット蓋　　8はアタッチメント
9はノズル

第3図は本考案の透視図

1は本体　　2はエアーポンプ
3は前部圧縮板　　4は圧縮レバー
5は圧縮バー　　6は入口（装填口）
7はカセット蓋　　8はアタッチメント
9はノズル

第4図は本考案の透視図

1は本体　　2は後部圧縮板
3は前部圧縮板　　4は圧縮ピン
5はコイルバネ　　6は入口（装填口）
7はカセット蓋　　8はアタッチメント
9はノズル

第5図は本考案の透視図

1は本体　　2は後部圧縮板
3は前部圧縮板　　4は圧縮ピン
5は板バネ　　6は入口（装填口）
7はカセット蓋　　8はアタッチメント
9はノズル

第6図は本考案の透視図

1は本体　2は本体後部
3は前部圧縮板　4は回転圧縮部
5はネジ山　6は入口（装塡口）
7はカセット蓋　8はアタッチメント
9はノズル

第7図は本考案の透視図

1は本体　2は後部固定板
3は前部圧縮板　4は本体回転後部
5は圧縮バー　6は入口（装塡口）
7はカセット蓋　8はアタッチメント
9はノズル

特許出願人　尾崎千恵




第1図




第2図




第3図




第4図




第5図




第 6 図




第 7 図

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41142738 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 17-NOV-2020 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 14:30:37 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5124-IDS.pdf | 289907<br>030e02cf136b88077c840dc250968c335879e6c4 | yes | 7 |

| | | | | | |
|---|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | | **End** |
| | Information Disclosure Statement (IDS) Form (SB08) | | 3 | | 7 |
| | Transmittal Letter | | 1 | | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Foreign Reference | CN1640643A.pdf | 703015<br>2a2a0e6cfba92d5d150e4c97230642c2bdfa8c12 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Foreign Reference | JPS63-101887A.pdf | 1197729<br>4bf1c1b84d004caa49224190c691d64540e325d2 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 2190651 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 |

**CONFIRMATION NO. 1660**

**PUBLICATION NOTICE**

*OC000000122260126*

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

**Title:**HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Publication No.**US-2020-0398471-A1
**Publication Date:**12/24/2020

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Docket No.: 122620-5124 PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Application of | : | Customer Number: 157354 |
| Dilworth et al. | : | Confirmation Number: 1660 |
| Application No.: 17/015,004 | : | Group Art Unit: 3600 |
| Filed: September 7, 2020 | : | Examiner: Unknown |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | |

**PRELIMINARY AMENDMENT**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Prior to examination of the above-referenced application, please amend the application as follows:.

**Amendments to the Specification** begin on Page 2.

**Amendments to the Claims** begin on Page 3.

**Remarks** begin on Page 6.

## AMENDMENTS TO THE SPECIFICATION

Please note that in the amendments to the specification, deletions are indicated by strikethrough (e.g., ~~deletion~~) or double brackets (e.g., [[word]]) and additions to the claims are underlined (e.g., <u>addition</u>).

Please amend the Abstract as follows:

> ~~A three-dimensional (3D) drawing pen can include a housing that has a port that permits insertion of a strand of material into the housing, an actuator for controlling a movement of the strand, and a nozzle assembly configured to permit the strand to be extruded out of the 3D drawing pen in a form that retains its shape against gravity in free space to draw a 3D object.~~ <u>An apparatus including a three-dimensional (3D) drawing pen can permit a user to draw in free space to form a 3D object. The 3D drawing pen can include a housing, an actuator, and a nozzle assembly. The housing is configured to receive material therein and fit in a user's hand. The actuator is coupled to the housing and is configured to control a movement of the material. The nozzle assembly is configured to permit the material to be extruded to permit the user to form the three-dimensional object.</u>

## AMENDMENTS TO THE CLAIMS

Please replace all prior versions of the claims with the following listing of the claims. Please note that in the amendments to the claims, deletions are indicated by strikethrough (e.g., ~~deletion~~) or double brackets (e.g., [[word]]) and additions to the claims are underlined (e.g., <u>addition</u>).

**Listing of Claims:**

1–24. (Canceled)

25. (New) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the 3D pen comprising:

a housing having an internal volume and a port that permits insertion of material into the internal volume of the housing, the housing being configured to fit in a user's hand and configured without a handle substantially perpendicular to the housing;

a motor coupled to the housing of the pen and being configured to drive motion of the material;

an actuator, coupled to the housing of the pen, to actuate the motor to control a movement of the material; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element configured to melt the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle for forming the 3D object.

26. (New) The apparatus of Claim 25, further comprising a gear disposed within the housing, adjacent to the port within the internal volume, the gear being configured to contact the material and to be rotated by the motor to drive motion of the material.

27. (New) The apparatus of Claim 26, wherein the gear comprises a final gear having teeth that engage the material of material such that rotation of the final gear causes the material to linearly move.

28. (New) The apparatus of Claim 25, wherein the apparatus is configured to use material in the form of a strand.

29. (New) The apparatus of Claim 25, wherein the apparatus is configured to use material in the form of an elongate rod shape.

30. (New) The apparatus of Claim 25, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus.

31. (New) The apparatus of Claim 25, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

32. (New) The apparatus of Claim 25, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

33. (New) The apparatus of Claim 25, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the material prior to extrusion through the exit nozzle.

34. (New) The apparatus of Claim 25, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

35. (New) The apparatus of Claim 25, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

36. (New) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing configured to receive material therein, the housing being configured to fit in a user's hand;

at least one actuator, coupled to the housing of the pen, for controlling a movement of the material; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object.

37. (New) The apparatus of Claim 36, further comprising a drive system configured to drive motion of the material of material through the pen.

38. (New) The apparatus of Claim 37, further comprising a guide tube disposed within the housing, a first end of the guide tube positioned to receive the material from the drive system.

39. (New) The apparatus of Claim 37, wherein the drive system comprises a gear disposed adjacent to the port within an internal volume of the housing.

40. (New) The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of a strand.

41. (New) The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of an elongate rod shape.

42. (New) The apparatus of Claim 36, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus.

43. (New) The apparatus of Claim 36, wherein comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

44. (New) The apparatus of Claim 36, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

**REMARKS**

Preliminary to examination on the merits, Applicant respectfully requests entry of the present preliminary amendment. Claims 1–24 have been canceled and Claims 25–44 have been added herein. Therefore, Claims 24–44 are pending in this application for examination on the merits. No new matter is believed to have been introduced to the application by this amendment.

Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 502624, and please credit any excess fees to such deposit account.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/

Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Facsimile: 714.830.0700
**Date:** March 26, 2021

**Please recognize our Customer No. 157354 as our correspondence address.**

**Doc Code: FAI.REQ**
**Document Description**: Request First Action Interview

PTO/SB/413C (05-11)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR FIRST ACTION INTERVIEW (FULL PILOT PROGRAM)

| | | |
|---|---|---|
| Attorney Docket Number: 122620-5124 | Application Number (if known): 17/015,004 | Filing date: September 7, 2020 |
| First Named Inventor: Peter DILWORTH | Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

**APPLICANT HEREBY REQUESTS A FIRST ACTION INTERVIEW IN THE ABOVE-IDENTIFIED APPLICATION. See Instruction Sheet on page 2.**

1. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims.

2. The application must not contain any multiple dependent claims.

3. By filing this request:

   Applicant is agreeing to make an election without traverse if the Office determines that the claims are not obviously directed to a single invention; and

   Applicant is agreeing not to request for a refund of the search fee and any excess claims fee paid in the application after the mailing or notification of the pre-interview communication prepared by the examiner.

4. Other attachments: ______________________________

| | |
|---|---|
| Signature /Nathan S. Smith/ | Date March 26, 2021 |
| Name (Print/Typed) Nathan S. Smith | Registration Number 53,615 |

***Note**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.*

■ *Total of 1 forms are submitted.

The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/413C (05-11)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Instruction Sheet for Request for First Action Interview (Full Pilot Program)

(Not to be Submitted to the USPTO)

***A grantable request must meet the following conditions:***

1. The application must be a new non-reissue utility application filed under 35 U.S.C. 111(a) or an international application that has entered the national stage in compliance with 35 U.S.C. 371(c).

2. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims. The application may not contain any multiple dependent claims.

3. The request must be filed electronically using the Office's electronic filing system, EFS-Web.

4. The claims must be directed to a single invention. If the Office determines that the claims are directed to multiple inventions (*e.g.*, in a restriction requirement), the applicant must make an election without traverse.

5. The request must be filed at least one day before a first Office action on the merits of the application appears in the Patent Application Information Retrieval (PAIR) system (*i.e.*, at least one day prior to the date when a first Office action on the merits, notice of allowability or allowance, or action under Ex parte Quayle, 1935 Dec. Comm'r Pat. 11 (1935) appears in the PAIR system). Applicant may check the status of the application using the PAIR system.

6. The request for a first action interview must include a statement that applicant agrees not to file a request for a refund of the search fee and any excess claims fees paid in the application after the mailing or notification of the Pre-Interview Communication. Any petition for express abandonment under 37 CFR 1.138(d), and request for a refund of the search fee and any excess claims fees, filed after the mailing or notification of the Pre-Interview Communication will not be granted.

***For more information, see notice "Full First Action Interview Pilot Program" available on the USPTO web site at http://www.uspto.gov/patents/init_events/faipp_full.jsp***

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42288575 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 26-MAR-2021 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 03:07:03 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 5124Prelim.pdf | 151734<br>aab7da34e74a7cf24ae439f3d55be6a4bf17b755 | yes | 6 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Preliminary Amendment | 1 | 1 |
| | Abstract | 2 | 2 |
| | Claims | 3 | 5 |
| | Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | First Action Interview - Schedule Interview request | 5124FAI.pdf | 622632<br>c949db31c1631f63bab86d35e2c49671806bd64c | no | 3 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 774366 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>17/015,004 | Filing Date<br>09/08/2020 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | | | |
|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | | x $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | | x $230 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 03/26/2021 | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 24 | = 0 | | x $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | | x $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | SLIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /FELICIA R FARMER/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290**
**CONCISE DESCRIPTION OF RELEVANCE**

| | |
|---|---|
| Application Number | 17015004 |

**U.S. PATENTS**

| Cite No | Patent Number | Concise Description of Relevance |
|---|---|---|
| 1 | 3604597 | Is directed to a dispensing gun for melting and extruding a thermoplastic rod material in a molten state. The gun includes a heated endpiece in which the material is melted, which is detachably connected to the discharge end of the gun, and a unique drive mechanism for advancing the rod material into the endpiece. The endpiece is readily removable for cleaning purposes, or for replacing it with a similar endpiece. |
| 2 | 4953755 | A device including a barrel member having an internal melting chamber communicating with an outlet opening through a nozzle, and a sleeve having one end secured at the barrel member and a through opening communicating with the end of the melting chamber opposite the outlet opening. The sleeve can receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a path. The barrel member is heated to melt the end portion of the rod, and a drive switchable between a deactivated and an activated state drives the rod into the melting chamber to expel molten thermoplastic material through the nozzle. Upon switching of the drive means from the activated to the deactivated state the drive moves the rod out of the melting chamber to cause molten thermoplastic material in the nozzle to flow toward the melting chamber and restrict movement of that molten thermoplastic material out of the nozzle. |

**U.S. PATENT APPLICATION PUBLICATION**

| Cite No | Publication Number | Concise Description of Relevance |
|---|---|---|

| | | |
|---|---|---|
| 1 | 20100147465 | Is directed to a hand welding extruder (1) for welding thermoplastic materials by means of a plasticized plastic strand (26) having a plasticization worm unit (24) connected to a drive motor (20) by a gearbox (21), and having a hot air generation device (27) with an external air supply, the plasticizer worm unit, the gearbox, the drive motor, and the hot air generation device being disposed in a common housing. The proposed hand welding extruder has a bar-shaped housing having a front welding segment (7) and a grab handle (8) connected thereto in the longitudinal direction. The plasticizer worm unit and the hot air generation device are disposed in the bar-shaped housing in the welding segment and an electric motor (20) is disposed in the grab handle. The electric motor is connected to a shaft of the extruder worm (23) via a gearbox, the gearbox being potentially provided in the grab handle and/or the welding segment of the bar-shaped housing of the hand weld extruder. |
| 2 | 20040244603 | Is directed to a hand manipulable apparatus for the receipt and extrusion of a stream of edible material. The apparatus includes an elongated housing having a first end and a second end with a discharge nozzle in the first end. A chamber is arranged within the first end of the elongated housing for receipt of a meltable edible material. A circuit is arranged in the first end of the elongated housing for heating and melting the edible material; and a chocolate advancer member such as a rotatable auger is arranged within the distal end of the housing for extrudably discharging the edible material out of the housing through the nozzle. |

**FOREIGN PATENT DOCUMENTS**

| CiteNo | Foreign Document Number | Concise Description of Relevance |
|---|---|---|
| | | |

**NON-PATENT PUBLICATIONS**

| Cite No | Reference | Concise Description of Relevance |
|---|---|---|
| | | |

Doc Code:IDS.3P
Document Description: Third-Party Submission Under 37 CFR 1.290

PTO/SB/429(08-12)
Approved for use through 07/31/2015. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17015004 |
|---|---|---|

**U.S. PATENTS**

| Cite No | Patent Number | Kind Code[1] | Issue Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 4953755 | A | 1990-09-04 | RICHARD DENNISON |
| 2 | 3604597 | A | 1971-09-14 | Harold E POHL |

**U.S. PATENT APPLICATION PUBLICATIONS**

| Cite No | Publication Number | Kind Code[1] | Publication Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 20040244603 | A | 2004-12-09 | Ronald MAGERS |
| 2 | 20100147465 | A1 | 2010-06-17 | Giuseppe Di MICELI |

**FOREIGN PATENTS AND PUBLISHED FOREIGN PATENT APPLICATIONS**

| Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[1] | Publication Date (YYYY-MM-DD) | Applicant, Patentee or First Named Inventor | T[5] |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |

**NON-PATENT PUBLICATIONS (e.g., journal article, Office action)**

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17015004 |
|---|---|---|

| Cite No | Author (if any), title of the publication, page(s) being submitted, publication date, publisher (where available), place of publication (where available). | T[5] | E[6] |
|---|---|---|---|
| | | ☐ | ☐ |

**STATEMENTS**

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

☒ The fee set forth in 37 CFR 1.290(f) has been submitted herewith.

☐ The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party.

☐ This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance. As such, the party making this resubmission: (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g).

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17015004 |
|---|---|---|

| | | | |
|---|---|---|---|
| Signature | /Joshua L. Pritchett/ | | |
| Name/Print | Joshua L. Pritchett | Registration Number (if applicable) | 69004 |

| | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Signature indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant. 1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MPEP 901.04(a). 2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851. 3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Application of | : | |
| | : | |
| Peter DILWORTH *et al.* | : | Confirmation No. 1660 |
| | : | |
| U.S. Patent Application No. 17/015,004 | : | Group Art Unit: OPAP |
| | : | |
| Filed: September 8, 2020 | : | Examiner: CENTRAL, DOCKET |

For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

**<u>THIRD PARTY PREISSUANCE SUBMISSION UNDER 37 C.E.R. § 1.290</u>**

The Examiner is respectfully requested to consider the relevance of the documents submitted herewith with respect to the patentability of pending claims 25-44 in the captioned patent application (hereafter "the '004 Application'), in view of the enclosed concise description of the asserted relevance of the documents. Entry and consideration of this submission are considered proper since a first substantive office action has not been mailed in the application, and/or the application was not published more than six (6) months ago.

The Party making this submission is not an individual who has a duty to disclose information with respect to the application under 37 C.F.R. § 1.56. This submission complies with the requirements of 35 U.S.C. § 122(e) and 37 C.F.R. § 1.290.

List of Documents for Third-Party Submission under 37 C.F.R. § 1.290

1. US20040244603A

Publication Date: December 9, 2004

Inventors: Ronald MAGERS

*Description of Relevance*

US20040244603A ("Ronald") is directed to a hand manipulable apparatus for the receipt and extrusion of a stream of edible material. The apparatus includes an elongated housing having a first end and a second end with a discharge nozzle in the first end. A chamber is arranged within the first end of the elongated housing for receipt of a meltable edible material. A circuit is arranged in the first end of the elongated housing for heating and melting the edible material; and a chocolate advancer member such as a rotatable auger is arranged within the distal end of the housing for extrudably discharging the edible material out of the housing through the nozzle (Abstract).

2. US4953755A

Publication Date: September 4, 1990

Inventors: Richard L. DENNISON

*Description of Relevance*

US4953755A ("Richard") is directed to a device for dispensing molten thermoplastic material comprising a barrel member having an internal melting chamber communicating with an outlet opening through a nozzle, and a sleeve having one end secured at the barrel member and a through opening communicating with the end of the melting chamber opposite the outlet opening. The sleeve is adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a predetermined path. The barrel member is heated to melt the end portion of the rod therein, and a drive adapted to be switched between a deactivated state and an activated state is provided for driving the rod of solid thermoplastic material into the melting chamber at a predetermined rate to expel molten thermoplastic material through the nozzle. Upon switching of the drive means from the activated state to the deactivated state the drive moves the rod of solid thermoplastic material a small distance out of the melting chamber to cause molten thermoplastic material in the nozzle to flow toward the melting chamber and restrict movement (i.e., dripping or stringing) of that molten thermoplastic material out of the nozzle (Abstract).

3. US20100147465A1

Publication Date: June 17, 2010

Inventors: Giuseppe Di MICELI

*Description of Relevance*

US20100147465A1 ("Giuseppe") is directed to a hand welding extruder (1) for welding thermoplastic materials by means of a plasticized plastic strand (26) having a plasticization worm unit (24) connected to a drive motor (20) by a gearbox (21), and having a hot air generation device (27) with an external air supply, the plasticizer worm unit, the gearbox, the drive motor, and the hot air generation device being disposed in a common housing. The proposed hand welding extruder has a bar-shaped housing having a front welding segment (7) and a grab handle (8) connected thereto in the longitudinal direction. The plasticizer worm unit and the hot air generation device are disposed in the bar-shaped housing in the welding segment and an electric motor (20) is disposed in the grab handle. The electric motor is connected to a shaft of the extruder worm (23) via a gearbox, the gearbox being potentially provided in the grab handle and/or the welding segment of the bar-shaped housing of the hand weld extruder (Abstract).

4. US3604597A

Publication Date: September 14, 1971

Inventors: Harold E POHL

*Description of Relevance*

US3604597A ("Harold") is directed to a dispensing gun for melting and extruding a thermoplastic rod material in a molten state. The gun includes a heated endpiece in which the material is melted, which is detachably connected to the discharge end of the gun, and a unique drive mechanism for advancing the rod material into the endpiece. The endpiece is readily removable for cleaning purposes, or for replacing it with a similar endpiece (Abstract).

| Claims of the '004 application | Disclosure of the above described references | |
|---|---|---|
| | US20040244603A ("Ronald") | Other References |
| **Claim 25** | | |
| **An apparatus comprising:**<br>a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the 3D pen comprising: | A hand manipulable apparatus for the receipt and extrusion of a stream of edible material comprising:<br><br>*See Claim 1 and Fig 3 of "Ronald"* | |
| a housing having an internal volume and a port that permits insertion of material into the internal volume of the housing,<br><br>the housing being configured to fit in a user's hand and configured without a handle substantially | an elongated housing having a first end and a second end; the elongated housing comprising the edible material;<br><br>the housing being configured to fit in a user's hand;<br><br>*See Claim 1 and Fig 1 of "Ronald"* | |

| | | |
|---|---|---|
| perpendicular to the housing; | | |
| a motor coupled to the housing of the pen and being configured to drive motion of the material; | The apparatus as recited in claim 1, having an electric motor in said second end of said housing.<br>*See Claim 8 of "Ronald"* | |
| an actuator, coupled to the housing of the pen, to actuate the motor to control a movement of the material; and | an edible material advancing member for extruding said edible material out of said housing through said nozzle.<br>*See Claim 1 of "Ronald"* | |
| a nozzle assembly coupled to the housing and comprising<br><br>an exit nozzle and<br><br>a heating element configured to melt the material,<br><br>the nozzle assembly configured to permit the material to be extruded out of the exit nozzle for forming the 3D object. | a discharge nozzle in said first end;<br><br>a chamber in said first end of said elongated housing for receipt of dry meltable edible material;<br><br>a circuit arranged in said first end of said elongated housing for heating and melting said edible material;<br><br>a rotatable auger is arranged in the distal end of the housing **for extruding the edible material out of the housing through the nozzle**.<br><br>*See Claim 1, and Paragraph [0017] of "Ronald"* | |
| **Claim** 26 | | |
| The apparatus of Claim 25, further comprising a gear disposed within the housing, adjacent to the port within the internal volume, the gear being configured to contact the material and to be rotated by the motor to drive motion of the material. | The drive shaft 30 is arranged on the upper or proximalmost end of **a reducing gear transmission arrangement 32**, supported within the proximal end 16 of the housing 12. **The transmission arrangement 32 is attached to the output drive shaft 30 which is connected to an electric motor 34** arranged within the second or uppermost end 16 of the elongated housing 12, as shown in FIG. 3. | |

| | | |
|---|---|---|
| | *See Paragraph [0027] of "Ronald"* | |
| **Claim** 27 | | |
| The apparatus of Claim 26, wherein the gear comprises a final gear having teeth that engage the material of material such that rotation of the final gear causes the material to linearly move. | | Also included in the driving means is a reversible direct current motor 34 having a rotor 35, drive means in the form of **a gear reduction assembly including a spur gear** 36 on an output shaft driven by the rotor 35 (e.g., the 6 volt DC motor commercially designated Escap 22C11-216-5 together with the 128 to 1 reduction gear reduction assembly commercially designated Escap B24.0-128, both available from Stock Drive Products Designatronics, Inc., New Hyde Park, N.Y.) and engaged with **spur gears 38** fixed at ends of the drive rollers 24 for coupling the rotor 35 to the drive rollers 24, and an electrical circuit (see FIGS. 5A and 5B) that provides motor control means for deactivating the motor 34 and for operating the motor 34 to rotate the rotor 35 in a forward rotational direction at different predetermined rates of speed so that the motor rotates the drive rollers 24 in a direction to move the rod 20 of solid thermoplastic material into the melting chamber at different predetermined rates to expel molten thermoplastic material through the nozzle 16 at different predetermined rates; |

| | | |
|---|---|---|
| | | *See Paragraph 2 of Col 4, and Fig 4 of US4953755A ("Richard")* |
| **Claim** 28 | | |
| The apparatus of Claim 25, wherein the apparatus is configured to use material in the form of a strand. | the material is a stream of edible material<br><br>*See Claim 1 of "Ronald"* | |
| **Claim** 29 | | |
| The apparatus of Claim 25, wherein the apparatus is configured to use material in the form of an elongate rod shape. | | This results **in an elongated, slender shape of the hand welding extruder** so that it can be used even when space is restricted.<br>Also, **the cylindrical shape of the tube-shaped welding segment** makes it possible to arrange the plasticization worm unit and the hot air generation device inside it in a concentric and therefore space-saving configuration.<br>*See Paragraph 0010 and Fig 2 of US20100147465A1 ("Giuseppe")*<br>OR, for receiving a thermoplastic rod material, *See Claim 1 and Fig 2 of US3604597A "Harold"* |
| **Claim** 30 | | |
| The apparatus of Claim 25, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus. | The elongated housing 12 comprises **an elongated chamber into which dry "chips" or powder of confectionary material 50 such as chocolate chips or other like chip or granular material may be disposed** when the upper end 16 of the housing 12 is removed from that chamber portion thereof to permit a reasonably satisfactory supply of material for designing a confectionary artwork. | |

| | | |
|---|---|---|
| | *See Paragraph [0032] of "Ronald"* | |
| **Claim** 31 | | |
| The apparatus of Claim 25, wherein the housing comprises an upper housing and a lower housing,<br>at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly. | an elongated housing having a first end and a second end;<br><br>Actuation of the on/off control switch may actuate the heating element (and/or **a cooling chamber**) to provide a minimal temperature sufficient to melt the confection material within the lowermost end of the housing. Such a temperature may reside in the range of for example about 95 degrees F. to 105 degrees F. so as to melt such confection but not so high as to harm a child or user of this apparatus.<br>*See Claim 1, Fig 3, and Paragraph [0016] of "Ronald"* | |
| **Claim** 32 | | |
| The apparatus of Claim 25, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate. | **A control switch** is located adjacent to the lower or first end of the elongated housing. The control switch may include a rheostat having an electric circuit in communication with the electric motor to variable control the speed or direction of rotation of the output shaft of the motor and **thereby control the speed or direction of rotation of the auger on the auger shaft.**<br>*See Paragraph [0014] of "Ronald"* | |
| **Claim** 33 | | |
| The apparatus of Claim 25, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the material | The method as recited in claim 13, wherein said distal end of said housing is heated **by an electric heating element** arranged on said housing. | |

| | | |
|---|---|---|
| prior to extrusion through the exit nozzle. | Actuation of the on/off control switch may actuate **the heating element** (and/or a cooling chamber) to provide a minimal temperature sufficient to melt the confection material within the lowermost end of the housing. *See Claim 17 and Paragraph [0016] of "Ronald"* | |
| **Claim** 34 | | |
| The apparatus of Claim 25, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume. | Actuation of the on/off control switch may actuate the heating element (and/or a **cooling chamber**) to provide a minimal temperature sufficient to melt the confection material within the lowermost end of the housing. *See Paragraph [0016] of "Ronald"* | |
| **Claim** 35 | | |
| The apparatus of Claim 25, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle. | | Due to high temperatures, the welding segment of the welding extruder poses the danger of causing burns. It is therefore of advantage to provide a cooled guard tube on the bar-shaped housing that largely overlaps the welding segment. The guard tube is cooled by **the cold flow of air** that is blown through an annular gap between the hot housing of the welding segment and the guard tube. **The flow of air** exits from the grab handle in the direction of the annular gap. The flow of air for cooling the guard tube may be taken from the cold air supply for the hot air generation device. It is also possible to use the air guided past the |

| | | |
|---|---|---|
| | | housing and the electric motor for cooling the same.<br>*See Paragraph 0012 of US20100147465A1 (“Giuseppe”)* |

| **Claim 36** | | |
|---|---|---|
| An apparatus comprising:<br>a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: | A hand manipulable apparatus for the receipt and extrusion of a stream of edible material comprising:<br><br>*See Claim 1 and Fig 3 of “Ronald”* | |
| a housing configured to receive material therein, the housing being configured to fit in a user's hand; | an elongated housing having a first end and a second end;<br>the housing being configured to fit in a user's hand;<br>*See Claim 1 and Fig 1 of “Ronald”* | |
| at least one actuator, coupled to the housing of the pen, for controlling a movement of the material; and | an edible material advancing member for extruding said edible material out of said housing through said nozzle.<br>*See Claim 1 of “Ronald”* | |
| a nozzle assembly coupled to the housing and comprising<br><br>an exit nozzle and | a discharge nozzle in said first end;<br><br>a chamber in said first end of said elongated housing for receipt of dry meltable edible material; | |

| | | |
|---|---|---|
| a heating element for melting the material,<br><br>the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object. | a circuit arranged in said first end of said elongated housing for heating and melting said edible material;<br><br>a rotatable auger is arranged in the distal end of the housing **for extruding the edible material out of the housing through the nozzle.**<br><br>*See Claim 1, Paragraph [0017] of "Ronald"* | |
| Claim 37 | | |
| The apparatus of Claim 36, further comprising a drive system configured to drive motion of the material of material through the pen. | The coupler 28, being arranged within the second or uppermost power-adaptive-end 16 of the confection-applying device 10, is attached to a drive shaft 30, as represented in FIG. 3. The drive shaft 30 is arranged on the upper or proximalmost end of a reducing gear transmission arrangement 32, supported within the proximal end 16 of the housing 12.<br>*See Paragraph [0027] and Fig 3. Of "Ronald"* | |
| Claim 38 | | |
| The apparatus of Claim 37, further comprising a guide tube disposed within the housing, a first end of the guide tube positioned to receive the material from the drive system. | | The driving means comprises at least one, and as illustrated, two drive rollers 24 each having an axially ribbed concave periphery adapted for engagement with by indenting one side of the rod 20 of solid thermoplastic material and rotatably mounted about shafts 26 on the frame 12 in spaced relationship adjacent the end of the sleeve 18 opposite the chamber with its axis transverse of the path and its periphery positioned to |

| | | |
|---|---|---|
| | | afford driving engagement with a portion of the rod 20 of solid thermoplastic material projecting from the sleeve 18 along the path between the sleeve 18 and **a guide tube 27**. *See line 55-66 of Col 3 of US4953755A ("Richard")* |
| Claim 39 | | |
| The apparatus of Claim 37, wherein the drive system comprises a gear disposed adjacent to the port within an internal volume of the housing. | The drive shaft is arranged on the upper end of **a reducing gear transmission arrangement**.<br><br>*See Paragraph [0012] of "Ronald"* | |
| Claim 40 | | |
| The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of a strand. | the material is a stream of edible material<br>*See Claim 1 of "Ronald"* | |
| Claim 41 | | |
| The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of an elongate rod shape. | | This results **in an elongated, slender shape of the hand welding extruder** so that it can be used even when space is restricted.<br>Also, **the cylindrical shape of the tube-shaped welding segment** makes it possible to arrange the plasticization worm unit and the hot air generation device inside it in a concentric and therefore space-saving configuration.<br>*See Paragraph 0010 and Fig 2 of US20100147465A1 ("Giuseppe")*<br>OR, for receiving a thermoplastic rod material,<br>*See Claim 1 and Fig 2 of US3604597A "Harold"* |

| | | |
|---|---|---|
| Claim 42 | | |
| The apparatus of Claim 36, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus. | The elongated housing 12 comprises **an elongated chamber into which dry "chips" or powder of confectionary material 50 such as chocolate chips or other like chip or granular material may be disposed** when the upper end 16 of the housing 12 is removed from that chamber portion thereof to permit a reasonably satisfactory supply of material for designing a confectionary artwork. *See Paragraph [0032] and Fig 3 of "Ronald"* | |
| Claim 43 | | |
| The apparatus of Claim 36, wherein comprising a fan configured to provide a flow of cooling air toward the exit nozzle. | | Due to high temperatures, the welding segment of the welding extruder poses the danger of causing burns. It is therefore of advantage to provide a cooled guard tube on the bar-shaped housing that largely overlaps the welding segment. The guard tube is cooled by **the cold flow of air** that is blown through an annular gap between the hot housing of the welding segment and the guard tube. **The flow of air** exits from the grab handle in the direction of the annular gap. The flow of air for cooling the guard tube may be taken from the cold air supply for the hot air generation device. It is also possible to use the air guided past the housing and the electric motor for cooling the same. |

Patent Application No. 17/015,004
THIRD PARTY PREISSUANCE SUBMISSION UNDER 37 C.F.R. § 1.290

| | | |
|---|---|---|
| | | *See Paragraph 0012 of US20100147465A1 ("Giuseppe")* |
| Claim 44 | | |
| The apparatus of Claim 36, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing. | the length of housing is greater than a maximum transverse extent of the housing.<br>*See Fig 3 of "Ronald"* | |

| Claims of the '004 application | Disclosure of the above described references | |
|---|---|---|
| | US3604597A ("*Harold*") | Other References |
| **Claim 36** | | |
| An apparatus comprising:<br>a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: | An extrusion device for melting and extruding molten thermoplastic material comprising<br><br>FIG-2<br>*See Claim 1 and Fig 2 of "Harold"* | |
| a housing configured to receive material therein, the housing being configured to fit in a user's hand; | **a body portion which includes a handle portion**, an inlet end, a discharge end, **an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material**,<br>*See Claim 1 and Fig 2 of "Harold"* | |

| | | |
|---|---|---|
| at least one actuator, coupled to the housing of the pen, for controlling a movement of the material; and | **means for advancing said rod material through said passage** when said rod material is introduced into the inlet end, *See Claim 1 and Fig 2 of "Harold"* | |
| a nozzle assembly coupled to the housing and comprising<br><br>an exit nozzle and<br><br>a heating element for melting the material,<br><br>the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object. | a body portion which includes a handle portion, an inlet end, **a discharge end**, an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material,<br><br>**means at least partially surrounding said endpiece for heating said endpiece to a temperature of sufficient magnitude to melt said rod material** when introduced into said elongate passage in the endpiece;<br><br>**an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, said endpiece including a liner member having said elongate passage therein, said liner member including a plurality of discharge passages which communicate with said elongate opening thereby forming a plurality of discharge orifices,** *See Claim 1 and Fig 2 of "Harold"* | |
| Claim 37 | | |
| The apparatus of Claim 36, further comprising a drive system configured to drive motion of the material of material through the pen. | A drive mechanism is provided within the device for gripping the rod and advancing it through the passage at a desired feed rate.<br><br>*See Col 1 line 49-65 of "Harold"* | |
| Claim 38 | | |
| The apparatus of Claim 37, further comprising a guide tube disposed within the housing, a first end of the | | The driving means comprises at least one, and as illustrated, two drive rollers 24 each having an axially ribbed concave periphery |

| | | |
|---|---|---|
| guide tube positioned to receive the material from the drive system. | | adapted for engagement with by indenting one side of the rod 20 of solid thermoplastic material and rotatably mounted about shafts 26 on the frame 12 in spaced relationship adjacent the end of the sleeve 18 opposite the chamber with its axis transverse of the path and its periphery positioned to afford driving engagement with a portion of the rod 20 of solid thermoplastic material projecting from the sleeve 18 along the path between the sleeve 18 and **a guide tube 27**. *See Col 3, line 55-66 of US4953755A (“Richard”)* |
| Claim 39 | | |
| The apparatus of Claim 37, wherein the drive system comprises a gear disposed adjacent to the port within an internal volume of the housing. | A worm gear 62, fixedly mounted on a shaft 64 by appropriate means, is also positioned within the chamber 36 so that it engages the teeth on the periphery of the gear 44.<br><br>*See Col 1 line 49-65 of “Harold”* | |
| Claim 40 | | |
| The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of a strand. | for receiving a thermoplastic rod material,<br><br>*See Claim 1 and Fig 2 of “Harold”* | |
| Claim 41 | | |
| The apparatus of Claim 36, wherein the apparatus is configured to use | for receiving a thermoplastic rod material,<br><br>*See Claim 1 and Fig 2 of “Harold”* | |

| | | |
|---|---|---|
| material in the form of an elongate rod shape. | | |
| Claim 42 | | |
| The apparatus of Claim 36, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus. | | The elongated housing 12 comprises **an elongated chamber into which dry "chips" or powder of confectionary material 50 such as chocolate chips or other like chip or granular material may be disposed** when the upper end 16 of the housing 12 is removed from that chamber portion thereof to permit a reasonably satisfactory supply of material for designing a confectionary artwork. *See Paragraph [0032] of US20040244603A "Ronald"* |
| Claim 43 | | |
| The apparatus of Claim 36, wherein comprising a fan configured to provide a flow of cooling air toward the exit nozzle. | | Due to high temperatures, the welding segment of the welding extruder poses the danger of causing burns. It is therefore of advantage to provide a cooled guard tube on the bar-shaped housing that largely overlaps the welding segment. The guard tube is cooled by **the cold flow of air** that is blown through an annular gap between the hot housing of the welding segment and the guard tube. **The flow of air** exits from the |

| | | |
|---|---|---|
| | | grab handle in the direction of the annular gap. The flow of air for cooling the guard tube may be taken from the cold air supply for the hot air generation device. It is also possible to use the air guided past the housing and the electric motor for cooling the same. *See Paragraph 0012 of US20100147465A1 ("Giuseppe")* |
| Claim 44 | | |
| The apparatus of Claim 36, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing. | *See Fig 2 of "Harold"* | |

US 20040244603A1

(19) United States
(12) Patent Application Publication
Magers
(10) Pub. No.: US 2004/0244603 A1
(43) Pub. Date: Dec. 9, 2004

(54) EDIBLE CHOCOLATE WRITER ARRANGEMENT

(76) Inventor: **Ronald Magers**, Essex, MA (US)

Correspondence Address:
**Donald N. Halgren**
**35 Central Street**
**Manchester, MA 01944 (US)**

(21) Appl. No.: **10/778,596**

(22) Filed: **Feb. 13, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/447,069, filed on Feb. 13, 2003.

**Publication Classification**

(51) **Int. Cl.[7]** .................... **A23L 1/00**
(52) **U.S. Cl.** .................... **99/353**

(57) **ABSTRACT**

A hand manipulable apparatus for the receipt and extrusion of a stream of edible material. The apparatus includes an elongated housing having a first end and a second end with a discharge nozzle in the first end. A chamber is arranged within the first end of the elongated housing for receipt of a meltable edible material. A circuit is arranged in the first end of the elongated housing for heating and melting the edible material; and a chocolate advancer member such as a rotatable auger is arranged within the distal end of the housing for extrudably discharging the edible material out of the housing through the nozzle.






FIG 1




FIG 2


40
41
34
30
16
32
44
28
55
26
10
24
12
50
42
52
21
14
45
46
d1
47
22
d2
18
62
60

FIG 3

FIG. 4




116
116
10
100
106
108
120
104
110
114
122
112

**EDIBLE CHOCOLATE WRITER ARRANGEMENT**

BACKGROUND OF THE INVENTION

**[0001]** 1. Field of the Invention

**[0002]** This invention relates to devices for melting and discharging edible food substances, and is based upon co-pending Provisional Application No. 60/447,069 filed 13 Feb. 2003, which is based upon Provisional Application No. 60/356,795, filed 14 Feb. 2002, each of which are incorporated herein by reference.

**[0003]** 2. Prior Art

**[0004]** In the cooking field and particularly for bakers of cakes and cookies or the like, those products are decorated by a hand application of sugary fluid-like compounds of frosting or confectioner's material or the like. It is usually applied from a cloth baglike device having a nozzle at one end thereof. The bag-like container is filled with the edible paste to be applied to a surface, and the bag is wrung tightly by hand to apply pressure to the confectionary product inside of that bag. The product such as frosting or decorative confection then may be pushed out of the nozzle and on to the article to be decorated. Such a frosting or confectionary material has to be made in its fluid state and then stuffed into the bag-like container. Such loading of the "bag" is messy and not well suited for doing by young children. This work is tedious, and may be difficult for an older child to do this if one were utilizing this apparatus as an educational toy. There is no easy loading nor easy cleaning nor easy articulation by an adult, let alone a child.

**[0005]** It is an object of the present invention to provide an edible-confection applicator device which overcomes the disadvantages of the prior art.

**[0006]** It is a further object of the present invention to provide an edible-confection delivery apparatus which is safe to use even for a child, without an external components which might harm even a young child.

**[0007]** It is a further object of the present invention to provide an edible-confection distribution apparatus which is simple to operate and very easy to maintain, load, clean and use.

**[0008]** It is a further object of the present invention to provide a confection distribution apparatus which may be loaded with a "dry" confection to facilitate efficiency in its use.

**[0009]** It is a further object of the present invention to provide a confection distribution apparatus which is easily manipulated and utilized as an artistic appliance, held much like a brush or a pen.

BRIEF SUMMARY OF THE INVENTION

**[0010]** The present invention comprises a unique, small diameter, hand held, readily manipulable confection applying device. The confection applying device comprises an elongated chamber or housing of generally cylindrical configuration having a lower or first confection-applying end and an upper or second chamber-loading and power-adaptive end.

**[0011]** The lower or first end has a replaceable fluid discharge nozzle thereon. The elongated chamber comprises a housing into which a rotatable auger is supported. The auger has a tipped or distalmost end which is in communication with the nozzle at the first end of the apparatus. The auger is arranged about a rotatable shaft having an upper or proximalmost end which engages a coupler.

**[0012]** The coupler arranged in the second or uppermost end of the elongated housing and is attached to a drive shaft. The drive shaft is arranged on the upper end of a reducing gear transmission arrangement. The transmission arrangement is attached to the output shaft of an electric motor arranged within the second or uppermost power adaptive end of the elongated housing. A power cord may be arranged through the uppermost end of the housing to a battery or power supply. A further aspect of the present invention preferably comprises a battery arranged within the second end of the housing.

**[0013]** The upper end of the confection applying device comprises an end housing which is separable from the main body portion of the confection applying device at an end-adjacent location where the rotatable shaft meets the transmission coupler.

**[0014]** A control switch is located adjacent to the lower or first end of the elongated housing. The control switch may include a rheostat having an electric circuit in communication with the electric motor to variable control the speed or direction of rotation of the output shaft of the motor and thereby control the speed or direction of rotation of the auger on the auger shaft.

**[0015]** A temperature control element may be arranged in a circuit adjacent the lower end of the elongated housing. The circuit may include an upper-temperature limitation arrangement therewith, so as to minimize the amount of heat which may be provided to the housing. The elongated housing comprises a chamber into which dry "chips" of confection material such as chocolate chips or other like-chip or dry, meltable granular material may be disposed when the upper end of the housing is removed from that main housing portion thereof.

**[0016]** Thus a baker or cook or even a child may apply an edible confection of granular material within the housing of the elongated housing member when the upper end cap is removed. Actuation of the on/off control switch may actuate the heating element (and/or a cooling chamber) to provide a minimal temperature sufficient to melt the confection material within the lowermost end of the housing. Such a temperature may reside in the range of for example about 95 degrees F. to 105 degrees F. so as to melt such confection but not so high as to harm a child or user of this apparatus.

**[0017]** The invention thus comprises a hand manipulable apparatus for the receipt and extrusion of a stream of edible material comprising an elongated housing having a first end and a second end, a discharge nozzle arranged in the first end, a chamber is arranged in the first end of the elongated housing for receipt of dry meltable edible material, a circuit is preferably arranged in the first end of the elongated housing for heating and melting the edible material, and a rotatable auger is arranged in the distal end of the housing for extruding the edible material out of the housing through the nozzle. The edible material is preferably comprised of a confectionary such as for example, chocolate. The circuit preferably includes an upper temperature limit controller.

The auger is preferably of stepped diameter to permit control of extrusion of melted edible material. The auger preferably has a proximal portion of a first diameter and a distalmost tip of a second, reduced diameter than the first diameter. The distalmost tip of said auger preferably rotatively mates within the nozzle. An electric motor may be arranged in the second end of the housing. The electric motor may be in communication with a power cord extending from the elongated housing. The electric motor may alternatively be in communication with a battery in the second end of the housing.

**[0018]** The invention may also include a method of manipulably applying a fluid confectionary material to a surface, comprising one or more of the steps of: arranging a rotatable auger in a distal end of an elongated housing; depositing a dry confectionary material into the distal end of the elongated housing, about the auger; rotating the auger within the elongated housing; heating the distal end of the elongated housing to effect a temperature change in the confectionary material; and extruding a melt of confectionary material from a first nozzle arranged on the distal end of the elongated housing. The method may further include the steps of: moving the confectionary material through a stepped auger at the distal end of the elongated housing; attaching a proximal end of the auger to an electric motor in a proximal end of the elongated housing to permit the rotating of the auger; removing the nozzle from the distal end of the elongated housing; and replacing the nozzle with a second nozzle having a different configuration from the first nozzle. The distal end of the housing may be heated by an electric heating element arranged on or in the housing. The method may include: simultaneously activating the auger to rotate and the distal end of the housing to be heated by a switch arranged adjacent the distal end of the elongated housing.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0019]** The objects and advantages of the present invention will become more apparent when viewed in conjunction with the following drawings in which:

**[0020]** **FIG. 1** is a perspective view of a confection writer apparatus constructed according to the principles of the present invention;

**[0021]** **FIG. 2** is a perspective view of the writer apparatus shown in **FIG. 1**, in an exploded configuration;

**[0022]** **FIG. 3** is a sectional view of the writer apparatus as shown in **FIG. 1** in longitudinal section;

**[0023]** **FIG. 4** is a perspective view of a further embodiment of the confection writer apparatus of the present invention; and

**[0024]** **FIG. 5** is a perspective view of yet another embodiment of the confection writer apparatus of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

**[0025]** Referring now to the drawings in detail, and particularly to **FIGS. 1 and 2**, there is shown the present invention which comprises a small diameter (preferably about 1" to 3" for easy grasping use by children) confection applying device **10** comprises an elongated chamber or housing **12** of generally cylindrical configuration having a lower or first confection-extruding end **14** and an upper or second chamber-loading and power-adaptive end **16**.

**[0026]** The lower or first end **14** has a replaceable fluid discharge nozzle **18** thereon. The elongated chamber comprises a housing **12** consists of a chamber into which a rotatable auger **20** is supported, as may be seen in **FIG. 3**. The auger **20** has a proximal portion **21** of a first diameter d1 and a tipped or distalmost end **22** tapering into a shaped, smaller, second diameter d2, which fits inside and is in supported, rotating communication within the nozzle **18** at the first or distalmost end **14** of the confection-applying device **10**. The auger **20** is arranged about a rotatable shaft **24** having an upper or proximalmost end **26** which engages a coupler **28** supportively arranged within the proximal power-adaptive-end **16** of the housing **12**.

**[0027]** The coupler **28**, being arranged within the second or uppermost power-adaptive-end **16** of the confection-applying device **10**, is attached to a drive shaft **30**, as represented in **FIG. 3**. The drive shaft **30** is arranged on the upper or proximalmost end of a reducing gear transmission arrangement **32**, supported within the proximal end **16** of the housing **12**. The transmission arrangement **32** is attached to the output drive shaft **30** which is connected to an electric motor **34** arranged within the second or uppermost end **16** of the elongated housing **12**, as shown in **FIG. 3**. A power cord **40**, in one preferred embodiment of the present invention, may be arranged through the uppermost end of the housing **12** to a power supply, not shown.

**[0028]** A further aspect of the present invention comprises a battery unit **41**, connected by proper means to the electric motor **34**, as also represented in **FIG. 3**.

**[0029]** The upper power-adaptive-end **16** of the elongated housing **12** is separable from the main body portion of the chamber at the location where the shaft **24** meets the transmission coupler **28**, as is represented in **FIG. 2**. The separability of the housing **12** into a relatively long portion permits the loading of a reasonably satisfactory amount, for example, about 1 to 8 ounces of dry "chips" or granules of a dry confectionary material without the mess associated with the prior art.

**[0030]** A control switch **42** is located adjacent to the distal or first end **14** of the elongated housing **12** for the convenience of manipulating the confection applying device **10** and turning the device **10** on or off. The control switch **42** may include a rheostat having an electric circuit **44** in communication with the electric motor **34** and power cable **40** or battery **41**, to variably control the speed or direction of rotation of the output shaft **30** of the electric motor **34** and thereby control the speed or direction of rotation of the auger **20** on the auger shaft **24**. The stepped down diameter of the auger **20** from d1 to d2 permits the use of a small diameter nozzle **18**, permitting artistic expression of finer lines of a melted, extruded confectionary **60**. The nozzle **18** may be replaceable with respect to the lower distal end **14** of the housing **12** by a screw thread arrangement **45**, or the like, permitting a new nozzle **18** which is cleaner or of different cross-sectional shape or diameter to be placed thereon.

**[0031]** A temperature generating element **46** may be arranged within the wall of, around or adjacent a peripheral

portion of the wall at the lower end **14** of the elongated housing **12**, the temperature generating element **46**, also controlled by the switch **42**, the element **46** having an upper-temperature limitation arrangement **47** therewith, so as to minimize the amount of heat which may be provided to the lower housing **14** and the confectionary **50** therein.

**[0032]** The elongated housing **12** comprises an elongated chamber into which dry "chips" or powder of confectionary material **50** such as chocolate chips or other like chip or granular material may be disposed when the upper end **16** of the housing **12** is removed from that chamber portion thereof to permit a reasonably satisfactory supply of material for designing a confectionary artwork.

**[0033]** Thus a baker or cook or even a child may safely apply an edible confection of granular or fluid material **50** within the holding/melting chamber **52** of the elongated housing **12** when the upper end housing **16** is removed. The power-end housing **16**, and thus and power cord **40** or battery **41** is thus safely away from the confectionary during loading of the chamber **52**. A gasket **55** may be sealably disposed about the rotatable coupler **28** in the housing **16** to minimize any cross contamination of the motor **34** or the confectionary material **50**. Actuation of the on/off control switch **42** may actuate the heating element **46** to provide a minimal temperature sufficient to melt the confectionary material **50** within the lowermost end **14** of the housing. Such a temperature may reside in the range of about 95 degrees F. to 105 degrees F. so as to melt such confection but not so high as to harm a child or user of this apparatus, and produce an applyable stream **60** of that melted edible material **55** to a substrate **62**.

**[0034]** A further embodiment of the confection writer apparatus **10** of the present invention is shown in **FIG. 4** showing a "pistol shaped" frame **70** having a forwardly directed barrel **72** and a handle **74**. The barrel **72** has a distal end **76** with a tapered extrusion nozzle **78** arranged thereon. A heating element **80** is arranged within the barrel **72**, A squeeze trigger **84** is pivotally connected to the frame **70** and extends adjacent the handle **74**. Squeezing of the trigger **84**, in one preferred embodiment activates the heater **80** by activation of a switch **82** in communication with the heater **80**.

**[0035]** The barrel **72** is hollow, and is arranged to receive a solid bar of chocolate **86**. The trigger **84**, when pivotally squeezed, moves a ratchet pusher **90** to distally advance a bar of chocolate **86** forwardly through the barrel **72**, into contact with the heated area of the apparatus **10**, and hence to manipulably extrude a stream of melted chocolate **92** out of the nozzle **78**, as represented in **FIG. 4**.

**[0036]** Another preferred embodiment of the present invention of the confectionary writer apparatus **10** is shown in **FIG. 5** showing a "pistol shaped" frame **100** having a forwardly directed barrel **102** and a handle **104** extending off of the barrel **102**. The barrel **102** has a distal end **106** with a tapered extrusion nozzle **108** arranged thereon. A heating element **110** is arranged within the barrel **102**. A squeeze trigger **112** is pivotally connected to the frame **100** and extends adjacent the handle **104**. Squeezing of the trigger **112** in one preferred embodiment activates the heater **110** by activation of a switch **114** in communication with the heater **110**.

**[0037]** The barrel **102** is hollow, and is arranged to preferably receive a granular or chipped or solid bar of chocolate **116**. A second chamber **118** enclosed the chocolate **116**. The chamber **118** is telescopingly arranged to slide into the barrel **102** when the trigger **112** is pivotally squeezed, the trigger squeeze movement also moves a ratchet pusher **120** to distally advance the second chamber **118** and hence push the chocolate **116** loaded in the chamber **118** forwardly through the barrel **102** and extrude a stream of melted chocolate **122** out of the nozzle **108**, as represented in **FIG. 5**.

I claim:

**1**. A hand manipulable apparatus for the receipt and extrusion of a stream of edible material comprising:

an elongated housing having a first end and a second end;

a discharge nozzle in said first end;

a chamber in said first end of said elongated housing for receipt of dry meltable edible material;

a circuit arranged in said first end of said elongated housing for heating and melting said edible material; and

an edible material advancing member for extruding said edible material out of said housing through said nozzle.

**2**. The apparatus as recited in claim 1, wherein said edible advancing member is a rotatable auger.

**3**. The apparatus as recited in claim 1, wherein said edible material is comprised of chocolate.

**4**. The apparatus as recited in claim 1, wherein said circuit includes an upper temperature limit controller.

**5**. The apparatus as recited in claim 1, wherein said auger is of stepped diameter to permit control of extrusion of melted edible material.

**6**. The apparatus as recited in claim 5, wherein said auger has a proximal portion of a first diameter and said auger has a distalmost tip of a second, reduced diameter than said first diameter.

**7**. The apparatus as recited in claim 6, wherein said distalmost tip of said auger rotatively mates within said nozzle.

**8**. The apparatus as recited in claim 1, having an electric motor in said second end of said housing.

**9**. The apparatus as recited in claim 8, wherein said electric motor is in communication with a power cord extending from said elongated housing.

**10**. The apparatus as recited in claim 8, wherein said electric motor is in communication with a battery in said second end of said housing.

**11**. The apparatus as recited in claim 2, wherein said chocolate advancing member is a chocolate bar engaging ratchet.

**12**. The apparatus as recited in claim 2, wherein said chocolate advancing member is a second solid-chocolate enclosing chamber for advancing unmelted chocolate towards a nozzle.

**13**. A method of manipulably applying a fluid confectionary material to a surface, comprising the steps of:

arranging a rotatable auger in a distal end of an elongated housing;

depositing a dry confectionary material into said distal end of said elongated housing, about said auger;

rotating said auger within said elongated housing;

heating said distal end of said elongated housing to effect a temperature change in said confectionary material; and

extruding a melt of confectionary material from a first nozzle arranged on said distal end of said elongated housing.

**14**. The method as recited in claim 13, including:

moving said confectionary material through a stepped auger at said distal end of said elongated housing.

**15**. The method as recited in claim 13, including:

attaching a proximal end of said auger to an electric motor in a proximal end of said elongated housing to permit the rotating of said auger.

**16**. The method as recited in claim 13, including:

removing said nozzle from said distal end of said elongated housing; and

replacing said nozzle with a second nozzle having a different configuration from said first nozzle.

**17**. The method as recited in claim 13, wherein said distal end of said housing is heated by an electric heating element arranged on said housing.

**18**. The method as recited in claim 13, including:

activating said auger to rotate and said distal end of said housing to be heated by a switch arranged adjacent said distal end of said elongated housing.

* * * * *

# United States Patent [19]

**Dennison**

[11] **Patent Number:** 4,953,755

[45] **Date of Patent:** Sep. 4, 1990



[54] **AUTOMATED THERMOPLASTIC DISPENSING DEVICE**


[75] Inventor: **Richard L. Dennison**, Burnsville, Minn.

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.



[21] Appl. No.: **252,688**

[22] Filed: **Oct. 3, 1988**

[51] **Int. Cl.**[5] .................... **B67D 5/62**

[52] **U.S. Cl.** .................... **222/146.5**; 222/109; 222/333

[58] **Field of Search** .................... 222/146.5, 146.2, 109, 222/110, 333; 219/230


[56] **References Cited**

U.S. PATENT DOCUMENTS



| | | | |
|---|---|---|---|
| 3,285,475 | 11/1966 | Phillips | 222/333 |
| 3,604,597 | 9/1971 | Pohl et al. | 222/146.5 |
| 3,653,552 | 4/1972 | Ast | 222/146.5 |
| 3,854,629 | 12/1974 | Blieberger | 222/333 |
| 4,457,457 | 7/1984 | Dziki | 219/230 |
| 4,552,287 | 11/1985 | Dziki | 222/146.5 |
| 4,615,469 | 10/1986 | Kishi et al. | 222/333 |
| 4,816,642 | 3/1989 | Dennison | 219/230 |



*Primary Examiner*—H. Grant Skaggs

*Attorney, Agent, or Firm*—Donald M. Sell; Walter N. Kirn; William L. Huebsch

[57] **ABSTRACT**


A device for dispensing molten thermoplastic material comprising a barrel member having an internal melting chamber communicating with an outlet opening through a nozzle, and a sleeve having one end secured at the barrel member and a through opening communicating with the end of the melting chamber opposite the outlet opening. The sleeve is adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a predetermined path. The barrel member is heated to melt the end portion of the rod therein, and a drive adapted to be switched between a deactivated state and an activated state is provided for driving the rod of solid thermoplastic material into the melting chamber at a predetermined rate to expel molten thermoplastic material through the nozzle. Upon switching of the drive means from the activated state to the deactivated state the drive moves the rod of solid thermoplastic material a small distance out of the melting chamber to cause molten thermoplastic material in the nozzle to flow toward the melting chamber and restrict movement (i.e., dripping or stringing) of that molten thermoplastic material out of the nozzle.


**1 Claim, 4 Drawing Sheets**




20
27
10
20
38
35
22
30
33
24
36
3
3
32
30
12
38
34
18
13
14
16

FIG. 1


20
27
10
20
38
28
26
36
24
30
22
12
24
28
38
26
18
13
14
16

FIG. 2


33
32
30
26
12
10
28
24
36
38
34
35
22

FIG. 3


10
28
24
22
38
32
33
36
26
30
24
38
28
12
18

FIG. 4


SONALERT
+5V
50
48
0.33uf
44
40
42
57
56
66
52
390Ω
1KΩ
220Ω
6.8V
180Ω
54
46
1.8KΩ
IN4001
TEMPERATURE CONTROLLER
+12
DC POWER SUPPLY
-12
120VAC
A
B
C
D
TO FIG.5B

FIG. 5A



470Ω
470Ω
74
72
Q
Q̄
2
27KΩ
+5V
6.8µf
76
+5V
1KΩ
0.01µf
1KΩ
0.22µf
1N4001
60
63
62
470Ω
6.8µf
58
ON HEAT SINK
5V
220µf
270Ω
.22µf
560Ω
560Ω
22µf
470Ω
330Ω
330Ω
470Ω
FROM FIG.5A
A
B
C
D


FIG. 5B

# AUTOMATED THERMOPLASTIC DISPENSING DEVICE

## TECHNICAL FIELD

The present invention relates to devices for dispensing molten thermoplastic material, and in one important aspect to means in such devices for restricting molten thermoplastic material from leaking through a nozzle on such a device when it is not in use.

## BACKGROUND ART

Devices are known for dispensing molten thermoplastic material that comprise a barrel member mounted on a frame and having an internal melting chamber communicating with an outlet opening through a nozzle, a sleeve having one end secured at the barrel member and a central opening communicating with the end of the melting chamber opposite the outlet opening which is adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a predetermined path, and means for heating the barrel member to melt the end portion of the rod therein so that when the rod is pressed into the barrel member molten thermoplastic material will be expelled through the nozzle. U.S. Pat. Nos. 4,552,287 and 4,457,457 describe such devices. The device described in U.S. Pat. No. 4,457,457, also includes driving means in the form of an external compressed air power source adapted to be switched between activated and deactivated states for, when in the activated state, driving the rod of solid thermoplastic material into the melting chamber to expel molten thermoplastic material through the nozzle. While such devices are suitable for many purposes, they do not afford the precision needed to dispense molten thermoplastic material in many automated systems (e.g., robot operated systems) in that it is difficult to actuate the device in such a way that will produce a precise predetermined amount or rate of output from the device, and there is a tendency for some molten thermoplastic material to escape from the nozzle when the devices is not being activated to dispense material, which is undesirable or unacceptable for many automated applications.

## DISCLOSURE OF INVENTION

The present invention provides a device for dispensing molten thermoplastic material which does afford the precision needed to dispense molten thermoplastic material in automated systems, can be actuated in such a way that will produce a variety of precise predetermined amounts or rates of output from the device, and which restricts molten thermoplastic material from escaping or "stringing" from the nozzle when the device is not being activated to dispense material.

According to the present invention there is provided a device for dispensing molten thermoplastic material which, like the device described above, comprises a barrel member mounted on a frame and having an internal melting chamber communicating with an outlet opening through a nozzle, a sleeve having one end secured at the barrel member and having a through opening communicating with the end of the melting chamber opposite the outlet opening, the sleeve being adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a predetermined path, means for heating the barrel member to melt the end portion of the rod therein, and driving means adapted to be switched between a deactivated state and an activated state for driving the rod of solid thermoplastic material into the melting chamber so that molten thermoplastic material will be dispensed through the nozzle.



Unlike the device described above, however, in the device according to the present invention the driving means can be activated to drive the rod of solid thermoplastic material into the melting chamber at a predetermined rate to expel molten thermoplastic material through the nozzle at a predetermined rate, and includes suck back means operable upon switching of the drive means from the activated state to the deactivated state adapted for moving the rod of solid thermoplastic material a short distance out of the melting chamber to cause molten thermoplastic material in the nozzle to flow toward the melting chamber and restrict movement or dripping of that molten thermoplastic material out of the nozzle.

Preferably device is adapted to drive the rod of solid thermoplastic material into the melting chamber at any one or a plurality of different predetermined rates, and the suck back means is adapted for moving the rod of solid thermoplastic material a single predetermined distance out of the melting chamber regardless of the rate at which the rod was being driven into the melting chamber in the activated state.

Also, preferably the driving means comprises at least one drive roller which is rotatably mounted on the frame adjacent the end of the sleeve opposite the chamber with its axis transverse of the path and its periphery (which is adapted for engagement with the rod of solid thermoplastic material) positioned to afford driving engagement with the portion of the rod of solid thermoplastic material projecting along the path. A rotor in a reversible direct current motor is coupled by drive means to the drive roller, and motor control means are provided that can rotate the rotor of the motor in a forward rotational direction at different predetermined rates of speed so that through the drive roller the motor can expel molten thermoplastic material through the nozzle at different predetermined rates; and the suck back means comprises means in the motor control means for, when the motor is deactivated, sequentially, shorting electro motive forces in the motor to ground, and applying a predetermined amount of power to rotate the armature of the motor in a reverse rotational direction through a predetermined angle to move the rod of solid thermoplastic material said single predetermined distance out of the melting chamber. Such shorting of the electro motive forces in the motor is important, for if it were not done the application of a predetermined amount of power to operate the motor in the reverse direction would result in different angles of rotation of the motor armature due to the need before the rotation could begin to overcome different amounts of electro motive force remaining in the motor resulting from different rates of armature rotation prior to deactivating the motor.

## BRIEF DESCRIPTION OF THE DRAWING

The present invention will be further described with reference to the accompanying drawing wherein like reference numerals refer to like parts in the several views, and wherein:

FIG. 1 is a vertical front view of a device for dispensing molten thermoplastic material according to the present invention that has parts broken away to show detail;

FIG. 2 is a vertical side view of the device of FIG. 1 that has parts broken away to show detail;

FIG. 3 is an enlarged fragmentary sectional view taken approximately along line 3—3 of FIG. 1;

FIG. 4 is an enlarged fragmentary sectional view taken approximately along line 4—4 of FIG. 2; and

FIGS. 5A and 5B together provide a schematic view of a motor control means for the device of FIG. 1.

## DETAILED DESCRIPTION

Referring now to the drawing, there is shown a device for dispensing molten thermoplastic material according to the present invention generally designated by the reference numeral 10.

Generally the device 10 comprises a frame 12 adapted to be mounted by a bracket 13 on a movable support such as the arm of a robot, a barrel member 14 mounted on the frame 12 and having an internal melting chamber communicating with an outlet opening through a nozzle 16, a sleeve 18 having one end secured at the barrel member 14 and a through opening communicating with the end of the melting chamber opposite the outlet opening, the sleeve 18 being adapted to receive a cylindrical rod 20 of solid thermoplastic material with one end portion of the rod 20 in the melting chamber and the rod 20 projecting through the sleeve 18 along a predetermined path, and means for heating the barrel member 14 to melt the end portion of the rod 20 therein, all being of generally the same structure as the corresponding components of the device described in U.S. Pat. No. 4,552,287 (the content whereof is incorporated herein by reference) modified to incorporate the temperature control described in my U.S. Pat. No. 4,816,642, the content whereof is also incorporated herein by reference.

Additionally the device 10 includes novel driving means 22 adapted to be switched between a deactivated state and different forward activated states for driving the rod 20 of solid thermoplastic material into the melting chamber at different predetermined rates to expel molten thermoplastic material through the nozzle 16 at different predetermined rates, and suck back means operable upon switching of the drive means from any one of the forward activated states to the deactivated state adapted for moving the rod 20 of solid thermoplastic material a single predetermined distance out of the melting chamber to cause molten thermoplastic material in the nozzle 16 to flow toward the melting chamber and restrict movement of that molten thermoplastic material out of the nozzle 16.

The driving means comprises at least one, and as illustrated, two drive rollers 24 each having an axially ribbed concave periphery adapted for engagement with by indenting one side of the rod 20 of solid thermoplastic material and rotatably mounted about shafts 26 on the frame 12 in spaced relationship adjacent the end of the sleeve 18 opposite the chamber with its axis transverse of the path and its periphery positioned to afford driving engagement with a portion of the rod 20 of solid thermoplastic material projecting from the sleeve 18 along the path between the sleeve 18 and a guide tube 27. Each drive roller 24 is in opposed relationship to an idler roller 28 on the opposite side of the path that is similar in size and shape but has a smooth outer surface.



Each idler roller 28 is rotatably mounted on a shaft 30 having ends received in slots in the frame 12. The idler rollers 28 are biased toward the drive rollers 24 by the ends of a spring 32 mounted by having a central coil of the spring 32 around a pin 33 on the frame 12 to insure good driving engagement between the drive rollers 24 and the rod 20.

Also included in the driving means is a reversible direct current motor 34 having a rotor 35, drive means in the form of a gear reduction assembly including a spur gear 36 on an output shaft driven by the rotor 35 (e.g., the 6 volt DC motor commercially designated Escap 22C11-216-5 together with the 128 to 1 reduction gear reduction assembly commercially designated Escap B24.0-128, both available from Stock Drive Products Designatronics, Inc., New Hyde Park, N.Y.) and engaged with spur gears 38 fixed at ends of the drive rollers 24 for coupling the rotor 35 to the drive rollers 24, and an electrical circuit (see FIGS. 5A and 5B) that provides motor control means for deactivating the motor 34 and for operating the motor 34 to rotate the rotor 35 in a forward rotational direction at different predetermined rates of speed so that the motor rotates the drive rollers 24 in a direction to move the rod 20 of solid thermoplastic material into the melting chamber at different predetermined rates to expel molten thermoplastic material through the nozzle 16 at different predetermined rates; and wherein the suck back means comprises means in the motor control means sequentially operated upon deactivation of the motor 34 for shorting electro motive forces in the motor 34 to ground, and for applying a predetermined amount of power to the motor 34 to rotate the rotor 35 in the motor 34 in a reverse rotational direction through a predetermined angle. Such shorting of the electro motive forces in the motor 34 to ground is important, for if it were not done the application of a predetermined amount of power to operate the motor 34 in the reverse direction would result in different angles of reverse rotation of the rotor 35 due to the need before such reverse rotation could begin to overcome different amounts of electro motive force remaining in the motor 34 resulting from different rates of forward rotor rotation prior to deactivating the motor 34. Use of such grounding, however, insures that the the rod 20 of solid thermoplastic material will be moved a single predetermined distance out of the melting chamber to both cause molten thermoplastic material in the nozzle 16 to flow toward the melting chamber and restrict movement or dripping of that molten thermoplastic material out of the nozzle 16, and to place that rod at a known location with in the melting chamber so that upon reactivation of the motor 35 to rotate the rotor 35 in the forward direction the amount of rotation required to start melted thermoplastic material flowing from the nozzle 16 will be known, which is important to place that melted thermoplastic material at a predetermined location on a substrate.

An electrical circuit that provides at least a portion of the motor control means is illustrated in FIGS. 5A and 5B. In that circuit power is directed to the motor 34 by power transistors 40 (forward rotation) and 42 (reverse rotation). Transistors 40 and 42 are connected together in a complimentary emitter follower configuration and have their emitters connected to contacts of a relay 44 such that through the relay 44 either of the transistors 40 or 42 alone may be connected to the motor 34. When the relay 44 is de-energized its contacts are position so that the reverse rotation transistor 42 is connected to

the motor 34, however, a clamp transistor 46 is turned on hard, diverting to ground base drive current for the transistor 42 so that transistor 42 is turned "off" and no power is transmitted to the motor 34. The motor 34 is activated to drive the rod 20 into the chamber by energizing the relay 44 either by depressing the manual adhesive feed switch 48 or by a remote control device (such as may be incorporated in a robot) closing contacts to complete a connection through a plug 50. When the relay 44 is energized, forward rotation transistor 40 is connected to the motor 34. The magnitude of the voltage supplied to the motor 34 and the corresponding rate of armature rotation in the motor 34 is determined by the setting of a potentiometer 52 connected to the base of the forward rotation transistor 40. The maximum voltage that can be applied to the motor 34 is approximately 6 volts and is limited by a zener diode 54 connected across the base input network of the forward rotation transistor 40. Power to rotate the rotor 35 in the motor 34 in the forward direction (and thereby dispense thermoplastic material from the nozzle 16) will be continuously supplied as long as the relay 44 is energized.

The suck back means are provided in that when the relay 44 is first energized normally open contacts 56 & 57 close and set a flip-flop 58 so that pin 36 of the flip-flop 58 goes negative causing a 0.01 μf flip-flop capacitor 60 connected to the output of an inverter 62 to discharge through a 330 ohm resistor 63 and an output of the inverter 62. The flip-flop 58 remains in this state as long as the relay 44 is energized. When the relay 44 is de-energized by either breaking the connection at the manual adhesive feed switch 48 or in the remote control device connected by the plug 50) the reverse rotation transistor 42 is again connected to the motor 34, the flip-flop 58 is reset by normally closed contacts 56 and 66 causing pin 6 of the flip-flop 58 to go positive which, through the inverter 62, causes a pulse of current to flow though the 330 ohm resistor 63 (i.e., the 0.01 μf capacitor 60 and the 330 ohm resistor 63 form a differentiating network). This ultimately causes a positive pulse of about 5 μs to occur at the pin 2 input of a one-shot 72. The Q NOT output of the one-shot 72 goes negative, causing the output of an inverter 74 to go high. This, in turn, causes the input of the clamp transistor 46 to go high by approximately 0.6 volt which causes the transistor 46 to turn "off". When the transistor 46 turns "off" base-emitter current flows in the reverse rotation transistor 42 causing reverse drive voltage to be applied to the motor 34. Note that a full 6 volts of DC power is applied to the drive motor 34. The rotor 35 of the motor 34 will be driven in reverse, thus retracting (or pulling back) the adhesive rod 20 in the barrel member 14, and causing a check valve (not shown) at the nozzle 16 to close quickly, preventing dripping from the nozzle 16 for a short time and breaking the "string" of adhesive extending from the nozzle 16 that normally otherwise occurs. The reverse rotation of the rotor 35 will continue for the time setting of the one-shot 72, which time period is determined by the setting of a 500 K ohm potentiometer 76 connected between pin 15 of the one-shot 72 and a positive 5 volts power supply. The timing provided by the one-shot 72 is variable between approximately 25 micro seconds and approximately 1.6 seconds by adjusting the potentiometer 76. After the one-shot 72 runs out the system returns to its quiescent condition. The suck back of the rod 20 will not occur when the motor 34 is activated for such a short time period that back EMF in the motor 34 is not stabilized and no movement of the rotor 35 or rod 20 occurs. Rather, the rod 20 must be advanced by at least a very short amount before the suck back occurs to prevent the rod 20 from being "backed" out of the barrel member 14.

The circuit shown in FIGS. 5A and 5B does not illustrate the means described above for shorting electro motive forces in the motor 34 to ground prior to applying a predetermined amount of power to the motor 34 to rotate the rotor 35 in the motor 34 in a reverse rotational direction to provide the suck back of the rod 20. That means for shorting can be provided by incorporating an additional one-shot to control a PNP transistor across the windings of the motor 34 which, with suitable diode steering, will provide such grounding for a predetermined time.

The present invention has now been described with reference to one embodiment thereof. It will be apparent to those skilled in the art that many changes can be made in the embodiment described without departing from the scope of the present invention. Thus the scope of the present invention should not be limited to the structures described in this application, but only by structures described by the language of the claims and the equivalents of those structures.

I claim:

1. A device for dispensing molten thermoplastic material comprising:

a frame;

a barrel member mounted on said frame and having an internal melting chamber communicating with an outlet opening through a nozzle;

a sleeve having one end secured at said barrel member and a through opening communicating with the end of said melting chamber opposite said outlet opening, said sleeve being adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through said sleeve along a predetermined path;

means for heating said barrel member to melt the end portion of the rod therein;

driving means adapted to be switched between a deactivated state and different forward activated states for driving said rod of solid thermoplastic material into said melting chamber at different predetermined rates to expel molten thermoplastic material through said nozzle at different predetermined rates, said driving means comprising at least one drive roller having an axis and a periphery adapted for engagement with said rod of solid thermoplastic material, means for rotatably mounting said drive roller on said frame adjacent the end of said sleeve opposite said chamber with said axis transverse of said path and said periphery positioned to afford driving engagement with a said rod of solid thermoplastic material projecting though said sleeve along said path, a reversible direct current motor having a rotor, drive means for coupling said rotor to said drive roller, and motor control means for deactivating said motor and for operating said motor to rotate said rotor shaft in a forward rotational direction at different predetermined rates of speed so that said motor rotates said drive roller in a direction to move said rod of solid thermoplastic material into said melting chamber at different predetermined rates to

expel molten thermoplastic material through said nozzle at different predetermined rates; and

suck back means operable upon switching of said drive means from any one of said forward activated states to said deactivated state adapted for moving said rod of solid thermoplastic material a single predetermined distance out of said melting chamber to cause molten thermoplastic material in said nozzle to flow toward said melting chamber and restrict movement of that molten thermoplastic



material out of the nozzle, said suck back means comprising means in said motor control means sequentially operated upon deactivation of said motor for shorting electro motive forces in said motor to ground, and for applying a predetermined amount of power to said motor to rotate said rotor in said motor in a reverse rotational direction through a predetermined angle.

* * * * *

US 20100147465A1

(19) **United States**

(12) **Patent Application Publication** (10) **Pub. No.: US 2010/0147465 A1**

**Di Miceli et al.** (43) **Pub. Date: Jun. 17, 2010**

(54) **EXTRUDER WELDING DEVICE**

(76) Inventors: **Giuseppe Di Miceli**, Menziken (CH); **Bruno Von Wyl**, Kagiswil (CH)

Correspondence Address:
**MARK D. SARALINO (GENERAL)**
**RENNER, OTTO, BOISSELLE & SKLAR, LLP**
**1621 EUCLID AVENUE, NINETEENTH FLOOR**
**CLEVELAND, OH 44115-2191 (US)**

(21) Appl. No.: **12/600,854**

(22) PCT Filed: **Mar. 7, 2008**

(86) PCT No.: **PCT/EP08/01814**

§ 371 (c)(1), (2), (4) Date: **Nov. 19, 2009**

(30) **Foreign Application Priority Data**

May 22, 2007 (DE) ...................... 20 2007 007 282.1

**Publication Classification**

(51) **Int. Cl.**
***B32B 37/00*** (2006.01)

(52) **U.S. Cl.** ........................................................ **156/579**

(57) **ABSTRACT**

The invention relates to a hand welding extruder (**1**) for welding thermoplastic materials by means of a plasticized plastic strand (**26**) having a plasticization worm unit (**24**) connected to a drive motor (**20**) by a gearbox (**21**), and having a hot air generation device (**27**) with an external air supply, the plasticizer worm unit, the gearbox, the drive motor, and the hot air generation device being disposed in a common housing. The proposed hand welding extruder has a bar-shaped housing having a front welding segment (**7**) and a grab handle (**8**) connected thereto in the longitudinal direction. The plasticizer worm unit and the hot air generation device are disposed in the bar-shaped housing in the welding segment and an electric motor (**20**) is disposed in the grab handle. The electric motor is connected to a shaft of the extruder worm (**23**) via a gearbox, the gearbox being potentially provided in the grab handle and/or the welding segment of the bar-shaped housing of the hand weld extruder.






Fig. 1


2
4
5
6
7
8
9
10
11
12
13
20
21
22
23
24
25
26
27
28
29
30
34

Fig. 2


23
35
34
24
28
38
25

Fig. 3




Fig. 4

**EXTRUDER WELDING DEVICE**

## TECHNICAL FIELD OF THE INVENTION

**[0001]** The invention relates to a hand welding extruder for welding thermoplastic materials by means of a plasticized plastic strand having a plasticization worm unit connected to a drive motor by a gearbox, and having a hot air generation device with an external air supply, the plasticizer worm unit, the gearbox, the drive motor, and the hot air generation device being disposed in a common housing.

## DISCUSSION OF RELATED ART

**[0002]** Such welding devices are known in a wide variety of embodiments. They are used for the so-called extrusion welding, i.e. for surface-to-surface joining of plastic materials. Known extruder welding devices comprise a heatable plasticization worm unit that is supplied with a welding wire consisting of thermoplastic plastic material. The plasticization worm unit heats the welding wire and conveys it to the welding spot as a plasticized plastic strand with an extruder worm via a welding shoe with an exit nozzle at the front end of the plasticization worm unit. At the same time, the plastic materials are heated with hot air in an area around the welding spot in question. For this purpose, the extruder welding device usually has an integrated hot air generation device with its own or an external air supply that heats a supplied flow of cold air and directs, by means of a pre-heating nozzle, a flow of hot air onto the spot of the plastic materials that is to be welded.

**[0003]** The hot air generation device and the plasticization worm unit usually have controllable heating devices that are separate from each other so that the temperatures of the hot air and of the plasticized plastic strand can be controlled independently of each other for optimal welding conditions. The extruder worm of the plasticization worm unit is driven by a rotating drive system. For this purpose, a shaft of the extruder worm is connected with a drive unit with controllable speed whose drive motor drives the extruder worm via a gearbox. The engineering of known extruder welding devices was based on electric hand drills that were augmented by a plasticization worm unit and a hot air generation device. The hot air generation device and the plasticization worm unit are permanently attached to each other and designed as an accessory device for non-permanent attachment to the electric drill.

**[0004]** As a consequence, conventional hand welding extruders are shaped like a typical electric drill, with a drill handle extending laterally from the longitudinal axis of the electric drill and a handle extending laterally from the housing of the accessory device. Both features impede the handling of the welding extruder at welding spots in tight spaces that are difficult to access. Another disadvantage is the great weight of such hand welding extruders, causing fatigue of the operator in case of extended operation. For this reason, it is frequently desirable to use a hand welding extruder of light weight and small size.

**[0005]** An extruder welding device of this type is known from DE 299 15 768 U1. In the device proposed therein, the plasticization worm unit, the hot air generation device, and the drive motor for driving the extruder worm are arranged in a common housing, with an external quasi-stationary control unit being provided for the heating systems of the plasticization worm unit and of the hot air generation device, as well as for the speed of the drive motor. The control unit is non-permanently connected with the hand welding extruder via flexible supply lines. A disadvantage appears to be the integrated fluid motor that is driven by a hydraulic pressure aggregate with an electric hydraulic pump because the hydraulic pressure aggregate is heavy and requires its own, complex control system.

**[0006]** With reference to this prior art, the invention addresses the problem of proposing a hand welding extruder of slender configuration that is lightweight and has an electrical drive system.

## SUMMARY OF THE INVENTION

**[0007]** According to the invention, this problem is solved by a hand welding extruder with the characteristics of claim **1**. Additional advantageous implementations are given in the dependent claims.

**[0008]** The hand welding extruder according to the invention has a bar-shaped housing with a front welding segment and a grab handle connected thereto in the longitudinal direction. In the bar-shaped housing, the plasticization worm unit and the hot air generation device are located in the welding segment, and an electric motor is located in the grab handle. Via a gearbox, the electric motor is connected with a shaft of the extruder worm, with the gearbox installed either in the grab handle and/or the welding segment of the bar-shaped housing of the hand welding extruder.

**[0009]** In a preferred embodiment of the hand welding extruder, the gearbox is installed in the grab handle so that it is remote from the heating systems of the hot air generation device and/or the plasticization worm unit, thereby minimizing its exposure to the heat generated by these. In addition, the gearbox along with the electric motor may be cooled by means of a flow of air in a conventional way.

**[0010]** Advantageously, the front welding segment and the rear grab handle of the bar-shaped housing have an essentially cylindrical shape. This results in an elongated, slender shape of the hand welding extruder so that it can be used even when space is restricted. It has the additional advantage that this creates a simple and ergonomically favorable shape of the handle whose diameter is essentially determined by the configuration of the electric motor. Also, the cylindrical shape of the tube-shaped welding segment makes it possible to arrange the plasticization worm unit and the hot air generation device inside it in a concentric and therefore space-saving configuration. The hot air generation device may be located next to the plasticization worm unit, or may concentrically overlap the plasticization worm unit on the outside, either completely or partially.

**[0011]** Commonly, the plasticization worm unit and the hot air generation device have different operating temperatures, with the temperature of the plasticization worm unit set to be significantly below that of the hot air generation device. It proved to be advantageous to thermally disconnect the plasticization worm unit and the hot air generation device from each other in order to largely prevent mutual thermal influences. As a consequence, their temperatures can be controlled independently by means of the individual heating systems. In order to achieve the thermal disconnection, either an air gap or some other insulating material may be provided between the plasticization worm unit and the hot air generation device. If an air gap is provided, the insulating effect can be improved by passing a cool flow of air through the air gap.

**[0012]** Due to high temperatures, the welding segment of the welding extruder poses the danger of causing burns. It is therefore of advantage to provide a cooled guard tube on the

bar-shaped housing that largely overlaps the welding segment. The guard tube is cooled by the cold flow of air that is blown through an annular gap between the hot housing of the welding segment and the guard tube. The flow of air exits from the grab handle in the direction of the annular gap. The flow of air for cooling the guard tube may be taken from the cold air supply for the hot air generation device. It is also possible to use the air guided past the housing and the electric motor for cooling the same.

**[0013]** In a preferred embodiment of the invention, the hand welding extruder has a mobile welding unit and a quasi-stationary supply unit that are remote from each other and are connected, or can be connected with each other by means of flexible connecting lines. The flexible connecting lines may include electrical supply and control signal lines as well as hose lines. The supply unit is as mobile per se as the welding unit, with the welding unit being movable independently of the supply unit. As a consequence, the supply unit may be stationed in one place for the welding process, i.e. it may be operated in a quasi-stationary mode. This configuration is based on the idea of reducing the weight and the volume of the hand welding extruder as much as possible by separating from each other all components of the hand welding extruder that do not participate directly in the welding process as well as the operating elements that are not directly required for the operation, by creating the supply and welding unit.

**[0014]** The quasi-stationary supply unit for the hand welding extruder is a sturdy device and can be connected by means of the provided connecting lines to existing power and compressed air sources or blowers, or to appropriate supply lines. In order to facilitate the ease of use of the hand welding extruder it is practical to combine the flexible connecting lines in one or several bundles of lines, preferably in a single bundle of lines. This line bundle may also include the supply tube for the plastic strand to be plasticized. The supply lines may be enclosed in a common sleeve, or may be held together by individual connectors.

**[0015]** Preference is given to an embodiment where the flexible connecting lines, for example a hose line for the air supply and electrical connecting lines contained therein, are connected to the welding unit and/or the supply unit by means of a rotatable connector. This has the effect that the welding unit can simply be rotated in circumferential direction relative to the supply unit without the connecting lines twisting in a spiral, thereby impeding the handling of the welding unit, especially when welding in inaccessible spaces.

**[0016]** Preferably, the supply unit of the hand welding extruder according to the invention has control and/or adjustment devices for the supply of the plasticization worm unit and/or the hot air generation device and/or the electric motor, with connections for the connecting lines between the welding unit and the supply unit being provided in the extension of the grab handle of the welding unit on the bar-shaped housing. This further enhances the slender cylindrical configuration of the welding unit so that the hand welding extruder is especially well suited for extrusion welding in tight and therefore difficult to access welding spots.

**[0017]** In one embodiment of the hand welding extruder according to the invention, the supply unit has control elements and/or display elements for setting or visually displaying the speed of the electric motor and/or the temperature of the plasticized plastic strand and/or the temperature of the hot air and/or the air supply to the hot air generation device. Preferably, the control elements and the display elements are digital in order to permit a precise control and display, although analog embodiments are not excluded.

**[0018]** The control elements permit the error-free adjustment of the welding parameters for the hand welding extruder. Beside the control and display elements on the supply unit, additional control and display elements may be provided on the grab handle of the hand welding extruder that also act on the control and/or adjustment devices of the supply unit. They may be provided in addition to, and therefore parallel to the control and/or display elements of the supply unit. By means of these elements, during the operation of the hand welding extruder, the operator is able to directly monitor and/or slightly change important parameters of the welding process without having to interrupt the welding process.

**[0019]** In an advantageous embodiment of the hand welding extruder, the grab handle—preferably at a rear end—has at least one connection for the air supply and/or the energy supply, as well as at least one operating element, in the form of a switch or selector, for the electric motor and/or the heating systems of the hand welding extruder. The operating element located directly on the grab handle makes it possible to briefly interrupt and then resume the welding process with the hand welding extruder. In addition, connections for control sensors integrated in the bar-shaped housing as well as for a supply line for the plastic strand may be provided on the grab handle.

**[0020]** As drive system for the plasticization worm unit, an electronic drive unit with an electric motor is provided whose speed can be controlled. On the one hand, this allows for a compact configuration with a good volume-to-performance ratio and, on the other hand, provides for an essentially constant torque that is selectable, with the electric motor being rated for continuous operation at high temperatures.

**[0021]** Below, the invention is explained in detail with reference to two embodiments shown in the drawing. Additional characteristics of the invention follow from the description below of the embodiments of the invention in conjunction with the claims and the attached drawing. The individual characteristics of the invention may be implemented either by themselves or in combinations of several in different embodiments of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0022]** FIG. **1** shows a perspective view of a first hand welding extruder according to the invention with a rigid connector;

**[0023]** FIG. **2** shows a sectional view of the welding unit of the hand welding extruder from FIG. **1**;

**[0024]** FIG. **3** shows an enlarged detail of the front welding segment of the welding unit of the hand welding extruder from FIG. **1**; and

**[0025]** FIG. **4** shows a perspective view of a second hand welding extruder according to the invention with a rotatable connector.

## DETAILED DESCRIPTION OF THE INVENTION

**[0026]** FIG. **1** shows a hand welding extruder **1** according to the invention with a supply unit **3** that is separated from the welding unit **2**, with the welding unit **2** and the supply unit **3** being connected non-permanently to each other via flexible connecting lines **4**, **5**. The connecting line **4** supplies the welding unit **2** with electric energy and the connecting line **5** supplies compressed cold air to the welding unit **2**. The weld-

ing unit **2** has a bar-shaped, essentially cylindrical housing **6** with a front welding segment **7** and a rear grab handle **8**. In addition, a handle extending laterally from the housing **6**, as known from other apparatus, may be provided.

**[0027]** A pre-heating nozzle **9** for supplying hot air, and also a welding shoe **10** with an exit nozzle **11** for a plasticized plastic strand (not shown in the drawing) are located at a front end of the front welding segment **7**. In addition, at a rear end of the grab handle **8** that is associated with the supply unit **3**, the connections **12**, **13** for the supply lines **4**, **5** are provided. The supply unit **3** has matching connections **14**, **15**. Also, the welding unit **2** has a cooled guard tube **34** that overlaps the welding segment **7** and is cooled by means of the supplied cold air that flows in the longitudinal direction through the air gap **35** located therebetween.

**[0028]** By means of the supply unit **3**, the welding unit **2** is supplied with electric power and cold air. For this purpose, the supply unit **3** can be connected by means of an electric power cord **16** and an air supply hose **17** to a voltage source and to a compressed air source or a blower for cold air (not shown in FIG. **1**). The cold air dispensed by the compressed air source enters the welding unit **2** via a control valve **18**. The control valve **18** serves to adjust the air throughput through the welding unit **2** through the adjustment of the overpressure of the air supply. In addition, the supply unit **3** has an electrical on-off switch **19** for the supplied line voltage.

**[0029]** FIG. **2** shows a sectional view of the welding unit **2**. An electric motor **20** and a gearbox **21** are located in the grab handle **8**. Via a the gearbox **21**, the electric motor **20** is connected to a shaft **22** of an extruder screw **23** that is part of the plasticization worm unit **24**. The plasticization worm unit **24** is heated with a coil heating system **25**. During the welding process, a plastic strand **26** is pulled into the plasticization worm unit **24** where it is plasticized and is then extruded by the extruder worm **23** at the welding shoe **10** via the exit nozzle **11**.

**[0030]** The cylindrical welding segment **7** also has a hot air generation device **27** with a heating element **28** for generating hot air. The hot air generation device **27** is supplied by an external source with compressed cold air that is supplied by the supply unit **3** via the control valve **18**. Via the air connection **13**, the cold air enters the grab handle **8** of the housing **2** and is then guided past the electric motor **20** and the gearbox **21** for the purpose of cooling said motor and gearbox, until it reaches the welding segment **7**. In the welding segment **7**, a portion of the compressed cold air enters the hot air generation device **27** where, heated by the heating element **28**, it exits as a flow of hot air at the pre-heating nozzle **9**. The remaining portion enters the air gap **35** referred to above for the purpose of cooling the guard tube **34**.

**[0031]** Beside the compressed air connection **13** for the cold air and the electrical connection **12** for the energy supply of the coil heating system **25**, of the heating element **28**, and of the electric motor **20**, a switch/adjuster **29** as operating element for switching on and off and for regulating the speed of the electric motor **20** is provided. In addition, an electronic circuit **30** is located in the grab handle that monitors and/or controls the correct function of the welding unit **2**. The plasticization worm unit **24** and the hot air generation device **27** are thermally disconnected from each other by an air gap **38**, as can be seen in FIG. **3**. This makes it possible to control the temperatures of the heating systems **25**, **28** of the plasticization worm unit **24** and of the hot air generation device **27** largely independently of each other. Also, a thermal influence of the hot air generation device **27** on the plasticization worm unit **24** after the hand welding extruder **1** is switched off is largely excluded.

**[0032]** In a box-shaped housing **31**, the supply unit **3** shown in FIG. **1** has control/adjustment devices (not shown in the drawing) for the temperatures of the plasticized plastic strand and of the generated hot air, as well as for the quantity of the plastic strand to be conveyed. For this purpose, appropriate sensors (not shown) are installed in the housing **6** of the welding unit **2**. In order to set the nominal values, adjustment elements **32** for setting the speed of the electric motor **20** and for setting the temperatures of the heating systems **25**, **28**, of the plasticization worm unit **24**, and of the hot air generation device **27** are provided on the housing **31**. The adjustment elements **32** may be coupled with associated display elements **33** of the housing **31**.

**[0033]** The hand welding extruder **1** according to the invention shown in FIG. **4** differs from the hand welding extruder **1** shown in FIG. **1** essentially in that the flexible connecting lines **4**, **5** to the supply unit **3** (not shown in FIG. **4**) are configured as a flexible line bundle **36**. The electrical connecting line **4** is located inside the connecting line **5** for the external air supply. The line bundle **36**, with the hose line **5** serving as sleeve, is rotatably connected to the grab handle **8** of the welding unit **2** by means of a rotatable connector **37**. In accordance with the first emb, the end (not shown in the drawing) of the line bundle **36** that is associated with the supply unit **3** may have separate air and electrical connections **14**, **15**, or a joint connection in which the connections **14**, **15** are arranged preferably coaxially with each other.

**1**. A hand welding extruder for welding thermoplastic materials by means of a plasticized plastic strand having a plasticization worm unit connected to a drive motor by a gearbox, and having a hot air generation device with an external air supply, with the plasticizer worm unit, the gearbox, the drive motor, and the hot air generation device being disposed in a common housing, wherein the common housing includes a bar-shaped housing having a front welding segment and a grab handle connected thereto in the longitudinal direction; the hot air generation device is disposed in the welding segment together with the plasticization worm unit; and by an the electric motor is disposed in the grab handle.

**2**. The hand welding extruder according to claim **1**, wherein the gearbox is located in the grab handle.

**3**. The hand welding extruder according to claim **1**, wherein the front welding segment and the rear grab handle of the bar-shaped housing have an essentially cylindrical shape.

**4**. The hand welding extruder according to claim **3**, wherein the plasticization worm unit and the hot air generation device are thermally disconnected therebetween.

**5**. The hand welding extruder according to claim **1**, wherein a cooled guard tube is located on the welding segment in an overlapping configuration.

**6**. The hand welding extruder according to claim **1**, wherein the hand welding extruder has a mobile welding unit and a quasi-stationary supply unit that are disposed remotely from each other and are connected, or can be connected to each other by means of flexible connecting lines.

**7**. The hand welding extruder according to claim **6**, wherein the supply unit has control and/or adjustment devices for the supply of the plasticization worm unit and/or the hot air generation device and/or the electric motor, with the con-

nections for the connecting lines being provided in the extension of the grab handle of the welding unit on the bar-shaped housing.

**8**. The hand welding extruder according to claim **1**, wherein the connecting lines are combined in one or several line bundles.

**9**. The hand welding extruder according to claim **6**, characterized in that wherein the flexible connecting lines are connected to the welding unit and/or the supply unit by means of a rotatable connector.

**10**. The hand welding extruder according to claim **6**, wherein the supply unit has adjustment elements and/or display elements for the setting and/or the visual display of the speed of the electric motor and/or the temperature of the plasticized plastic strand and/or the air supply of the hot air generation device, such elements being preferably of a digital type.

**11**. The hand welding extruder according to claim **1**, wherein the grab handle has at least one connection for the air and/or energy supply, as well as at least one operating element for the electric motor and/or the heating systems of the hand welding extruder.

**12**. The hand welding extruder according to claim **4**, wherein the plasticization worm unit and the hot air generation device are thermally disconnected by an air gap therebetween.

**13**. The hand welding extruder according to claim **8**, wherein the connecting lines are combined in a single line bundle.

* * * * *

# United States Patent

[11] **3,604,597**

[72] Inventors **Harold E. Pohl**
**Kankakee, Ill.;**
**Kenneth M. Grout, Wakefield, Mass.**
[21] Appl. No. **823,365**
[22] Filed **May 9, 1969**
[45] Patented **Sept. 14, 1971**
[73] Assignee **General Mills, Inc.**

[54] **PLASTIC EXTRUSION DEVICE**
**14 Claims, 9 Drawing Figs.**

[52] **U.S. Cl.** .......... **222/146 HE,** 18/3.5, 222/333
[51] **Int. Cl.** .......... **B67d 5/62**
[50] **Field of Search** .......... 18/3.5; 141/82; 219/227; 222/146, 333; 401/2; 239/133, 590.3, 590.5; 192/66

[56] **References Cited**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,916,752 | 12/1959 | Baker | 192/66 X |
| 3,078,047 | 2/1963 | Enemark | 239/590.3 X |
| 3,281,576 | 12/1966 | Cooper et al. | 222/146 HE X |
| 3,314,573 | 4/1967 | Newton | 222/146 HE |
| 3,314,574 | 4/1967 | Longval et al. | 222/146 HE |
| 3,443,059 | 5/1969 | Spencer | 222/146 X |
| 3,459,335 | 8/1969 | Cohen et al. | 222/146 |
| 3,465,469 | 9/1969 | Winter et al. | 239/133 X |
| 3,485,417 | 12/1969 | Cocks | 222/146 |

FOREIGN PATENTS

| | | | |
|---|---|---|---|
| 945,108 | 12/1963 | Great Britain | 239/133 |

*Primary Examiner*—Joseph R. Leclair
*Assistant Examiner*—Steven E. Lipman
*Attorneys*—Anthony A. Juettner, William C. Babcock and L. MeRoy Lillehaugen

**ABSTRACT:** A dispensing gun for melting and extruding a thermoplastic rod material in a molten state. The gun includes a heated endpiece in which the material is melted, which is detachably connected to the discharge end of the gun, and a unique drive mechanism for advancing the rod material into the endpiece. The endpiece is readily removable for cleaning purposes, or for replacing it with a similar endpiece.



PATENTED SEP 14 1971 SHEET 1 OF 2 3,604,597




FIG-1




FIG-2

FIG-3

INVENTOR.
HAROLD E. POHL
KENNETH M. GROUT
BY L. McKay Lillelhaugen

PATENTED SEP 14 1971 3,604,597

SHEET 2 OF 2




FIG-4




FIG-6




FIG-5




FIG-7




FIG-8




FIG-9

INVENTOR.
HAROLD E. POHL
KENNETH M. GROUT
BY L. MacRay Lillehaugen

## PLASTIC EXTRUSION DEVICE

The present invention relates to a plastic extrusion device, and more particularly to a hand-held dispensing gun for melting and extruding thermoplastic resins in a molten state.

As known to those in the art, thermoplastic resins are used for numerous purposes where quick-setting adhesives are desired or required. Molten thermoplastic resins of various types exhibit excellent binding characteristics for varied uses in the furniture industry, the packaging industry, the clothing industry, as well as numerous other uses, such as for repair purposes. Numerous dispensing devices have been designed for feeding a quantity of thermoplastic adhesive (usually in rod form) into a heated chamber, melting the adhesive in the chamber, and dispensing it onto a surface in a desired form. It has been discovered that the known devices ofttimes exhibit one or more of the following disadvantages: they are expensive to manufacture; they are bulky to handle; they are subject to dripping or drooling, of the molten thermoplastic from the nozzle during periods of nonuse, while the device is still warm; they are difficult to keep clean, as well as to clean; they are limited to the use of a thermoplastic rod of a prescribed type, size, and shape; they can only form a bead or dot of a single type without substantially modifying the device; it is difficult to maintain the melting chamber at a desired temperature; and it is difficult to maintain a desired feed rate of material through the device.

Accordingly, one object of the present invention is to provide an improved plastic extrusion device.

Another object is to provide a thermoplastic adhesive-dispensing gun in which the melting chamber and discharge orifice can readily be separated from the rest of the gun.

A further object is to provide a portable hotmelt-dispensing gun which is relatively simple in construction, inexpensive to manufacture, and easy and convenient to operate.

A still further object is to provide a hotmelt-dispensing fun in which the endpiece containing the melting chamber and discharge orifice, can readily be replaced with another endpiece.

Another object is to provide a hotmelt-dispensing gun having improved feed means for advancing a rod of thermoplastic material through the gun at a uniform and adjustable feed rate.

Other objects and advantages will become apparent from a consideration of the following specification and accompanying drawings. Before proceeding with a detailed description of the invention, a brief description of it will be presented.

Briefly, the device includes a body portion which has a passage or channel therein into which a rod of thermoplastic adhesive material can be fed, through an inlet end. A drive mechanism is provided within the device for gripping the rod and advancing it through the passage at a desired feed rate. An end portion which includes an endpiece, is secured to the discharge end of the device in such a manner that at least the endpiece can readily be separated from the device. The endpiece is provided with a passage therethrough, and it is heated to a prescribed temperature by means of a heater shell which surrounds the endpiece; the heater shell being connected to a source of electrical energy. Thermoplastic rod material which is advanced through the device, is heated to a molten state within the removable endpiece and dispensed therefrom through a nozzle having a prescribed orifice onto a desired surface, in the form of a bead, dot, or ribbon.

The invention will best be understood by reference to the following drawings wherein;

FIG. 1 is a perspective view illustrating the invention;

FIG. 2 is an enlarged partial sectional view illustrating the invention in detail;

FIG. 3 is a partial view similar to FIG. 2, but illustrating the apparatus partially disassembled;

FIG. 4 is an enlarged partial sectional view of the endpiece disclosed in FIG. 2;

FIG. 5 is a sectional view taken along line 5—5 of FIG. 4;

FIG. 6 is an enlarged partial sectional view taken along line 6—6 of FIG. 2;

FIG. 7 is a partial view, similar to FIG. 2, which illustrates another embodiment of the invention;

FIG. 8 shows the device of FIG. 7 in a partially disassembled condition; and

FIG. 9 is a sectional view taken along line 9—9 of FIG. 7.

FIG. 1 illustrated a plastic extrusion device or dispensing gun designated generally by reference numeral 10. The gun 10 includes a body portion 12 which is provided with a handle or grip portion 14 having an inlet end 16, and a discharge end 18 at the other end of the body portion. As shown in FIG. 1, the body 12 is formed of a main frame member 12*a* and a cover or plate member 12*b* which is attached to the frame by appropriate means, such as by bolts or screws. An opening 42 is provided in the plate 12*b*. The device also includes a trigger mechanism 20, a friction clutch mechanism 22 which projects through the opening 42, a motor housing 24, and an end portion designated by numeral 25, which includes an endpiece 26 which is detachably connected to the discharge end 18 of the device.

A thermoplastic adhesive rod R is depicted as being fed into the gun at its inlet end 16. At this point, it might be pointed out that the device can be used in conjunction with a variety of thermoplastic materials, and there is no intention to limit the use of the device to any specific type of thermoplastic resin, as it can readily be used with polyamide resins, versalon resins, polyester resins, polyethylene resins, and the like. The desired melting temperature, as well as the desired feed rate might vary of course, depending upon the particular resin being used.

The gun 10 is electrically connected to a transformer and rectifier unit 28 by means of an electrical wire 30; and the unit 28 in turn, is connected to an appropriate electrical outlet. The unit 28 performs a number of functions. In many instances a DC motor will be used for driving the mechanism 22; thus, the device 28 will convert alternating current to direct current. Moreover, such a device can be used to conveniently provide more than one heat range to the gun. Units of this type are commercially available; therefore, no detailed description of their construction and operation is believed necessary. It might be pointed out, that if preferred, the gun could be designed to operate directly from a 110 volt AC electrical source, by including appropriate electrical components within the gun. For purposes of illustration however, it will be described in conjunction with the unit 28.

FIG. 2 illustrates the gun 10 in greater detail. As shown, the body portion 12 is provided with an elongate channel or passage 32 which extends from the inlet end 16 of the handle 14 to the discharge end 18. The cross-sectional size and shape of the channel 32 can vary, depending upon the size and shape of the rod being fed into the gun. A cavity 34 is provided at the discharge end of the device, which is somewhat larger than the size of the channel 32 (note FIG. 4).

A pair of chambers or cavities 36 and 38 are formed within the body 12. The cavities are provided for holding the clutch mechanism 22, and a drive mechanism for advancing the rod through the channel 32 at a desired feed rate; FIG. 6 illustrates this structure in greater detail. A threaded shaft 40 is fixedly mounted within the frame 12*a* so that is projects through the opening 42 in the plate 12*b*. A spur gear 44, provided with teeth on its periphery, is rotatably mounted on the shaft 40, and it is separated from a feed roller 46 by a washer 48 formed of a suitable compressible and resilient material. The feed roller 46 is formed with a peripheral groove 50, which at least partially surrounds the rod material, and it also has a plurality of pointed prongs or teeth 52 in the groove which aid in gripping or engaging the rod. A pair of thrust washers 54 and 56 are positioned on the shaft proximate the feed roller 46, and they are separated from each other by a thrust bearing 58. Finally, a nut 60 is threaded onto the end of the shaft 40. The purpose of the nut is to provide a means of controlling the thrust on the feed roller 46. All of the members mounted on

the shaft **40**, except the nut **60**, are rotatable relative to the shaft. A worm gear **62**, fixedly mounted on a shaft **64** by appropriate means, is also positioned within the chamber **36** so that it engages the teeth on the periphery of the gear **44**. A guide roller **66** having a peripheral groove **68**, is rotatably mounted on shaft **70** within the cavity **38**, so that it is aligned with, and spaced from, the feed roller **46**.

A drive motor **72** is mounted within the motor housing **24**, and its output shaft is operatively connected to the shaft **64** by an appropriate gear reducer mechanism **74** and drive shaft. Various types of drive motors and gear reducers are commercially available which might be satisfactorily used, therefore they will not be described in further detail.

The trigger mechanism **20** is pivotally attached to the body portion **12** at **76**. The grip portion **14** is provided with a bore formed of two different sizes; a first bore **78**, and a second bore **80** which is smaller than the first bore **78**, and which forms a shoulder **82** with the first bore. A movable plunger **84** is positioned within the bores **78** and **80** in such a manner that one of its ends abuts against the trigger **20**, and its other end activates a switch mechanism **86**, positioned within the cavity **88** in the handle portion of the gun. Any number of commercially available switches might be used; preferably a "push on"-type switch is used. A first spring **90** is positioned within the bore **78**, and it biases the trigger **20** toward the left as viewed in FIG. **2**. A second spring **92** is positioned within the bore **80** in such a manner that it abuts against a flange **94** attached to the plunger **84**, and an abutment **96** at the base of the bore **80**, thus also biasing the plunger **84** toward the left as viewed in FIG. **2**. Passages **98** and **99** extend from the cavity **88** to the discharge end **18** and the motor housing **24** respectively.

Reference is now made to the end portion **25**. A heater element housing **100** is attached to the discharge end **18** of the gun by positioning it within the cavity **34**, note FIG. **4**. For cooling purposes, the housing **100** is preferably formed with enlarged openings for permitting heat to dissipate. The housing **100** is firmly retained within he cavity **34** by tightening a bolt-and-nut arrangement **102** mounted on the discharge end **18** of the device, by providing a band member around the discharge end of the boy portion **12**, or some similar arrangement. A plug member **104** having a first passage **106** and a second smaller passage **107** therein, is press fit within one end of the housing **20** so that the passage **106** is aligned with the passage **32** in the gun, and the passage **107** is aligned with the passage **98** in the gun. The plug **104** includes a neck portion **108** which projects into the housing **100** toward the projecting end of the housing. A ring-shaped member **110**, having a pair of openings **112** and **114** therein, is press fit within the housing **100** proximate its other end. A pair of female connectors or sockets **116** and **118** are secured to the member **110** so that they surround the openings **112** and **114** respectively. Each connector **116** and **118** is connected to a source of electrical energy by electrical leads **119** positioned within passages **107** and **98**.

The endpiece **26** is positioned within the projecting end of the housing **100** in such a manner that it fits relatively snug with respect to the housing. As illustrated more fully in FIG. **4**, the endpiece includes a liner member **120** which is surrounded by a tubular or shell-like heater unit **122**. The liner **120** is provided with an elongate passage **124** which extends from a first end **125** of the liner and terminates with a conical cavity **126** within the liner body. A plurality of discharge passages **128** extend from the second end **130** of the liner into the cavity **126**. As shown, the passages **128** are substantially smaller than the passage **124**, and they are parallel to the axis of the passage **124**. While the liner **120** might be formed of a variety of materials, preferably, it is formed of a material such as copper which has excellent heat-conductive properties.

An elongate tubular member or feed tube **132** is connected to the liner **120**, by force fitting a first end **134** into the end **125** of the liner. The second end **136** of the tubular member projects into the passage **106** within the neck **108** of the plug **104**. While the connection between tube **132** and neck **108** should be somewhat snug, it should not be so tight that the members cannot be readily moved with respect to each other. The cross-sectional size of the passage within the tube **132** varies. As illustrated in FIG. **4**, the thickness of the tube wall at the end **136** is smaller than the wall thickness at the end **134**. As a result, a gradually tapered flow channel is formed within the tubular member. A tapered flow channel of this type aids in inducing the flow of molten material from the right to the left, as viewed in FIG. **4**. A nozzle **140** having a discharge orifice **142** of a prescribed size, is attached to the end of the liner so that it surrounds the discharge passages **128**.

The heater unit **122** fits snugly around the liner **120** so that the members do not move with respect to each other, and it is included for heating the endpieces to a prescribed temperature level so as to melt material within the cavity of the liner member **120**. Commercially available heater units are readily available to fit the specific heating requirements desired. Hotwatt, Inc., of Danvers, Massachusetts for example, makes a variety of cartridge-heating units which might be used with satisfactory results. Hotwatt, Inc. Bulletin 510 6/66 5M depicts a number of ceramic heater units illustrative of the general type which might be used. While a detailed description of the units is believed to be unnecessary, a brief description of the units will be presented. As shown in FIGS. **4** and **5**, the heater unit **122** includes a continuous resistance wire **144** positioned within passages **145** in a ceramic shell, the passages **145** being equidistantly spaced around the center of the unit. The resistance wire **144** is connected to a pair of male plug members or prongs **146** and **148**, and when connected to a source of electrical energy, they provide heat to the endpiece **26**. The number of passages **145** can vary, depending upon the specific heating requirements desired.

An endpiece having a liner with a plurality of longitudinal discharge passages therein, and a heater unit with a plurality of conductors therein has been found to work with very satisfactory results. The longitudinal passages in the liner and the continuous resistance wire provide excellent heat transfer to a greater surface area of the resin. Moreover, the overall volume of molten resin which is retained within the passages is small enough to minimize post-drip or drooling when feed of the rod into the gun is discontinued. The ceramic heater shell unit provides uniform distribution of heat around the liner, as well as excellent heat retention during operation. The resultant even distribution of heat seems to minimize resin degradation and it provides greater fluidity in relation to the size of the heat unit.

The switch **86** is provided for controlling the flow of electrical current to the motor **72** and to the heater unit **122**. In FIG. **1**, a commercially available transformer and rectifier unit **28** is interposed between the extrusion gun and the electrical outlet. The unit **28** is provided for furnishing two heating ranges or levels to the endpiece, a maintenance heat of a specific temperature while the gun is at rest, and a higher operating temperature for use during the melting and extruding operation. The unit **28** is provided with a first switch **150** and a second switch **152**. By connecting the gun to the unit **28** and turning the switch **150** to the "on" position, electrical current flow directly to the heater unit **122**, thereby raising the temperature of the endpiece to a specific level. When the switch **152** is turned to the "on" position, electrical current flows to the switch **86**. When the switch **86** is activated by the trigger assembly **20**, the current flows to both the motor **72** and the heater unit **122**, thereby raising the temperature of the unit **122** to a level hot enough to melt the thermoplastic resin being fed into the endpiece. If preferred of course, the gun could be designed to operate with only a single heating level.

In operation, the unit **28** is connected to an ordinary household outlet, and the gun **10** is then connected to the unit **28**. An endpiece **26** is selected which has the desired heating capabilities and the desired nozzle opening. The endpiece is attached to the housing **100** by inserting it within the projecting end of the housing in such a manner that the prongs **146**

and 148 are inserted within the female connectors 116 and 118 respectively. With the switch 150 in the "on" position, electrical energy flows through the leads 120 to the endpiece so that the endpiece is heated to a first temperature level. The particular temperature level desired will of course, depend upon the particular thermoplastic material being used, its size, and the like. After the gun, and more particularly the endpiece 26 has been permitted to reach its initial temperature setting, a rod R is inserted within the channel 32 until it is engaged by the rollers 46 and 66. With the switch 152 in the "on" position, electrical current will flow to the switch 86. By actuating the trigger mechanism 20, the current will flow simultaneously to the motor 72 and to the heating element 26. The additional flow of electrical energy to the heating element 26 raises its temperature to a higher level, i.e., hot enough to melt the thermoplastic material as it enters the heating chamber.

When the motor 72 is energized, it causes the worm gear 62, and more particularly, the spur gear 44 to rotate at a prescribed speed. As the gear 44 rotates, rotational movement is also imparted to the feed roller 46, by means of the member 48 which frictionally engages both the gear 44 and the roller 46, thus effectively coupling them together. By loosening or tightening the nut 60 with respect to the shaft 44, the clutch mechanism will cause the feed roller 46 to rotate at the same rate of speed as the gear 44, or if the nut is loosened a sufficient amount, the roller 46 will tend to slip with respect to the member 48. As the roller 46 is caused to rotate, it cooperates with the roller 66 to advance the rod material toward the discharge end of the gun, and more particularly, into the heated endpiece 26. As the thermoplastic material is advanced into the endpiece, it is transformed from a rod form into a molten state prior to reaching the nozzle orifice 142.

As additional molten thermoplastic material is required, the operator continues to squeeze the trigger mechanism 20, thereby causing the rod to be fed into the heating chamber at a prescribed feed rate. The feed rate should be adjusted (by means of the clutch mechanism 22) to correlate to the melting rate of the material within the endpiece. When the extruding operation is completed or interrupted, the trigger mechanism is released, so that the motor is no longer energized, and the endpiece is permitted to cool to its first temperature setting. Thus, the gun will be in a state of readiness for additional usage, and when such further use is desired, the trigger mechanism is merely actuated so that the rod material is again caused to advance into the channel 32, and the endpiece is heated to the higher temperature level. After the extruding operation has been completed, and the heater element housing 100 has cooled, the element 26 can readily be separated from the gun for cleaning purposes. Moreover, in some instances it might be desired to use an endpiece which is somewhat different in construction; therefore, an endpiece having different structural and functional characteristics can easily be substituted for the one being used, by merely removing the one endpiece and replacing it with another.

FIGS. 7–9 illustrate another embodiment of a dispensing gun having a removable end portion designated by numeral 160. The end portion 160 includes a heater element housing 162, similar to housing 100 in FIG. 2, which is removably attached to the discharge end 164 of a gun 166, by appropriate means. As shown more clearly in FIG. 9, an endpiece 168 is fixedly mounted within the projecting end 170 of the housing 162, in such a manner that it is not readily separable from the housing. A plug 172, having passages 174 and 176 extending therethrough, is positioned within the end of the housing 162 proximate the discharge end of the gun.

The endpiece 168 includes a liner member 178, which is surrounded by a heater unit 180. The liner 178 is provided with a passage 182, the major portion of which is somewhat conically shaped, and which terminates with an orifice 184. A feed tube 186 having a tapered flow channel 188 therein, is mounted with respect to the liner 178 so that one of its ends is positioned within the passage 182 in the liner, and its other end is positioned within the passage 174 in the plug 172. Thus, the passages 182, 188, and 174 are aligned with respect to a discharge passage 190 in the gun. A nozzle 192 is fixedly connected to the discharge end of the endpiece.

The heater unit 180 is substantially the same in construction as the heater unit 122 described in conjunction with FIG. 2, and it is electrically connected by leads 194 to an appropriate connector device, and to leads 196 positioned within the gun, the leads 196 in turn being electrically connected to a switch and source of electrical power (not shown).

In operation, an end portion 160, including the housing 162 and the endpiece 168, is selected having the desired structural and functional requirements. The selected end portion is detachably connected to the discharge end of the gun by inserting it within an appropriate cavity in the gun. A selected thermoplastic rod material is advanced into the housing 162, and more specifically, the feed tube 186, and ultimately into the passage 182 within the heated endpiece 168, where it is heated to a molten state and discharged through the nozzle 188, in a desired shape or form. When the operation has been completed the entire portion 160 can be removed for cleaning purposes, or for replacing it with another similar unit. FIG. 8 depicts the invention after the end portion 160 has been detached from the gun.

In the above description and attached drawings, a disclosure of the principles of this invention if presents, together with some of the embodiments by which the invention might be carried out. Now, therefore, we claim:

1. An extrusion device for melting and extruding molten thermoplastic material comprising a body portion portion which includes a handle portion, an inlet end, a discharge end, an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material, means for advancing said rod material through said passage when said rod material is introduced into the inlet end, an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, said endpiece including a liner member having said elongate passage therein, said liner member including a plurality of discharge passages which communicate with said elongate opening thereby forming a plurality of discharge orifices, each of said passages having a smaller cross-sectional size than that of the elongate passage, means at least partially surrounding said endpiece for heating said endpiece to a temperature of sufficient magnitude to melt said rod material when introduced into said elongate passage in the endpiece, and means for detachably connecting said endpiece to the discharge end of the device so that the elongate opening in the endpiece is aligned with the elongate passage in the body portion.

2. The combination of claim 1 wherein said liner member is formed of copper.

3. The combination of claim 1 wherein a tapered nozzle is secured to the discharge end of the endpiece.

4. An extrusion device for melting and extruding molten thermoplastic material comprising a body portion which includes a handle portion, an inlet end, a discharge end, an elongate channel extending from said inlet end to said discharge and for receiving a thermoplastic rod material, means for advancing said rod material through said passage when said rod material is introduced into the inlet end, an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, means at least partially surrounding said endpiece for heating said endpiece to a temperature of sufficient magnitude to melt said rod material when introduced into said elongate passage in the endpiece, said means comprising a tubular member which surrounds the endpiece, said member including a plurality of electrical conductors positioned within the member for supplying heat to the endpiece when the conductors are connected to a source of electrical energy, and means for detachably connecting said endpiece to the discharge end of the device so that the elongate opening in the endpiece is aligned with the elongate passage in the body portion.

5. The combination of claim 4 wherein the means for detachably connecting the endpiece to the extrusion device includes housing means interposed between said endpiece and the discharge end of the device.

6. The combination of claim 4 wherein the means for advancing the rod material through the device includes at least one roller adapted to engage the surface of the rod material and continuously move it longitudinally within the passage in the device, motor means forming a part of said extrusion device for causing said roller to rotate, means for energizing said motor means, and switch means for controlling the flow of electrical energy to said motor means.

7. The combination of claim 6 wherein said switch controls the flow of electrical energy to the motor means and to the means for heating the endpiece.

8. The combination of claim 7 wherein means are provided for controlling the temperature of the heater means between at least two different ranges.

9. The combination of claim 6 wherein a friction clutch mechanism is provided for controlling the rotational speed of the roller, relative to he output speed of the motor means.

10. An extrusion device for melting and extruding molten thermoplastic material comprising a body portion which includes a handle portion, an inlet end, a discharge end, an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material, means for advancing said rod material through said passage when said rod material is introduced into the inlet end, an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, means for heating said endpiece to a temperature of sufficient magnitude to melt said rod material when introduced into said elongate passage in the endpiece, said endpiece including a liner member having said elongate passage therein, said liner member including a plurality of discharge passages which communicate with said elongate opening thereby forming a plurality of discharge orifices, each of said passages having a smaller cross-sectional size then that of the elongate passage, said elongate passage terminating with a conically shaped cavity within the endpiece, each of the discharge passages communicating with said cavity, and means for detachably connecting said endpiece to the discharge end of the device so that the elongate opening in the endpiece is aligned with the elongate passage in the body portion.

11. An extrusion device for melting and extruding molten thermoplastic material comprising a body portion which includes a handle portion, an inlet end, a discharge end, an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material, means for advancing said rod material through said passage when said rod material is introduced into the inlet end, an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, means for heating said endpiece to a temperature of sufficient magnitude to melt said rod material when introduced into said elongate passage in the endpiece, said endpiece including a liner member having said elongate passage therein, said liner member including a plurality of discharge passages which communicate with said elongate opening thereby forming a plurality of discharge orifices, each of said passages having a smaller cross-sectional size then that of the elongate passage, an elongate tubular member which is operatively connected at one end to the liner member and at its other end to the discharge end of the device thereby aligning the passages in the liner member, the tubular member, and the discharge end of the device along a common line when the endpiece is secured to the discharge end of the extrusion device, and means for detachably connecting said endpiece to the discharge end of the device so that the elongate opening the endpiece is aligned with the elongate passage in the body portion.

12. The combination of claim 11 wherein the cross-sectional size of the passage in the tubular member proximate the liner member is smaller than the passage at the opposite end of said tubular member.

13. An extrusion device for melting and extruding molten thermoplastic comprising a body portion which includes a handle portion, an inlet end, a discharge end, an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material, means for advancing said rod material through said passage when said rod material is introduced to the inlet end, an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, means for heating said endpiece to a temperature of sufficient magnitude to melt said rod material when introduced into said elongate passage in the endpiece, and means for detachably connecting said endpiece to the discharge end of the device so that the elongate opening in the endpiece is aligned with the elongate passage in the body portion, said means for detachably connecting the endpiece to the extrusion device including housing means interposed between said endpiece and the discharge end of the device, said endpiece being detachably connected to said housing means, and said housing being secured to the device.

14. An extrusion device for melting and extruding molten thermoplastic material comprising a body portion which includes a handle portion, an inlet end, a discharge end, an elongate channel extending from said inlet end to said discharge end for receiving a thermoplastic rod material, means for advancing said rod material through said passage when said rod material is introduced into the inlet end, an endpiece having an elongate passage therethrough which terminates with at least one discharge orifice, means for heating said endpiece to a temperature of sufficient magnitude to melt said rod material when introduced into said elongate passage in the endpiece, and means for detachably connecting said endpiece to the discharge end of the device so that the elongate opening in the endpiece is aligned with the elongate passage in the body portion, said means for detachably connecting the endpiece to the extrusion device including housing means interposed between said endpiece and the discharge end of the device, said housing means being detachably connected to the device, and said endpiece being secured to said housing.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17015004 |
| **Filing Date:** | |
| **Title of Invention:** | |
| **First Named Inventor/Applicant Name:** | |
| **Filer:** | Joshua Pritchett/Amy Kendall |
| **Attorney Docket Number:** | |

Filed as Large Entity

**Filing Fees for**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| DOCUMENT FEE FOR THIRD-PARTY SUBMISSIONS | 1818 | 1 | 180 | 180 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43292403 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | |
| **First Named Inventor/Applicant Name:** | |
| **Correspondence Address:** | -<br>-<br>-<br>-<br>- - -<br>- -<br>- |
| **Filer:** | Joshua Pritchett/Amy Kendall |
| **Filer Authorized By:** | Joshua Pritchett |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 20-JUL-2021 |
| **Filing Date:** | |
| **Time Stamp:** | 11:53:05 |
| **Application Type:** | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $180 |

| | |
|---|---|
| RAM confirmation Number | E20217JB53013278 |
| Deposit Account | 071337 |
| Authorized User | Amy Kendall |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32472<br>c6f3a95bfb72ce84dba6dc299c6650fb926d5793 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 46076<br>5f99f979b7d525488444d324c1ac2d88d86eeec3 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 19569<br>5702e16fa1baaef10d9bdb1105de7e3ebe06e468 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | | F-C6699-OP646_Third_Party_Submission.pdf | 2499262<br>d41eb32d21319a3583c26802648bfbb7861abb49 | yes | 52 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Concise Description of Relevance | 1 | 18 |
| Evidence of Publication | 19 | 52 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 29424<br>376b813c42948a0e37f1801e3ec979e277b8cb8b | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 2626803 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

157354 7590 08/17/2021
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| CENTRAL, DOCKET | |

| ART UNIT | PAPER NUMBER |
|---|---|
| OPAP | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/17/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

judith.troilo@morganlewis.com
karen.catalano@morganlewis.com
ocipdocketing@morganlewis.com

**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR/ PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 17/015,004 | 09/08/2020 | DILWORTH et al. | 122620-5124 |

| | EXAMINER | |
|---|---|---|
| **Morgan, Lewis & Bockius LLP (OC)**<br>**600 Anton Boulevard Suite 1800**<br>**Costa Mesa, CA 92626-7653** | JUSTIN W RIDER | |
| | **ART UNIT** | **PAPER** |
| | 2403 | 20210813 |

**DATE MAILED:** ______

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner for Patents**

A third-party submission under 37 CFR 1.290 was filed on and is being entered in the above-identified application. Please allow a few days for the submission to be visible in the Patent Application Information Retrieval (PAIR) system. Note that the submission will be identified using the “Information Disclosure Statement Filed” Document Description. This Document Description is being used for the internal purposes only. The Office does not consider the submission to be an Information Disclosure Statement under 37 CFR 1.97 and 1.98.

Any questions regarding this communication should be directed to Justin W. Rider at (571) 270-1068. A secondary contact is Christopher Grant at(571) 272-7294.

/Justin W Rider/
Quality Assurance Specialist, Art Unit 2403

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | OPAP |
| | | | | Examiner Name | Docket Central |
| Sheet | 1 | of | 1 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | EP 13861105.8, Third Party Observations dated October 18, 2021, 85 pages |
| | C2 | 3Doodler: The World's First 3D Printing Pen by WobbleWorks LLC - Kickstarter, retrieved from https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen\description, 9 pages, last updated November 25, 2014 |
| | C3 | Interview with 3Doodler Co-creator Max Bogue, February 28, 2013, retrieved from blog/makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/, 7 pages |
| | C4 | MakerBot Industries: Plastruder MK4, 2009, retrieved from web.archive.org/web/20091012055654/http://wiki.makerbot.com\plastruder-mk4, 34 pages |
| | C5 | Category: Extruders - RepRap, last revised October 9, 2012, retrieved from https://reprep.org/mediawiki/index.php?title=Category:Extruders&oldid=67755, 7 pages |
| | C6 | YouTube posted by Jon Buford, published on November 27, 2012, retrieved from https://www.youtube.com/watch?v=ef03qSz-yC8, 4 pages |
| | C7 | Draw in the Air with 3Doodler - 3d Printing Era, February 19, 2013, retrieved from www.3dpringinera.com/draw-in-the-air-with-3doodler/, 2 pages |
| | C8 | Fung 2037 - Turns out the Makible team had the …, February 23, 2013, retrieved from https://fung2037.tumblr.com/post/43847991789/turns-out-the-makibox-makible-team-had-the, 2 pages |
| | C9 | #MakiBox Update - A6 Printing Smoothly, Public Demos, and the Scribble, November 28, 2012, retrieved from https://web.archive.org/web/20121203045530/http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, 11 pages |
| | C10 | EP 13861105.8, Acknowledgment of receipt of observations by third parties, dated October 18, 2021, 1 page |
| | C11 | EP 13861105.8, Relevance of third party observation dated October 18, 2021, 1 page |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44145805 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 02-NOV-2021 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 16:59:36 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Other Reference-Patent/App/Search documents | EP13861105-3rd_Pty_Observations-Part1of2.pdf | 17120509<br>ab7882575ec7c4ac5dfac56582829b0bbcfd6819 | no | 40 |

**Warnings:**

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Other Reference-Patent/App/Search documents | EP13861105-3rd_Pty_Observations-Part2of2.pdf | 24729897<br>808dd71c05a042192efebdcb60efbdc124fef23c | no | 45 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | A9-3D_Doodler_Kickstarter.pdf | 4239150<br>661fd8a81dc3e59b604826bb3e70308ff039e730 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Non Patent Literature | A10_Interview_with_Max_Bogue.pdf | 1131169<br>0aba6cee4e4a214533c8abb587c1288fe438b797 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | A11_Plastruder_MK4.pdf | 21317965<br>12eaf0f8f6eddb6f1fc4c40ab44ac1c631f3ab09 | no | 34 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Non Patent Literature | A12-Category-Extruders.pdf | 277150<br>59a2e50e4cebedf2384ecc8d3c5c6fc58e9517a5 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Non Patent Literature | A13b-Youtube.pdf | 3113059<br>96d3f9861ab491dc830b3eaa69529d467f142ea8 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | A13c_3d_Printing_Era.pdf | 725883<br>7f9092bd7ef87f6b9b17ce27904e3b3b1e6a1218 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Non Patent Literature | A13d_Fung.pdf | 1463800<br>927bf07d871e1d1b0f65d5dc44b5f21e551<br>52938 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | A13-MakiBox_Update.pdf | 7132564<br>93422866a19468e6e58334ccf46ef675f146<br>4e09 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Non Patent Literature | Ack_of_3rd_Pty_Observations.<br>pdf | 30496<br>0a28f8bb021ef6e25c81522ece9aa7004c8a<br>45c1 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Non Patent Literature | Relevance_3rd_Pty_Observatio<br>ns.pdf | 22067<br>2c21ff07c2d2eb0800e7d7b9c5272ce9fb89<br>1c73 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | | 5124-IDS.pdf | 353014<br>12907f0abc1bfbb7a0fd9511902acbd8aa97<br>77c1 | yes | 3 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Form (SB08) | 3 | 3 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 81656723 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No: 122620-5124

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH, et al. | : | Confirmation Number: 1660 |
| Application No.: 17/015,004 | : | Group Art Unit: OPAP |
| Filed: September 8, 2020 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: Docket Central |

# INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the “References Cited” on any patent to issue therefrom.

This Information Disclosure Statement is being filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be

construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: November 2, 2021

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B1 | CN 101070020A | 11-2007 | Guangbao Science Technology Co | | X |
| | B2 | CN 101213060A | 07-2008 | Stratasys, Inc. | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Summary of the Current Allegations from the Petitioner in the Invalidation Notice of 26 November 2021, and comments, 9 pages |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

Espacenet

# Bibliographic data: CN101070020 (A) — 2007-11-14

## Printing control model

**Inventor(s):** WU MINQUAN ZENG [CN] + (MINQUAN,ZENG WU, ; WU MINQUAN, ; ZENG JINHUAN, ; SU YUREN, ; HE HUIJUN)

**Applicant(s):** GUANGBAO SCIENCE TECHNOLOGY CO [CN] + (GUANGBAO SCIENCE-TECHNOLOGY CO., LTD)

**Classification:** **- international:** *B41J23/02; B41J25/24; B41J29/38; B41J3/32; B41J33/14*
**- cooperative:**

**Application number:** CN20061080301 20060509

**Priority number(s):** CN20061080301 20060509

**Also published as:** CN100506547 (C)

## Abstract of CN101070020 (A)

A print control module contains a shell body and with a driving device set in it, a first and second driving entity and a power switching entity. The driving device contains a motor and a group of driving gear used in outputting power of motor. When motor traverse at first direction, power switching device output power to the first driving entity. When motor traverse in opposition with first direction, power switching device will fix the first driving entity and transfer power to the second driving entity.

[19] 中华人民共和国国家知识产权局

[12] 发明专利申请公布说明书

[21] 申请号 200610080301.5

[51] Int. Cl.
B41J 29/38 (2006.01)
B41J 3/32 (2006.01)
B41J 23/02 (2006.01)
B41J 33/14 (2006.01)
B41J 25/24 (2006.01)

[43] 公开日 2007 年 11 月 14 日

[11] 公开号 CN 101070020A

[22] 申请日 2006.5.9
[21] 申请号 200610080301.5

[71] 申请人 光宝科技股份有限公司
地址 台湾省台北市
[72] 发明人 吴敏全 曾锦焕 苏育仁 何慧君

[74] 专利代理机构 北京市柳沈律师事务所
代理人 何秀明 李晓舒

权利要求书 4 页 说明书 7 页 附图 13 页

[54] 发明名称

# 打印控制模块

[57] 摘要

一种打印控制模块，包括有一壳体、一安装在壳体内的传动装置、一第一驱动机构、一第二驱动机构以及一动力切换机构。传动装置包括有一马达和一用来输出马达的动力的传动齿轮组。其中，在马达以一第一方向旋转时，动力切换机构输出动力至第一驱动机构；在马达以与第一方向相反的方向旋转时，动力切换机构将第一驱动机构固定，并将动力传输至第二驱动机构。



1. 一种打印控制模块，包括有：

一壳体；

一传动装置，安装在所述壳体内，包括有：

一马达；以及

一传动齿轮组，用来输出所述马达的动力；

一第一驱动机构，安装在所述壳体内；

一第二驱动机构，安装在所述壳体内；以及

一动力切换机构，安装在所述壳体内，包括有：

一第一旋转臂板；

一第一齿轮，以相对所述第一旋转臂板可转动的方式安装在第一旋转臂板上，且与所述传动齿轮组的一齿轮啮合；

一第一行星齿轮，以相对所述第一旋转臂板可转动的方式安装在所述第一旋转臂板上，且与所述第一齿轮啮合，用来绕所述第一齿轮转动；

一固定元件，安装在所述第一旋转臂板上；

一第二旋转臂板；

一第二齿轮，以相对所述第二旋转臂板可转动的方式安装在所述第二旋转臂板上；

一第二行星齿轮，以相对所述第二旋转臂板可转动的方式安装在所述第二旋转臂板上，且与所述第二齿轮啮合，用来绕所述第二齿轮转动；以及

一轮轴，连接在所述第一齿轮的转轴与所述第二齿轮的转轴之间，用来同时驱动所述第一齿轮和所述第二齿轮，

其中，在马达以一第一方向旋转时，第一行星齿轮与第一驱动机构啮合，以输出动力至第一驱动机构，在马达以与第一方向相反的方向旋转时，固定元件将第一驱动机构固定，第二行星齿轮与第二驱动机构啮合，将动力传输至第二驱动机构。

2. 如权利要求1所述的打印控制模块，其中所述第一驱动机构是一步骤切换机构，包括有：

一第三齿轮，以相对壳体可转动的方式安装在壳体内；

一凸轮旋转臂，与第三齿轮固接，包括有一平面和一圆弧面，用来通过

平面和圆弧面，切换热转印打印机的操作步骤；以及

一第三行星齿轮，以相对凸轮旋转臂可转动的方式安装在凸轮旋转臂上，且与第二驱动机构啮合，用来绕第二驱动机构转动。

3. 如权利要求2所述的打印控制模块，其中所述步骤切换机构还包括有：

一旋转臂，以相对壳体可转动的方式安装在壳体内，其一端与凸轮旋转臂接触，另一端可沿一圆弧摆动；以及

一离合齿轮，安装在旋转臂的另一端，

其中，平面和圆弧面控制旋转臂的转动，以控制离合齿轮啮合一色带齿轮组或一抓纸卷轴齿轮组。

4. 如权利要求3所述的打印控制模块，其中在离合齿轮与色带齿轮组啮合时，第二驱动机构可驱动色带齿轮组，在离合齿轮与抓纸卷轴齿轮组啮合时，第二驱动机构可驱动抓纸卷轴齿轮组。

5. 如权利要求3所述的打印控制模块，其中所述色带齿轮组用来驱动一色带旋转，抓纸卷轴齿轮组用来驱动一纸张前进或后退。

6. 如权利要求1所述的打印控制模块，其中所述第二驱动机构包括一动力传输齿轮，以相对壳体可转动的方式安装在壳体内，用来传输动力。

7. 如权利要求1所述的打印控制模块，还包括有一打印头动作齿轮组，其中第一驱动机构与打印头动作齿轮组啮合，打印头动作齿轮组用来驱动一打印头进行打印。

8. 如权利要求1所述的打印控制模块，其中所述固定元件是一齿型结构。

9. 一种打印控制模块，包括有：

一壳体；

一传动装置，安装在所述壳体内，包括有：

一马达；以及

一传动齿轮组，用来输出所述马达的动力；

一动力切换机构，安装在所述壳体内，包括有：

一第一旋转臂板；

一第一齿轮，以相对所述第一旋转臂板可转动的方式安装在所述第一旋转臂板上，且与所述传动齿轮组的一齿轮啮合；

一第一行星齿轮，以相对所述第一旋转臂板可转动的方式安装在所述第一旋转臂板上，且与所述第一齿轮啮合，用来绕所述第一齿轮转动；

一固定元件，安装在所述第一旋转臂板上；

一第二旋转臂板；

一第二齿轮，以相对所述第二旋转臂板可转动的方式安装在所述第二旋转臂板上；

一第二行星齿轮，以相对所述第二旋转臂板可转动的方式安装在所述第二旋转臂板上，且与所述第二齿轮啮合，用来绕所述第二齿轮转动；以及

一轮轴，连接在所述第一齿轮的转轴与所述第二齿轮的转轴之间，用来同时驱动所述第一齿轮和所述第二齿轮；

一动力传输齿轮，以相对所述壳体可转动的方式安装在所述壳体内；以及

一步骤切换机构，安装在所述壳体内，包括有：

一第三齿轮，以相对所述壳体可转动的方式安装在所述壳体内，且与一打印头动作齿轮组啮合；

一凸轮旋转臂，与所述第三齿轮固接，包括有一平面和一圆弧面，用来通过所述平面和所述圆弧面，切换所述热转印打印机的操作步骤；

一第三行星齿轮，以相对所述凸轮旋转臂可转动的方式安装在所述凸轮旋转臂上，且与所述动力传输齿轮啮合，用来绕所述动力传输齿轮转动；

一旋转臂，以相对所述壳体可转动的方式安装在所述壳体内，其一端与所述凸轮旋转臂接触，另一端可沿一圆弧摆动；以及

一离合齿轮，安装在所述旋转臂的另一端，

其中，在马达以一第一方向旋转时，第一行星齿轮与步骤切换机构啮合，以输出动力至步骤切换机构，在马达以与第一方向相反的方向旋转时，固定元件将步骤切换机构固定，第二行星齿轮与动力传输齿轮啮合，将动力传输至动力传输齿轮，

其中，所述平面和圆弧面控制旋转臂的转动，以控制离合齿轮与一色带齿轮组或一抓纸卷轴齿轮组啮合。

10. 如权利要求9所述的打印控制模块，其还包括：

一第一动力传输齿轮组，用来在离合齿轮啮合色带齿轮组时，传输动力传输齿轮的动力至色带齿轮组；

一第二动力传输齿轮组，用来在与第三行星齿轮啮合时，传输动力传输齿轮的动力至抓纸卷轴齿轮组；以及

一第三动力传输齿轮组，用来在与第三行星齿轮啮合时，传输动力传输齿轮的动力至抓纸卷轴齿轮组，第三动力传输齿轮组的齿轮比第二动力传输齿轮组的齿轮少一个。

11. 如权利要求 9 所述的打印控制模块，其中所述色带齿轮组用来驱动一色带旋转，抓纸卷轴齿轮组用来驱动一纸张前进或后退，打印头动作齿轮组用来驱动一打印头进行打印。

12. 如权利要求 9 所述的打印控制模块，其中所述固定元件是一齿型结构。

# 打印控制模块

## 技术领域

本发明涉及一种打印控制模块，尤其是涉及一种仅使用单个马达即可完成所有打印动作的打印控制模块。

## 背景技术

彩色打印机可大致分为针式打印机、喷墨打印机、激光打印机、以及热升华(也称为热转印)打印机四大类。其中，由于热转印打印机可以达到全色调的打印表现，所以越来越受到市场的重视。热转印打印机是利用热转印打印头来加热色带，将色带上的染料转印到待打印物上，并依照加热的时间长短或加热的温度高低来形成连续的全色调。

一般来说，热转印打印机的打印模块通常包括三个部分，色带、抓纸以及打印头动作这三个部分。在公知技术中，此三部分通常是由三个马达分别驱动，以完成色带搜寻、纸张进退以及打印的步骤。然而，使用三个马达会造成整体重量较重、成本高、电力消耗较大(因为在某些步骤中需要两个马达同时动作)。对于便携式小型打印机而言，由于可携带的需求，体积要小，重量要轻，且由于必须使用电池，所以整体电力消耗不可过大。因此，公知使用三个马达的热转印打印机不能符合便携式小型打印机的要求，造成热转印打印机的应用受到限制。

## 发明内容

因此，本发明的主要目的在于提供一种打印控制模块。

本发明揭示一种打印控制模块，包括有一壳体、一安装在壳体内的传动装置、一第一驱动机构、一第二驱动机构、以及一动力切换机构。传动装置包括有一马达和一用来输出马达的动力的传动齿轮组。动力切换机构包括有一第一旋转臂板；一第一齿轮，以可转动方式安装在第一旋转臂板上，且与传动齿轮组的一齿轮啮合；一第一行星齿轮，以相对第一旋转臂板可转动的方式安装在第一旋转臂板上，且与第一齿轮啮合，用来绕第一齿轮转动；一

固定元件，安装在第一旋转臂板上；一第二旋转臂板；一第二齿轮，以相对第二旋转臂板可转动的方式安装在第二旋转臂板上；一第二行星齿轮，以相对第二旋转臂板可转动的方式安装在第二旋转臂板上，且与第二齿轮啮合，用来绕第二齿轮转动；以及一轮轴，连接在第一齿轮的转轴与第二齿轮的转轴之间，用来同时驱动第一齿轮和第二齿轮。其中，在马达以一第一方向旋转时，第一行星齿轮啮合第一驱动机构，以输出动力至第一驱动机构，在马达以与第一方向相反的方向旋转时，固定元件将第一驱动机构固定，第二行星齿轮与第二驱动机构啮合，将动力传输至第二驱动机构。

本发明还揭示一种打印控制模块，包括有一壳体、一安装在壳体内的传动装置、一动力切换机构。打印控制模块并包括一动力传输齿轮，以相对壳体可转动的方式安装在壳体内；以及一步骤切换机构，安装在壳体内。传动装置包括有一马达以及一用来输出马达的动力的传动齿轮组。动力切换机构包括有一第一旋转臂板；一第一齿轮，以相对第一旋转臂板可转动的方式安装在第一旋转臂板上，且与传动齿轮组的一齿轮啮合；一第一行星齿轮，以相对第一旋转臂板可转动的方式安装在第一旋转臂板上，且与第一齿轮啮合，用来绕第一齿轮转动；一固定元件，安装在第一旋转臂板上；一第二旋转臂板；一第二齿轮，以相对第二旋转臂板可转动的方式安装在第二旋转臂板上；一第二行星齿轮，以相对第二旋转臂板可转动的方式安装在第二旋转臂板上，且与第二齿轮啮合，用来绕第二齿轮转动；以及一轮轴，连接在第一齿轮的转轴与第二齿轮的转轴之间，用来同时驱动第一齿轮和第二齿轮。步骤切换机构包括有一第三齿轮，以相对壳体可转动的方式安装在壳体内，且与一打印头动作齿轮组啮合；一凸轮旋转臂，固接在第三齿轮上，包括有一平面以及一圆弧面，用来通过平面和圆弧面切换热转印打印机的操作步骤；一第三行星齿轮，以相对凸轮旋转臂可转动的方式安装在凸轮旋转臂上，且与动力传输齿轮啮合，用来绕动力传输齿轮转动；一旋转臂，以相对壳体可转动的方式安装在壳体内，其一端与凸轮旋转臂接触，另一端可沿一圆弧摆动；以及一离合齿轮，安装在旋转臂的另一端。其中，在马达以一第一方向旋转时，第一行星齿轮与步骤切换机构啮合，以输出动力至步骤切换机构，在马达以与第一方向相反的方向旋转时，固定元件将步骤切换机构固定，第二行星齿轮啮合动力传输齿轮，将动力传输至动力传输齿轮。其中，平面和圆弧面控制旋转臂的转动，以控制离合齿轮啮合一色带齿轮组或一抓纸卷轴

齿轮组。

附图说明

图 1 为本发明热转印打印机的示意图;

图 2 为图 1 中打印控制模块的侧视示意图;

图 3 为图 2 中传动装置的示意图;

图 4 为图 2 中动力切换机构的前视示意图;

图 5 为图 2 中动力切换机构的后视示意图;

图 6 为图 2 中步骤切换机构的示意图;

图 7 为图 6 中步骤切换机构的部分元件示意图;

图 8 为图 2 中动力切换机构和步骤切换机构的组装示意图;

图 9 和图 10 为图 8 中动力切换机构和步骤切换机构的运作示意图;

图 11 为图 2 中色带齿轮组的前视示意图;

图 12 为图 2 中色带齿轮组的后视示意图;

图 13 为图 2 中抓纸卷轴齿轮组的前视示意图;

图 14 为图 2 中抓纸卷轴齿轮组的后视示意图;

图 15、16、17 和 18 为图 2 中的打印控制模块的色带搜寻的示意图;

图 19、20、21 和 22 为图 2 中的打印控制模块的进纸的示意图;

图 23、24、25 和 26 为图 2 中的打印控制模块的打印示意图。

具体实施方式

参考图 1，图 1 为本发明热转印打印机 10 的示意图。热转印打印机 10 包括有一打印控制模块 20、一打印装置 30 及一壳体 40。打印装置 30 包括有色带卷轴、抓纸滚筒以及打印头(图 1 中未表示)，用来进行打印。打印控制模块 20 可控制打印装置 30，用来驱动打印头、色带卷轴以及抓纸滚筒。

为清楚说明本发明，以下先描述打印控制模块 20 的结构，再说明其作用方式。

参考图 2，图 2 为打印控制模块 20 的侧视示意图。打印控制模块 20 包括有一传动装置 200、一动力切换机构 300、一步骤切换机构 400、一动力传输齿轮 500，用来驱动一打印头动作齿轮组 600、一色带齿轮组 700 及一抓纸卷轴齿轮组 800。

参考图 3，图 3 为传动装置 200 的示意图。传动装置 200 包括一马达 202 和一传动齿轮组 204。传动齿轮组 204 包括有一马达轴齿轮 206，三个复合齿轮 208、210、212 以及一传动齿轮 214。复合齿轮 208、210、212 可将马达 202 的转速降低，并通过传动齿轮 214 将马达 202 的动力传输至动力切换机构 300。

参考图 4 和图 5，图 4 和图 5 为动力切换机构 300 的前视和后视示意图。动力切换机构 300 包括有一第一旋转臂板 302、一第一齿轮 304、一第一行星齿轮 306、一固定元件 308、一第二旋转臂板 310、一第二齿轮 312、一第二行星齿轮 314 及一轮轴 316。第一齿轮 304 和第二齿轮 312 的轴心通过轮轴 316 连接在一起，因此第一齿轮 304 和第二齿轮 312 同时转动。第一齿轮 304 以相对第一旋转臂板 302 可转动的方式安装在第一旋转臂板 302 上，且与传动齿轮组 204 的传动齿轮 214 啮合。第一行星齿轮 306 以相对第一旋转臂板 302 可转动的方式安装在第一旋转臂板 302 上，且与第一齿轮 304 啮合，其可绕第一齿轮 304 转动。固定元件 308 安装在第一旋转臂板 302 上，用于与步骤切换机构 400 啮合时，将步骤切换机构 400 固定。在本实施例中，固定元件 308 为一齿型结构。第二齿轮 312 以相对第二旋转臂板 310 可转动的方式安装在第二旋转臂板 310 上。第二行星齿轮 314 以相对第二旋转臂板 310 可转动的方式安装在第二旋转臂板 310 上，且与第二齿轮 312 啮合，其可绕第二齿轮 312 转动。

参考图 6 和图 7，图 6 是步骤切换机构 400 的示意图，图 7 是图 6 的步骤切换机构 400 的部分元件示意图。步骤切换机构 400 包括有一第三齿轮 402、一凸轮旋转臂 404 及一第三行星齿轮 406。第三齿轮 402 以相对壳体 40 可转动的方式安装在壳体 40 内，且与打印头动作齿轮组 600 啮合。凸轮旋转臂 404 固接在第三齿轮 402 上，其包括有一平面 A 和一圆弧面 B。凸轮旋转臂 404 通过平面 A 和圆弧面 B，以控制一旋转臂(图 6、7 中未表示，以下详细叙述)用以切换操作步骤。第三行星齿轮 406 以相对凸轮旋转臂 404 可转动的方式，安装在凸轮旋转臂 404 上，且与动力传输齿轮 500 啮合，用来绕动力传输齿轮 500 转动。

参考图 8、图 9 及图 10，图 8 为动力切换机构 300 和步骤切换机构 400 的组装示意图，图 9 和图 10 为动力切换机构 300 和步骤切换机构 400 的运作示意图。由图 8、图 9 可知，当第一齿轮 304 以顺时针方向(对图 8、图 9

来说)转动时，第一行星齿轮 306 和第三齿轮 402 啮合。此时，马达 202 的动力将通过第一齿轮 304 和第一行星齿轮 306，传输至第三齿轮 402，使其顺时针旋转来改变步骤。同时，马达 202 的动力将传递至打印头传动齿轮 500，以转动打印头凸轮。由图 8、图 10 可知，当马达 202 反转时，第一行星齿轮 306 与第三齿轮 402 分离，而第二行星齿轮 314 和固定元件 308 分别和动力传输齿轮 500 和第三齿轮 402 啮合。此时，马达 202 的动力将通过第二行星齿轮 314 传递到动力传输齿轮 500，进而传递至色带卷轴或是抓纸滚筒，而第三齿轮 402 则因固定元件 308 和其啮合，所以不能转动。

参考图 11 和图 12，图 11 和图 12 为色带齿轮组 700 的前视和后视示意图。色带齿轮组 700 包括有齿轮 702 和 704，齿轮 704 可和色带匣的拉色带卷轴扣接以传递动力。在图 11 中，一旋转臂 408 以相对壳体 40 可转动的方式安装在壳体 40 内，其一端与凸轮旋转臂 404 接触，另一端安装有一离合齿轮 410，其可沿圆弧摆动。当旋转臂 408 旋转到图 11 的位置时，动力传输齿轮 500 将通过一第一动力传输齿轮组 900 的齿轮 902 和双齿轮 904，经由离合齿轮 410，将动力传送到色带齿轮组 700 的齿轮 702 和 704，以转动色带。

参考图 13 和图 14，图 13 和图 14 为抓纸卷轴齿轮组 800 的前视和后视示意图。抓纸卷轴齿轮组 800 包括一第二动力传输齿轮组 906、一第三动力传输齿轮组 908、复合齿轮 812、齿轮 816、818 及抓纸滚筒齿轮 814。第二动力传输齿轮组 906 包括长型齿轮 802 和齿轮 806、808，第三动力传输齿轮组 908 包括长型齿轮 804 和齿轮 810。复合齿轮 812 可将转速降低，抓纸滚筒齿轮 814 固接在抓纸滚筒上。长型齿轮 802 和 804 的一端可和步骤切换机构 400 中的第三行星齿轮 400 啮合，另一端则通过齿轮 806、808、810 传递动力，经过复合齿轮 812 最后传递至抓纸滚筒齿轮 818，用来转动抓纸滚筒。长型齿轮 802 在连接至复合齿轮 812 期间所用的齿轮比长型齿轮 804 多一个齿轮 810，这样，当分别由长型齿轮 802 或 804 传输动力时便可造成抓纸滚筒不同的卷动方向。

关于打印控制模块 20 的打印驱动方式将参考以下说明。

参考图 15、16、17 和 18。当准备开始打印时，打印控制模块 20 将进入色带搜寻的步骤，此时马达 202 正转，动力切换机构 300 进入步骤切换模式，第一行星齿轮 306 与第三齿轮 402 啮合，马达 202 的动力经由传动齿轮组

204、第一齿轮 304 及第一行星齿轮 306，传递至第三齿轮 402，以切换步骤。第三齿轮 402 将带动凸轮旋转臂 404 旋转，使得圆弧面 B 和旋转臂 408 接触，压迫旋转臂 408 使离合齿轮 410 与第一动力传输齿轮组 900 的齿轮 904 和色带齿轮组 700 的齿轮 702 啮合。此时，第三行星齿轮 406 除了与动力传输齿轮 500 啮合外，并未和任何齿轮啮合。然后，马达 202 反转，动力切换机构 300 进入动力输出模式，第一行星齿轮 306 与第三齿轮 402 分离，而第二行星齿轮 314 和固定元件 308 分别与动力传输齿轮 500 和第三齿轮 402 啮合。因此，马达 202 的动力通过第一动力传输齿轮组 900 和离合齿轮 410 传输至色带齿轮组 700，以便卷动色带。

接下来，参考图 19、20、21 及 22。当色带搜寻完毕，打印控制模块 20 进行下一个步骤“进纸”。此时，马达 202 正转，动力切换机构 300 进入步骤切换模式，第一行星齿轮 306 与第三齿轮 402 啮合，马达 202 的动力经由传动齿轮组 204、第一齿轮 304 及第一行星齿轮 306，传递至第三齿轮 402，以便切换步骤。第三齿轮 402 将带动凸轮旋转臂 404 旋转，使得平面 A 和旋转臂 408 接触，此时旋转臂 408 未受到凸轮的推力，离合齿轮 410 和色带齿轮组 700 分离，同时第三行星齿轮 406 将和长型齿轮 802 啮合，动力传输齿轮 500 的动力将经由第三行星齿轮 406 和长型齿轮 802 传递至抓纸滚筒齿轮 818。之后，马达 202 反转，动力切换机构 300 进入动力输出模式，第一行星齿轮 306 与第三齿轮 402 分离，而第二行星齿轮 314 和固定元件 308 分别和动力传输齿轮 500 和第三齿轮 402 啮合。因此，，马达 202 的动力通过动力传输齿轮 500、第三行星齿轮 406 及长型齿轮 802 传输至抓纸滚筒齿轮 818，以将纸张拉入打印机。

参考图 23、24、25 及 26，在色带和纸张都到达定位后，马达 202 正转，动力切换机构 300 进入步骤切换模式，第一行星齿轮 306 与第三齿轮 402 啮合，马达 202 的动力经由传动齿轮组 204、第一齿轮 304 及第一行星齿轮 306，传递至第三齿轮 402，以便切换步骤。第三齿轮 402 将带动凸轮旋转臂 404 旋转，使得圆弧面 B 再次和旋转臂 408 接触，压迫旋转臂 408 使离合齿轮 410 与第一动力传输齿轮组 900 的齿轮 904 和色带齿轮组 700 的齿轮 702 啮合。同时，第三行星齿轮 406 将和长型齿轮 804 啮合，且打印头模块中的凸轮同时压迫打印头和打印滚筒接触。然后，马达 202 反转，动力切换机构 300 进入动力输出模式，第一行星齿轮 306 与第三齿轮 402 分离，而第二行星齿

轮 314 和固定元件 308 分别与动力传输齿轮 500 和第三齿轮 402 啮合。因此，马达 202 的动力将经由动力传输齿轮 500、第三行星齿轮 406 及长型齿轮 802 传递至抓纸滚筒齿轮 818，以转动纸滚筒；同时，马达 202 的动力并经由动力传输齿轮 500、第一动力传输齿轮组 900 及离合齿轮 410，将动力传送到色带齿轮组 700，以便转动色带。

接下来，当单一颜色打印完成后，动力切换机构 300 再进入步骤切换模式(马达正转)，使凸轮旋转臂 404 旋转，直到第三行星齿轮 406 和长型齿轮 802 啮合(进纸步骤)。将纸张再次拉入打印机，之后再进行下一个颜色的打印。如此重复进纸步骤和打印步骤直到所有颜色都打印后，即完成整个打印过程。

因此，本发明是通过单一马达 202 进行所有打印的动作。当马达 202 正转时，动力切换机构 300 进入步骤切换模式，第一行星齿轮 306 与第三齿轮 402 啮合，马达 202 的动力经由传动齿轮组 204、第一齿轮 304 及第一行星齿轮 306，传递至第三齿轮 402，以便切换步骤。当马达 202 反转时，动力切换机构 300 进入动力输出模式，第一行星齿轮 306 与第三齿轮 402 分离，而第二行星齿轮 314 和固定元件 308 分别与动力传输齿轮 500 和第三齿轮 402 啮合。固定元件 308 将第三齿轮 402 固定，第二行星齿轮 314 和动力传输齿轮 500 啮合，将动力传输至色带卷轴或抓纸滚筒。

换句话说，本发明仅使用一个马达即可进行所有打印的动作，因而达到省电的效果，且马达使用数减少，可降低成本、减轻重量，而切换步骤时动力切换机构 300 旋转角度较小，可缩短打印时间。因此，本发明是使用单个马达来驱动整个打印控制模块来完成所有打印步骤，以便符合可携带、低成本、低耗电的需求。

以上所述仅为本发明的优选实施例，凡依照本发明权利要求范围所做出的等同变化与修饰，都应属于本发明的保护范围。




图 1




图 2


202
200
208
204
210
206
212
214

图 3


312
300
306
310
304
316
314
302
308

图 4




图 5




图 6




图 7




图 8




图 9




图 10




图 11




图 12


802
800
806
808
814
906
804
908
810
812
816
818

图 13


802
800
806
808
906
812
810
814
804
816
908
818

图 14




图 15




图 16




图 17




图 18




图 19




图 20




图 21




图 22


200
600
904
410
700
702
300
400
500
406
804
408
800

图 23


410
402
408
404
406

图 24




图 25




图 26

Espacenet

# Bibliographic data: CN101213060 (A) — 2008-07-02

## Rapid prototyping system with controlled material feedstock

**Inventor(s):** EDWARD LA BOSSIERE JOSEPH [US] + (LA BOSSIERE JOSEPH EDWARD, ; ESHELMAN MARVIN E)

**Applicant(s):** STRATASYS INC [US] + (STRATASYS INC)

**Classification:**
- **international:** *B29C41/36*
- **cooperative:** B29C48/02 (EP, US); B29C48/05 (EP, US); B29C48/2528 (EP, US); B29C48/266 (EP, US); B29C64/106 (EP); B29C64/118 (EP, US); B29C64/227 (EP, US); B33Y30/00 (EP, US); B33Y40/00 (EP, US); B29C48/865 (EP, US)

**Application number:** CN20068024165 20060615

**Priority number(s):** WO2006US23406 20060615 ; US20050173446 20050701

**Also published as:** CN101213060 (B) EP1901902 (A1) EP1901902 (A4) JP2009500194 (A) JP4898803 (B2) more

Abstract of CN101213060 (B)

A deposition modeling system incorporates a drive mechanism to feed a strand of filament to create a model. The drive mechanism comprises a pivot block that is rotatably connected to a fixed block and a motor that rotates a drive shaft. A drive roller is connected to the drive shaft and an idler roller is connected to an idler axle that extends from the pivot block in a substantially perpendicular direction to the direction of rotation of the pivot block with respect to the fixed block and in a substantially parallel direction to the drive shaft.


MATERIAL
SUPPLY
M
Z
Y
X

[19] 中华人民共和国国家知识产权局

[51] Int. Cl.
*B29C 41/36* (2006.01)

# [12] 发明专利申请公布说明书

[21] 申请号 200680024165.6

[43] 公开日 2008 年 7 月 2 日

[11] 公开号 CN 101213060A

[22] 申请日 2006.6.15
[21] 申请号 200680024165.6
[30] 优先权
[32] 2005. 7. 1 [33] US [31] 11/173,446
[86] 国际申请 PCT/US2006/023406 2006.6.15
[87] 国际公布 WO2007/005236 英 2007.1.11
[85] 进入国家阶段日期 2008.1.2

[71] 申请人 斯特拉塔西斯公司
地址 美国明尼苏达州
[72] 发明人 约瑟夫·爱德华·拉博斯埃里
马文·E·埃思黑尔曼

[74] 专利代理机构 中科专利商标代理有限责任公司
代理人 王新华

权利要求书 4 页 说明书 11 页 附图 8 页

[54] 发明名称

具有受控的材料进料的快速原型系统

[57] 摘要

一种沉积成型系统，装有驱动机构(10)，所述驱动机构用于供给细丝束(38)以形成模型。所述驱动机构(10)包括：枢转块(16)，所述枢转块(16)可旋转地连接到固定块(14)上；和电机(12)，所述电机(12)旋转驱动轴(46)。驱动辊(26)连接到驱动轴(46)上，并且惰辊(30)连接到惰轴(32)上，所述惰轴(32)在大致垂直于枢转块(16)相对于固定块(14)的旋转方向上并大体上平行于驱动轴(46)的方向上从枢转块(16)延伸。



1、一种使用在沉积成型系统中的驱动机构，用于接收细丝束并且在希望的方向上控制细丝的运动，所述驱动机构包括：

固定块；

可旋转地连接到固定块上的枢转块；

旋转驱动轴的电机；

连接到驱动轴的驱动辊；

惰轴，所述惰轴在大体上垂直于枢转块的旋转方向并且平行于驱动轴的方向上从枢转块延伸；和

惰辊，所述惰辊安装在惰轴上，从而所述惰辊能够自由旋转并且其外轮缘与驱动辊的外轮缘相对。

2、根据权利要求 1 中所述的驱动机构，其中一系列齿轮将电机连接到驱动轴，从而使得电机能够旋转驱动轴。

3、根据权利要求 1 中所述的驱动机构，其中所述驱动轴延伸穿过固定块上的孔。

4、根据权利要求 3 中所述的驱动机构，其中轴承接合在驱动轴与固定块的孔之间。

5、根据权利要求 1 中所述的驱动机构，其中所述电机旋转驱动齿轮，所述驱动齿轮的齿与从动齿轮啮合，驱动轴从所述从动齿轮延伸。

6、根据权利要求 5 中所述的驱动机构，其中所述从动齿轮大于所述驱动齿轮。

7、根据权利要求 1 中所述的驱动机构，其中所述电机是精确伺服电机。

8、根据权利要求 1 中所述的驱动机构，其中所述电机进一步包括编码器。

9、根据权利要求 1 中所述的驱动机构，所述驱动机构进一步包括在固定块上的孔，所述孔大体上平行于所述驱动轴以便容纳枢转块的枢轴从而可旋转地将所述枢转块连接到所述固定块。

10、根据权利要求 9 中所述的驱动机构，其中所述孔在沿固定块的底部从与枢转块相对的侧壁延伸的部件内。

11、根据权利要求 10 中所述的驱动机构，其中所述枢转块包括通孔，所述通孔大体上垂直于所述驱动轴延伸并且所述通孔具有大于第二直径的第一直径，以产生肩部。

12、根据权利要求 11 中所述的驱动机构，其中所述固定块的与枢转块相对的侧壁包括带螺纹的孔。

13、根据权利要求 12 中所述的驱动机构，进一步包括紧固件，所述紧固件穿过所述枢转块的通孔并且被固定在所述固定块的带螺纹的孔内以便将弹簧置于通孔的肩部与紧固件的顶部之间。

14、根据权利要求 1 中所述的驱动机构，其中所述驱动机构进一步包括在驱动辊与惰辊之间引导细丝束的导向器。

15、一种在用于进给细丝束的、作为沉积成型系统的一部分的驱动机构中使用的驱动辊，所述沉积成型系统分配细丝并产生限定的模型，所述驱动辊包括：

辊，所述辊具有限定内表面的孔；

辊的外圆周表面，所述外圆周表面具有比内表面大的直径；

在内表面与外表面之间的一对侧壁；

在该对侧壁之间沿外表面的沟道，其中所述沟道包括一系列齿，从而沿通道的基部相邻的齿形成在大约 55° 与 85° 之间的角度。

16、根据权利要求 15 中所述的驱动辊，其中所述外表面具有在大约.245 与.255 英寸之间的宽度。

17、根据权利要求 15 中所述的驱动辊，其中所述沟道具有大约.084 和.114 英寸的宽度。

18、根据权利要求 15 中所述的驱动辊，其中所述辊具有大约.550 英寸的直径。

19、根据权利要求 15 中所述的驱动辊，其中在相邻的齿之间的径向线形成在大约 8° 与 15° 之间的角度。

20、一种在用于进给细丝束的、作为沉积成型系统的一部分的驱动机构中使用的驱动辊，所述沉积成型系统分配细丝并产生限定的模型，所述

驱动辊包括：

辊，所述辊具有限定内表面的孔；

辊的外圆周表面，所述外圆周表面具有比内表面大的直径；

在内表面与外表面之间的一对侧壁；

在该对侧壁之间沿外表面的沟道，其中所述沟道包括一系列齿，所述齿在细丝的相对侧上接触细丝束，从而在细丝的相对侧的接触点之间的最小距离大于细丝束的直径的十分之一。

21、一种利用驱动机构的沉积成型系统，所述驱动机构进给用于形成模型的细丝束，并且所述驱动机构包括：

安装在驱动轴上的驱动辊，所述驱动辊包括具有一系列齿的沟道；和

与驱动辊相邻并且可旋转地安装在惰轴上的惰辊；和

在所述驱动辊上的沟道的基部与所述惰辊的外表面之间用于容纳细丝束的辊隙，其中所述辊隙的宽度在.059与.109英寸之间变化。

22、根据权利要求21中所述的沉积成型系统，其中所述惰轴枢转远离所述驱动轴以便变化形成辊隙的缝隙的尺寸。

23、根据权利要求22中所述的沉积成型系统，其中所述惰辊朝向驱动轴偏压。

24、根据权利要求23中所述的沉积成型系统，其中弹簧朝向驱动轴偏压惰轴。

25、根据权利要求21中所述的沉积成型系统，其中与沟道相对的惰辊的外表面包括槽。

26、一种利用驱动机构的沉积成型系统，所述驱动机构进给用于形成模型的细丝束，并且所述驱动机构包括：

安装在驱动轴上的驱动辊，所述驱动辊包括具有一系列齿的沟道；和

与驱动辊相邻并且可旋转地安装在惰轴上的惰辊；和

在驱动辊与惰辊之间的缝隙，所述缝隙用于容纳细丝束从而所述驱动辊使用多达24磅的推力在希望的方向上进给细丝束。

27、一种用于进给沉积成型系统内的细丝以便产生模型的驱动机构，所述驱动机构包括：

驱动辊，所述驱动辊具有包含齿的环形沟道；

惰辊，所述惰辊具有在圆周上的无齿槽；

用于推动惰辊朝向驱动辊的偏压器，用于限定与沟道对准并且与沟道相对的槽之间的辊隙；和

驱动链，用于旋转驱动辊，从而通过辊隙供给的细丝束由惰轮的槽强迫与所述沟道的齿接合并且由驱动辊驱动通过辊隙。

28、根据权利要求 27 中所述的驱动机构，其中将惰辊可旋转地安装在枢转块上并且弹簧偏压述枢转块。

29、根据权利要求 28 中所述的驱动机构，其中所述枢转块围绕大体上平行于惰辊的旋转轴的轴枢转。

# 具有受控的材料进料的快速原型系统

## 技术领域

本发明涉及使用以挤出为基础的分层制造技术制造三维物体。更具体地，本发明涉及利用供给驱动机构的沉积成型系统，所述供给驱动机构容纳各种直径的细丝，本发明更有效地控制细丝的移动并更容易维护和修理。

## 背景技术

三维模型用于包括美学判断、证明数学计算机辅助涉及（CAD）模型、形成硬质工具、研究干扰和空间分布（interference and space allocation）以及试验功能性的功能。挤出为基础的分层制造机器根据由CAD系统提供的设计数据，通过从在预定图案中的挤出头挤出可固化的成型材料建造三维模型。或者是液体或者是固体成型材料的进料被供给到挤出头。一种技术用于以细丝束的形式供给成型材料。在成型材料的进料为固体形式的情况下，液化器使得该进料为可流动的温度以便于沉积。

用于制造三维物体的以挤出为基础的设备和方法披露在Valavaara的美国专利No.4749347、Crump的美国专利No.5121329、Crump的美国专利No.5340433、Crump等人的美国专利No.5503785、Danforth等人的美国专利No.5900207、Batchelder等人的美国专利No.5764521、Batchelder等人的美国专利No.5968561、Dahlin等人的美国专利No.6022207、Stuffle等人的美国专利No.6067480以及Batchelder等人的美国专利No.6085957中，所有这些专利都转让给斯特拉塔西斯公司（Stratasys，inc.），即本发明的受让人。

在采用细丝供给的成型机器中，成型材料作为缠绕在卷轴上的柔性细丝被装入机器中，这例如披露在美国专利No.5121329中。当固化时利用足够的粘结剂粘附到前面的层上并且可以作为柔性材料供给的可固化的

材料用作成型材料。包括液化器和分配喷嘴的挤出头接收细丝，在液化器中熔化细丝，并将熔化的成型材料从喷嘴中挤出到包含在建筑封套（build envelope）内的基部上。成型材料一层一层地挤出在由CAD模型限定的区域内。被挤出的材料熔合到先前沉积的材料上并固化以形成表现（或类似）该CAD模型的三维物体。在建造由温度降低时热固化的成型材料制成的模型中，建筑封套优选是在沉积期间被加热到刚好低于成型材料的固化温度，然后被逐渐冷却以从材料释放应力的腔室。如美国专利No.5866058中所披露的，此方法使得模型在建造时消除模型的应力，从而完成的模型是无应力的并且具有非常小的变形。

在通过沉积可固化材料形成三维物体中，支撑层或结构在下面建造伸出部分或建造在建造中不由模制材料本身支撑的物体的空腔内。例如，如果物体是地下洞穴的内部的模型且洞穴原型由底到顶构造，钟乳石将需要临时支撑直到顶部完成。利用相同的沉积技术和设备可以建造支撑结构，且成型材料通过该沉积技术和设备被沉积。在适当的软件控制下的设备产生作为用于正在形成的物体的伸出或自由空间部分的支撑结构的另外的几何形状。支撑材料或者由在成型设备中的分开的分配头沉积，或者由沉积成型材料的相同的分配头沉积。支撑材料选择为将在构造期间粘附到成型材料上并且可以从完成的物体上移除。已知成型材料和支撑材料的各种组合，例如在美国专利No.5503785中披露的。

在当前技术的Stratasys FDM®三维成型机器（如在上述专利中披露的，其采用细丝供给）中，包绕在线轴上的成型细丝卷通过将卷安装到轴上而装入机器内。细丝由热塑性或蜡材料制成。通过由低摩擦系数材料制成的导向管，使用者可以手动供给细丝束，将细丝从卷上解开直到细丝束到达在挤出头出的一对电机驱动的供给辊。相反，一系列供给辊可以利用并定位在细丝的卷或源的开始，沿供给通道并最终在挤出头处进给在成型机器内的细丝束。需要进给、驱动或供给细丝束的力可以大体上时常需要多达大约20磅的推力。

细丝束最终由供给辊进给到由挤出头承载的液化器内。在液化器内，细丝被加热到可流动的温度。当供给辊继续将细丝进给到挤出头内时，进来的细丝束的力将可流动的材料从分配头中挤出，在分配头处，可流动的

材料被沉积到可移除地安装在建筑平台上的衬底上。从喷嘴挤出的材料的流量是细丝进给到头部的速度以及分配喷嘴孔板的尺寸的函数。在液化器中也会存在污物部分，并且这些污物部分与细丝一起从喷嘴中挤出。基于污物部分的尺寸，污物部分可以局部或完全堵塞喷嘴，这形成比液化器中的正常压力水平大大约4—5倍的很大的压力峰值。在此压力峰值期间，供给辊必须能够继续驱动细丝。

控制器控制挤出头在水平x、y平面内移动，控制建筑平台在垂直z方向上移动，并控制供给辊将细丝进给到头部内的速度。通过同时控制这些处理变量，成型材料以希望的流速以“珠子”或“线路”一层一层地沉积在由CAD模型限定的区域内。分配的成型材料在冷却时固化以形成三维固态物体。

为了控制器适当控制挤出头的移动以形成希望的限定的三维固态物体，供给辊必须以预定速度且细丝没有滑动地恒定地供给或驱动细丝。在供给辊中细丝的滑动在尽管供给辊旋转但是细丝没有以希望的速度进给时出现。细丝滑动导致供给到挤出头的成型材料减少，这又导致用于在限定的时间和位置建造希望的三维模型的成型材料减少。这会导致三维模型的建造不成功，即在建筑过程中，三维模型不是完好地构造为所设计的部分或由于缺少成型材料而会变形。

为了防止细丝滑动，供给辊由尿烷制造并安装在固定的轴上以压向细丝束和进给或驱动细丝束。然而，时间和由供给辊驱动的细丝束的直径的变化引起尿烷供给辊上的磨损，这最终导致供给辊不能将充分的压力施加在细丝束上以便在变化的条件下恒定地进给细丝束。特别地，当用于进给细丝所需要的推力达到20磅的压力时，该压力经常会超出尿烷供给辊能够施加到细丝上的力的大小，这导致细丝滑动并且甚至根本没有以希望的速度进给。

由此，存在提供一种对用于容纳具有变化的直径的细丝、同时更加有效地驱动供给辊以进给细丝的驱动装置的需要。

## 发明内容

本发明涉及一种沉积成型系统，所述沉积成型系统利用驱动机构以供

给细丝束而形成模型。所述驱动机构包括枢转块和旋转驱动轴的电机，该枢转块可旋转地连接到固定块上。驱动辊连接到驱动轴上并且惰辊连接到惰轴上，该惰轴在大体上垂直于枢转块相对于固定块旋转的方向上以及平行于驱动轴的方向上从枢转块延伸。驱动辊进一步包括围绕它的外圆周表面的沟道，所述沟道包括用于驱动细丝束的一系列齿。

## 附图说明

图1是图示使用分层挤出技术形成的模型及其支撑结构的视图；

图2A和2B分别是本发明的实施例的组装透视图和分解透视图；

图3是图2A中的截面3－3的前剖视图；

图4是沿图2A中的4－4局部剖开的前剖视图；

图5是沿图2A中的截面5－5的前剖视图；

图6是剖视俯视图，且完全示出了在图2A中的截面6－6中的部分；

图7是图6中的剖视俯视图的局部放大视图；

图8是本发明的驱动辊的实施例的侧视图；

图9是图8中的截面9－9的前剖视图；

图10是图9中的前剖视图的局部放大视图；

图11是使用在在先技术的细丝驱动机构中的在先技术供给辊的侧视图；和

图12是图11中的截面12－12的剖视图。

## 具体实施方式

下面参照图1中示出类型的沉积成型系统来描述本发明。图1显示了根据本发明的挤出设备1，该挤出设备1建造由支撑结构3支撑的模型2。挤出设备1包括挤出头4、材料接收基部5和材料供给件6。挤出头4相对于基部5在X和Y方向上移动，而基部5在垂直方向Z上移动。材料供给件6将材料的进料供给到挤出头4上。在所述的实施例中，材料的固态进料被供给到挤出头4，并在由挤出头4承载的液化器7中被熔化。液化器7加热进料材料到稍微高于其固化点的温度，这将进料材料还原到熔化的状态。熔化的材料通过液化器7的喷嘴8被挤出到基部5上。

挤出头4的移动受到控制从而以多个通道和多层将材料沉积到基部5上以建造三维模型2，并且在建造模型2时进一步建造限定成物理支撑模型2的支撑结构3。模型2和它的支撑结构3在建筑腔室（没有示出）内建造在基部5上，所述建筑腔室具有控制成促进热固化的环境。沉积材料的第一层粘附到基部5上，从而形成基础，同时随后的材料层彼此粘附。

成型材料M被分配以形成模型2，且支撑材料S根据成型材料M的分配被分配以形成支撑结构3。为了方便，挤出设备1显示为仅仅具有一个材料供给件6。但应该理解的是，在本发明的实践中，成型材料M和支撑材料S作为来自分开的材料供给件的分开的材料进料提供给挤出设备1。挤出设备1然后可适合两种不同材料的分配，通过：（1）提供两个挤出头，以供供给有成型材料M，而另一个供给有支撑材料（如在Batchelder的美国专利No.5968561中披露的）；（2）提供既供给有成型材料M又供给有支撑材料S的单个挤出头4，且单个喷嘴8用于分配这两种材料（如在Crump的美国专利No.5121329的图6中示出的）；或（3）提供供给有两种材料的单个挤出头，且每一种材料通过分开的喷嘴8分配（如在Crump等人的美国专利No.5503785的图6中示出的）。

在上述实施例中，成型材料M和支撑材料S从挤出头4在多个水平层上沉积为大体上连续的“路径”，并以固态的形式被供给到挤出头。本发明旨在改进由材料供给件6提供到挤出设备1中的挤出头4的进料的输送。

本发明的驱动机构10的实施例显示在图2A和2B中。驱动机构10由挤出设备1的挤出头4承载以接收和进给由材料供给件6提供的材料的进料。驱动机构10包括电机12、固定块14和枢转块16。电机12和固定块14由一系列的紧固件被固定到电机安装板17上。枢转块16由枢轴18可旋转地连接到固定块14上，所述枢轴18容纳在从固定块14延伸的部件22的孔20内。紧固件24（例如螺栓）通过枢转块16并固定到固定块14上。紧固件24哦鸵鸟滚过枢转块16内的通孔56并且固定在固定块14的带螺纹的孔58内。紧固件24使得弹簧60处于通孔56内。

固定块14包括驱动辊或轮26，所述驱动辊26安装在驱动轴28上。驱动轴28从固定块14大体上平行于容纳枢轴18的孔20延伸。驱动辊26具有外圆周表面34。

惰辊或轮30安装在惰轴32上，所述惰轴32从枢转块16延伸。惰辊30包括上圆周表面36。惰轴32大体上平行于驱动轴28和枢轴18。惰轴32相对于驱动轴28定位从而惰辊30的外表面与驱动辊26的外表面相对。

细丝束38代表由材料供给件6提供的材料的进料。细丝束38由漏斗40定向成处于驱动辊26的外表面34和惰辊36的外表面36之间。漏斗40可以固定到固定块14上以将细丝束38引导到驱动辊26和惰辊30之间。细丝束38然后由驱动辊26和惰辊30引导到由挤出头4承载的液化器7，在液化器7处细丝束38被加热到熔化状态并通过喷嘴8被挤出以建造模型2。

一系列齿轮42使得电机12能够旋转驱动轴28以旋转驱动辊26。在本发明的实施例中，该系列齿轮42包括固定到电机12的输出驱动轴46上的驱动齿轮44。驱动齿轮44延伸通过电机安装板17。驱动齿轮44与从动齿轮46相互啮合。驱动轴28从从动齿轮46延伸以旋转驱动辊26。

驱动轴28通过在电机安装板17内的孔，和固定块14。可以使用本领域普通技术人员已知的一套轴承或其它可选技术作为驱动轴28和固定块14之间的接合部位。驱动轴28从固定块14延伸出以接收安装在其上的驱动辊26。驱动辊26可以通过本领域普通技术人员已知的任何技术固定到驱动轴28上，例如通过压配合。

惰轴32从枢转块16延伸并允许惰辊30自由旋转。固定器48（例如速度螺母）可以用来将惰辊30固定到惰轴32上。

驱动辊26的外表面34优选包括沟道55。在沟道55内形成了用于接触细丝束38的一系列齿52，以便在希望的方向上进给细丝束38。

惰辊30的外表面36可以由416cd不锈钢制造并且可以包括与驱动辊26的沟道50对准并相对的槽54。

在一个实施例中，电机12是精确伺服电机。然而，本领域普通技术人员将认识到也可以使用可选的电机，例如装有旋转编码器的电机。尽管电机12的输出驱动轴45可以用作驱动轴28，图2A和2B中示出的驱动机构10的实施例使用一系列齿轮42，该一系列齿轮42的从动齿轮46大于驱动齿轮44。较大的从动齿轮46使得能够对驱动轴28的旋转量进行更大的控制，因此对驱动辊26施加更大的控制。

驱动辊26的外表面34和惰辊30的外表面36形成用于接触并压向或挤

压向细丝束38的辊隙（nip），以便通过驱动辊26的旋转在希望的方向上进给或驱动细丝束38。将槽54定位成与沟道50相对有助于当细丝束38被压在或挤压在驱动辊26与惰辊30之间时维持接触并对准细丝束38。槽也有助于将对着细丝束38的压力施加在与沟道50中的一系列齿52相对的侧面上。此压力有助于将细丝束38嵌入到一系列齿52内，以便在希望的方向上进给细丝束38。

图3和4图示了枢转块16相对于固定块14的旋转。图3和4分别为沿图2A中的截面3－3和4－4的驱动机构10的前剖视图。在图3中，枢转块16图示处于其与固定块14接触的偏压位置。在此位置，驱动辊26和惰辊30之间的距离最小。在图4中，枢转块16远离固定块14枢转，并增加驱动辊26语言惰辊30之间的距离。

如图3中所示，枢转块16的通孔56在它的外边缘上具有较大的半径，且沿它的邻接固定块14的内边缘具有较小的半径，以形成肩部62。通孔56的内径允许紧固件24通过它，然而，肩部62接触弹簧60并将弹簧60置于肩部62与紧固件24的头部之间。一旦紧固件24固定到固定块14的带螺纹的孔58中，弹簧60就压向肩部62，从而将枢转块16偏压向固定块14。如果通过驱动辊26和惰辊30之间的细丝束38足够大，它将自动克服由弹簧60形成的施加在肩部60上的力，并使得枢转块16围绕枢转18远离固定块14旋转。

图4图示了从固定块14旋转开的枢转块16。当枢转块16从固定块14远离地枢转时，弹簧60继续将压力施加在枢转块16上并且将枢转块16向固定块14偏压。将枢转块16朝向固定块14偏压也可以将惰轴32和惰辊30分别朝向驱动轴28和驱动辊26偏压。这导致惰辊30将连续的压力施加在细丝束38上以进入驱动辊26的一系列齿52上。

当枢转块16旋转离开固定块14时，因为将枢轴18放置在大体上与驱动轴28和惰轴32平行的方向上，驱动辊26与惰辊30之间的距离增加了。这导致枢转块16围绕枢轴18的旋转方向大体上垂直于驱动轴28和惰轴32。固定到固定块14上的紧固件24限制枢转块16从固定块14的旋转量。枢转块16远离固定块的旋转范围在大约0度－15度之间，由此允许细丝束38的卷的直径厚度在大约.040至.100英寸之间。通过允许惰轴32相对于枢轴18

旋转更多的量，可以增加细丝束38的直径的范围。这可以通过使用更长的紧固件24或将惰辊32进一步远离枢轴18或通过其它本领域中普通技术人员已知的技术而实现。

图5是沿图2A中的截面5－5的前剖视图。图5标示（突出）了缝隙A，所述缝隙A形成了由一系列齿52产生的沟道50的底部与槽54的底部之间的辊隙。在本发明的一个实施例中，当枢转块16远离驱动块14旋转时由缝隙A所代表的辊隙的宽度可以在.059至.109英寸之间变化。然而，本领域普通技术人员应该认识到，当枢转块16的旋转范围被调整时，由缝隙A所代表的辊隙可以被调整以便容纳不同直径的细丝束38。当驱动辊26和惰辊30进给细丝束38时，所述细丝束38通过缝隙A或辊隙。更具体地，当将细丝束38被导出漏斗40时，细丝束38被置于或夹紧在驱动辊26的沟道50内的一系列齿52与惰辊30的槽54之间。尽管惰辊30在自由旋转的同时，但是当其绕惰轴32旋转时将压力施加到与一系列齿52相对的侧面上的细丝束38上。惰辊30将细丝束38压到一系列齿52内并且允许驱动辊26在希望的方向上进给细丝束38。由于惰辊30在细丝束38上的压缩，一系列齿52可以夹紧或咬入细丝束38的相对侧并且控制其进给。

一系列齿52接触细丝束38并且部分嵌入细丝束38中。这由沿细丝束38的外表面的记号（tics）64图示。在一个实施例中，一系列齿52咬入或嵌入大约.009英寸以产生记号64（在由斯特拉塔西斯公司制造的标准ABS成型或建筑材料中）。在此实施例中，这导致一系列齿52接触细丝束38的位置与槽54之间的距离对于在大约.040至.100英寸之间的细丝束直径的典型范围而言为大约.031至.091英寸。然而，本领域普通技术人员将认识到一系列齿52咬入或嵌入到细丝束38内的距离可以根据细丝的类型、细丝的硬度、细丝的直径以及齿52的尖锐度或高度而变化。

标记64代表一系列齿52对细丝束38的牵引点。相较于先前获得的牵引量，一系列齿52提供了对细丝束38的更大的牵引量。在细丝束38与一系列齿52之间的牵引力的增加允许驱动辊26以更大的力进给细丝束38并使得驱动辊26大体上避免了刮削或切下细丝束38的部分。这还导致本发明的细丝驱动机构10能够恒定地提供高达24磅的推力到细丝束38上，且没有破坏或刮削细丝束。结果，驱动机构10能够更好地控制对细丝束38的输送。

图6是剖视俯视图，且完全示出了在图2A中的截面6－6中的部分。如图6中所示，细丝束38的置于驱动辊26与惰辊30之间。惰辊30提供压向细丝束38的压力以将细丝束38压向位于驱动辊26的沟道50内的一系列齿52上。

图7提供了置于驱动辊26与惰辊30之间的细丝束38的放大视图。图7图示了一系列齿52沿线段B咬入并接触细丝束38。在细丝束38的相对侧上的线段B之间的最小距离优选地大于细丝束38的直径的大约1/10。此距离被作为距离D。维持线段B之间的最小距离在细丝束38的直径的大约1/10保证了细丝束38在两侧接触一系列齿52并且细丝束38没有达到最低点（bottom out）且没有仅沿沟道52的底部接触一系列齿52。

图7也图示了当细丝束38位于沟道50内时惰辊30的槽54如何进一步帮助将连续的压力施加在细丝束38上，以及惰辊30的槽54如何防止细丝束从沟道50中滑动或滑移。

图8是驱动辊26的侧视图。沟道50显示为沿外圆周大体上居中。一系列齿52沿沟道50形成而产生大致V形的形状。为了增加耐久性，辊优选由金属制成且由416cd不锈钢制造。在本发明的实施例中，驱动辊26沿它的外表面34的宽度大致在.245与.255英寸之间（优选为.250英寸），并且沟道宽度在大约.084与.114英寸之间（优选为.089英寸），且直径大致为.550英寸。

图9是沿图8中的截面9－9的驱动辊26的剖视图。如图9中所示，沟道50沿驱动辊26的圆周延伸。一系列齿52也沿圆周特别是沿沟道50的基部被更清晰地示出。沟道50的深度以及驱动辊26旋转的速度将一起确定细丝束38被进给并供给到液化器的速度。沟道50的深度可以直接或间接测量。保证恒定的深度的技术用于沟道50，通过使用放置到沟道50内的铬球66（直径.0625±.0001英寸）。球66停留在由相连的齿52形成的穴上（如图9中所示）以测量驱动辊26的直径与球66之间的距离。对于在每一个相邻的齿52之间的每一个穴，距离C应该维持大体上恒定，以维持驱动辊26的可预知的和恒定的旋转速度。驱动辊26恒定的旋转速度对于控制细丝束38的供给速度是很重要的。

图10显示了图9中图示的剖视图的一部分的放大视图。如图10中所示，

一系列齿52被更清楚地显示。一系列齿52和沟道40可以通过本领域普通技术人员所知的各种技术制造，例如通过使用具有大约0.020英寸的导向钻头（pilot drill tip）的3/0×60度定心钻（center drill）。一系列齿52通过沿径向线钻孔而形成，且相邻的径向线形成在大约8度至15度之间的角度E。一系列齿52被产生以在相邻齿之间形成大约60度的角度A。然而，此角度可以在大约55度至85度的范围之间变化，并且仍将获得大约20磅的希望的推力。沟道50的宽度和深度被设定成将细丝束38容纳在沟道50内，从而沿沟道50的侧面而不是它的基部的一系列齿52接触细丝束38。在相邻的齿52之间的交叉的边缘也大致没有清理毛刺以维持一系列锐利的齿52。一系列齿52由此能够咬入或夹紧细丝束38，并获得更好的牵引以利用更大的力在希望的方向上进给细丝束38，且没有滑动、刮削或破坏细丝束38。

沿一系列齿52的边缘咬入细丝束38的一系列齿52的齿廓代表对图示在图11和12中的在先技术齿廓的显著改进。图11提供了带齿的供给辊100的侧视图，该供给辊100试图克服与尿烷供给辊相关的磨损和滑动问题。带齿的供给辊100包括一系列齿102，该一系列齿102沿在供给辊100的外圆周表面106上的沟道104形成。

图12显示了沿带齿的金属供给辊100的图11中的截面12－12的俯视剖视图。细丝束108在图12中以虚线示出。如从图12中可以看见的，一系列齿102沿单个齿廓在沟道104附近的外边缘抓紧细丝束108，且细丝束108与一系列齿102之间为最小接触。如图11和12中所图示的一对带齿的供给辊100需要试图提供足够的力以如所希望的进给细丝束108。

一系列齿102试图沿它们靠近沟道104的顶部边缘咬入细丝束108。这导致当细丝束108通过该对供给辊100时，一系列齿102易于刮掉、削去或刮削细丝。在双带齿的供给辊100的情况下，当需要继续驱动细丝束108的推力达到18磅时，也易于出现细丝滑动的现象。细丝滑动也通常会导致从细丝束108刮掉或刮削细丝。细丝件或刮削屑易于使得细丝沿一系列齿102或在挤出头或成型机器的其他部分附近出现不希望的堆积。细丝堆积使得成型机器性能恶化或可以潜在地损坏成型机器或不利地影响它的性能。

与供给辊100或其它已知的在先技术的供给辊相比，驱动机构10能够

接收更大直径范围的细丝，更易于制造和更易于维护，并且提供了对细丝束的更大的控制和驱动。尽管本发明已经参照优选实施例得到说明，但是本领域普通技术人员将认识到，在不偏离本发明的精神和保护范围的情况下，可以做出形式和细节上的改变。例如，在相邻的齿之间的角度可以变化，一系列齿切入其内的沟道的深度或者槽的深度也可以变化。另外，辊或轮可以由可选的材料制成，且本领域普通技术人员将认识到：一系列齿轮以及枢转块与固定块之间的枢转互连可以通过各种方式获得。




图 1




图 2A


12
26
50
34
52
44
48
54
58
40
14
30
36
20
32
22
18
17
16
60
56
19
24
19
28
46

图 2B




图 3




图 4




图 5


54
52
38
50
B
D
64
B
52
26
34
36
30
12
10
50
26
28
38
32
30
52
54
34
36
14
16
17
46

图 7

图 6




图 8




图 9




图 10




图 11




图 12

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45009019 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 16-FEB-2022 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 14:00:28 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5124-IDS.pdf | 249814<br>5f0fad4034f12113a7df90ecaf3ff71f963a223f | yes | 3 |

| | | | | | |
|---|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Transmittal Letter | | 1 | 2 | |
| | Information Disclosure Statement (IDS) Form (SB08) | | 3 | 3 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Foreign Reference | CN101070020A.pdf | 1177935<br>6f711dd8318e2b55ecc50e0278ce449b1e0e40d4 | no | 26 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Foreign Reference | CN101213060A.pdf | 1488934<br>bddfbf3fd1ee6c58774e7d41924b88e2d31f40d9 | no | 26 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Other Reference-Patent/App/Search documents | CN-SummaryOfAllegations.pdf | 221066<br>4949929aa564f64887379fe3adeb678dd75d826d | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 3137749 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No: 122620-5124

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH, et al. | : | Confirmation Number: 1660 |
| Application No.: 17/015,004 | : | Group Art Unit: 1743 |
| Filed: September 8, 2020 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the provisions of 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO/SB/08. It is respectfully requested that the documents be expressly considered during the prosecution of this application, and that the documents be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is being filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be

construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

Applicant believes no fee is due with this submission. However, if a fee is due, please charge Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

Please recognize our Customer No. 157354 as our correspondence address

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:snf
Facsimile: (714) 830-0700
Date: February 16, 2022

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

157354 7590 03/16/2022
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1743 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/16/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

judith.troilo@morganlewis.com
karen.catalano@morganlewis.com
ocipdocketing@morganlewis.com

| Office Action Summary | Application No. 17/015,004 | Applicant(s) DILWORTH et al. | |
|---|---|---|---|
| | **Examiner** Lawrence D Hohenbrink Jr. | **Art Unit** 1743 | **AIA (FITF) Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 9/8/2020.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.** 2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 25-44 is/are pending in the application.
5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☑ Claim(s) 25-26,28-36,40-42 and 44 is/are allowed.

7) ☑ Claim(s) 27 and 37-39 is/are rejected.

8) ☑ Claim(s) 43 is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on 9/8/2020 is/are: a)☑ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
a)☐ All b)☐ Some** c)☐ None of the:
1.☐ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
Paper No(s)/Mail Date 11/17/2020; 7/20/2021; 11/2/2021; 2/16/2022.

3) ☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

## DETAILED ACTION

### Status of the Application

1. This Office Action is the first action on the merits and is a non-final rejection.

2. Claims 25-44 are pending and are examined herein.

3. The Examiner notes the Applicant attempted to file a Request for First Action Interview (Full Pilot Program) on 3/26/2021. However, "[t]he Full First Action Interview Pilot Program has been discontinued. The last day for applicants to file requests to participate in the program was January 15, 2021. Any new, compliant requests to join this pilot program received on or before January 15, 2021, will be granted and the applications will be examined in accordance with the provisions of the program" (https://www.uspto.gov/patents/initiatives/first-action-interview/full-first-action-interview-pilot-program).

### *Notice of Pre-AIA or AIA Status*

4. The present application is being examined under the pre-AIA first to invent provisions.

### *Claim Objections*

5. **Claim 43 is objected to** because of the following informalities:

6. Claim 43 recites "The apparatus of Claim 36, wherein comprising a fan". The "wherein" should be "further".

7. Appropriate correction is required.

### *Claim Interpretation*

8. The following is a quotation of 35 U.S.C. 112(f):

> (f) Element in Claim for a Combination. – An element in a claim for a combination may be expressed as a means or step for performing a specified function without the recital of structure, material, or acts in support thereof, and such claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof.

The following is a quotation of pre-AIA 35 U.S.C. 112, sixth paragraph:

> An element in a claim for a combination may be expressed as a means or step for performing a specified function without the recital of structure, material, or acts in support thereof, and such claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof.

9. The claims in this application are given their broadest reasonable interpretation using the plain meaning of the claim language in light of the specification as it would be understood by one of ordinary skill in the art. The broadest reasonable interpretation of a claim element (also commonly referred to as a

claim limitation) is limited by the description in the specification when 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, is invoked.

As explained in MPEP § 2181, subsection I, claim limitations that meet the following three-prong test will be interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph:

(A) the claim limitation uses the term “means” or “step” or a term used as a substitute for “means” that is a generic placeholder (also called a nonce term or a non-structural term having no specific structural meaning) for performing the claimed function;

(B) the term “means” or “step” or the generic placeholder is modified by functional language, typically, but not always linked by the transition word “for” (e.g., “means for”) or another linking word or phrase, such as “configured to” or “so that”; and

(C) the term “means” or “step” or the generic placeholder is not modified by sufficient structure, material, or acts for performing the claimed function.

Use of the word “means” (or “step”) in a claim with functional language creates a rebuttable presumption that the claim limitation is to be treated in accordance with 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph. The presumption that the claim limitation is interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, is rebutted when the claim limitation recites sufficient structure, material, or acts to entirely perform the recited function.

Absence of the word “means” (or “step”) in a claim creates a rebuttable presumption that the claim limitation is not to be treated in accordance with 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph. The presumption that the claim limitation is not interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, is rebutted when the claim limitation recites function without reciting sufficient structure, material or acts to entirely perform the recited function.

Claim limitations in this application that use the word “means” (or “step”) are being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, except as otherwise indicated in an Office action. Conversely, claim limitations in this application that do not use the word “means” (or “step”) are not being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, except as otherwise indicated in an Office action.

10. This application includes one or more claim limitations that do not use the word “means,” but are nonetheless being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, because the claim limitation(s) uses a generic placeholder that is coupled with functional language without reciting sufficient structure to perform the recited function and the generic placeholder is not preceded by a structural modifier. Such claim limitation(s) is/are:

- Variable speed control mechanism (read: means for controlling variable speed) in Claim 32; corresponding structure is found in specification paragraph [0019].

Because this/these claim limitation(s) is/are being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, it/they is/are being interpreted to cover the corresponding structure described in the specification as performing the claimed function, and equivalents thereof.

If applicant does not intend to have this/these limitation(s) interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, applicant may: (1) amend the claim limitation(s) to avoid it/them being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph (e.g., by reciting sufficient structure to perform the claimed function); or (2) present a sufficient showing that the claim limitation(s) recite(s) sufficient structure to perform the claimed function so as to avoid it/them being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph.

### *Claim Rejections - 35 USC § 112*

11. The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

12. **Claims 27 and 37-39 are rejected** under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the invention.

13. Claim 27 line 2 recites “that engage the material of material such that”. The claim is unclear and therefore indefinite. For the sake of examination, the Examiner will examine the claim as if it recited “that engage the material such that”.

14. Claim 37 line 2 recites “motion of the material of material through the pen”. The claim is unclear and therefore indefinite. For the sake of examination, the Examiner will examine the claim as if it recited “motion of the material of material through the pen”. Dependent Claims 38-39 are indefinite as depending from an indefinite base claim.

15. Claim 39 recites the limitation "the port" in line 2. There is insufficient antecedent basis for this limitation in the claim. This should be “a port”.

***Allowable Subject Matter***

16. Claims 25-26, 28-36, and 40-44 are allowable, the objection to Claim 43 notwithstanding.

17. As allowable subject matter has been indicated, applicant's reply must either comply with all formal requirements or specifically traverse each requirement not complied with. See 37 CFR 1.111(b) and MPEP § 707.07(a).

18. Claims 27 and 37-39 would be allowable if rewritten to overcome the rejection(s) under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), 2nd paragraph, set forth in this Office action and to include all of the limitations of the base claim and any intervening claims.

19. The following is a statement of reasons for the indication of allowable subject matter:

20. Independent Claim 25 indicates allowable subject matter because the recited limitations for a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object comprising: a nozzle assembly configured to permit material to be extruded out of an exit nozzle for forming the 3D object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 26-35 indicate allowable subject matter as depending from an indicated-allowable base claim.

21. Independent Claim 36 indicates allowable subject matter because the recited limitations for a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: a nozzle assembly configured to permit the material to be extruded out of an exit nozzle

permitting the user to draw in free space to form a three-dimensional object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 37-44 indicate allowable subject matter as depending from an indicated-allowable base claim.

22. A close prior art reference here made of record *Di Miceli et al.* (US 2010/0147465 A1) discloses a handheld welding extruder with a supply unit separated from a welding unit with the two connected by at least a connecting line that supplies compressed cold air to the welding unit. The welding unit has a pen-shaped cylindrical housing with a welding segment at a first end and a grab handle at a second end. A plastic strand of feed stock is introduced into an internal volume of the housing at the interface of the second end and the first end, thus the feed stock is introduce as least partially through the second end. A welding shoe with an exit nozzle for a plasticized strand of feed stock are located at the first end, and the nozzle assembly is at least partially disposed within the housing. An electric motor and a gear train are located in the housing, and via the gear train the motor is connected to a shaft of an extruder screw of a plasticization worm unit into which the plastic strand feed stock is pulled, thus the gear train is operatively coupled between the motor and the strand. The supply unit has a variable speed control mechanism operatively connected to the motor and an actuator. The compressed cold air is used to cool the motor and gear train, then a portion of the air is directed to an exit gap to cool the guard tube, and the remainder is further heated and directed at the exit nozzle. *Di Miceli et al.* do not disclose a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the pen comprising: a nozzle assembly configured to permit material to be extruded out of an exit nozzle for forming the 3D object, and do not disclose a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: a nozzle assembly configured to permit the material to be extruded out of an exit nozzle permitting the user to draw in free space to form a three-dimensional object.

23. Another close prior art reference here made of record *Dennison* (US 4,953,755) discloses a device including a barrel member having an internal melting chamber communicating with an outlet opening through a nozzle, and the barrel member is heated to melt the end portion of a rod of solid thermoplastic adhesive and expel the molten adhesive through the nozzle at a predetermined rate. A suck back means is adapted for moving the rod a single predetermined distance out of the mixing

chamber to restrict movement of the molten adhesive through the nozzle. The device further comprises a frame adapted to be mounted by a bracket on a movable support such as the arm of a robot. *Dennison* does not disclose a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the pen comprising: a nozzle assembly configured to permit material to be extruded out of an exit nozzle for forming the 3D object, and does not disclose a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: a nozzle assembly configured to permit the material to be extruded out of an exit nozzle permitting the user to draw in free space to form a three-dimensional object.

### ***Conclusion***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lawrence D. Hohenbrink Jr. whose telephone number is 571-270-5549. The examiner can normally be reached Monday - Friday, 7:00 am to 3:00 pm Eastern Time U.S.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Joseph S. Del Sole can be reached on 571-272-1130. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LAWRENCE D. HOHENBRINK, JR./
Examiner, Art Unit 1743

/JOSEPH S DEL SOLE/
Supervisory Patent Examiner, Art Unit 1743

| Notice of References Cited | Application/Control No. 17/015,004 | Applicant(s)/Patent Under Reexamination DILWORTH et al. | |
|---|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20100147465-A1 | 06-2010 | Di Miceli; Giuseppe | B29C66/81821 | 156/579 |
| * | B | US-4953755-A | 09-1990 | Dennison; Richard L. | B05C17/00536 | 222/333 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. 17/015,004 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B29C48/02,92,865,05 | 2/4/2022 | LDH |
| B29C64/118,10,106 | 2/4/2022 | LDH |
| B29C2948/9258 | 2/4/2022 | LDH |
| B33Y10/00 | 2/4/2022 | LDH |
| B33Y30/00 | 2/4/2022 | LDH |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 425 | 87/375 | 2/4/2022 | LDH |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /L.D.H./<br>Examiner, Art Unit 1743 | |

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/015,004 | DILWORTH et al. |
| | **Examiner** | **Art Unit** |
| | Lawrence D Hohenbrink Jr. | 1743 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Searched EAST (see attached for scope of search) | 2/4/2022 | LDH |
| Inventor search | 2/4/2022 | LDH |
| Assignee search | 2/4/2022 | LDH |
| IDS reference review | 2/4/2022 | LDH |
| Third-Party Submission under 37 CFR 1.290 | 2/4/2022 | LDH |
| Global Dossier | 2/4/2022 | LDH |
| Image flip search with appropriate text limitation, USPC class/ subclass, as listed above | 2/4/2022 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, as listed above | 2/4/2022 | LDH |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| /L.D.H./<br>Examiner, Art Unit 1743 | |

# Bibliographic Data

Application No: 17/015,004

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☐ No ☐ Met After Allowance

Verified and Acknowledged: /LAWRENCE D. HOHENBRINK, JR./

Examiner's Signature

Initials

Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/08/2020 | 425 | 1743 | 122620-5124 |
| **RULE** | | | |

**APPLICANTS**

WobbleWorks, Inc., Wilmington, DE,

**INVENTORS**

Peter DILWORTH, Somerville, MA, UNITED STATES

Maxwell BOGUE, Hong Kong, HONG KONG

**CONTINUING DATA**

This application is a CON of 16103859 08/14/2018 PAT 10792850

16103859 is a CON of 15638266 06/29/2017 PAT 10046498

15638266 is a CON of 14821399 08/07/2015 PAT 9731444

14821399 is a CON of 13831050 03/14/2013 PAT 9102098

13831050 has PRO of 61733689 12/05/2012

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

09/17/2020

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
UNITED STATES

**FILING FEE RECEIVED**

$985

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | *Electronically filed* | |
|---|---|---|
| | Application Number | 17/015,004 |
| | Filing Date | September 8, 2020 |
| | First Named Inventor | Peter DILWORTH |
| Substitute for Form 1449-PTO | Art Unit | 1700 |
| | Examiner Name | D. Smith |
| Sheet 1 of 5 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 1,466,509 | 08-1923 | Laskey | |
| | A2 | 2,517,882 | 08-1950 | Johnson | |
| | A3 | 3,281,576 | 10-1966 | Cooper et al. | |
| | A4 | 3,285,475 | 11-1966 | Phillips | |
| | A5 | 3,559,241 | 02-1971 | Chu | |
| | A6 | 3,604,597 | 09-1971 | Pohl et al. | |
| | A7 | 3,665,158 | 05-1972 | Froedge | |
| | A8 | 3,887,319 | 06-1975 | Cottingham | |
| | A9 | 4,059,204 | 11-1977 | Duncan et al. | |
| | A10 | 4,114,781 | 09-1978 | Doyel | |
| | A11 | 4,197,448 | 04-1980 | Harigai | |
| | A12 | 4,552,287 | 11-1985 | Dziki | |
| | A13 | 4,597,821 | 07-1986 | Munro | |
| | A14 | 4,681,524 | 07-1987 | Ikeda et al. | |
| | A15 | 4,704,088 | 11-1987 | Newman | |
| | A16 | 5,071,069 | 12-1991 | Strim | |
| | A17 | 5,121,329 | 06-1992 | Crump | |
| | A18 | 5,169,587 | 12-1992 | Courval | |
| | A19 | 5,340,433 | 08-1994 | Crump | |
| | A20 | 5,672,312 | 09-1997 | Almquist et al. | |
| | A21 | 5,843,490 | 12-1998 | Horiba et al. | |
| | A22 | 5,853,774 | 12-1998 | Dreve | |
| | A23 | 6,013,096 | 01-2000 | Tucek | |
| | A24 | 6,117,385 | 09-2000 | Chartoff et al. | |
| | A25 | 6,129,872 | 10-2000 | Jang | |
| | A26 | 6,162,378 | 12-2000 | Bedal et al. | |
| | A27 | 6,238,613 | 05-2001 | Batchelder et al. | |
| | A28 | 6,443,675 | 09-2002 | Kopras et al. | |
| | A29 | 6,460,481 | 10-2002 | Young | |
| | A30 | 6,500,374 | 12-2002 | Akioka et al. | |
| | A31 | 6,543,549 | 04-2003 | Riedl et al. | |
| | A32 | 6,558,059 | 05-2003 | Hillinger et al. | |
| | A33 | 6,776,602 | 08-2004 | Swanson | |
| | A34 | 7,959,847 | 06-2011 | Wicker et al. | |
| | A35 | 8,221,669 | 07-2012 | Batchelder et al. | |
| | A36 | 8,236,227 | 08-2012 | Batchelder et al. | |
| | A37 | 8,262,304 | 09-2012 | Llach et al. | |
| | A38 | 8,439,665 | 05-2013 | Batchelder et al. | |
| | A39 | 8,926,882 | 01-2015 | Batchelder et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 39905250.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 2 | of | 5 | Attorney Docket Number | 122620-5124 |

| | | | | | |
|---|---|---|---|---|---|
| | A40 | 9,102,098 | 08-2015 | Dilworth et al. | |
| | A41 | 2001/0030383 | 10-2001 | Swanson et al. | |
| | A42 | 2001/0033037 | 10-2001 | Nitschke et al. | |
| | A43 | 2003/0137077 | 07-2003 | Lee et al. | |
| | A44 | 2004/0232165 | 11-2004 | Lee | |
| | A45 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A46 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A47 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A48 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A49 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A50 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A51 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A52 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A53 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A54 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A55 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A56 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A57 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A58 | 2010/0166969 | 07-2010 | Batchelder | |
| | A59 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A60 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A61 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0079936 | 04-2011 | Oxman | |
| | A63 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A64 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A65 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A66 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A67 | 2013/0209600 | 08-2013 | Tow | |
| | A68 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A69 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A70 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A71 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A72 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A73 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A74 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A75 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A76 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A77 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A78 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A79 | 2016/0031159 | 02-2016 | Church et al. | |
| | A80 | 2017/0057168 | 03-2017 | Miller et al. | |
| | A81 | 2017/0120519 | 05-2017 | Mark | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 39905250.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 3 | of | 5 | Attorney Docket Number | 122620-5124 |

| | | | | | |
|---|---|---|---|---|---|
| | A82 | 2017/0157826 | 06-2017 | Hishiki | |
| | A83 | 2017/0182701 | 06-2017 | Ryan | |
| | A84 | RE 26,180 | 04-1967 | Frenzel et al. | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS** A7

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B1 | CN 101166597 | 04-2008 | TDY Ind Inc | | |
| | B2 | CN 101172428 | 05-2008 | Lite On Technology Corp | | |
| | B3 | CN 102922721 | 02-2013 | Chen | | |
| | B4 | CN 103707511 | 04-2014 | Bao | | |
| | B5 | CN 1285856 | 02-2001 | Trexel Inc | | |
| | B6 | CN 201086388 | 07-2008 | Pumma Technology Co Ltd | | |
| | B7 | CN 202079738 | 12-2011 | Yingjun, Zhang | | |
| | B8 | CN 202399493 | 08-2012 | Shenzhen Weistek Technology Co Ltd | | |
| | B9 | CN 203371791 | 01-2014 | Gu | | |
| | B10 | CN 203449607 | 02-2014 | Shenzen Nanjixiong Science & Technology Co Ltd | | |
| | B11 | CN 203592687 | 05-2014 | Wobble Works Inc | | |
| | B12 | CN 2761402 | 03-2006 | Overseas Univ | | |
| | B13 | CN 2813176 | 09-2006 | Huanda Comp Shanghi Co | | |
| | B14 | DE 3341201 | 05-1985 | Ursprung | | |
| | B15 | EP 257838 | 03-1988 | Bostik Ltd | | |
| | B16 | JPS 61-141959 | 06-1986 | Bosch Gmbh | | |
| | B17 | JPS 63-205216 | 08-1988 | Junkosha Co Ltd | | |
| | B18 | WO 99/32544 | 07-1999 | Trexel Inc | | |
| | B19 | WO 2009/134298 | 11-2009 | Stratasys, Inc. | | |
| | B20 | WO 2012/088257 | 06-2012 | Stratasys, Inc. | | |
| | B21 | WO 2012/152510 | 11-2012 | Evonik Roehm Gmbh | | |
| | B22 | WO 2012/152511 | 11-2012 | Evonik Roehm Gmbh | | |
| | B23 | WO 2015/020944 | 02-2015 | Massachusetts Inst Technology | | |
| | B24 | CN 1640643 | 07-2005 | Univ Tsinghua | | X |
| | B25 | JP S63-101887 | 05-1988 | Ozaki | | X |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 39905250.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 4 | of | 5 | Attorney Docket Number | 122620-5124 |

| NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
| | C1 | "A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443 |
| | C2 | "Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed June 2019, 3 pages |
| | C3 | "Electron ST - Strong, Compact and handy," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C4 | "Handheld Product Ergonomic Design," Human Engineering, June 2011, Vol 17, No 2, pp 186-189 |
| | C5 | "Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C6 | "Leister Diode S Diode PID," August 2018, 84 pages |
| | C7 | "Leister Electron ST Hot Air Tool - User Manual," October 2017, 40 pages |
| | C8 | "Leister Hot Jet S," Manual, October 2017, 87 pages |
| | C9 | "Leister Triac ST Hot Air Tool - User Manual," October 2018, 40 pages |
| | C10 | "Leister Welding Pen S Welding Pen R," September 2005, 82 pages |
| | C1 | "Triac ST - Design meets experience," disclosed June 2019, 4 pages |
| | C12 | "Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed June 2019, 2 pages |
| | C13 | Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 13, 2018, 22 pages |
| | C14 | Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated December 8, 2017, 9 pages |
| | C15 | Conduct of Proceeding Order, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 6 pages |
| | C16 | Decision Denying Institution of Inter Partes Review, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, Jan. 15, 2019, 20 pages |
| | C17 | Decision Denying Petitioner's Request for Rehearing, Ditec Solutions, LLC v. WobbleWorks, Inc., Case IPR2018-01414, entered Mar. 13, 2019, 10 pages |
| | C18 | Declaration of David Trumper in Support of Inter Partes Review of U.S. Patent 9,731,444, May 20, 2018, 43 pages |
| | C19 | Declaration of Dr. Kimberly Cameron, October 23, 2018, 14 pages |
| | C20 | Declaration of Lance Wyatt, Inter Partes Review of 9,731,444, May 24, 2018, 2 pages |
| | C21 | Ditec's Answer and Counterclaims to Wobbleworks' Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 25, 2019, 12 pages |
| | C22 | Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 19, 2018, 10 pages |
| | C23 | Donutman.sub.--2000 "Plastic Welding Gun (Plastruder MK4)" published Sep. 19, 2010, http://www.thingiverse.com/thing:4156, last accessed Jul. 3, 2014 |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DB2/ 39905250.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1700 |
| | | | | Examiner Name | D. Smith |
| Sheet | 5 | of | 5 | Attorney Docket Number | 122620-5124 |

| | | |
|---|---|---|
| | C24 | EP 13861105.8, Third Party Observations dated August 16, 2019, 27 pages, including attachments |
| | C25 | Patent Owner's Exhibit List, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 3 pages |
| | C26 | Patent Owner's Preliminary Response, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 30 pages |
| | C27 | Personnel Record of David L. Trumper, May 2018, 50 pages |
| | C28 | Petition for Inter Partes Review of 9,731,444, July 19, 2018, 70 pages |
| | C29 | Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 9, 2019, 16 pages |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 03/04/2022 |
|---|---|---|---|

DB2/ 39905250.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | *Electronically filed* | |
|---|---|---|
| | Application Number | 17/015,004 |
| | Filing Date | September 8, 2020 |
| | First Named Inventor | Peter DILWORTH |
| | Art Unit | OPAP |
| | Examiner Name | Docket Central |
| Sheet 1 of 1 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | EP 13861105.8, Third Party Observations dated October 18, 2021, 85 pages |
| | C2 | 3Doodler: The World's First 3D Printing Pen by WobbleWorks LLC - Kickstarter, retrieved from https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen\description, 9 pages, last updated November 25, 2014 |
| | C3 | Interview with 3Doodler Co-creator Max Bogue, February 28, 2013, retrieved from blog/makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/, 7 pages |
| | C4 | MakerBot Industries: Plastruder MK4, 2009, retrieved from web.archive.org/web/20091012055654/http://wiki.makerbot.com\plastruder-mk4, 34 pages |
| | C5 | Category: Extruders - RepRap, last revised October 9, 2012, retrieved from https://reprep.org/mediawiki/index.php?title=Category:Extruders&oldid=67755, 7 pages |
| | C6 | YouTube posted by Jon Buford, published on November 27, 2012, retrieved from https://www.youtube.com/watch?v=ef03qSz-yC8, 4 pages |
| | C7 | Draw in the Air with 3Doodler - 3d Printing Era, February 19, 2013, retrieved from www.3dpringinera.com/draw-in-the-air-with-3doodler/, 2 pages |
| | C8 | Fung 2037 - Turns out the Makible team had the …, February 23, 2013, retrieved from https://fung2037.tumblr.com/post/43847991789/turns-out-the-makibox-makible-team-had-the, 2 pages |
| | C9 | #MakiBox Update - A6 Printing Smoothly, Public Demos, and the Scribble, November 28, 2012, retrieved from https://web.archive.org/web/20121203045530/http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, 11 pages |
| | C10 | EP 13861105.8, Acknowledgment of receipt of observations by third parties, dated October 18, 2021, 1 page |
| | C11 | EP 13861105.8, Relevance of third party observation dated October 18, 2021, 1 page |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 03/04/2022 |
|---|---|---|---|

DB2/ 41837657.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S2 | 1 | us-20140154347-$.did. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:07 |
| S3 | 1 | us-20120219699-$.did. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:29 |
| S4 | 4 | (4552287 \| 4597821 \| 4681524 \| 3665158).pn. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:30 |
| S5 | 1 | us-20030137077-$.did. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:31 |
| S6 | 8 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:48 |
| S7 | 1 | (wobble near works).as. | US-PGPUB; USPAT | OR | ON | 2014/06/17 09:54 |
| S8 | 272 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/17 12:50 |
| S9 | 422 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/17 12:51 |
| S10 | 501 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:41 |
| S11 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |
| S12 | 27 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |
| S13 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |
| S14 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S15 | 1,281 | S8 or S9 or S10 or S11 or S12 or S13 or S14 | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:43 |
| S16 | 479 | S15 and (nozzle or (die near3 open$3)) | US-PGPUB; USPAT | OR | ON | 2014/06/17 13:43 |
| S17 | 1 | "6722872".pn. | US-PGPUB; USPAT | OR | ON | 2014/06/19 13:46 |
| S18 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S19 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S20 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S21 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S22 | 27 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S23 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S24 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S25 | 1,282 | S18 or S19 or S20 or S21 or S22 or S23 or S24 | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S26 | 480 | S25 and (nozzle or (die near3 open$3)) | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S27 | 196 | S26 and hand | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:21 |
| S28 | 41 | S26 and (hand near4 (hold or held)) | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:23 |
| S29 | 6 | S26 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2014/06/25 13:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S30 | 841 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:53 |
| S31 | 500 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:53 |
| S32 | 1,339 | S30 or S31 | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S33 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S34 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S35 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S36 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S37 | 28 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S38 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S39 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S40 | 1,283 | S33 or S34 or S35 or S36 or S37 or S38 or S39 | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S41 | 2,525 | S32 or S40 | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S42 | 103 | S41 and (hand near4 (hold or held)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 07:54 |
| S43 | 11 | S41 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 08:26 |
| S44 | 1,306 | S41 and ((button or control or switch or knob)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S45 | 282 | S44 and ((button or control or switch or knob) with first) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:16 |
| S46 | 251 | S44 and ((button or control or switch or knob) with second) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S47 | 206 | S45 and S46 | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S48 | 74 | S44 and ((button or control or switch or knob) near2 first) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S49 | 65 | S44 and ((button or control or switch or knob) near2 second) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:17 |
| S50 | 38 | S48 and S49 | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:18 |
| S51 | 498 | S41 and ((button or control or switch or knob) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:19 |
| S52 | 41 | S51 and ((button or control or switch or knob) near2 first) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:19 |
| S53 | 39 | S51 and ((button or control or switch or knob) near2 second) | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:20 |
| S54 | 21 | S52 and S53 | US-PGPUB; USPAT | OR | ON | 2014/06/26 09:20 |
| S55 | 20 | S33 and ((button or control or switch or knob) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 10:33 |
| S56 | 20 | S33 and ((button or control or switch or knob or dial or toggle) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 10:34 |
| S57 | 20 | S33 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/26 10:34 |
| S58 | 1 | "7384255".pn. | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:00 |
| S59 | 91 | ("3016451" \| "3381812" \| "3841000" \| "4152367" \| "4665492" \| "4749347" \| "4844373" \| "4928897" \| "4961154" \| "5169081" \| "5257657" \| "5263585" \| "5293996" \| "5303141" \| "5312224" \| | US-PGPUB; USPAT; USOCR | OR | ON | 2014/06/27 08:02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "5340433" \| "5402351" \| "5474719" \| "5503785" \| "5578227" \| "5587913" \| "5633021" \| "5637175" \| "5695707" \| "5738817" \| "5764521" \| "5816466" \| "5866058" \| "5868296" \| "5893404" \| "5900207" \| "5932055" \| "5936861" \| "5943235" \| "5968561" \| "6004124" \| "6041991" \| "6054077" \| "6070107" \| "6085957" \| "6119567" \| "6127492" \| "6129872" \| "6162378" \| "6165406" \| "6193923" \| "6214279" \| "6228923" \| "6257517" \| "6261077" \| "6322728" \| "6557742" \| "6572228" \| "6645412" \| "6685866" \| "6722872" \| "6730252" \| "6749414" \| "6776602" \| "6814907" \| "6866807" \| "6923634" \| "7026574").PN. OR ("7384255").URPN. | | | | |
| S60 | 12 | S59 and (motor with (reverse or opposite or clockwise)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:03 |
| S61 | 5 | S59 and (retract) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:27 |
| S62 | 18 | S59 and (strand) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:28 |
| S63 | 2 | S59 and (button) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:48 |
| S64 | 40 | S59 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:51 |
| S65 | 16 | S59 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 08:52 |
| S66 | 841 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S67 | 500 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S68 | 1,339 | S66 or S67 | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S69 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S70 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S71 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S72 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S73 | 28 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S74 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S75 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S76 | 1,283 | S69 or S70 or S71 or S72 or S73 or S74 or S75 | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S77 | 2,525 | S68 or S76 | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S78 | 194 | S77 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S79 | 145 | S77 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 09:04 |
| S80 | 824 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:53 |
| S81 | 160 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:53 |
| S82 | 982 | S80 or S81 | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:54 |
| S83 | 73 | S82 and fan | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:54 |
| S84 | 208 | S82 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S85 | 25 | S84 and fan | US-PGPUB; USPAT | OR | ON | 2014/06/27 10:55 |
| S86 | 60 | S84 and (fan or blower) | US-PGPUB; USPAT | OR | ON | 2014/06/27 12:37 |
| S87 | 19 | S84 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) with (fan or blower)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 12:38 |
| S88 | 78 | S82 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/06/27 12:41 |
| S89 | 841 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S90 | 500 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S91 | 1,339 | S89 or S90 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S92 | 271 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S93 | 421 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S94 | 504 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S95 | 69 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S96 | 28 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S97 | 23 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S98 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S99 | 1,283 | S92 or S93 or S94 or S95 or S96 or S97 or S98 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S100 | 2,525 | S91 or S99 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S101 | 824 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S102 | 160 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S103 | 982 | S101 or S102 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S104 | 3,507 | S100 or S103 | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:00 |
| S105 | 223 | S104 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:01 |
| S106 | 178 | S105 and ((first same second)) | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:02 |
| S107 | 35 | S105 and ((button or switch or knob or dial or toggle or actuator or rocker) with (first and second)) | US-PGPUB; USPAT | OR | ON | 2014/07/02 10:02 |
| S108 | 865 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:16 |
| S109 | 249 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:16 |
| S110 | 1,019 | S108 or S109 | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:16 |
| S111 | 56 | S110 and fan | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:17 |
| S112 | 1 | us-20010033037-$.did. | US-PGPUB; USPAT | OR | ON | 2014/12/01 20:32 |
| S113 | 2 | "3281576".pn. or "4059204".pn. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:17 |
| S114 | 5 | (8221669 \| 8236227 \| 8439665).pn. or us-20120258190-$.did. or us-20130234366-$.did. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S115 | 861 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S116 | 525 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S117 | 1,383 | S115 or S116 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S118 | 274 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S119 | 425 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S120 | 561 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S121 | 77 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S122 | 348 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S123 | 32 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S124 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S125 | 1,684 | S118 or S119 or S120 or S121 or S122 or S123 or S124 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S126 | 2,952 | S117 or S125 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S127 | 830 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S128 | 164 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S129 | 992 | S127 or S128 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S130 | 3,944 | S126 or S129 | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S131 | 32 | S130 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:48 |
| S132 | 11 | S130 and ((port) near (cool$4 or cold)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:53 |
| S133 | 1,407 | S130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:56 |
| S134 | 1,558 | S130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:56 |
| S135 | 263 | S134 and (fan or blower) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:57 |
| S136 | 56 | S130 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | US-PGPUB; USPAT | OR | ON | 2014/12/08 19:58 |
| S137 | 868 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S138 | 540 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S139 | 1,405 | S137 or S138 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S140 | 275 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S141 | 425 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S142 | 616 | b29c67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S143 | 85 | b29c47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S144 | 379 | b29c47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S145 | 36 | b29c47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S146 | 65 | b05c17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S147 | 1,780 | S140 or S141 or S142 or S143 or S144 or S145 or S146 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S148 | 3,063 | S139 or S147 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S149 | 835 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S150 | 167 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S151 | 1,000 | S149 or S150 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S152 | 4,063 | S148 or S151 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:03 |
| S153 | 32 | S152 and ((fan or blower) near3 (cool or cold)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:04 |
| S154 | 12 | S152 and ((port) near (cool$4 or cold)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:04 |
| S155 | 1,482 | S152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:05 |
| S156 | 1,640 | S152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:05 |
| S157 | 274 | S156 and (fan or blower) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:05 |
| S158 | 59 | S152 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:06 |
| S159 | 867 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S160 | 249 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:50 |
| S161 | 1,021 | S159 or S160 | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:50 |
| S162 | 57 | S161 and fan | US-PGPUB; USPAT | OR | ON | 2015/02/20 08:51 |
| S177 | 1 | us-20160031141-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 09:52 |
| S178 | 1 | "9102098".pn. | US-PGPUB; USPAT | OR | ON | 2016/11/08 09:53 |
| S179 | 1 | us-20160285028-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 10:14 |
| S180 | 1 | us-20160185028-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 10:15 |
| S181 | 16 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2016/11/08 13:54 |
| S182 | 1 | (wobble near works).as. or (wobble near works).aanm. | US-PGPUB; USPAT | OR | ON | 2016/11/08 13:55 |
| S183 | 15 | (5853774 \| 6162378 \| 6776602 \| 9102098 \| 3559241 \| 3604597 \| 3887319 \| 5121329 \| 5169587 \| 6129872 \| 6238613 \| 6500374 \| 6558059 \| 8262304 \| 8926882).pn. | US-PGPUB; USPAT | OR | ON | 2016/11/08 14:52 |
| S184 | 3 | us-20010033037-$.did. or us-20010030383-$.did. or us-20070029693-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 15:35 |
| S185 | 7 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-201100766496-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 16:20 |
| S186 | 8 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465- | US-PGPUB; USPAT | OR | ON | 2016/11/08 16:22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | $.did. or us-20100327479-$.did. or us-20110076496-$.did. | | | | |
| S187 | 4 | us-20110079936-$.did. or us-20110196660-$.did. or us-20120070523-$.did. or us-20130209600-$.did. | US-PGPUB; USPAT | OR | ON | 2016/11/08 16:35 |
| S188 | 1 | "6460481".pn. | US-PGPUB; USPAT | OR | ON | 2016/11/08 17:41 |
| S189 | 890 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S190 | 0 | 425/37375.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S191 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S192 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S193 | 429 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S194 | 878 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S195 | 250 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:29 |
| S196 | 846 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S197 | 170 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S198 | 586 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S199 | 425 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S200 | 60 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S201 | 71 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:30 |
| S202 | 770 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S203 | 1,191 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S204 | 836 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S205 | 1,817 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S206 | 1,220 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:31 |
| S207 | 8,572 | S189 or S191 or S192 or S193 or S194 or S195 or S196 or S197 or S198 or S199 or S200 or S201 or S202 or S203 or S204 or S205 or S206 | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:32 |
| S208 | 3,608 | S207 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:38 |
| S209 | 130 | S208 and (hand near4 (hold or held)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 11:39 |
| S210 | 1,133 | S208 and ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 12:29 |
| S211 | 390 | S210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 12:30 |
| S212 | 4 | S208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same (port near (cool$4 or cold))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 13:25 |
| S213 | 5 | S208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same3 (port near (cool$4 or cold))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 13:25 |
| S214 | 53 | S210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear)) | US-PGPUB; USPAT | OR | ON | 2016/11/09 14:35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S215 | 2 | S210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear same (vary or variable))) | US-PGPUB; USPAT | OR | ON | 2016/11/09 14:36 |
| S216 | 20 | S208 and ((vary or varies or varied or variable) near3 (extrusion or extruder) near3 rate) | US-PGPUB; USPAT | OR | ON | 2016/11/09 15:19 |
| S217 | 60 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 10:17 |
| S218 | 890 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S219 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S220 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S221 | 429 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S222 | 878 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S223 | 250 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S224 | 846 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S225 | 170 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S226 | 586 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S227 | 425 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S228 | 71 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S229 | 773 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S230 | 1,193 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S231 | 842 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S232 | 1,845 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S233 | 1,238 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S234 | 8,607 | S218 or S219 or S220 or S221 or S222 or S223 or S224 or S225 or S226 or S227 or S217 or S228 or S229 or S230 or S231 or S232 or S233 | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S235 | 2,089 | S234 and (extruder) | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:48 |
| S236 | 86 | S235 and (extruder near3 tube) | US-PGPUB; USPAT | OR | ON | 2016/11/10 11:49 |
| S237 | 157 | S235 and (extruder near2 mount$3) | US-PGPUB; USPAT | OR | ON | 2016/11/10 12:13 |
| S238 | 10 | S235 and (extruder near2 mount$3 near2 end) | US-PGPUB; USPAT | OR | ON | 2016/11/10 12:14 |
| S239 | 66 | S235 and ((extruder near2 mount$3) same (nozzle or die)) | US-PGPUB; USPAT | OR | ON | 2016/11/10 12:16 |
| S240 | 120 | S235 and (extruder with (tube and end)) | US-PGPUB; USPAT | OR | ON | 2016/11/10 13:38 |
| S241 | 42 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010033037-$ or US-20070029693-$ | US-PGPUB; USPAT | OR | ON | 2016/11/10 18:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | or US-20160185028-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-7384255-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-8236227-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | | | | |
| S242 | 6 | S241 and (insulator or insulate or insulation) | US-PGPUB; USPAT | OR | ON | 2016/11/10 18:32 |
| S243 | 11 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20040232165-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-3604597-$ or US-6460481-$).did. | US-PGPUB; USPAT | OR | ON | 2016/11/12 16:33 |
| S244 | 4 | S243 and circuit | US-PGPUB; USPAT | OR | ON | 2016/11/12 16:33 |
| S245 | 4 | S243 and circuit$2 | US-PGPUB; USPAT | OR | ON | 2016/11/12 16:33 |
| S246 | 17 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:46 |
| S247 | 1 | (wobble near works).as. or (wobble near works).aanm. | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:47 |
| S248 | 101,901 | ((three near dimension$2) or ("3D")) and (nozzle or orifice) | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:49 |
| S249 | 1,479 | S248 and (((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:50 |
| S250 | 63 | S249 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/29 19:51 |
| S251 | 3 | (5672312 \| 6117385 \| 7959847).pn. | US-PGPUB; USPAT | OR | ON | 2017/03/29 20:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S252 | 2 | us-20060198918-$.did. or us-20090133800-$.did. | US-PGPUB; USPAT | OR | ON | 2017/03/29 20:18 |
| S253 | 221,361 | ((three near dimension$2) or ("3D")) and (nozzle or orifice or die) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:29 |
| S254 | 2,422 | S253 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:30 |
| S255 | 101 | S254 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:30 |
| S256 | 62 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S257 | 890 | 425/376.1.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S258 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S259 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S260 | 429 | 425/458.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S261 | 878 | 425/72.2.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S262 | 250 | 425/378.2.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S263 | 846 | 156/498.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S264 | 170 | 156/368.ccls. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S265 | 600 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S266 | 433 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S267 | 74 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S268 | 924 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S269 | 1,408 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S270 | 1,044 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S271 | 3,869 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S272 | 2,820 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S273 | 10,947 | S257 or S258 or S259 or S260 or S261 or S262 or S263 or S264 or S265 or S266 or S256 or S267 or S268 or S269 or S270 or S271 or S272 | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:55 |
| S274 | 12 | S273 and (((nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:56 |
| S275 | 32 | S273 and ((nozzle or orifice or die) same (hand near (held or hold$3))) | US-PGPUB; USPAT | OR | ON | 2017/03/30 07:57 |
| S276 | 262 | S273 and (hand near (held or hold$3)) | US-PGPUB; USPAT | OR | ON | 2017/03/30 08:26 |
| S277 | 10 | S276 and ((hand near (held or hold$3)) and (free near space)) | US-PGPUB; USPAT | OR | ON | 2017/03/30 08:26 |
| S278 | 144 | S276 and ((hand near (held or hold$3)) and (space)) | US-PGPUB; USPAT | OR | ON | 2017/03/30 08:28 |
| S299 | 1 | "5340433".pn. | US-PGPUB; USPAT | OR | ON | 2017/04/01 16:54 |
| S300 | 1 | us-20100147465-$.did. | US-PGPUB; USPAT | OR | ON | 2017/06/11 18:34 |
| S301 | 20 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2017/12/31 09:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S303 | 11 | (wobble near works).as,aanm. or (wobbleworks).as,aanm. | US-PGPUB; USPAT | OR | ON | 2017/12/31 09:12 |
| S306 | 22 | (3281576 \| 3559241 \| 3604597 \| 3665158 \| 3887319 \| 4059204 \| 4552287 \| 4597821 \| 4681524 \| 5121329 \| 5169587 \| 5340433 \| 5672312 \| 5853774 \| 6117385 \| 6129872 \| 6162378 \| 6238613 \| 6460481 \| 6500374 \| 6558059 \| 6776602).pn. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:22 |
| S307 | 7 | (7959847 \| 8221669 \| 8236227 \| 8262304 \| 8439665 \| 8926882 \| 9102098).pn. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:45 |
| S308 | 3 | (us-20010030383-$\|us-20010033037-$\|us-20030137077-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:49 |
| S309 | 12 | (us-20040232165-$\|us-20050129941-$\|us-20050288813-$\|us-20060198918-$\|us-20070003656-$\|us-20070029693-$\|us-20070228590-$\|us-20080197116-$\|us-20080213419-$\|us-20090133800-$\|us-20100147465-$\|us-20100327479-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 11:59 |
| S311 | 21 | (us-20110076496-$\|us-20110079936-$\|us-20110196660-$\|us-20120070523-$\|us-20120219699-$\|us-20120258190-$\|us-20130209600-$\|us-20130234366-$\|us-20090283544-$\|us-20140044823-$\|us-20140120197-$\|us-20140328963-$\|us-20150096717-$\|us-20150137402-$\|us-20150147427-$\|us-20150165691-$\|us-20150331412-$\|us-20160031159-$\|us-20170057168-$\|us-20170120519-$\|us-20170157826-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 12:14 |
| S312 | 5 | "5843490".pn. or (us-20090274540-$\|us-20110074065-$\|us-20140159273-$\|us-20140291886-$).did. | US-PGPUB; USPAT | OR | ON | 2017/12/31 12:22 |
| S313 | 4 | us-20030137077-$.did. or (4681524 \| 4552287 \| 4597821).pn. | US-PGPUB; USPAT | OR | ON | 2018/01/01 10:18 |
| S314 | 2 | us-20100147465-$.did. or us-20080197116-$.did. | US-PGPUB; USPAT | OR | ON | 2018/01/01 10:23 |
| S315 | 6,215,565 | hand$5 | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S316 | 4,492,768 | S315 and (hand or handheld or (hand-held) or (hand near held)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:19 |
| S317 | 1,579 | S316 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:20 |
| S319 | 233 | S317 and ((hand or handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:22 |
| S320 | 22 | S317 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:27 |
| S321 | 661 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S322 | 0 | 425/084.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S323 | 0 | 425/087.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S324 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:35 |
| S325 | 1,282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S326 | 241 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S327 | 6,622 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S328 | 4,717 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:36 |
| S329 | 1,150 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S330 | 44 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S331 | 3,472 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S332 | 66 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S333 | 72 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S334 | 446 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S335 | 327 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:37 |
| S336 | 758 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:38 |
| S337 | 698 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:38 |
| S338 | 44 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:38 |
| S339 | 81 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:39 |
| S340 | 121 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:39 |
| S341 | 616 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S342 | 3,261 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S343 | 498 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S344 | 425 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S345 | 1,659 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:40 |
| S346 | 17,183 | S321 or S324 or S325 or S326 or S327 or S328 or S329 or S330 or S331 or S332 or S333 or S334 or S335 or S336 or S337 or S338 or S339 or S340 or S341 or S342 or S343 or S344 or S345 | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S347 | 56 | S346 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | US-PGPUB; USPAT | OR | ON | 2018/01/01 11:46 |
| S348 | 46 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20080197116-$ or US-20100147465-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$ or US-20090123587-$ or US-20060146642-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | US-PGPUB; USPAT | OR | ON | 2018/01/01 19:07 |
| S349 | 37 | S348 and second | US-PGPUB; USPAT | OR | ON | 2018/01/01 19:07 |
| S350 | 291 | ("5340433").URPN. | USPAT | OR | ON | 2018/04/03 11:24 |
| S351 | 414 | ("5121329").URPN. | USPAT | OR | ON | 2018/04/03 11:25 |
| S352 | 492 | S350 or S351 | US-PGPUB; USPAT | OR | ON | 2018/04/03 11:25 |
| S353 | 12 | S352 and (pen or pencil) | US-PGPUB; USPAT | OR | ON | 2018/04/03 11:25 |
| S354 | 6 | S352 and (hand with (held or hold or holding)) | US-PGPUB; USPAT | OR | ON | 2018/04/03 11:30 |
| S355 | 18 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | or US-20100147465-$ or US-20090123587-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-3281576-$ or US-3604597-$ or US-6460481-$ or US-5889064-$).did. | | | | |
| S356 | 4 | S355 and ((motor or switch or actuator) with (backward or reverse or opposite)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:01 |
| S357 | 662 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S358 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S359 | 1,282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S360 | 259 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S361 | 7,520 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S362 | 5,394 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S363 | 1,336 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S364 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S365 | 3,532 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S366 | 68 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S367 | 82 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S368 | 456 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S369 | 334 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S370 | 751 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S371 | 705 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S372 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S373 | 84 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S374 | 135 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S375 | 626 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S376 | 3,337 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S377 | 481 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S378 | 433 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S379 | 1,691 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S380 | 18,454 | S357 or S358 or S359 or S360 or S361 or S362 or S363 or S364 or S365 or S366 or S367 or S368 or S369 or S370 or S371 or S372 or S373 or S374 or S375 or S376 or S377 or S378 or S379 | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |
| S381 | 9,645 | S380 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | | | | |
| S382 | 396 | S381 and ((motor or switch or actuator) with (backward or reverse or opposite)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:10 |
| S383 | 140 | S382 and ((motor or switch or actuator) near3 (backward or reverse or opposite)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 06:10 |
| S384 | 64 | S383 and filament | US-PGPUB; USPAT | OR | ON | 2018/06/08 07:13 |
| S385 | 662 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S386 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S387 | 1,282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S388 | 259 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S389 | 7,520 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S390 | 5,394 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S391 | 1,336 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S392 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S393 | 3,532 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S394 | 68 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S395 | 82 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S396 | 456 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S397 | 334 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S398 | 751 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S399 | 705 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S400 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S401 | 84 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S402 | 135 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S403 | 626 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S404 | 3,337 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S405 | 481 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S406 | 433 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S407 | 1,691 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S408 | 18,454 | S385 or S386 or S387 or S388 or S389 or S390 or S391 or S392 or S393 or S394 or S395 or S396 or S397 or S398 or S399 or S400 or S401 or S402 or S403 or S404 or S405 or S406 or S407 | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S409 | 9,645 | S408 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | | | | |
| S410 | 436 | S409 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:27 |
| S411 | 188 | S410 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 13:28 |
| S439 | 1 | us-20060051442-$.did. | US-PGPUB; USPAT | OR | ON | 2018/06/27 07:50 |
| S440 | 1 | us-20140120194-$.did. | US-PGPUB; USPAT | OR | ON | 2018/06/27 08:00 |
| S441 | 1 | us-20180345559-$.did. | US-PGPUB; USPAT | OR | ON | 2018/12/23 21:01 |
| S442 | 1 | us-20180345559-$.did. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:13 |
| S443 | 1 | us-20170182701-$.did. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:15 |
| S444 | 1 | ("5121329").pn. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:38 |
| S445 | 37 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:46 |
| S447 | 21 | ((wobble near works) or (wobbleworks)).as,aanm. | US-PGPUB; USPAT | OR | ON | 2020/05/18 11:49 |
| S448 | 1 | ("20150086668").pn. | US-PGPUB; USPAT | OR | ON | 2020/05/19 09:47 |
| S449 | 11 | (1466509 \| 2517882 \| 3285475 \| 4114781 \| 4197448 \| 4704088 \| 5071069 \| 6013096 \| 6443675 \| 6543549 \| 20100166969).pn. | US-PGPUB; USPAT | OR | ON | 2020/05/19 16:32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S450 | 1 | (re26180).pn. | US-PGPUB; USPAT | OR | ON | 2020/05/19 17:02 |
| S451 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S452 | 667 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S453 | 451 | B29C48/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S454 | 146 | B29C48/2528.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S455 | 87 | B29C48/2526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:26 |
| S456 | 368 | B29C48/87.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S457 | 4,070 | B29C48/05.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S458 | 506 | B29C48/37.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S459 | 4,052 | B29C48/92.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S460 | 721 | B29C48/865.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S461 | 177 | B29C48/802.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S462 | 469 | B29C2948/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S463 | 1,947 | B29C2948/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:27 |
| S464 | 2,479 | B29C64/20.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S465 | 3,413 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S466 | 1,373 | B29C64/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S467 | 444 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S468 | 428 | B05C17/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S469 | 187 | B05C17/005.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:28 |
| S470 | 79 | B05C17/00523.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S471 | 58 | B05C17/00526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S472 | 97 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S473 | 507 | E04G21/16.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S474 | 328 | E04G23/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S475 | 697 | E04F21/165.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:29 |
| S476 | 14,290 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:30 |
| S477 | 9,942 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:30 |
| S478 | 29,182 | S451 S452 S453 S454 S455 S456 S457 S458 S459 S460 S461 S462 S463 S464 S465 S466 S467 S468 S469 S470 S471 S472 S473 S474 S475 S476 S477 | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:30 |
| S479 | 17,858 | S478 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | | | | |
| S482 | 181 | S479 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | US-PGPUB; USPAT | OR | ON | 2020/05/20 08:42 |
| S513 | 1 | ("20200398471").pn. | US-PGPUB; USPAT | OR | ON | 2022/03/03 18:54 |
| S514 | 2 | (10046498 \| 10792850).pn. | US-PGPUB; USPAT | OR | ON | 2022/03/03 18:59 |
| S515 | 4 | (4953755 \| 3604597 \| 20040244603 \| 20100147465).pn. | US-PGPUB; USPAT | OR | ON | 2022/03/04 14:38 |
| S516 | 41 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | US-PGPUB; USPAT | OR | ON | 2022/03/04 17:28 |
| S517 | 24 | ((wobble near works) or (wobbleworks)).as,aanm. | US-PGPUB; USPAT | OR | ON | 2022/03/04 17:29 |
| S518 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:43 |
| S519 | 667 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:43 |
| S520 | 592 | B29C48/02.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:43 |
| S521 | 4,633 | B29C48/92.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |
| S522 | 762 | B29C48/865.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S523 | 5,115 | B29C48/05.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |
| S524 | 3,936 | B29C64/118.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |
| S525 | 748 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |
| S526 | 4,246 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |
| S527 | 502 | B29C2948/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:44 |
| S528 | 22,109 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:45 |
| S529 | 15,231 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:45 |
| S531 | 35,899 | S518 S519 S520 S521 S522 S523 S524 S525 S526 S527 S528 S529 | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:45 |
| S532 | 26,213 | S531 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:46 |
| S533 | 234 | S532 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | US-PGPUB; USPAT | OR | ON | 2022/03/04 18:46 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S163 | 1 | 425/376.1.ccls. | | OR | ON | 2015/02/20 08:29 |
| S164 | 0 | 425/375.ccls. | | OR | ON | 2015/02/20 08:29 |
| S165 | 0 | 425/87.ccls. | | OR | ON | 2015/02/20 08:29 |
| S166 | 0 | 425/458.ccls. | | OR | ON | 2015/02/20 08:29 |
| S167 | 0 | 425/458.ccls. | | OR | ON | 2015/02/20 08:29 |
| S168 | 0 | b29c67/0055.cpc. | | OR | ON | 2015/02/20 08:29 |
| S169 | 0 | b29c47/862.cpc. | | OR | ON | 2015/02/20 08:29 |
| S170 | 0 | b29c47/364.cpc. | | OR | ON | 2015/02/20 08:30 |
| S171 | 0 | b29c47/0805.cpc. | | OR | ON | 2015/02/20 08:30 |
| S172 | 0 | b05c17/0053.cpc. | | OR | ON | 2015/02/20 08:30 |
| S173 | 1 | 156/498.ccls. | | OR | ON | 2015/02/20 08:30 |
| S174 | 0 | 156/368.ccls. | | OR | ON | 2015/02/20 08:30 |
| S175 | 0 | 425/378.2.ccls. | | OR | ON | 2015/02/20 08:49 |
| S176 | 0 | 425/72.2.ccls. | | OR | ON | 2015/02/20 08:50 |
| S279 | 36 | B29C47/0805.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:00 |
| S280 | 113 | 425/376.1.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:01 |
| S281 | 287 | 425/375.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:01 |
| S282 | 30 | 425/87.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S283 | 17 | 425/458.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S284 | 165 | 425/72.2.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S285 | 24 | 425/378.2.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S286 | 108 | 156/498.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:18 |
| S287 | 11 | 156/368.ccls. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S288 | 214 | B29C47/862.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S289 | 204 | B29C47/364.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S290 | 16 | B05C17/0053.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S291 | 611 | B29C67/0051.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S292 | 1,004 | B29C67/0055.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S293 | 783 | B29C67/0085.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:19 |
| S294 | 2,893 | B33Y10/00.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:20 |
| S295 | 2,042 | B33Y30/00.cpc. | US-PGPUB | OR | ON | 2017/03/30 09:21 |
| S296 | 5,242 | S279 or S280 or S281 or S282 or S283 or S284 or S285 or S286 or S287 or S288 or S289 or S290 or S291 or S292 or S293 or S294 or S295 | US-PGPUB | OR | ON | 2017/03/30 09:22 |
| S298 | 0 | S296 and ((nozzle or orifice or die) and (extruder) and (filament or strand) and (hand near (held or hold$3))).clm. | US-PGPUB | OR | ON | 2017/03/30 09:24 |
| S412 | 662 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S413 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S414 | 1,282 | 264/308.ccls. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S415 | 259 | B29C47/0002.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S416 | 7,520 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S417 | 5,394 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S418 | 1,336 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S419 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S420 | 3,532 | B29C47/0014.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S421 | 68 | B29C47/0805.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S422 | 82 | B29C47/0806.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S423 | 456 | B29C47/364.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:06 |
| S424 | 334 | B29C47/864.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S425 | 751 | B29C67/0055.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S426 | 705 | B29C67/0085.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S427 | 84 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S428 | 84 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S429 | 135 | B29C47/802.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S430 | 626 | B29C47/862.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S431 | 3,337 | B29C47/92.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S432 | 481 | B29C67/0051.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S433 | 433 | B29C2947/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S434 | 1,691 | B29C2947/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:07 |
| S435 | 18,454 | S412 or S413 or S414 or S415 or S416 or S417 or S418 or S419 or S420 or S421 or S422 or S423 or S424 or S425 or S426 or S427 or S428 or S429 or S430 or S431 or S432 or S433 or S434 | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:09 |
| S436 | 9,645 | S435 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:34 |
| S437 | 436 | S436 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:35 |
| S438 | 17 | S437 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)).clm. | US-PGPUB; USPAT | OR | ON | 2018/06/08 17:36 |
| S483 | 278 | 425/87.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S484 | 667 | 425/375.ccls. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S485 | 451 | B29C48/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S486 | 146 | B29C48/2528.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S487 | 87 | B29C48/2526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S488 | 368 | B29C48/87.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S489 | 4,070 | B29C48/05.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S490 | 506 | B29C48/37.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S491 | 4,052 | B29C48/92.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S492 | 721 | B29C48/865.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S493 | 177 | B29C48/802.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S494 | 469 | B29C2948/9258.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S495 | 1,947 | B29C2948/92704.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:51 |
| S496 | 2,479 | B29C64/20.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S497 | 3,413 | B29C64/106.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S498 | 1,373 | B29C64/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S499 | 444 | B29C64/10.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S500 | 428 | B05C17/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S501 | 187 | B05C17/005.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S502 | 79 | B05C17/00523.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S503 | 58 | B05C17/00526.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S504 | 97 | B05C17/0053.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S505 | 507 | E04G21/16.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:52 |
| S506 | 328 | E04G23/02.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S507 | 697 | E04F21/165.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S508 | 14,290 | B33Y10/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S509 | 9,942 | B33Y30/00.cpc. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:53 |
| S510 | 29,182 | S483 S484 S485 S486 S487 S488 S489 S490 S491 S492 S493 S494 S495 S496 S497 S498 S499 S500 S501 S502 S503 S504 S505 S506 S507 S508 S509 | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:54 |
| S511 | 17,858 | S510 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:54 |
| S512 | 4 | S511 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)).clm. | US-PGPUB; USPAT | OR | ON | 2020/05/20 09:57 |

Doc Code:IDS.3P
Document Description: Third-Party Submission Under 37 CFR 1.290

PTO/SB/429(08-12)
Approved for use through 07/31/2015. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17015004 |
|---|---|---|

**U.S. PATENTS**

| Cite No | Patent Number | Kind Code[1] | Issue Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 4953755 | A | 1990-09-04 | RICHARD DENNISON |
| 2 | 3604597 | A | 1971-09-14 | Harold E POHL |

**U.S. PATENT APPLICATION PUBLICATIONS**

| Cite No | Publication Number | Kind Code[1] | Publication Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 20040244603 | A | 2004-12-09 | Ronald MAGERS |
| 2 | 20100147465 | A1 | 2010-06-17 | Giuseppe Di MICELI |

**FOREIGN PATENTS AND PUBLISHED FOREIGN PATENT APPLICATIONS**

| Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[1] | Publication Date (YYYY-MM-DD) | Applicant, Patentee or First Named Inventor | T[5] |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |

**NON-PATENT PUBLICATIONS (e.g., journal article, Office action)**



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17015004 |
|---|---|---|

| Cite No | Author (if any), title of the publication, page(s) being submitted, publication date, publisher (where available), place of publication (where available). | T[5] | E[6] |
|---|---|---|---|
| | | ☐ | ☐ |

**STATEMENTS**

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

☒ The fee set forth in 37 CFR 1.290(f) has been submitted herewith.

☐ The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party.

☐ This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance. As such, the party making this resubmission: (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g).



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17015004 |
|---|---|---|

| | | | |
|---|---|---|---|
| Signature | /Joshua L. Pritchett/ | | |
| Name/Print | Joshua L. Pritchett | Registration Number (if applicable) | 69004 |

| | | | |
|---|---|---|---|
| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 03/04/2022 |

*EXAMINER: Signature indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant. 1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MPEP 901.04(a). 2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851. 3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br><br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B1 | CN 101070020A | 11-2007 | Guangbao Science Technology Co | | X |
| | B2 | CN 101213060A | 07-2008 | Stratasys, Inc. | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Summary of the Current Allegations from the Petitioner in the Invalidation Notice of 26 November 2021, and comments, 9 pages |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 03/04/2022 |
|---|---|---|---|

DB2/ 42585858.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re Patent Application of: Peter Dilworth | Customer Number: 175438 |
| Application No.: 17/015,004 | Confirmation No.: 1660 |
| Filed: September 8, 2020 | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | Examiner: Hohenbrink Jr., Lawrence |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RESPONSE TO OFFICE ACTION DATED MARCH 16, 2022**

Commissioner:

In response to the Office Action dated March 16, 2022 (the "Office Action"), please consider the above-captioned application in view of the following amendments and remarks.

**Amendments to the Claims** begins on Page 2 of this paper.

**Remarks** begin on Page 6 of this paper.

**AMENDMENTS TO THE CLAIMS**

Please replace all prior versions of the claims with the following listing of the claims. Please note that in the amendments to the claims, deletions are indicated by strikethrough (e.g., deletion) or double brackets (e.g., [[word]]) and additions to the claims are underlined (e.g., addition).

**Listing of Claims:**

1–24. (Canceled)

25. (Previously Presented) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the 3D pen comprising:

a housing having an internal volume and a port that permits insertion of material into the internal volume of the housing, the housing being configured to fit in a user's hand and configured without a handle substantially perpendicular to the housing;

a motor coupled to the housing of the pen and being configured to drive motion of the material;

an actuator, coupled to the housing of the pen, to actuate the motor to control a movement of the material; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element configured to melt the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle for forming the 3D object.

26. (Previously Presented) The apparatus of Claim 25, further comprising a gear disposed within the housing, adjacent to the port within the internal volume, the gear being configured to contact the material and to be rotated by the motor to drive motion of the material.

27. (Currently Amended) The apparatus of Claim 26, wherein the gear comprises a final gear having teeth that engage the material ~~of material~~ such that rotation of the final gear causes the material to linearly move.

28. (Previously Presented) The apparatus of Claim 25, wherein the apparatus is configured to use material in the form of a strand.

29. (Previously Presented) The apparatus of Claim 25, wherein the apparatus is configured to use material in the form of an elongate rod shape.

30. (Previously Presented) The apparatus of Claim 25, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus.

31. (Previously Presented) The apparatus of Claim 25, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

32. (Previously Presented) The apparatus of Claim 25, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

33. (Previously Presented) The apparatus of Claim 25, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the material prior to extrusion through the exit nozzle.

34. (Previously Presented) The apparatus of Claim 25, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

35. (Previously Presented) The apparatus of Claim 25, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

36. (Previously Presented) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing configured to receive material therein, the housing being configured to fit in a user's hand;

at least one actuator, coupled to the housing of the pen, for controlling a movement of the material; and

a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object.

37. (Currently Amended) The apparatus of Claim 36, further comprising a drive system configured to drive motion of the material ~~of material~~ through the pen.

38. (Previously Presented) The apparatus of Claim 37, further comprising a guide tube disposed within the housing, a first end of the guide tube positioned to receive the material from the drive system.

39. (Currently Amended) The apparatus of Claim 37, wherein the drive system comprises a gear disposed adjacent to [[the ]]<u>a </u>port within an internal volume of the housing.

40. (Previously Presented) The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of a strand.

41. (Previously Presented) The apparatus of Claim 36, wherein the apparatus is configured to use material in the form of an elongate rod shape.

42. (Previously Presented) The apparatus of Claim 36, wherein the apparatus is configured to use material encased within a hopper component that can be coupled to the apparatus to supply material to the apparatus.

43. (Currently Amended) The apparatus of Claim 36, ~~wherein~~ <u>further </u>comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

44. (Previously Presented) The apparatus of Claim 36, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

45. (New) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising:

a housing configured to receive material therein, the housing being configured to fit in a user's hand;

at least one actuator positioned along the housing of the pen for controlling a movement of the material; and

a nozzle assembly positioned at a distal end portion of the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object.

46. (New) The apparatus of Claim 45, further comprising a gear disposed within the housing, adjacent to the port within the internal volume, the gear being configured to contact the material and to be rotated by the motor to drive motion of the material.

47. (New) The apparatus of Claim 46, further comprising a gear train in operative communication with the gear for driving motion of the material.

48. (New) The apparatus of Claim 45, further comprising a motor to drive motion of the material in response to the at least one actuator.

49. (New) The apparatus of Claim 45, wherein the apparatus is configured to use material in the form of a strand.

50. (New) The apparatus of Claim 45, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle assembly.

51. (New) The apparatus of Claim 45, further comprising a variable speed control mechanism to adjust one or more of a first extrusion rate and a second extrusion rate.

52. (New) The apparatus of Claim 45, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

## REMARKS

After entry of this Amendment, Claims 25–52 are pending, wherein Claim 25, 36, and 45 are the independent claims. Claims 27, 37, and 43 are amended. New Claims 45–52 are introduced. These amendments are made without prejudice or disclaimer of subject matter and without conceding the correctness of any rejections, and Applicant respectfully reserves the right to pursue the original, previously presented, or canceled subject matter in this application or continuing applications. Support for the amendment including any new claims is found in the published application. No new matter is believed to be added herein. Reconsideration and further examination are respectfully requested.

## In Re Interview

Applicant and Applicant's representative wish to express their sincere gratitude to Examiner Rodjom for her thoughtful remarks and careful consideration of the present Application during the interview of June 10, 2022, with Nathan Smith. During the Examiner Interview, the claims as presented above, as well as the allowable subject matter and the proposed new claims, were discussed. The Examiner confirmed the allowable subject matter and confirmed that the new claims, as presented herein, would be favorably considered.

## Claim Objections

Claim 43 is objected to for certain informalities. Claim 43 has been amended to recite "further comprising a fan," as suggested by the Examiner. Withdrawal of this objection is respectfully requested.

## Claim Rejections Under 35 U.S.C. § 112

Claims 27 and 37-39 are rejected as allegedly being indefinite. Claim 27 has been amended to recite "wherein the gear comprises a final gear having teeth that engage the material," and Claim 37 has been amended to recite "a drive system configured to drive motion of the material." Withdrawal of this rejection is respectfully requested.

## Allowable Subject Matter

Applicant thanks the Examiner for the indication of allowable subject matter in Claims 25, 26, 28-36, and 40-44, and that Claims 27, and 37-39 would be allowable if rewritten or amended to overcome the rejections under 35 U.S.C. § 112. Accordingly, Applicant respectfully requests indication of allowance of at least Claims 25-44 in the next action.

## New Claims 45–52

New Claims 45–52 are introduced. New independent Claim 45 recites "a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising . . . a nozzle assembly positioned at a distal end portion of the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object," which the Office Action states "has not been shown or reasonably suggested in the prior art."[1] Claims 46–52 depend from Claim 45 and are believed to be allowable for at least similar reasons. Claim 46–52 are each deemed to define an additional aspect of the invention, the individual consideration of each on its own merits is respectfully requested. Allowance of new Claims 45–52 is respectfully requested.

## Conclusion

Applicant respectfully submits that the entire application is in condition for allowance, and such action is respectfully requested at the Examiner's earliest convenience. Should the Examiner have any questions, please call the undersigned at the phone number listed below so that any such questions may be promptly resolved.

Any remarks in support of patentability of one claim should not be imputed to any other claim, even if similar terminology is used. Any language or remarks referring to only a portion of a claim should not necessarily be understood to base patentability on solely that portion; rather, patentability rests on each claim taken as a whole.

Applicant respectfully submits that to the extent any disclaimers or statements were made previously during prosecution with respect to the scope of the claimed invention, such disclaimers and statements are hereby rescinded.

---

[1] *Office Action* at p. 5.

Applicant respectfully reserves the right to traverse any of the rejections, assertions and submissions made in connection with the application, even if not discussed herein, including the right to challenge later whether any of the cited references is prior art. The absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment. In addition, because any arguments made may not be exhaustive, there may be other reasons that have not been expressed for patentability of any or all claims. When amendments are made to any claims, no acquiescence or estoppel is implied thereby; such amendments are made only to expedite prosecution of the present application and are without prejudice to the presentation or assertion, in the future, of claims directed to subject matter that is same as or similar to that previously presented. Nothing in this paper should be construed as an intent to concede, or actual concession of, any issue with regard to any claim, or to any cited art, except as specifically stated in this paper, and the amendment or cancellation of any claim does not necessarily signify concession of unpatentability of the claim prior to its amendment or cancellation.

To the extent necessary, a petition for an extension of time under 37 C.F.R. 1.136 is hereby made. Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 500310 and please credit any excess fees to such deposit account.

Respectfully submitted,

Morgan, Lewis & Bockius LLP

/Nathan S. Smith/

Nathan S. Smith, Reg. No. 53,615

600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0514 SD
Facsimile: 714.830.0700
**Date: June 11, 2022**

**Please recognize our Customer No. 175438 as our correspondence address.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45932924 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 11-JUN-2022 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 03:52:59 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 5124AMD.pdf | 183808<br>3dc461ce0da2e010df8454cc00675ab8642614ab | yes | 8 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Request for Reconsideration-After Non-Final Rejection | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 8 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 183808 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** Substitute for Form PTO-875 | Application or Docket Number 17/015,004 | Filing Date 09/08/2020 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $230 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 06/11/2022 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 28 | Minus | ** 24 | = 4 | x $50 = | 200 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 200 |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /DIANE FLOYD/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :66461

Sale Accounting Date:06/15/2022

| Sale Item Reference Number | Effective Date |
|---|---|
| 17015004 | 06/11/2022 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I20226EF11420125 | 2202 | CLAIMS IN EXCESS OF 20 | $200.00 | Deposit Account |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

157354 7590 06/29/2022

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |
| ART UNIT | PAPER NUMBER |
| 1743 | |

DATE MAILED: 06/29/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 09/29/2022 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

157354 7590 06/29/2022

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 09/29/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOHENBRINK JR, LAWRENCE D | 1743 | 425-375000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________________
2 ____________________
3 ____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑ Issue Fee ❑ Publication Fee (if required) ❑ Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. ________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ______________________ Date ______________________

Typed or printed name ______________________ Registration No. ______________________

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

157354 7590 06/29/2022

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |
| ART UNIT | PAPER NUMBER |
| 1743 | |

DATE MAILED: 06/29/2022

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

### OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.**<br>17/015,004 | **Applicant(s)**<br>DILWORTH et al. | |
|---|---|---|---|
| | **Examiner**<br>Lawrence D Hohenbrink Jr. | **Art Unit**<br>1743 | **AIA (FITF) Status**<br>No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to Applicant's filing of 6/11/2022.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 25-52 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☑ Interview Summary (PTO-413), Paper No./Mail Date. 20220616.
5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743 | /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743 |
|---|---|

## DETAILED ACTION

### Status of the Application

1. This Office Action is the second action on the merits and is a notice of allowability. The Examiner acknowledges receipt of Applicant's amendment, including amended claims and arguments/remarks, filed 6/11/2022 in response to Office Action (non-final rejection) mailed 3/16/2022.

2. Claims 25-44 were previously pending. With Applicant's filing of 6/11/2022 Claims 27, 37, 39, and 43 are amended, Claims 45-52 are newly added, and Claims 25-26, 28-36, 38, 40-42, and 44 are as previously presented. Presently Claims 25-52 are pending and are examined herein.

### *Notice of Pre-AIA or AIA Status*

3. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Response to Amendment*

4. Claim 43 was previously objected to for minor informalities. In light of Applicant's amendment, this objection is withdrawn.

5. Claims 27 and 37-39 were previously rejected under 35 USC 112(b) as indefinite. In light of Applicant's amendment, these rejections are withdrawn.

### EXAMINER'S AMENDMENT

6. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

7. The application has been amended as follows:

> 46. (Currently Amended) The apparatus of Claim 45, further comprising a gear disposed within the housing, adjacent to <u>a</u>~~the~~ port within <u>an</u>~~the~~ internal volume<u> of the housing</u>, the gear being configured to contact the material and to be rotated by <u>a</u>~~the~~ motor to drive motion of the material.

***Allowable Subject Matter***

8. Claims 25-52 are allowed.

9. The following is an examiner's statement of reasons for allowance:

10. Independent Claim 25 is allowable because the recited limitations for a 3D drawing pen that is configured to permit the user to draw in free space to form a 3D object comprising: a nozzle assembly configured to permit material to be extruded out of an exit nozzle for forming the 3D object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 26-35 are allowable as depending from an allowable base claim.

11. Independent Claim 36 is allowable because the recited limitations for a 3D drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: a nozzle assembly configured to permit the material to be extruded out of an exit nozzle permitting the user to draw in free space to form a three-dimensional object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 37-44 are allowable as depending from an allowable base claim.

12. Independent Claim 45 is allowable because the recited limitations for a 3D drawing pen that is configured to permit drawing in 3D space, the 3D pen comprising: a nozzle assembly positioned at a distal end portion of the housing and comprising an exit nozzle and a heating element for melting the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle permitting the user to draw in free space to form a three-dimensional object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 46-52 are allowable as depending from an allowable base claim.

13. A close prior art reference here made of record *Di Miceli et al.* (US 2010/0147465 A1) discloses a handheld welding extruder with a supply unit separated from a welding unit with the two connected by at least a connecting line that supplies compressed cold air to the welding unit. The welding unit has a pen-shaped cylindrical housing with a welding segment at a first end and a grab handle at a second end. A plastic strand of feed stock is introduced into an internal volume of the housing at the interface of the second end and the first end, thus the feed stock is introduce as least partially through the second end. A welding shoe with an exit nozzle for a plasticized strand of feed stock are located at the first end, and the

nozzle assembly is at least partially disposed within the housing. An electric motor and a gear train are located in the housing, and via the gear train the motor is connected to a shaft of an extruder screw of a plasticization worm unit into which the plastic strand feed stock is pulled, thus the gear train is operatively coupled between the motor and the strand. The supply unit has a variable speed control mechanism operatively connected to the motor and an actuator. The compressed cold air is used to cool the motor and gear train, then a portion of the air is directed to an exit gap to cool the guard tube, and the remainder is further heated and directed at the exit nozzle. *Di Miceli et al.* do not disclose the instant claim limitations recited above.

14. Another close prior art reference here made of record *Dennison* (US 4,953,755) discloses a device including a barrel member having an internal melting chamber communicating with an outlet opening through a nozzle, and the barrel member is heated to melt the end portion of a rod of solid thermoplastic adhesive and expel the molten adhesive through the nozzle at a predetermined rate. A suck back means is adapted for moving the rod a single predetermined distance out of the mixing chamber to restrict movement of the molten adhesive through the nozzle. The device further comprises a frame adapted to be mounted by a bracket on a movable support such as the arm of a robot. *Dennison* does not disclose the instant claim limitations recited above.

15. An updated search of the relevant prior art failed to turn up any other prior art references which anticipated or could be used individually or in combination to set forth a *prima facie* case of obviousness, and upon which to base a prior art rejection for claims reciting these limitations.

16. Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled “Comments on Statement of Reasons for Allowance.”

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lawrence D. Hohenbrink Jr. whose telephone number is 571-270-5549. The examiner can normally be reached Monday - Friday, 7:00 am to 3:00 pm Eastern Time U.S.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Joseph S. Del Sole can be reached on 571-272-1130. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LAWRENCE D. HOHENBRINK, JR./
Examiner, Art Unit 1743

/JOSEPH S DEL SOLE/
Supervisory Patent Examiner, Art Unit 1743

| *Applicant-Initiated Interview Summary* | **Application No.**<br>17/015,004 | **Applicant(s)**<br>DILWORTH et al. | | |
|---|---|---|---|---|
| | **Examiner**<br>Lawrence D Hohenbrink Jr. | **Art Unit**<br>1743 | **AIA (First Inventor to File) Status**<br>No | **Page**<br>**1 of 1** |

| **All Participants** (applicant, applicants representative, PTO personnel) | **Title** | **Type** |
|---|---|---|
| Lawrence D Hohenbrink Jr. | Examiner | Telephonic |
| Nathan S. Smith | Attorney | |

**Date of Interview:** 10 June 2022

**Issues Discussed:**

**35 U.S.C. 112**

Discussed the claims rejected as indefinite, and discussed adding a new independent claim as a matter of further adjusting the scope of claims.

| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743 | /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743 |
|---|---|

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/015,004 | DILWORTH et al. |
| | **Examiner** | **Art Unit** |
| | Lawrence D Hohenbrink Jr. | 1743 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| B29C | / | 48 | / | 02 | F | 2019-02-01 |
| B33Y | / | 10 | / | 00 | I | 2014-12-01 |
| B29C | / | 48 | / | 05 | I | 2019-02-01 |
| B29C | / | 48 | / | 37 | I | 2019-02-01 |
| B29C | / | 48 | / | 87 | I | 2019-02-01 |
| B29C | / | 48 | / | 2526 | I | 2019-02-01 |
| B29C | / | 48 | / | 2528 | I | 2019-02-01 |
| B29C | / | 64 | / | 118 | I | 2017-08-01 |
| B29C | / | 64 | / | 20 | I | 2017-08-01 |
| B29C | / | 64 | / | 106 | I | 2017-08-01 |
| B33Y | / | 30 | / | 00 | I | 2014-12-01 |
| B05C | / | 17 | / | 0053 | A | 2013-01-01 |
| B29C | / | 48 | / | 92 | A | 2019-02-01 |
| B29C | / | 48 | / | 802 | A | 2019-02-01 |
| B29C | / | 48 | / | 865 | A | 2019-02-01 |
| B29C | / | 2948 | / | 9258 | A | 2019-02-01 |
| B29C | / | 2948 | / | 92704 | A | 2019-02-01 |
| B29C | / | 64 | / | 00 | A | 2017-08-01 |
| E04G | / | 21 | / | 16 | A | 2013-01-01 |
| E04F | / | 21 | / | 165 | A | 2013-01-01 |
| B05C | / | 17 | / | 00526 | A | 2013-01-01 |
| B05C | / | 17 | / | 00 | A | 2013-01-01 |
| E04G | / | 23 | / | 02 | A | 2013-01-01 |
| B05C | / | 17 | / | 005 | A | 2013-01-01 |
| B05C | / | 17 | / | 00523 | A | 2013-01-01 |
| B29C | / | 64 | / | 10 | A | 2017-08-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| | / | | / | | | | | |

| | | Total Claims Allowed: | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 16 June 2022<br>(Date) | 28 | |
| /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743<br>(Primary Examiner) | 20 June 2022<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| Issue Classification | Application/Control No. 17/015,004 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| B29C | / | 48 | / | 02 |
| NON-CLAIMED | | | | |
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 425 | 375 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 16 June 2022<br>(Date) | Total Claims Allowed:<br>28 | |
| /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743<br>(Primary Examiner) | 20 June 2022<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20220616

| *Issue Classification* | Application/Control No. 17/015,004 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | 4 | 28 | 13 | 37 | 22 | 46 | | | | |
| | 2 | | 11 | | 20 | 5 | 29 | 14 | 38 | 23 | 47 | | | | |
| | 3 | | 12 | | 21 | 6 | 30 | 15 | 39 | 24 | 48 | | | | |
| | 4 | | 13 | | 22 | 7 | 31 | 16 | 40 | 25 | 49 | | | | |
| | 5 | | 14 | | 23 | 8 | 32 | 17 | 41 | 26 | 50 | | | | |
| | 6 | | 15 | | 24 | 9 | 33 | 18 | 42 | 27 | 51 | | | | |
| | 7 | | 16 | 1 | 25 | 10 | 34 | 19 | 43 | 28 | 52 | | | | |
| | 8 | | 17 | 2 | 26 | 11 | 35 | 20 | 44 | | | | | | |
| | 9 | | 18 | 3 | 27 | 12 | 36 | 21 | 45 | | | | | | |

| | | | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 16 June 2022<br>(Date) | **Total Claims Allowed:**<br>28 | |
| /JOSEPH S DEL SOLE/<br>Supervisory Patent Examiner, Art Unit 1743<br>(Primary Examiner) | 20 June 2022<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

U.S. Patent and Trademark Office Part of Paper No.: 20220616

| Search Notes | Application/Control No. 17/015,004 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B29C48/02,92,865,05 | 2/4/2022 | LDH |
| B29C64/118,10,106 | 2/4/2022 | LDH |
| B29C2948/9258 | 2/4/2022 | LDH |
| B33Y10/00 | 2/4/2022 | LDH |
| B33Y30/00 | 2/4/2022 | LDH |
| updated above | 6/16/2022 | LDH |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 425 | 87,375 | 2/4/2022 | LDH |
| | updated above | 6/16/2022 | LDH |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /L.D.H./<br>Examiner, Art Unit 1743 | |

| *Search Notes* | Application/Control No. 17/015,004 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Searched EAST (see attached for scope of search) | 2/4/2022 | LDH |
| Inventor search | 2/4/2022 | LDH |
| Assignee search | 2/4/2022 | LDH |
| IDS reference review | 2/4/2022 | LDH |
| Third-Party Submission under 37 CFR 1.290 | 2/4/2022 | LDH |
| Global Dossier | 2/4/2022 | LDH |
| Image flip search with appropriate text limitation, USPC class/ subclass, as listed above | 2/4/2022 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, as listed above | 2/4/2022 | LDH |
| updated above | 6/16/2022 | LDH |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| 425 | 87,375 | 6/16/2022 | LDH |
| B29C48 | 02,92,865,05 | 6/16/2022 | LDH |
| B29C64 | 118,10,106 | 6/16/2022 | LDH |
| B29C2948 | 9258 | 6/16/2022 | LDH |
| B33Y10 | 00 | 6/16/2022 | LDH |
| B33Y30 | 00 | 6/16/2022 | LDH |

/L.D.H./
Examiner, Art Unit 1743

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L2 | 1 | us-20140154347-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:07 AM |
| L3 | 1 | us-20120219699-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:29 AM |
| L4 | 4 | (4552287\|4597821\|4681524\|3665158).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:30 AM |
| L5 | 1 | us-20030137077-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:31 AM |
| L6 | 8 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:48 AM |
| L7 | 1 | (wobble near works).as. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:54 AM |
| L8 | 272 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 12:50 PM |
| L9 | 422 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 12:51 PM |
| L10 | 501 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:41 PM |
| L11 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L12 | 27 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L13 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L14 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L15 | 1281 | L8 or L9 or L10 or L11 or L12 or L13 or L14 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:43 PM |
| L16 | 479 | L15 and (nozzle or (die near3 open$3)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:43 PM |
| L17 | 1 | "6722872".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/19 01:46 PM |
| L18 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L19 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L20 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L21 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L22 | 27 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L23 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L24 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L25 | 1282 | L18 or L19 or L20 or L21 or L22 or L23 or L24 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L26 | 480 | L25 and (nozzle or (die near3 open$3)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L27 | 196 | L26 and hand | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L28 | 41 | L26 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:23 PM |
| L29 | 6 | L26 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:31 PM |
| L30 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:53 AM |
| L31 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:53 AM |
| L32 | 1339 | L30 or L31 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L33 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L34 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L35 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L36 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L37 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L38 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L39 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L40 | 1283 | L33 or L34 or L35 or L36 or L37 or L38 or L39 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L41 | 2525 | L32 or L40 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L42 | 103 | L41 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L43 | 11 | L41 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 08:26 AM |
| L44 | 1306 | L41 and ((button or control or switch or knob)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:16 AM |
| L45 | 282 | L44 and ((button or control or switch or knob) with first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:16 AM |
| L46 | 251 | L44 and ((button or control or switch or knob) with second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L47 | 206 | L45 and L46 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L48 | 74 | L44 and ((button or control or switch or knob) near2 first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L49 | 65 | L44 and ((button or control or switch or knob) near2 second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L50 | 38 | L48 and L49 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:18 AM |
| L51 | 498 | L41 and ((button or control or switch or knob) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:19 AM |
| L52 | 41 | L51 and ((button or control or switch or knob) near2 first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:19 AM |
| L53 | 39 | L51 and ((button or control or switch or knob) near2 second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:20 AM |
| L54 | 21 | L52 and L53 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:20 AM |
| L55 | 20 | L33 and ((button or control or switch or knob) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:33 AM |
| L56 | 20 | L33 and ((button or control or switch or knob or dial or toggle) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:34 AM |
| L57 | 20 | L33 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:34 AM |
| L58 | 1 | "7384255".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:00 AM |
| L59 | 91 | ("3016451" \| "3381812" \| "3841000" \| "4152367" \| "4665492" \| "4749347" \| "4844373" \| "4928897" \| "4961154" \| "5169081" \| "5257657" \| "5263585" \| "5293996" \| "5303141" \| "5312224" \| "5340433" \| "5402351" \| "5474719" \| "5503785" \| "5578227" \| "5587913" \| "5633021" \| "5637175" \| "5695707" \| "5738817" \| "5764521" \| "5816466" \| "5866058" \| "5868296" \| "5893404" \| "5900207" \| "5932055" \| "5936861" \| "5943235" | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2014/06/27 08:02 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | \| "5968561" \| "6004124" \| "6041991" \| "6054077" \| "6070107" \| "6085957" \| "6119567" \| "6127492" \| "6129872" \| "6162378" \| "6165406" \| "6193923" \| "6214279" \| "6228923" \| "6257517" \| "6261077" \| "6322728" \| "6557742" \| "6572228" \| "6645412" \| "6685866" \| "6722872" \| "6730252" \| "6749414" \| "6776602" \| "6814907" \| "6866807" \| "6923634" \| "7026574").PN. OR ("7384255").URPN. | | | | | |
| L60 | 12 | L59 and (motor with (reverse or opposite or clockwise)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:03 AM |
| L61 | 5 | L59 and (retract) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:27 AM |
| L62 | 18 | L59 and (strand) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:28 AM |
| L63 | 2 | L59 and (button) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:48 AM |
| L64 | 40 | L59 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:51 AM |
| L65 | 16 | L59 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:52 AM |
| L66 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L67 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L68 | 1339 | L66 or L67 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L69 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L70 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L71 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L72 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L73 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L74 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L75 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L76 | 1283 | L69 or L70 or L71 or L72 or L73 or L74 or L75 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L77 | 2525 | L68 or L76 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L78 | 194 | L77 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L79 | 145 | L77 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L80 | 824 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:53 AM |
| L81 | 160 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:53 AM |
| L82 | 982 | L80 or L81 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:54 AM |
| L83 | 73 | L82 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:54 AM |
| L84 | 208 | L82 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:55 AM |
| L85 | 25 | L84 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:55 AM |
| L86 | 60 | L84 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:37 PM |
| L87 | 19 | L84 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) with (fan or blower)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:38 PM |
| L88 | 78 | L82 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:41 PM |
| L89 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L90 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L91 | 1339 | L89 or L90 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L92 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L93 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 10:00 AM |
| L94 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L95 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L96 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L97 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L98 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L99 | 1283 | L92 or L93 or L94 or L95 or L96 or L97 or L98 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L100 | 2525 | L91 or L99 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L101 | 824 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L102 | 160 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L103 | 982 | L101 or L102 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L104 | 3507 | L100 or L103 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L105 | 223 | L104 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:01 AM |
| L106 | 178 | L105 and ((first same second)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:02 AM |
| L107 | 35 | L105 and ((button or switch or knob or dial or toggle or actuator or rocker) with (first and second)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:02 AM |
| L108 | 865 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L109 | 249 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L110 | 1019 | L108 or L109 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L111 | 56 | L110 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:17 PM |
| L112 | 1 | us-20010033037-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:32 PM |
| L113 | 2 | "3281576".pn. or "4059204".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:17 PM |
| L114 | 5 | (8221669\|8236227\|8439665).pn. or us-20120258190-$.did. or | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:20 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | us-20130234366-$.did. | | | | | |
| L115 | 861 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L116 | 525 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L117 | 1383 | L115 or L116 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L118 | 274 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L119 | 425 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L120 | 561 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L121 | 77 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L122 | 348 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L123 | 32 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L124 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L125 | 1684 | L118 or L119 or L120 or L121 or L122 or L123 or L124 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L126 | 2952 | L117 or L125 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L127 | 830 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L128 | 164 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L129 | 992 | L127 or L128 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L130 | 3944 | L126 or L129 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L131 | 32 | L130 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L132 | 11 | L130 and ((port) near (cool$4 or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:53 PM |
| L133 | 1407 | L130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:56 PM |
| L134 | 1558 | L130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:56 PM |
| L135 | 263 | L134 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:57 PM |
| L136 | 56 | L130 and ((nozzle or (die near3 open$3) or | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:58 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | | | | | |
| L137 | 868 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L138 | 540 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L139 | 1405 | L137 or L138 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L140 | 275 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L141 | 425 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L142 | 616 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L143 | 85 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L144 | 379 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L145 | 36 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L146 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L147 | 1780 | L140 or L141 or L142 or L143 or L144 or L145 or L146 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L148 | 3063 | L139 or L147 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L149 | 835 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L150 | 167 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L151 | 1000 | L149 or L150 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L152 | 4063 | L148 or L151 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L153 | 32 | L152 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:04 AM |
| L154 | 12 | L152 and ((port) near (cool$4 or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:04 AM |
| L155 | 1482 | L152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |
| L156 | 1640 | L152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |
| L157 | 274 | L156 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L158 | 59 | L152 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:06 AM |
| L159 | 867 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L160 | 249 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L161 | 1021 | L159 or L160 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L162 | 57 | L161 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:51 AM |
| L177 | 1 | us-20160031141-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 09:52 AM |
| L178 | 1 | "9102098".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 09:53 AM |
| L179 | 1 | us-20160285028-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 10:14 AM |
| L180 | 1 | us-20160185028-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 10:15 AM |
| L181 | 16 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 01:54 PM |
| L182 | 1 | (wobble near works).as. or (wobble near works).aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 01:55 PM |
| L183 | 15 | (5853774\|6162378\|6776602\|9102098\|3559241\|3604597\|3887319\|5121329\|5169587\|6129872\|6238613\|6500374\|6558059\|8262304\|8926882).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 02:52 PM |
| L184 | 3 | us-20010033037-$.did. or us-20010030383-$.did. or us-20070029693-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 03:35 PM |
| L185 | 7 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-201100766496-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:20 PM |
| L186 | 8 | us-20050129941-$.did. or us-20050288813- | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:22 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | $.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-20110076496-$.did. | | | | | |
| L187 | 4 | us-20110079936-$.did. or us-20110196660-$.did. or us-20120070523-$.did. or us-20130209600-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:35 PM |
| L188 | 1 | "6460481".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 05:41 PM |
| L189 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L190 | 0 | 425/37375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L191 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L192 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L193 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L194 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L195 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L196 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L197 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L198 | 586 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L199 | 425 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L200 | 60 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L201 | 71 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L202 | 770 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L203 | 1191 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L204 | 836 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L205 | 1817 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L206 | 1220 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11:31 AM |
| L207 | 8572 | L189 or L191 or L192 or L193 or L194 or L195 or L196 or L197 or L198 or L199 or L200 or L201 or L202 or L203 or L204 or L205 or L206 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:32 AM |
| L208 | 3608 | L207 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:38 AM |
| L209 | 130 | L208 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:39 AM |
| L210 | 1133 | L208 and ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 12:29 PM |
| L211 | 390 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 12:30 PM |
| L212 | 4 | L208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same (port near (cool$4 or cold))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 01:25 PM |
| L213 | 5 | L208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same3 (port near (cool$4 or cold))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 01:25 PM |
| L214 | 53 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 02:35 PM |
| L215 | 2 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear same (vary or variable))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 02:36 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L216 | 20 | L208 and ((vary or varies or varied or variable) near3 (extrusion or extruder) near3 rate) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 03:19 PM |
| L217 | 60 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 10:17 AM |
| L218 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L219 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L220 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L221 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L222 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L223 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L224 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L225 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L226 | 586 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L227 | 425 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L228 | 71 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L229 | 773 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L230 | 1193 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L231 | 842 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L232 | 1845 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L233 | 1238 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L234 | 8607 | L218 or L219 or L220 or L221 or L222 or L223 or L224 or L225 or L226 or L227 or L217 or L228 or L229 or L230 or L231 or L232 or L233 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L235 | 2089 | L234 and (extruder) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L236 | 86 | L235 and (extruder near3 tube) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:49 AM |
| L237 | 157 | L235 and (extruder near2 mount$3) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:13 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L238 | 10 | L235 and (extruder near2 mount$3 near2 end) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:14 PM |
| L239 | 66 | L235 and ((extruder near2 mount$3) same (nozzle or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:16 PM |
| L240 | 120 | L235 and (extruder with (tube and end)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 01:38 PM |
| L241 | 42 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-7384255-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-8236227-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 06:31 PM |
| L242 | 6 | L241 and (insulator or insulate or insulation) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 06:32 PM |
| L243 | 11 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20040232165-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-3604597-$ or US-6460481-$).did. | | | | | |
| L244 | 4 | L243 and circuit | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |
| L245 | 4 | L243 and circuit$2 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |
| L246 | 17 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:46 PM |
| L247 | 1 | (wobble near works).as. or (wobble near works).aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:47 PM |
| L248 | 101901 | ((three near dimension$2) or ("3D")) and (nozzle or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:49 PM |
| L249 | 1479 | L248 and (((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:50 PM |
| L250 | 63 | L249 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:51 PM |
| L251 | 3 | (5672312\|6117385\|7959847).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 08:17 PM |
| L252 | 2 | us-20060198918-$.did. or us-20090133800-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 08:18 PM |
| L253 | 221361 | ((three near dimension$2) or ("3D")) and (nozzle or orifice or die) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:29 AM |
| L254 | 2422 | L253 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:30 AM |
| L255 | 101 | L254 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:30 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L256 | 62 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L257 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L258 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L259 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L260 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L261 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L262 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L263 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L264 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L265 | 600 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L266 | 433 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L267 | 74 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L268 | 924 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L269 | 1408 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L270 | 1044 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L271 | 3869 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L272 | 2820 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L273 | 10947 | L257 or L258 or L259 or L260 or L261 or L262 or L263 or L264 or L265 or L266 or L256 or L267 or L268 or L269 or L270 or L271 or L272 | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L274 | 12 | L273 and (((nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:56 AM |
| L275 | 32 | L273 and ((nozzle or orifice or die) same (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:57 AM |
| L276 | 262 | L273 and (hand near | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (held or hold$3)) | | | | | 08:26 AM |
| L277 | 10 | L276 and ((hand near (held or hold$3)) and (free near space)) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 08:26 AM |
| L278 | 144 | L276 and ((hand near (held or hold$3)) and (space)) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 08:28 AM |
| L299 | 1 | "5340433".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/04/01 04:54 PM |
| L300 | 1 | us-20100147465-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/06/11 06:34 PM |
| L301 | 20 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 09:06 AM |
| L303 | 11 | (wobble near works).as,aanm. or (wobbleworks).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 09:12 AM |
| L306 | 22 | (3281576\|3559241\|3604597\|3665158\|3887319\|4059204\|4552287\|4597821\|4681524\|5121329\|5169587\|5340433\|5672312\|5853774\|6117385\|6129872\|6162378\|6238613\|6460481\|6500374\|6558059\|6776602).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:22 AM |
| L307 | 7 | (7959847\|8221669\|8236227\|8262304\|8439665\|8926882\|9102098).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:45 AM |
| L308 | 3 | (us-20010030383-$\|us-20010033037-$\|us-20030137077-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:49 AM |
| L309 | 12 | (us-20040232165-$\|us-20050129941-$\|us-20050288813-$\|us-20060198918-$\|us-20070003656-$\|us-20070029693-$\|us-20070228590-$\|us-20080197116-$\|us-20080213419-$\|us-20090133800-$\|us-20100147465-$\|us-20100327479-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:59 AM |
| L311 | 21 | (us-20110076496-$\|us-20110079936-$\|us-20110196660-$\|us-20120070523-$\|us-20120219699-$\|us-20120258190-$\|us-20130209600-$\|us-20130234366-$\|us- | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 12:14 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20090283544-$\|us-20140044823-$\|us-20140120197-$\|us-20140328963-$\|us-20150096717-$\|us-20150137402-$\|us-20150147427-$\|us-20150165691-$\|us-20150331412-$\|us-20160031159-$\|us-20170057168-$\|us-20170120519-$\|us-20170157826-$).did. | | | | | |
| L312 | 5 | "5843490".pn. or (us-20090274540-$\|us-20110074065-$\|us-20140159273-$\|us-20140291886-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 12:22 PM |
| L313 | 4 | us-20030137077-$.did. or (4681524\|4552287\|4597821).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 10:18 AM |
| L314 | 2 | us-20100147465-$.did. or us-20080197116-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 10:23 AM |
| L315 | 6215565 | hand$5 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:18 AM |
| L316 | 4492768 | L315 and (hand or handheld or (hand-held) or (hand near held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:19 AM |
| L317 | 1579 | L316 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:20 AM |
| L319 | 233 | L317 and ((hand or handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:22 AM |
| L320 | 22 | L317 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:27 AM |
| L321 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L322 | 0 | 425/084.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L323 | 0 | 425/087.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L324 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L325 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11:36 AM |
| L326 | 241 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L327 | 6622 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L328 | 4717 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L329 | 1150 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L330 | 44 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L331 | 3472 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L332 | 66 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L333 | 72 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L334 | 446 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L335 | 327 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L336 | 758 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L337 | 698 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L338 | 44 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L339 | 81 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:39 AM |
| L340 | 121 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:39 AM |
| L341 | 616 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L342 | 3261 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L343 | 498 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L344 | 425 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L345 | 1659 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L346 | 17183 | L321 or L324 or L325 or L326 or L327 or L328 or L329 or L330 or L331 or L332 or L333 or L334 or L335 or L336 or L337 or L338 or L339 or L340 or L341 or L342 or L343 or L344 or L345 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:45 AM |
| L347 | 56 | L346 and ((handheld or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (hand-held) or (hand near held)) same (nozzle or orifice or die)) | | | | | 11:46 AM |
| L348 | 46 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20080197116-$ or US-20100147465-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$ or US-20090123587-$ or US-20060146642-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 07:07 PM |
| L349 | 37 | L348 and second | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 07:07 PM |
| L350 | 291 | ("5340433").URPN. | (USPAT) | OR | ON | ON | 2018/04/03 11:24 AM |
| L351 | 414 | ("5121329").URPN. | (USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L352 | 492 | L350 or L351 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |
| L353 | 12 | L352 and (pen or pencil) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |
| L354 | 6 | L352 and (hand with (held or hold or holding)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:30 AM |
| L355 | 18 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20100147465-$ or US-20090123587-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-3281576-$ or US-3604597-$ or US-6460481-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:00 AM |
| L356 | 4 | L355 and ((motor or switch or actuator) with (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:01 AM |
| L357 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L358 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L359 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L360 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L361 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L362 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L363 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L364 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L365 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L366 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L367 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L368 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L369 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L370 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L371 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L372 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L373 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L374 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L375 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L376 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L377 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L378 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L379 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L380 | 18454 | L357 or L358 or L359 or L360 or L361 or L362 or L363 or L364 or L365 or L366 or L367 or L368 or L369 or L370 or L371 or L372 or L373 or L374 or L375 or L376 or L377 or L378 or L379 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L381 | 9645 | L380 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | electrophotography$2) | | | | | |
| L382 | 396 | L381 and ((motor or switch or actuator) with (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:10 AM |
| L383 | 140 | L382 and ((motor or switch or actuator) near3 (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:10 AM |
| L384 | 64 | L383 and filament | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 07:13 AM |
| L385 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L386 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L387 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L388 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L389 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L390 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L391 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L392 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L393 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L394 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L395 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L396 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L397 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L398 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L399 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L400 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L401 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L402 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L403 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L404 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 01:27 PM |
| L405 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L406 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L407 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L408 | 18454 | L385 or L386 or L387 or L388 or L389 or L390 or L391 or L392 or L393 or L394 or L395 or L396 or L397 or L398 or L399 or L400 or L401 or L402 or L403 or L404 or L405 or L406 or L407 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L409 | 9645 | L408 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L410 | 436 | L409 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L411 | 188 | L410 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:28 PM |
| L439 | 1 | us-20060051442-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/27 07:50 AM |
| L440 | 1 | us-20140120194-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/27 08:00 AM |
| L441 | 1 | us-20180345559-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/12/23 09:01 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L442 | 1 | us-20180345559-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:13 AM |
| L443 | 1 | us-20170182701-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:15 AM |
| L444 | 1 | ("5121329").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:38 AM |
| L445 | 37 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:46 AM |
| L447 | 21 | ((wobble near works) or (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:49 AM |
| L448 | 1 | ("20150086668").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 09:47 AM |
| L449 | 11 | (1466509\|2517882\|3285475\|4114781\|4197448\|4704088\|5071069\|6013096\|6443675\|6543549\|20100166969).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 04:32 PM |
| L450 | 1 | (re26180).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 05:02 PM |
| L451 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L452 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L453 | 451 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L454 | 146 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L455 | 87 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L456 | 368 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L457 | 4070 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L458 | 506 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L459 | 4052 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L460 | 721 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L461 | 177 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L462 | 469 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L463 | 1947 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L464 | 2479 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L465 | 3413 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 08:28 AM |
| L466 | 1373 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L467 | 444 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L468 | 428 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L469 | 187 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L470 | 79 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L471 | 58 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L472 | 97 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L473 | 507 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L474 | 328 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L475 | 697 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L476 | 14290 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L477 | 9942 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L478 | 29182 | L451 L452 L453 L454 L455 L456 L457 L458 L459 L460 L461 L462 L463 L464 L465 L466 L467 L468 L469 L470 L471 L472 L473 L474 L475 L476 L477 | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L479 | 17858 | L478 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:34 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | | | | | |
| L482 | 181 | L479 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:42 AM |
| L513 | 1 | ("20200398471").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/03 06:54 PM |
| L514 | 2 | (10046498\|10792850).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/03 06:59 PM |
| L515 | 4 | (4953755\|3604597\|20040244603\|20100147465).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 02:38 PM |
| L516 | 41 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 05:28 PM |
| L517 | 24 | ((wobble near works) or (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 05:29 PM |
| L518 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L519 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L520 | 592 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L521 | 4633 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L522 | 762 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L523 | 5115 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L524 | 3936 | B29C64/118.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L525 | 748 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L526 | 4246 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L527 | 502 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L528 | 22109 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L529 | 15231 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |
| L531 | 35899 | L518 L519 L520 L521 L522 L523 L524 L525 L526 L527 L528 L529 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |
| L532 | 26213 | L531 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:46 PM |
| L533 | 234 | L532 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:46 PM |
| L534 | 16782 | L518 L519 L520 L521 L522 L523 L524 L525 L526 L527 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:07 PM |
| L535 | 27433 | L528 L529 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:08 PM |
| L536 | 37578 | L534 L535 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:08 PM |
| L538 | 27685 | L536 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:10 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification)) | | | | | |
| L539 | 239 | L538 AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:11 PM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N163 | 1 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N164 | 0 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N165 | 0 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N166 | 0 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N167 | 0 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N168 | 0 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N169 | 0 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N170 | 0 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 08:30 AM |
| N171 | 0 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N172 | 0 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N173 | 1 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N174 | 0 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N175 | 0 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:49 AM |
| N176 | 0 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| N279 | 36 | B29C47/0805.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:00 AM |
| N280 | 113 | 425/376.1.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:01 AM |
| N281 | 287 | 425/375.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:01 AM |
| N282 | 30 | 425/87.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N283 | 17 | 425/458.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N284 | 165 | 425/72.2.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N285 | 24 | 425/378.2.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N286 | 108 | 156/498.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N287 | 11 | 156/368.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N288 | 214 | B29C47/862.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N289 | 204 | B29C47/364.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N290 | 16 | B05C17/0053.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N291 | 611 | B29C67/0051.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N292 | 1004 | B29C67/0055.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N293 | 783 | B29C67/0085.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N294 | 2893 | B33Y10/00.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:20 AM |
| N295 | 2042 | B33Y30/00.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:21 AM |
| N296 | 5242 | N279 or N280 or N281 or N282 or N283 or N284 or N285 or N286 | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:22 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | or N287 or N288 or N289 or N290 or N291 or N292 or N293 or N294 or N295 | | | | | |
| N298 | 0 | N296 and ((nozzle or orifice or die) and (extruder) and (filament or strand) and (hand near (held or hold$3))).clm. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:24 AM |
| N412 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N413 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N414 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N415 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N416 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N417 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N418 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N419 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N420 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N421 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N422 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N423 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N424 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N425 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N426 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N427 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N428 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N429 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N430 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N431 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N432 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 05:07 PM |
| N433 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N434 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N435 | 18454 | N412 or N413 or N414 or N415 or N416 or N417 or N418 or N419 or N420 or N421 or N422 or N423 or N424 or N425 or N426 or N427 or N428 or N429 or N430 or N431 or N432 or N433 or N434 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:09 PM |
| N436 | 9645 | N435 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:34 PM |
| N437 | 436 | N436 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:35 PM |
| N438 | 17 | N437 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:36 PM |
| N483 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N484 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N485 | 451 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N486 | 146 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 09:51 AM |
| N487 | 87 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N488 | 368 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N489 | 4070 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N490 | 506 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N491 | 4052 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N492 | 721 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N493 | 177 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N494 | 469 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N495 | 1947 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N496 | 2479 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N497 | 3413 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N498 | 1373 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N499 | 444 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N500 | 428 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N501 | 187 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N502 | 79 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N503 | 58 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N504 | 97 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N505 | 507 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N506 | 328 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N507 | 697 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N508 | 14290 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N509 | 9942 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N510 | 29182 | N483 N484 N485 N486 N487 N488 N489 N490 N491 N492 N493 N494 | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:54 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | N495 N496 N497 N498 N499 N500 N501 N502 N503 N504 N505 N506 N507 N508 N509 | | | | | |
| N511 | 17858 | N510 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:54 AM |
| N512 | 4 | N511 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:57 AM |
| N513 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:23 PM |
| N515 | 670 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N516 | 179 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N517 | 393 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N518 | 551 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N519 | 100 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N520 | 5183 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 04:25 PM |
| N521 | 4756 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N522 | 766 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N523 | 215 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N524 | 508 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N525 | 2217 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N526 | 1343 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N527 | 4437 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N528 | 562 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N529 | 780 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N530 | 488 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N531 | 222 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N532 | 98 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N533 | 78 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N534 | 109 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N535 | 558 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N536 | 375 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N537 | 734 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N538 | 23437 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N539 | 16160 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N540 | 40773 | N513 N515 N516 N517 N518 N519 N520 N521 N522 N523 N524 N525 N526 N527 N528 N529 N530 N531 N532 N533 N534 N535 N536 N537 N538 N539 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:33 PM |
| N541 | 27807 | N540 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:35 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification)) | | | | | |
| N542 | 5 | N541 AND (((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:39 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification))) AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)).clm. | | | | | |

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

157354 7590 06/29/2022

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 09/29/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOHENBRINK JR, LAWRENCE D | 1743 | 425-375000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Nathan S. Smith
2 Sujohn Das
3 Morgan, Lewis & Bockius LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: WobbleWorks, Inc.

(B) RESIDENCE: (CITY and STATE OR COUNTRY): Wilmington, DE

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 500310

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Nathan S. Smith/ Date July 18, 2022

Typed or printed name Nathan S. Smith Registration No. 53,615

Docket No.: 122620-5124 PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Application of<br>Peter DILWORTH, et al. | : | Customer Number: 157354 |
| Application No.: 17/015,004 | : | Confirmation Number: 1660 |
| Filed: September 8, 2020 | : | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: Lawrence Hohenbrink, Jr. |

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**<u>COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE</u>**

Commissioner:

In response to the Statement of Reasons for Allowance, which statement was communicated to Applicant with the Notice of Allowability, Applicant makes the following comments:

Applicant respectfully disagrees with the Statement of Reasons for Allowance to the extent that the recitations of the allowable subject matter in the Statement deviate from the language of the allowed claims. Also, to the extent that there is any implication that the patentability of the claims rests solely on the recitation of one or more particular features as stated in the Statement of Reasons for Allowance, Applicant respectfully disagrees with the Statement because, for each claim, it is the combination of features or elements recited in the claim that makes it patentable.

Moreover, Applicant does not concede that all the aspects or reasons stated in the Statement are required for patentability. The Statement should not be construed as any agreement with or acquiescence by Applicant in the stated reasoning. In addition, the Statement should not be

construed to have any impact on, or any relation to, the patentability of claims in any other applications.

Applicant may disagree with and respectfully reserves the right to traverse any of the characterizations and the assertions in the Notice of Allowability, even if not discussed herein. Applicant respectfully reserves the right to challenge later whether any cited reference is prior art. The absence of a reply to a specific issue or comment in the Statement does not signify agreement with or concession of that issue or comment. In addition, there may be other reasons that have not been expressed for patentability of any or all claims.

Nothing in this paper should be construed as an intent to concede, or actual concession of, any issue with regard to any claim, or to any cited art, except as specifically stated in this paper.

If there are any questions, the Examiner is respectfully requested to telephone the undersigned Attorney.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/

Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Facsimile: 714.830.0700
**Date: July 18, 2022**

**Please recognize our Customer No. 157354 as our correspondence address.**

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17015004 |
| **Filing Date:** | 08-Sep-2020 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith/Sara Mar |
| **Attorney Docket Number:** | 122620-5124 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 600 | 600 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 46216458 |
| Application Number: | 17015004 |
| International Application Number: | |
| Confirmation Number: | 1660 |
| Title of Invention: | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| First Named Inventor/Applicant Name: | Peter DILWORTH |
| Customer Number: | 157354 |
| Filer: | Nathan Scott Smith |
| Filer Authorized By: | |
| Attorney Docket Number: | 122620-5124 |
| Receipt Date: | 18-JUL-2022 |
| Filing Date: | 08-SEP-2020 |
| Time Stamp: | 20:15:58 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $600 |
| RAM confirmation Number | E20227HK16382123 |
| Deposit Account | 500310 |
| Authorized User | Nathan Smith |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 122620-5124_IF_Transmittal.pdf | 102997<br>52c4e2f5b950c96451b077fd1925945f2c698e35 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Post Allowance Communication - Incoming | 122620-5124_Comments.pdf | 103699<br>28ae5364753a3a2a6aa60a6efa185e6302570a0c | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 37717<br>04b935986bd9fc030725a997b8624f50161d6394 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 244413 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| Doc Code: PET.AUTO<br>Document Description: Petition automatically granted by EFS-Web | PTO/SB/140<br>U.S. Patent and Trademark Office<br>Department of Commerce |
|---|---|

| Electronic Petition Request | **PETITION TO WITHDRAW AN APPLICATION FROM ISSUE AFTER PAYMENT OF THE ISSUE FEE UNDER 37 CFR 1.313(c)** |
|---|---|
| Application Number | 17015004 |
| Filing Date | 08-Sep-2020 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | LAWRENCE HOHENBRINK JR |
| Attorney Docket Number | 122620-5124 |
| Title | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |

An application may be withdrawn from issue for further action upon petition by the applicant. To request that the Office withdraw an application from issue, applicant must file a petition under this section including the fee set forth in § 1.17(h) and a showing of good and sufficient reasons why withdrawal of the application from issue is necessary.

APPLICANT HEREBY PETITIONS TO WITHDRAW THIS APPLICATION FROM ISSUE UNDER 37 CFR 1.313(c).

A grantable petition requires the following items:
(1) Petition fee; and
(2) One of the following reasons:
(a) Unpatentability of one or more claims, which must be accompanied by an unequivocal statement that one or more claims are unpatentable, an amendment to such claim or claims, and an explanation as to how the amendment causes such claim or claims to be patentable;
(b) Consideration of a request for continued examination in compliance with § 1.114 (for a utility or plant application only); or
(c) Express abandonment of the application. Such express abandonment may be in favor of a continuing application, but not a CPA under 37 CFR 1.53(d).

Petition Fee

| | |
|---|---|
| ◉ | Small Entity |
| ○ | Micro Entity |
| ○ | Regular Undiscounted |

Reason for withdrawal from issue

○ One or more claims are unpatentable

◉ Consideration of a request for continued examination (RCE) (List of Required Documents and Fees)

○ Applicant hereby expressly abandons the instant application (any attorney/agent signing for this reason must have power of attorney pursuant to 37 CFR 1.32(b)).

RCE request,submission, and fee.

☐ I certify, in accordance with 37 CFR 1.4(d)(4) that :
The RCE request ,submission, and fee have already been filed in the above-identified application on

☒ Are attached.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

○ An attorney or agent registered to practice before the Patent and Trademark Office who has been given power of attorney in this application.

◉ An attorney or agent registered to practice before the Patent and Trademark Office, acting in a representative capacity.

○ A sole inventor

○ A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○ A joint inventor; all of whom are signing this e-petition

| | |
|---|---|
| Signature | /Nathan S. Smith/ |
| Name | Nathan S. Smith |
| Registration Number | 53615 |

Doc Code: QPIDS.REQ
Document Description: QuickPath Information Disclosure Statement

PTO/SB/09 (09-18)

**CERTIFICATION AND REQUEST FOR CONSIDERATION OF AN INFORMATION DISCLOSURE STATEMENT FILED AFTER PAYMENT OF THE ISSUE FEE UNDER THE QPIDS PROGRAM**

| | |
|---|---|
| Non-Provisional Application Number: 17/015,004 | Filing Date: September 8, 2020 |
| First Named Inventor: Peter DILWORTH | Title of Invention: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |

**THE UNDERSIGNED HEREBY CERTIFIES AND REQUESTS THE FOLLOWING FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. Consideration is requested of the information disclosure statement (IDS) submitted herewith, which is being filed after payment of the issue fee.
2. Check the box next to the appropriate selection:

   ☐ Each item of information contained in the IDS was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the IDS. See 37 CFR 1.97(e)(1).

   **OR**

   ☑ No item of information contained in the IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the IDS was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the IDS. See 37 CFR 1.97(e)(2).

   **OR**

   ☐ See attached certification statement in compliance with 37 CFR 1.97(e).
3. Please charge the IDS fee set forth in 37 CFR 1.17(p) to Deposit Account No. 500310.
4. A Petition to Withdraw from Issue After Payment of the Issue Fee (37 CFR 1.313(c)(2)), including the petition fee set forth in 37 CFR 1.17(h), is submitted herewith as a **Web-based ePetition**.
   **WARNING:** Do not submit the petition as a follow-on paper via EFS-Web. Submit the petition as a Web-based ePetition by signing on to EFS-Web as a registered user, selecting the radio button next to "Existing application/patent," and then selecting the radio button next to "ePetition (for automatic processing and immediate grant, if all petitions requirements are met)." Failure to use the Web-based ePetition interface will result in automatic entry of the RCE.
5. A request for continued examination (RCE) under 37 CFR 1.114 and the RCE fee under 37 CFR 1.17(e) are submitted herewith.
6. The RCE will be treated as a "conditional" RCE. In the event the examiner determines that any item of information contained in the IDS necessitates the reopening of prosecution in the application, the undersigned understands that (i) the RCE will be processed and treated as an RCE under 37 CFR 1.114 and therefore (ii) the IDS fee under 37 CFR 1.17(p) will be returned in accordance with 37 CFR 1.97(b)(4). In the event that no item of information in the IDS necessitates reopening prosecution, the undersigned understands that the RCE will not be processed and the RCE fee under 37 CFR 1.17(e) will be returned.
7. This certification and request is being filed as a **Web-based ePetition** and is not accompanied by an amendment to the application. Inclusion of an amendment will result in automatic entry of the RCE.

| | |
|---|---|
| Signature /Nathan S. Smith/ | Date August 9, 2022 |
| Name (Print/Typed) Nathan S. Smith | Practitioner Registration Number (If applicable) 53,615 |

***Note:*** *Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature. If necessary, submit multiple forms for more than one signature, see below.**

☑ *Total of 1 forms are submitted.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Docket No: 122620-5124

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH, et al. | : | Confirmation Number: 1660 |
| Application No.: 17/015,004 | : | Group Art Unit: 1743 |
| Filed: September 8, 2020 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

**QUICK PATH INFORMATION DISCLOSURE STATEMENT (QPIDS)**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

This Information Disclosure Statement is being filed under the QPIDS Pilot Program, together along with a conditional Request for Continued Examination (RCE). Applicant hereby petitions that the Information Disclosure Statement be considered.

CERTIFICATION UNDER 37 C.F.R. § 1.97(e)(2)

Pursuant to 37 C.F.R. § 1.97(e)(2), no item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, no item of information contained in this Information Disclosure Statement was known to any individual designated at 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement.

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed

to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

The $130.00 fee set forth in 37 C.F.R. § 1.17(p) is submitted herewith. The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith to Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

**Please recognize our Customer No. 157354 as our correspondence address.**

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:scm
Facsimile: (714) 830-0700
Date: August 9, 2022

DB2/ 43864299.1

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 6,175,422 | 01-2001 | Penn et al. | |
| | A2 | 7,314,591 | 05-2001 | Priedeman | |
| | A3 | 2010/0283172 | 11-2010 | Swanson | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Matt Wax Gun for Jewelry Design: Working in Air, on an Object & with a Pattern, Sep 6, 2011, available at https://www.youtube.com/watch?v=LNg9BccQFJc,. 8 screenshots from the video. |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17015004 |
| **Filing Date:** | 08-Sep-2020 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 122620-5124 |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| PETITION FEE-37CFR 1.17(H) (GROUP II) | 2464 | 1 | 70 | 70 |
| RCE- 1ST REQUEST | 2801 | 1 | 680 | 680 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **750** |

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Decision Date : August 9, 2022

In re Application of :

Peter DILWORTH

DECISION ON PETITION

UNDER CFR 1.313(c)(2)

Application No : 17015004

Filed : 08-Sep-2020

Attorney Docket No : 122620-5124

This is an electronic decision on the petition under 37 CFR 1.313(c)(2), filed August 9, 2022 , to withdraw the above-identified application from issue after payment of the issue fee.

The petition is **GRANTED.**

The above-identified application is withdrawn from issue for consideration of a submission under 37 CFR 1.114 (request for continued examination). See 37 CFR 1.313(c)(2).

**Petitioner is advised that the issue fee paid in this application cannot be refunded. If, however, this application is again allowed, petitioner may request that it be applied towards the issue fee required by the new Notice of Allowance.**

Telephone inquiries concerning this decision should be directed to the Patent Electronic Business Center (EBC) at 866-217-9197.

This application file is being referred to Technology Center AU 1743 for processing of the request for continuing examination under 37 CFR 1.114 .

Office of Petitions

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46370897 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 09-AUG-2022 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 20:15:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $750 |
| RAM confirmation Number | E202289K15463079 |
| Deposit Account | 500310 |
| Authorized User | Nathan Smith |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 122620-5124_RCE.PDF | 1353345<br>9291a1a5e341a09acacaa0ffe0d5f58be0b903fe | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | ePetition Request Form | petition-request.pdf | 39644<br>0cfb14f1fab149bbed5fe762bf1464f9cd386d1a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | NPL_MattGun.pdf | 4996783<br>5463aa005509f33b9f2fd3169d47e63b4ae31aa3 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Quick Path Information Disclosure Statement | 5124_QPIDS_Req.pdf | 178631<br>5bf82dc38418992f0b9094c0bc2cf15ba1811ed5 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | | 5124IDS.pdf | 271182<br>0566df1147834fb3efa069c64ff1c314e4586fa4 | yes | 3 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Form (SB08) | 3 | 3 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 6 | Fee Worksheet (SB06) | fee-info.pdf | 40063<br>ca6d5f1a6bd18c33159c81b432720760ba4ce4b1 | no | 2 |

| |
|---|
| **Warnings:** |
| **Information:** |

| | |
|---|---|
| **Total Files Size (in bytes):** | 6879648 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :Brenda Gray

Sale Accounting Date:08/12/2022

| Sale Item Reference Number | Effective Date |
| --- | --- |
| 17015004 | 08/09/2022 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
| --- | --- | --- | --- | --- |
| I20228BC51074172 | 2806 | SUBMISSION- INFORMATION DISCLOSURE STMT | $130.00 | Deposit Account |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/08/2020 | Peter DILWORTH | 122620-5124 | 1660 |

157354 7590 08/17/2022
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1743 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/17/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

judith.troilo@morganlewis.com
karen.catalano@morganlewis.com
ocipdocketing@morganlewis.com

| ***Corrected* *Notice of Allowability*** | **Application No.** 17/015,004 | **Applicant(s)** DILWORTH et al. | |
|---|---|---|---|
| | **Examiner** Lawrence D Hohenbrink Jr. | **Art Unit** 1743 | **AIA (FITF) Status** No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to Applicant's filing of 8/9/2022.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 25-52 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐All b) ☐ Some* c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 8/9/2022.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

| /LAWRENCE D. HOHENBRINK, JR./ Examiner, Art Unit 1743 | /SEYED MASOUD MALEKZADEH/ Primary Examiner, Art Unit 1754 |
|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Substitute for Form 1449-PTO | | | | *Electronically filed* | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/015,004 |
| | | | | Filing Date | September 8, 2020 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | L. D. Hohenbrink Jr. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 122620-5124 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 6,175,422 | 01-2001 | Penn et al. | |
| | A2 | 7,314,591 | 05-2001 | Priedeman | |
| | A3 | 2010/0283172 | 11-2010 | Swanson | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code – Number - Kind Code *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | C1 | Matt Wax Gun for Jewelry Design: Working in Air, on an Object & with a Pattern, Sep 6, 2011, available at https://www.youtube.com/watch?v=LNg9BccQFJc,. 8 screenshots from the video. |
| | | |
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 08/12/2022 |
|---|---|---|---|

DB2/ 43859665.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :Simret Direta

Refund Accounting Date:08/24/2022

| Effective Date | Sale Item Reference Number | Refund Total |
|---|---|---|
| 08/09/2022 | 17015004 | $680.00 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method | Account Number |
|---|---|---|---|---|---|
| I20228NG46163262 | 2801 | RCE- 1ST REQUEST | $680.00 | DA | 500310 |

**United States Patent and Trademark Office**

*Office of the Chief Financial Officer*

Document Code:WFEE

User :Simret Direta

Sale Adjustment Accounting Date:08/24/2022

| Effective Date | Sale Accounting Date | Sale Item Reference Number |
|---|---|---|
| 08/09/2022 | 08/24/2022 | 17015004 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I20228NG46163262 | 2801 | RCE- 1ST REQUEST | $680.00 | DA |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/015,004 | 09/20/2022 | 11446852 | 122620-5124 | 1660 |

157354 7590 08/31/2022

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 87 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s) (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Peter DILWORTH, Somerville, MA;
Maxwell BOGUE, Hong Kong, HONG KONG;

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

WobbleWorks, Inc., Wilmington, DE;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

Docket No.: 122620-5124 (PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of: | : | Customer Number: 157354 |
| Peter DILWORTH, et al. | : | Confirmation Number: 1660 |
| Application No.: 17/015,004 | : | Group Art Unit: 1743 |
| Filed: September 8, 2020 | : | |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: L. D. Hohenbrink Jr. |

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**INTERVIEW SUMMARY**

Commissioner:

On June 10, 2022, Nathan Smith (Reg. No. 53,615), attorney for the Applicant, engaged in a telephonic interview with Examiner Lawrence D. Hohenbrink, Jr. During the interview, Applicant's representative discussed the rejection of the claims as allegedly being indefinite and also proposed to add a new independent claim. The Examiner indicated that he would favorably consider the issues further in advancing the case. Applicant gratefully acknowledges the Examiner's willingness to discuss and consider this matter.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

**Please recognize our Customer No. 157354 as our correspondence address.**

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:scm
Facsimile: (714) 830-0700
Date: September 14, 2022

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46617825 |
| **Application Number:** | 17015004 |
| **International Application Number:** | |
| **Confirmation Number:** | 1660 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5124 |
| **Receipt Date:** | 14-SEP-2022 |
| **Filing Date:** | 08-SEP-2020 |
| **Time Stamp:** | 17:24:42 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant summary of interview with examiner | 5124_InterviewSummary.pdf | 138832<br>bc21b2ddc78c13a2d746d5150bc08cd2400fa6b5 | no | 1 |

**Warnings:**

| Information: | |
|---|---|
| Total Files Size (in bytes): | 138832 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**