# Exhibit 9

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 17948089 Document Date: 09/19/2022

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

PTO/AIA/82A (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not Assigned Yet |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Peter DILWORTH |
| Title | HAND HELD THREE-DIMENSIONAL DRAWING DEVICE |
| Art Unit | Not Assigned Yet |
| Examiner Name | Not Assigned Yet |
| Attorney Docket Number | 122620-5146 |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Nathan S. Smith/ | Date (Optional) | September 19, 2022 |
| Name | Nathan S. Smith | Registration Number | 53,615 |
| Title (if Applicant is a juristic entity) | Attorney for Applicant | | |
| Applicant Name (if Applicant is a juristic entity) | WobbleWorks, Inc. | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☑ *Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

☑ I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 157354

**OR**

☐ I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

☑ The address associated with the above-mentioned Customer Number

**OR**

☐ The address associated with Customer Number:

**OR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

WobbleWorks, Inc.

☐ Inventor or Joint Inventor (title not required below)

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

☑ Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

**SIGNATURE of Applicant for Patent**

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| | | | |
|---|---|---|---|
| Signature | [signature] | Date (Optional) | |
| Name | DANIEL COWEN | | |
| Title | CEO | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

☑ Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)**

| **Title of Invention** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:
[x] The attached application, or
[ ] United States application or PCT international application number ____________ filed on ____________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Peter DILWORTH Date (Optional): 3/14/2013

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| | |
|---|---|
| **Title of Invention** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |

As the below named inventor, I hereby declare that:

This declaration is directed to:

[x] The attached application, or

[ ] United States application or PCT international application number ____________ filed on ____________ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Maxwell BOGUE Date (Optional): 3/14/13

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

# HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

## CROSS-REFERENCE TO RELATED APPLICATIONS

**[0001]** The present application is a continuation of U.S. Application Serial No. 17/015,004, filed September 8, 2020, which is a continuation of U.S. Application Serial No. 16/103,859, filed August 14, 2018, which is a continuation of U.S. Application Serial No. 15/638,266, filed June 29, 2017, now U.S. Patent No. 10,046,498, which is a continuation of U.S. Application Serial No. 14/821,399, filed August 7, 2015, now U.S. Patent No. 9,731,444, which is a continuation of U.S. Application Serial No. 13/831,050, filed March 14, 2013, now U.S. Patent No. 9,102,098, which claims benefit of and priority to U.S. Provisional Patent Application Serial No. 61/733,689, filed on December 5, 2012, the entirety of each of which is hereby incorporated herein by reference.

## BACKGROUND

### Field

**[0002]** The present disclosure relates to extrusion devices and, in particular, a hand-held implement configured to extrude a material so as to construct three-dimensional (3D) objects.

### Description of the Related Art

**[0003]** Three-dimensional printers are known which may be used to produce 3D items of all types. Certain printers operate by deposition of sequential layers of plastic while others function by sequential agglomeration or solidification of layers of a precursor material. These printers tend to be large and expensive and require the design to be provided as a computer file, for example as generated by a Computer-Aided Design (CAD) program.

**[0004]** U.S. Patent 3,665,158 to Froedge discloses a conventional handheld extrusion device. A chamber is filled with a granulated solid plastic material and then sealed with a cap. The contents of the chamber are heated to melt the plastic and create pressure within the chamber. A passage leads from the chamber to a rotatable nozzle that blocks flow in a first position and allows flow in a second position. A trigger is attached to the nozzle such that pulling the trigger

moves the nozzle to the second position, thereby allowing the molten plastic to be expelled from the nozzle due to the pressure within the chamber. Releasing the trigger allows the nozzle to return to the first position, thereby stopping the flow of plastic. There is no provision to replenish the raw material without shutting off the device nor any mechanism to mechanically feed material to the nozzle at a constant rate. In addition, Froedge's system does not provide a means of cooling the extruded material.

## SUMMARY

**[0005]** It is desirable to provide a reliable, easily refillable hand-held device to form 2D and 3D items without the need for computerized design files. The present disclosure describes a hand-held device that allows a user to "draw" a 3D structure with a feed stock that can be replenished while in continuous use.

**[0006]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock, a nozzle assembly at least partially disposed within the housing and having an exit nozzle, a motor disposed within the housing, and a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

**[0007]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock. The housing has an internal volume and at least one cooling port in fluid communication with the internal volume. The 3D drawing device also includes a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle, a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port, a motor disposed within the housing, and an actuator coupled to the housing. Actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0008]** The accompanying drawings, which are included to provide further understanding and are incorporated in and constitute a part of this specification, illustrate disclosed embodiments and together with the description serve to explain the principles of the disclosed embodiments. In the drawings:

**[0009]** FIG. 1 is a perspective view of an exemplary 3D drawing device according to certain aspects of the present disclosure.

**[0010]** FIG. 2 is a cut-way view of the device of FIG. 1 with a portion of the housing removed according to certain aspects of the present disclosure.

**[0011]** FIGS. 3A-3B are cross-sectional and cutaway views of the device of FIG. 1 according to certain aspects of the present disclosure.

**[0012]** FIGS. 4A-4B are plan and perspective views of the feed mechanism according to certain aspects of the present disclosure.

**[0013]** FIGS. 5A-5B are perspective and cutaway views of another embodiment of a 3D drawing device according to certain aspects of the present disclosure.

## DETAILED DESCRIPTION

**[0014]** The present disclosure describes a hand-held device that allows a user to "draw" a 2D or 3D structure and to easily refill or replace the feed stock.

**[0015]** The detailed description set forth below is intended as a description of various configurations of the subject technology and is not intended to represent the only configurations in which the subject technology may be practiced. The appended drawings are incorporated herein and constitute a part of the detailed description. The detailed description includes specific details for the purpose of providing a thorough understanding of the subject technology. However, it will be apparent to those skilled in the art that the subject technology may be practiced without these specific details. In some instances, well-known structures and components are shown in block diagram form in order to avoid obscuring the concepts of the

subject technology. Like components are labeled with identical element numbers for ease of understanding.

**[0016]** As used within this disclosure, the phrase "feed stock" means any material provided in any form suitable for processing within the 3D drawing device so as to provide the desired output stream. Feed stock may be a thermoplastic such as acrylonitrile butadiene styrene (ABS), polyvinyl chloride (PVC) or a polylactic acid (PLA), a thermoset material such as an epoxy, a metal such as tin or lead or a mixture of metals. Feed stock may be a single material or a mixture of materials, such as a rod having particles of a first material dispersed within a matrix of a second material.

**[0017]** FIG. 1 is a perspective view of an exemplary 3D drawing device 100 according to certain aspects of the present disclosure. The device 100 includes a housing 110 in which a control assembly 120, a nozzle assembly 130, a fan assembly 140 are provided. The housing 110 may be sized and configured to fit in a user's hand and suitably shaped to allow for manipulation like a pen or pencil. An actuator, for example buttons 122 and 124 in this embodiment, may be positioned to allow the user to actuate either the actuator while holding the device 100. In this embodiment, the user may actuate one or both of buttons 122, 124 while manipulating the 3D drawing device 100. In this embodiment, the device 100 is configured to accept a feed stock 20 in the form of a strand that may be 3 mm in diameter. In certain embodiments, the feed stock 20 may be provided as a cut length, for example 30 cm in length, or as a continuous strand drawn from a spool (not shown in FIG. 1). includes an input portal 18, or other input element, such as a hopper, for example, through which a raw material 19 is provided to the implement 10. The feed stock 20 may be a thermoplastic material, for example a PVC, an ABS, or a PLA, however, other embodiments may accept other types of material, such as a thermoset plastic or a metal or combination of materials.

**[0018]** In an example of use of one embodiment of the device 100, the user selects a particular type and color of a thermoplastic feed stock 20 and introduces the feed stock 20 into the entrance port 115 (see FIG. 2) and connects a power cord (not shown in FIG. 1) to a power source, such as a wall outlet. In certain embodiments, the 3D drawing device 100 may include a portable power source (not shown in FIGS. 1-2), for example a lithium polymer battery, to power

the device 100. After a warm-up period, the user may press button 122 while drawing a line on a surface with the device 100, for example tracing a pattern on a printed sheet, in a manner similar to drawing a line with a pencil. A column 22 of the feed stock 20 is extruded from the nozzle assembly while the button 122 is depressed. In certain embodiments, the column 22 may be 0.3 mm in diameter. If the user moves the device along the surface at approximately the same speed as the rate of extrusion of the column 22, the user will create a solid, three-dimensional "line" on the surface. In certain embodiments, the feed stock 20 exists the nozzle assembly 130 in essentially a solid form such that the extruded column retains its shape. In certain embodiments, freshly extruded feed stock 20 will bond to previously extruded columns 22 such that a structure may be formed by drawing a line across to onto a previously drawn column 22.

**[0019]** In certain embodiments, button 122 may cause the feed stock 20 to be extruded at a first rate, for example 2.6 mm/sec, while the second button 124 may cause the feed stock 20 to be extruded at a second rate, for example 5.0 mm/sec. In certain embodiments, the first rate may be in the range of 0.1-10.0 mm/sec and the second rate may be in the range of 2-50 mm/sec. In certain embodiments, the first and second rates are chosen to provide a speed appropriate for the intended user, for example a device 100 intended for use by a young child may have slower rates than a device 100 intended for an adult artist. In certain embodiments, the 3D drawing device 100 may include a variable speed control mechanism (not shown in FIG. 1-2) to allow the user to adjust one or more of the rates of extrusion. In certain embodiments, the variable speed control mechanism may include a dial. In certain embodiments, releasing either of the buttons 122, 124 may cause the internal mechanism to draw the feed stock 20 backward a certain amount, thereby breaking off the extruded column 22. In this manner, the user can "write" with the 3D drawing device 100 in much the same manner as they would with a pen except they can do so in three dimensions since the extruded material is three-dimensional. The user can create free-form lines, shapes or other objects, as desired. A user may additionally use stencils or other guides in order to create desired objects such as sculpture, jewelry, artistic pieces, etc. In addition, or in the alternative, the 3D drawing device 100 may be used to repair or enhance existing objects and structures. In certain embodiments, pressing both buttons 122, 124 at the same time may cause another action, such as expelling the unused portion of the feed stock 20

from the entrance port 115 such that the user may switch to a different color or type of feed stock 20.

**[0020]** FIG. 2 is a cut-way view of the device 100 of FIG. 1 with a portion of the housing 110 removed according to certain aspects of the present disclosure. It can be seen that a circuit assembly 126 is positioned under the switches 122, 124 and a feed mechanism 150 is disposed on the lower housing 114, with the feed stock 20 entering through the entrance port 115 and passing over and between elements of the feed mechanism 150, which is discussed in greater detail with respect to FIGS. 4A-4B. In certain embodiments, the circuit assembly 126 may include a processor while, in certain embodiments, the circuit assembly 126 may include analog circuit elements such as mechanical switches, resistors, capacitors, and other electrical elements (not visible in FIG. 2) as known to those of skill in the art. In certain embodiments, the circuit assembly 126 may include a power conditioning circuit (not shown) that converts power from the power source to a different form, such as a direct current (DC) voltage. In certain embodiments, the circuit assembly 126 may include a portable power source (not shown in FIG. 2). In certain embodiments, the circuit assembly 126 may be connected to an external power source through a power cord (not shown in FIGS. 1-2). In certain embodiments, the 3D drawing device 100 also includes an external control interface 127 that is connected to the circuit assembly 126 and configured to accept actuation commands from a remote system, such as a computer numerical control (CNC) machine. In certain embodiments, the housing 110 may be adapted for mounting on a tool interface of a CNC machine such that the machine can manipulate the 3D drawing device 100 to create 3D objects. For example, the external control interface 127 may include three electrical pins, wherein a pin 1 is a common such as a ground, a pin 2 that is coupled to the button 122 such that provision of a DC voltage across pin 1 and pin 2 is equivalent to pressing button 122, and a pin 3 that is coupled to the button 124 such that provision of a DC voltage across pin 1 and pin 3 is equivalent to pressing button 124. In certain embodiments, the external control interface 127 may be configured to accept signals through a radio frequency (RF) or optical wireless system. In certain embodiments, the external control interface 127 may be configured to accept signals through a fiber-optic cable.

**[0021]** FIGS. 3A-3B are cross-sectional and cutaway views of the device 100 of FIG. 1 according to certain aspects of the present disclosure. FIG. 3A is a side view of the entire

3D drawing device 100, showing how the upper housing 112 and lower housing 114 together form an internal volume 116 in which is located the feed mechanism 150. At the right end, it can be seen that the nozzle assembly 130 includes an extruder 132 and a guide tube 134, which are discussed in greater detail with respect to FIG. 3B. the fan assembly 140 includes a fan cover 142, which is stationary and attached to the upper housing 112, an impeller 14 located underneath the cover 142 and configured to draw air into the internal volume 116 through ports (not visible in FIG. 3A) in the cover 142. A motor 146 is mounted, in this example, to the lower housing 114 and drives the impeller 144 at a constant speed. The air that is drawn into the internal volume may, in certain embodiments, flow out through either cooling ports 118 in the upper and lower housings 112, 114. The cooling ports 118 are discussed in greater detail with respect to FIG. 3B. It can be seen in FIG. 3A that, in this embodiment, the feed stock 20 follows a straight path though the device 100.

**[0022]** FIG. 3B is a close-up, cutaway view of the nozzle assembly 130. The extruder 132 has a first chamber 135 formed as a cylindrical bore of approximately the same diameter as the feed stock 20 and an extrusion passage 133 of a smaller diameter, terminating in an exit nozzle 133A. In certain embodiments, the first chamber 135 may have a first diameter of 3 mm while the extrusion passage 133 has a diameter of 0.3 mm. In certain embodiments, the extruder 132 is formed of a thermally conductive material, for example a metal or a ceramic, with a heating element, for example a nichrome wire, (not visible in FIG. 3B) wound around the exterior circumference. When the device 100 is connected to a power source, the heating element raises the temperature of the extruder 132 to a temperature that may be above the melting point of the feed stock 20. In certain embodiments, the nozzle assembly 130 includes a temperature sensor that is connected to the circuit assembly 126 which may include a temperature control circuit to regulate the power to the heater element so as to maintain the temperature of the extruder 132 within a desired range of a setpoint. As systems and methods for temperature regulation are known to those of skill in the art, the details are not provided herein. In certain embodiments, an indicator (not shown), for example an LED, may be provided to indicate that the extruder 132 has reached a temperature sufficient to melt the feed stock 20.

**[0023]** In certain embodiments, for example with a feed stock comprising a plastic, the temperature of the extruder 132 may be in the range of 20-500 °C. In certain embodiments, for

example with a feed stock comprising a metal, the temperature of the extruder 132 may be in the range of 1000-2000 °C. In certain embodiments, for example with a feed stock comprising a metal such as lead, tin, or mixtures thereof, the temperature of the extruder 132 may be in the range of 100-400 °C. In certain embodiments, for example with a feed stock comprising a metal such as copper, gold, silver or mixtures thereof, the temperature of the extruder 132 may be in the range of 1000-1200 °C. In certain embodiments, for example with a feed stock comprising a metal such as platinum, the temperature of the extruder 132 may be in the range of 1600-2000 °C. In certain embodiments, the 3D drawing device 100 may include a variable temperature controller (not shown) that is connected to the circuit assembly 126 to allow a user to select a setpoint temperature for the extruder 132. In certain embodiments, the variable temperature controller may allow the use to select a type of material, for example "thermoplastic," and the circuit assembly 126 will adjust the setpoint temperature of the extruder 132. In certain embodiments, the variable temperature controller may include a dial.

**[0024]** A guide tube 134 is aligned with the first chamber 135 of the extruder 132 such that feed stock passing through the guide tube 134 enters the first chamber 135. In certain embodiments, the guide tube 134 may be formed of a low-friction material, such as polytetrafluoroethylene (PTFE), so allow the feed stock 20 to slide easily while also minimizing the gap between the guide tube 134 and feed stock 20. The extruder 132 and guide tube 134 are held in alignment by a mounting tube 138. In certain embodiments, the mounting tube 138 is formed of a metal having a relatively low thermal conductivity, compared to other metals. In certain embodiments, the mounting tube 138 may be a stainless steel. In certain embodiments, an insulating film (not visible in FIG. 3B), for example a polyimide tape, may be applied over the heating element and under the mounting tube 138.

**[0025]** In certain embodiments, an insulator 131 may be provided over the mounting tube 138 so as to reduce the amount of heat transferred from the extruder 132 to the upper and lower housings 112, 114. In certain embodiments, one or both of the upper and lower housings 112, 114 may have cooling ports 118 formed therethrough such that air can flow from the interior volume 116 to the ambient atmosphere. In certain embodiments, the passages formed in the top and bottom housings 112, 114 that lead to the cooling ports 118 may be angled such that the air that emerges from the cooling ports 118 is directed inward toward the tip 137.

Thus, as the air exits the cooling ports 118, the air passes by the tip 137 of the extruder 132, cooling both the tip 137 and the feed stock 20 that just been extruded from the extrusion passage 133. Both of these cooling effects serve to reduce the temperature of the feed stock 20 as it exits the extrusion passage 133 such that the feed stock 20 may be essentially solid as it exits the extrusion passage 133. In certain embodiments, the freshly extruded feed stock 20 may be pliable and formable into various shapes. In certain embodiments, the surface of the freshly extruded feed stock 20 may be receptive to attachment, *e.g.* sticky, such that the extruded material will bond to other previously extruded feed stock 20.

**[0026]** In certain embodiments, there may be a gap between the insulator 131 and the mounting tube 138. In certain embodiments, this gap may provide a thermal break so as to further thermally isolate the upper and lower housings 112, 114 from the extruder 132.

**[0027]** As the feed stock 20 is driven toward the extrusion passage 133 by the feed mechanism 150 (not shown in FIG. 3B), the portion of the feed stock 20 that is within the extruder 132 will be heated by the extruder 132 such that the feed stock 20 within the first chamber 135 softens or melts. As the solid feed stock 20 is forced forward, the softened or molten feed stock 20 will be forced out through the extrusion passage 133 and emerge from the tip 137, where the cooling air that is flowing out of the cooling ports 118 flows over the freshly extruded feed stock 20, thereby cooling and solidifying the feed stock 20. In certain embodiments, a portion of the extruder 132 that extends outward beyond a front plane 102 may be cooled to a temperature below the temperature of the main portion of the extruder 132 by the air flowing out of the cooling ports 118. In certain embodiments, the temperature of the tip 137 may be below the melting point of the feed stock 20.

**[0028]** FIGS. 4A-4B are plan and perspective views of the feed mechanism 150 according to certain aspects of the present disclosure. FIG. 4A shows a series of gear pairs 153, 154, 155, 156, and 157 that are driven by the motor 152 through a spur gear (not visible in FIG. 4A) that is attached to the rotor of the motor 152. Each gear pair has a large gear and a small gear that are fixedly attached to each other and rotate about a common axis. The small gear of the motor 152 drives the large gear 153A, which causes the small gear 153B to drive the large gear 154A. In certain embodiments, the large gears 153A, 154A, 155A, 156A, and 157A each may have 40

teeth while the small gears 153B, 154B, 155B and 156B (not visible in FIG. 4A), and 157B may have 12 teeth, providing a 40:12 step-down ratio between each gear pair. In certain embodiments, the step-down from the motor 152 to the small gear 157B may be 5*(40:12) or approximately 17:1, *i.e.* seventeen complete rotations of the motor 152 causes only one complete rotation of the small gear 157B. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may have a different number of teeth on the large and/or small gears. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may not have the same number of teeth on each corresponding large or small gear.

**[0029]** In use, the use of a motor 152 to drive a step-down gear train 150 to control the advancement of the feed stock 20 provides an improved level of control over the rate of extrusion of the feed stock 20. For example, a conventional glue gun has a direct linkage between a trigger and the glue stick, such that pressure on the trigger on the trigger is directly transferred to the rod. The rate of advancement of the glue stick, and therefore the rate of extrusion, is dependent upon the viscosity of the melted glue and therefore caries over a die range. This often results in excessive glue being dispensed. In addition, since releasing the trigger does not retract the glue stick, there is frequently a "tail" of glue drawn out of the glue gun as the nozzle is moved away from the dispensing location. In contrast, the disclosed 3D drawing device 100 provides a constant rate of extrusion, for example 3 mm/sec, due to the controlled motion provided by the motor 152 and gear train 150. In addition, the circuit assembly 126 causes the motor 152 to briefly run in reverse when the button 122 is released, thereby retracting the feed stock 20 slightly and drawing the melted feed stock 20 that is within the extrusion passage 133 back into the extruder 132, thereby cleanly severing the extruded column 22 from the tip 137.

**[0030]** FIG. 4B shows how the teeth of the final small gear 157B engage the feed stock 20. In this embodiment, the feed stock 20 passes by a post 119 of the lower housing 114, then by the small gear 157B, and then into the guide tube 134. In certain embodiments, the gear 157B is positioned such that the teeth press against the feed stock 20, which is restrained from lateral motion away from the teeth of gear 157B by the post 119 and the guide tube 134, such that rotation of the gear 157B applies an axial force, *i.e.* directed along the length, to the feed stock 20. Rotation of the gear set 150 in a first direction will cause the feed stock 20 to move

linearly forward, *i.e.* toward the tip 137. As this portion of feed stock 20 is not affected by the heating within the extruder 132, rotation of the gear set 150 in a reverse direction will cause the feed stock 20 to move linearly backward, *i.e.* away from the tip 137.

**[0031]** It can be seen from FIGS. 4A and 4B that rotation of the motor 152, which is controlled by pressing one of the buttons 122, 124, causes the feed stock 20 to move forward or backward. The step-down from the motor 152 to the small gear 157B provides a smooth rate of motion of the feed stock, as the motor 152 may turn at a speed within a normal range of smooth operation while the step-down converts this to a low rate of linear motion of the feed stock 20.

**[0032]** FIGS. 5A-5B are perspective and cutaway views of another embodiment 200 of a 3D drawing device according to certain aspects of the present disclosure. FIG. 5A shows a 3D drawing device 200 configured to accept a feed stock in the form of pellets 25 that are held in a hopper 250 attached to the body 210. A power cord 270 is attached to the body 210. FIG. 5B is a cut-away view showing a feed screw 260 that transfers the pellets 25 from the hopper 250 to the nozzle assembly 230 that melts the pellets 25 and, under pressure provided by the feed screw 260, extrudes the melted feed stock 25 in a manner similar to the nozzle assembly 130 of embodiment 100, previously discussed. Other features of the embodiment 100, such as the cooling ports 118, may also be provided in embodiment 200. In certain embodiments, the pellets may be transferred from the hopper 250 to the nozzle assembly 130 by other mechanisms, for example a reciprocating cylinder (not shown in FIGS. 5A-5B) as will be known to those of skill in the art. In certain embodiments, the feed stock may be provided as a liquid, for example an epoxy with beads of catalyst suspended in a liquid polymer, that is held in the hopper 250. In certain embodiments, passage of the liquid feed stock through an extrusion passage, similar to extrusion passage 133 of embodiment 100, may modify the liquid feed stock such that it hardens quickly after extrusion from the 3D drawing device 200.

**[0033]** The disclosed examples of a 3D drawing device illustrate the principles of its construction and use. The provision of a flow of cooling air at the tip to quickly solidify the extruded feed stock allows the user to work in three dimensions, rather than being forced to rely on a support surface to hold the still-fluid extruded material in place while it hardens. The use of a mechanical gear train to advance the feed stock, instead of a pressurized supply or a direct

connection between a trigger and a feed rod, allows precise control of the rate of extrusion, thereby increasing the uniformity of the extruded column of material and allowing precise placement without excess material.

**[0034]** This application includes description that is provided to enable a person of ordinary skill in the art to practice the various aspects described herein. While the foregoing has described what are considered to be the best mode and/or other examples, it is understood that various modifications to these aspects will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other aspects. It is understood that the specific order or hierarchy of steps or blocks in the processes disclosed is an illustration of exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps or blocks in the processes may be rearranged. The accompanying method claims present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented. Thus, the claims are not intended to be limited to the aspects shown herein, but is to be accorded the full scope consistent with the language claims.

**[0035]** Headings and subheadings, if any, are used for convenience only and do not limit the invention.

**[0036]** Reference to an element in the singular is not intended to mean “one and only one” unless specifically so stated, but rather “one or more.” Use of the articles “a” and “an” is to be interpreted as equivalent to the phrase “at least one.” Unless specifically stated otherwise, the terms "a set" and “some” refer to one or more.

**[0037]** Terms such as “top,” “bottom,” “upper,” “lower,” “left,” “right,” “front,” “rear” and the like as used in this disclosure should be understood as referring to an arbitrary frame of reference, rather than to the ordinary gravitational frame of reference. Thus, a top surface, a bottom surface, a front surface, and a rear surface may extend upwardly, downwardly, diagonally, or horizontally in a gravitational frame of reference.

**[0038]** Although the relationships among various components are described herein and/or are illustrated as being orthogonal or perpendicular, those components can be arranged in other

configurations in some embodiments. For example, the angles formed between the referenced components can be greater or less than 90 degrees in some embodiments.

**[0039]** Although various components are illustrated as being flat and/or straight, those components can have other configurations, such as curved or tapered for example, in some embodiments.

**[0040]** Pronouns in the masculine (*e.g.*, his) include the feminine and neuter gender (*e.g.*, her and its) and vice versa. All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "operation for."

**[0041]** A phrase such as an "aspect" does not imply that such aspect is essential to the subject technology or that such aspect applies to all configurations of the subject technology. A disclosure relating to an aspect may apply to all configurations, or one or more configurations. A phrase such as an aspect may refer to one or more aspects and vice versa. A phrase such as an "embodiment" does not imply that such embodiment is essential to the subject technology or that such embodiment applies to all configurations of the subject technology. A disclosure relating to an embodiment may apply to all embodiments, or one or more embodiments. A phrase such as an embodiment may refer to one or more embodiments and vice versa.

**[0042]** The word "exemplary" is used herein to mean "serving as an example or illustration." Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs.

**[0043]** All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be

encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "step for." Furthermore, to the extent that the term "include," "have," or the like is used in the description or the claims, such term is intended to be inclusive in a manner similar to the term "comprise" as "comprise" is interpreted when employed as a transitional word in a claim.

**[0044]** Although embodiments of the present disclosure have been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the scope of the present invention being limited only by the terms of the appended claims.

CLAIMS

What is claimed is:

1. An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the configuration of the pen comprising:

an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing; and

a nozzle assembly disposed at a distal end of the housing that comprises an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand such that the strand can enter into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.

2. The apparatus of Claim 1, further comprising a mounting tube having a first end and a second end, and wherein a second end of a guide tube extends into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

3. The apparatus of Claim 1, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle.

4. The apparatus of Claim 1, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the strand of material prior to extrusion through the exit nozzle.

5. The apparatus of Claim 1, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

6. The apparatus of Claim 1, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

7. The apparatus of Claim 1, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

8. A three-dimensional (3D) drawing device comprising:

a housing configured to fit in a user's hand and shaped to allow manipulation of the housing like a pen, the housing having a first end, a second end, and a port configured for introduction of feed stock into an internal volume of the housing, the housing having at least one cooling port extending between the internal volume and an ambient atmosphere;

a first actuator and a second actuator each coupled to the housing and positioned to be actuated by the user's hand while holding the housing; and

a nozzle assembly disposed at the first end of the housing and at least partially within the housing, the nozzle assembly comprising an extruder, an exit nozzle, and a guide tube, the extruder having a heating element surrounded by an insulator, a first end of the guide tube positioned to receive the feed stock, a second end of the guide tube aligned with a chamber of the extruder such that the feed stock is directed into the chamber, the extruder being disposed between the guide tube and the exit nozzle such that the feed stock is extruded out of the exit nozzle for permitting the user to draw in free space to form a three-dimensional object.

9. The 3D drawing device of Claim 8, further comprising a mounting tube having a first end and a second end, and wherein the second end of the guide tube extends into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

10. The 3D drawing device of Claim 8, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port of the at least one cooling port proximate to the nozzle.

11. The 3D drawing device of Claim 10, wherein each of the upper housing and the lower housing comprises the cooling port.

12. The 3D drawing device of Claim 8, wherein the first actuator and the second actuator are axially aligned and disposed on an outer surface of the housing between the first end and the second end.

13. The 3D drawing device of Claim 8, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the feed stock prior to extrusion through the exit nozzle.

14. The 3D drawing device of Claim 8, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

15. The 3D drawing device of Claim 8, wherein the first and second actuators each comprise at least one button.

16. The 3D drawing device of Claim 8, further comprising a fan configured to provide a flow cooling air at the exit nozzle.

17. The 3D drawing device of Claim 8, wherein the housing comprises a length between the first end and the second end, the length being greater than a maximum transverse extent of the housing.

18. An apparatus comprising:

a three-dimensional (3D) drawing pen comprising:

a body configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the body;

at least one actuator supported by the body and configured to control a movement of material along the body; and

a nozzle assembly disposed at a distal end of the body and comprising an extruder and an exit nozzle, the extruder having a heating element for melting the material and permitting the material to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.

19. The 3D drawing device of Claim 18, further comprising a guide tube disposed within the body, a first end of the guide tube positioned to receive the material, a second end of the guide tube aligned with a chamber of the extruder such that the material is directed into the chamber.

20. The 3D drawing device of Claim 18, wherein the body comprises at least one cooling port extending between the internal volume and an ambient atmosphere.

ABSTRACT

A three-dimensional (3D) drawing pen can include a housing that has a port that permits insertion of a strand of material into the housing, an actuator for controlling a movement of the strand, and a nozzle assembly configured to permit the strand to be extruded out of the 3D drawing pen in a form that retains its shape against gravity in free space to draw a 3D object.




FIG. 1




FIG. 2


100
140
112
116
144
142
146
130
118
20
150
114
134
132
118

*FIG. 3A*


102
112
118
135
20
134
137
116
132
133A
138
131
133
114
118

*FIG. 3B*


150
153
154
155
156
156A
153A
154A
155A
154B
153B
152
157A
157B

*FIG. 4A*


134
20
119
157B
114

*FIG. 4B*




*FIG. 5A*




*FIG. 5B*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith/Sara Mar |
| **Attorney Docket Number:** | 122620-5146 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 80 | 80 |
| UTILITY SEARCH FEE | 2111 | 1 | 350 | 350 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 400 | 400 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **830** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46647461 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 19-SEP-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 19:59:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $830 |
| RAM confirmation Number | E20229IK00373942 |
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 122620-5146_ADS.PDF | 2226664<br>ef79c595acff882e0fced54018b7bee9aa1664ca | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Power of Attorney | 122620-5146_POA.PDF | 275571<br>5a8815c9ddb00d4a3d13dc0f7243e6204ee0cbd1 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Oath or Declaration filed | 122620-5146_Decs.pdf | 655159<br>8926748b491b09862ceeef274fecc5ad3017dcd4 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | | 122620-5146_Application.pdf | 190064<br>86a4207dfd7af5c93c83f9adc577a0c8dcbbecac | yes | 19 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 14 |
| Claims | 15 | 18 |
| Abstract | 19 | 19 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Drawings-only black and white line drawings | 122620-5146_Figures.PDF | 785752<br>1191925a6feb337e4fb3b2c374f6980102c48466 | no | 4 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 6 | Fee Worksheet (SB06) | fee-info.pdf | 43914<br>e3acdff68c725cb8d23d8199c26b190cde23e708 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 4177124 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Peter | | DILWORTH | |

**Residence Information (Select One)** ● US Residency Non US Residency Active US Military Service

| City | Somerville | State/Province | MA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 23 Monmouth Street | | |
| **Address 2** | | | |
| **City** | Somerville | **State/Province** | MA |
| **Postal Code** | 02143 | **Country** i | US |

**Inventor** 2 Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Maxwell | | BOGUE | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency Active US Military Service

| City | Hong Kong | Country of Residence i | HK |
|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 1209 Orange Street | | |
| **Address 2** | | | |
| **City** | Wilmington | **State/Province** | DE |
| **Postal Code** | 19801 | **Country** i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| **Customer Number** | 157354 | |
|---|---|---|
| **Email Address** | | Add Email / Remove Email |

## Application Information:

| **Title of the Invention** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | | |
|---|---|---|---|
| **Attorney Docket Number** | 122620-5146 | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 4 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 157354 | | |

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing or 371(c) Date (YYYY-MM-DD)** |
| | Continuation of | 17/015004 | 2020-09-08 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 17/015004 | Continuation of | 16/103859 | 2018-08-14 | 10792850 | 2022-10-06 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/103859 | Continuation of | 15/638266 | 2017-06-29 | 10046498 | 2018-08-14 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/638266 | Continuation of | 14/821399 | 2015-08-07 | 9731444 | 2017-08-15 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14/821399 | Continuation of | 13/831050 | 2013-03-14 | 9102098 | 2015-08-11 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing or 371(c) Date (YYYY-MM-DD)** |
| 13/831050 | Claims benefit of provisional | 61/733689 | 2012-12-05 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1 Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| Name of the Deceased or Legally Incapacitated Inventor: | |
|---|---|
| If the Applicant is an Organization check here. | ☒ |
| Organization Name | WobbleWorks, Inc. |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | 1209 Orange Street | | |
| Address 2 | | | |
| **City** | Wilmington | **State/Province** | DE |
| **Country** | US | Postal Code | 19801 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | |

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Nathan S. Smith/ | | | Date (YYYY-MM-DD) | 2022-09-19 |
|---|---|---|---|---|---|
| First Name | Nathan S. | Last Name | Smith | Registration Number | 53165 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 122620-5146 |
|---|---|---|
| | Application Number | |

| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | 3752 | 830 | 122620-5146 | 20 | 3 |

**CONFIRMATION NO. 2412**

**FILING RECEIPT**

*OC000000049359395*

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Date Mailed: 10/05/2022

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Peter DILWORTH, Somerville, MA;
Maxwell BOGUE, Hong Kong, HONG KONG;

**Applicant(s)**

WobbleWorks, Inc., Wilmington, DE;

**Power of Attorney:** The patent practitioners associated with Customer Number 157354

**Domestic Priority data as claimed by applicant**

This application is a CON of 17/015,004 09/08/2020 PAT 11,446,852
which is a CON of 16/103,859 08/14/2018 PAT 10,792,850
which is a CON of 15/638,266 06/29/2017 PAT 10,046,498
which is a CON of 14/821,399 08/07/2015 PAT 9,731,444
which is a CON of 13/831,050 03/14/2013 PAT 9,102,098
which claims benefit of 61/733,689 12/05/2012

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**Projected Publication Date:** 01/12/2023

**Non-Publication Request:** No

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Preliminary Class**

239

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number
17/948,089

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 80 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 350 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 400 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 minus 20 = | * 0 | x = | 0 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | * | x = | 0 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0 | | | |
| | | | TOTAL | 830 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED - PART II

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 |

**CONFIRMATION NO. 2412**

**NEW OR REVISED PPD NOTICE**

*OC000000136526192*

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

# NOTICE OF NEW OR REVISED PROJECTED PUBLICATION DATE

The above-identified application has a new or revised projected publication date. The current projected publication date for this application is 01/12/2023. If this is a new projected publication date (there was no previous projected publication date), the application has been cleared by Licensing & Review or a secrecy order has been rescinded and the application is now in the publication queue.

If this is a revised projected publication date (one that is different from a previously communicated projected publication date), the publication date has been revised due to processing delays in the USPTO or the abandonment and subsequent revival of an application. The application is anticipated to be published on a date that is more than six weeks different from the originally-projected publication date.

More detailed publication information is available through the private side of Patent Application Information Retrieval (PAIR) System. The direct link to access PAIR is currently http://pair.uspto.gov. Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Questions relating to this Notice should be directed to the Office of Data Management, Application Assistance Unit at (571) 272-4000, or (571) 272-4200, or 1-888-786-0101.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | OPAP | 830 | 122620-5146 | 20 | 3 |

**CONFIRMATION NO. 2412**

**CORRECTED FILING RECEIPT**

*OC000000049845686*

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Date Mailed: 10/19/2022

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Peter DILWORTH, Somerville, MA;
Maxwell BOGUE, Hong Kong, HONG KONG;

**Applicant(s)**

WobbleWorks, Inc., Wilmington, DE;

**Power of Attorney:** The patent practitioners associated with Customer Number 157354

**Domestic Priority data as claimed by applicant**

This application is a CON of 17/015,004 09/08/2020 PAT 11,446,852
which is a CON of 16/103,859 08/14/2018 PAT 10,792,850
which is a CON of 15/638,266 06/29/2017 PAT 10,046,498
which is a CON of 14/821,399 08/07/2015 PAT 9,731,444
which is a CON of 13/831,050 03/14/2013 PAT 9,102,098
which claims benefit of 61/733,689 12/05/2012

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 10/03/2022
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/948,089**
**Projected Publication Date:** 01/12/2023
**Non-Publication Request:** No
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Preliminary Class**

425

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative,

this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
| --- | --- | --- | --- |
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 |

**CONFIRMATION NO. 2412**

**PUBLICATION NOTICE**

*OC000000137229631*

157354
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

**Title:**HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

**Publication No.**US-2023-0016840-A1
**Publication Date:**01/19/2023

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

157354 7590 03/14/2023
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1743 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/14/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

judith.troilo@morganlewis.com
ocipdocketing@morganlewis.com

| *Office Action Summary* | **Application No.**<br>17/948,089 | **Applicant(s)**<br>DILWORTH et al. | |
|---|---|---|---|
| | **Examiner**<br>Lawrence D Hohenbrink Jr. | **Art Unit**<br>1743 | **AIA (FITF) Status**<br>No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 2 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 9/19/2022.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.** 2b) ☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 1-20 is/are pending in the application.
5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☑ Claim(s) 1-20 are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
a)☐ All b)☐ Some** c)☐ None of the:
1.☐ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
Paper No(s)/Mail Date ______.

3) ☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date ______.

4) ☐ Other: ______.

## DETAILED ACTION

### Status of the Application

1. This Office Action is a restriction/requirement for election.

2. Claims 1-20 are pending.

### *Notice of Pre-AIA or AIA Status*

3. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Election/Restrictions*

4. Restriction to one of the following inventions is required under 35 U.S.C. 121:

Group I. Claims 1-7, drawn to apparatus comprising 3D drawing pen, classified in B29C64/25.

Group II. Claims 8-17, drawn to 3D drawing device, classified in B29C48/87.

Group III. Claims 18-20, drawn to apparatus comprising 3D drawing device, classified in B29C48/02.

5. The inventions are independent or distinct, each from the other because:

6. Inventions Group I and Group II are directed to related apparatuses. The related inventions are distinct if: (1) the inventions as claimed are either not capable of use together or can have a materially different design, mode of operation, function, or effect; (2) the inventions do not overlap in scope, i.e., are mutually exclusive; and (3) the inventions as claimed are not obvious variants. See MPEP § 806.05(j). In the instant case, the inventions as claimed have a materially different design. For instance, Group I recites the exclusion of a handle while Group II does not, and Group II recites a guide tube, a cooling port, and first and second actuators while Group I does not. Furthermore, the inventions as claimed do not encompass overlapping subject matter and there is nothing of record to show them to be obvious variants.

7. Inventions Group II and Group III are directed to related apparatuses. The related inventions are distinct if: (1) the inventions as claimed are either not capable of use together or can have a materially different design, mode of operation, function, or effect; (2) the inventions do not overlap in scope, i.e., are mutually exclusive; and (3) the inventions as claimed are not obvious variants. See MPEP § 806.05(j). In

the instant case, the inventions as claimed have a materially different design. For instance, Group II recites a guide tube and a cooling port while Group III does not, and Group III recites the exclusion of a handle while Group II does not. Furthermore, the inventions as claimed do not encompass overlapping subject matter and there is nothing of record to show them to be obvious variants.

8. Inventions Group I and Group III are directed to related apparatuses. The related inventions are distinct if: (1) the inventions as claimed are either not capable of use together or can have a materially different design, mode of operation, function, or effect; (2) the inventions do not overlap in scope, i.e., are mutually exclusive; and (3) the inventions as claimed are not obvious variants. See MPEP § 806.05(j). In the instant case, the inventions as claimed have a materially different design. For instance, Group I recites a port for insertion of a strand while Group III does not, and Group III recites an actuator while Group I does not. Furthermore, the inventions as claimed do not encompass overlapping subject matter and there is nothing of record to show them to be obvious variants.

9. Restriction for examination purposes as indicated is proper because all the inventions listed in this action are independent or distinct for the reasons given above and there would be a serious search and/or examination burden if restriction were not required because one or more of the following reasons apply:

**Separate classification thereof**: This shows that each invention has attained recognition in the art as a separate subject for inventive effort, and also a separate field of search. For instance, the three groups are classified in different CPC classifications as shown above.

**Applicant is advised that the reply to this requirement to be complete must include (i) an election of an invention to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected invention**.

The election of an invention may be made with or without traverse. To reserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the restriction requirement, the election shall be treated as an election without traverse. Traversal must be presented at the time of election in order to be considered timely. Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are

added after the election, applicant must indicate which of these claims are readable upon the elected invention.

Should applicant traverse on the ground that the inventions are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the inventions to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103 or pre-AIA 35 U.S.C. 103(a) of the other invention.

10. Three telephone calls were made to Applicant's representative Atty. Nathan S. Smith on 3/8/2023 to request an oral election to the above restriction requirement, but did not result in an election being made. Atty. Smith could not be reached by telephone.

11. Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be corrected in compliance with 37 CFR 1.48(a) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. A request to correct inventorship under 37 CFR 1.48(a) must be accompanied by an application data sheet in accordance with 37 CFR 1.76 that identifies each inventor by his or her legal name and by the processing fee required under 37 CFR 1.17(i).

## ***Conclusion***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lawrence D. Hohenbrink Jr. whose telephone number is 571-270-5549. The examiner can normally be reached Monday - Friday, 7:00 am to 3:00 pm Eastern Time U.S.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Joseph S. Del Sole can be reached on 571-272-1130. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LAWRENCE D. HOHENBRINK, JR./
Examiner, Art Unit 1743

/JOSEPH S DEL SOLE/
Supervisory Patent Examiner, Art Unit 1743

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 1 | of | 6 |
|---|---|---|---|

| Complete if Known | |
|---|---|
| Application Number | 17/948,089-Conf. #2412 |
| Filing Date | September 19, 2022 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Attorney Docket Number | 122620-5146 |

**U. S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 1,466,509 | 08-1923 | Laskey | |
| | A2 | 2,517,882 | 08-1950 | Johnson | |
| | A3 | 3,281,576 | 10-1966 | Cooper et al. | |
| | A4 | 3,285,475 | 11-1966 | Phillips | |
| | A5 | 3,559,241 | 02-1971 | Chu | |
| | A6 | 3,604,597 | 09-1971 | Pohl et al. | |
| | A7 | 3,665,158 | 05-1972 | Froedge | |
| | A8 | 3,887,319 | 06-1975 | Cottingham | |
| | A9 | 4,059,204 | 11-1977 | Duncan et al. | |
| | A10 | 4,114,781 | 09-1978 | Doyel | |
| | A11 | 4,197,448 | 04-1980 | Harigai | |
| | A12 | 4,552,287 | 11-1985 | Dziki | |
| | A13 | 4,597,821 | 07-1986 | Munro | |
| | A14 | 4,681,524 | 07-1987 | Ikeda et al. | |
| | A15 | 4,704,088 | 11-1987 | Newman | |
| | A16 | 5,071,069 | 12-1991 | Strim | |
| | A17 | 5,121,329 | 06-1992 | Crump | |
| | A18 | 5,169,587 | 12-1992 | Courval | |
| | A19 | 5,340,433 | 08-1994 | Crump | |
| | A20 | 5,672,312 | 09-1997 | Almquist et al. | |
| | A21 | 5,843,490 | 12-1998 | Horiba et al. | |
| | A22 | 5,853,774 | 12-1998 | Dreve | |
| | A23 | 6,013,096 | 01-2000 | Tucek | |
| | A24 | 6,117,385 | 09-2000 | Chartoff et al. | |
| | A25 | 6,129,872 | 10-2000 | Jang | |
| | A26 | 6,162,378 | 12-2000 | Bedal et al. | |
| | A27 | 6,238,613 | 05-2001 | Batchelder et al. | |
| | A28 | 6,443,675 | 09-2002 | Kopras et al. | |
| | A29 | 6,460,481 | 10-2002 | Young | |
| | A30 | 6,500,374 | 12-2002 | Akioka et al. | |
| | A31 | 6,543,549 | 04-2003 | Riedl et al. | |
| | A32 | 6,558,059 | 05-2003 | Hillinger et al. | |
| | A33 | 6,776,602 | 08-2004 | Swanson | |
| | A34 | 7,959,847 | 06-2011 | Wicker et al. | |
| | A35 | 8,221,669 | 07-2012 | Batchelder et al. | |
| | A36 | 8,236,227 | 08-2012 | Batchelder et al. | |
| | A37 | 8,262,304 | 09-2012 | Llach et al. | |
| | A38 | 8,439,665 | 05-2013 | Batchelder et al. | |
| | A39 | 8,926,882 | 01-2015 | Batchelder et al. | |
| | A40 | 9,102,098 | 08-2015 | Dilworth et al. | |
| | A41 | 2001/0030383 | 10-2001 | Swanson et al. | |
| | A42 | 2001/0033037 | 10-2001 | Nitschke et al. | |
| | A43 | 2003/0137077 | 07-2003 | Lee et al. | |

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| *(Use as many sheets as necessary)* | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 2 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | | | |
|---|---|---|---|---|---|
| | A44 | 2004/0232165 | 11-2004 | Lee | |
| | A45 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A46 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A47 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A48 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A49 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A50 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A51 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A52 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A53 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A54 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A55 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A56 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A57 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A58 | 2010/0166969 | 07-2010 | Batchelder | |
| | A59 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A60 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A61 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0079936 | 04-2011 | Oxman | |
| | A63 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A64 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A65 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A66 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A67 | 2013/0209600 | 08-2013 | Tow | |
| | A68 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A69 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A70 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A71 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A72 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A73 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A74 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A75 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A76 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A77 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A78 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A79 | 2016/0031159 | 02-2016 | Church et al. | |
| | A80 | 2017/0057168 | 03-2017 | Miller et al. | |
| | A81 | 2017/0120519 | 05-2017 | Mark | |
| | A82 | 2017/0157826 | 06-2017 | Hishiki | |
| | A83 | 2017/0182701 | 06-2017 | Ryan | |
| | A84 | RE 26,180 | 04-1967 | Frenzel et al. | |
| | A85 | 4,953,755 | 09-1990 | Dennison | |
| | A86 | 2004/0244603 | 12-2004 | Magers | |
| | A87 | 6,175,422 | 01-2001 | Penn et al. | |
| | A88 | 7,314,591 | 05-2001 | Priedeman | |
| | A89 | 2010/0283172 | 11-2010 | Swanson | |

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 3 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | | | |
|---|---|---|---|---|---|
| | A90 | 4553935A | 11-1985 | Ueno | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 4 | of | 6 | Attorney Docket Number | 122620-5146 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | B1 | CN 101166597 | 04-2008 | TDY Ind Inc | | |
| | B2 | CN 101172428 | 05-2008 | Lite On Technology Corp | | |
| | B3 | CN 102922721 | 02-2013 | Chen | | |
| | B4 | CN 103707511 | 04-2014 | Bao | | |
| | B5 | CN 1285856 | 02-2001 | Trexel Inc | | |
| | B6 | CN 201086388 | 07-2008 | Pumma Technology Co Ltd | | |
| | B7 | CN 202079738 | 12-2011 | Yingjun, Zhang | | |
| | B8 | CN 202399493 | 08-2012 | Shenzhen Weistek Technology Co Ltd | | |
| | B9 | CN 203371791 | 01-2014 | Gu | | |
| | B10 | CN 203449607 | 02-2014 | Shenzen Nanjixiong Science & Technology Co Ltd | | |
| | B11 | CN 203592687 | 05-2014 | Wobble Works Inc | | |
| | B12 | CN 2761402 | 03-2006 | Overseas Univ | | |
| | B13 | CN 2813176 | 09-2006 | Huanda Comp Shanghi Co | | |
| | B14 | DE 3341201 | 05-1985 | Ursprung | | |
| | B15 | EP 257838 | 03-1988 | Bostik Ltd | | |
| | B16 | JPS 61-141959 | 06-1986 | Bosch Gmbh | | |
| | B17 | JPS 63-205216 | 08-1988 | Junkosha Co Ltd | | |
| | B18 | WO 99/32544 | 07-1999 | Trexel Inc | | |
| | B19 | WO 2009/134298 | 11-2009 | Stratasys, Inc. | | |
| | B20 | WO 2012/088257 | 06-2012 | Stratasys, Inc. | | |
| | B21 | WO 2012/152510 | 11-2012 | Evonik Roehm Gmbh | | |
| | B22 | WO 2012/152511 | 11-2012 | Evonik Roehm Gmbh | | |
| | B23 | WO 2015/020944 | 02-2015 | Massachusetts Inst Technology | | |
| | B24 | CN 1640643 | 07-2005 | Univ Tsinghua | | |
| | B25 | JP S63-101887 | 05-1988 | Ozaki | | |
| | B26 | CN 101070020A | 11-2007 | Guangbao Science Technology Co | | |
| | B27 | CN 101213060A | 07-2008 | Stratasys, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 5 | of | 6 | Attorney Docket Number | 122620-5146 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | B28 | "A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443 | |
| | B29 | "Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed June 2019, 3 pages | |
| | B30 | "Electron ST - Strong, Compact and handy," Plastic Welding General Catalog, disclosed June 2019, 2 pages | |
| | B31 | "Handheld Product Ergonomic Design," Human Engineering, June 2011, Vol 17, No 2, pp 186-189 | |
| | B32 | "Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed June 2019, 2 pages | |
| | B33 | "Leister Diode S Diode PID," August 2018, 84 pages | |
| | B34 | "Leister Electron ST Hot Air Tool - User Manual," October 2017, 40 pages | |
| | B35 | "Leister Hot Jet S," Manual, October 2017, 87 pages | |
| | B36 | "Leister Triac ST Hot Air Tool - User Manual," October 2018, 40 pages | |
| | B37 | "Leister Welding Pen S Welding Pen R," September 2005, 82 pages | |
| | B38 | "Triac ST - Design meets experience," disclosed June 2019, 4 pages | |
| | B39 | "Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed June 2019, 2 pages | |
| | B40 | Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 13, 2018, 22 pages | |
| | B41 | Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated December 8, 2017, 9 pages | |
| | B42 | Conduct of Proceeding Order, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 6 pages | |
| | B43 | Decision Denying Institution of Inter Partes Review, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, Jan. 15, 2019, 20 pages | |
| | B44 | Decision Denying Petitioner's Request for Rehearing, Ditec Solutions, LLC v. WobbleWorks, Inc., Case IPR2018-01414, entered Mar. 13, 2019, 10 pages | |
| | B45 | Declaration of David Trumper in Support of Inter Partes Review of U.S. Patent 9,731,444, May 20, 2018, 43 pages | |
| | B46 | Declaration of Dr. Kimberly Cameron, October 23, 2018, 14 pages | |
| | B47 | Declaration of Lance Wyatt, Inter Partes Review of 9,731,444, May 24, 2018, 2 pages | |
| | B48 | Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 19, 2018, 10 pages | |
| | B49 | Donutman.sub.--2000 "Plastic Welding Gun (Plastruder MK4)" published Sep. 19, 2010, http://www.thingiverse.com/thing:4156, last accessed Jul. 3, 2014 | |
| | B50 | EP 13861105.8, Third Party Observations dated August 16, 2019, 27 pages, including attachments | |
| | B51 | Patent Owner's Exhibit List, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 3 pages | |
| | B52 | Patent Owner's Preliminary Response, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 30 pages | |
| | B53 | Personnel Record of David L. Trumper, May 2018, 50 pages | |

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| *(Use as many sheets as necessary)* | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 6 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | |
|---|---|---|---|
| | B54 | Petition for Inter Partes Review of 9,731,444, July 19, 2018, 70 pages | |
| | B55 | Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 9, 2019, 16 pages | |
| | B56 | EP 13861105.8, Third Party Observations dated October 18, 2021, 85 pages | |
| | B57 | 3Doodler: The World's First 3D Printing Pen by WobbleWorks LLC - Kickstarter, retrieved from https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen\description, 9 pages, last updated November 25, 2014 | |
| | B58 | Interview with 3Doodler Co-creator Max Bogue, February 28, 2013, retrieved from blog/makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/, 7 pages | |
| | B59 | MakerBot Industries: Plastruder MK4, 2009, retrieved from web.archive.org/web/20091012055654/http://wiki.makerbot.com\plastruder-mk4, 34 pages | |
| | B60 | Category: Extruders - RepRap, last revised October 9, 2021, retrieved from https://reprep.org/mediawiki/index.php?title=Category:Extruders&oldid=67755, 7 pages | |
| | B61 | YouTube posted by Jon Buford, published on November 27, 2012, retrieved from https://www.youtube.com/watch?v=ef03qSz-yC8, 4 pages | |
| | B62 | Draw in the Air with 3Doodler - 3d Printing Era, February 19, 2013, retrieved from www.3dpringinera.com/draw-in-the-air-with-3doodler/, 2 pages | |
| | B63 | Fung 2037 - Turns out the Makible team had the ..., February 23, 2013, retrieved from https://fung2037.tumblr.com/post/43847991789/turns-out-the-makibox-makible-team-had-the, 2 pages | |
| | B64 | #MakiBox Update - A6 Printing Smoothly, Public Demos, and the Scribble, November 28, 2012, retrieved from https://web.archive.org/web/20121203045530/http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, 11 pages | |
| | B65 | EP 13861105.8, Acknowledgment of receipt of observations by third parties, dated October 18, 2021, 2 pages | |
| | B66 | Summary of the Current Allegations from the Petitioner in the Invalidation Notice of 26 November 2021, and comments | |
| | B67 | Matt Wax Gun for Jewelry Design: Working in Air, on an Object & with a Pattern, Sep 6, 2011, available at https://www.youtube.com/watch?v=LNg9BccQFJc. | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47910282 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 27-APR-2023 |
| **Filing Date:** | 19-SEP-2022 |
| **Time Stamp:** | 19:46:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5146_IDS.pdf | 303909<br>aaf3c10089a67d7e0b4f2918a5b0974fecfad541 | yes | 8 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Form (SB08) | 3 | 8 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 303909 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No.: 122620-5146
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re Patent Application of:<br>Peter DILWORTH et al. | Customer Number: 157354 |
| Application No.: 17/948,089 | Confirmation No.: 2412 |
| Filed: September 19, 2022 | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | Examiner: Lawrence D. HOHENBRINK Jr. |

**<u>INFORMATION DISCLOSURE STATEMENT (IDS)</u>**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

Pursuant to 37 C.F.R. § 1.56, 1.97 and 1.98, the attention of the Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08. It is respectfully requested that the information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

The foreign and non-patent literature references were cited by or submitted to the U.S. Patent and Trademark Office in parent Application No. 17/015,004, filed September 8, 2020, and/or

Application No. 16/103,859 filed August 14, 2018, and/or Application No. 15/638,266 filed June 29, 2017, and/or Application No. 14/821,399 filed August 7, 2015, and/or Application No. 13/831,050 filed March 14, 2013, which is relied upon for an earlier filing date under 35 U.S.C. § 120. Thus, copies of these references are not attached. 37 C.F.R. § 1.98(d).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been made or that no other material information as defined in 37 C.F.R. § 1.56(a) exists. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that any patent, publication or other information referred to therein is "prior art" for this invention unless specifically designated as such.

The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith to Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:lmt
Facsimile: (714) 830-0700
Date: April 27, 2023

**Please recognize our Customer No. 157354 as our correspondence address.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>17/948,089 | Filing Date<br>09/19/2022 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | | RATE ($) | FEE ($) |
|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | | x $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | | x $240 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 05/15/2023 | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | | x $192 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /ANNIE C SINGLETON/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re Patent Application of: Peter Dilworth et al. | Customer Number: 157354 |
| Application No.: 17/948,089 | Confirmation No.: 2412 |
| Filed: September 19, 2022 | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | Examiner: Hohenbrink Jr., Lawrence |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RESPONSE TO RESTRICTION REQUIREMENT DATED MARCH 14, 2023**

Commissioner:

In response to the Restriction Requirement dated March 14, 2023 (the "Restriction Requirement"), please consider the above-captioned application in view of the following amendments and remarks.

**Amendments to the Claims** begins on Page 2 of this paper.

**Remarks** begin on Page 6 of this paper.

## AMENDMENTS TO THE CLAIMS

Please replace all prior versions of the claims with the following listing of the claims. Please note that in the amendments to the claims, deletions are indicated by strikethrough (e.g., deletion) or double brackets (e.g., [[word]]) and additions to the claims are underlined (e.g., addition).

**Listing of Claims:**

1. (Original) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the configuration of the pen comprising:

an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing; and

a nozzle assembly disposed at a distal end of the housing that comprises an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand such that the strand can enter into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.

2. (Original) The apparatus of Claim 1, further comprising a mounting tube having a first end and a second end, and wherein a second end of a guide tube extends into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

3. (Original) The apparatus of Claim 1, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle.

4. (Original) The apparatus of Claim 1, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the strand of material prior to extrusion through the exit nozzle.

5. (Original) The apparatus of Claim 1, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

6. (Original) The apparatus of Claim 1, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

7. (Original) The apparatus of Claim 1, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

8. (Withdrawn) A three-dimensional (3D) drawing device comprising:

a housing configured to fit in a user's hand and shaped to allow manipulation of the housing like a pen, the housing having a first end, a second end, and a port configured for introduction of feed stock into an internal volume of the housing, the housing having at least one cooling port extending between the internal volume and an ambient atmosphere;

a first actuator and a second actuator each coupled to the housing and positioned to be actuated by the user's hand while holding the housing; and

a nozzle assembly disposed at the first end of the housing and at least partially within the housing, the nozzle assembly comprising an extruder, an exit nozzle, and a guide tube, the extruder having a heating element surrounded by an insulator, a first end of the guide tube positioned to receive the feed stock, a second end of the guide tube aligned with a chamber of the extruder such that the feed stock is directed into the chamber, the extruder being disposed between the guide tube and the exit nozzle such that the feed stock is extruded out of the exit nozzle for permitting the user to draw in free space to form a three-dimensional object.

9. (Withdrawn) The 3D drawing device of Claim 8, further comprising a mounting tube having a first end and a second end, and wherein the second end of the guide tube extends

into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

10. (Withdrawn) The 3D drawing device of Claim 8, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port of the at least one cooling port proximate to the nozzle.

11. (Withdrawn) The 3D drawing device of Claim 10, wherein each of the upper housing and the lower housing comprises the cooling port.

12. (Withdrawn) The 3D drawing device of Claim 8, wherein the first actuator and the second actuator are axially aligned and disposed on an outer surface of the housing between the first end and the second end.

13. (Withdrawn) The 3D drawing device of Claim 8, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the feed stock prior to extrusion through the exit nozzle.

14. (Withdrawn) The 3D drawing device of Claim 8, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

15. (Withdrawn) The 3D drawing device of Claim 8, wherein the first and second actuators each comprise at least one button.

16. (Withdrawn) The 3D drawing device of Claim 8, further comprising a fan configured to provide a flow cooling air at the exit nozzle.

17. (Withdrawn) The 3D drawing device of Claim 8, wherein the housing comprises a length between the first end and the second end, the length being greater than a maximum transverse extent of the housing.

18. (Withdrawn) An apparatus comprising:

a three-dimensional (3D) drawing pen comprising:

a body configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the body;

at least one actuator supported by the body and configured to control a movement of material along the body; and

a nozzle assembly disposed at a distal end of the body and comprising an extruder and an exit nozzle, the extruder having a heating element for melting the material and permitting the material to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.

19. (Withdrawn) The 3D drawing device of Claim 18, further comprising a guide tube disposed within the body, a first end of the guide tube positioned to receive the material, a second end of the guide tube aligned with a chamber of the extruder such that the material is directed into the chamber.

20. (Withdrawn) The 3D drawing device of Claim 18, wherein the body comprises at least one cooling port extending between the internal volume and an ambient atmosphere.

## REMARKS

Claims 1–20 were pending in this application, with Claims 1, 8, and 18 being independent. In response to the Restriction Requirement, Applicant hereby elects Group I for prosecution on the merits in this application, which corresponds to Claims 1–7. Accordingly, Claims 8–20 have been withdrawn. No new matter is added. Therefore, Claims 1–7 are pending in this application for examination on the merits.

Although the Applicant does not necessarily acquiesce in the characterization of the claims in the Restriction Requirement, this election is made without traverse. Applicant respectfully reserves the right to traverse any of the Examiner's assertions, even if not discussed herein. No acquiescence or estoppel is implied by any change to any claim; any amendments are made only to expedite prosecution of the present application and are without prejudice to the presentation or assertion, in the future, of claims directed to subject matter that is same as or similar to that previously pending.

Applicant has made a good faith effort to respond to the Restriction Requirement. Nevertheless, if any undeveloped issues remain or if any issues require clarification, the Examiner is cordially invited to contact Applicant's attorney, at the telephone number below, to resolve any such issues promptly.

To the extent necessary, a petition for an extension of time under 37 C.F.R. 1.136 is hereby made. Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 500310, and please credit any excess fees to such deposit account.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/

Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Facsimile: 714.830.0700
**Date: May 15, 2023**

**Please recognize our Customer No. 157354 as our correspondence address.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48001149 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 15-MAY-2023 |
| **Filing Date:** | 19-SEP-2022 |
| **Time Stamp:** | 18:58:49 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5146_ResponsetoRRt.pdf | 110730<br>cf8a135cf5249f40429e389e6ba3a17ff8f09ab1 | yes | 7 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Response to Election / Restriction Filed | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 7 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 110730 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| **Notice of References Cited** | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. | |
|---|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20060269639-A1 | 11-2006 | Bortoli; Renzo | B29C48/05 | 425/202 |
| * | B | US-6460481-B1 | 10-2002 | Young; Christopher | A23G3/28 | 222/327 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B29C48/02,92,865,05 | 6/6/2023 | LDH |
| B29C64/118,10,106 | 6/6/2023 | LDH |
| B29C2948/9258 | 6/6/2023 | LDH |
| B33Y10/00 | 6/6/2023 | LDH |
| B33Y30/00 | 6/6/2023 | LDH |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 425 | 87,375 | 6/6/2023 | LDH |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /L.D.H./<br>Examiner, Art Unit 1743 | |

| Search Notes | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Searched PE2E SEARCH (see attached for scope of search) | 6/6/2023 | LDH |
| Inventor search | 6/6/2023 | LDH |
| Assignee search | 6/6/2023 | LDH |
| IDS reference review | 6/6/2023 | LDH |
| Global Dossier review | 6/6/2023 | LDH |
| Image flip search with appropriate text limitation, USPC class/ subclass, as listed above | 6/6/2023 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, as listed above | 6/6/2023 | LDH |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

/L.D.H./
Examiner, Art Unit 1743

# PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L2 | 1 | us-20140154347-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:07 AM |
| L3 | 1 | us-20120219699-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:29 AM |
| L4 | 4 | (4552287\|4597821\|4681524\|3665158).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:30 AM |
| L5 | 1 | us-20030137077-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:31 AM |
| L6 | 8 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:48 AM |
| L7 | 1 | (wobble near works).as. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:54 AM |
| L8 | 272 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 12:50 PM |
| L9 | 422 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 12:51 PM |
| L10 | 501 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:41 PM |
| L11 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L12 | 27 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L13 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L14 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L15 | 1281 | L8 or L9 or L10 or L11 or L12 or L13 or L14 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:43 PM |
| L16 | 479 | L15 and (nozzle or (die near3 open$3)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:43 PM |
| L17 | 1 | "6722872".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/19 01:46 PM |
| L18 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L19 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L20 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L21 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L22 | 27 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L23 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L24 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L25 | 1282 | L18 or L19 or L20 or L21 or L22 or L23 or L24 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L26 | 480 | L25 and (nozzle or (die near3 open$3)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L27 | 196 | L26 and hand | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L28 | 41 | L26 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:23 PM |
| L29 | 6 | L26 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:31 PM |
| L30 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:53 AM |
| L31 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:53 AM |
| L32 | 1339 | L30 or L31 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L33 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L34 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L35 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L36 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L37 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L38 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L39 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L40 | 1283 | L33 or L34 or L35 or L36 or L37 or L38 or L39 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L41 | 2525 | L32 or L40 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L42 | 103 | L41 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L43 | 11 | L41 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 08:26 AM |
| L44 | 1306 | L41 and ((button or control or switch or knob)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:16 AM |
| L45 | 282 | L44 and ((button or control or switch or knob) with first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:16 AM |
| L46 | 251 | L44 and ((button or control or switch or knob) with second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L47 | 206 | L45 and L46 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L48 | 74 | L44 and ((button or control or switch or knob) near2 first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L49 | 65 | L44 and ((button or control or switch or knob) near2 second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L50 | 38 | L48 and L49 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:18 AM |
| L51 | 498 | L41 and ((button or control or switch or knob) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:19 AM |
| L52 | 41 | L51 and ((button or control or switch or knob) near2 first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:19 AM |
| L53 | 39 | L51 and ((button or control or switch or knob) near2 second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:20 AM |
| L54 | 21 | L52 and L53 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:20 AM |
| L55 | 20 | L33 and ((button or control or switch or knob) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:33 AM |
| L56 | 20 | L33 and ((button or control or switch or knob or dial or toggle) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:34 AM |
| L57 | 20 | L33 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:34 AM |
| L58 | 1 | "7384255".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:00 AM |
| L59 | 91 | ("3016451" \| "3381812" \| "3841000" \| "4152367" \| "4665492" \| "4749347" \| "4844373" \| "4928897" \| "4961154" \| "5169081" \| "5257657" \| "5263585" \| "5293996" \| "5303141" \| "5312224" \| "5340433" \| "5402351" \| "5474719" \| "5503785" \| "5578227" \| "5587913" \| "5633021" \| "5637175" \| "5695707" \| "5738817" \| "5764521" \| "5816466" \| "5866058" \| "5868296" \| "5893404" \| "5900207" \| "5932055" \| "5936861" \| "5943235" | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2014/06/27 08:02 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | \| "5968561" \| "6004124" \| "6041991" \| "6054077" \| "6070107" \| "6085957" \| "6119567" \| "6127492" \| "6129872" \| "6162378" \| "6165406" \| "6193923" \| "6214279" \| "6228923" \| "6257517" \| "6261077" \| "6322728" \| "6557742" \| "6572228" \| "6645412" \| "6685866" \| "6722872" \| "6730252" \| "6749414" \| "6776602" \| "6814907" \| "6866807" \| "6923634" \| "7026574").PN. OR ("7384255").URPN. | | | | | |
| L60 | 12 | L59 and (motor with (reverse or opposite or clockwise)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:03 AM |
| L61 | 5 | L59 and (retract) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:27 AM |
| L62 | 18 | L59 and (strand) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:28 AM |
| L63 | 2 | L59 and (button) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:48 AM |
| L64 | 40 | L59 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:51 AM |
| L65 | 16 | L59 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:52 AM |
| L66 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L67 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L68 | 1339 | L66 or L67 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L69 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L70 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L71 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L72 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L73 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L74 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L75 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L76 | 1283 | L69 or L70 or L71 or L72 or L73 or L74 or L75 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L77 | 2525 | L68 or L76 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L78 | 194 | L77 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L79 | 145 | L77 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L80 | 824 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:53 AM |
| L81 | 160 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:53 AM |
| L82 | 982 | L80 or L81 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:54 AM |
| L83 | 73 | L82 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:54 AM |
| L84 | 208 | L82 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:55 AM |
| L85 | 25 | L84 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:55 AM |
| L86 | 60 | L84 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:37 PM |
| L87 | 19 | L84 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) with (fan or blower)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:38 PM |
| L88 | 78 | L82 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:41 PM |
| L89 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L90 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L91 | 1339 | L89 or L90 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L92 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L93 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 10:00 AM |
| L94 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L95 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L96 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L97 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L98 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L99 | 1283 | L92 or L93 or L94 or L95 or L96 or L97 or L98 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L100 | 2525 | L91 or L99 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L101 | 824 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L102 | 160 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L103 | 982 | L101 or L102 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L104 | 3507 | L100 or L103 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L105 | 223 | L104 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:01 AM |
| L106 | 178 | L105 and ((first same second)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:02 AM |
| L107 | 35 | L105 and ((button or switch or knob or dial or toggle or actuator or rocker) with (first and second)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:02 AM |
| L108 | 865 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L109 | 249 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L110 | 1019 | L108 or L109 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L111 | 56 | L110 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:17 PM |
| L112 | 1 | us-20010033037-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:32 PM |
| L113 | 2 | "3281576".pn. or "4059204".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:17 PM |
| L114 | 5 | (8221669\|8236227\|8439665).pn. or us-20120258190-$.did. or | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:20 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | us-20130234366-$.did. | | | | | |
| L115 | 861 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L116 | 525 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L117 | 1383 | L115 or L116 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L118 | 274 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L119 | 425 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L120 | 561 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L121 | 77 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L122 | 348 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L123 | 32 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L124 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L125 | 1684 | L118 or L119 or L120 or L121 or L122 or L123 or L124 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L126 | 2952 | L117 or L125 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L127 | 830 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L128 | 164 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L129 | 992 | L127 or L128 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L130 | 3944 | L126 or L129 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L131 | 32 | L130 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L132 | 11 | L130 and ((port) near (cool$4 or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:53 PM |
| L133 | 1407 | L130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:56 PM |
| L134 | 1558 | L130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:56 PM |
| L135 | 263 | L134 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:57 PM |
| L136 | 56 | L130 and ((nozzle or (die near3 open$3) or | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:58 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | | | | | |
| L137 | 868 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L138 | 540 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L139 | 1405 | L137 or L138 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L140 | 275 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L141 | 425 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L142 | 616 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L143 | 85 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L144 | 379 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L145 | 36 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L146 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L147 | 1780 | L140 or L141 or L142 or L143 or L144 or L145 or L146 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L148 | 3063 | L139 or L147 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L149 | 835 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L150 | 167 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L151 | 1000 | L149 or L150 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L152 | 4063 | L148 or L151 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L153 | 32 | L152 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:04 AM |
| L154 | 12 | L152 and ((port) near (cool$4 or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:04 AM |
| L155 | 1482 | L152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |
| L156 | 1640 | L152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |
| L157 | 274 | L156 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L158 | 59 | L152 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:06 AM |
| L159 | 867 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L160 | 249 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L161 | 1021 | L159 or L160 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L162 | 57 | L161 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:51 AM |
| L177 | 1 | us-20160031141-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 09:52 AM |
| L178 | 1 | "9102098".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 09:53 AM |
| L179 | 1 | us-20160285028-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 10:14 AM |
| L180 | 1 | us-20160185028-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 10:15 AM |
| L181 | 16 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 01:54 PM |
| L182 | 1 | (wobble near works).as. or (wobble near works).aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 01:55 PM |
| L183 | 15 | (5853774\|6162378\|6776602\|9102098\|3559241\|3604597\|3887319\|5121329\|5169587\|6129872\|6238613\|6500374\|6558059\|8262304\|8926882).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 02:52 PM |
| L184 | 3 | us-20010033037-$.did. or us-20010030383-$.did. or us-20070029693-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 03:35 PM |
| L185 | 7 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-201100766496-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:20 PM |
| L186 | 8 | us-20050129941-$.did. or us-20050288813- | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:22 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | $.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-20110076496-$.did. | | | | | |
| L187 | 4 | us-20110079936-$.did. or us-20110196660-$.did. or us-20120070523-$.did. or us-20130209600-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:35 PM |
| L188 | 1 | "6460481".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 05:41 PM |
| L189 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L190 | 0 | 425/37375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L191 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L192 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L193 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L194 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L195 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L196 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L197 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L198 | 586 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L199 | 425 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L200 | 60 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L201 | 71 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L202 | 770 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L203 | 1191 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L204 | 836 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L205 | 1817 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L206 | 1220 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11:31 AM |
| L207 | 8572 | L189 or L191 or L192 or L193 or L194 or L195 or L196 or L197 or L198 or L199 or L200 or L201 or L202 or L203 or L204 or L205 or L206 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:32 AM |
| L208 | 3608 | L207 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:38 AM |
| L209 | 130 | L208 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:39 AM |
| L210 | 1133 | L208 and ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 12:29 PM |
| L211 | 390 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 12:30 PM |
| L212 | 4 | L208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same (port near (cool$4 or cold))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 01:25 PM |
| L213 | 5 | L208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same3 (port near (cool$4 or cold))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 01:25 PM |
| L214 | 53 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 02:35 PM |
| L215 | 2 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear same (vary or variable))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 02:36 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L216 | 20 | L208 and ((vary or varies or varied or variable) near3 (extrusion or extruder) near3 rate) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 03:19 PM |
| L217 | 60 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 10:17 AM |
| L218 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L219 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L220 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L221 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L222 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L223 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L224 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L225 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L226 | 586 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L227 | 425 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L228 | 71 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L229 | 773 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L230 | 1193 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L231 | 842 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L232 | 1845 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L233 | 1238 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L234 | 8607 | L218 or L219 or L220 or L221 or L222 or L223 or L224 or L225 or L226 or L227 or L217 or L228 or L229 or L230 or L231 or L232 or L233 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L235 | 2089 | L234 and (extruder) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L236 | 86 | L235 and (extruder near3 tube) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:49 AM |
| L237 | 157 | L235 and (extruder near2 mount$3) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:13 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L238 | 10 | L235 and (extruder near2 mount$3 near2 end) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:14 PM |
| L239 | 66 | L235 and ((extruder near2 mount$3) same (nozzle or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:16 PM |
| L240 | 120 | L235 and (extruder with (tube and end)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 01:38 PM |
| L241 | 42 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-7384255-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-8236227-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 06:31 PM |
| L242 | 6 | L241 and (insulator or insulate or insulation) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 06:32 PM |
| L243 | 11 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20040232165-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-3604597-$ or US-6460481-$).did. | | | | | |
| L244 | 4 | L243 and circuit | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |
| L245 | 4 | L243 and circuit$2 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |
| L246 | 17 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:46 PM |
| L247 | 1 | (wobble near works).as. or (wobble near works).aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:47 PM |
| L248 | 101901 | ((three near dimension$2) or ("3D")) and (nozzle or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:49 PM |
| L249 | 1479 | L248 and (((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:50 PM |
| L250 | 63 | L249 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:51 PM |
| L251 | 3 | (5672312\|6117385\|7959847).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 08:17 PM |
| L252 | 2 | us-20060198918-$.did. or us-20090133800-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 08:18 PM |
| L253 | 221361 | ((three near dimension$2) or ("3D")) and (nozzle or orifice or die) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:29 AM |
| L254 | 2422 | L253 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:30 AM |
| L255 | 101 | L254 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:30 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L256 | 62 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L257 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L258 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L259 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L260 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L261 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L262 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L263 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L264 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L265 | 600 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L266 | 433 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L267 | 74 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L268 | 924 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L269 | 1408 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L270 | 1044 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L271 | 3869 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L272 | 2820 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L273 | 10947 | L257 or L258 or L259 or L260 or L261 or L262 or L263 or L264 or L265 or L266 or L256 or L267 or L268 or L269 or L270 or L271 or L272 | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L274 | 12 | L273 and (((nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:56 AM |
| L275 | 32 | L273 and ((nozzle or orifice or die) same (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:57 AM |
| L276 | 262 | L273 and (hand near | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (held or hold$3)) | | | | | 08:26 AM |
| L277 | 10 | L276 and ((hand near (held or hold$3)) and (free near space)) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 08:26 AM |
| L278 | 144 | L276 and ((hand near (held or hold$3)) and (space)) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 08:28 AM |
| L299 | 1 | "5340433".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/04/01 04:54 PM |
| L300 | 1 | us-20100147465-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/06/11 06:34 PM |
| L301 | 20 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 09:06 AM |
| L303 | 11 | (wobble near works).as,aanm. or (wobbleworks).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 09:12 AM |
| L306 | 22 | (3281576\|3559241\|3604597\|3665158\|3887319\|4059204\|4552287\|4597821\|4681524\|5121329\|5169587\|5340433\|5672312\|5853774\|6117385\|6129872\|6162378\|6238613\|6460481\|6500374\|6558059\|6776602).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:22 AM |
| L307 | 7 | (7959847\|8221669\|8236227\|8262304\|8439665\|8926882\|9102098).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:45 AM |
| L308 | 3 | (us-20010030383-$\|us-20010033037-$\|us-20030137077-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:49 AM |
| L309 | 12 | (us-20040232165-$\|us-20050129941-$\|us-20050288813-$\|us-20060198918-$\|us-20070003656-$\|us-20070029693-$\|us-20070228590-$\|us-20080197116-$\|us-20080213419-$\|us-20090133800-$\|us-20100147465-$\|us-20100327479-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:59 AM |
| L311 | 21 | (us-20110076496-$\|us-20110079936-$\|us-20110196660-$\|us-20120070523-$\|us-20120219699-$\|us-20120258190-$\|us-20130209600-$\|us-20130234366-$\|us- | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 12:14 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20090283544-$\|us-20140044823-$\|us-20140120197-$\|us-20140328963-$\|us-20150096717-$\|us-20150137402-$\|us-20150147427-$\|us-20150165691-$\|us-20150331412-$\|us-20160031159-$\|us-20170057168-$\|us-20170120519-$\|us-20170157826-$).did. | | | | | |
| L312 | 5 | "5843490".pn. or (us-20090274540-$\|us-20110074065-$\|us-20140159273-$\|us-20140291886-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 12:22 PM |
| L313 | 4 | us-20030137077-$.did. or (4681524\|4552287\|4597821).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 10:18 AM |
| L314 | 2 | us-20100147465-$.did. or us-20080197116-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 10:23 AM |
| L315 | 6215565 | hand$5 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:18 AM |
| L316 | 4492768 | L315 and (hand or handheld or (hand-held) or (hand near held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:19 AM |
| L317 | 1579 | L316 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:20 AM |
| L319 | 233 | L317 and ((hand or handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:22 AM |
| L320 | 22 | L317 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:27 AM |
| L321 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L322 | 0 | 425/084.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L323 | 0 | 425/087.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L324 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L325 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11:36 AM |
| L326 | 241 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L327 | 6622 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L328 | 4717 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L329 | 1150 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L330 | 44 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L331 | 3472 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L332 | 66 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L333 | 72 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L334 | 446 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L335 | 327 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L336 | 758 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L337 | 698 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L338 | 44 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L339 | 81 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:39 AM |
| L340 | 121 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:39 AM |
| L341 | 616 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L342 | 3261 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L343 | 498 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L344 | 425 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L345 | 1659 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L346 | 17183 | L321 or L324 or L325 or L326 or L327 or L328 or L329 or L330 or L331 or L332 or L333 or L334 or L335 or L336 or L337 or L338 or L339 or L340 or L341 or L342 or L343 or L344 or L345 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:45 AM |
| L347 | 56 | L346 and ((handheld or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (hand-held) or (hand near held)) same (nozzle or orifice or die)) | | | | | 11:46 AM |
| L348 | 46 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20080197116-$ or US-20100147465-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$ or US-20090123587-$ or US-20060146642-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 07:07 PM |
| L349 | 37 | L348 and second | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 07:07 PM |
| L350 | 291 | ("5340433").URPN. | (USPAT) | OR | ON | ON | 2018/04/03 11:24 AM |
| L351 | 414 | ("5121329").URPN. | (USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L352 | 492 | L350 or L351 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |
| L353 | 12 | L352 and (pen or pencil) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |
| L354 | 6 | L352 and (hand with (held or hold or holding)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:30 AM |
| L355 | 18 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20100147465-$ or US-20090123587-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-3281576-$ or US-3604597-$ or US-6460481-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:00 AM |
| L356 | 4 | L355 and ((motor or switch or actuator) with (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:01 AM |
| L357 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L358 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L359 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L360 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L361 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L362 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L363 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L364 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L365 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L366 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L367 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L368 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L369 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L370 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L371 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L372 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L373 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L374 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L375 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L376 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L377 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L378 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L379 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L380 | 18454 | L357 or L358 or L359 or L360 or L361 or L362 or L363 or L364 or L365 or L366 or L367 or L368 or L369 or L370 or L371 or L372 or L373 or L374 or L375 or L376 or L377 or L378 or L379 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L381 | 9645 | L380 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | electrophotography$2) | | | | | |
| L382 | 396 | L381 and ((motor or switch or actuator) with (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:10 AM |
| L383 | 140 | L382 and ((motor or switch or actuator) near3 (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:10 AM |
| L384 | 64 | L383 and filament | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 07:13 AM |
| L385 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L386 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L387 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L388 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L389 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L390 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L391 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L392 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L393 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L394 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L395 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L396 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L397 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L398 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L399 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L400 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L401 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L402 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L403 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L404 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 01:27 PM |
| L405 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L406 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L407 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L408 | 18454 | L385 or L386 or L387 or L388 or L389 or L390 or L391 or L392 or L393 or L394 or L395 or L396 or L397 or L398 or L399 or L400 or L401 or L402 or L403 or L404 or L405 or L406 or L407 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L409 | 9645 | L408 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L410 | 436 | L409 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L411 | 188 | L410 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:28 PM |
| L439 | 1 | us-20060051442-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/27 07:50 AM |
| L440 | 1 | us-20140120194-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/27 08:00 AM |
| L441 | 1 | us-20180345559-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/12/23 09:01 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L442 | 1 | us-20180345559-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:13 AM |
| L443 | 1 | us-20170182701-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:15 AM |
| L444 | 1 | ("5121329").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:38 AM |
| L445 | 37 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:46 AM |
| L447 | 21 | ((wobble near works) or (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:49 AM |
| L448 | 1 | ("20150086668").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 09:47 AM |
| L449 | 11 | (1466509\|2517882\|3285475\|4114781\|4197448\|4704088\|5071069\|6013096\|6443675\|6543549\|20100166969).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 04:32 PM |
| L450 | 1 | (re26180).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 05:02 PM |
| L451 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L452 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L453 | 451 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L454 | 146 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L455 | 87 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L456 | 368 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L457 | 4070 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L458 | 506 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L459 | 4052 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L460 | 721 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L461 | 177 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L462 | 469 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L463 | 1947 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L464 | 2479 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L465 | 3413 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 08:28 AM |
| L466 | 1373 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L467 | 444 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L468 | 428 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L469 | 187 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L470 | 79 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L471 | 58 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L472 | 97 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L473 | 507 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L474 | 328 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L475 | 697 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L476 | 14290 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L477 | 9942 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L478 | 29182 | L451 L452 L453 L454 L455 L456 L457 L458 L459 L460 L461 L462 L463 L464 L465 L466 L467 L468 L469 L470 L471 L472 L473 L474 L475 L476 L477 | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L479 | 17858 | L478 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:34 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | | | | | |
| L482 | 181 | L479 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:42 AM |
| L513 | 1 | ("20200398471").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/03 06:54 PM |
| L514 | 2 | (10046498\|10792850).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/03 06:59 PM |
| L515 | 4 | (4953755\|3604597\|20040244603\|20100147465).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 02:38 PM |
| L516 | 41 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 05:28 PM |
| L517 | 24 | ((wobble near works) or (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 05:29 PM |
| L518 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L519 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L520 | 592 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L521 | 4633 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L522 | 762 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L523 | 5115 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L524 | 3936 | B29C64/118.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L525 | 748 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L526 | 4246 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L527 | 502 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L528 | 22109 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L529 | 15231 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |
| L531 | 35899 | L518 L519 L520 L521 L522 L523 L524 L525 L526 L527 L528 L529 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |
| L532 | 26213 | L531 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:46 PM |
| L533 | 234 | L532 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:46 PM |
| L534 | 16782 | L518 L519 L520 L521 L522 L523 L524 L525 L526 L527 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:07 PM |
| L535 | 27433 | L528 L529 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:08 PM |
| L536 | 37578 | L534 L535 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:08 PM |
| L538 | 27685 | L536 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:10 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification)) | | | | | |
| L539 | 239 | L538 AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:11 PM |
| L540 | 4 | (20140154347\|20100147465\|20080197116\|3559241).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/05 04:30 PM |
| L541 | 2 | (9731444\|10792850).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 07:56 AM |
| L542 | 32 | ((dilworth OR dillworth OR dilsworth OR dillsworth) near2 (pete OR peter)).in. OR (boque near2 (max OR maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 07:57 AM |
| L546 | 27 | ((wobble ADJ works) OR (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 08:10 AM |
| L548 | 3 | (6175422\|20100283172\|4553935).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 11:57 AM |
| L550 | 20 | ((US-5121329-A OR US-9511543-B2 OR US-5889064-A OR US-6460481-B1 OR US- | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, BE, BG, BR, BY, CA, CH, CN, CS, CU, | OR | ON | ON | 2023/06/06 12:27 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3604597-A OR US-3281576-A OR US-5340433-A OR US-6776602-B2 OR US-5853774-A OR US-6162378-A OR US-3665158-A).did. AND USPT.dbnm.) OR ((US-20090123587-A1 OR US-20100147465-A1 OR US-20010030383-A1 OR US-20140154347-A1 OR US-20060051442-A1 OR US-20070003656-A1 OR US-20080213419-A1 OR US-20100166969-A1 OR US-20230016840-A1).did. AND PGPB.dbnm.) | CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, MC, MD, MY, NL, NO, NZ, OA, PH, PL, PT, RO, RS, RU, SE, SG, SI, SK, SU, TH, TN, TR, TW, UA, VN, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L551 | 78 | ((US-20100147465-A1 OR US-20170297245-A1 OR US-20150037446-A1 OR US-20160059481-A1 OR US-20160303789-A1 OR US-20090123587-A1 OR US-20080197116-A1 OR US-20010030383-A1 OR US-20160185028-A1 OR US-20190263061-A1 OR US-20040244603-A1 OR US-20200398471-A1 OR US-20190022934-A1 OR US-20160031141-A1 OR US-20150086668-A1 OR US-20170182701-A1 OR US-20180345559-A1 OR US-20060146642-A1 OR US-20100021580-A1 OR US-20060051442-A1 OR US-20060269639-A1 OR US-20070003656-A1 OR US-20080213419-A1 OR US-20090035405-A1 OR US-20120189729-A1 OR US-20100166969-A1 OR US-20040232165-A1 OR US-20110076495-A1 | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, MC, MD, MY, NL, NO, NZ, OA, PH, PL, PT, RO, RS, RU, SE, SG, SI, SK, SU, TH, TN, TR, TW, UA, VN, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/06/06 12:39 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR US-20120121748-A1 OR US-20120161350-A1 OR US-20130164960-A1 OR US-20120219699-A1 OR US-20030137077-A1 OR US-20070029693-A1 OR US-20010033037-A1 OR US-20140154347-A1 OR US-20230016840-A1).did. AND PGPB.dbnm.) OR ((US-9731444-B2 OR US-7891964-B2 OR US-5889064-A OR US-9266286-B1 OR US-6460481-B1 OR US-6558059-B1 OR US-5121329-A OR US-3559241-A OR US-3604597-A OR US-9102098-B2 OR US-4953755-A OR US-10046498-B2 OR US-10792850-B2 OR US-10124369-B1 OR US-9987807-B2 OR US-RE26180-E OR US-2517882-A OR US-4704088-A OR US-9511543-B2 OR US-6722872-B1 OR US-3665158-A OR US-4552287-A OR US-8448825-B2 OR US-8236227-B2 OR US-4059204-A OR US-3281576-A OR US-4033742-A OR US-5589125-A OR US-4676851-A OR US-5340433-A OR US-6776602-B2 OR US-7384255-B2 OR US-5853774-A OR US-6162378-A OR US-3750905-A OR US-7604470-B2 OR US-3953006-A OR US-11446852-B2 OR US-10040235-B2 OR US-10391693-B2 OR US-4553935-A).did. AND USPT.dbnm.) | | | | | |
| L552 | 263 | L538 AND ((handheld | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)) | | | | | 04:45 PM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N163 | 1 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N164 | 0 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N165 | 0 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N166 | 0 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N167 | 0 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N168 | 0 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N169 | 0 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N170 | 0 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N171 | 0 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N172 | 0 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N173 | 1 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N174 | 0 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N175 | 0 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:49 AM |
| N176 | 0 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| N279 | 36 | B29C47/0805.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:00 AM |
| N280 | 113 | 425/376.1.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:01 AM |
| N281 | 287 | 425/375.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:01 AM |
| N282 | 30 | 425/87.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N283 | 17 | 425/458.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N284 | 165 | 425/72.2.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 09:18 AM |
| N285 | 24 | 425/378.2.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N286 | 108 | 156/498.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N287 | 11 | 156/368.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N288 | 214 | B29C47/862.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N289 | 204 | B29C47/364.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N290 | 16 | B05C17/0053.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N291 | 611 | B29C67/0051.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N292 | 1004 | B29C67/0055.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N293 | 783 | B29C67/0085.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N294 | 2893 | B33Y10/00.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:20 AM |
| N295 | 2042 | B33Y30/00.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:21 AM |
| N296 | 5242 | N279 or N280 or N281 or N282 or N283 or N284 or N285 or N286 or N287 or N288 or N289 or N290 or N291 or N292 or N293 or N294 or N295 | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:22 AM |
| N298 | 0 | N296 and ((nozzle or orifice or die) and (extruder) and (filament or strand) and (hand near (held or hold$3))).clm. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:24 AM |
| N412 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N413 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N414 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N415 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N416 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N417 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N418 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N419 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 05:06 PM |
| N420 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N421 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N422 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N423 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N424 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N425 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N426 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N427 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N428 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N429 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N430 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N431 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N432 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N433 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N434 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N435 | 18454 | N412 or N413 or N414 or N415 or N416 or N417 or N418 or N419 or N420 or N421 or N422 or N423 or N424 or N425 or N426 or N427 or N428 or N429 or N430 or N431 or N432 or N433 or N434 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:09 PM |
| N436 | 9645 | N435 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:34 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | | | | | |
| N437 | 436 | N436 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:35 PM |
| N438 | 17 | N437 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:36 PM |
| N483 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N484 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N485 | 451 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N486 | 146 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N487 | 87 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N488 | 368 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N489 | 4070 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N490 | 506 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N491 | 4052 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N492 | 721 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N493 | 177 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N494 | 469 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N495 | 1947 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N496 | 2479 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N497 | 3413 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N498 | 1373 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N499 | 444 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N500 | 428 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N501 | 187 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N502 | 79 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N503 | 58 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N504 | 97 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N505 | 507 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N506 | 328 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N507 | 697 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N508 | 14290 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N509 | 9942 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N510 | 29182 | N483 N484 N485 N486 N487 N488 N489 N490 N491 N492 N493 N494 N495 N496 N497 N498 N499 N500 N501 N502 N503 N504 N505 N506 N507 N508 N509 | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:54 AM |
| N511 | 17858 | N510 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:54 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | | | | | |
| N512 | 4 | N511 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:57 AM |
| N513 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:23 PM |
| N515 | 670 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N516 | 179 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N517 | 393 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N518 | 551 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N519 | 100 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N520 | 5183 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N521 | 4756 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N522 | 766 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N523 | 215 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N524 | 508 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N525 | 2217 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N526 | 1343 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N527 | 4437 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N528 | 562 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N529 | 780 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N530 | 488 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N531 | 222 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N532 | 98 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N533 | 78 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N534 | 109 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N535 | 558 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N536 | 375 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N537 | 734 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N538 | 23437 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N539 | 16160 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N540 | 40773 | N513 N515 N516 N517 N518 N519 N520 N521 N522 N523 N524 N525 N526 N527 N528 N529 N530 N531 N532 N533 N534 N535 N536 N537 N538 N539 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:33 PM |
| N541 | 27807 | N540 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:35 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR (selective NEAR solidification)) | | | | | |
| N542 | 5 | N541 AND (((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification))) AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:39 PM |

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 1 | of | 6 |
|---|---|---|---|

| ***Complete if Known*** | |
|---|---|
| Application Number | 17/948,089-Conf. #2412 |
| Filing Date | September 19, 2022 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Attorney Docket Number | 122620-5146 |

**U. S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 1,466,509 | 08-1923 | Laskey | |
| | A2 | 2,517,882 | 08-1950 | Johnson | |
| | A3 | 3,281,576 | 10-1966 | Cooper et al. | |
| | A4 | 3,285,475 | 11-1966 | Phillips | |
| | A5 | 3,559,241 | 02-1971 | Chu | |
| | A6 | 3,604,597 | 09-1971 | Pohl et al. | |
| | A7 | 3,665,158 | 05-1972 | Froedge | |
| | A8 | 3,887,319 | 06-1975 | Cottingham | |
| | A9 | 4,059,204 | 11-1977 | Duncan et al. | |
| | A10 | 4,114,781 | 09-1978 | Doyel | |
| | A11 | 4,197,448 | 04-1980 | Harigai | |
| | A12 | 4,552,287 | 11-1985 | Dziki | |
| | A13 | 4,597,821 | 07-1986 | Munro | |
| | A14 | 4,681,524 | 07-1987 | Ikeda et al. | |
| | A15 | 4,704,088 | 11-1987 | Newman | |
| | A16 | 5,071,069 | 12-1991 | Strim | |
| | A17 | 5,121,329 | 06-1992 | Crump | |
| | A18 | 5,169,587 | 12-1992 | Courval | |
| | A19 | 5,340,433 | 08-1994 | Crump | |
| | A20 | 5,672,312 | 09-1997 | Almquist et al. | |
| | A21 | 5,843,490 | 12-1998 | Horiba et al. | |
| | A22 | 5,853,774 | 12-1998 | Dreve | |
| | A23 | 6,013,096 | 01-2000 | Tucek | |
| | A24 | 6,117,385 | 09-2000 | Chartoff et al. | |
| | A25 | 6,129,872 | 10-2000 | Jang | |
| | A26 | 6,162,378 | 12-2000 | Bedal et al. | |
| | A27 | 6,238,613 | 05-2001 | Batchelder et al. | |
| | A28 | 6,443,675 | 09-2002 | Kopras et al. | |
| | A29 | 6,460,481 | 10-2002 | Young | |
| | A30 | 6,500,374 | 12-2002 | Akioka et al. | |
| | A31 | 6,543,549 | 04-2003 | Riedl et al. | |
| | A32 | 6,558,059 | 05-2003 | Hillinger et al. | |
| | A33 | 6,776,602 | 08-2004 | Swanson | |
| | A34 | 7,959,847 | 06-2011 | Wicker et al. | |
| | A35 | 8,221,669 | 07-2012 | Batchelder et al. | |
| | A36 | 8,236,227 | 08-2012 | Batchelder et al. | |
| | A37 | 8,262,304 | 09-2012 | Llach et al. | |
| | A38 | 8,439,665 | 05-2013 | Batchelder et al. | |
| | A39 | 8,926,882 | 01-2015 | Batchelder et al. | |
| | A40 | 9,102,098 | 08-2015 | Dilworth et al. | |
| | A41 | 2001/0030383 | 10-2001 | Swanson et al. | |
| | A42 | 2001/0033037 | 10-2001 | Nitschke et al. | |
| | A43 | 2003/0137077 | 07-2003 | Lee et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 2 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | | | |
|---|---|---|---|---|---|
| | A44 | 2004/0232165 | 11-2004 | Lee | |
| | A45 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A46 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A47 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A48 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A49 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A50 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A51 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A52 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A53 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A54 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A55 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A56 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A57 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A58 | 2010/0166969 | 07-2010 | Batchelder | |
| | A59 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A60 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A61 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0079936 | 04-2011 | Oxman | |
| | A63 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A64 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A65 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A66 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A67 | 2013/0209600 | 08-2013 | Tow | |
| | A68 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A69 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A70 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A71 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A72 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A73 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A74 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A75 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A76 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A77 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A78 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A79 | 2016/0031159 | 02-2016 | Church et al. | |
| | A80 | 2017/0057168 | 03-2017 | Miller et al. | |
| | A81 | 2017/0120519 | 05-2017 | Mark | |
| | A82 | 2017/0157826 | 06-2017 | Hishiki | |
| | A83 | 2017/0182701 | 06-2017 | Ryan | |
| | A84 | RE 26,180 | 04-1967 | Frenzel et al. | |
| | A85 | 4,953,755 | 09-1990 | Dennison | |
| | A86 | 2004/0244603 | 12-2004 | Magers | |
| | A87 | 6,175,422 | 01-2001 | Penn et al. | |
| | A88 | 7,314,591 | 05-2001 | Priedeman | |
| | A89 | 2010/0283172 | 11-2010 | Swanson | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| *(Use as many sheets as necessary)* | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 3 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | | | |
|---|---|---|---|---|---|
| | A90 | 4553935A | 11-1985 | Ueno | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 4 | of | 6 | Attorney Docket Number | 122620-5146 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | B1 | CN 101166597 | 04-2008 | TDY Ind Inc | | |
| | B2 | CN 101172428 | 05-2008 | Lite On Technology Corp | | |
| | B3 | CN 102922721 | 02-2013 | Chen | | |
| | B4 | CN 103707511 | 04-2014 | Bao | | |
| | B5 | CN 1285856 | 02-2001 | Trexel Inc | | |
| | B6 | CN 201086388 | 07-2008 | Pumma Technology Co Ltd | | |
| | B7 | CN 202079738 | 12-2011 | Yingjun, Zhang | | |
| | B8 | CN 202399493 | 08-2012 | Shenzhen Weistek Technology Co Ltd | | |
| | B9 | CN 203371791 | 01-2014 | Gu | | |
| | B10 | CN 203449607 | 02-2014 | Shenzen Nanjixiong Science & Technology Co Ltd | | |
| | B11 | CN 203592687 | 05-2014 | Wobble Works Inc | | |
| | B12 | CN 2761402 | 03-2006 | Overseas Univ | | |
| | B13 | CN 2813176 | 09-2006 | Huanda Comp Shanghi Co | | |
| | B14 | DE 3341201 | 05-1985 | Ursprung | | |
| | B15 | EP 257838 | 03-1988 | Bostik Ltd | | |
| | B16 | JPS 61-141959 | 06-1986 | Bosch Gmbh | | |
| | B17 | JPS 63-205216 | 08-1988 | Junkosha Co Ltd | | |
| | B18 | WO 99/32544 | 07-1999 | Trexel Inc | | |
| | B19 | WO 2009/134298 | 11-2009 | Stratasys, Inc. | | |
| | B20 | WO 2012/088257 | 06-2012 | Stratasys, Inc. | | |
| | B21 | WO 2012/152510 | 11-2012 | Evonik Roehm Gmbh | | |
| | B22 | WO 2012/152511 | 11-2012 | Evonik Roehm Gmbh | | |
| | B23 | WO 2015/020944 | 02-2015 | Massachusetts Inst Technology | | |
| | B24 | CN 1640643 | 07-2005 | Univ Tsinghua | | |
| | B25 | JP S63-101887 | 05-1988 | Ozaki | | |
| | B26 | CN 101070020A | 11-2007 | Guangbao Science Technology Co | | |
| | B27 | CN 101213060A | 07-2008 | Stratasys, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| *(Use as many sheets as necessary)* | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 5 | of | 6 | Attorney Docket Number | 122620-5146 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | B28 | "A Range of Leister Hand-Held and Automatic Welders from Techspan," Dec. 12, 2006, retrieved from http://www.ferret.com.au/c/techspan-group/a-range-of-Leister-hand-held-automatic-welders-from-Techspan-n667443 | |
| | B29 | "Diode PID/S: The powerful pair." Plastic Welding General Catalog, disclosed June 2019, 3 pages | |
| | B30 | "Electron ST - Strong, Compact and handy," Plastic Welding General Catalog, disclosed June 2019, 2 pages | |
| | B31 | "Handheld Product Ergonomic Design," Human Engineering, June 2011, Vol 17, No 2, pp 186-189 | |
| | B32 | "Hot Jet S: Small and powerful," Plastic Welding General Catalog, disclosed June 2019, 2 pages | |
| | B33 | "Leister Diode S Diode PID," August 2018, 84 pages | |
| | B34 | "Leister Electron ST Hot Air Tool - User Manual," October 2017, 40 pages | |
| | B35 | "Leister Hot Jet S," Manual, October 2017, 87 pages | |
| | B36 | "Leister Triac ST Hot Air Tool - User Manual," October 2018, 40 pages | |
| | B37 | "Leister Welding Pen S Welding Pen R," September 2005, 82 pages | |
| | B38 | "Triac ST - Design meets experience," disclosed June 2019, 4 pages | |
| | B39 | "Welding Pen: Slim and flexible," Plastic Welding General Catalog, disclosed June 2019, 2 pages | |
| | B40 | Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 13, 2018, 22 pages | |
| | B41 | Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated December 8, 2017, 9 pages | |
| | B42 | Conduct of Proceeding Order, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 6 pages | |
| | B43 | Decision Denying Institution of Inter Partes Review, Ditec Solutions, LLC v Wobbleworks, Inc., Case IPR2018-01414, Jan. 15, 2019, 20 pages | |
| | B44 | Decision Denying Petitioner's Request for Rehearing, Ditec Solutions, LLC v. WobbleWorks, Inc., Case IPR2018-01414, entered Mar. 13, 2019, 10 pages | |
| | B45 | Declaration of David Trumper in Support of Inter Partes Review of U.S. Patent 9,731,444, May 20, 2018, 43 pages | |
| | B46 | Declaration of Dr. Kimberly Cameron, October 23, 2018, 14 pages | |
| | B47 | Declaration of Lance Wyatt, Inter Partes Review of 9,731,444, May 24, 2018, 2 pages | |
| | B48 | Ditec's Answer and Counterclaims to Wobbleworks' First Amended Complaint, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 19, 2018, 10 pages | |
| | B49 | Donutman.sub.--2000 "Plastic Welding Gun (Plastruder MK4)" published Sep. 19, 2010, http://www.thingiverse.com/thing:4156, last accessed Jul. 3, 2014 | |
| | B50 | EP 13861105.8, Third Party Observations dated August 16, 2019, 27 pages, including attachments | |
| | B51 | Patent Owner's Exhibit List, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 3 pages | |
| | B52 | Patent Owner's Preliminary Response, Ditec Solutions, LLC v Wobbleworks, Inc, Case IPR2018-01414, October 24, 2018, 30 pages | |
| | B53 | Personnel Record of David L. Trumper, May 2018, 50 pages | |

DB2/ 45494209.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| *(Use as many sheets as necessary)* | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 6 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | |
|---|---|---|---|
| | B54 | Petition for Inter Partes Review of 9,731,444, July 19, 2018, 70 pages | |
| | B55 | Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Wobbleworks, Inc. v. Ditech Solutions, LLC, Case No. 8:17-CV-2147, dated April 9, 2019, 16 pages | |
| | B56 | EP 13861105.8, Third Party Observations dated October 18, 2021, 85 pages | |
| | B57 | 3Doodler: The World's First 3D Printing Pen by WobbleWorks LLC - Kickstarter, retrieved from https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen\description, 9 pages, last updated November 25, 2014 | |
| | B58 | Interview with 3Doodler Co-creator Max Bogue, February 28, 2013, retrieved from blog/makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/, 7 pages | |
| | B59 | MakerBot Industries: Plastruder MK4, 2009, retrieved from web.archive.org/web/20091012055654/http://wiki.makerbot.com\plastruder-mk4, 34 pages | |
| | B60 | Category: Extruders - RepRap, last revised October 9, 2021, retrieved from https://reprep.org/mediawiki/index.php?title=Category:Extruders&oldid=67755, 7 pages | |
| | B61 | YouTube posted by Jon Buford, published on November 27, 2012, retrieved from https://www.youtube.com/watch?v=ef03qSz-yC8, 4 pages | |
| | B62 | Draw in the Air with 3Doodler - 3d Printing Era, February 19, 2013, retrieved from www.3dpringinera.com/draw-in-the-air-with-3doodler/, 2 pages | |
| | B63 | Fung 2037 - Turns out the Makible team had the ..., February 23, 2013, retrieved from https://fung2037.tumblr.com/post/43847991789/turns-out-the-makibox-makible-team-had-the, 2 pages | |
| | B64 | #MakiBox Update - A6 Printing Smoothly, Public Demos, and the Scribble, November 28, 2012, retrieved from https://web.archive.org/web/20121203045530/http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, 11 pages | |
| | B65 | EP 13861105.8, Acknowledgment of receipt of observations by third parties, dated October 18, 2021, 2 pages | |
| | B66 | Summary of the Current Allegations from the Petitioner in the Invalidation Notice of 26 November 2021, and comments | |
| | B67 | Matt Wax Gun for Jewelry Design: Working in Air, on an Object & with a Pattern, Sep 6, 2011, available at https://www.youtube.com/watch?v=LNg9BccQFJc. | |
| | | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 06/06/2023 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

# Bibliographic Data

Application No: 17/948,089

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☐ No ☐ Met After Allowance

Verified and Acknowledged: /LAWRENCE D. HOHENBRINK, JR./

Examiner's Signature | Initials

Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/19/2022 | 425 | 1743 | 122620-5146 |
| **RULE** | | | |

**APPLICANTS**

WobbleWorks, Inc.,

**INVENTORS**

Peter DILWORTH, Somerville, MA, UNITED STATES

Maxwell BOGUE, Hong Kong, HONG KONG

**CONTINUING DATA**

This application is a CON of 17015004 09/08/2020 PAT 11446852

17015004 is a CON of 16103859 08/14/2018 PAT 10792850

16103859 is a CON of 15638266 06/29/2017 PAT 10046498

15638266 is a CON of 14821399 08/07/2015 PAT 9731444

14821399 is a CON of 13831050 03/14/2013 PAT 9102098

13831050 has PRO of 61733689 12/05/2012

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

10/03/2022

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
UNITED STATES

**FILING FEE RECEIVED**

$830

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

157354 7590 06/14/2023
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1743 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/14/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

judith.troilo@morganlewis.com
ocipdocketing@morganlewis.com

| *Office Action Summary* | **Application No.** 17/948,089 | **Applicant(s)** DILWORTH et al. | |
|---|---|---|---|
| | **Examiner** Lawrence D Hohenbrink Jr. | **Art Unit** 1743 | **AIA (FITF) Status** No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 9/19/2022.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.** 2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 1-20 is/are pending in the application.
5a) Of the above claim(s) 8-20 is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) 1-7 is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on 9/19/2022 is/are: a)☑ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
a)☐ All b)☐ Some** c)☐ None of the:
1.☐ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
Paper No(s)/Mail Date 4/27/2023.

3) ☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

## DETAILED ACTION

### Status of the Application

1. This Office Action is the first action on the merits and is a non-final rejection. The Examiner acknowledges receipt of Applicant's election, filed 5/15/2023 in response to Office Action (restriction/requirement for election) mailed 3/14/2023.

2. Claims 1-20 were previously pending. With Applicant's filing of 5/15/2023 Claims 1-7 are elected and Claims 8-20 are nonelected and withdrawn from further consideration. Presently Claims 1-20 are pending and Claims 1-7 are examined herein.

### *Notice of Pre-AIA or AIA Status*

3. The present application is being examined under the pre-AIA first to invent provisions.

### *Election/Restrictions*

4. Restriction to one of the following inventions is required under 35 U.S.C. 121:

Group I. Claims 1-7, drawn to apparatus comprising 3D drawing pen, classified in B29C64/25.

Group II. Claims 8-17, drawn to 3D drawing device, classified in B29C48/87.

Group III. Claims 18-20, drawn to apparatus comprising 3D drawing device, classified in B29C48/02.

5. Applicant's election without traverse of Claims 1-7 in the reply filed on 5/15/2023 is acknowledged.

6. Claims 8-20 are withdrawn from further consideration pursuant to 37 CFR 1.142(b) as being drawn to a nonelected apparatus claims, there being no allowable generic or linking claim. Election was made **without** traverse in the reply filed on 5/15/2023.

### *Claim Objections*

7. **Claim 1 is objected to** because of the following informalities:

8. Claim 1 line 10 recites "such that the strand can enter into and melted by the extruder". This should be "such that the strand can enter into and be melted by the extruder".

9. Appropriate correction is required.

### *Claim Rejections - 35 USC § 112*

10. The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

11. **Claims 1-7 are rejected** under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the invention.

12. Claim 1 line 7 recites "a handle substantially perpendicular to the housing". The meaning of substantially perpendicular is unclear. A 90 angle? 90 plus/minus 10? Plus/minus 30? At what point does non-perpendicular begin? Thus, the claim is unclear and therefore indefinite. Dependent Claims 2-7 are indefinite as depending from an indefinite base claim.

### *Double Patenting*

13. The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP § 2146 *et seq.* for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The filing of a terminal disclaimer by itself is not a complete reply to a nonstatutory double patenting (NSDP) rejection. A complete reply requires that the terminal disclaimer be accompanied by a reply requesting reconsideration of the prior Office action. Even where the NSDP rejection is provisional the reply must be complete. See MPEP § 804, subsection I.B.1. For a reply to a non-final Office action, see 37 CFR 1.111(a). For a reply to final Office action, see 37 CFR 1.113(c). A request for reconsideration while not provided for in 37 CFR 1.113(c) may be filed after final for consideration. See MPEP §§ 706.07(e) and 714.13.

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit www.uspto.gov/patent/patents-forms. The actual filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/patents/apply/applying-online/eterminal-disclaimer.

14. **Claims 1-7 are rejected** on the ground of nonstatutory double patenting as being unpatentable over Claims 1, 3, 4, 6, 7, 9, and 10 of U.S. Patent No. 10,792,850 (Patent ‘850) in view of *Bortoli* (US 2006/0269639 A1, hereinafter “*Bortoli*”). Instant Claims 1-7 are read upon by Patent ‘850 Claims 1, 3, 4, 6, 7, 9, and 10, respectively. However, Patent ‘850 fails to disclose a nozzle assembly disposed at a distal end of the housing. In the same field of endeavor, hand-held extruding apparatus, *Bertoli* discloses a

hand-held extruder that accepts a filament of material and melts and extrudes the material through a nozzle, the hand-held extruder comprising a housing within which is an extruder and an nozzle assembly at least partially within the housing (Fig. 2). It would have been obvious to one with ordinary skill in the art before the invention of the claimed invention, to modify or combine the Patent '850 invention of an apparatus for hand-held extruding, as discussed above, with the *Bertoli* teaching of disposing the extruder and nozzle assembly at least partially within the house. One would be motivated to combine them by a desire to gain the benefit of conserving the heat of the heated forced air traveling through the device.

15. **Claims 1-3 and 5-7 are rejected** on the ground of nonstatutory double patenting as being unpatentable over Claims 12, 14, 16, 17, 19, and 20 of U.S. Patent No. 10,792,850 (Patent '850) in view of *Young* (US 6,460,481 B1, hereinafter "*Young*"). Instant Claims 1, 2, 3, 5, 6, and 7 are read upon by Patent '850 Claims 12, 16, 17, 14, 19, and 20, respectively. However, Patent '850 Claim 12 fails to disclose the negative claim limitation "the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing". In the same field of endeavor, hand-held extruding apparatus, *Young* discloses a pen-like hand-held device with an elongate housing configured to fit in a user's hand (Fig. 1). An axial spring (38) is disposed axially in the forward end of the hollow handle and the two ends of the spring (38a 38b) are trapped in bores on a boss (34) and a projection (36) respectively, urging the handle toward a neutral position with respect to the housing (C2 L39-45). The user may twist the handle manually or by activating a switch and the twisting motion drives a piston to extrude material from a nozzle (C1 L33-53). Because the twisting of the handle rotates the handle about an axis that extends into the housing and extruder to extrude the material (Fig. 1), and because this invention sought to provide a hand-held extruder that operated like a traditional fabric cake decorator bag (C1 L10-16), one of ordinary skill in the art would have found it obvious to allow manipulation of the hand-held extruder without a handle substantially perpendicular to the housing. It would have been obvious to one with ordinary skill in the art before the invention of the claimed invention, to modify or combine the Patent '850 invention of an apparatus for hand-held extruding, as discussed above, with the *Young* teaching of a hand-held extruder with handle attached to nozzle along an axis of rotation and that allows manipulation of the extruder without a handle substantially perpendicular to the

housing. One would be motivated to combine them by a desire to gain the benefit of manipulating the hand-held extruder in a similar way to traditional fabric pastry bags, as taught by *Young* (C1 L10-16).

### *Allowable Subject Matter*

16. Claims 1-7 would be allowable if rewritten or amended to overcome the rejection(s) under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), 2nd paragraph, set forth in this Office action, rejections for non-statutory double patenting notwithstanding.

17. The following is a statement of reasons for the indication of allowable subject matter:

18. Independent Claim 1 is indicated as having allowable subject matter because the recited claim limitations for a nozzle assembly disposed at a distal end of the housing that comprises an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand such that the strand can enter into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 2-6 are indicated allowable at least as depending from an indicated-allowable base claim.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lawrence D. Hohenbrink Jr. whose telephone number is 571-270-5549. The examiner can normally be reached Monday - Friday, 7:00 am to 3:00 pm Eastern Time U.S.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Joseph S. Del Sole can be reached on 571-272-1130. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LAWRENCE D. HOHENBRINK, JR./
Examiner, Art Unit 1743

/JOSEPH S DEL SOLE/
Supervisory Patent Examiner, Art Unit 1743

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 17/948,089 | Filing Date 09/19/2022 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | | | |
|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | | x $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | | x $240 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 06/28/2023 | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | | x $40 = | 0 |
| AMENDMENT | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | | x $192 = | 0 |
| AMENDMENT | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| AMENDMENT | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus | ** | = | | x $0 = | |
| AMENDMENT | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | | x $0 = | |
| AMENDMENT | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| AMENDMENT | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | SLIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /TAMMY L ACREE/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of: Peter Dilworth et al. | : | Customer Number: 157354 |
| Application No.: 17/948,089 | : | Confirmation No.: 2412 |
| Filed: September 19, 2022 | : | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: Hohenbrink Jr., Lawrence |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RESPONSE TO OFFICE ACTION DATED JUNE 14, 2023**

Commissioner:

In response to the Office Action dated June 14, 2023 (the "Office Action"), please consider the above-captioned application in view of the following amendments and remarks.

**Amendments to the Claims** begins on Page 2 of this paper.

**Remarks** begin on Page 5 of this paper.

## AMENDMENTS TO THE CLAIMS

Please replace all prior versions of the claims with the following listing of the claims. Please note that in the amendments to the claims, deletions are indicated by strikethrough (e.g., ~~deletion~~) or double brackets (e.g., [[word]]) and additions to the claims are underlined (e.g., <u>addition</u>).

**Listing of Claims:**

1. (Currently Amended) An apparatus comprising:

a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the configuration of the pen comprising:

an elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle ~~substantially perpendicular to~~<u>extending from</u> the housing; and

a nozzle assembly disposed at a distal end of the housing that comprises an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand such that the strand can enter into and <u>be</u> melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.

2. (Original) The apparatus of Claim 1, further comprising a mounting tube having a first end and a second end, and wherein a second end of a guide tube extends into the first end of the mounting tube, and an end of the extruder opposite the nozzle extends into the second end of the mounting tube, the mounting tube holding the second end of the guide tube in alignment with the end of the extruder opposite the nozzle.

3. (Original) The apparatus of Claim 1, wherein the housing comprises an upper housing and a lower housing, at least one of the upper housing and the lower housing comprising a cooling port proximate to the nozzle.

4. (Original) The apparatus of Claim 1, wherein the heating element is positioned adjacent to the exit nozzle and configured to melt the strand of material prior to extrusion through the exit nozzle.

5. (Original) The apparatus of Claim 1, wherein the housing comprises at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume.

6. (Original) The apparatus of Claim 1, further comprising a fan configured to provide a flow of cooling air toward the exit nozzle.

7. (Original) The apparatus of Claim 1, wherein the housing comprises a length between a first end and a second end, the length being greater than a maximum transverse extent of the housing.

8. (Cancelled)

9. (Cancelled)

10. (Cancelled)

11. (Cancelled)

12. (Cancelled)

13. (Cancelled)

14. (Cancelled)

15. (Cancelled)

16. (Cancelled)

17. (Cancelled)

18. (Cancelled)

19. (Cancelled)

20. (Cancelled)

21. (New) The apparatus of Claim 5, wherein the at least one cooling port extends between the internal volume and an ambient atmosphere.

22. (New) The apparatus of Claim 1, further comprising an actuator to control an operation of the 3D pen.

23. (New) The apparatus of Claim 22, wherein the actuator comprises at least one button.

24. (New) The apparatus of Claim 23, wherein the at least one button is depressible to control a function of the apparatus.

25. (New) The apparatus of Claim 23, further comprising a motor configured to drive the strand toward the nozzle assembly, wherein the at least one button controls an operation of the motor.

26. (New) The apparatus of Claim 25, comprising a gear disposed within the housing and configured to be rotated by the motor.

27. (New) The apparatus of Claim 26, wherein the gear comprises a gear pair configured to rotate about a common axis.

28. (New) The apparatus of Claim 26, wherein the gear is configured to contact the material and drive movement of the strand.

29. (New) The apparatus of Claim 22, further comprising a circuit assembly operatively connected to the motor and to the actuator, the motor being configured to run in a first direction in response to a first signal from the circuit assembly when the actuator is pressed, and the motor being configured to temporarily run in a second direction, opposite the first direction, in response to a second signal from the circuit assembly.

30. (New) The apparatus of Claim 29, wherein the circuit assembly generates the second signal upon release of the actuator.

31. (New) The apparatus of Claim 1, further comprising a first actuator and a second actuator disposed within the housing.

32. (New) The apparatus of Claim 29, wherein the first actuator and the second actuator are axially aligned and disposed on an outer surface of the housing between the first end and the second end.

33. (New) The apparatus of Claim 1, wherein the housing comprises a length between a first end and a second end of the housing, the length being greater than a maximum transverse extent of the housing.

## REMARKS

After entry of this Amendment, Claims 1–7, and 21–33 are pending, wherein Claim 1 is the independent claims. Claims 1 is amended and Claims 8–20 are canceled. New Claims 21–33 are new. These amendments are made without prejudice or disclaimer of subject matter and without conceding the correctness of any rejections, and Applicant respectfully reserves the right to pursue the original, previously presented, or canceled subject matter in this application or continuing applications. No new matter is believed to be added herein. Reconsideration and further examination are respectfully requested.

### Allowable Subject Matter

Applicant thanks the Examiner for the indication that Claims 1–7 would be allowable if rewritten or amended to overcome the rejections under 35 U.S.C. § 112. As indicated above, Claim 1 has been amended. Accordingly, Applicant respectfully requests indication of allowance of Claims 1–7 in the next action.

### Claim Objections

Claim 1 is objected to for informalities. Claim 1 has been amended as suggested by the Examiner.

### Claim Rejections Under 35 U.S.C. § 112

Claims 1–7 are rejected as allegedly being indefinite. Claim 1 has been amended to recite "the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle extending from the housing."

### Double Patenting

The Office Action rejected Claims 1–7 on the ground of nonstatutory double patenting as being unpatentable over Claims 1, 3,4, 6, 7, 9 of U.S. Patent No. 10,792,850 in view of U.S. Patent Publication No. 2006/0269639. The Office Action also rejected Claims 1–3, and 5–7 on the

ground of nonstatutory double patenting as being unpatentable over Claims 12, 14, 16, 17, 19, and 20 of U.S. Patent No. 10,792,850 in view of U.S. Patent No. 6,460,481. Although Applicant respectfully disagrees with the rejections, a terminal disclaimer is submitted herewith to expedite the allowance of the present application. Accordingly, Applicant respectfully requests that this rejection be withdrawn.

**New Claims 21–33**

New Claims 21–22 are introduced. Claims 21–33 are dependent from independent Claim 1. Claims 21–33 therefore are believed to be allowable for at least similar reasons. Because each dependent claim is deemed to define an additional aspect of the invention, the individual consideration of each on its own merits is respectfully requested.

**Conclusion**

Applicant respectfully submits that the entire application is in condition for allowance, and such action is respectfully requested at the Examiner's earliest convenience. Should the Examiner have any questions, please call the undersigned at the phone number listed below so that any such questions may be promptly resolved.

Any remarks in support of patentability of one claim should not be imputed to any other claim, even if similar terminology is used. Any language or remarks referring to only a portion of a claim should not necessarily be understood to base patentability on solely that portion; rather, patentability rests on each claim taken as a whole.

Applicant respectfully submits that to the extent any disclaimers or statements were made previously during prosecution with respect to the scope of the claimed invention, such disclaimers and statements are hereby rescinded.

Applicant respectfully reserves the right to traverse any of the rejections, assertions and submissions made in connection with the application, even if not discussed herein, including the right to challenge later whether any of the cited references is prior art. The absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment. In addition, because any arguments made may not be exhaustive,

there may be other reasons that have not been expressed for patentability of any or all claims. When amendments are made to any claims, no acquiescence or estoppel is implied thereby; such amendments are made only to expedite prosecution of the present application and are without prejudice to the presentation or assertion, in the future, of claims directed to subject matter that is same as or similar to that previously presented. Nothing in this paper should be construed as an intent to concede, or actual concession of, any issue with regard to any claim, or to any cited art, except as specifically stated in this paper, and the amendment or cancellation of any claim does not necessarily signify concession of unpatentability of the claim prior to its amendment or cancellation.

To the extent necessary, a petition for an extension of time under 37 C.F.R. 1.136 is hereby made. Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 500310 and please credit any excess fees to such deposit account.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/

Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Facsimile: 714.830.0700
**Date: June 28, 2023**

**Please recognize our Customer No. 157354 as our correspondence address.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48224241 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 28-JUN-2023 |
| **Filing Date:** | 19-SEP-2022 |
| **Time Stamp:** | 20:16:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 122620-5146_Amendment.pdf | 128999<br>f089780dc3e108e8a89dd132956821c6d1d71a42 | yes | 7 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Amendment/Request for Reconsideration-After Non-Final Rejection | 1 | 1 |
| | Claims | 2 | 4 |
| | Applicant Arguments/Remarks Made in an Amendment | 5 | 7 |
| **Warnings:** | | | |
| **Information:** | | | |
| | **Total Files Size (in bytes):** | 128999 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| Doc Code: DIST.E.FILE<br>Document Description: Electronic Terminal Disclaimer - Filed | PTO/SB/26<br>U.S. Patent and Trademark Office<br>Department of Commerce |
|---|---|

| | |
|---|---|
| Electronic Petition Request | **TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT** |
| Application Number | 17948089 |
| Filing Date | 19-Sep-2022 |
| First Named Inventor | Peter DILWORTH |
| Attorney Docket Number | 122620-5146 |
| Title of Invention | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |

☒ Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

☒ This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent Interest |
|---|---|
| WOBBLEWORKS, INC. | 100% |

The owner(s) with percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of prior patent number(s)

10792850

as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:
- expires for failure to pay a maintenance fee;
- is held unenforceable;
- is found invalid by a court of competent jurisdiction;
- is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
- has all claims canceled by a reexamination certificate;
- is reissued; or
- is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

◉ Terminal disclaimer fee under 37 CFR 1.20(d) is included with Electronic Terminal Disclaimer request.

○ I certify, in accordance with 37 CFR 1.4(d)(4), that the terminal disclaimer fee under 37 CFR 1.20(d) required for this terminal disclaimer has already been paid in the above-identified application.

Applicant claims the following fee status:

◉ Small Entity

○ Micro Entity

○ Regular Undiscounted

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

◉ An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

Registration Number 53615

○ A sole inventor

○ A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○ A joint inventor; all of whom are signing this request

| | |
|---|---|
| Signature | /Nathan S. Smith/ |
| Name | Nathan S. Smith |

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17948089 |
| **Filing Date:** | 19-Sep-2022 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 122620-5146 |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 2814 | 1 | 170 | 170 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | 170 |

Doc Code: DISQ.E.FILE
Document Description: Electronic Terminal Disclaimer – Approved

Application No.: 17948089

Filing Date: 19-Sep-2022

Applicant/Patent under Reexamination: DILWORTH

Electronic Terminal Disclaimer filed on June 28, 2023

☒ APPROVED

**This patent is subject to a terminal disclaimer**

☐ DISAPPROVED

Approved/Disapproved by: Electronic Terminal Disclaimer automatically approved by EFS-Web

U.S. Patent and Trademark Office

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48224224 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 28-JUN-2023 |
| **Filing Date:** | 19-SEP-2022 |
| **Time Stamp:** | 20:31:56 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $170 |
| RAM confirmation Number | E20236RK31559301 |
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Terminal Disclaimer-Filed (Electronic) | eTerminal-Disclaimer.pdf | 41334<br>4fc123eeeda65fa4ad00690ce07870cd06d02d7e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 37731<br>ab28e0c125cea1f9dbf70d2702b261b858a4e190 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | 79065 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 1 of 3

| ***Complete if Known*** | |
|---|---|
| Application Number | 17/948,089-Conf. #2412 |
| Filing Date | September 19, 2022 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Attorney Docket Number | 122620-5146 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 4,032,046 | 06-1977 | Elliott et al. | |
| | A2 | 4,804,110 | 02-1989 | Sperry et al. | |
| | A3 | 6,202,892 | 03-2001 | Lasko | |
| | A4 | 2006/0063126 | 03-2006 | Aloise ET AL. | |
| | A5 | 2007/0045337 | 03-2007 | Hornsby et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | B1 | EP2928672B1 | 03-2022 | WobbleWorks, Inc. | | |
| | B2 | EP0363124A2 | 04-1990 | Minnesota Mining and Manufacturing Company | | |
| | B3 | CN203198622U | 09-2013 | Zhou | | X |
| | B4 | KR20110003257U | 03-2011 | Cho | | X |
| | B5 | DE8332750U1 | 03-1984 | Ursprung | | |
| | B6 | WO2014/088681A1 | 06-2014 | WobbleWorks, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 2 of 3

| Complete if Known | |
|---|---|
| Application Number | 17/948,089-Conf. #2412 |
| Filing Date | September 19, 2022 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Attorney Docket Number | 122620-5146 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | C1 | MakerBot Thingiverse, Plastic Welding Gun (Plastruder MK4), available at https://www.thingiverse.com/thing:4156, dated 19.09.2010, 8 pages. | |
| | C2 | Thingiverse, Plastic Welding Gun Extract (Plastruder MK4) by donutman_2000, from Wayback machine, available at https://www.thingiverse.com/thing:4156, dated 15.11.2010, 2 pages. | |
| | C3 | Thinking in 3D, 3D Printing Filament Tool, from Wayback machine, available at https://blog.richmond.edu/ti3d/2013/02/27/3d-printing-filament-tool/, dated 27.02.2013, 2 pages. | |
| | C4 | MakerBot Industries, Robots that Make Things, Plastruder MK4, from Wayback machine, available at http://wiki.makerbot.com/plastruder-mk4, dated 12.10.2010, 34 pages. | |
| | C5 | #MakiBox #Scribble – In Action at HackJam, screenshots from youtube https://www.youtube.com/watch?v=ef03qSz-yC8 and https://www.youtube.com/watch?v=PLCN7FJsFwQ, published on 27.11.2012, 4 pages. | |
| | C6 | MakOX, #MakiBox Update – A6 Printing Smoothly, Public Demos, and the Scribble, screenshots from webarchive.org, available at http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, dated 03.12.2012, 11 pages. | |
| | C7 | Interview with 3Doodler Co-creator Max Bogue, dated 28.02.2013, available at blog.makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/ (including video link to https://www.youtube.com/watch?v=q47CzPQLroQ/=E20, published online 22.02.2013), 7 pages. | |
| | C8 | 3d Printing Era, Draw in the Air with 3Doodler, available at http://www.3dprintingera.com/draw-in-the-air-with-3doodler/, dated 19.02.2013, 2 pages. | |
| | C9 | Kickstarter, 3Doodler: The World's First 3D Printing Pen, available at https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen/posts, dated 19.02.2013, 9 pages. | |
| | C10 | How 2 Today, The Development of 3Doodler, available at https://how2today.wordpress.com/2013/02/22/the-development-of-3doodler/ (including video link to https://www.youtube.com/watch?v=q47CzPQLroQ/=E20), dated 22.02.2013, 1 page. | |
| | C11 | Screenshots from Youtube video, available at https://www.youtube.com/watch?v=q47CzPQLroQ, dated 22.02.2013, 3 pages. | |
| | C12 | 3D structure printing pen came out: plastic for ink can, available at http://tech.sina.com.cn/d/2013-02-22/09478080960.shtml, dated 22.02.2013, including English translation, 8 pages. | X |
| | C13 | PP3DP, UP!User Manual, dated 2012, 54 pages. | |
| | C14 | Techwombat, Roundup – The Best Cheap 3D Printers of 2012, available at https://techwombat.com/roundup-best-cheap-3d-printers-2012-2013/, dated 01.01.2023 (showing UP! Plus printer on page 4), 7 pages. | |
| | C15 | Extruder Head for UP Plus/UP Plus 2/UP Mini 3D Printer, available at https://www.3dprinting.com.au/products/parts/up-plus-parts/extruder-head-for-up-3d-printer/, dated 30.12.2022, 4 pages. | |
| | C16 | Category: Extruders - RepRap, available at https://reprap.org/mediawiki/indexphp?title=Category:Extruders&old id=67755, dated 9.10.2012, 7 pages. | |

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 3 | of | 3 | Attorney Docket Number | 122620-5146 |

| | | | |
|---|---|---|---|
| | C17 | Wikipedia: Printrbot, available at https://en.wikipedia.org/w/index.php?title=Printrbot&oldid=525625985, dated 30.11.2012, 3 pages. | |
| | C18 | Screenshots from the Youtube video "Matt Wax Gun for Jewelry Design: Designing on Water," available at https://www.youtube.com/watch?v=hUaiuG1i7k4, dated 8.09.2011, 3 pages. | |
| | C19 | Screenshot of ifanr, Where is the "Magic Paintbrush"? The domestic 3D printing pen is released, available at www.ifanr.com/coolbuy/296254, dated 22.05.2013, including translation, 2 pages. | X |
| | C20 | Wayback machine of www.ifanr.com/coolbuy/296254, ifanr, Where is the "Magic Paintbrush"? The domestic 3D printing pen is released, dated 9.6.2013, including translation, 3 pages. | X |
| | C21 | Jaksic, N., "BYOE: Using 3D Pens for Enhancement and Rework of 3D-Printed Parts," Colorado State University - Pueblo, dated 2015, 11 pages. | |
| | C22 | FTIStrap, available at https://reprap.org/wiki/FTIStrap, dated 02.01.2023, 93 pages. | |
| | C23 | Hacker News, 3D printing pen lets you draw sculptures in thin air, dated 01.08.2021, 2 pages. | 3 |
| | C24 | Hacker New, 3Doodler: The World's First 3D Printing Pen, dated 01.08.2021, 2 pages. | |
| | C25 | Wayback machine of www.ifanr.com/coolbuy/296254, ifanr, Where is the "Magic Paintbrush"? The domestic 3D printing pen is released, dated 9.6.2013, including translation, 2 pages. | X |
| | C26 | Consolidated List of Cited Opposition Documents, EP Application No. 13861105.8, dated 06.07.2023. | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17948089 |
| **Filing Date:** | 19-Sep-2022 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 122620-5146 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 2806 | 1 | 104 | 104 |
| | | **Total in USD ($)** | | **104** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48241661 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 05-JUL-2023 |
| **Filing Date:** | 19-SEP-2022 |
| **Time Stamp:** | 22:47:36 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $104 |
| RAM confirmation Number | E202375M48567715 |
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Foreign Reference | E1-EP2928672B1.pdf | 1259016<br>9ee123b601c15ba68f14b91e61d5fe16103368f9 | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Foreign Reference | E11-WO2014088681A1.pdf | 1540127<br>5be6bd900216c463a60ef325edfdaba3578472f8 | no | 24 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | E13a-Plastic_Welding_Gun_Extract.pdf | 287047<br>35b8b8ab7c29b2ec0489ee85efb6880c626bc85c | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Non Patent Literature | E13b-WaybackMachineExtract.pdf | 655793<br>4f60a8afa58e7e4a06542332cd31e7cc061ab1e7 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | E13-Plastic_Welding_Gun.pdf | 9961144<br>695a22ce26c790810dbdafb9f4a3a26bdf862f87 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Non Patent Literature | E14-Makerbot.pdf | 20886513<br>2fe3891a2a415a5aa90a62be4e04564ae6dfacd9 | no | 34 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Non Patent Literature | E15a-youtubeScreenshots.pdf | 3131282<br>52b33482168f2b5754c6c608d34dba8216945506 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | E16-MBogue_Interview.pdf | 1150692<br>4b927b9338a010b08c1976a3517da5d1c019f3a5 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Non Patent Literature | E17-draw-in-the-air.pdf | 756431<br>fed391897 18bf2c3f920b38339b01433c91cc655 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | E19-how2todayBlog.pdf | 113910<br>81620df89ff0f74d33092145eb178bfb4a4a642f | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Non Patent Literature | E20-youtubeScreenshots.pdf | 3263828<br>ed83cf3780ea722dfa1d0483aa0e0efa53236e0a | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Non Patent Literature | E21-SinaArticle_w_trans.pdf | 4613734<br>37e341bf5a0a3a50fca5ad15bd3084876dd7f227 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Non Patent Literature | E22b-UP_ExtruderHead.pdf | 2285929<br>9597e65a436427ee4ff2095d3e3153238cb288ff | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 14 | Non Patent Literature | E23-Extruders.pdf | 319580<br>d279e9f9addd6f8373fdc0e211e2dc84137a6101 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Non Patent Literature | E24-Printrbot.pdf | 448718<br>f37da5a83c5bc0ae389b663bedf645126d0fcd26 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 16 | Foreign Reference | E25a-EP0363124.pdf | 813669<br>146e83ccf99b7a4838f39e2ca9539dfc6b5ea967 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 17 | Foreign Reference | E26-CN203198622U.pdf | 1624913<br>df9bdf4eb29b9e1d7f2f6041295be142e019404f | no | 31 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 18 | Foreign Reference | E28-KR20200110003267.pdf | 406005<br>1c31ba4e3b9b633cd3c9abdcb98d375540bb365f | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 19 | Non Patent Literature | E34-youtubeScreenshots.pdf | 1441299<br>8d8ca73935526ff96aea53db4ddb4dbee7e57ad6 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 20 | Non Patent Literature | E40a-ifanrScreenshot_Wayback.pdf | 664945<br>8696874b67bcaadc92796b63d3a8257a49e66fb4 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Non Patent Literature | E40-ifanrScreenshot.pdf | 646841<br>c79a24ba655ddf56f146b6176775659a5d12d131 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 22 | Non Patent Literature | E15-MakBox.pdf | 7532228<br>cb21edc5bf31065c484697c569df7451ff641073 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 23 | Non Patent Literature | E18-kickstarter.pdf | 4427363<br>088a94c08279079d0bfca222086c83639adc2a64 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 24 | Non Patent Literature | E22a-TechWombat.pdf | 7905907<br>dc8933f8ac68f99c7027389b80f6b391d9fcabdc | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 25 | Non Patent Literature | E22-UP_UserManual.pdf | 21791167<br>2fe070c2db0f5306836fae9c9f9b45b70c83e0aa | no | 54 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 26 | Non Patent Literature | E41-BYOE.pdf | 3189065<br>2621a3c3c1494d47b06eaf3c962436a3813c7687 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 27 | Non Patent Literature | E42-FTIStrap.pdf | 5377127<br>64c6e31686eb22d39bf603203544073da8c27f8e | no | 93 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 28 | Non Patent Literature | E44-HackerNews.pdf | 605496<br>f99fc70a131d119ad32819325c679c51f3eac0b1 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 29 | Non Patent Literature | E45-HackerNews.pdf | 878644<br>343f99b442c52115c0e67f45b9cb7347652949e2 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 30 | Non Patent Literature | E46-YaYa3D.pdf | 661731<br>17bc9f68f746fc4983914fa08b06b305242f79be | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 31 | Non Patent Literature | ConsolidatedList.pdf | 120358<br>a6376cf6ee188e4f0b642a4bd94307363d5ac79c | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 32 | Foreign Reference | E31-DE8332750U1.pdf | 327289<br>92554e499b4c9a135db71d6ffdfe470516cbe474 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 33 | Non Patent Literature | E34-MattGun.pdf | 1445064<br>59a4d21d136e7527f9a113ca530f34fc9932cd46 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 34 | | 5146IDS.pdf | 336783<br>50cdc5a98634fd868c480916260f16f18854e1e6 | yes | 5 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |

| | | | | | |
|---|---|---|---|---|---|
| | Transmittal Letter | | 1 | | 2 |
| | Information Disclosure Statement (IDS) Form (SB08) | | 3 | | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 35 | Fee Worksheet (SB06) | fee-info.pdf | 37806<br>5e4bf6e2e66aec36ae4567f37d94825dc7c9909d | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 110907444 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

E1

(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) **EP 2 928 672 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention of the grant of the patent:
**30.03.2022 Bulletin 2022/13**

(21) Application number: **13861105.8**

(22) Date of filing: **20.09.2013**

(51) International Patent Classification (IPC):
***B29C 48/02*** *(2019.01)* ***B29C 64/106*** *(2017.01)*
***B29C 48/92*** *(2019.01)* ***B29C 48/05*** *(2019.01)*
*B29C 48/87 (2019.01)* *B33Y 10/00 (2015.01)*
*B33Y 30/00 (2015.01)*

(52) Cooperative Patent Classification (CPC):
**B29C 48/02; B29C 48/05; B29C 48/2526; B29C 48/2528; B29C 48/37; B29C 48/87; B29C 64/106; B29C 64/118; B33Y 10/00; B33Y 30/00;** B29C 48/802; B29C 48/865; B29C 48/92; B29C 64/00; B29C 64/10; (Cont.)

(86) International application number:
**PCT/US2013/061004**

(87) International publication number:
**WO 2014/088681 (12.06.2014 Gazette 2014/24)**

(54) **HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE**

TRAGBARE DREIDIMENSIONALE ZEICHENVORRICHTUNG

DISPOSITIF DE DESSIN EN TROIS DIMENSIONS PORTATIF

(84) Designated Contracting States:
**AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO PL PT RO RS SE SI SK SM TR**

(30) Priority: **05.12.2012 US 201261733689 P**
**14.03.2013 US 201313831050**

(43) Date of publication of application:
**14.10.2015 Bulletin 2015/42**

(60) Divisional application:
**20169426.2 / 3 698 938**

(73) Proprietor: **WobbleWorks, Inc.**
**Wilmington DE 19801 (US)**

(72) Inventors:
- **DILWORTH, Peter**
**Everett, MA 02149 (US)**
- **BOGUE, Maxwell**
**New York, NY 10009-7770 (US)**

(74) Representative: **Bird & Bird LLP**
**Maximiliansplatz 22**
**80333 München (DE)**

(56) References cited:
**CN-A- 1 640 643** **CN-Y- 201 086 388**
**JP-A- S63 101 887** **JP-A- S63 205 216**
**US-A- 3 285 475** **US-A- 3 559 241**
**US-A- 4 552 287** **US-A- 4 597 821**
**US-A- 4 681 524** **US-A1- 2003 137 077**
**US-A1- 2008 197 116** **US-A1- 2010 147 465**

- **"A RANGE OF LEISTER HAND-HELD AND AUTOMATIC WELDERS FROM TECHSPAN", INTERNET CITATION, 12 December 2006 (2006-12-12), page 1, XP002493833, Retrieved from the Internet: URL:http://www.ferret.com.au/c/Techspan-Group/A-range-of-Leister-hand-held-and-automatic-welders-from-Techspan-n667443 [retrieved on 2008-08-29]**

Note: Within nine months of the publication of the mention of the grant of the European patent in the European Patent Bulletin, any person may give notice to the European Patent Office of opposition to that patent, in accordance with the Implementing Regulations. Notice of opposition shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

EP 2 928 672 B1

(52) Cooperative Patent Classification (CPC): (Cont.)
B29C 2948/9258; B29C 2948/92704

**Description**

Cross-Reference to Related Applications

**[0001]** The present application claims benefit of and priority to U.S. Provisional Patent Application Serial No. 61/733,689 filed on December 5, 2012.

BACKGROUND

Field

**[0002]** The present invention relates to a hand-held implement configured to extrude a material so as to construct three-dimensional (3D) objects as defined in the claims.

Description of the Related Art

**[0003]** Three-dimensional printers are known which may be used to produce 3D items of all types. Certain printers operate by deposition of sequential layers of plastic while others function by sequential agglomeration or solidification of layers of a precursor material. These printers tend to be large and expensive and require the design to be provided as a computer file, for example as generated by a Computer-Aided Design (CAD) program.

**[0004]** US 2010/147465 A1 discloses a hand welding extruder for welding thermoplastic materials by means of a plasticized plastic strand having a plasticization worm unit connected to a drive motor by a gearbox, and having a hot air generation device.

**[0005]** US. Patent 3,665,158 to Froedge discloses a conventional handheld extrusion device. A chamber is filled with a granulated solid plastic material and then sealed with a cap. The contents of the chamber are heated to melt the plastic and create pressure within the chamber. A passage leads from the chamber to a rotatable nozzle that blocks flow in a first position and allows flow in a second position. A trigger is attached to the nozzle such that pulling the trigger moves the nozzle to the second position, thereby allowing the molten plastic to be expelled from the nozzle due to the pressure within the chamber. Releasing the trigger allows the nozzle to return to the first position, thereby stopping the flow of plastic. There is no provision to replenish the raw material without shutting off the device nor any mechanism to mechanically feed material to the nozzle at a constant rate. In addition, Froedge's system does not provide a means of cooling the extruded material.

**[0006]** JP S63 101887 A discloses a three-dimensional pen using paper clay

**[0007]** US 3 285 475 A discloses a cement extruder and US 2003/137077 A1 discloses a plastic extruder that is used to melt plastic or acrylic raw materials.

SUMMARY

**[0008]** It is desirable to provide a reliable, easily refillable hand-held device to form 2D and 3D items without the need for computerized design files. The present disclosure describes a hand-held device that allows a user to "draw" a 3D structure with a feed stock that can be replenished while in continuous use.

**[0009]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock, a nozzle assembly at least partially disposed within the housing and having an exit nozzle, a motor disposed within the housing, and a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor in at least a first direction causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

**[0010]** A 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock. The housing has an internal volume and at least one cooling port in fluid communication with the internal volume. The 3D drawing device also includes a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle, a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port, a motor disposed within the housing, and an actuator coupled to the housing. Actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

BRIEF DESCRIPTION OF THE DRAWINGS

**[0011]** The accompanying drawings, which are included to provide further understanding and are incorporated in and constitute a part of this specification, illustrate disclosed embodiments and together with the description serve to explain the principles of the disclosed embodiments. In the drawings:

FIG. 1 is a perspective view of an exemplary 3D drawing device according to certain aspects of the present disclosure.

FIG. 2 is a cut-way view of the device of FIG. 1 with a portion of the housing removed according to certain aspects of the present disclosure.

FIGS. 3A-3B are cross-sectional and cutaway views of the device of FIG. I according to certain aspects of the present disclosure.

FIGS. 4A-4B are plan and perspective views of the feed mechanism according to certain aspects of the present disclosure.

FIGS. 5A-5B are perspective and cutaway views of another embodiment of a 3D drawing device according to certain aspects of the present disclosure.

DETAILED DESCRIPTION

**[0012]** The present disclosure describes a hand-held device that allows a user to "draw" a 2D or 3D structure and to easily refill or replace the feed stock.

**[0013]** The detailed description set forth below is intended as a description of various configurations of the subject technology and is not intended to represent the only configurations in which the subject technology may be practiced. The appended drawings are incorporated herein and constitute a part of the detailed description. The detailed description includes specific details for the purpose of providing a thorough understanding of the subject technology. However, it will be apparent to those skilled in the art that the subject technology may be practiced without these specific details. In some instances, well-known structures and components are shown in block diagram form in order to avoid obscuring the concepts of the subject technology. Like components are labeled with identical element numbers for ease of understanding.

**[0014]** As used within this disclosure, the phrase "feed stock" means any material provided in any form suitable for processing within the 3D drawing device so as to provide the desired output stream. Feed stock may be a thermoplastic such as acrylonitrile butadiene styrene (ABS), polyvinyl chloride (PVC) or a polylactic acid (PLA), a thermoset material such as an epoxy, a metal such as tin or lead or a mixture of metals. Feed stock may be a single material or a mixture of materials, such as a rod having particles of a first material dispersed within a matrix of a second material.

**[0015]** FIG. 1 is a perspective view of an exemplary 3D drawing device 100 according to certain aspects of the present disclosure. The device 100 includes a housing 110 in which a control assembly 120, a nozzle assembly 130, a fan assembly 140 are provided. The housing 110 may be sized and configured to fit in a user's hand and suitably shaped to allow for manipulation like a pen or pencil. An actuator, for example buttons 122 and 124 in this embodiment, may be positioned to allow the user to actuate either the actuator while holding the device 100. In this embodiment, the user may actuate one or both of buttons 122, 124 while manipulating the 3D drawing device 100. In this embodiment, the device 100 is configured to accept a feed stock 20 in the form of a strand that may be 3 mm in diameter. In certain embodiments, the feed stock 20 may be provided as a cut length, for example 30 cm in length, or as a continuous strand drawn from a spool (not shown in FIG. 1). includes an input portal 18, or other input element, such as a hopper, for example, through which a raw material 19 is provided to the implement 10. The feed stock 20 may be a thermoplastic material, for example a PVC, an ABS, or a PLA, however, other embodiments may accept other types of material, such as a thermoset plastic or a metal or combination of materials.

**[0016]** In an example of use of one embodiment of the device 100, the user selects a particular type and color of a thermoplastic feed stock 20 and introduces the feed stock 20 into the entrance port 115 (see FIG. 2) and connects a power cord (not shown in FIG. 1) to a power source, such as a wall outlet. In certain embodiments, the 3D drawing device 100 may include a portable power source (not shown in FIGS. 1-2), for example a lithium polymer battery, to power the device 100. After a warm-up period, the user may press button 122 while drawing a line on a surface with the device 100, for example tracing a pattern on a printed sheet, in a manner similar to drawing a line with a pencil. A column 22 of the feed stock 20 is extruded from the nozzle assembly while the button 122 is depressed. In certain embodiments, the column 22 may be 0.3 mm in diameter. If the user moves the device along the surface at approximately the same speed as the rate of extrusion of the column 22, the user will create a solid, three-dimensional "line" on the surface. In certain embodiments, the feed stock 20 exists the nozzle assembly 130 in essentially a solid form such that the extruded column retains its shape. In certain embodiments, freshly extruded feed stock 20 will bond to previously extruded columns 22 such that a structure may be formed by drawing a line across to onto a previously drawn column 22.

**[0017]** In certain embodiments, button 122 may cause the feed stock 20 to be extruded at a first rate, for example 2.6 mm/sec, while the second button 124 may cause the feed stock 20 to be extruded at a second rate, for example 5.0 mm/sec. In certain embodiments, the first rate may be in the range of 0.1-10.0 mm/sec and the second rate may be in the range of 2-50 mm/sec. In certain embodiments, the first and second rates are chosen to provide a speed appropriate for the intended user, for example a device 100 intended for use by a young child may have slower rates than a device 100 intended for an adult artist. In certain embodiments, the 3D drawing device 100 may include a variable speed control mechanism (not shown in FIG. 1-2) to allow the user to adjust one or more of the rates of extrusion. In certain embodiments, the variable speed control mechanism may include a dial. In certain embodiments, releasing either of the buttons 122, 124 may cause the internal mechanism to draw the feed stock 20 backward a certain amount, thereby breaking off the extruded column 22. In this manner, the user can "write" with the 3D drawing device 100 in much the same manner as they would with a pen except they can do so in three dimensions since the extruded material is three-dimensional. The user can create free-form lines, shapes or other objects, as desired. A user may additionally use stencils or other guides in order to create desired objects such as sculpture, jewelry, artistic pieces, etc. In addition, or in the alternative, the 3D drawing device 100 may be used to repair or enhance existing objects and structures. In certain embodiments, pressing both buttons 122, 124 at the same time may cause another action, such as expelling the unused portion of the feed stock 20 from the entrance port 115 such that the user may switch to a

different color or type of feed stock 20.

**[0018]** FIG. 2 is a cut-way view of the device 100 of FIG. 1 with a portion of the housing 110 removed according to certain aspects of the present disclosure. It can be seen that a circuit assembly 126 is positioned under the switches 122, 124 and a feed mechanism 150 is disposed on the lower housing 114, with the feed stock 20 entering through the entrance port 115 and passing over and between elements of the feed mechanism 150, which is discussed in greater detail with respect to FIGS. 4A-4B. In certain embodiments, the circuit assembly 126 may include a processor while, in certain embodiments, the circuit assembly 126 may include analog circuit elements such as mechanical switches, resistors, capacitors, and other electrical elements (not visible in FIG. 2) as known to those of skill in the art. In certain embodiments, the circuit assembly 126 may include a power conditioning circuit (not shown) that converts power from the power source to a different form, such as a direct current (DC) voltage. In certain embodiments, the circuit assembly 126 may include a portable power source (not shown in FIG. 2). In certain embodiments, the circuit assembly 126 may be connected to an external power source through a power cord (not shown in FIGS. 1-2). In certain embodiments, the 3D drawing device 100 also includes an external control interface 127 that is connected to the circuit assembly 126 and configured to accept actuation commands from a remote system, such as a computer numerical control (CNC) machine. In certain embodiments, the housing 110 may be adapted for mounting on a tool interface of a CNC machine such that the machine can manipulate the 3D drawing device 100 to create 3D objects. For example, the external control interface 127 may include three electrical pins, wherein a pin 1 is a common such as a ground, a pin 2 that is coupled to the button 122 such that provision of a DC voltage across pin 1 and pin 2 is equivalent to pressing button 122, and a pin 3 that is coupled to the button 124 such that provision of a DC voltage across pin 1 and pin 3 is equivalent to pressing button 124. In certain embodiments, the external control interface 127 may be configured to accept signals through a radio frequency (RF) or optical wireless system. In certain embodiments, the external control interface 127 may be configured to accept signals through a fiber-optic cable.

**[0019]** FIGS. 3A-3B are cross-sectional and cutaway views of the device 100 of FIG. 1 disclosure. according to certain aspects of the present . FIG. 3A is a side view of the entire 3D drawing device 100, showing how the upper housing 112 and lower housing 114 together form an internal volume 116 in which is located the feed mechanism 150. At the right end, it can be seen that the nozzle assembly 130 includes an extruder 132 and a guide tube 134, which are discussed in greater detail with respect to FIG. 3B. the fan assembly 140 includes a fan cover 142, which is stationary and attached to the upper housing 112, an impeller 14 located underneath the cover 142 and configured to draw air into the internal volume 116 through ports (not visible in FIG. 3A) in the cover 142. A motor 146 is mounted, in this example, to the lower housing 114 and drives the impeller 144 at a constant speed. The air that is drawn into the internal volume may, in certain embodiments, flow out through either cooling ports 118 in the upper and lower housings 112, 114. The cooling ports 118 are discussed in greater detail with respect to FIG. 3B. It can be seen in FIG. 3A that, in this embodiment, the feed stock 20 follows a straight path though the device 100.

**[0020]** FIG. 3B is a close-up, cutaway view of the nozzle assembly 130. The extruder 132 has a first chamber 135 formed as a cylindrical bore of approximately the same diameter as the feed stock 20 and an extrusion passage 133 of a smaller diameter, terminating in an exit nozzle 133A. In certain embodiments, the first chamber 135 may have a first diameter of 3 mm while the extrusion passage 133 has a diameter of 0.3 mm. In certain embodiments, the extruder 132 is formed of a thermally conductive material, for example a metal or a ceramic, with a heating element, for example a nichrome wire, (not visible in FIG. 3B) wound around the exterior circumference. When the device 100 is connected to a power source, the heating element raises the temperature of the extruder 132 to a temperature that may be above the melting point of the feed stock 20. In certain embodiments, the nozzle assembly 130 includes a temperature sensor that is connected to the circuit assembly 126 which may include a temperature control circuit to regulate the power to the heater element so as to maintain the temperature of the extruder 132 within a desired range of a setpoint. As systems and methods for temperature regulation are known to those of skill in the art, the details are not provided herein. In certain embodiments, an indicator (not shown), for example an LED, may be provided to indicate that the extruder 132 has reached a temperature sufficient to melt the feed stock 20.

**[0021]** In certain embodiments, for example with a feed stock comprising a plastic, the temperature of the extruder 132 may be in the range of 20-500 °C. In certain embodiments, for example with a feed stock comprising a metal, the temperature of the extruder 132 may be in the range of 1000-2000 °C. In certain embodiments, for example with a feed stock comprising a metal such as lead, tin, or mixtures thereof, the temperature of the extruder 132 may be in the range of 100-400 °C. In certain embodiments, for example with a feed stock comprising a metal such as copper, gold, silver or mixtures thereof, the temperature of the extruder 132 may be in the range of 1000-1200 °C. In certain embodiments, for example with a feed stock comprising a metal such as platinum, the temperature of the extruder 132 may be in the range of 1600-2000 °C. In certain embodiments, the 3D drawing device 100 may include a variable temperature controller (not shown) that is connected to the circuit assembly 126 to allow a user to select a setpoint temperature for the extruder 132. In certain embodiments, the variable tem-

perature controller may allow the use to select a type of material, for example "thermoplastic," and the circuit assembly 126 will adjust the setpoint temperature of the extruder 132. In certain embodiments, the variable temperature controller may include a dial.

**[0022]** A guide tube 134 is aligned with the first chamber 135 of the extruder 132 such that feed stock passing through the guide tube 134 enters the first chamber 135. In certain embodiments, the guide tube 134 may be formed of a low-friction material, such as polytetrafluoroethylene (PTFE), so allow the feed stock 20 to slide easily while also minimizing the gap between the guide tube 134 and feed stock 20. The extruder 132 and guide tube 134 are held in alignment by a mounting tube 138. In certain embodiments, the mounting tube 138 is formed of a metal having a relatively low thermal conductivity, compared to other metals. In certain embodiments, the mounting tube 138 may be a stainless steel. In certain embodiments, an insulating film (not visible in FIG. 3B), for example a polyimide tape, may be applied over the heating element and under the mounting tube 138.

**[0023]** In certain embodiments, an insulator 131 may be provided over the mounting tube 138 so as to reduce the amount of heat transferred from the extruder 132 to the upper and lower housings 112, 114. In certain embodiments, one or both of the upper and lower housings 112, 114 may have cooling ports 118 formed therethrough such that air can flow from the interior volume 116 to the ambient atmosphere. In certain embodiments, the passages formed in the top and bottom housings 112, 114 that lead to the cooling ports 118 may be angled such that the air that emerges from the cooling ports 118 is directed inward toward the tip 137. Thus, as the air exits the cooling ports 118, the air passes by the tip 137 of the extruder 132, cooling both the tip 137 and the feed stock 20 that just been extruded from the extrusion passage 133. Both of these cooling effects serve to reduce the temperature of the feed stock 20 as it exits the extrusion passage 133 such that the feed stock 20 may be essentially solid as it exits the extrusion passage 133. In certain embodiments, the freshly extruded feed stock 20 may be pliable and formable into various shapes. In certain embodiments, the surface of the freshly extruded feed stock 20 may be receptive to attachment, e.g. sticky, such that the extruded material will bond to other previously extruded feed stock 20.

**[0024]** In certain embodiments, there may be a gap between the insulator 131 and the mounting tube 138. In certain embodiments, this gap may provide a thermal break so as to further thermally isolate the upper and lower housings 112, 114 from the extruder 132.

**[0025]** As the feed stock 20 is driven toward the extrusion passage 133 by the feed mechanism 150 (not shown in FIG. 3B), the portion of the feed stock 20 that is within the extruder 132 will be heated by the extruder 132 such that the feed stock 20 within the first chamber 135 softens or melts. As the solid feed stock 20 is forced forward, the softened or molten feed stock 20 will be forced out through the extrusion passage 133 and emerge from the tip 137, where the cooling air that is flowing out of the cooling ports 118 flows over the freshly extruded feed stock 20, thereby cooling and solidifying the feed stock 20. In certain embodiments, a portion of the extruder 132 that extends outward beyond a front plane 102 may be cooled to a temperature below the temperature of the main portion of the extruder 132 by the air flowing out of the cooling ports 118. In certain embodiments, the temperature of the tip 137 may be below the melting point of the feed stock 20.

**[0026]** FIGS. 4A-4B are plan and perspective views of the feed mechanism 150 according to certain aspects of the present disclosure. FIG. 4A shows a series of gear pairs 153, 154, 155, 156, and 157 that are driven by the motor 152 through a spur gear (not visible in FIG. 4A) that is attached to the rotor of the motor 152. Each gear pair has a large gear and a small gear that are fixedly attached to each other and rotate about a common axis. The small gear of the motor 152 drives the large gear 153A, which causes the small gear 153B to drive the large gear 154A. In certain embodiments, the large gears 153A, 154A, 155A, 156A, and 157A each may have 40 teeth while the small gears 153B, 154B, 155B and 156B (not visible in FIG. 4A), and 157B may have 12 teeth, providing a 40:12 step-down ratio between each gear pair. In certain embodiments, the step-down from the motor 152 to the small gear 157B may be 5*(40:12) or approximately 17:1, *i.e.* seventeen complete rotations of the motor 152 causes only one complete rotation of the small gear 157B. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may have a different number of teeth on the large and/or small gears. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may not have the same number of teeth on each corresponding large or small gear.

**[0027]** In use, the use of a motor 152 to drive a step-down gear train 150 to control the advancement of the feed stock 20 provides an improved level of control over the rate of extrusion of the feed stock 20. For example, a conventional glue gun has a direct linkage between a trigger and the glue stick, such that pressure on the trigger on the trigger is directly transferred to the rod. The rate of advancement of the glue stick, and therefore the rate of extrusion, is dependent upon the viscosity of the melted glue and therefore caries over a die range. This often results in excessive glue being dispensed. In addition, since releasing the trigger does not retract the glue stick, there is frequently a "tail" of glue drawn out of the glue gun as the nozzle is moved away from the dispensing location. In contrast, the disclosed 3D drawing device 100 provides a constant rate of extrusion, for example 3 mm/sec, due to the controlled motion provided by the motor 152 and gear train 150. In addition, the circuit assembly 126 causes the motor 152 to briefly run in reverse when the button 122 is released, thereby retracting the feed stock 20 slightly and drawing the melted feed stock 20 that is within the extrusion passage 133 back into the

extruder 132, thereby cleanly severing the extruded column 22 from the tip 137.

**[0028]** FIG. 4B shows how the teeth of the final small gear 157B engage the feed stock 20. In this embodiment, the feed stock 20 passes by a post 119 of the lower housing 114, then by the small gear 157B, and then into the guide tube 134. In certain embodiments, the gear 157B is positioned such that the teeth press against the feed stock 20, which is restrained from lateral motion away from the teeth of gear 157B by the post 119 and the guide tube 134, such that rotation of the gear 157B applies an axial force, *i.e.* directed along the length, to the feed stock 20. Rotation of the gear set 150 in a first direction will cause the feed stock 20 to move linearly forward, *i.e.* toward the tip 137. As this portion of feed stock 20 is not affected by the heating within the extruder 132, rotation of the gear set 150 in a reverse direction will cause the feed stock 20 to move linearly backward, *i.e.* away from the tip 137.

**[0029]** It can be seen from FIGS. 4A and 4B that rotation of the motor 152, which is controlled by pressing one of the buttons 122, 124, causes the feed stock 20 to move forward or backward. The step-down from the motor 152 to the small gear 157B provides a smooth rate of motion of the feed stock, as the motor 152 may turn at a speed within a normal range of smooth operation while the step-down converts this to a low rate of linear motion of the feed stock 20.

**[0030]** FIGS. 5A-5B are perspective and cutaway views of another embodiment 200 of a 3D drawing device according to certain aspects of the present disclosure. FIG. 5A shows a 3D drawing device 200 configured to accept a feed stock in the form of pellets 25 that are held in a hopper 250 attached to the body 210. A power cord 270 is attached to the body 210. FIG. 5B is a cut-away view showing a feed screw 260 that transfers the pellets 25 from the hopper 250 to the nozzle assembly 230 that melts the pellets 25 and, under pressure provided by the feed screw 260, extrudes the melted feed stock 25 in a manner similar to the nozzle assembly 130 of embodiment 100, previously discussed. Other features of the embodiment 100, such as the cooling ports 118, may also be provided in embodiment 200. In certain embodiments, the pellets may be transferred from the hopper 250 to the nozzle assembly 130 by other mechanisms, for example a reciprocating cylinder (not shown in FIGS. 5A-5B) as will be known to those of skill in the art. In certain embodiments, the feed stock may be provided as a liquid, for example an epoxy with beads of catalyst suspended in a liquid polymer, that is held in the hopper 250. In certain embodiments, passage of the liquid feed stock through an extrusion passage, similar to extrusion passage 133 of embodiment 100, may modify the liquid feed stock such that it hardens quickly after extrusion from the 3D drawing device 200.

**[0031]** The disclosed examples of a 3D drawing device illustrate the principles of its construction and use. The provision of a flow of cooling air at the tip to quickly solidify the extruded feed stock allows the user to work in three dimensions, rather than being forced to rely on a support surface to hold the still-fluid extruded material in place while it hardens. The use of a mechanical gear train to advance the feed stock, instead of a pressurized supply or a direct connection between a trigger and a feed rod, allows precise control of the rate of extrusion, thereby increasing the uniformity of the extruded column of material and allowing precise placement without excess material.

**[0032]** This application includes description that is provided to enable a person of ordinary skill in the art to practice the various aspects described herein. While the foregoing has described what are considered to be the best mode and/or other examples, it is understood that various modifications to these aspects will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other aspects. It is understood that the specific order or hierarchy of steps or blocks in the processes disclosed is an illustration of exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps or blocks in the processes may be rearranged. The accompanying method claims present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented. Thus, the claims are not intended to be limited to the aspects shown herein, but is to be accorded the full scope consistent with the language claims.

**[0033]** Headings and subheadings, if any, are used for convenience only and do not limit the invention.

**[0034]** Reference to an element in the singular is not intended to mean "one and only one" unless specifically so stated, but rather "one or more." Use of the articles "a" and "an" is to be interpreted as equivalent to the phrase "at least one." Unless specifically stated otherwise, the terms "a set" and "some" refer to one or more.

**[0035]** Terms such as "top," "bottom," "upper," "lower," "left," "right," "front," "rear" and the like as used in this disclosure should be understood as referring to an arbitrary frame of reference, rather than to the ordinary gravitational frame of reference. Thus, a top surface, a bottom surface, a front surface, and a rear surface may extend upwardly, downwardly, diagonally, or horizontally in a gravitational frame of reference.

**[0036]** Although the relationships among various components are described herein and/or are illustrated as being orthogonal or perpendicular, those components can be arranged in other configurations in some embodiments. For example, the angles formed between the referenced components can be greater or less than 90 degrees in some embodiments.

**[0037]** Although various components are illustrated as being flat and/or straight, those components can have other configurations, such as curved or tapered for example, in some embodiments.

**[0038]** Pronouns in the masculine (*e.g.,* his) include the feminine and neuter gender (*e.g.,* her and its) and

vice versa. All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "operation for."

**[0039]** A phrase such as an "aspect" does not imply that such aspect is essential to the subject technology or that such aspect applies to all configurations of the subject technology. A disclosure relating to an aspect may apply to all configurations, or one or more configurations. A phrase such as an aspect may refer to one or more aspects and vice versa. A phrase such as an "embodiment" does not imply that such embodiment is essential to the subject technology or that such embodiment applies to all configurations of the subject technology. A disclosure relating to an embodiment may apply to all embodiments, or one or more embodiments. A phrase such as an embodiment may refer to one or more embodiments and vice versa.

**[0040]** The word "exemplary" is used herein to mean "serving as an example or illustration." Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs.

**[0041]** All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. § 112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "step for." Furthermore, to the extent that the term "include," "have," or the like is used in the description or the claims, such term is intended to be inclusive in a manner similar to the term "comprise" as "comprise" is interpreted when employed as a transitional word in a claim.

**[0042]** Although embodiments of the present disclosure have been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the scope of the present invention being limited only by the terms of the appended claims.

**Claims**

**1.** A three-dimensional (3D) drawing device comprising:

a housing (110) configured to be held in a user's hand, the housing having a first end and a second end,
wherein the device comprises
a port (115) configured for introduction of a strand of feed stock (20) into an internal volume (116) of the housing (110); a motor (152) disposed within the internal volume (116);
a gear train (150) operatively coupled with the motor (152) to drive the gear train (150), disposed within the internal volume (116) to receive the strand of feed stock (20), and configured to move the strand of feed stock (20) when engaged with the gear train (150);
an actuator configured to selectably cause the motor (152) to rotate in at least a first direction that causes the feed stock (20) to be extruded out of the exit nozzle to form a three-dimensional object; and
a nozzle assembly (130) disposed at the first end of the housing (110) and at least partially within the housing (110), the nozzle assembly (130) comprising an extruder (132), an exit nozzle (133A), and a guide tube (134),
**characterized by** the extruder (132) having a heating element surrounded by an insulator (131), the guide tube (134) extending between the gear train (150) and the extruder (132), a first end of the guide tube (134) positioned to receive the strand of feed stock (20) from the gear train (150), a second end of the guide tube (134) aligned with a chamber (135) of the extruder (132) such that the strand of feed stock (20) is directed from the guide tube (134) into the chamber (135), the extruder (132) being disposed between the guide tube (134) and the exit nozzle (133A).

**2.** The 3D drawing device of claim 1, further comprising a mounting tube (138) having a first end and a second end, and wherein the second end of the guide tube (134) extends into the first end of the mounting tube (138), and an end of the extruder (132) opposite the exit nozzle (133A) extends into the second end of the mounting tube (138), the mounting tube (138) holding the second end of the guide tube (134) in alignment with the end of the extruder (132) opposite the exit nozzle (133A).

**3.** The 3D drawing device of claim 1, wherein the heating element is positioned adjacent to the exit nozzle (133A) and configured to melt the strand of feed stock (20) prior to extrusion through the exit nozzle

(133A).

**4.** The 3D drawing device of claim 1, further comprising a fan configured to provide a flow cooling air at exit nozzle (133A).

**5.** The 3D drawing device of claim 4, wherein:

the housing (110) comprises an internal volume (116) and at least one cooling port (118) proximate to the exit nozzle (133A), the cooling port (118) in fluid communication with the internal volume (116); and the fan is disposed within the housing (110) and
configured to draw air into the internal volume (116).

**6.** The 3D drawing device of claim 1, wherein the housing (110) comprises an upper (112) housing and a lower housing (114), at least one of the upper housing (112) and the lower housing (114) comprises a cooling port (118) proximate to the exit nozzle (133A).

**7.** The 3D drawing device of claim 6, wherein each of the upper housing (112) and the lower (114) housing comprises the cooling port (118).

**8.** The 3D drawing device of claim 1, wherein said actuator comprises a first and second button (122, 124).

**9.** The 3D drawing device of claim 1, wherein the actuator is configured to selectably cause the motor to rotate in a second direction that is opposite the first direction.

**10.** The 3D drawing device of claim 9, wherein the actuator comprises at least one button.

**11.** The 3D drawing device of claim 10, wherein the actuator comprises:

a first button that causes the motor (152) to rotate in the first direction at a first speed such that the strand of feed stock (20) is extruded out of the exit nozzle (133A) at a first rate; and
a second button that that causes the motor (152) to rotate in the first direction at a second speed such that the strand of feed stock (20) is extruded out of the exit nozzle (133A) at a second rate that is greater than the first rate,
wherein simultaneous actuation of the first and second buttons causes the motor (152) to rotate in the second direction.

**12.** The 3D drawing device of claim 1, wherein the gear train (150) comprises a final gear having teeth that engage the strand of feed stock (20) such that rotation of the final gear causes the strand of feed stock (20) to linearly move.

**Patentansprüche**

**1.** Ein Gerät zum 3D Zeichnen, umfassend:

ein Gehäuse (110), das so konfiguriert ist, dass der Nutzer es in der Hand halten kann, wobei das Gehäuse ein erstes und zweites Ende aufweist,
wobei das Gerät umfasst
eine Eingangsöffnung (115) so konfiguriert, dass es ein Strang an Ausgangsmaterial (20) in ein internes Volumen (116) des Gehäuses (110) aufnimmt; ein Motor (152), der innerhalb des internen Volumens (116) angeordnet ist;
ein Zahnradgetriebe (150), das mit dem Motor (152) operativ gekoppelt ist, um das Zahnradgetriebe (150), das innerhalb des internen Volumens (116) angeordnet ist, anzutreiben, um den Strang an Ausgangsmaterial (20) aufzunehmen und so konfiguriert, dass es den Strang an Ausgangsmaterial (20) bewegt, wenn er von dem Zahnradgetriebe (150) erfasst wird;
einen Aktuator, der so konfiguriert ist, dass er den Motor (152) wahlweise zur Rotation in mindestens eine erste Richtung veranlasst, so dass das Ausgangsmaterial (20) aus der Ausgangsdüse extrudiert wird, um ein drei-dimensionales Objekt zu bilden; und
eine Düsenanordnung (130) am ersten Ende des Gehäuses (110) und wenigstens teilweise innerhalb des Gehäuses (110) angeordnet, die Düsenanordnung (130) umfassend einen Extruder (132), eine Ausgangsdüse (133A) und ein Führungsrohr (134)
**dadurch gekennzeichnet, dass**
der Extruder (132) ein Heizelement umfasst, das von einem Dämmstoff (131) umgeben ist, wobei sich das Führungsrohr (134) zwischen dem Zahnradgetriebe (150) und dem Extruder (132) erstreckt, wobei ein erstes Ende des Führungsrohrs (134) so positioniert ist, dass es den Strang an Ausgangsmaterial (20) von dem Zahnradgetriebe (150) aufnimmt und ein zweites Ende des Führungsrohrs (134) so auf eine Kammer (135) des Extruders (132) ausgerichtet ist, dass der Strang an Ausgangsmaterial (20) von dem Führungsrohr (134) in die Kammer (135) geführt wird, wobei der Extruder (132) zwischen dem Führungsrohr (134) und der Ausgangsdüse (133A) angeordnet ist.

**2.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei das Gerät des Weiteren ein Montagerohr (138) mit einem

ersten und einem zweiten Ende umfasst, wobei sich das zweite Ende des Führungsrohrs (134) in das erste Ende des Montagerohrs (138) erstreckt, und sich ein Ende des Extruders (132) gegenüber der Ausgangsdüse (133A) in das zweite Ende des Montagerohrs (138) erstreckt, wobei das Montagerohr (138) das zweite Ende des Führungsrohrs (134) zu dem Ende des Extruders (132) gegenüber der Ausgangsdüse (133A) ausgerichtet hält.

**3.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei das Heizelement der Ausgangsdüse (133A) benachbart angeordnet ist und so konfiguriert ist, dass es das Ausgangsmaterial (20) vor der Extrusion durch die Ausgangsdüse (133A) schmilzt.

**4.** Gerät zum 3D Zeichnen nach Anspruch 1, des Weiteren umfassend einen Ventilator, der so konfiguriert ist, dass er einen Strom von Kühlluft an der Ausgangsdüse (133A) erzeugt.

**5.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei:

das Gehäuse (110) ein internes Volumen (116) und mindestens einen Kühlanschluss (118) in der Nähe der Ausgangsdüse (133A) umfasst, wobei der Kühlanschluss (118) in Fluidverbindung mit dem internen Volumen (116) steht; und der Ventilator innerhalb des Gehäuses (110) angeordnet und so konfiguriert ist, dass er Luft in das interne Volumen (116) zieht.

**6.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei das Gehäuse (110) ein oberes (112) und unteres Gehäuse (114) umfasst, wobei mindestens eines des oberen (112) und unteren (114) Gehäuses Kühlöffnungen (118) umfasst, die benachbart zu der Ausgangsdüse (133A) liegen.

**7.** Gerät zum 3D Zeichnen nach Anspruch 6, wobei sowohl das obere (112) als auch das untere Gehäuse (114) Kühlöffnungen (118) umfassen.

**8.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei der Aktuator eine erste und zweite Taste (122, 124) umfasst.

**9.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei der Aktuator so konfiguriert ist, dass er den Motor wahlweise zur Rotation in eine zweite Richtung veranlasst, die entgegengesetzt zu der ersten Richtung ist.

**10.** Gerät zum 3D Zeichnen nach Anspruch 9, wobei der Aktuator mindestens eine Taste umfasst.

**11.** Gerät zum 3D Zeichnen nach Anspruch 10, wobei der Aktuator umfasst:

eine erste Taste, die den Motor (152) zur Rotation in die erste Richtung mit einer ersten Geschwindigkeit veranlasst, so dass das Ausgangsmaterial (20) mit einer ersten Geschwindigkeit aus der Ausgangsdüse (133A) extrudiert wird; und
eine zweite Taste, die den Motor (152) zur Rotation in die erste Richtung mit einer zweiten Geschwindigkeit veranlasst, so dass das Ausgangsmaterial (20) mit einer zweiten Geschwindigkeit aus der Ausgangsdüse (133A) extrudiert wird, die höher als die erste Geschwindigkeit ist, wobei die gleichzeitige Betätigung der ersten und zweiten Taste dafür sorgt, dass der Motor (152) in die zweite Richtung rotiert.

**12.** Gerät zum 3D Zeichnen nach Anspruch 1, wobei das Zahnradgetriebe (150) ein abschließendes Zahnrad mit Zähnen umfasst, die den Strang des Ausgangsmaterials (20) so erfassen, dass die Rotation des abschließenden Zahnrads zu einer linearen Bewegung des Stranges des Ausgangsmaterials (20) führt.

## Revendications

**1.** Dispositif de dessin en trois dimensions (3D), comprenant :

un boîtier (110) configuré pour être tenu dans la main d'un utilisateur, le boîtier ayant une première extrémité et une deuxième extrémité, dans lequel le dispositif comprend :

un port (115) configuré pour l'introduction d'un brin de stock d'alimentation (20) dans un volume interne (116) du boîtier (110) ;
un moteur (152) disposé à l'intérieur du volume interne (116) ;
un train d'engrenages (150) couplé de manière opérationnelle au moteur (152) pour entraîner le train d'engrenages (150), disposé à l'intérieur du volume interne (116) pour recevoir le brin de stock d'alimentation (20), et configuré pour déplacer le brin de stock d'alimentation (20) lorsqu'il est mis en prise avec le train d'engrenages (150) ;
un actionneur configuré pour amener de manière sélective le moteur (152) à tourner dans au moins une première direction qui amène le stock d'alimentation (20) à être extrudé hors de la buse de sortie pour former un objet en trois dimensions ; et
un ensemble de buse (130) disposé au niveau de la première extrémité du boîtier (110) et au moins partiellement à l'intérieur du boîtier (110), l'ensemble de buse (130)

comprenant un dispositif d'extrusion (132), une buse de sortie (133A), et un tube de guidage (134),
**caractérisé par** le dispositif d'extrusion (132) ayant un élément chauffant entouré par un isolateur (131), le tube de guidage (134) s'étendant entre le train d'engrenages (150) et le dispositif d'extrusion (132), une première extrémité du tube de guidage (134) positionnée pour recevoir le brin de stock d'alimentation (20) provenant du train d'engrenages (150), une deuxième extrémité du tube de guidage (134) alignée avec une chambre (135) du dispositif d'extrusion (132) de telle sorte que le brin de stock d'alimentation (20) est dirigé depuis le tube de guidage (134) dans la chambre (135), le dispositif d'extrusion (132) étant disposé entre le tube de guidage (134) et la buse de sortie (133A).

**2.** Dispositif de dessin en 3D selon la revendication 1, comprenant en outre un tube de montage (138) ayant une première extrémité et une deuxième extrémité, et dans lequel la deuxième extrémité du tube de guidage (134) s'étend dans la première extrémité du tube de montage (138), et une extrémité du dispositif d'extrusion (132) opposée à la buse de sortie (133A) s'étend dans la deuxième extrémité du tube de montage (138), le tube de montage (138) tenant la deuxième extrémité du tube de guidage (134) en alignement avec l'extrémité du dispositif d'extrusion (132) opposée à la buse de sortie (133A).

**3.** Dispositif de dessin en 3D selon la revendication 1, dans lequel l'élément chauffant est positionné à côté de la buse de sortie (133A) et configuré pour faire fondre le brin de stock d'alimentation (20) avant l'extrusion à travers la buse de sortie (133A).

**4.** Dispositif de dessin en 3D selon la revendication 1, comprenant en outre un ventilateur configuré pour fournir un flux d'air de refroidissement au niveau de la buse de sortie (133A).

**5.** Dispositif de dessin en 3D selon la revendication 4, dans lequel :
le boîtier (110) comprend un volume interne (166) et au moins un port de refroidissement (188) à proximité de la buse de sortie (133A), le port de refroidissement (118) étant en communication fluidique avec le volume interne (116) ; et le ventilateur est disposé à l'intérieur du boîtier (110) et configuré pour tirer de l'air dans le volume interne (116).

**6.** Dispositif de dessin en 3D selon la revendication 1, dans lequel le boîtier (110) comprend un boîtier supérieur (112) et un boîtier inférieur (114), au moins l'un du boîtier supérieur (112) et du boîtier inférieur (114) comprend un port de refroidissement (118) à proximité de la buse de sortie (133A).

**7.** Dispositif de dessin en 3D selon la revendication 6, dans lequel chacun du boîtier supérieur (112) et du boîtier inférieur (114) comprend le port de refroidissement (118).

**8.** Dispositif de dessin en 3D selon la revendication 1, dans lequel ledit actionneur comprend un premier et un deuxième bouton (122, 124).

**9.** Dispositif de dessin en 3D selon la revendication 1, dans lequel l'actionneur est configuré pour amener de manière sélective le moteur à tourner dans une deuxième direction qui est opposée à la première direction.

**10.** Dispositif de dessin en 3D selon la revendication 9, dans lequel l'actionneur comprend au moins un bouton.

**11.** Dispositif de dessin en 3D selon la revendication 10, dans lequel l'actionneur comprend :

un premier bouton qui amène le moteur (152) à tourner dans la première direction à une première vitesse de telle sorte que le brin de stock d'alimentation (20) est extrudé hors de la buse de sortie (133A) à un premier débit ; et
un deuxième bouton qui amène le moteur (152) à tourner dans la première direction à une deuxième vitesse de telle sorte que le brin de stock d'alimentation (20) est extrudé hors de la buse de sortie (133A) à un deuxième débit qui est supérieur au premier débit,
dans lequel l'actionnement simultané des premier et deuxième boutons amène le moteur (152) à tourner dans la deuxième direction.

**12.** Dispositif de dessin en 3D selon la revendication 1, dans lequel le train d'engrenages (150) comprend un engrenage final ayant des dents qui mettent en prise le brin de stock d'alimentation (20) de telle sorte que la rotation de l'engrenage final amène le brin de stock d'alimentation (20) à se déplacer de manière linéaire.




FIG.1




FIG.2


140
100
142
144
146
20
112
116
130
118
150
114
134
132
118

FIG.3A


102
112
118
135
20
137
134
132
133A
116
138
131
133
114
118

FIG.3B


150
153
153A
153B
154
154A
154B
155
155A
156
156A
152
157A
157B

FIG.4A


134
20
119
157B
114

FIG.4B




FIG.5A




FIG.5B

## REFERENCES CITED IN THE DESCRIPTION

*This list of references cited by the applicant is for the reader's convenience only. It does not form part of the European patent document. Even though great care has been taken in compiling the references, errors or omissions cannot be excluded and the EPO disclaims all liability in this regard.*

### Patent documents cited in the description


- US 61733689 **[0001]**
- US 2010147465 A1 **[0004]**
- US 3665158 A, Froedge **[0005]**
- JP S63101887 A **[0006]**
- US 3285475 A **[0007]**
- US 2003137077 A1 **[0007]**

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
12 June 2014 (12.06.2014)

WIPO | PCT

(10) International Publication Number
WO 2014/088681 A1

(51) International Patent Classification:
*B29C 67/00* (2006.01)

(21) International Application Number:
PCT/US2013/061004

(22) International Filing Date:
20 September 2013 (20.09.2013)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
61/733,689 5 December 2012 (05.12.2012) US
13/831,050 14 March 2013 (14.03.2013) US

(71) Applicant: **WOBBLEWORKS, INC.** [US/US]; 1209 Orange Street, Wilmington, DE 19801 (US).

(72) Inventors: **DILWORTH, Peter**; 23 Monmouth Street, Somerville, MA 02143 (US). **BOGUE, Maxwell**; 21 Brook Street, Wellesley, MA 02482 (US).

(74) Agent: **ITRI, Mark, J.**; McDermott Will & Emery LLP, 4 Park Plaza, Suite 1700, Irvine, CA 92614 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

Published:
— *with international search report (Art. 21(3))*

(54) Title: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE




FIG.1

**(57) Abstract**: A three-dimensional (3D) drawing device having a housing configured for manipulation by a user's hand and to accept a feed stock that is, in certain embodiments, a strand of thermoplastic. The drawing device has a nozzle assembly with an exit nozzle and a motor connected to a gear train that engages the strand of thermoplastic feed stock such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

WO 2014/088681 A1

# HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

Cross-Reference to Related Applications

**[0001]** The present application claims benefit of and priority to U.S. Provisional Patent Application Serial No. 61/733,689 filed on December 5, 2012, the entirety of which is hereby incorporated herein by reference.

## BACKGROUND

Field

**[0002]** The present disclosure relates to extrusion devices and, in particular, a hand-held implement configured to extrude a material so as to construct three-dimensional (3D) objects.

Description of the Related Art

**[0003]** Three-dimensional printers are known which may be used to produce 3D items of all types. Certain printers operate by deposition of sequential layers of plastic while others function by sequential agglomeration or solidification of layers of a precursor material. These printers tend to be large and expensive and require the design to be provided as a computer file, for example as generated by a Computer-Aided Design (CAD) program.

**[0004]** U.S. Patent 3,665,158 to Froedge discloses a conventional handheld extrusion device. A chamber is filled with a granulated solid plastic material and then sealed with a cap. The contents of the chamber are heated to melt the plastic and create pressure within the chamber. A passage leads from the chamber to a rotatable nozzle that blocks flow in a first position and allows flow in a second position. A trigger is attached to the nozzle such that pulling the trigger moves the nozzle to the second position, thereby allowing the molten plastic to be expelled from the nozzle due to the pressure within the chamber. Releasing the trigger allows the nozzle to return to the first position, thereby stopping the flow of plastic. There is no provision to replenish the raw material without shutting off the device nor any mechanism to mechanically feed material to the nozzle at a constant rate. In addition, Froedge's system does not provide a means of cooling the extruded material.

## SUMMARY

**[0005]** It is desirable to provide a reliable, easily refillable hand-held device to form 2D and 3D items without the need for computerized design files. The present disclosure describes a hand-held device that allows a user to "draw" a 3D structure with a feed stock that can be replenished while in continuous use.

**[0006]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock, a nozzle assembly at least partially disposed within the housing and having an exit nozzle, a motor disposed within the housing, and a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

**[0007]** In certain embodiments, a 3D drawing device is disclosed that includes a housing configured for manipulation by a user's hand and to accept a feed stock. The housing has an internal volume and at least one cooling port in fluid communication with the internal volume. The 3D drawing device also includes a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle, a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port, a motor disposed within the housing, and an actuator coupled to the housing. Actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0008]** The accompanying drawings, which are included to provide further understanding and are incorporated in and constitute a part of this specification, illustrate disclosed embodiments and together with the description serve to explain the principles of the disclosed embodiments. In the drawings:

**[0009]** FIG. 1 is a perspective view of an exemplary 3D drawing device according to certain aspects of the present disclosure.

[0010] FIG. 2 is a cut-way view of the device of FIG. 1 with a portion of the housing removed according to certain aspects of the present disclosure.

[0011] FIGS. 3A-3B are cross-sectional and cutaway views of the device of FIG. 1 according to certain aspects of the present disclosure.

[0012] FIGS. 4A-4B are plan and perspective views of the feed mechanism according to certain aspects of the present disclosure.

[0013] FIGS. 5A-5B are perspective and cutaway views of another embodiment of a 3D drawing device according to certain aspects of the present disclosure.

## DETAILED DESCRIPTION

[0014] The present disclosure describes a hand-held device that allows a user to "draw" a 2D or 3D structure and to easily refill or replace the feed stock.

[0015] The detailed description set forth below is intended as a description of various configurations of the subject technology and is not intended to represent the only configurations in which the subject technology may be practiced. The appended drawings are incorporated herein and constitute a part of the detailed description. The detailed description includes specific details for the purpose of providing a thorough understanding of the subject technology. However, it will be apparent to those skilled in the art that the subject technology may be practiced without these specific details. In some instances, well-known structures and components are shown in block diagram form in order to avoid obscuring the concepts of the subject technology. Like components are labeled with identical element numbers for ease of understanding.

[0016] As used within this disclosure, the phrase "feed stock" means any material provided in any form suitable for processing within the 3D drawing device so as to provide the desired output stream. Feed stock may be a thermoplastic such as acrylonitrile butadiene styrene (ABS), polyvinyl chloride (PVC) or a polylactic acid (PLA), a thermoset material such as an epoxy, a metal such as tin or lead or a mixture of metals. Feed stock may be a single material or a mixture

of materials, such as a rod having particles of a first material dispersed within a matrix of a second material.

**[0017]** FIG. 1 is a perspective view of an exemplary 3D drawing device 100 according to certain aspects of the present disclosure. The device 100 includes a housing 110 in which a control assembly 120, a nozzle assembly 130, a fan assembly 140 are provided. The housing 110 may be sized and configured to fit in a user's hand and suitably shaped to allow for manipulation like a pen or pencil. An actuator, for example buttons 122 and 124 in this embodiment, may be positioned to allow the user to actuate either the actuator while holding the device 100. In this embodiment, the user may actuate one or both of buttons 122, 124 while manipulating the 3D drawing device 100. In this embodiment, the device 100 is configured to accept a feed stock 20 in the form of a strand that may be 3 mm in diameter. In certain embodiments, the feed stock 20 may be provided as a cut length, for example 30 cm in length, or as a continuous strand drawn from a spool (not shown in FIG. 1). includes an input portal 18, or other input element, such as a hopper, for example, through which a raw material 19 is provided to the implement 10. The feed stock 20 may be a thermoplastic material, for example a PVC, an ABS, or a PLA, however, other embodiments may accept other types of material, such as a thermoset plastic or a metal or combination of materials.

**[0018]** In an example of use of one embodiment of the device 100, the user selects a particular type and color of a thermoplastic feed stock 20 and introduces the feed stock 20 into the entrance port 115 (see FIG. 2) and connects a power cord (not shown in FIG. 1) to a power source, such as a wall outlet. In certain embodiments, the 3D drawing device 100 may include a portable power source (not shown in FIGS. 1-2), for example a lithium polymer battery, to power the device 100. After a warm-up period, the user may press button 122 while drawing a line on a surface with the device 100, for example tracing a pattern on a printed sheet, in a manner similar to drawing a line with a pencil. A column 22 of the feed stock 20 is extruded from the nozzle assembly while the button 122 is depressed. In certain embodiments, the column 22 may be 0.3 mm in diameter. If the user moves the device along the surface at approximately the same speed as the rate of extrusion of the column 22, the user will create a solid, three-dimensional "line" on the surface. In certain embodiments, the feed stock 20 exists the nozzle assembly 130 in essentially a solid form such that the extruded column retains its shape. In certain

embodiments, freshly extruded feed stock 20 will bond to previously extruded columns 22 such that a structure may be formed by drawing a line across to onto a previously drawn column 22.

**[0019]** In certain embodiments, button 122 may cause the feed stock 20 to be extruded at a first rate, for example 2.6 mm/sec, while the second button 124 may cause the feed stock 20 to be extruded at a second rate, for example 5.0 mm/sec. In certain embodiments, the first rate may be in the range of 0.1-10.0 mm/sec and the second rate may be in the range of 2-50 mm/sec. In certain embodiments, the first and second rates are chosen to provide a speed appropriate for the intended user, for example a device 100 intended for use by a young child may have slower rates than a device 100 intended for an adult artist. In certain embodiments, the 3D drawing device 100 may include a variable speed control mechanism (not shown in FIG. 1-2) to allow the user to adjust one or more of the rates of extrusion. In certain embodiments, the variable speed control mechanism may include a dial. In certain embodiments, releasing either of the buttons 122, 124 may cause the internal mechanism to draw the feed stock 20 backward a certain amount, thereby breaking off the extruded column 22. In this manner, the user can "write" with the 3D drawing device 100 in much the same manner as they would with a pen except they can do so in three dimensions since the extruded material is three-dimensional. The user can create free-form lines, shapes or other objects, as desired. A user may additionally use stencils or other guides in order to create desired objects such as sculpture, jewelry, artistic pieces, etc. In addition, or in the alternative, the 3D drawing device 100 may be used to repair or enhance existing objects and structures. In certain embodiments, pressing both buttons 122, 124 at the same time may cause another action, such as expelling the unused portion of the feed stock 20 from the entrance port 115 such that the user may switch to a different color or type of feed stock 20.

**[0020]** FIG. 2 is a cut-way view of the device 100 of FIG. 1 with a portion of the housing 110 removed according to certain aspects of the present disclosure. It can be seen that a circuit assembly 126 is positioned under the switches 122, 124 and a feed mechanism 150 is disposed on the lower housing 114, with the feed stock 20 entering through the entrance port 115 and passing over and between elements of the feed mechanism 150, which is discussed in greater detail with respect to FIGS. 4A-4B. In certain embodiments, the circuit assembly 126 may include a processor while, in certain embodiments, the circuit assembly 126 may include analog

circuit elements such as mechanical switches, resistors, capacitors, and other electrical elements (not visible in FIG. 2) as known to those of skill in the art. In certain embodiments, the circuit assembly 126 may include a power conditioning circuit (not shown) that converts power from the power source to a different form, such as a direct current (DC) voltage. In certain embodiments, the circuit assembly 126 may include a portable power source (not shown in FIG. 2). In certain embodiments, the circuit assembly 126 may be connected to an external power source through a power cord (not shown in FIGS. 1-2). In certain embodiments, the 3D drawing device 100 also includes an external control interface 127 that is connected to the circuit assembly 126 and configured to accept actuation commands from a remote system, such as a computer numerical control (CNC) machine. In certain embodiments, the housing 110 may be adapted for mounting on a tool interface of a CNC machine such that the machine can manipulate the 3D drawing device 100 to create 3D objects. For example, the external control interface 127 may include three electrical pins, wherein a pin 1 is a common such as a ground, a pin 2 that is coupled to the button 122 such that provision of a DC voltage across pin 1 and pin 2 is equivalent to pressing button 122, and a pin 3 that is coupled to the button 124 such that provision of a DC voltage across pin 1 and pin 3 is equivalent to pressing button 124. In certain embodiments, the external control interface 127 may be configured to accept signals through a radio frequency (RF) or optical wireless system. In certain embodiments, the external control interface 127 may be configured to accept signals through a fiber-optic cable.

**[0021]** FIGS. 3A-3B are cross-sectional and cutaway views of the device 100 of FIG. 1 according to certain aspects of the present disclosure. FIG. 3A is a side view of the entire 3D drawing device 100, showing how the upper housing 112 and lower housing 114 together form an internal volume 116 in which is located the feed mechanism 150. At the right end, it can be seen that the nozzle assembly 130 includes an extruder 132 and a guide tube 134, which are discussed in greater detail with respect to FIG. 3B. the fan assembly 140 includes a fan cover 142, which is stationary and attached to the upper housing 112, an impeller 14 located underneath the cover 142 and configured to draw air into the internal volume 116 through ports (not visible in FIG. 3A) in the cover 142. A motor 146 is mounted, in this example, to the lower housing 114 and drives the impeller 144 at a constant speed. The air that is drawn into the internal volume may, in certain embodiments, flow out through either cooling ports 118 in the

upper and lower housings 112, 114. The cooling ports 118 are discussed in greater detail with respect to FIG. 3B. It can be seen in FIG. 3A that, in this embodiment, the feed stock 20 follows a straight path though the device 100.

**[0022]** FIG. 3B is a close-up, cutaway view of the nozzle assembly 130. The extruder 132 has a first chamber 135 formed as a cylindrical bore of approximately the same diameter as the feed stock 20 and an extrusion passage 133 of a smaller diameter, terminating in an exit nozzle 133A. In certain embodiments, the first chamber 135 may have a first diameter of 3 mm while the extrusion passage 133 has a diameter of 0.3 mm. In certain embodiments, the extruder 132 is formed of a thermally conductive material, for example a metal or a ceramic, with a heating element, for example a nichrome wire, (not visible in FIG. 3B) wound around the exterior circumference. When the device 100 is connected to a power source, the heating element raises the temperature of the extruder 132 to a temperature that may be above the melting point of the feed stock 20. In certain embodiments, the nozzle assembly 130 includes a temperature sensor that is connected to the circuit assembly 126 which may include a temperature control circuit to regulate the power to the heater element so as to maintain the temperature of the extruder 132 within a desired range of a setpoint. As systems and methods for temperature regulation are known to those of skill in the art, the details are not provided herein. In certain embodiments, an indicator (not shown), for example an LED, may be provided to indicate that the extruder 132 has reached a temperature sufficient to melt the feed stock 20.

**[0023]** In certain embodiments, for example with a feed stock comprising a plastic, the temperature of the extruder 132 may be in the range of 20-500 °C. In certain embodiments, for example with a feed stock comprising a metal, the temperature of the extruder 132 may be in the range of 1000-2000 °C. In certain embodiments, for example with a feed stock comprising a metal such as lead, tin, or mixtures thereof, the temperature of the extruder 132 may be in the range of 100-400 °C. In certain embodiments, for example with a feed stock comprising a metal such as copper, gold, silver or mixtures thereof, the temperature of the extruder 132 may be in the range of 1000-1200 °C. In certain embodiments, for example with a feed stock comprising a metal such as platinum, the temperature of the extruder 132 may be in the range of 1600-2000 °C. In certain embodiments, the 3D drawing device 100 may include a variable temperature controller (not shown) that is connected to the circuit assembly 126 to allow a user

to select a setpoint temperature for the extruder 132. In certain embodiments, the variable temperature controller may allow the use to select a type of material, for example "thermoplastic," and the circuit assembly 126 will adjust the setpoint temperature of the extruder 132. In certain embodiments, the variable temperature controller may include a dial.

**[0024]** A guide tube 134 is aligned with the first chamber 135 of the extruder 132 such that feed stock passing through the guide tube 134 enters the first chamber 135. In certain embodiments, the guide tube 134 may be formed of a low-friction material, such as polytetrafluoroethylene (PTFE), so allow the feed stock 20 to slide easily while also minimizing the gap between the guide tube 134 and feed stock 20. The extruder 132 and guide tube 134 are held in alignment by a mounting tube 138. In certain embodiments, the mounting tube 138 is formed of a metal having a relatively low thermal conductivity, compared to other metals. In certain embodiments, the mounting tube 138 may be a stainless steel. In certain embodiments, an insulating film (not visible in FIG. 3B), for example a polyimide tape, may be applied over the heating element and under the mounting tube 138.

**[0025]** In certain embodiments, an insulator 131 may be provided over the mounting tube 138 so as to reduce the amount of heat transferred from the extruder 132 to the upper and lower housings 112, 114. In certain embodiments, one or both of the upper and lower housings 112, 114 may have cooling ports 118 formed therethrough such that air can flow from the interior volume 116 to the ambient atmosphere. In certain embodiments, the passages formed in the top and bottom housings 112, 114 that lead to the cooling ports 118 may be angled such that the air that emerges from the cooling ports 118 is directed inward toward the tip 137. Thus, as the air exits the cooling ports 118, the air passes by the tip 137 of the extruder 132, cooling both the tip 137 and the feed stock 20 that just been extruded from the extrusion passage 133. Both of these cooling effects serve to reduce the temperature of the feed stock 20 as it exits the extrusion passage 133 such that the feed stock 20 may be essentially solid as it exits the extrusion passage 133. In certain embodiments, the freshly extruded feed stock 20 may be pliable and formable into various shapes. In certain embodiments, the surface of the freshly extruded feed stock 20 may be receptive to attachment, *e.g.* sticky, such that the extruded material will bond to other previously extruded feed stock 20.

[0026] In certain embodiments, there may be a gap between the insulator 131 and the mounting tube 138. In certain embodiments, this gap may provide a thermal break so as to further thermally isolate the upper and lower housings 112, 114 from the extruder 132.

[0027] As the feed stock 20 is driven toward the extrusion passage 133 by the feed mechanism 150 (not shown in FIG. 3B), the portion of the feed stock 20 that is within the extruder 132 will be heated by the extruder 132 such that the feed stock 20 within the first chamber 135 softens or melts. As the solid feed stock 20 is forced forward, the softened or molten feed stock 20 will be forced out through the extrusion passage 133 and emerge from the tip 137, where the cooling air that is flowing out of the cooling ports 118 flows over the freshly extruded feed stock 20, thereby cooling and solidifying the feed stock 20. In certain embodiments, a portion of the extruder 132 that extends outward beyond a front plane 102 may be cooled to a temperature below the temperature of the main portion of the extruder 132 by the air flowing out of the cooling ports 118. In certain embodiments, the temperature of the tip 137 may be below the melting point of the feed stock 20.

[0028] FIGS. 4A-4B are plan and perspective views of the feed mechanism 150 according to certain aspects of the present disclosure. FIG. 4A shows a series of gear pairs 153, 154, 155, 156, and 157 that are driven by the motor 152 through a spur gear (not visible in FIG. 4A) that is attached to the rotor of the motor 152. Each gear pair has a large gear and a small gear that are fixedly attached to each other and rotate about a common axis. The small gear of the motor 152 drives the large gear 153A, which causes the small gear 153B to drive the large gear 154A. In certain embodiments, the large gears 153A, 154A, 155A, 156A, and 157A each may have 40 teeth while the small gears 153B, 154B, 155B and 156B (not visible in FIG. 4A), and 157B may have 12 teeth, providing a 40:12 step-down ratio between each gear pair. In certain embodiments, the step-down from the motor 152 to the small gear 157B may be 5*(40:12) or approximately 17:1, *i.e.* seventeen complete rotations of the motor 152 causes only one complete rotation of the small gear 157B. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may have a different number of teeth on the large and/or small gears. In certain embodiments, the gear pairs 153, 154, 155, 156, and 157 may not have the same number of teeth on each corresponding large or small gear.

**[0029]** In use, the use of a motor 152 to drive a step-down gear train 150 to control the advancement of the feed stock 20 provides an improved level of control over the rate of extrusion of the feed stock 20. For example, a conventional glue gun has a direct linkage between a trigger and the glue stick, such that pressure on the trigger on the trigger is directly transferred to the rod. The rate of advancement of the glue stick, and therefore the rate of extrusion, is dependent upon the viscosity of the melted glue and therefore caries over a die range. This often results in excessive glue being dispensed. In addition, since releasing the trigger does not retract the glue stick, there is frequently a "tail" of glue drawn out of the glue gun as the nozzle is moved away from the dispensing location. In contrast, the disclosed 3D drawing device 100 provides a constant rate of extrusion, for example 3 mm/sec, due to the controlled motion provided by the motor 152 and gear train 150. In addition, the circuit assembly 126 causes the motor 152 to briefly run in reverse when the button 122 is released, thereby retracting the feed stock 20 slightly and drawing the melted feed stock 20 that is within the extrusion passage 133 back into the extruder 132, thereby cleanly severing the extruded column 22 from the tip 137.

**[0030]** FIG. 4B shows how the teeth of the final small gear 157B engage the feed stock 20. In this embodiment, the feed stock 20 passes by a post 119 of the lower housing 114, then by the small gear 157B, and then into the guide tube 134. In certain embodiments, the gear 157B is positioned such that the teeth press against the feed stock 20, which is restrained from lateral motion away from the teeth of gear 157B by the post 119 and the guide tube 134, such that rotation of the gear 157B applies an axial force, *i.e.* directed along the length, to the feed stock 20. Rotation of the gear set 150 in a first direction will cause the feed stock 20 to move linearly forward, *i.e.* toward the tip 137. As this portion of feed stock 20 is not affected by the heating within the extruder 132, rotation of the gear set 150 in a reverse direction will cause the feed stock 20 to move linearly backward, *i.e.* away from the tip 137.

**[0031]** It can be seen from FIGS. 4A and 4B that rotation of the motor 152, which is controlled by pressing one of the buttons 122, 124, causes the feed stock 20 to move forward or backward. The step-down from the motor 152 to the small gear 157B provides a smooth rate of motion of the feed stock, as the motor 152 may turn at a speed within a normal range of smooth operation while the step-down converts this to a low rate of linear motion of the feed stock 20.

[0032] FIGS. 5A-5B are perspective and cutaway views of another embodiment 200 of a 3D drawing device according to certain aspects of the present disclosure. FIG. 5A shows a 3D drawing device 200 configured to accept a feed stock in the form of pellets 25 that are held in a hopper 250 attached to the body 210. A power cord 270 is attached to the body 210. FIG. 5B is a cut-away view showing a feed screw 260 that transfers the pellets 25 from the hopper 250 to the nozzle assembly 230 that melts the pellets 25 and, under pressure provided by the feed screw 260, extrudes the melted feed stock 25 in a manner similar to the nozzle assembly 130 of embodiment 100, previously discussed. Other features of the embodiment 100, such as the cooling ports 118, may also be provided in embodiment 200. In certain embodiments, the pellets may be transferred from the hopper 250 to the nozzle assembly 130 by other mechanisms, for example a reciprocating cylinder (not shown in FIGS. 5A-5B) as will be known to those of skill in the art. In certain embodiments, the feed stock may be provided as a liquid, for example an epoxy with beads of catalyst suspended in a liquid polymer, that is held in the hopper 250. In certain embodiments, passage of the liquid feed stock through an extrusion passage, similar to extrusion passage 133 of embodiment 100, may modify the liquid feed stock such that it hardens quickly after extrusion from the 3D drawing device 200.

[0033] The disclosed examples of a 3D drawing device illustrate the principles of its construction and use. The provision of a flow of cooling air at the tip to quickly solidify the extruded feed stock allows the user to work in three dimensions, rather than being forced to rely on a support surface to hold the still-fluid extruded material in place while it hardens. The use of a mechanical gear train to advance the feed stock, instead of a pressurized supply or a direct connection between a trigger and a feed rod, allows precise control of the rate of extrusion, thereby increasing the uniformity of the extruded column of material and allowing precise placement without excess material.

[0034] This application includes description that is provided to enable a person of ordinary skill in the art to practice the various aspects described herein. While the foregoing has described what are considered to be the best mode and/or other examples, it is understood that various modifications to these aspects will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other aspects. It is understood that the specific order or hierarchy of steps or blocks in the processes disclosed is an illustration of

exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps or blocks in the processes may be rearranged. The accompanying method claims present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented. Thus, the claims are not intended to be limited to the aspects shown herein, but is to be accorded the full scope consistent with the language claims.

**[0035]** Headings and subheadings, if any, are used for convenience only and do not limit the invention.

**[0036]** Reference to an element in the singular is not intended to mean "one and only one" unless specifically so stated, but rather "one or more." Use of the articles "a" and "an" is to be interpreted as equivalent to the phrase "at least one." Unless specifically stated otherwise, the terms "a set" and "some" refer to one or more.

**[0037]** Terms such as "top," "bottom," "upper," "lower," "left," "right," "front," "rear" and the like as used in this disclosure should be understood as referring to an arbitrary frame of reference, rather than to the ordinary gravitational frame of reference. Thus, a top surface, a bottom surface, a front surface, and a rear surface may extend upwardly, downwardly, diagonally, or horizontally in a gravitational frame of reference.

**[0038]** Although the relationships among various components are described herein and/or are illustrated as being orthogonal or perpendicular, those components can be arranged in other configurations in some embodiments. For example, the angles formed between the referenced components can be greater or less than 90 degrees in some embodiments.

**[0039]** Although various components are illustrated as being flat and/or straight, those components can have other configurations, such as curved or tapered for example, in some embodiments.

**[0040]** Pronouns in the masculine (*e.g.*, his) include the feminine and neuter gender (*e.g.*, her and its) and vice versa. All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to

the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "operation for."

**[0041]** A phrase such as an "aspect" does not imply that such aspect is essential to the subject technology or that such aspect applies to all configurations of the subject technology. A disclosure relating to an aspect may apply to all configurations, or one or more configurations. A phrase such as an aspect may refer to one or more aspects and vice versa. A phrase such as an "embodiment" does not imply that such embodiment is essential to the subject technology or that such embodiment applies to all configurations of the subject technology. A disclosure relating to an embodiment may apply to all embodiments, or one or more embodiments. A phrase such as an embodiment may refer to one or more embodiments and vice versa.

**[0042]** The word "exemplary" is used herein to mean "serving as an example or illustration." Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs.

**[0043]** All structural and functional equivalents to the elements of the various aspects described throughout this disclosure that are known or later come to be known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the claims. Moreover, nothing disclosed herein is intended to be dedicated to the public regardless of whether such disclosure is explicitly recited in the claims. No claim element is to be construed under the provisions of 35 U.S.C. §112, sixth paragraph, unless the element is expressly recited using the phrase "means for" or, in the case of a method claim, the element is recited using the phrase "step for." Furthermore, to the extent that the term "include," "have," or the like is used in the description or the claims, such term is intended to be inclusive in a manner similar to the term "comprise" as "comprise" is interpreted when employed as a transitional word in a claim.

**[0044]** Although embodiments of the present disclosure have been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only

and is not to be taken by way of limitation, the scope of the present invention being limited only by the terms of the appended claims.

CLAIMS

What is claimed is:

1. A three-dimensional (3D) drawing device comprising:

a housing configured to accept a feed stock;

a nozzle assembly at least partially disposed within the housing and having an exit nozzle;

a motor disposed within the housing; and

a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

2. The 3D drawing device of claim 1, further comprising a heating element positioned adjacent to the exit nozzle and configured to melt the feed stock prior to extrusion through the exit nozzle.

3. The 3D drawing device of claim 1, further comprising a fan configured to provide a flow cooling air at exit nozzle.

4. The 3D drawing device of claim 3, wherein:

the housing comprises an internal volume and at least one cooling port proximate to the exit nozzle, the cooling port in fluid communication with the internal volume; and

the fan is disposed within the housing and configured to draw air into the internal volume.

5. The 3D drawing device of claim 4, wherein the at least one cooling port is configured to direct a flow of cooling air from the internal volume onto the extruded feed stock at the exit nozzle.

6. The 3D drawing device of claim 1, further comprising an actuator configured to selectably cause the motor to rotate in at least a first direction that causes the feed stock to be extruded out of the exit nozzle.

7. The 3D drawing device of claim 6, wherein the actuator is configured to selectably cause the motor to rotate in a second direction that is opposite the first direction.

8. The 3D drawing device of claim 7, wherein the actuator comprises at least one button.

9. The 3D drawing device of claim 8, wherein the actuator comprises:

a first button that causes the motor to rotate in the first direction at a first speed such that the feed stock is extruded out of the exit nozzle at a first rate; and

a second button that that causes the motor to rotate in the first direction at a second speed such that the feed stock is extruded out of the exit nozzle at a second rate that is greater than the first rate,

wherein simultaneous actuation of the first and second buttons causes the motor to rotate in the second direction.

10. The 3D drawing device of claim 1, wherein:

the feed stock is provided in the in the form of a strand; and

the gear train comprises a final gear having teeth that engage the strand of feed stock such that rotation of the final gear causes the strand of feed stock to linearly move.

11. A three-dimensional (3D) drawing device comprising:

a housing configured to accept a feed stock, the housing having an internal volume and at least one cooling port in fluid communication with the internal volume;

a nozzle assembly at least partially disposed within the housing proximate to the at least one cooling port and having an exit nozzle;

a fan disposed within the housing and configured to draw air into the internal volume and then force the air out of the at least one cooling port;

a motor disposed within the housing; and

an actuator coupled to the housing, wherein actuation of the actuator causes the feed stock to be extruded out of the exit nozzle to form a three-dimensional object.

12. The 3D drawing device of claim 11, further comprising a heating element positioned adjacent to the exit nozzle and configured to melt the feed stock prior to extrusion through the exit nozzle.

13. The 3D drawing device of claim 11, wherein the at least one cooling port is configured to direct a flow of cooling air from the internal volume onto the extruded feed stock at the exit nozzle.

14. The 3D drawing device of claim 11, further comprising:

a motor disposed within the housing and coupled to the actuator such that actuation of the actuator causes the motor to rotate in at least a first direction; and

a gear train disposed within the housing and coupled between the motor and the feed stock and configured such that rotation of the motor in the first direction causes the feed stock to be extruded out of the exit nozzle.

15. The 3D drawing device of claim 14, wherein the actuator is configured to selectably cause the motor to rotate in a second direction that is opposite the first direction.

16. The 3D drawing device of claim 15, wherein the actuator comprises at least one button.

17. The 3D drawing device of claim 16, wherein the actuator comprises:

a first button that causes the motor to rotate in the first direction at a first speed such that the feed stock is extruded out of the exit nozzle at a first rate; and

a second button that that causes the motor to rotate in the first direction at a second speed such that the feed stock is extruded out of the exit nozzle at a second rate that is greater than the first rate,

wherein simultaneous actuation of the first and second buttons causes the motor to rotate in the second direction.

18. The 3D drawing device of claim 14, wherein:

the feed stock is provided in the form of a strand; and

the gear train comprises a final gear having teeth that engage the strand of feed stock such that rotation of the final gear causes the strand of feed stock to linearly move.

19. The 3D drawing device of claim 1, wherein the housing is configured to be held in a user's hand.

20. The 3D drawing device of claim 11, wherein the housing is configured to be held in a user's hand.

1/4




FIG.1




FIG.2


140
100
112
116
130
118
142
144
146
20
150
114
134
132
118

FIG.3A


102
112
118
135
137
20
134
132
133A
116
138
131
133
114
118

FIG.3B

3/4




FIG.4A




FIG.4B

4/4




FIG.5A




FIG.5B

E11

**INTERNATIONAL SEARCH REPORT**

International application No.
**PCT/US2013/061004**

**A. CLASSIFICATION OF SUBJECT MATTER**

**B29C 67/00(2006.01)i**

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
B29C 67/00; B29C 65/40; B29C 47/00; B29B 1/00; B67D 5/32; B32B 31/00; B29C 47/88

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
Korean utility models and applications for utility models
Japanese utility models and applications for utility models

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
eKOMPASS(KIPO internal) & keywords: 3D, three dimension, draw, device, extrude, extrusion, nozzle, handheld, fan, cool

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2003-0137077 A1 (LEE, K. et al.) 24 July 2003<br>See abstract; claims 2, 5; paragraphs [0018], [0019]; and figure 2. | 1-2,6-10,19 |
| A | | 3-5,11-18,20 |
| A | JP 63-205216 A (JUNKOSHA CO., LTD.) 24 August 1988<br>See claim 1 and figure 1. | 1-20 |
| A | US 4681524 A (IKEDA, S. et al.) 21 July 1987<br>See abstract; claims 1; and figure 1. | 1-20 |
| A | US 4552287 A (DZIKI, M. M.) 12 November 1985<br>See abstract and claim 1. | 1-20 |
| A | US 4597821 A (MUNRO, A. R.) 01 July 1986<br>See claim 1. | 1-20 |

☐ Further documents are listed in the continuation of Box C. ☒ See patent family annex.

* Special categories of cited documents:
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier application or patent but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed
"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents,such combination being obvious to a person skilled in the art
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 17 December 2013 (17.12.2013) | **17 December 2013 (17.12.2013)** |

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| Korean Intellectual Property Office<br>189 Cheongsa-ro, Seo-gu, Daejeon Metropolitan City, 302-701, Republic of Korea<br>Facsimile No. +82-42-472-7140 | HONG, Sung Ran<br>Telephone No. +82-42-481-5405 |

**INTERNATIONAL SEARCH REPORT**

Information on patent family members

International application No.

**PCT/US2013/061004**

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US 2003-0137077 A1 | 24/07/2003 | None | |
| JP 63-205216A | 24/08/1988 | None | |
| US 04681524 A | 21/07/1987 | JP 04-025073 B | 28/04/1992 |
| | | JP 1734454 C | 17/02/1993 |
| | | JP 61-068161A | 08/04/1986 |
| US 04552287 A | 12/11/1985 | CN 1016295 C0 | 11/06/1995 |
| | | CN 1029602 C | 30/08/1995 |
| | | CN 86108128 A | 10/02/1988 |
| | | EP 0116400 A1 | 22/08/1984 |
| | | EP 0116400 B1 | 09/09/1987 |
| | | EP 0148758 A2 | 17/07/1985 |
| | | EP 0148758 A3 | 30/12/1986 |
| | | EP 0148758 B1 | 15/03/1989 |
| | | EP 0191594 A3 | 11/11/1987 |
| | | EP 0254785 A2 | 03/02/1988 |
| | | EP 0254785 B1 | 15/04/1992 |
| | | JP 04036059 B | 15/06/1992 |
| | | JP 05033116 B | 18/05/1993 |
| | | JP 05045445 Y | 19/11/1993 |
| | | JP 1745448 C | 25/03/1993 |
| | | JP 1820175 C | 27/01/1994 |
| | | JP 59-166269 A | 19/09/1984 |
| | | JP 60-161135 A | 22/08/1985 |
| | | JP 61-181565 A | 14/08/1986 |
| | | JP 63023006 U | 16/02/1988 |
| | | KR 10-1986-0006328 A | 09/09/1986 |
| | | KR 20-1992-0001809 Y1 | 20/03/1992 |
| | | US 04552287 A | 12/11/1985 |
| | | US 04621748 A | 11/11/1986 |
| | | US 04658991 A | 21/04/1987 |
| | | US 04664296 A | 12/05/1987 |
| | | US 04774123 A | 27/09/1988 |
| US 04597821 A | 01/07/1986 | EP 0153947 A1 | 11/09/1985 |
| | | WO 85-01009 A1 | 14/03/1985 |

(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) Publication number: **0 363 124 A2**

# EUROPEAN PATENT APPLICATION

(21) Application number: **89310057.8**

(51) Int. Cl.⁵: **B05C 17/005**

(22) Date of filing: **02.10.89**

(30) Priority: **03.10.88 US 252688**

(43) Date of publication of application: **11.04.90 Bulletin 90/15**

(84) Designated Contracting States: **DE FR GB IT NL**

(71) Applicant: **MINNESOTA MINING AND MANUFACTURING COMPANY**
**3M Center, P.O. Box 33427**
**Saint Paul, MN 55133- 3427(US)**

(72) Inventor: **Dennison, Richard L. c/o Minnesota Mining and**
**Manufacturing Company 2501 Hudson Road**
**St. Paul Minnesota 55144-1000(US)**

(74) Representative: **Baillie, Iain Cameron et al**
**c/o Ladas & Parry Isartorplatz 5**
**D-8000 München 2(DE)**

## (54) Automated thermoplastic dispensing device.

(57) A device for dispensing molten thermoplastic material comprising a barrel member (14) having an internal melting chamber communicating with an outlet opening through a nozzle (16), and a sleeve (18) having one end secured at the barrel member (14) and a through opening communicating with the end of the melting chamber opposite the outlet opening. The sleeve (18) is adapted to receive a rod (20) of solid thermoplastic material with one end portion of the rod (20) in the melting chamber and the rod (20) projecting through the sleeve (18) along a predetermined path. the barrel member (14) is heated to melt the end portion of the rod (20) therein, and a drive (22) adapted to be switched between a deactivated state and an activated state is provided for driving the rod (20) of solid thermoplastic material into the melting chamber at a predetermined rate to expel molten thermoplastic material through the nozzle (16). Upon switching of the drive (22) from the activated state to the deactivated state the drive (22) moves the rod (20) of solid thermoplastic material a small distance out of the melting chamber to cause molten thermoplastic material in the nozzle (16) to flow toward the melting chamber and restrict movement (i.e., dripping or stringing) of that molten thermoplastic material out of the nozzle (16).




FIG.1

EP 0 363 124 A2

# AUTOMATED THERMOPLASTIC DISPENSING DEVICE

## Technical Field

The present invention relates to devices for dispensing molten thermoplastic material, and in one important aspect to means in such devices for restricting molten thermoplastic material from leaking through a nozzle on such a device when it is not in use.

## Background Art

Devices are known for dispensing molten thermoplastic material that comprise a barrel member mounted on a frame and having an internal melting chamber communicating with an outlet opening through a nozzle, a sleeve having one end secured at the barrel member and a central opening communicating with the end of the melting chamber opposite the outlet opening which is adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a predetermined path, and means for heating the barrel member to melt the end portion of the rod therein so that when the rod is pressed into the barrel member molten thermoplastic material will be expelled through the nozzle. U.S. Patents Nos. 4,552,287 and 4,457,457 describe such devices. The device described in U.S. Patent No. 4,457,457, also includes driving means in the form of an external compressed air power source adapted to be switched between activated and deactivated states for, when in the activated state, driving the rod of solid thermoplastic material into the melting chamber to expel molten thermoplastic material through the nozzle. While such devices are suitable for many purposes, they do not afford the precision needed to dispense molten thermoplastic material in many automated systems (e.g., robot operated systems) in that it is difficult to actuate the device in such a way that will produce a precise predetermined amount or rate of output from the device, and there is a tendency for some molten thermoplastic material to escape from the nozzle when the devices is not being activated to dispense material, which is undesirable or unacceptable for many automated applications.

## Disclosure of Invention

The present invention provides a device for dispensing molten thermoplastic material which does afford the precision needed to dispense molten thermoplastic material in automated systems, can be actuated in such a way that will produce a variety of precise predetermined amounts or rates of output from the device, and which restricts molten thermoplastic material from escaping or "stringing" from the nozzle when the device is not being activated to dispense material.

According to the present invention there is provided a device for dispensing molten thermoplastic material which, like the device described above, comprises a barrel member mounted on a frame and having an internal melting chamber communicating with an outlet opening through a nozzle, a sleeve having one end secured at the barrel member and having a through opening communicating with the end of the melting chamber opposite the outlet opening, the sleeve being adapted to receive a rod of solid thermoplastic material with one end portion of the rod in the melting chamber and the rod projecting through the sleeve along a predetermined path, means for heating the barrel member to melt the end portion of the rod therein, and driving means adapted to be switched between a deactivated state and an activated state for driving the rod of solid thermoplastic material into the melting chamber so that molten thermoplastic material will be dispensed through the nozzle.

Unlike the device described above, however, in the device according to the present invention the driving means can be activated to drive the rod of solid thermoplastic material into the melting chamber at a predetermined rate to expel molten thermoplastic material through the nozzle at a predetermined rate, and includes suck back means operable upon switching of the drive means from the activated state to the deactivated state adapted for moving the rod of solid thermoplastic material a short distance out of the melting chamber to cause molten thermoplastic material in the nozzle to flow toward the melting chamber and restrict movement or dripping of that molten thermoplastic material out of the nozzle.

Preferably device is adapted to drive the rod of solid thermoplastic material into the melting chamber at any one or a plurality of different predetermined rates, and the suck back means is adapted for moving the rod of solid thermoplastic material a single predetermined distance out of the melting chamber regardless of the rate at which the rod was being driven into the melting chamber in the activated state .

Also, preferably the driving means comprises at least one drive roller which is rotatably mounted on the frame adjacent the end of the sleeve op-

posite the chamber with its axis transverse of the path and its the periphery (which is adapted for engagement with the rod of solid thermoplastic material) positioned to afford driving engagement with the portion of the rod of solid thermoplastic material projecting along the path. A rotor in a reversible direct current motor is coupled by drive means to the drive roller, and motor control means are provided that can rotate the rotor of the motor in a forward rotational direction at different predetermined rates of speed so that through the drive roller the motor can expel molten thermoplastic material through the nozzle at different predetermined rates; and the suck back means comprises means in the motor control means for, when the motor is deactivated, sequentially, shorting electro motive forces in the motor to ground, and applying a predetermined amount of power to rotate the armature of the motor in a reverse rotational direction through a predetermined angle to move the rod of solid thermoplastic material said single predetermined distance out of the melting chamber. Such shorting of the electro motive forces in the motor is important, for if it were not done the application of a predetermined amount of power to operate the motor in the reverse direction would result in different angles of rotation of the motor armature due to the need before the rotation could begin to overcome different amounts of electro motive force remaining in the motor resulting from different rates of armature rotation prior to deactivating the motor.

## Brief Description of Drawing

The present invention will be further described with reference to the accompanying drawing wherein like reference numerals refer to like parts in the several views, and wherein:

Figure 1 is a vertical front view of a device for dispensing molten thermoplastic material according to the present invention that has parts broken away to show detail;

Figure 2 is a vertical side view of the device of Figure 1 that has parts broken away to show detail;

Figure 3 is an enlarged fragmentary sectional view taken approximately along line 3-3 of Figure 1;

Figure 4 is an enlarged fragmentary sectional view taken approximately along line 4-4 of Figure 2; and

Figures 5A and 5B together provide a schematic view of a motor control means for the device of Figure 1.

## Detailed Description

Referring now to the drawing, there is shown a device for dispensing molten thermoplastic material according to the present invention generally designated by the reference numeral 10.

Generally the device 10 comprises a frame 12 adapted to be mounted by a bracket 13 on a movable support such as the arm of a robot, a barrel member 14 mounted on the frame 12 and having an internal melting chamber communicating with an outlet opening through a nozzle 16, a sleeve 18 having one end secured at the barrel member 14 and a through opening communicating with the end of the melting chamber opposite the outlet opening, the sleeve 18 being adapted to receive a cylindrical rod 20 of solid thermoplastic material with one end portion of the rod 20 in the melting chamber and the rod 20 projecting through the sleeve 18 along a predetermined path, and means for heating the barrel member 14 to melt the end portion of the rod 20 therein, all being of generally the same structure as the corresponding components of the device described in U.S. Patent No. 4,552,287 (the content whereof is incorporated herein by reference) modified to incorporate the temperature control described in my U.S. Patent Application No. 67,713 filed June 26, 1987, the content whereof is also incorporated herein by reference.

Additionally the device 10 includes novel driving means 22 adapted to be switched between a deactivated state and different forward activated states for driving the rod 20 of solid thermoplastic material into the melting chamber at different predetermined rates to expel molten thermoplastic material through the nozzle 16 at different predetermined rates, and suck back means operable upon switching of the drive means from any one of the forward activated states to the deactivated state adapted for moving the rod 20 of solid thermoplastic material a single predetermined distance out of the melting chamber to cause molten thermoplastic material in the nozzle 16 to flow toward the melting chamber and restrict movement of that molten thermoplastic material out of the nozzle 16.

The driving means comprises at least one, and as illustrated, two drive rollers 24 each having an axially ribbed concave periphery adapted for engagement with by indenting one side of the rod 20 of solid thermoplastic material and rotatably mounted about shafts 26 on the frame 12 in spaced relationship adjacent the end of the sleeve 18 opposite the chamber with its axis transverse of the path and its periphery positioned to afford driving engagement with a portion of the rod 20 of solid thermoplastic material projecting from the sleeve 18 along the path between the sleeve 18 and a

guide tube 27. Each drive roller 24 is in opposed relationship to an idler roller 28 on the opposite side of the path that is similar in size and shape but has a smooth outer surface. Each idler roller 28 is rotatably mounted on a shaft 30 having ends received in slots in the frame 12. The idler rollers 28 are biased toward the drive rollers 24 by the ends of a spring 32 mounted by having a central coil of the spring 32 around a pin 33 on the frame 12 to insure good driving engagement between the drive rollers 24 and the rod 20.

Also included in the driving means is a reversible direct current motor 34 having a rotor 35, drive means in the form of a gear reduction assembly including a spur gear 36 on an output shaft driven by the rotor 35 (e.g., the 6 volt DC motor commercially designated Escap 22C11-216-5 together with the 128 to 1 reduction gear reduction assembly commercially designated Escap B24.0-128, both available from Stock Drive Products Designatronics, Inc., New Hyde Park, N.Y.) and engaged with spur gears 38 fixed at ends of the drive rollers 24 for coupling the rotor 35 to the drive rollers 24, and an electrical circuit (see Figures 5A and 5B) that provides motor control means for deactivating the motor 34 and for operating the motor 34 to rotate the rotor in a forward rotational direction at different predetermined rates of speed so that the motor rotates the drive rollers 24 in a direction to move the rod 20 of solid thermoplastic material into the melting chamber at different predetermined rates to expel molten thermoplastic material through the nozzle 16 at different predetermined rates; and wherein the suck back means comprises means in the motor control means sequentially operated upon deactivation of the motor 34 for shorting electro motive forces in the motor 34 to ground, and for applying a predetermined amount of power to the motor 34 to rotate the rotor 35 in the motor 34 in a reverse rotational direction through a predetermined angle. Such shorting of the electro motive forces in the motor 34 to ground is important, for if it were not done the application of a predetermined amount of power to operate the motor 34 in the reverse direction would result in different angles of reverse rotation of the rotor 35 due to the need before such reverse rotation could begin to overcome different amounts of electro motive force remaining in the motor 34 resulting from different rates of forward rotor rotation prior to deactivating the motor 34. Use of such grounding, however, insures that the the rod 20 of solid thermoplastic material will be moved a single predetermined distance out of the melting chamber to both cause molten thermoplastic material in the nozzle 16 to flow toward the melting chamber and restrict movement or dripping of that molten thermoplastic material out of the nozzle 16, and to place that rod at a known location with in the melting chamber so that upon reactivation of the motor 35 to rotate the rotor 35 in the forward direction the amount of rotation required to start melted thermoplastic material flowing from the nozzle 16 will be known, which is important to place that melted thermoplastic material at a predetermined location on a substrate.

An electrical circuit that provides at least a portion of the motor control means is illustrated in Figures 5A and 5B. In that circuit power is directed to the motor 34 by power transistors 40 (forward rotation) and 42 (reverse rotation). Transistors 40 and 42 are connected together in a complimentary emitter follower configuration and have their emitters connected to contacts of a relay 44 such that through the relay 44 either of the transistors 40 or 42 alone may be connected to the motor 34. When the relay 44 is de-energized its contacts are position so that the reverse rotation transistor 42 is connected to the motor 34, however, a clamp transistor 46 is turned on hard, diverting to ground base drive current for the transistor 42 so that transistor 42 is turned "off" and no power is transmitted to the motor 34. The motor 34 is activated to drive the rod 20 into the chamber by energizing the relay 44 either by depressing the manual adhesive feed switch 48 or by a remote control device (such as may be incorporated in a robot) closing contacts to complete a connection through a plug 50. When the relay 44 is energized, forward rotation transistor 40 is connected to the motor 34. The magnitude of the voltage supplied to the motor 34 and the corresponding rate of armature rotation in the motor 34 is determined by the setting of a potentiometer 52 connected to the base of the forward rotation transistor 40. The maximum voltage that can be applied to the motor 34 is approximately 6 volts and is limited by a zener diode 54 connected across the base input network of the forward rotation transistor 40. Power to rotate the rotor 35 in the motor 34 in the forward direction (and thereby dispense thermoplastic material from the nozzle 16) will be continuously supplied as long as the relay 44 is energized.

The suck back means are provided in that when the relay 44 is first energized normally open contacts 56 & 57 close and set a flip-flop 58 so that pin 56 of the flip-flop 58 goes negative causing a 0.01 uf flip-flop capacitor 60 connected to the output of an inverter 62 to discharge through a 330 ohm resistor 63 and an output of the inverter 62. The flip-flop 58 remains in this state as long as the relay 44 is energized. When the relay 44 is de-energized by either breaking the connection at the manual adhesive feed switch 48 or in the remote control device connected by the plug 50) the reverse rotation transistor 42 is again connected to

the motor 34, the flip-flop 58 is reset by normally closed contacts 56 and 66 causing pin 6 of the flip-flop 58 to go positive which, through the inverter 62, causes a pulse of current to flow though the 330 ohm resistor 63 (i.e., the 0.01 uf capacitor 60 and the 330 ohm resistor 63 form a differentiating network). This ultimately causes a positive pulse of about 5 us to occur at the pin 2 input of a one-shot 72. The Q NOT output of the one-shot 72 goes negative, causing the output of an inverter 74 to go high. This, in turn, causes the input of the clamp transistor 46 to go high by approximately 0.6 volt which causes the transistor 46 to turn "off". When the transistor 46 turns "off" base-emitter current flows in the reverse rotation transistor 42 causing reverse drive voltage to be applied to the motor 34. Note that a full 6 volts of DC power is applied to the drive motor 34. The rotor 35 of the motor 34 will be driven in reverse, thus retracting (or pulling back) the adhesive rod 20 in the barrel member 14, and causing a check valve (not shown) at the nozzle 16 to close quickly, preventing dripping from the nozzle 16 for a short time and breaking the "string" of adhesive extending from the nozzle 16 that normally otherwise occurs. The reverse rotation of the rotor 35 will continue for the time setting of the one-shot 72, which time period is determined by the setting of a 500 K ohm potentiometer 76 connected between pin 15 of the one-shot 72 and a positive 5 volts power supply. The timing provided by the one-shot 72 is variable between approximately 25 micro seconds and approximately 1.6 seconds by adjusting the potentiometer 76. After the one-shot 72 runs out the system returns to its quiescent condition. The suck back of the rod 20 will not occur when the motor 34 is activated for such a short time period that back EMF in the motor 34 is not stabilized and no movement of the rotor 35 or rod 20 occurs. Rather, the rod 20 must be advanced by at least a very short amount before the suck back occurs to prevent the rod 20 from being "backed" out of the barrel member 14.

The circuit shown in Figures 5A and 5B does not illustrate the means described above for shorting electro motive forces in the motor 34 to ground prior to applying a predetermined amount of power to the motor 34 to rotate the rotor 35 in the motor 34 in a reverse rotational direction to provide the suck back of the rod 20. That means for shorting can be provided by incorporating an additional one-shot to control a PNP transistor across the windings of the motor 34 which, with suitable diode steering, will provide such grounding for a predetermined time.

The present invention has now been described with reference to one embodiment thereof. It will be apparent to those skilled in the art that many changes can be made in the embodiment described without departing from the scope of the present invention. Thus the scope of the present invention should not be limited to the structures described in this application, but only by structures described by the language of the claims and the equivalents of those structures.

## Claims

1. A device for dispensing molten thermoplastic material comprising a frame (12), a barrel member (14) mounted on said frame (12) and having an internal melting chamber communicating with an outlet opening through a nozzle (16), a sleeve (18) having one end secured at said barrel member (14) and a through opening communicating with the end of said melting chamber opposite said outlet opening, said sleeve (18) being adapted to receive a rod (20) of solid thermoplastic material with one end portion of the rod (20) in the melting chamber and the rod (20) projecting through said sleeve (18) along a predetermined path, means for heating said barrel member (14) to melt the end portion of the rod (20) therein, driving means (22) adapted to be switched between a deactivated state and an activated state for driving said rod (20) of solid thermoplastic material into said melting chamber at a predetermined rate to expel molten thermoplastic material through said nozzle (16), and suck back means operable upon switching of said drive means from said activated state to said deactivated state adapted for moving said rod (20) of solid thermoplastic material a small distance out of said melting chamber to cause molten thermoplastic material in said nozzle (16) to flow toward said melting chamber and restrict movement of that molten thermoplastic material out of the nozzle (16).

2. A device according to claim 1 wherein said driving means (22) comprises at least one drive roller (24) having an axis and a periphery adapted for engagement with said rod (20) of solid thermoplastic material, means for rotatably mounting said drive roller (24) on said frame (12) adjacent the end of said sleeve (18) opposite said chamber with said axis transverse of said path and said periphery positioned to afford driving engagement with a said rod (20) of solid thermoplastic material projecting though said sleeve (18) along said path, a reversible direct current motor (34) having a rotor (35), drive means for coupling said rotor (35) to said drive roller (24), and motor (34) control means for deactivating said motor (34) and for operating said motor (34) to rotate said rotor (35) shaft in a forward rotational direction at said predetermined rate of speed so that said motor (34) rotates said

dive roller in a direction to move said rod (20) of solid thermoplastic material into said melting chamber to expel molten thermoplastic material through said nozzle (16); and wherein said suck back means comprises means in said motor (34) control means operable upon deactivation of said motor (34) for applying power to said motor (34) to rotate said rotor (35) in said motor (34) in a reverse rotational direction.

3. A device according to claim 1 wherein said driving means (22) is adapted to be switched between different forward activated states for driving said rod (20) of solid thermoplastic material into said melting chamber at different predetermined rates to expel molten thermoplastic material through said nozzle (16) at different predetermined rates, and said suck back means is operable upon switching of said drive means from any one of said forward activated states to said deactivated state for moving said rod (20) of solid thermoplastic material a single predetermined distance out of said melting chamber to cause molten thermoplastic material in said nozzle (16) to flow toward said melting chamber and restrict movement of that molten thermoplastic material out of the nozzle (16).

4. A device according to claim 3 wherein said driving means (22) comprises at least one drive roller (24) having an axis and a periphery adapted for engagement with said rod (20) of solid thermoplastic material, means for rotatably mounting said drive roller (24) on said frame (12) adjacent the end of said sleeve (18) opposite said chamber with said axis transverse of said path and said periphery positioned to afford driving engagement with a said rod (20) of solid thermoplastic material projecting though said sleeve (18) along said path, a reversible direct current motor (34) having a rotor (35), drive means for coupling said rotor (35) to said drive roller (24), and motor (34) control means for deactivating said motor (34) and for operating said motor (34) to rotate said rotor (35) shaft in a forward rotational direction at different predetermined rates of speed so that said motor (34) rotates said dive roller in a direction to move said rod (20) of solid thermoplastic material into said melting chamber at different predetermined rates to expel molten thermoplastic material through said nozzle (16) at different predetermined rates; and wherein said suck back means comprises means in said motor (34) control means sequentially operated upon deactivation of said motor (34) for shorting electro motive forces in said motor (34) to ground, and for applying a predetermined amount of power to said motor (34) to rotate said rotor (35) in said motor (34) in a reverse rotational direction through a predetermined angle.


20
27
10
20
38
35
22
30
24
33
36
3
3
32
30
12
38
34
18
13
14
16

FIG.1


20
27
10
20
38
28
26
36
24
30
22
12
28
24
38
26
18
13
14
16

FIG.2


33
32
30
26
12
10
28
24
36
38
34
22
35

FIG. 3


28
24
10
22
38
32
36
26
33
30
24
38
28
12
18

FIG. 4


SONALERT
+5V
50
48
0.33uf
44
42
40
57
56
66
52
390Ω
1KΩ
6.8V
220Ω
54
180Ω
46
1.8KΩ
IN4001
TEMPERATURE CONTROLLER
+12
DC POWER SUPPLY
-12
120 VAC
A
B
C
D
TO FIG.5B

FIG. 5A


470Ω
470Ω
74
72
27KΩ
+5V
6.8µf
76
+5V
1KΩ
0.01µf
1KΩ
0.22µf
IN4001
60
63
62
470Ω
6.8µf
58
ON HEAT SINK
5V
220µf
270Ω
.22µf
560Ω
22µf
FROM FIG.5A
A
B
C
D
470Ω
330Ω
330Ω
470Ω
560Ω

FIG.5B

(19)中华人民共和国国家知识产权局

(12)实用新型专利

(10)授权公告号 CN 203198622 U
(45)授权公告日 2013.09.18

(21)申请号 201320242437.7
(22)申请日 2013.05.07
(66)本国优先权数据
201320129167.9 2013.03.07 CN

(73)专利权人 周桂花
地址 334000 江西省上饶市信州区五三大道17号设计院宿舍
(72)发明人 周桂花 张勋

(51)Int.Cl.
*B44D 3/22*(2006.01)
*B43K 8/00*(2006.01)

权利要求书1页 说明书6页 附图7页

(54)实用新型名称

一种立体绘画笔

(57)摘要

本实用新型公开了一种立体绘画笔，用于绘制图形，其包括笔壳体、推送物料的推送器、加热熔化物料的加热器、排出物料的喷嘴及电源，推送器、加热器和喷嘴由上至下顺序排布并套设在笔壳体中，喷嘴的下端延伸至所述笔壳体的下端面之下；其通过推送器推送物料至加热器进行熔化，继而熔融状态物料从喷嘴流出，经冷却又恢复为固态，因此在手把持着笔壳体同步移动的过程中，可在移动路径上形成物料构成的图形；该绘画笔绘画时无需要手指直接接触构图材料，安全、卫生，操作方式灵活且接近现有笔体绘图方式无需太高的技艺要求、易学易用、可脱离纸面表现力更佳；绘制的图案无需二次加工即具有稳固的结构或强度，便于保存。




CN 203198622 U

1. 一种立体绘画笔，其特征在于，包括：用于手部把持的笔壳体(4)、用于推送物料的推送器(1)、用于加热熔化物料的加热器(9)、用于排出熔融状态物料的喷嘴(6)和用于供能的电源，所述推送器(1)、加热器(9)和喷嘴(6)由上至下顺序排布并套设在所述笔壳体(4)中，所述喷嘴(6)的下端延伸至所述笔壳体(4)的下端面之下。

2. 如权利要求1所述的立体绘画笔，其特征在于，所述笔壳体(4)中还设有降温风扇(11)，该降温风扇(11)设置在所述笔壳体(4)内所述加热器(9)上方的位置处，在所述笔壳体(4)上对应该降温风扇(11)的安装位置处还设置有出/进风口(12)。

3. 如权利要求2所述的立体绘画笔，其特征在于，所述喷嘴(6)与所述笔壳体(4)的下端部之间留有间隙(8)，该间隙(8)位于所述降温风扇(11)进/出气流的风路上。

4. 如权利要求2所述的立体绘画笔，其特征在于，所述加热器(9)的四周侧壁与所述笔壳体(4)之间留有空隙，该空隙位于所述降温风扇(11)进/出气流的风路上。

5. 如权利要求1至4任一项所述的立体绘画笔，其特征在于，所述物料为有机高分子材质的棒状型材(18)；在所述笔壳体(4)上端还设有一个物料进料口(14)，喷嘴(6)下端为物料出料口(7)，在所述进料口(14)与物料出料口(7)之间为穿透所述推送器(1)、加热器(9)和喷嘴(6)的一个柱状物料通道。

6. 如权利要求5所述的立体绘画笔，其特征在于，所述加热器(9)上部与所述推送器(1)之间还设置有起隔热及物料导向支撑作用的隔热管(17)。

7. 如权利要求6任一项所述的立体绘画笔，其特征在于，在所述推送器(1)的上方和/或下方与物料进料口(14)和/或隔热管(17)之间，还设有起物料导向支撑作用的导向管(3)。

8. 如权利要求1、2、3、4或7所述的立体绘画笔，其特征在于，所述加热器(9)和喷嘴(6)的主体均为热的良导体材质，在所述加热器(9)和喷嘴(6)的外侧壁上还包括有用于减少热量向外传递的隔热层(19)，所述隔热层(19)为热的不良导体材质。

9. 如权利要求1、2、3、4或7所述的立体绘画笔，其特征在于，在所述笔壳体(4)腰部手指握持的位置处，设置有至少控制所述加热器(9)或推送器(1)停止/运行状态的开关器件(21)。

10. 如权利要求1、2、3、4或7所述的立体绘画笔，其特征在于，所述加热器(9)上或所述笔壳体(4)临近加热器(9)的内侧壁上，还设置有过热保护器。

# 一种立体绘画笔

## 技术领域

[0001] 本实用新型涉及一种握持式绘图工具，尤其涉及一种可脱离纸面绘制图形的立体绘画笔。

## 背景技术

[0002] 现有绘图工具，如铅笔、钢笔、粉笔等，在绘制图案时，均需以一个面为附着体（附着面），虽然可以将这个附着面设置为曲面、球面甚至立体雕塑等以增加表现力，但是绘图工具的绘画笔迹始终无法脱离附着体，因此表现力有限。而现有的一些具有立体表现力的工具，如橡皮泥、陶艺等，或需要手指接触影响卫生，或需要丰富的经验和较高的技术要求，或只做成形后需要烘烤、暴晒等复杂的工艺方能具有较为稳固的强度，且这些具有立体表现力的工具都远远不如铅笔、钢笔等平面绘图工具那么易学易用、稳固、快速及卫生。

## 发明内容

[0003] 本实用新型要解决的主要技术问题是，提供一种立体绘画笔，其可脱离纸面绘制线条，并且绘制出的线条具有相对稳固的结构。

[0004] 为解决上述技术问题，本实用新型提供一种立体绘画笔，其包括：用于手部把持的笔壳体、用于推送物料的推送器、用于加热熔化物料的加热器、用于排出熔融状态物料的喷嘴和用于供能的电源，所述推送器、加热器和喷嘴由上至下顺序排布并套设在所述笔壳体中，所述喷嘴的下端延伸至所述笔壳体的下端面之下。

[0005] 所述笔壳体中还设有降温风扇，该降温风扇设置在所述笔壳体内所述加热器上方的位置处，在所述笔壳体上对应该降温风扇的安装位置处还设置有出 / 进风口。

[0006] 所述喷嘴与所述笔壳体的下端部之间留有间隙，该间隙位于所述降温风扇进 / 出气流的风路上。

[0007] 所述加热器的四周侧壁与所述笔壳体之间留有空隙，该空隙位于所述降温风扇进 / 出气流的风路上。

[0008] 所述物料为有机高分子材质的棒状型材；在所述笔壳体上端还设有一个物料进料口，喷嘴下端为物料出料口，在所述进料口与物料出料口之间为穿透所述推送器、加热器和喷嘴的一个柱状物料通道。

[0009] 所述加热器上部与所述推送器之间还设置有起隔热及物料导向支撑作用的隔热管。

[0010] 在所述推送器的上方和 / 或下方与物料进料口和 / 或隔热管之间，还设有起物料导向支撑作用的导向管。

[0011] 所述加热器和喷嘴的主体均为热的良导体材质，在所述加热器和喷嘴的外侧壁上还包括有用于减少热量向外传递的隔热层，所述隔热层为热的不良导体材质。

[0012] 在所述笔壳体腰部手指握持的位置处，设置有至少控制所述加热器或推送器停止 / 运行状态的开关器件。

[0013] 所述加热器上或所述笔壳体临近加热器的内侧壁上，还设置有过热保护器。

[0014] 本实用新型的有益效果是：一种立体绘画笔，其包括用于手部把持的笔壳体、用于推送物料的推送器、用于加热熔化物料的加热器、用于排出熔融状态物料的喷嘴和用于供能的电源，所述推送器、加热器和喷嘴由上至下顺序排布并套设在所述笔壳体中，所述喷嘴的下端延伸至所述笔壳体的下端面之下；其可通过推送器推送物料至加热器进行加热熔化，继而在推送器的连续推送下熔融状态物料从喷嘴流出，经冷却又恢复为固态，因此在手把持着笔壳体同步移动的过程中，可在喷嘴所移动过的路径上形成由熔化后再凝固的物料构成的具有连续性脱离纸面的立体线条或图形，物料熔化再凝固使得绘制的线条具有相对稳固的结构不易变形；并且这种立体绘画笔易在手的控制下比较容易形成准确和稳定的轨迹，具有较强的表现力。

## 附图说明

[0015] 图 1 为本实用新型实施例一的局部剖视结构示意图；

[0016] 图 2 为图 1 所述实施例使用状态的外部结构示意图；

[0017] 图 3 为图 1 所述实施例内部机构在使用状态的剖视结构示意图；

[0018] 图 4 为本实用新型实施例二的局部剖视结构示意图；

[0019] 图 5 为本实用新型实施例三的局部剖视结构示意图；

[0020] 图 6 为本实用新型实施例四的局部剖视结构示意图；

[0021] 图 7 为本实用新型加热器本体部分的另一种实施方式的剖视结构示意图；

[0022] 图 8 为本实用新型加热器本体部分的再一种实施方式的剖视结构示意图；

[0023] 图 9 为本实用新型实施例五的局部剖视结构示意图；

[0024] 图 10 为本实用新型实施例六的局部剖视结构示意图；

[0025] 图 11 为本实用新型实施例七的局部剖视结构示意图；

[0026] 图 12 为本实用新型涉及导向管部分的另一种实施方式的剖视结构示意图；

[0027] 图 13 为本实用新型一种实施例使用绘画使用状态的结构示意图。

## 具体实施方式

[0028] 下面通过具体实施方式结合附图对本实用新型作进一步详细说明。

[0029] 参照图 1、2、3 所示，一种立体绘画笔，其包括：用于手部把持的笔壳体 4、用于推送物料的推送器 1、用于加热熔化物料的加热器 9、用于排出熔融状态物料的喷嘴 6 和用于供能的电源，所述推送器 1、加热器 9 和喷嘴 6 由上至下顺序排布并套设在所述笔壳体 4 中，所述喷嘴 6 的下端延伸至所述笔壳体 4 的下端面之下。通过推送器 1 推送物料至加热器进 9 行加热熔化，继而在推送器 1 的连续推送下熔融状态物料从喷嘴 6 流出，经过冷却又恢复为固态，因此在手把持着笔壳体 4 同步移动的过程中，可在喷嘴 6 所移动过的路径上形成由熔化后再凝固的物料所构成的具有连续性的立体线条或图形 22（参照图 13 所示）；并且由于这种立体绘画笔的笔壳体具有近似现有笔体的结构及握持方式，手指握持部靠近喷嘴 6，易在手的控制下形成准确和稳定的线条或图形（包括外径粗细变化的柱状线条）。

[0030] 参照图 1、2 所示，实施时，所述电源可为外置电源，那么则通过导线 15 连接的民用的交流电，或者民用的交流电先经变压器 16 处理再通过导线 15 传输提供的低压直流电。参

照图 11 所示，实施时，电源也可以为内置电源，如直接在笔壳体 4 上设置蓄电池盒 23，在蓄电池盒 23 内装蓄电池提供的直流电。

[0031] 参照图 1、2、9 所示，实施时，所述笔壳体 4 中还可设有降温风扇 11，该降温风扇 11 可设置在所述笔壳体 4 内所述加热器 9 上方的位置处，在所述笔壳体 4 上对应该降温风扇 11 的安装位置处还设置有出 / 进风口 12。加热器 9 比较靠近喷嘴 6 及笔壳体 4 的尖端，因此加热器 9 上方具有更多的空间供降温风扇 11 设置，在降温风扇 11 的风冷作用下，可实现笔壳体内部的气流流动及降温，避免笔壳体外表面的握持部过热。

[0032] 当然，实施时，降温风扇 11 可以用半导体制冷器件、换气活塞、压缩体等等制冷形式(结构)替代。降温风扇 11 也可以设置在笔壳体 4 外部，也可以独立于笔壳体 4 设置一个降温机构。

[0033] 参照图 1、9 所示，实施时，所述喷嘴 6 与所述笔壳体 4 的下端部之间可留有间隙 8，该间隙 8 位于所述降温风扇 11 的进 / 出气流的风路上。该间隙 8 的设置使得喷嘴 6 的端部及周围具有流动的气流，即可以对喷嘴 6 及笔壳体 4 的下端降温避免烫伤手指又可以对流出喷嘴 6 的物料进行降温，促进其凝固。之所以说进 / 出气流的风路，是因为可以驱动降温风扇 11 正转或反转都同样具有降温作用。

[0034] 参照图 1、9 所示，实施时，所述加热器 9 的四周侧壁与所述笔壳体 4 之间可留有空隙，该空隙位于所述降温风扇 11 进 / 出气流的风路上。该结构的设置，使得加热器 9 的热量通过空气与笔壳体 4 隔离，并且通过降温风扇 11 驱动的流通气流提高隔离效果。

[0035] 参照图 1 所示，实施时，所述笔壳体 4 上还可设有向内凸起的支撑块 10，所述加热器 9 可以通过该支撑块 10 轴向定位在笔壳体 4 的中轴上，从而架空形成所述空隙。当然，可以通过加热器 9 本身与支撑块 10 配合的凹陷、台阶、凸起等或者笔壳体 4 上与加热器 9 上下端面配合的其它限位块实现加热器 9 纵向定位。

[0036] 参照图 2、3 所示，实施时，所述物料可为有机高分子材质的棒状型材 18；可在所述笔壳体 4 上端设一个物料进料口 14，喷嘴 6 下端开口作为物料出料口 7，在所述进料口 14 与物料出料口 7 之间为穿透所述推送器 1、加热器 9 和喷嘴 6 的一个柱状物料通道。物料采用棒状结构，且棒状型材由笔壳体 4 上端进入下端排出的结构，便于连续、稳定地供料、补充 / 更换物料更为方便简单，且便于缩小立体绘画笔的体积(包括长度及宽度)。

[0037] 当然，如果物料采用颗粒状结构，则柱状物料通道需要扩大内径且对应推送器 1 上端需要设置相应的容腔，推送器 1 的推送机构需要改进为如蜗杆 / 螺旋杆结构。

[0038] 参照图 3 所示实施例，该立体绘画笔为单物料管路结构。

[0039] 参照图 1、7 所示，实施时，所述柱状物料通道在由上至下延伸至加热器 9 至喷嘴 6 下端面之间时，可以有一个内径收缩再延伸的过程，以使得物料只有在加热融化的状态才能向下离开喷嘴 6（参照图 7 所示，加热器 9 中部具有一个物料通道收缩结构)。

[0040] 实施时，所述有机高分子材质的棒状型材 18 可为 ABS、PLA、PE、等等熔点在 40-350 度之间的材质，这种材质可以为单种材料也可以为多种材料的混合材质。

[0041] 参照图 1、3、12 所示，实施时，所述加热器 9 上部与所述推送器 1 之间还设置有起隔热及物料导向支撑作用的隔热管 17。实施时，该隔热管 17 可以做成垫片结构(相当于薄管体)，也可以做成长柱状通道体。隔热管 17 起到阻隔加热器 9 热量向上方接触传递，减少热量损耗及避免烫损其它配件。

[0042] 参照图 1、3、6、12 所示，实施时，在所述推送器 1 的上方和 / 或下方与物料进料口 14 和 / 或隔热管 17 之间，还设有起物料导向支撑作用的导向管 3。具体的，如图 1、3 所示，导向管 3 可连接在推送器 1 与隔热管 17 之间 ；如图 6 所示，导向管 3 也可以设置在物料进料口 14 与述推送器 1 之间，推送器 1 直接与隔热管 17 连接 ；当然在图 6 所示实施例基础上拓展，可在推送器 1 与隔热管 17 之间也再增设一个导向管。导向管 3 可起到支撑加强产品结构强度、对物料进入准确的行进轨迹进行导向限位，并在物料为柱状柔性材质时，对物料形成径向支撑，使起在轴向具有较好的推进强度（后端推送时，保证前端不弯曲）。

[0043] 实施时，导向管 3 可以是具有一定强度的金属管体、塑胶管体，也可以是隔热材质 ；参照图 12 所示，导向管 3 也可以与所述隔热材质的隔热管 17 一体成型。以减少装配工序，提高隔热效率。

[0044] 参照图 8 所示，实施时，所述加热器 9 主体和喷嘴 6 主体均为热的良导体材质，在所述加热器 9 和喷嘴 6 的外侧壁上还包括有用于减少热量向外传递的隔热层 19，所述隔热层 19 为热的不良导体材质。当设置有支撑块 10 时，支撑块 10 与隔热层 19 配合，所述间隙 8 设置在笔壳体 4 下端与隔热层 19 之间。

[0045] 参照图 8 所示，实施时，也可以是近在加热器 9 外侧壁上设置有隔热层 19，喷嘴 6 外部不设置隔热层 19，这样可保证加热器 9 多余热量可以从喷嘴 6 侧壁排出，同时使物料在喷嘴 6 内即开始缓慢凝固。当然，喷嘴 6 外部设置隔热层 19 可以提高安全性，避免接触烫伤手指、减少能耗。

[0046] 实施时，所述热的良导体材质可为如金、银、铜、铁、铝、铅等等，所述热的不良导体材质可为如耐高温木材、皮革、石棉、特氟龙、环氧树脂、PEEK 管、有机硅胶、陶瓷等等。

[0047] 实施时，加热器 9 的主体和喷嘴 6 的主体可以都为金属材质，例如加热器 9 为铝质，喷嘴 6 为铜质（包括黄铜、青铜），或者分别选取铝质、锌质或铜质等等。

[0048] 参照图 1、3、4 所示实施时，所述加热器 9 结构包括加热器 9 的主体，设置在加热器 9 上的电能驱动的发热源 5，加热器 9 的主体中部有一供物料进出的通孔，发热源 5 的热量通过加热器 9 的主体传递至该通孔对物料进行加热，促使其熔化。实施时具体的，如图 1 所示实施例，发热源 5 为嵌入在加热器 9 主体内的发热器件，该器件可以是电阻丝、半导体发热管、陶瓷热能电阻发热元件等等。如图 4 所示实施例，发热源 5 为缠绕在加热器 9 主体（导热部）外围的发热丝。对应的还可以在发热丝外部包络绝缘阻热层，或者热量向内传递层，以使热量可以向加热器 9 主体内部传递。发热源 5 本身可以选取为具有自动恒温作用的器件。

[0049] 实施时，还可以对应发热源 5 设置电阻、或设置多个发热源 5 的及开关控制结构，以调节加热器 9 温度及发热量。

[0050] 加热器 9 主体和喷嘴 6 的热的良导体材质选用方式，可保证物料在加热器 9 中均匀受热、逐步熔化，熔化后的物料在喷嘴 6 内依然保持熔融状态或进一步熔化。

[0051] 参照图 1 所示，实施时，在所述笔壳体 4 中可设置有用于电源分配及开关的控制器 13。可对各用电器件进行供电分配，进一步还可设置协调控制各器件的运行速度和状态。还可对应设置电源总开关，进行绘图笔的启动、关闭操作。

[0052] 实施时，所述加热器 9 上或所述笔壳体 4 临近加热器 9 的内侧壁上，还设置有过热保护器。以避免加热器 9 温度超限或笔壳体 4 温度超限，而影响使用或带来安全隐患。如

图 4、5、9 所示的实施例，过热保护器嵌入设置在加热器 9 的左上方。对应过热保护器的结构原理，可参照现有技术：其可以是高温电阻结构，与发热源 5 串联，当温度超限，电阻增大减少发热源 5 供电；未与发热源 5 串联的情况，则反馈信号到控制电路进行响应，可以是调整发热源 5 供能、增大降温风扇 11 的转速或者增大推送器的推送速度。热保护器也可以是热熔丝结构，当温度超限，熔断热熔丝，切断电源或切断发热源 5 供电。

[0053] 实施时，推送器 1 的结构可以参照现有具有棒状料推送机构的设备（如现有的熔料式三维打印机），其包括主体，主体内设有纵向的物料通孔，对应物料通孔设置的推送机构可为夹持式推进结构、螺纹转动推进结构、导杆推送结构、超声震动推送形式等等。如图 3 所示的实施例，推送器 1 采用电机 2 带动的齿轮机构 20 夹持棒状型材 18 向下移动，该电机可以是高速电机经减速后输出动力，也可以是步进电机，还可以是超声波微动电机。通过电机的供电或信号控制，可改变物料推送速度，调整绘图状态。实施时，推送器 1 内推送结构，可以设置反向滑动机构，例如齿轮传动机构，设置相应的摩擦传动面，避免棒状型材 18 从笔体中拔出时候损伤推送器 1。

[0054] 实施时，在所述笔壳体 4 腰部手指握持的位置处，设置有至少控制所述加热器 9 或推送器 1 停止／运行状态的开关器件 21。这样在绘图时，手指握持立体绘画笔，可通过开关器件 21 使绘画笔开始运行，当手指放下立体绘画笔时，通过开关器件 21 使绘画笔开始停止运行。具体的，如图 9 所示实施例，开关器件 21 为薄膜开关、只有手指压住薄膜开关的情况，加热器 9 才开始发热（推送器 1 也可以在这个时候才开始推送），这样避免搁置绘画笔时，加热器 9（也可以包括推送器 1）继续工作，导致物料浪费或笔体过热造成安全隐患。当然薄膜开关，也可以用光电感应开关、触摸开关、点触开关等替换。如图 10、11 所示实施例，开关器件 21 可为机械驱动开关，其通过机械驱动推送器 1 推送物料，这种情况推送器 1 可无需供电完全靠手的动力驱动（连杆传动机构或齿轮传动机构，参照现有技术机械驱动开关可包括有回位弹簧或扭簧），当然也可以是通过机械开关控制推送器 1 的供电。并且，对应机械驱动开关可以设置控制加热器 9 运行状态的开关或感应电路。

[0055] 实施时，推送器 1 的物料推送速度可结合加热器 9 的温度来变化，或加热器的温度或加热速度可结合推送器 1 的物料推送速度来调整，冷却风扇 11 的转速可根据加热器 9 的温度或者系统预设的对应参数（物料推送及加热参数）的相应机制来改变。并在此基础上，可设置推送器 1 速度调整开关。从而提高绘画的可操作性及乐趣。

[0056] 实施时，所述加热器 9 与喷嘴 6 可以是一体成型的结构（如图 7 所示实施例），以节约生产成本；加热器 9 与喷嘴 6 也可以是分别成型后再连接。当加热器 9 与喷嘴 6 可拆卸连接时，可以通过更换喷嘴 6 以改变画线粗细及截面花纹（喷嘴的出口截面积决定）以及改变物料的凝固速度（喷嘴的材质结构决定）。实施时，所述喷嘴 6 可以是由上之下逐渐收缩的结构，并且在该收缩路劲的中轴线上具有贯穿喷嘴 6 上下的通孔状内腔。

[0057] 实施时，喷嘴 6 内腔在靠近物料出料口 7 处，可设置缓冲堵头，防止物料在未受到推送器 1 推送的状况下自己流出喷嘴 6，该缓冲堵头可以是内腔本身的弯道结构、内腔侧壁上的倒钩结构或内径收缩结构、阻挡在内腔中并与内腔侧壁连接但未将内腔截面完全封闭的结构、还可以是设置在内腔中的堵珠在堵珠下部与物料出料口 7 直接设置支撑堵珠的弹簧，只有当推送器 1 推送物料使堵珠受力向下移动至内腔内径较大处并压迫弹簧形变，此时物料通过堵珠与内腔侧壁间的间隙向下流出。

[0058] 参照图 1、9 所示实施例，立体绘画笔的进 / 出气流的风路，其中风路方向为由上至下，在散热风扇 11 的驱动下，气流由出 / 进风口 12（此时气流由外向内准确的说应叫做进风口）经过散热风扇 11 扇叶进入笔壳体 4 的内腔，因笔壳体只有下端开口，故气流沿内腔向下流动，穿过加热器 9 笔壳体 4 之间的空隙，在向下流动穿过喷嘴 6 与笔壳体 4 之间的间隙 8，流出笔壳体 4 的内腔。该过程可对笔壳体 4 内各器件及物料出料口 7 位置处进行降温。实施时，当然也可以设置散热风扇 11 反转，使风路逆向流动，同样具有降温作用，且这样的话对物料出料口 7 位置处进行降温效果更佳。实施时，在笔壳体 4 的其它壁体上也可以设置开口，以增强该对应部位的降温效果，当然还可以再增加一些散热机构，如风扇、半导体降温片或散热翅片等散热介质，加强散热效果。

[0059] 参照前面描述：图 1 为本实用新型立体绘画笔实施例一的局部剖视结构示意图；图 3 为立体绘画笔实施例一的使用状态的外部结构示意图；图 3 为立体绘画笔的实施例一的内部机构（去除笔壳体和电源及散热风扇等部分）在使用状态的剖视结构示意图；图 4 为立体绘画笔实施例二的局部剖视结构示意图，参照前述，其拓展了一种发热源 5 采用缠绕在加热器 9 主体（导热部）外围的发热丝结构的实施方式；图 5 为立体绘画笔实施例三的局部剖视结构示意图，参照前述，其拓展了一种加热器 9 上设置有过热保护器的实施方式；图 6 为立体绘画笔实施例四的局部剖视结构示意图，参照前述，其拓展了一种推送器 1 接近加热器 9 设置的实施方式；图 7 为立体绘画笔加热器本体部分的另一种实施方式的剖视结构示意图，参照前述，其拓展了一种加热器 9 与喷嘴一体成型结构的实施方式；图 8 为立体绘画笔加热器本体部分的再一种实施方式的剖视结构示意图，参照前述，其拓展了一种加热器 9 与喷嘴外设置隔热层 19 的实施方式；图 9 为立体绘画笔实施例五的局部剖视结构示意图，参照前述，其拓展了一种在所述笔壳体 4 腰部手指握持的位置处设置开关器件 21 的实施方式；图 10 立体绘画笔实施例六的局部剖视结构示意图，参照前述，其拓展了又一种在所述笔壳体 4 腰部手指握持的位置处设置开关器件 21 的实施方式；图 11 立体绘画笔实施例七的局部剖视结构示意图，参照前述，其拓展了一种在笔壳体 4 上设置蓄电池盒 23，采用内置电源的实施方式；图 12 立体绘画笔涉及导向管部分的另一种实施方式的剖视结构示意图，参照前述，其拓展了一种导向管 3 与隔热管 17 一体成型的结构；图 13 立体绘画笔绘画使用状态的结构示意图，手指操作绘画笔移动的轨迹形成图案，气流对喷嘴流出的物料进行冷却。

[0060] 本实用新型立体绘画笔，绘画时无需要手指直接接触构图材料，安全、卫生，操作方式灵活且接近现有笔体绘图方式无需太高的技艺要求、易学易用，同时相对与现有笔体绘图拓展了绘图空间，可脱离纸面表现力更佳。构图材料有融化凝固的过程，绘制的图案无需二次加工即具有稳固的结构或强度，便于保存。

[0061] 以上内容是结合具体的实施方式对本实用新型所作的进一步详细说明，不能认定本实用新型的具体实施只局限于这些说明。包括但不限于以“实施时”开头的每段或每句文字，其均为在不同实施例中的实施表现形式，可以通过选择性的组合构成完整的产品实施方案。当然对于本实用新型所属技术领域的普通技术人员来说，在不脱离本实用新型构思的前提下，还可以做出若干简单推演或替换，都应当视为属于本实用新型的保护范围。




图 1




图 2




图 3




图 4




图 5




图 6




图 7




图 8




图 9




图 10




图 11




图 12




图 13

E26a

Europäisches Patentamt
European Patent Office
Office européen des brevets

# Patent Translate

Powered by EPO and Google

## Notice

This translation is machine-generated. It cannot be guaranteed that it is intelligible, accurate, complete, reliable or fit for specific purposes. Critical decisions, such as commercially relevant or financial decisions, should not be based on machine-translation output.

## DESCRIPTION CN203198622U

10 A three-dimensional painting pen

[0001]

14 technical field

[0002]

18 The utility model relates to a hand-held drawing tool, in particular to a three-dimensional drawing pen which can be separated from the paper to draw graphics.

[0003]

23 Background technique

[0004]

27 Existing drawing tools, such as pencils, pens, chalk, etc., need to use one surface as the attachment (attachment surface) when drawing patterns, although this attachment surface can be set as a curved surface, spherical surface or even a three-dimensional sculpture to increase expressiveness, but the paint strokes of the drawing tool can never be separated from the attachment, so the expressiveness is limited.

31 However, some existing three-dimensional expressive tools, such as plasticine, pottery, etc., either require finger contact to affect hygiene, or require rich experience and high technical requirements, or only need to be baked, exposed to the sun and other complex tools after forming. Only by advanced technology can it have a relatively stable strength, and these three-dimensional expressive tools are far inferior to pencils, pens and other flat drawing tools that are easy to learn, easy to use, stable, fast and hygienic.

E26a

[0005]

39 Contents of the invention

[0006]

43 The main technical problem to be solved by the utility model is to provide a three-dimensional painting pen, which can draw lines from the paper surface, and the drawn lines have a relatively stable structure.

[0007]

48 In order to solve the above technical problems, the utility model provides a three-dimensional painting pen, which includes: a pen housing for holding by hand, a pusher for pushing materials, a heater for heating and melting materials, and a pen for discharging molten materials. The nozzle of the state material and the power supply for energy supply, the pusher, the heater and the nozzle are arranged in sequence from top to bottom and are sleeved in the pen housing, and the lower end of the nozzle extends to the pen housing below the lower end of the body.

[0008]

57 The pen housing is also provided with a cooling fan, the cooling fan is arranged at a position above the heater in the pen housing, and an outlet is also provided at the installation position of the cooling fan on the pen housing. /Inlet.

[0009]

63 There is a gap between the nozzle and the lower end of the pen housing, and the gap is located on the air path of the air inlet/outlet of the cooling fan.

[0010]

68 There is a gap between the surrounding side walls of the heater and the pen housing, and the gap is located on the air path of the air inlet/outlet of the cooling fan.

[0011]

73 The material is a rod-shaped material made of an organic polymer; a material feed port is also provided at the upper end of the pen housing, and the lower end of the nozzle is a material discharge port, and between the feed port and the material discharge port is A columnar material passage through the impeller, heater and nozzle.

[0012]

80 A heat-insulating pipe for heat insulation and material guidance and support is also arranged between the upper part of the heater and the pusher.

[0013]

85 Between the top and/or the bottom of the pusher and the material feed port and/or the heat insulation pipe, there is also a guide pipe for guiding and supporting the material.

[0014]

90 The main bodies of the heater and the nozzle are all made of good heat conductors, and the outer walls of the heater and the nozzle also include a heat insulation layer for reducing heat transfer to the outside, and the heat insulation layer is a poor heat conductor. Conductor material.

[0015]

96 At the position held by fingers at the waist of the pen housing, there is provided a switch device for at least controlling the stop/running state of the heater or pusher.

[0016]

101 An overheating protector is also provided on the heater or on the inner wall of the pen casing adjacent to the heater.

[0017]

106 The beneficial effect of the utility model is: a three-dimensional painting pen, which includes a pen casing for holding by the hand, a pusher for pushing materials, a heater for heating and melting materials, and a pen for discharging materials in a molten state. Nozzle and a power supply for energy supply, the pusher, heater and nozzle are arranged in order from top to bottom and sleeved in the pen housing, the lower end of the nozzle extends to the bottom of the pen housing Under the end face; it can push the material to the heater through the pusher for heating and melting, and then the molten state material flows out from the nozzle under the continuous push of the pusher, and returns to solid state after cooling, so the hand holds the pen shell and moves synchronously During the process, three-dimensional lines or graphics with continuity and detachment from the paper surface composed of melted and then solidified materials can be formed on the path moved by the nozzle. The material is melted and solidified so that the drawn lines have a relatively stable structure and are not easily deformed; And this three-dimensional painting pen is easy to form an accurate and stable trajectory under the control of the hand, and has strong expressive power.

[0018]

121 Description of drawings

[0019]

125 Fig. 1 is a partial cross-sectional structural schematic diagram of Embodiment 1 of the utility model;

[0020]

129 Fig. 2 is a schematic diagram of the external structure of the use state of the embodiment described in Fig. 1;

[0021]

133 Fig. 3 is a schematic cross-sectional structural view of the internal mechanism of the embodiment described in Fig. 1 in use;

[0022]

138 Fig. 4 is a partial cross-sectional structural schematic diagram of a second embodiment of the utility model;

[0023]

142 Fig. 5 is a partial cross-sectional structural schematic diagram of a third embodiment of the utility model;

[0024]

146 Fig. 6 is a partial cross-sectional structural schematic diagram of a fourth embodiment of the utility model;

[0025]

150 Fig. 7 is a schematic cross-sectional structure diagram of another embodiment of the heater body part of the present invention;

[0026]

155 Fig. 8 is a schematic cross-sectional structure diagram of another embodiment of the heater body part of the present invention;

[0027]

160 Fig. 9 is a partial cross-sectional structural schematic diagram of Embodiment 5 of the present utility model;

[0028]

164 Fig. 10 is a partial cross-sectional structural schematic diagram of Embodiment 6 of the present utility model;

[0029]

168 Fig. 11 is a partial cross-sectional structural schematic diagram of Embodiment 7 of the present utility model;

[0030]

172 Fig. 12 is a schematic cross-sectional structure diagram of another embodiment of the guide tube part of the present invention;

[0031]

177 Fig. 13 is a schematic diagram of the structure of an embodiment of the utility model using painting.

[0032]

181 detailed description

[0033]

185 The utility model will be described in further detail below through specific embodiments in conjunction with the accompanying drawings.

[0034]

190 With reference to Fig. 1, shown in 2, 3, a kind of three-dimensional drawing pen, it comprises: the pen housing 4 that is used for holding by hand, the pusher 1 that is used to push material, the heater 9 that is used to heat and melt material, uses The nozzle 6 for discharging the molten state material and the power supply for energy supply, the pusher 1, the heater 9 and the nozzle 6 are arranged in sequence from top to bottom and are sleeved in the pen housing 4, and the nozzle The lower end of 6 extends below the lower end surface of the pen housing 4 .

196 The material is pushed by the pusher 1 to the heater for heating and melting, and then the molten state material flows out from the nozzle 6 under the continuous push of the pusher 1, and returns to a solid state after cooling, so the pen housing 4 is moved synchronously in the hand. In the process, a continuous three-dimensional line or figure 22 (shown in Fig. 13 ) made of melted and then solidified materials can be formed on the path moved by the nozzle 6; and because the pen of this three-dimensional painting pen The housing has a structure similar to the existing pen body and the way of holding it. The finger holding part is close to the nozzle 6, and it is easy to form accurate and stable lines or graphics (including columnar lines with varying thickness of the outer diameter) under the control of the hand.

[0035]

207 With reference to Fig. 1, shown in 2, during implementation, described power supply can be external power supply, then by the alternating current of the civilian use of wire 15 connection, perhaps the alternating current of civilian use is processed through transformer 16 and then passes the low-voltage direct current that wire 15 transmission provides.

211 Shown in Fig. 11 with reference to, during implementation, power supply also can be built-in power supply, as directly battery box 23 is set on pen housing 4, the direct current that battery box 23 adorns battery provides.

[0036]

216 Referring to Figures 1, 2, and 9, during implementation, a cooling fan 11 can also be provided in the pen housing 4, and the cooling fan 11 can be arranged at a position above the heater 9 in the pen housing 4. At the position where the cooling fan 11 is installed on the pen housing 4, an air outlet/air inlet 12 is also provided.

219 The heater 9 is relatively close to the nozzle 6 and the tip of the pen housing 4, so there is more space above the heater 9 for the cooling fan 11 to be installed. Under the cooling effect of the cooling fan 11, the air flow inside the pen housing can be realized. And cooling. to avoid overheating of the grip portion on the outer surface of the pen housing.

[0037]

226 Of course, during implementation, the cooling fan 11 can be substituted with refrigeration forms (structures) such as semiconductor refrigeration devices, ventilation pistons, compression bodies, and the like.

228 Cooling fan 11 also can be arranged on pen case 4 outside, also can be independently provided with a cooling mechanism of pen case 4.

[0038]

233 1 and 9, during implementation, a gap 8 may be left between the nozzle 6 and the lower end of the pen housing 4, and the gap 8 is located on the air path of the air inlet/outlet of the cooling fan 11. .

235 The setting of this gap 8 makes the end of nozzle 6 and around have the airflow of flow, promptly can the lower end cooling of nozzle 6 and pen casing 4 avoid scalding fingers and can cool down again the material flowing out of nozzle 6, promotes its solidification.

238 The reason why we say the air path of the inlet/outlet airflow is because the cooling fan 11 can be driven to rotate forward or reversely and have a cooling effect equally.

[0039]

243 Referring to Figures 1 and 9, during implementation, there may be a gap between the surrounding side walls of the heater 9 and the pen housing 4, and the gap is located on the air path of the cooling fan 11 entering/exiting the airflow.

246 The setting of this structure makes the heat of the heater 9 isolated from the pen housing 4 by air, and the circulation airflow driven by the cooling fan 11 improves the isolation effect.

[0040]

251 As shown in FIG. 1 , during implementation, an inwardly protruding support block 10 can also be provided on the pen housing 4 , and the heater 9 can be axially positioned in the center of the pen housing 4 through the support block 10 . shaft, thereby forming the void overhead.

254 Of course, the longitudinal positioning of the heater 9 can be realized by the depression, step, protrusion, etc. that the heater 9 itself cooperates with the support block 10 or other limit blocks that cooperate with the upper and lower end surfaces of the heater 9 on the pen housing 4.

[0041]

260 With reference to Fig. 2, shown in 3, during implementation, described material can be the rod-shaped profile 18 of organic macromolecule material; A material feeding port 14 can be set at the upper end of described pen housing 4, and nozzle 6 lower end openings are used as material discharge Port 7, between the feed port 14 and the material discharge port 7 is a columnar material channel that penetrates the pusher 1, the heater 9 and the nozzle 6.

265 The material adopts a rod-shaped structure, and the structure in which the rod-shaped profile is discharged from the upper end of the pen housing 4 into the lower end is convenient for continuous and stable feeding, replenishment/replacement of materials is more convenient and simple, and it is convenient to reduce the volume of the three-dimensional painting pen (including length and width) ).

[0042]

272 Of course, if the material adopts a granular structure, the inner diameter of the columnar material channel needs to be enlarged and a corresponding cavity needs to be provided at the upper end of the corresponding pusher 1, and the pushing mechanism of the pusher 1 needs to be improved to a worm/screw structure.

[0043]

278 Referring to the embodiment shown in Figure 3, the three-dimensional painting pen is a single-material pipeline structure.

[0044]

283 Referring to Figures 1 and 7, during implementation, when the columnar material channel extends from top to bottom to between the heater 9 and the lower end surface of the nozzle 6, there may be a process of inner diameter shrinkage and extension, so that the material can only pass through the The heated and melted state can leave the nozzle 6 downwards (refer to FIG. 7, the middle part of the heater 9 has a material channel contraction structure).

[0045]

291 During implementation, the rod-shaped profile 18 made of organic polymer material can be ABS, PLA, PE, etc., with a melting point between 40-350 degrees. This material can be a single material or a mixture of multiple materials. material.

[0046]

297 With reference to Fig. 1,3, shown in 12, during implementation, between described heater 9 tops and described pusher 1, also be provided with the heat insulation pipe 17 that plays heat insulation and material guiding support effect.

300 During implementation, this heat insulating tube 17 can be made into gasket structure (equivalent to thin pipe body), also can be made into elongated columnar channel body.

302 Insulation pipe 17 plays blocking heater 9 heats and contacts and transmits to the top, reduces heat loss and avoids scalding damage other fittings.

[0047]

307 Referring to Figures 1, 3, 6, and 12, during implementation, between the top and/or bottom of the pusher 1 and the material feed port 14 and/or heat insulation pipe 17, there is also a material guide support The role of the guide tube 3.

310 Specifically, as shown in Figures 1 and 3, the guide pipe 3 can be connected between the pusher 1 and the heat insulating pipe 17; as shown in Figure 6, the guide pipe 3 can also be arranged between the material feed port 14 and the pusher 1, the propeller 1 is directly connected to the heat-insulating pipe 17; of course, on the basis of the embodiment shown in FIG.

314 The guide tube 3 can support and strengthen the structural strength of the product, guide and limit the material entering the accurate travel track, and form radial support for the material when the material is a columnar flexible material, so that it has better propulsion in the axial direction. Strength (keep the front end from bending when the back end is pushed).

[0048]

321 During implementation, the guide pipe 3 can be a metal pipe body with a certain strength, a plastic pipe body, or a heat-insulating material; as shown in Figure 12, the guide pipe 3 can also be integrated with the heat-insulating pipe 17 of the heat-insulating material forming.

324 In order to reduce the assembly process and improve the heat insulation efficiency.

[0049]

328 Referring to Fig. 8, during implementation, the main body of the heater 9 and the main body of the nozzle 6 are all good thermal conductor materials, and the outer walls of the heater 9 and the nozzle 6 are also included to reduce the outward transfer of heat. The heat insulation layer 19, the heat insulation layer 19 is a poor thermal conductor material.

332 When the support block 10 is provided, the support block 10 cooperates with the heat insulation layer 19, and the gap 8 is arranged between the lower end of the pen housing 4 and the heat insulation layer 19.

[0050]

337 With reference to shown in Figure 8, during implementation, also can be to be provided with insulation layer 19 on the outer wall of heater 9, nozzle 6 outside is not provided with insulation layer 19, can guarantee like this heater 9 excess heat can be from nozzle 6 side. At the same time, the material starts to solidify slowly in the nozzle 6.

341 Of course, the heat insulation layer 19 provided outside the nozzle 6 can improve safety, avoid contact with scalded fingers, and reduce energy consumption.

[0051]

346 During implementation, the good conductor material of the heat can be such as gold, silver, copper, iron, aluminum, lead, etc., and the poor conductor material of the heat can be such as high temperature resistant wood, leather, asbestos, Teflon, ring epoxy, PEEK tubing, silicone, ceramic, and more.

[0052]

352 During implementation, the main body of the heater 9 and the main body of the nozzle 6 can all be metal materials, such as the heater 9 is aluminum, the nozzle 6 is copper (comprising brass, bronze), or choose aluminum, zinc or copper respectively Quality and so on.

[0053]

358 When referring to the implementation shown in Figures 1, 3, and 4, the structure of the heater 9 includes the main body of the heater 9, the heat source 5 driven by electric energy arranged on the heater 9, and the middle part of the main body of the heater 9 has a hole for feeding in and out of the material. Through the hole, the heat of the heat source 5 is transmitted to the through hole through the main body of the heater 9 to heat the material and promote its melting.

363 Specifically, in the embodiment shown in Figure 1, the heating source 5 is a heating device embedded in the heater 9 main body, which can be a resistance wire, a semiconductor heating tube, a ceramic thermal resistance heating element or the like.

366 In the embodiment shown in Figure 4, the heating source 5 is a heating wire wound around the periphery of the heater 9 main body (heat conducting part).

368 Correspondingly, an insulating heat-resisting layer or an inward heat transfer layer can be wrapped around the heating wire, so that heat can be transferred to the inside of the main body of the heater 9 .

370 The heating source 5 itself can be selected as a device with an automatic thermostat effect.

[0054]

374 During implementation, resistance can also be set corresponding to heat source 5, or a plurality of heat source 5 and the switch control structure are set, to regulate heater 9 temperature and calorific value.

[0055]

379 Heater 9 main body and the thermal good conductor material selection mode of nozzle 6 can guarantee that material is evenly heated in heater 9, melts gradually, and the material after melting still keeps molten state or further melts in nozzle 6.

[0056]

385 Referring to Fig. 1, during implementation, a controller 13 for power distribution and switching can be provided in the pen housing 4.

387 The power supply can be distributed to each electrical device, and the operating speed and status of each device can be set to be coordinated and controlled.

389 The main switch of the power supply can also be set correspondingly to start and close the drawing pen.

[0057]

393 During implementation, on the heater 9 or on the inner wall of the pen housing 4 adjacent to the heater 9, an overheating protector is also provided.

395 To avoid the overrun of the temperature of the heater 9 or the overrun of the temperature of the pen housing 4, which will affect the use or bring potential safety hazards.

397 In the embodiment shown in FIGS. 4 , 5 , and 9 , the overheat protector is embedded in the upper left of the heater 9 .

399 Corresponding to the structural principle of the overheat protector, refer to the prior art: it can be a high-temperature resistance structure, connected in series with the heat source 5, when the temperature exceeds the limit, the resistance increases and the power supply of the heat source 5 is reduced; if it is not connected in series with the heat source 5, Then the feedback signal is sent to the control circuit to respond, which may be to adjust the energy supply of the heat source 5, increase the speed of the cooling fan 11, or increase the pushing speed of the pusher.

405 The thermal protector can also be a thermal fuse structure, and when the temperature exceeds the limit, the thermal fuse will be blown to cut off the power supply or cut off the power supply of the heating source 5 .

[0058]

410 During implementation, the structure of the pusher 1 can refer to the existing equipment with a rod-shaped material pushing mechanism (such as the existing melt-type 3D printer), which includes a main body, and a longitudinal material through hole is arranged in the main body, and the corresponding material through hole is set The push mechanism can be a clamping push structure, a threaded rotation push structure, a guide rod push structure, an ultrasonic vibration push form, and the like.

415 In the embodiment shown in Figure 3, the pusher 1 uses the gear mechanism 20 driven by the motor 2 to

clamp the rod-shaped section 18 and move downward. It is an ultrasonic micro motor.

Through the power supply or signal control of the motor, the material pushing speed can be changed and the drawing state can be adjusted.

During implementation, pushing structure in the pusher 1 can be provided with a reverse sliding mechanism, such as a gear transmission mechanism, and a corresponding friction transmission surface is set to avoid damage to the pusher 1 when the rod-shaped profile 18 is pulled out from the pen body.

[0059]

During implementation, a switch device 21 for at least controlling the stop/operating state of the heater 9 or the pusher 1 is provided at the position held by fingers at the waist of the pen housing 4 .

Like this when drawing, finger holds three-dimensional drawing pen, can make drawing pen start running by switch device 21, when finger puts down three-dimensional drawing pen, makes drawing pen begin to stop running by switch device 21.

Specifically, in the embodiment shown in Figure 9, the switching device 21 is a membrane switch, and the heater 9 starts to generate heat only when the finger is pressed against the membrane switch (the pusher 1 can also start pushing at this time), so as to avoid shelving When drawing a pen, the heater 9 (also can include the pusher 1) continues to work, resulting in waste of materials or potential safety hazard caused by overheating of the pen body.

Of course, the membrane switch can also be replaced with a photoelectric sensor switch, touch switch, touch switch, etc.

In the embodiment shown in Figures 10 and 11, the switch device 21 can be a mechanically driven switch, which pushes the material by mechanically driving the pusher 1. In this case, the pusher 1 can be driven by hand without power supply (connection rod transmission mechanism or gear) For the transmission mechanism, referring to the prior art, the mechanical drive switch may include a return spring or a torsion spring), of course, the power supply of the pusher 1 may also be controlled by a mechanical switch.

Moreover, a switch or an induction circuit for controlling the operating state of the heater 9 may be provided corresponding to the mechanically driven switch.

[0060]

During implementation, the material pushing speed of the pusher 1 can be changed in combination with the temperature of the heater 9, or the temperature or heating speed of the heater can be adjusted in combination with the material pushing speed of the pusher 1, and the rotating speed of the cooling fan 11 can be adjusted according to the temperature of the heater 9. The temperature or the corresponding mechanism of the corresponding parameters (material pushing and heating parameters) preset by the system can be changed.

And on this basis, the speed adjustment switch of pusher 1 can be set.

Thereby improving the operability and fun of painting.

[0061]

During implementation, the heater 9 and the nozzle 6 can be an integrally formed structure (the embodiment

shown in Figure 7 ) to save production costs; the heater 9 and the nozzle 6 can also be connected after molding separately.

460 When the heater 9 is detachably connected to the nozzle 6, the thickness of the drawn line and the cross-sectional pattern (determined by the outlet cross-sectional area of the nozzle) and the solidification speed of the material (determined by the material structure of the nozzle) can be changed by replacing the nozzle 6.

463 During implementation, described nozzle 6 can be by the structure that shrinks gradually from top to bottom, and on the central axis of this contraction path strength, have the through-hole shape inner cavity that runs through nozzle 6 up and down.

[0062]

469 During implementation, the inner cavity of the nozzle 6 can be provided with a buffer plug near the material discharge port 7 to prevent the material from flowing out of the nozzle 6 without being pushed by the pusher 1. The buffer plug can be a bend in the inner cavity itself. The channel structure, the barb structure on the side wall of the lumen or the shrinkage structure of the inner diameter, the structure that is blocked in the lumen and connected with the side wall of the lumen but does not completely close the cross section of the lumen, can also be a blockage arranged in the lumen The bead is directly provided with a spring to support the bead at the lower part of the bead and the material outlet 7. Only when the pusher 1 pushes the material, the bead is forced to move down to the larger inner diameter of the inner cavity and compress the spring to deform. At this time, the material passes through The gap between the blocking bead and the side wall of the inner cavity flows downward.

[0063]

482 With reference to the embodiment shown in Figures 1 and 9, the air path of the air inlet/outflow of the three-dimensional painting pen, wherein the direction of the air path is from top to bottom, driven by the cooling fan 11, the air flow is from the air outlet 12 (at this time The air flow is from the outside to the inside (accurately called the air inlet) and enters the inner cavity of the pen housing 4 through the cooling fan 11 blades. Because the pen housing only has an opening at the lower end, the air flow flows down the inner cavity and passes through the heater 9 pens. The space between the housing 4 flows downward through the gap 8 between the nozzle 6 and the pen housing 4 , out of the interior of the pen housing 4 .

489 This process can cool down each device and the material discharge port 7 positions in the pen housing 4.

490 During implementation, cooling fan 11 can certainly be set to reverse, so that the air path reverse flow, which also has a cooling effect, and in this way, the cooling effect at the material discharge port 7 position is better.

492 During implementation, openings can also be set on other wall bodies of the pen housing 4 to enhance the cooling effect of the corresponding parts, and of course some cooling mechanisms can be added, such as cooling media such as fans, semiconductor cooling sheets or cooling fins, Strengthen the heat dissipation effect.

[0064]

499 Referring to the previous description: Fig. 1 is a partial sectional structural schematic diagram of the first

embodiment of the three-dimensional painting pen of the present invention; Fig. 3 is a schematic diagram of the external structure of the use state of the first embodiment of the three-dimensional painting pen; Fig. 3 is a first embodiment of the three-dimensional painting pen Schematic diagram of the sectional structure of the internal mechanism of the 3D painting pen in use (excluding the pen casing, power supply and cooling fan, etc.); The source 5 adopts the embodiment of the heating wire structure wound around the main body (heat conducting part) of the heater 9; FIG. An embodiment provided with an overheat protector; FIG. 6 is a partial cross-sectional structural schematic diagram of the fourth embodiment of a three-dimensional painting pen. Referring to the foregoing, it expands an embodiment in which the pusher 1 is arranged close to the heater 9; FIG. 7 is a three-dimensional painting The schematic cross-sectional structure diagram of another embodiment of the pen heater body part, with reference to the foregoing, it expands a kind of implementation mode in which the heater 9 and the nozzle are integrally formed; Fig. 8 is another embodiment of the three-dimensional painting pen heater body part The schematic cross-sectional structure of this embodiment, with reference to the foregoing, expands an embodiment in which a heat insulating layer 19 is arranged outside the heater 9 and the nozzle; FIG. , which expands an embodiment in which a switch device 21 is arranged at the position held by fingers at the waist of the pen housing 4; FIG. An embodiment in which a switch device 21 is set at the position held by fingers at the waist of the pen housing 4; FIG. The battery box 23 is set on the body 4, and the embodiment of the built-in power supply is adopted; FIG. 12 is a schematic cross-sectional structural diagram of another embodiment of the three-dimensional painting pen involving the guide tube part. Referring to the foregoing, it expands a guide tube 3 and heat insulation The integrally formed structure of the tube 17; Fig. 13 is a structural schematic diagram of the state of drawing with the three-dimensional painting pen. The trajectory of the finger to operate the painting pen moves to form a pattern, and the airflow cools the material flowing out of the nozzle.

[0065]

525 The three-dimensional painting pen of the utility model does not require fingers to directly touch the composition material when drawing, is safe and hygienic, and has a flexible operation mode and is close to the existing pen drawing method without too high technical requirements, easy to learn and use, and at the same time compared with the existing pen. Drawing expands the drawing space, which can be better expressed without paper.

530 The composition material has a process of melting and solidification, and the drawn pattern has a stable structure or strength without secondary processing, which is convenient for preservation.

[0066]

535 The above content is a further detailed description of the utility model done in conjunction with specific embodiments, and it cannot be determined that the specific implementation of the utility model is only limited to these descriptions.

538 Including but not limited to each paragraph or sentence beginning with "during implementation", they are implementation forms in different embodiments, and can be combined selectively to form a complete product implementation solution.

541 Certainly, for those of ordinary skill in the technical field to which the utility model belongs, on the premise of

not departing from the concept of the utility model, some simple deduction or replacement can also be made, which should be regarded as belonging to the protection scope of the utility model.

Europäisches Patentamt
European Patent Office
Office européen des brevets

# Patent Translate

Powered by EPO and Google

# Notice

This translation is machine-generated. It cannot be guaranteed that it is intelligible, accurate, complete, reliable or fit for specific purposes. Critical decisions, such as commercially relevant or financial decisions, should not be based on machine-translation output.

# CLAIMS CN203198622U

1.

13 A three-dimensional painting pen, characterized in that it includes: a pen housing (4) for holding by hand, a pusher (1) for pushing materials, a heater (9) for heating and melting materials, The nozzle (6) for discharging the molten material and the power supply for energy supply, the pusher (1), the heater (9) and the nozzle (6) are arranged in sequence from top to bottom and sleeved on the pen case In the body (4), the lower end of the nozzle (6) extends below the lower end surface of the pen housing (4).

2.

21 The three-dimensional painting pen according to claim 1, characterized in that a cooling fan (11) is also provided in the pen housing (4), and the cooling fan (11) is arranged in the pen housing (4) At the position above the heater (9), an air outlet/inlet (12) is also provided at the installation position of the pen housing (4) corresponding to the cooling fan (11).

3.

28 The three-dimensional painting pen according to claim 2, characterized in that there is a gap (8) between the nozzle (6) and the lower end of the pen housing (4), and the gap (8) is located in the Cooling fan (11) enters/exits the wind path of airflow.

4.

34 The three-dimensional painting pen according to claim 2, characterized in that there is a gap between the surrounding side walls of the heater (9) and the pen casing (4), and the gap is located at the cooling fan (11) on the wind path of the in/out airflow.

5.

40 The three-dimensional painting pen according to any one of claims 1 to 4, characterized in that, the material is a rod-shaped profile (18) made of organic polymer material; The feed port (14), the lower end of the nozzle (6) is the material discharge port (7), between the feed port (14) and the material discharge port (7) is to penetrate the pusher (1) , a heater (9) and a columnar material channel for the nozzle (6).

6.

47 The three-dimensional painting pen according to claim 5, characterized in that, a heat insulation pipe (17) is provided between the upper part of the heater (9) and the pusher (1) for heat insulation and material guidance and support. ).

7.

53 The three-dimensional painting pen according to any one of claim 6, characterized in that, between the top and/or bottom of the pusher (1) and the material inlet (14) and/or heat insulation pipe (17) There is also a guide tube (3) which plays a role of guiding and supporting materials.

8.

59 The three-dimensional painting pen as claimed in claim 1, 2, 3, 4 or 7, characterized in that, the main bodies of the heater (9) and the nozzle (6) are both good conductors of heat, (9) and the outer wall of the nozzle (6) also include a thermal insulation layer (19) for reducing heat transfer to the outside, and the thermal insulation layer (19) is a poor conductor of heat.

9.

66 The three-dimensional painting pen according to claim 1, 2, 3, 4 or 7, characterized in that, at the position held by the fingers at the waist of the pen housing (4), there is at least a device for controlling the heater (9 ) or the switch device (21) for the stop/run state of the pusher (1).

10.

72 The three-dimensional painting pen according to claim 1, 2, 3, 4 or 7, characterized in that, on the heater (9) or on the inner wall of the pen housing (4) adjacent to the heater (9) , Also set with overheating protector.

(19) 대한민국특허청(KR)
(12) 공개실용신안공보(U)

(11) 공개번호 20-2011-0003257
(43) 공개일자 2011년03월30일

(51) Int. Cl.
*B05C 17/005* (2006.01) *B05C 5/02* (2006.01)
(21) 출원번호 20-2009-0012601
(22) 출원일자 2009년09월24일
심사청구일자 2009년09월24일

(71) 출원인
조대현
대전 서구 관저동 신선마을아파트 204-1502
(72) 고안자
조대현
대전 서구 관저동 신선마을아파트 204-1502

전체 청구항 수 : 총 1 항

(54) 화상방지를 위해 노즐의 재질을 달리한 핫멜트건 노즐

(57) 요 약

본 발명품은 손 데임 방지를 위한 핫멜트건 노즐에 관한 것으로 더욱 상세하게는 금속으로 이루어진 노즐이 핫멜트건이 사용됨에 따라 고열로 가열되어 있는 상태가 되고 손이 닿으면 데일 수 있는 경우를 방지할 수 있도록 하는 것이다.

손데임을 방지하고자 하는 본 발명의 화상방지를 위해 노즐의 재질을 달리한 핫멜트건 노즐은, 금속으로 이루어진 노즐을 머그컵인 시에라컵의 원리를 적용하여 열전도도가 낮은 스테인리스16, 내부식성이 강한 스테인리스27 등을 합금한 금속(11)과 열로 핫멜트건 심을 가열하는 기존의 노즐의 내부(12)와의 이중구조로 만든 것이다.

이로써 이중구조를 통해 노즐 내부에서는 핫멜트건 심을 가열하고, 노즐 외부(10)는 열이 전달되지 않아 손데임을 방지할 수 있다.

대 표 도 - 도1



## 실용신안 등록청구의 범위

### 청구항 1

화상방지를 위해 노즐의 재질을 달리한 핫멜트건 노즐에 있어서,

시에라컵의 원리를 적용하여 열전도율이 다른 금속을 혼합해 온도가 전달되지 않도록 한 단열성을 지닌 합금 금속(11)과 종래의 노즐의 구성 금속(12)의 이중구조를 포함한, 화상방지를 위해 노즐의 재질을 달리한 핫멜트건 노즐.

## 명 세 서

## 고안의 상세한 설명

### 기 술 분 야

[0001] 핫멜트건의 노즐의 구성 금속(12)과 시에라 컵의 원리를 이용한 열전도도를 달리하여 뜨거워지지 않는 합금 금속(11)과의 이중구조의 노즐을 통해, 가열을 하여 녹이되 뜨겁지 않아 손데임을 방지하는 화상방지를 위해 노즐의 재질을 달리한 핫멜트건 노즐에 관한 것이다.

### 배 경 기 술

[0002] 유치원 교사이신 어머니께서 핫멜트건을 사용하실 때 아이들이 핫멜트건을 만져 손을 데이는 경우가 많다고 말씀하셨다. 실제로 많은 사람이 가열된 핫멜트건에 의해 상처를 입는다. 이는 핫멜트건이 핫멜트건 심을 녹이기 위하여 가열될 때, 핫멜트건의 노즐이 뜨거워지기 때문이다.

[0003] 종래의 핫멜트건의 노즐은 이러한 문제점을 지니고 있었다.

### 고안의 내용

#### 해결 하고자하는 과제

[0004] 핫멜트건을 사용할 때 가열된 노즐에 의해 손을 데이는 상황이 발생하는 문제점을 해결하여, 상처를 입지 않는 안전한 핫멜트건을 위한 핫멜트건의 노즐(10)이 되도록 할 수 있게 하는 것이다.

#### 과제 해결수단

[0005] 상기와 같은 목적을 달성하기 위한 본 발명의 화상방지를 위해 노즐의 재질을 달리한 핫멜트건 노즐은,

[0006] 스테인리스16과 같은 열전도도가 낮은 금속이나 스테인리스27과 같은 내부식성이 강한 금속 등을 이용하여 열전도율이 다른 금속을 혼합해 온도가 전달되지 않도록 한, 단열성을 지닌 합금 금속(11);

[0007] 종래의 노즐의 구성 금속(12)을 포함하여 화상을 방지하는 노즐이 되는 것을 특징으로 한다.

#### 효 과

[0008] 본 발명의 목적은 핫멜트건 노즐에 의한 화상을 방지하는 것으로, 대표적인 효과로는 스테인리스16과 같은 열전도도가 낮은 금속이나 스테인리스27과 같은 내부식성이 강한 금속 등을 이용하여 열전도율이 다른 금속을 혼합해 온도가 전달되지 않도록 한, 단열성을 지닌 합금 금속(11)과 종래의 노즐의 구성 금속(12)의 이중구조를 지닌 노즐에 의해 화상을 방지하는 효과가 있다.

[0009] 구체적인 효과에 있어서,

[0010] 핫멜트건의 심을 녹이기 위해 기존 노즐의 구성금속(12)으로 이루어진 노즐의 내부가 가열되면 심을 녹여 핫멜트건의 용도를 충실히 이행하고, 이때 발생한 열이 단열성을 지닌 합금 금속(11)에 전달되는데 합금 금속(11)은 단열성을 지니므로 노즐의 외부(10)에 열이 전달되는 것을 막는다. 이로써 노즐의 외부(10)가 가열되어 화상을 입는 사태를 방지하는 효과를 제공한다.

### 고안의 실시를 위한 구체적인 내용

[0011] 이하, 본 발명의 바람직한 실시 예를 첨부된 도면을 참조하여 설명한다.

[0012] 첨부한 대표도, 도 1은 본 발명품과 핫멜트건의 전체적인 도면이다. 핫멜트건의 심을 녹이기 위해 기존 노즐의 구성금속(12)으로 이루어진 노즐의 내부가 가열되면 심을 녹여 핫멜트건의 용도를 충실히 이행하고, 이때 발생한 열이 단열성을 지닌 합금 금속(11)에 전달되는데 합금 금속(11)은 단열성을 지니므로 노즐의 외부(10)에 열이 전달되는 것을 막는다.

*도면의 간단한 설명*

[0013] 도 1: 대표도로서, 본 발명품과 핫멜트건의 전체적인 도면.

[0014] 도 2: 단열성을 지닌 합금 금속(11)과 종래의 노즐의 구성 금속(12)의 이중구조를 지닌 노즐의 단면도를 도시한 도면.

*도면*

*도면1*




*도면2*



E28 (translation)

RushTranslate
+1 206-672-5052 I support@rushtranslate.com

MEMBER #263976

# Certification of Translation Accuracy

Translation of **Patent Application** from **Korean** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

E28 (translation)

RushTranslate
+1 206-672-5052 I support@rushtranslate.com

ata MEMBER #263976

E28 Open utility model 20-2011-0003257

[LOGO] **(19) Korean Intellectual Property Office** **(11) Public No. 20-2011-0003257**
**(12) Open Utility Model Communication** **(43) Public date. 03. 30. 2011**

(51) Int. Cl.
**B05C 17/005** (2006.01) **B05C 5/02** (2006.01)

(21) Application No. **20-2009-0012601**
(22) Application date. **09. 24. 2009**
Evaluation request date **09. 24. 2009**

(71) The applicant
**Dae Hyun Cho**
Shin Seon Maeul Apt. Gwanjeo-dong, Seo-gu, Daejeon. 204-1502

(72) Designer
**Dae Hyun Cho**
Shin Seon Maeul Apt. Gwanjeo-dong, Seo-gu, Daejeon. 204-1502

Total number of claims: 1 claim in total

**(54) Hot melt gun nozzles with different materials to prevent burns**

(57) Summary
This invention is related to a hot melt gun nozzle to prevent hand burns, and more specifically, a metal nozzle is heated with high heat as a hot melt gun is used to prevent burn when touched.

The hot melt gun nozzle, which is designed to prevent burn damage contains different materials and is made of stainless 16 which has low thermal conductivity through the application of the principle of Sierra cup, designed like a mug. It's also made of metal (11) which alloys with stainless 27 which has strong corrosion resistance. Additionally, it has a dual structure with the inside (12) of the existing nozzle that heats the hot melt lead with heat

As a result, the hot melt lead is heated inside the nozzle through the dual structure, and heat is not transferred to the external of the nozzle (10), preventing hand damage.

Main diagram – Fig 1



E28 Open utility model 20-2011-0003257

*Scope of claims for utility model registration*

**Claim 1**

In relation to the different material used in the nozzle of the Hot melt gun to prevent burns.

An alloy metal (11) with insulation properties that prevents temperature from being transferred by mixing metals with different thermal conductivity by applying the Sierra Cup principle, and a hot melt gun nozzle with different materials in the nozzle to prevent burns, including the dual structure of the metal (12) of the conventional nozzle.

*Statement*

*Detailed explanation of the design*

*Technical aspect*

[0001] This is a hot melt gun nozzle with different materials to prevent burns because it is not hot and melted by heating, which is done due to a dual-structured nozzle of the metal (12) of the hot melt gun nozzle and the alloy metal (11) that does not heat up due to different thermal conductivity using the principle of the Sierra Cup.

*Technical background*

[0002] My mother who works as a kindergarten teacher told me that when children often get hand burns using hot melt guns. In reality, many people have accidents from heated hot melt guns. This is because the nozzle of the hot melt gun heats up when the hot melt gun is heated to melt the hot melt lead.

[0003] Conventional hot melt gun nozzles had this problem.

*Design details*

*Issue being solved*

[0004] To solve the problem of burning hands with a heated nozzle when using a hot melt gun, creating a hot melt gun that has a hot melt gun nozzle which prevents such accidents from happening.

*Method of solving the issue*

[0005] To achieve the above mentioned aims, the nozzle designed to prevent such burns is

[0006] made of different materials, characterized by metals with low thermal conductivity, such as stainless steel 16 or an alloy metal (11) with insulation properties that prevents temperature transfer by mixing metals with different thermal conductivity using metals with strong corrosion resistance such as stainless steel (27);

[0007] and a nozzle for preventing burns by including the constituent metal 12 of a conventional nozzle.

*The effect*

[0008] The aim of this invention is to prevent burns caused by a hot melt gun nozzle. As such, the main effect is to prevent burns using a nozzle with a dual structure of an insulating alloy metal (11) and a conventional nozzle component metal (12) that prevents temperature from being transmitted by mixing metals with different thermal conductivity using low thermal conductivity such as stainless steel16 or highly corrosion-resistant

metals such as stainless steel 27.

[0009] In terms of the detailed effects,

[00010] In order to melt the lead of the hot melt gun, when the inside of the nozzle made of the component metal (12) of the existing nozzle is heated, the lead is melted to be used by the hot melt gun, and at this time, the heat generated is transferred to the alloy metal (11) with insulation properties, and since the alloy metal (11) has insulation properties, it prevents heat from being transferred to the external (10) of the nozzle. Accordingly, this leads to the effect of preventing the external (10) of the nozzle from being heated and causing burns.

*Specific details for the implementation of the design*

[00011] Hereinafter, a preferred application of the present invention will be described with reference to the accompanying drawings.

[00012] The attached main diagram, FIG. 1 is an overall drawing of the invention and the hot melt gun. When the inside of the nozzle made of the component metal (12) of the existing nozzle is heated to melt the lead of the hot melt gun, the lead is melted to fulfill its purpose. In addition, the heat generated at this time is transferred to the alloy metal (11) having insulation properties, and since the alloy metal 11 has insulation properties, it prevents heat from being transferred to the external (10) of the nozzle.

Brief explanation of the diagram

[00013] Fig 1: As the main drawing, the overall drawing of the invention and the hot melt gun.

[00014] Fig 2: A cross-sectional view of a nozzle having a dual structure of an alloy metal 11 having insulation properties and a conventional nozzle configuration metal 12

Diagram

Fig 1




Fig 2



E31

(19) BUNDESREPUBLIK DEUTSCHLAND

DEUTSCHES PATENTAMT

# (12) Gebrauchsmuster U 1

(11) Rollennummer G 83 32 750.9

(51) Hauptklasse B05C 15/00

(22) Anmeldetag 14.11.83

(47) Eintragungstag 19.01.84

(43) Bekanntmachung im Patentblatt 01.03.84

(54) Bezeichnung des Gegenstandes
Klebepistole

(71) Name und Wohnsitz des Inhabers
Ursprung, Reinhard, 8919 Utting, DE

G 6253
3.82

G 103

14.11.83

Reinhard Ursprung
Eduard-Thöne-Straße 19
D-8919 Utting / Ammersee

# Klebepistole

Die Erfindung bezieht sich auf eine Klebepistole mit motorischem Antrieb nach dem Oberbegriff des Anspruches 1, wie sie zum Auftragen für in Stangenform vorliegenden thermoplastischen Kunststoff verwendet werden.

Pistolenförmige Handauftragevorrichtungen für in Stangenform vorliegenden thermoplastischen Kunststoff sind in unterschiedlichen grundsätzlichen Arten bekannt.

So sind z. B. aus der DE-AS 12 49 783, der DE-PS 16 96 570, und der GB-PS 2 028 687 Daumenvorschubgeräte bekannt, bei welchen mit dem Daumen direkt auf die Klebepatronen der Vorschubdruck aufgebracht wird. Durch den mit dem Daumen erzeugten Vorschub können nur kurze Stäbchen verwendet werden, so daß der Klebeprozeß bei längeren Nähten öfter unterbrochen werden und ein Nachfüllvorgang stattfinden muß. Auch ist der durch den Daumen ausgeübte Vorschubdruck nicht immer gleich groß. Eine gleichmäßige Schweißnaht kann somit insbesondere bei relativ langen Nähten durch diese bekannten Einrichtungen nicht erzielt werden.

3332750

Des weiteren sind Geräte mit mechanischen Vorschüben bekannt, bei welchen über eine Hebelmechanik Klebestäbe (Patronen) beliebiger Länge dem Heizkanal zugeführt werden können, wie beispielsweise in der US-PS 3 743 142 beschrieben. Der Vorschub wird jedoch intermittierend, also portionsweise vorgenommen, wodurch eine relativ ungleichmäßige Klebenaht entsteht. Zudem sind diese Geräte sehr störanfällig, da die Transporteinrichtungen bei sich aufweichendem Klebematerial nicht mehr funktionsfähig ist.

Schließlich ist aus der DE-AS 1 089 961 eine pistolenförmige Handauftragevorrichtung bekannt, bei welcher der Vorschub des stangenförmigen Klebematerials mit Hilfe eines Elektromotors vorgenommen wird. In einem kastenförmigen Gehäuse sind neben anderen Ventil-Betätigungseinrichtungen eine Serie von Zahnrädern angeordnet, die die vom außen an dem Gehäuse angebrachten relativ großen Elektromotor gelieferte Drehbewegung in entsprechendem Übertragungsverhältnis an zwei Druckwalzen, die das Stangenmaterial bewegen, weitergeben. Es ist ein Abzug vorgesehen, welcher neben anderer Funktion auch diejenige des Einschaltens des Elektromotors erfüllt. Der Aufbau dieser bereits aus dem Jahre 1957 bekannten Einrichtung ist verhältnismäßig aufwendig, wie dies auch aus der Beschreibungseinleitung der DE-PS 16 96 370 hervorgeht. Das Gerät ist im Ganzen sehr unhandlich, wozu die Anbringung des Motors außerhalb des Vorrichtungsgehäuses nicht unwesentlichen beiträgt. Der Verwender einer solchen Einrichtung wird nach kurzer Zeit Ermüdungserscheinungen zeigen, wodurch die Qualität der Schweißnaht nachläßt. Auch ist im Gehäuseinneren die Lagerung der Übertragungsteile relativ aufwendig und teilweise über schwere Lagerböcke gestaltet, was den Nachteil eines hohen Gewichts mit sich bringt.

Aufgabe der Erfindung ist es, eine leichte und gut handhabbare Klebepistole mit Motorantrieb anzugeben, die ein-

- 3 -

fach und kompakt im Aufbau und wirtschaftlich herstellbar ist.

Diese Aufgabe wird durch eine Klebepistole mit Maschinenantrieb, die die Merkmale des Anspruches 1 aufweist, gelöst.

Demgemäß ist der Elektromotor für den Stangenvorschub im Inneren des Pistolengehäuses angeordnet.

Gemäß einer vorteilhaften Ausführungsform des Erfindungsgedankens ist der Elektromotor ein Gleichstrommotor. Hierdurch besteht die Möglichkeit, einen sehr kleinen Motor zu verwenden, welcher bereits in den Griffteil des Gehäuses einer üblichen (Daumenvorschub-) Klebepistole eingebaut werden kann. Dadurch entsteht eine leichte und handliche Klebeeinrichtung, die durch die gute Handhabbarkeit zu der erwünschten Naht guter Qualität führt.

In einer weiteren vorteilhaften Ausgestaltung kann die erfindungsgemäße Klebepistole ein im wesentlichen zweiteiliges Gehäuse aufweisen. Von Vorteil ist, wenn das Gehäuse aus Kunststoff im bekannten Spritzgrußverfahren hergestellt wird. Die für das Untersetzungsgetriebe notwendigen Lagerungen bzw. Wellen können dabei in günstiger Weise direkt bei der Herstellung des Gehäuses mit angeformt werden.

Sämtliche Getriebeteile können, da keine großen Kräfte zur Übertragung gelangen, aus Kunststoff gefertigt sein. Für eine größere Lebensdauer ist es jedoch zweckmäßig, die dem Elektromotor zunächst liegenden Räder aus Metall, z. B. Messing zu fertigen. Hierdurch wird eine äußerst wirtschaftliche Herstellungs- und Montageweise der erfindungsgemäßen Klebepistole sichergestellt. So können beispielsweise nach Fertigstellung der Einzelteile in die eine Pistolengehäusehälfte die entsprechenden

Zahnräder aufgesteckt und der Motor und die restlichen Elemente in entsprechende Halterungen eingelegt werden, wonach der zweite Gehäuseteil einfach über die erste Hälfte gelegt und durch entsprechend vorgesehene Schnappverschlüsse befestigt wird.

In weiterer vorteilhafter Ausgestaltung ist mindestens eine Antriebswalze auf Spannung elastisch gelagert. Daher können unterschiedliche Patronendurchmesser sowie weiches Material problemlos verkraftet werden.

Nachfolgend wird die Erfindung anhand eines Ausführungsbeispieles unter Bezug auf die Zeichnung näher beschrieben.

Es zeigt:

Figur 1 einen Querschnitt entlang der Längsachse durch die Klebepistole nach der Erfindung,

Figur 2 einen teilweisen Schnitt nach den Linien II-II aus Figur 1,

Figur 3 eine Teilansicht in Richtung des Pfeiles III, mit abgebrochenem oberen Gehäuseteil, und

Figur 4 eine schematische Darstellung des Antriebsteiles der Pistole gemäß Figur 1.

Wie insbesondere aus Figur 1 ersichtlich ist, weist die erfindungsgemäße Klebepistole ein entsprechend pistolenförmiges Gehäuse 1 auf, in welchem ein mit einer Heizung 2 und einem Heizkanal 3 versehene Führung 4 für die stabförmige Klebestange 5 in dem oberen, im wesentlichen horizontalen Schenkel angeordnet ist. Die Führung 4 mündet am vorderen Ende in ein vorzugsweise auswechselbares Mundstück 6, aus welchem das verflüssigte Klebematerial austritt.

Im Griffteil des Gehäuses 1 ist ein Gleichstrommotor 7 angeordnet, an dessen Welle ein Antriebsritzel befestigt ist. Das Antriebsritzel 8 kämmt mit einem entsprechenden konischen Zahnrad, welches seinerseits mit einem ganzen Zug stirnverzahnter Ritzel und Räder in Verbindung steht, wodurch ein Übersetzungsgetriebe mit einem Übertragungsverhältnis von vorzugsweise i = 400 gebildet wird. Zu beiden Seiten der horizontal geführten Klebestange sind sich gegenüberliegend oberhalb und unterhalb der Stange je ein Transportrad 10 und 11 angeordnet. Die Transporträder 10, 11 weisen vorzugsweise eine geriffelte oder gezahnte Mantelfläche auf mit welcher sie in die Mantelfläche des stangenförmigen Klebestabes 5 eingreifen. Das Rad 10 ist dabei schwimmend gelagert und wird durch eine Feder 11 in Richtung auf die vorbeigeführte Klebepatrone 5 gedrückt. Hierdurch wird ein guter Transportkontakt erreicht, als auch sichergestellt, daß Klebepatronen unterschiedlicher Durchmesser sicher transportiert werden.

Ebenfalls am Griffteil des Gehäuses 1 befindet sich im wesentlichen an der oberen, vorderen Seite ein Abzug 14, welcher über eine Feder 15 unter Spannung gehalten ist. Im Betätigungsfeld des Abzuges 14 ist ein Wechselschalter 16 angeordnet, der zum Einschalten des Gleichstrommotors 7 dient. Wie aus den Figuren 2 und 3 ersichtlich ist, sind am spritzgußgefertigten Gehäuse 1 die Lager 17 direkt angeformt. Auch die Wellen 18 der Getriebeteile können zumindest teilweise direkt einstückig mit dem Gehäuse gefertigt sein. Des weiteren sind im Gehäuse Schultern 19 angeformt, die zum Einfügen beispielsweise des Motors 7 und der Führung 4 dienen, so daß keine zusätzlichen Montagemittel notwendig sind.

Aus Figur 4 schließlich wird der gesamte Getriebezug vom Elektromotor 7 bis zu den Transporträdern 10, 11 transparent, wobei zu erkennen ist, daß der gesamte Aufbau in relativ einfacher, wirtschaftlicher Weise vorgenommen worden ist.

14.11.83

Bezugszeichen zur Klebepistole/Motorantrieb

1.- Gehäuse
2.- Heizung
3.- Heizkanal
4.- Führung
5.- Klebestange
6.- Mundstück
7.- Gleichstrommotor
8.- Antriebsritzel
9.- konisches Zahnrad
10.- Transport-Rad
11.- Transport-Rad
12.- Feder
13.- Übersetzungsgetriebe
14.- Abzug
15.- Feder
16.- Wechselschalter
17.- Lager
18.- Wellen
19.- Schulter

833750

E31

G 103

14.11.83

Reinhard Ursprung
Eduard-Thöny-Straße 19
D-8919 Utting / Ammersee

# Klebepistole

## Schutzansprüche

1. Klebepistole mit Motorantrieb zum Auftragen von in Stangenform vorliegenden thermoplastischem Kunststoff, mit

- einem über einen Fingerabzug betätigbaren Elektromotor (7),
- einem Untersetzungsgetriebe (13) zwischen Elektromotor und zwei sich im Verhältnis zur Klebestange (15) gegenüberliegenden und in den Stangenumfang eingreifenden Antriebswalzen (10, 11),

d a d u r c h g e k e n n z e i c h n e t ,

daß der Elektromotor (7) im Inneren des Pistolengehäuses (1) angeordnet ist.

8332750 - 2 -

14.11.80



2. Klebepistole nach Anspruch 1, dadurch gekennzeichnet, daß der Elektromotor (7) ein Gleichstrommotor ist.

3. Klebepistole nach den Ansprüchen 1 und 2, dadurch gekennzeichnet, daß das Pistolengehäuse (1) im wesentlichen zweiteilig ausgebildet ist.

4. Klebepistole nach Anspruch 3, dadurch gekennzeichnet, daß das Gehäuse (1) aus Kunststoff in ansich bekanntem Spritzgußverfahren gebildet ist.

5. Klebepistole nach den Ansprüchen 3 und 4, dadurch gekennzeichnet, daß die Lagerungen (17) und z. T. die Wellen (18) für die Getriebe- und Antriebsteile am Gehäuse (1) direkt angeformt sind.

6. Klebepistole nach mindestens einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß der Elektromotor (7) in dem Griffteil des Pistolengehäuses (1) angeordnet ist.

7. Klebepistole nach mindestens einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß sämtliche Getriebeteile aus Kunststoff gebildet sind.

8. Klebepistole nach mindestens einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß zwecks Verwendung von Stäben unterschiedlicher Durchmesser und auch weichen Materials mindestens eine der Antriebswalzen (10, 11) auf Spannung elastisch gelagert sind.

033750




G 103

Docket No.: 122620-5146
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of: Peter DILWORTH et al. | : | Customer Number: 157354 |
| Application No.: 17/948,089 | : | Confirmation No.: 2412 |
| Filed: September 19, 2022 | : | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: Lawrence D. HOHENBRINK Jr. |

**INFORMATION DISCLOSURE STATEMENT (IDS)**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

Pursuant to 37 C.F.R. § 1.56, 1.97, and 1.98, the attention of the United States Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08. It is respectfully requested that the information be expressly considered during the prosecution of the above-identified application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is filed more than three months after the filing date of this application, AND after the mailing date of a first Office Action on the merits, but before the mailing date of any of a Final Action under 37 C.F.R. § 1.113, a Notice of Allowance under 37 C.F.R. § 1.311 or an action that otherwise closes prosecution in this application (37 C.F.R. § 1.97(c)).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to the patentability as defined in 37 C.F.R. § 1.56(b).

The $104.00 fee set forth in 37 C.F.R. § 1.17(p) is submitted herewith. The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith to Deposit Account No. 50-0310.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/
Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600 NSS:lmt
Facsimile: (714) 830-0700
Date: July 5, 2023

**Please recognize our Customer No. 157354 as our correspondence address.**

| | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. | |
|---|---|---|---|
| ***Notice of References Cited*** | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20100147465-A1 | 06-2010 | Di Miceli; Giuseppe | B29C66/81821 | 156/579 |
| * | B | US-5121329-A | 06-1992 | Crump; S. Scott | G05B19/41 | 228/180.5 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Issue Classification* | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| B29C | / | 48 | / | 02 | F | 2019-02-01 |
| B33Y | / | 10 | / | 00 | I | 2014-12-01 |
| B29C | / | 48 | / | 05 | I | 2019-02-01 |
| B29C | / | 48 | / | 37 | I | 2019-02-01 |
| B29C | / | 48 | / | 87 | I | 2019-02-01 |
| B29C | / | 48 | / | 2526 | I | 2019-02-01 |
| B29C | / | 48 | / | 2528 | I | 2019-02-01 |
| B29C | / | 64 | / | 118 | I | 2017-08-01 |
| B29C | / | 64 | / | 20 | I | 2017-08-01 |
| B29C | / | 64 | / | 106 | I | 2017-08-01 |
| B33Y | / | 30 | / | 00 | I | 2014-12-01 |
| B05C | / | 17 | / | 0053 | A | 2013-01-01 |
| B29C | / | 48 | / | 92 | A | 2019-02-01 |
| B29C | / | 48 | / | 802 | A | 2019-02-01 |
| B29C | / | 48 | / | 865 | A | 2019-02-01 |
| B29C | / | 2948 | / | 9258 | A | 2019-02-01 |
| B29C | / | 2948 | / | 92704 | A | 2019-02-01 |
| B29C | / | 64 | / | 00 | A | 2017-08-01 |
| E04G | / | 21 | / | 16 | A | 2013-01-01 |
| E04F | / | 21 | / | 165 | A | 2013-01-01 |
| B05C | / | 17 | / | 00526 | A | 2013-01-01 |
| B05C | / | 17 | / | 00 | A | 2013-01-01 |
| E04G | / | 23 | / | 02 | A | 2013-01-01 |
| B05C | / | 17 | / | 005 | A | 2013-01-01 |
| B05C | / | 17 | / | 00523 | A | 2013-01-01 |
| B29C | / | 64 | / | 10 | A | 2017-08-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| | / | | / | | | | | |

| | | |
|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 09 August 2023<br>(Date) | **Total Claims Allowed:**<br>19 |
| /NAHIDA SULTANA/<br>Primary Examiner, Art Unit 1743<br>(Primary Examiner) | 11 August 2023<br>(Date) | O.G. Print Claim(s): 1 — O.G. Print Figure: 2 |

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/948,089 | DILWORTH et al. |
| | **Examiner** | **Art Unit** |
| | Lawrence D Hohenbrink Jr. | 1743 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| **CLAIMED** | | | | |
| B29C | / | 48 | / | 02 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| **CLASS** | **SUBCLASS** |
| 425 | 87 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 09 August 2023<br>(Date) | **Total Claims Allowed:**<br>19 | |
| /NAHIDA SULTANA/<br>Primary Examiner, Art Unit 1743<br>(Primary Examiner) | 11 August 2023<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>2 |

U.S. Patent and Trademark Office

Part of Paper No.: 20230805

| *Issue Classification* | Application/Control No.<br>17/948,089 | Applicant(s)/Patent Under Reexamination<br>DILWORTH et al. |
|---|---|---|
| | Examiner<br>Lawrence D Hohenbrink Jr. | Art Unit<br>1743 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☑ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 10 | | 19 | 15 | 28 | | | | | | | | |
| 2 | 2 | | 11 | | 20 | 16 | 29 | | | | | | | | |
| 3 | 3 | | 12 | 8 | 21 | 17 | 30 | | | | | | | | |
| 4 | 4 | | 13 | 9 | 22 | 18 | 31 | | | | | | | | |
| 5 | 5 | | 14 | 10 | 23 | 19 | 32 | | | | | | | | |
| 6 | 6 | | 15 | 11 | 24 | | 33 | | | | | | | | |
| 7 | 7 | | 16 | 12 | 25 | | | | | | | | | | |
| | 8 | | 17 | 13 | 26 | | | | | | | | | | |
| | 9 | | 18 | 14 | 27 | | | | | | | | | | |

| | | | |
|---|---|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743<br>(Assistant Examiner) | 09 August 2023<br>(Date) | **Total Claims Allowed:**<br>19 | |
| /NAHIDA SULTANA/<br>Primary Examiner, Art Unit 1743<br>(Primary Examiner) | 11 August 2023<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>2 |

| Search Notes | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B29C48/02,92,865,05 | 6/6/2023 | LDH |
| B29C64/118,10,106 | 6/6/2023 | LDH |
| B29C2948/9258 | 6/6/2023 | LDH |
| B33Y10/00 | 6/6/2023 | LDH |
| B33Y30/00 | 6/6/2023 | LDH |
| updated above | 8/5/2023 | LDH |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 425 | 87,375 | 6/6/2023 | LDH |
| | updated above | 8/5/2023 | LDH |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| /L.D.H./<br>Examiner, Art Unit 1743 | /NAHIDA SULTANA/<br>Primary Examiner, Art Unit 1743 |
|---|---|

| *Search Notes* | Application/Control No. 17/948,089 | Applicant(s)/Patent Under Reexamination DILWORTH et al. |
|---|---|---|
| | Examiner Lawrence D Hohenbrink Jr. | Art Unit 1743 |

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| Searched PE2E SEARCH (see attached for scope of search) | 6/6/2023 | LDH |
| Inventor search | 6/6/2023 | LDH |
| Assignee search | 6/6/2023 | LDH |
| IDS reference review | 6/6/2023 | LDH |
| Global Dossier review | 6/6/2023 | LDH |
| Image flip search with appropriate text limitation, USPC class/ subclass, as listed above | 6/6/2023 | LDH |
| Image flip search with appropriate text limitation, CPC group/ subgroup, as listed above | 6/6/2023 | LDH |
| updated above | 8/5/2023 | LDH |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| 425 | 87,375 | 8/5/2023 | LDH |
| B29C48 | 02,92,865,05 | 8/5/2023 | LDH |
| B29C64 | 118,10,106 | 8/5/2023 | LDH |
| B29C2948 | 9258 | 8/5/2023 | LDH |
| B33Y10 | 00 | 8/5/2023 | LDH |
| B33Y30 | 00 | 8/5/2023 | LDH |

| /L.D.H./<br>Examiner, Art Unit 1743 | /NAHIDA SULTANA/<br>Primary Examiner, Art Unit 1743 |
|---|---|

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L2 | 1 | us-20140154347-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:07 AM |
| L3 | 1 | us-20120219699-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:29 AM |
| L4 | 4 | (4552287\|4597821\|4681524\|3665158).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:30 AM |
| L5 | 1 | us-20030137077-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:31 AM |
| L6 | 8 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:48 AM |
| L7 | 1 | (wobble near works).as. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 09:54 AM |
| L8 | 272 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 12:50 PM |
| L9 | 422 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 12:51 PM |
| L10 | 501 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:41 PM |
| L11 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L12 | 27 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L13 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L14 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:42 PM |
| L15 | 1281 | L8 or L9 or L10 or L11 or L12 or L13 or L14 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:43 PM |
| L16 | 479 | L15 and (nozzle or (die near3 open$3)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/17 01:43 PM |
| L17 | 1 | "6722872".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/19 01:46 PM |
| L18 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L19 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L20 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L21 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L22 | 27 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L23 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L24 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L25 | 1282 | L18 or L19 or L20 or L21 or L22 or L23 or L24 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L26 | 480 | L25 and (nozzle or (die near3 open$3)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L27 | 196 | L26 and hand | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:21 PM |
| L28 | 41 | L26 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:23 PM |
| L29 | 6 | L26 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/25 01:31 PM |
| L30 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:53 AM |
| L31 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:53 AM |
| L32 | 1339 | L30 or L31 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L33 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L34 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L35 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L36 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L37 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L38 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L39 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L40 | 1283 | L33 or L34 or L35 or L36 or L37 or L38 or L39 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L41 | 2525 | L32 or L40 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L42 | 103 | L41 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 07:54 AM |
| L43 | 11 | L41 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 08:26 AM |
| L44 | 1306 | L41 and ((button or control or switch or knob)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:16 AM |
| L45 | 282 | L44 and ((button or control or switch or knob) with first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:16 AM |
| L46 | 251 | L44 and ((button or control or switch or knob) with second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L47 | 206 | L45 and L46 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L48 | 74 | L44 and ((button or control or switch or knob) near2 first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L49 | 65 | L44 and ((button or control or switch or knob) near2 second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:17 AM |
| L50 | 38 | L48 and L49 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:18 AM |
| L51 | 498 | L41 and ((button or control or switch or knob) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:19 AM |
| L52 | 41 | L51 and ((button or control or switch or knob) near2 first) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:19 AM |
| L53 | 39 | L51 and ((button or control or switch or knob) near2 second) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:20 AM |
| L54 | 21 | L52 and L53 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 09:20 AM |
| L55 | 20 | L33 and ((button or control or switch or knob) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:33 AM |
| L56 | 20 | L33 and ((button or control or switch or knob or dial or toggle) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:34 AM |
| L57 | 20 | L33 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/26 10:34 AM |
| L58 | 1 | "7384255".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:00 AM |
| L59 | 91 | ("3016451" \| "3381812" \| "3841000" \| "4152367" \| "4665492" \| "4749347" \| "4844373" \| "4928897" \| "4961154" \| "5169081" \| "5257657" \| "5263585" \| "5293996" \| "5303141" \| "5312224" \| "5340433" \| "5402351" \| "5474719" \| "5503785" \| "5578227" \| "5587913" \| "5633021" \| "5637175" \| "5695707" \| "5738817" \| "5764521" \| "5816466" \| "5866058" \| "5868296" \| "5893404" \| "5900207" \| "5932055" \| "5936861" \| "5943235" | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2014/06/27 08:02 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | \| "5968561" \| "6004124" \| "6041991" \| "6054077" \| "6070107" \| "6085957" \| "6119567" \| "6127492" \| "6129872" \| "6162378" \| "6165406" \| "6193923" \| "6214279" \| "6228923" \| "6257517" \| "6261077" \| "6322728" \| "6557742" \| "6572228" \| "6645412" \| "6685866" \| "6722872" \| "6730252" \| "6749414" \| "6776602" \| "6814907" \| "6866807" \| "6923634" \| "7026574").PN. OR ("7384255").URPN. | | | | | |
| L60 | 12 | L59 and (motor with (reverse or opposite or clockwise)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:03 AM |
| L61 | 5 | L59 and (retract) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:27 AM |
| L62 | 18 | L59 and (strand) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:28 AM |
| L63 | 2 | L59 and (button) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:48 AM |
| L64 | 40 | L59 and ((button or control or switch or knob or dial or toggle or actuator) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:51 AM |
| L65 | 16 | L59 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 08:52 AM |
| L66 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L67 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L68 | 1339 | L66 or L67 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L69 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L70 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L71 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L72 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L73 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L74 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L75 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L76 | 1283 | L69 or L70 or L71 or L72 or L73 or L74 or L75 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L77 | 2525 | L68 or L76 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L78 | 194 | L77 and ((button or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L79 | 145 | L77 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 09:04 AM |
| L80 | 824 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:53 AM |
| L81 | 160 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:53 AM |
| L82 | 982 | L80 or L81 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:54 AM |
| L83 | 73 | L82 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:54 AM |
| L84 | 208 | L82 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:55 AM |
| L85 | 25 | L84 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 10:55 AM |
| L86 | 60 | L84 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:37 PM |
| L87 | 19 | L84 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) with (fan or blower)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:38 PM |
| L88 | 78 | L82 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/06/27 12:41 PM |
| L89 | 841 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L90 | 500 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L91 | 1339 | L89 or L90 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L92 | 271 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L93 | 421 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 10:00 AM |
| L94 | 504 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L95 | 69 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L96 | 28 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L97 | 23 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L98 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L99 | 1283 | L92 or L93 or L94 or L95 or L96 or L97 or L98 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L100 | 2525 | L91 or L99 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L101 | 824 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L102 | 160 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L103 | 982 | L101 or L102 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L104 | 3507 | L100 or L103 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:00 AM |
| L105 | 223 | L104 and ((button or switch or knob or dial or toggle or actuator or rocker) with (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:01 AM |
| L106 | 178 | L105 and ((first same second)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:02 AM |
| L107 | 35 | L105 and ((button or switch or knob or dial or toggle or actuator or rocker) with (first and second)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/07/02 10:02 AM |
| L108 | 865 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L109 | 249 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L110 | 1019 | L108 or L109 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:16 PM |
| L111 | 56 | L110 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:17 PM |
| L112 | 1 | us-20010033037-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/01 08:32 PM |
| L113 | 2 | "3281576".pn. or "4059204".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:17 PM |
| L114 | 5 | (8221669\|8236227\|8439665).pn. or us-20120258190-$.did. or | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:20 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | us-20130234366-$.did. | | | | | |
| L115 | 861 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L116 | 525 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L117 | 1383 | L115 or L116 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L118 | 274 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L119 | 425 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L120 | 561 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L121 | 77 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L122 | 348 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L123 | 32 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L124 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L125 | 1684 | L118 or L119 or L120 or L121 or L122 or L123 or L124 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L126 | 2952 | L117 or L125 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L127 | 830 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L128 | 164 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L129 | 992 | L127 or L128 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L130 | 3944 | L126 or L129 | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L131 | 32 | L130 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:48 PM |
| L132 | 11 | L130 and ((port) near (cool$4 or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:53 PM |
| L133 | 1407 | L130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:56 PM |
| L134 | 1558 | L130 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:56 PM |
| L135 | 263 | L134 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:57 PM |
| L136 | 56 | L130 and ((nozzle or (die near3 open$3) or | (US-PGPUB; USPAT) | OR | ON | ON | 2014/12/08 07:58 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | | | | | |
| L137 | 868 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L138 | 540 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L139 | 1405 | L137 or L138 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L140 | 275 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L141 | 425 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L142 | 616 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L143 | 85 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L144 | 379 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L145 | 36 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L146 | 65 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L147 | 1780 | L140 or L141 or L142 or L143 or L144 or L145 or L146 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L148 | 3063 | L139 or L147 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L149 | 835 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L150 | 167 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L151 | 1000 | L149 or L150 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L152 | 4063 | L148 or L151 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:03 AM |
| L153 | 32 | L152 and ((fan or blower) near3 (cool or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:04 AM |
| L154 | 12 | L152 and ((port) near (cool$4 or cold)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:04 AM |
| L155 | 1482 | L152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |
| L156 | 1640 | L152 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |
| L157 | 274 | L156 and (fan or blower) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:05 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L158 | 59 | L152 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice) or orifice) with (fan or blower)) | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:06 AM |
| L159 | 867 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L160 | 249 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L161 | 1021 | L159 or L160 | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| L162 | 57 | L161 and fan | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:51 AM |
| L177 | 1 | us-20160031141-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 09:52 AM |
| L178 | 1 | "9102098".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 09:53 AM |
| L179 | 1 | us-20160285028-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 10:14 AM |
| L180 | 1 | us-20160185028-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 10:15 AM |
| L181 | 16 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 01:54 PM |
| L182 | 1 | (wobble near works).as. or (wobble near works).aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 01:55 PM |
| L183 | 15 | (5853774\|6162378\|6776602\|9102098\|3559241\|3604597\|3887319\|5121329\|5169587\|6129872\|6238613\|6500374\|6558059\|8262304\|8926882).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 02:52 PM |
| L184 | 3 | us-20010033037-$.did. or us-20010030383-$.did. or us-20070029693-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 03:35 PM |
| L185 | 7 | us-20050129941-$.did. or us-20050288813-$.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-201100766496-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:20 PM |
| L186 | 8 | us-20050129941-$.did. or us-20050288813- | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:22 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | $.did. or us-20070228590-$.did. or us-20080197116-$.did. or us-20080213419-$.did. or us-20100147465-$.did. or us-20100327479-$.did. or us-20110076496-$.did. or us-20110079936-$.did. or us-20110196660-$.did. or us-20120070523-$.did. or us-20130209600-$.did. | | | | | |
| L187 | 4 | | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 04:35 PM |
| L188 | 1 | "6460481".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/08 05:41 PM |
| L189 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L190 | 0 | 425/37375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L191 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L192 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L193 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L194 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L195 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:29 AM |
| L196 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L197 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L198 | 586 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L199 | 425 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L200 | 60 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L201 | 71 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:30 AM |
| L202 | 770 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L203 | 1191 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L204 | 836 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L205 | 1817 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:31 AM |
| L206 | 1220 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11:31 AM |
| L207 | 8572 | L189 or L191 or L192 or L193 or L194 or L195 or L196 or L197 or L198 or L199 or L200 or L201 or L202 or L203 or L204 or L205 or L206 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:32 AM |
| L208 | 3608 | L207 and (nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:38 AM |
| L209 | 130 | L208 and (hand near4 (hold or held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 11:39 AM |
| L210 | 1133 | L208 and ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 12:29 PM |
| L211 | 390 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 12:30 PM |
| L212 | 4 | L208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same (port near (cool$4 or cold))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 01:25 PM |
| L213 | 5 | L208 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same3 (port near (cool$4 or cold))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 01:25 PM |
| L214 | 53 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 02:35 PM |
| L215 | 2 | L210 and ((nozzle or (die near3 open$3) or dispenser or (exit near2 orifice)) same ((button or control or switch or knob or dial or toggle or actuator or rocker) same (motor or drive) same gear same (vary or variable))) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 02:36 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L216 | 20 | L208 and ((vary or varies or varied or variable) near3 (extrusion or extruder) near3 rate) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/09 03:19 PM |
| L217 | 60 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 10:17 AM |
| L218 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L219 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L220 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L221 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L222 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L223 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L224 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L225 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L226 | 586 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L227 | 425 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L228 | 71 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L229 | 773 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L230 | 1193 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L231 | 842 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L232 | 1845 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L233 | 1238 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L234 | 8607 | L218 or L219 or L220 or L221 or L222 or L223 or L224 or L225 or L226 or L227 or L217 or L228 or L229 or L230 or L231 or L232 or L233 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L235 | 2089 | L234 and (extruder) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:48 AM |
| L236 | 86 | L235 and (extruder near3 tube) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 11:49 AM |
| L237 | 157 | L235 and (extruder near2 mount$3) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:13 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L238 | 10 | L235 and (extruder near2 mount$3 near2 end) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:14 PM |
| L239 | 66 | L235 and ((extruder near2 mount$3) same (nozzle or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 12:16 PM |
| L240 | 120 | L235 and (extruder with (tube and end)) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 01:38 PM |
| L241 | 42 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-7384255-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-8236227-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 06:31 PM |
| L242 | 6 | L241 and (insulator or insulate or insulation) | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/10 06:32 PM |
| L243 | 11 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20040232165-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-3604597-$ or US-6460481-$).did. | | | | | |
| L244 | 4 | L243 and circuit | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |
| L245 | 4 | L243 and circuit$2 | (US-PGPUB; USPAT) | OR | ON | ON | 2016/11/12 04:33 PM |
| L246 | 17 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:46 PM |
| L247 | 1 | (wobble near works).as. or (wobble near works).aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:47 PM |
| L248 | 101901 | ((three near dimension$2) or ("3D")) and (nozzle or orifice) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:49 PM |
| L249 | 1479 | L248 and (((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:50 PM |
| L250 | 63 | L249 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 07:51 PM |
| L251 | 3 | (5672312\|6117385\|7959847).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 08:17 PM |
| L252 | 2 | us-20060198918-$.did. or us-20090133800-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/29 08:18 PM |
| L253 | 221361 | ((three near dimension$2) or ("3D")) and (nozzle or orifice or die) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:29 AM |
| L254 | 2422 | L253 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:30 AM |
| L255 | 101 | L254 and ((((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:30 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L256 | 62 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L257 | 890 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L258 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L259 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L260 | 429 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L261 | 878 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L262 | 250 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L263 | 846 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L264 | 170 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L265 | 600 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L266 | 433 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L267 | 74 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L268 | 924 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L269 | 1408 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L270 | 1044 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L271 | 3869 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L272 | 2820 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L273 | 10947 | L257 or L258 or L259 or L260 or L261 or L262 or L263 or L264 or L265 or L266 or L256 or L267 or L268 or L269 or L270 or L271 or L272 | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:55 AM |
| L274 | 12 | L273 and (((nozzle or orifice or die) and (extruder same (filament or strand))) and (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:56 AM |
| L275 | 32 | L273 and ((nozzle or orifice or die) same (hand near (held or hold$3))) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 07:57 AM |
| L276 | 262 | L273 and (hand near | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (held or hold$3)) | | | | | 08:26 AM |
| L277 | 10 | L276 and ((hand near (held or hold$3)) and (free near space)) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 08:26 AM |
| L278 | 144 | L276 and ((hand near (held or hold$3)) and (space)) | (US-PGPUB; USPAT) | OR | ON | ON | 2017/03/30 08:28 AM |
| L299 | 1 | "5340433".pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/04/01 04:54 PM |
| L300 | 1 | us-20100147465-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/06/11 06:34 PM |
| L301 | 20 | (dilworth near2 (pete or peter)).in. or (boque near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 09:06 AM |
| L303 | 11 | (wobble near works).as,aanm. or (wobbleworks).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 09:12 AM |
| L306 | 22 | (3281576\|3559241\|3604597\|3665158\|3887319\|4059204\|4552287\|4597821\|4681524\|5121329\|5169587\|5340433\|5672312\|5853774\|6117385\|6129872\|6162378\|6238613\|6460481\|6500374\|6558059\|6776602).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:22 AM |
| L307 | 7 | (7959847\|8221669\|8236227\|8262304\|8439665\|8926882\|9102098).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:45 AM |
| L308 | 3 | (us-20010030383-$\|us-20010033037-$\|us-20030137077-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:49 AM |
| L309 | 12 | (us-20040232165-$\|us-20050129941-$\|us-20050288813-$\|us-20060198918-$\|us-20070003656-$\|us-20070029693-$\|us-20070228590-$\|us-20080197116-$\|us-20080213419-$\|us-20090133800-$\|us-20100147465-$\|us-20100327479-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 11:59 AM |
| L311 | 21 | (us-20110076496-$\|us-20110079936-$\|us-20110196660-$\|us-20120070523-$\|us-20120219699-$\|us-20120258190-$\|us-20130209600-$\|us-20130234366-$\|us- | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 12:14 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20090283544-$\|us-20140044823-$\|us-20140120197-$\|us-20140328963-$\|us-20150096717-$\|us-20150137402-$\|us-20150147427-$\|us-20150165691-$\|us-20150331412-$\|us-20160031159-$\|us-20170057168-$\|us-20170120519-$\|us-20170157826-$).did. | | | | | |
| L312 | 5 | "5843490".pn. or (us-20090274540-$\|us-20110074065-$\|us-20140159273-$\|us-20140291886-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2017/12/31 12:22 PM |
| L313 | 4 | us-20030137077-$.did. or (4681524\|4552287\|4597821).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 10:18 AM |
| L314 | 2 | us-20100147465-$.did. or us-20080197116-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 10:23 AM |
| L315 | 6215565 | hand$5 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:18 AM |
| L316 | 4492768 | L315 and (hand or handheld or (hand-held) or (hand near held)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:19 AM |
| L317 | 1579 | L316 and (((three near dimension$2) or ("3D")) and (nozzle or orifice or die) and (extruder same (filament or strand))) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:20 AM |
| L319 | 233 | L317 and ((hand or handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:22 AM |
| L320 | 22 | L317 and ((handheld or (hand-held) or (hand near held)) same (nozzle or orifice or die)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:27 AM |
| L321 | 661 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L322 | 0 | 425/084.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L323 | 0 | 425/087.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L324 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:35 AM |
| L325 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11:36 AM |
| L326 | 241 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L327 | 6622 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L328 | 4717 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:36 AM |
| L329 | 1150 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L330 | 44 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L331 | 3472 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L332 | 66 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L333 | 72 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L334 | 446 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L335 | 327 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:37 AM |
| L336 | 758 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L337 | 698 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L338 | 44 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:38 AM |
| L339 | 81 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:39 AM |
| L340 | 121 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:39 AM |
| L341 | 616 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L342 | 3261 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L343 | 498 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L344 | 425 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L345 | 1659 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:40 AM |
| L346 | 17183 | L321 or L324 or L325 or L326 or L327 or L328 or L329 or L330 or L331 or L332 or L333 or L334 or L335 or L336 or L337 or L338 or L339 or L340 or L341 or L342 or L343 or L344 or L345 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 11:45 AM |
| L347 | 56 | L346 and ((handheld or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (hand-held) or (hand near held)) same (nozzle or orifice or die)) | | | | | 11:46 AM |
| L348 | 46 | (US-20140154347-$ or US-20030137077-$ or US-20120219699-$ or US-20130164960-$ or US-20120161350-$ or US-20120121748-$ or US-20110076495-$ or US-20100021580-$ or US-20120189729-$ or US-20090035405-$ or US-20080213419-$ or US-20070003656-$ or US-20060269639-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20010033037-$ or US-20070029693-$ or US-20160185028-$ or US-20080197116-$ or US-20100147465-$ or US-20160303789-$ or US-20160059481-$ or US-20150037446-$ or US-20090123587-$ or US-20060146642-$).did. or (US-4552287-$ or US-3665158-$ or US-6722872-$ or US-3953006-$ or US-3750905-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-8448825-$ or US-4676851-$ or US-5589125-$ or US-4033742-$ or US-3281576-$ or US-4059204-$ or US-3604597-$ or US-3559241-$ or US-6558059-$ or US-6460481-$ or US-9266286-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 07:07 PM |
| L349 | 37 | L348 and second | (US-PGPUB; USPAT) | OR | ON | ON | 2018/01/01 07:07 PM |
| L350 | 291 | ("5340433").URPN. | (USPAT) | OR | ON | ON | 2018/04/03 11:24 AM |
| L351 | 414 | ("5121329").URPN. | (USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L352 | 492 | L350 or L351 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |
| L353 | 12 | L352 and (pen or pencil) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:25 AM |
| L354 | 6 | L352 and (hand with (held or hold or holding)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/04/03 11:30 AM |
| L355 | 18 | (US-20140154347-$ or US-20120219699-$ or US-20080213419-$ or US-20070003656-$ or US-20060051442-$ or US-20040232165-$ or US-20010030383-$ or US-20100147465-$ or US-20090123587-$).did. or (US-4552287-$ or US-3665158-$ or US-6162378-$ or US-5853774-$ or US-5121329-$ or US-3281576-$ or US-3604597-$ or US-6460481-$ or US-5889064-$).did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:00 AM |
| L356 | 4 | L355 and ((motor or switch or actuator) with (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:01 AM |
| L357 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L358 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L359 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L360 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L361 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L362 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L363 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L364 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L365 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L366 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L367 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L368 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L369 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L370 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L371 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L372 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L373 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L374 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L375 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L376 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L377 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L378 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L379 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L380 | 18454 | L357 or L358 or L359 or L360 or L361 or L362 or L363 or L364 or L365 or L366 or L367 or L368 or L369 or L370 or L371 or L372 or L373 or L374 or L375 or L376 or L377 or L378 or L379 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |
| L381 | 9645 | L380 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:08 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | electrophotography$2) | | | | | |
| L382 | 396 | L381 and ((motor or switch or actuator) with (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:10 AM |
| L383 | 140 | L382 and ((motor or switch or actuator) near3 (backward or reverse or opposite)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 06:10 AM |
| L384 | 64 | L383 and filament | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 07:13 AM |
| L385 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L386 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L387 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L388 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L389 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L390 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L391 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L392 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L393 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L394 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L395 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L396 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L397 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L398 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L399 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L400 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L401 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L402 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L403 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L404 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 01:27 PM |
| L405 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L406 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L407 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L408 | 18454 | L385 or L386 or L387 or L388 or L389 or L390 or L391 or L392 or L393 or L394 or L395 or L396 or L397 or L398 or L399 or L400 or L401 or L402 or L403 or L404 or L405 or L406 or L407 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L409 | 9645 | L408 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L410 | 436 | L409 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:27 PM |
| L411 | 188 | L410 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 01:28 PM |
| L439 | 1 | us-20060051442-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/27 07:50 AM |
| L440 | 1 | us-20140120194-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/27 08:00 AM |
| L441 | 1 | us-20180345559-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/12/23 09:01 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L442 | 1 | us-20180345559-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:13 AM |
| L443 | 1 | us-20170182701-$.did. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:15 AM |
| L444 | 1 | ("5121329").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:38 AM |
| L445 | 37 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:46 AM |
| L447 | 21 | ((wobble near works) or (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/18 11:49 AM |
| L448 | 1 | ("20150086668").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 09:47 AM |
| L449 | 11 | (1466509\|2517882\|3285475\|4114781\|4197448\|4704088\|5071069\|6013096\|6443675\|6543549\|20100166969).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 04:32 PM |
| L450 | 1 | (re26180).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/19 05:02 PM |
| L451 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L452 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L453 | 451 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L454 | 146 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L455 | 87 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:26 AM |
| L456 | 368 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L457 | 4070 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L458 | 506 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L459 | 4052 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L460 | 721 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L461 | 177 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L462 | 469 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L463 | 1947 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:27 AM |
| L464 | 2479 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L465 | 3413 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 08:28 AM |
| L466 | 1373 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L467 | 444 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L468 | 428 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L469 | 187 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:28 AM |
| L470 | 79 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L471 | 58 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L472 | 97 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L473 | 507 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L474 | 328 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L475 | 697 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:29 AM |
| L476 | 14290 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L477 | 9942 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L478 | 29182 | L451 L452 L453 L454 L455 L456 L457 L458 L459 L460 L461 L462 L463 L464 L465 L466 L467 L468 L469 L470 L471 L472 L473 L474 L475 L476 L477 | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:30 AM |
| L479 | 17858 | L478 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:34 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | | | | | |
| L482 | 181 | L479 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 08:42 AM |
| L513 | 1 | ("20200398471").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/03 06:54 PM |
| L514 | 2 | (10046498\|10792850).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/03 06:59 PM |
| L515 | 4 | (4953755\|3604597\|20040244603\|20100147465).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 02:38 PM |
| L516 | 41 | (dilworth near2 (pete or peter)).in. or (bogue near2 (max or maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 05:28 PM |
| L517 | 24 | ((wobble near works) or (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 05:29 PM |
| L518 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L519 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L520 | 592 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:43 PM |
| L521 | 4633 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L522 | 762 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L523 | 5115 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L524 | 3936 | B29C64/118.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L525 | 748 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L526 | 4246 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L527 | 502 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:44 PM |
| L528 | 22109 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L529 | 15231 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |
| L531 | 35899 | L518 L519 L520 L521 L522 L523 L524 L525 L526 L527 L528 L529 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:45 PM |
| L532 | 26213 | L531 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:46 PM |
| L533 | 234 | L532 and ((handheld or (hand-held) or manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/04 06:46 PM |
| L534 | 16782 | L518 L519 L520 L521 L522 L523 L524 L525 L526 L527 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:07 PM |
| L535 | 27433 | L528 L529 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:08 PM |
| L536 | 37578 | L534 L535 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:08 PM |
| L538 | 27685 | L536 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:10 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification)) | | | | | |
| L539 | 239 | L538 AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:11 PM |
| L540 | 4 | (20140154347\|20100147465\|20080197116\|3559241).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/05 04:30 PM |
| L541 | 2 | (9731444\|10792850).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 07:56 AM |
| L542 | 32 | ((dilworth OR dillworth OR dilsworth OR dillsworth) near2 (pete OR peter)).in. OR (boque near2 (max OR maxwell)).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 07:57 AM |
| L546 | 27 | ((wobble ADJ works) OR (wobbleworks)).as,aanm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 08:10 AM |
| L548 | 3 | (6175422\|20100283172\|4553935).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 11:57 AM |
| L550 | 20 | ((US-5121329-A OR US-9511543-B2 OR US-5889064-A OR US-6460481-B1 OR US- | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, BE, BG, BR, BY, CA, CH, CN, CS, CU, | OR | ON | ON | 2023/06/06 12:27 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3604597-A OR US-3281576-A OR US-5340433-A OR US-6776602-B2 OR US-5853774-A OR US-6162378-A OR US-3665158-A).did. AND USPT.dbnm.) OR ((US-20090123587-A1 OR US-20100147465-A1 OR US-20010030383-A1 OR US-20140154347-A1 OR US-20060051442-A1 OR US-20070003656-A1 OR US-20080213419-A1 OR US-20100166969-A1 OR US-20230016840-A1).did. AND PGPB.dbnm.) | CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, MC, MD, MY, NL, NO, NZ, OA, PH, PL, PT, RO, RS, RU, SE, SG, SI, SK, SU, TH, TN, TR, TW, UA, VN, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L551 | 78 | ((US-20100147465-A1 OR US-20170297245-A1 OR US-20150037446-A1 OR US-20160059481-A1 OR US-20160303789-A1 OR US-20090123587-A1 OR US-20080197116-A1 OR US-20010030383-A1 OR US-20160185028-A1 OR US-20190263061-A1 OR US-20040244603-A1 OR US-20200398471-A1 OR US-20190022934-A1 OR US-20160031141-A1 OR US-20150086668-A1 OR US-20170182701-A1 OR US-20180345559-A1 OR US-20060146642-A1 OR US-20100021580-A1 OR US-20060051442-A1 OR US-20060269639-A1 OR US-20070003656-A1 OR US-20080213419-A1 OR US-20090035405-A1 OR US-20120189729-A1 OR US-20100166969-A1 OR US-20040232165-A1 OR US-20110076495-A1 | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, MC, MD, MY, NL, NO, NZ, OA, PH, PL, PT, RO, RS, RU, SE, SG, SI, SK, SU, TH, TN, TR, TW, UA, VN, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/06/06 12:39 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR US-20120121748-A1 OR US-20120161350-A1 OR US-20130164960-A1 OR US-20120219699-A1 OR US-20030137077-A1 OR US-20070029693-A1 OR US-20010033037-A1 OR US-20140154347-A1 OR US-20230016840-A1).did. AND PGPB.dbnm.) OR ((US-9731444-B2 OR US-7891964-B2 OR US-5889064-A OR US-9266286-B1 OR US-6460481-B1 OR US-6558059-B1 OR US-5121329-A OR US-3559241-A OR US-3604597-A OR US-9102098-B2 OR US-4953755-A OR US-10046498-B2 OR US-10792850-B2 OR US-10124369-B1 OR US-9987807-B2 OR US-RE26180-E OR US-2517882-A OR US-4704088-A OR US-9511543-B2 OR US-6722872-B1 OR US-3665158-A OR US-4552287-A OR US-8448825-B2 OR US-8236227-B2 OR US-4059204-A OR US-3281576-A OR US-4033742-A OR US-5589125-A OR US-4676851-A OR US-5340433-A OR US-6776602-B2 OR US-7384255-B2 OR US-5853774-A OR US-6162378-A OR US-3750905-A OR US-7604470-B2 OR US-3953006-A OR US-11446852-B2 OR US-10040235-B2 OR US-10391693-B2 OR US-4553935-A).did. AND USPT.dbnm.) | | | | | |
| L552 | 263 | L538 AND ((handheld OR (hand-held) OR | (US-PGPUB; USPAT) | OR | ON | ON | 2023/06/06 04:45 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)) | | | | | |
| L553 | 5 | (4032046\|4804110\|6202892\|20060063126\|20070045337).pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/08/05 09:47 AM |
| L554 | 747 | ("5121329").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2023/08/05 02:02 PM |
| L555 | 201 | L554 AND (("3D" OR free) NEAR space) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/08/05 02:04 PM |
| L556 | 33167 | L536 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/08/05 02:30 PM |
| L557 | 266 | L556 AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/08/05 02:32 PM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N163 | 1 | 425/376.1.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N164 | 0 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N165 | 0 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N166 | 0 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N167 | 0 | 425/458.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N168 | 0 | b29c67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N169 | 0 | b29c47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:29 AM |
| N170 | 0 | b29c47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N171 | 0 | b29c47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N172 | 0 | b05c17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N173 | 1 | 156/498.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N174 | 0 | 156/368.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:30 AM |
| N175 | 0 | 425/378.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:49 AM |
| N176 | 0 | 425/72.2.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2015/02/20 08:50 AM |
| N279 | 36 | B29C47/0805.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:00 AM |
| N280 | 113 | 425/376.1.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:01 AM |
| N281 | 287 | 425/375.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:01 AM |
| N282 | 30 | 425/87.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N283 | 17 | 425/458.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N284 | 165 | 425/72.2.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N285 | 24 | 425/378.2.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N286 | 108 | 156/498.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:18 AM |
| N287 | 11 | 156/368.ccls. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N288 | 214 | B29C47/862.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N289 | 204 | B29C47/364.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N290 | 16 | B05C17/0053.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N291 | 611 | B29C67/0051.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N292 | 1004 | B29C67/0055.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N293 | 783 | B29C67/0085.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:19 AM |
| N294 | 2893 | B33Y10/00.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:20 AM |
| N295 | 2042 | B33Y30/00.cpc. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:21 AM |
| N296 | 5242 | N279 or N280 or N281 or N282 or N283 or N284 or N285 or N286 or N287 or N288 or N289 or N290 or N291 or N292 or N293 or N294 or N295 | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:22 AM |
| N298 | 0 | N296 and ((nozzle or orifice or die) and (extruder) and (filament or strand) and (hand near (held or hold$3))).clm. | (US-PGPUB) | OR | ON | ON | 2017/03/30 09:24 AM |
| N412 | 662 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N413 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N414 | 1282 | 264/308.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N415 | 259 | B29C47/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N416 | 7520 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N417 | 5394 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N418 | 1336 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N419 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N420 | 3532 | B29C47/0014.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N421 | 68 | B29C47/0805.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N422 | 82 | B29C47/0806.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N423 | 456 | B29C47/364.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:06 PM |
| N424 | 334 | B29C47/864.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N425 | 751 | B29C67/0055.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N426 | 705 | B29C67/0085.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N427 | 84 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N428 | 84 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N429 | 135 | B29C47/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N430 | 626 | B29C47/862.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N431 | 3337 | B29C47/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N432 | 481 | B29C67/0051.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N433 | 433 | B29C2947/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N434 | 1691 | B29C2947/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:07 PM |
| N435 | 18454 | N412 or N413 or N414 or N415 or N416 or N417 or N418 or N419 or N420 or N421 or N422 or N423 or N424 or N425 or N426 or N427 or N428 or N429 or N430 or N431 or N432 or N433 or N434 | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:09 PM |
| N436 | 9645 | N435 and ((("3D" or "3-D" or (three near dimension$4)) near (print$3 or object)) or (rapid near (prototyp$4 or manufactur$4)) or ((layered or additive or desktop or (on near demand)) near manufactur$3) or (solid near imaging) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo$lithography or | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:34 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ((selective or direct) near laser near (sintering or melting)) or electrophotography$2) | | | | | |
| N437 | 436 | N436 and ((motor or switch or actuator) with (backward or reverse or opposite or retract)) | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:35 PM |
| N438 | 17 | N437 and ((motor or switch or actuator) near3 (backward or reverse or opposite or retract)).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2018/06/08 05:36 PM |
| N483 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N484 | 667 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N485 | 451 | B29C48/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N486 | 146 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N487 | 87 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N488 | 368 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N489 | 4070 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N490 | 506 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N491 | 4052 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N492 | 721 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N493 | 177 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N494 | 469 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N495 | 1947 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:51 AM |
| N496 | 2479 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N497 | 3413 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N498 | 1373 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N499 | 444 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N500 | 428 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N501 | 187 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N502 | 79 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N503 | 58 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N504 | 97 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N505 | 507 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:52 AM |
| N506 | 328 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N507 | 697 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N508 | 14290 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N509 | 9942 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:53 AM |
| N510 | 29182 | N483 N484 N485 N486 N487 N488 N489 N490 N491 N492 N493 N494 N495 N496 N497 N498 N499 N500 N501 N502 N503 N504 N505 N506 N507 N508 N509 | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:54 AM |
| N511 | 17858 | N510 and ((("3D" or "3-D" or (three near dimension$4) or (three?dimension$4)) near (print$3 or shap$3 or object or model)) or (rapid near (prototyp$4 or manufactur$4)) or ((layer$2 or layerwise or additive$2 or generative$2 or desktop or (on near demand)) near manufactur$3) or (solid near freeform near fabrication) or ((fused or selective) near deposition near modeling) or (solid near freeform near printing) or (fused near filament near fabrication) or stereolithography or stereo?lithography or SLA or ((selective or direct) near laser near (sintering or melting)) or electrophotography$2 or (binder near jet$4) or (selective near solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:54 AM |
| N512 | 4 | N511 and ((handheld or (hand-held) or | (US-PGPUB; USPAT) | OR | ON | ON | 2020/05/20 09:57 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | manual$2 or hand) same (nozzle or orifice or die or nozzle) same (solidif$3 or solidification or solid)).clm. | | | | | |
| N513 | 278 | 425/87.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:23 PM |
| N515 | 670 | 425/375.ccls. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N516 | 179 | B29C48/2528.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N517 | 393 | B29C48/87.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N518 | 551 | B29C48/37.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:24 PM |
| N519 | 100 | B29C48/2526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N520 | 5183 | B29C48/05.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N521 | 4756 | B29C48/92.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N522 | 766 | B29C48/865.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N523 | 215 | B29C48/802.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N524 | 508 | B29C2948/9258.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N525 | 2217 | B29C2948/92704.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N526 | 1343 | B29C64/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N527 | 4437 | B29C64/106.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N528 | 562 | B29C64/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N529 | 780 | B29C64/10.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N530 | 488 | B05C17/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N531 | 222 | B05C17/005.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N532 | 98 | B05C17/00523.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N533 | 78 | B05C17/00526.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N534 | 109 | B05C17/0053.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |
| N535 | 558 | E04G21/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N536 | 375 | E04G23/02.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N537 | 734 | E04F21/165.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N538 | 23437 | B33Y10/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N539 | 16160 | B33Y30/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:26 PM |
| N540 | 40773 | N513 N515 N516 N517 N518 N519 N520 N521 N522 N523 N524 N525 N526 N527 N528 N529 N530 N531 N532 N533 N534 N535 N536 N537 N538 N539 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:33 PM |
| N541 | 27807 | N540 AND ((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification)) | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:35 PM |
| N542 | 5 | N541 AND (((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/16 04:39 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification))) AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)).clm. | | | | | |
| N543 | 6 | N541 AND (((("3D" OR "3-D" OR (three NEAR dimension$4) OR (three?dimension$4)) NEAR (print$3 OR shap$3 OR object OR model)) OR (rapid NEAR (prototyp$4 OR manufactur$4)) OR ((layer$2 OR layerwise OR additive$2 OR generative$2 OR desktop OR ("on" ADJ demand)) NEAR manufactur$3) OR (solid NEAR freeform NEAR fabrication) OR ((fused OR selective) NEAR deposition NEAR modeling) OR (solid NEAR freeform NEAR printing) OR (fused NEAR filament NEAR | (US-PGPUB; USPAT) | OR | ON | ON | 2023/08/05 02:33 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | fabrication) OR stereolithography OR stereo?lithography OR SLA OR ((selective OR direct) NEAR laser NEAR (sintering OR melting)) OR electrophotography$2 OR (binder NEAR jet$4) OR (selective NEAR solidification))) AND ((handheld OR (hand-held) OR manual$2 OR hand) SAME (nozzle OR orifice OR die OR nozzle) SAME (solidif$3 OR solidification OR solid)).clm. | | | | | |

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 1 of 3

| *Complete if Known* | |
|---|---|
| Application Number | 17/948,089-Conf. #2412 |
| Filing Date | September 19, 2022 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Attorney Docket Number | 122620-5146 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 4,032,046 | 06-1977 | Elliott et al. | |
| | A2 | 4,804,110 | 02-1989 | Sperry et al. | |
| | A3 | 6,202,892 | 03-2001 | Lasko | |
| | A4 | 2006/0063126 | 03-2006 | Aloise ET AL. | |
| | A5 | 2007/0045337 | 03-2007 | Hornsby et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | B1 | EP2928672B1 | 03-2022 | WobbleWorks, Inc. | | |
| | B2 | EP0363124A2 | 04-1990 | Minnesota Mining and Manufacturing Company | | |
| | B3 | CN203198622U | 09-2013 | Zhou | | X |
| | B4 | KR20110003257U | 03-2011 | Cho | | X |
| | B5 | DE8332750U1 | 03-1984 | Ursprung | | |
| | B6 | WO2014/088681A1 | 06-2014 | WobbleWorks, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| *(Use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 2 | of | 3 | Attorney Docket Number | 122620-5146 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | C1 | MakerBot Thingiverse, Plastic Welding Gun (Plastruder MK4), available at https://www.thingiverse.com/thing:4156, dated 19.09.2010, 8 pages. | |
| | C2 | Thingiverse, Plastic Welding Gun Extract (Plastruder MK4) by donutman_2000, from Wayback machine, available at https://www.thingiverse.com/thing:4156, dated 15.11.2010, 2 pages. | |
| | C3 | Thinking in 3D, 3D Printing Filament Tool, from Wayback machine, available at https://blog.richmond.edu/ti3d/2013/02/27/3d-printing-filament-tool/, dated 27.02.2013, 2 pages. | |
| | C4 | MakerBot Industries, Robots that Make Things, Plastruder MK4, from Wayback machine, available at http://wiki.makerbot.com/plastruder-mk4, dated 12.10.2010, 34 pages. | |
| | C5 | #MakiBox #Scribble – In Action at HackJam, screenshots from youtube https://www.youtube.com/watch?v=ef03qSz-yC8 and https://www.youtube.com/watch?v=PLCN7FJsFwQ, published on 27.11.2012, 4 pages. | |
| | C6 | MakOX, #MakiBox Update – A6 Printing Smoothly, Public Demos, and the Scribble, screenshots from webarchive.org, available at http://makibox.com/blogpost/items/makibox_smooth_print_public_demo_and_scribble, dated 03.12.2012, 11 pages. | |
| | C7 | Interview with 3Doodler Co-creator Max Bogue, dated 28.02.2013, available at blog.makezine.com/2013/02/28/interview-with-3doodler-co-creator-max-bogue/ (including video link to https://www.youtube.com/watch?v=q47CzPQLroQ/=E20, published online 22.02.2013), 7 pages. | |
| | C8 | 3d Printing Era, Draw in the Air with 3Doodler, available at http://www.3dprintingera.com/draw-in-the-air-with-3doodler/, dated 19.02.2013, 2 pages. | |
| | C9 | Kickstarter, 3Doodler: The World's First 3D Printing Pen, available at https://www.kickstarter.com/projects/1351910088/3doodler-the-worlds-first-3d-printing-pen/posts, dated 19.02.2013, 9 pages. | |
| | C10 | How 2 Today, The Development of 3Doodler, available at https://how2today.wordpress.com/2013/02/22/the-development-of-3doodler/ (including video link to https://www.youtube.com/watch?v=q47CzPQLroQ/=E20), dated 22.02.2013, 1 page. | |
| | C11 | Screenshots from Youtube video, available at https://www.youtube.com/watch?v=q47CzPQLroQ, dated 22.02.2013, 3 pages. | |
| | C12 | 3D structure printing pen came out: plastic for ink can, available at http://tech.sina.com.cn/d/2013-02-22/09478080960.shtml, dated 22.02.2013, including English translation, 8 pages. | X |
| | C13 | PP3DP, UP!User Manual, dated 2012, 54 pages. | |
| | C14 | Techwombat, Roundup – The Best Cheap 3D Printers of 2012, available at https://techwombat.com/roundup-best-cheap-3d-printers-2012-2013/, dated 01.01.2023 (showing UP! Plus printer on page 4), 7 pages. | |
| | C15 | Extruder Head for UP Plus/UP Plus 2/UP Mini 3D Printer, available at https://www.3dprinting.com.au/products/parts/up-plus-parts/extruder-head-for-up-3d-printer/, dated 30.12.2022, 4 pages. | |
| | C16 | Category: Extruders - RepRap, available at https://reprap.org/mediawiki/indexphp?title=Category:Extruders&old id=67755, dated 9.10.2012, 7 pages. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 3 of 3

| ***Complete if Known*** | |
|---|---|
| Application Number | 17/948,089-Conf. #2412 |
| Filing Date | September 19, 2022 |
| First Named Inventor | Peter DILWORTH |
| Art Unit | 1743 |
| Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Attorney Docket Number | 122620-5146 |

| | | | |
|---|---|---|---|
| | C17 | Wikipedia: Printrbot, available at https://en.wikipedia.org/w/index.php?title=Printrbot&oldid=525625985, dated 30.11.2012, 3 pages. | |
| | C18 | Screenshots from the Youtube video "Matt Wax Gun for Jewelry Design: Designing on Water," available at https://www.youtube.com/watch?v=hUaiuG1I7k4, dated 8.09.2011, 3 pages. | |
| | C19 | Screenshot of ifanr, Where is the "Magic Paintbrush"? The domestic 3D printing pen is released, available at www.ifanr.com/coolbuy/296254, dated 22.05.2013, including translation, 2 pages. | X |
| | C20 | Wayback machine of www.ifanr.com/coolbuy/296254, ifanr, Where is the "Magic Paintbrush"? The domestic 3D printing pen is released, dated 9.6.2013, including translation, 3 pages. | X |
| | C21 | Jaksic, N., "BYOE: Using 3D Pens for Enhancement and Rework of 3D-Printed Parts," Colorado State University - Pueblo, dated 2015, 11 pages. | |
| | C22 | FTIStrap, available at https://reprap.org/wiki/FTIStrap, dated 02.01.2023, 93 pages. | |
| | C23 | Hacker News, 3D printing pen lets you draw sculptures in thin air, dated 01.08.2021, 2 pages. | 3 |
| | C24 | Hacker New, 3Doodler: The World's First 3D Printing Pen, dated 01.08.2021, 2 pages. | |
| | C25 | Wayback machine of www.ifanr.com/coolbuy/296254, ifanr, Where is the "Magic Paintbrush"? The domestic 3D printing pen is released, dated 9.6.2013, including translation, 2 pages. | X |
| | C26 | Consolidated List of Cited Opposition Documents, EP Application No. 13861105.8, dated 06.07.2023. | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /LAWRENCE D. HOHENBRINK, JR./ | Date Considered | 08/05/2023 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

157354 7590 08/21/2023
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |
| ART UNIT | PAPER NUMBER |
| 1743 | |

DATE MAILED: 08/21/2023

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 11/21/2023 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

157354 7590 08/21/2023

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 11/21/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOHENBRINK JR, LAWRENCE D | 1743 | 425-087000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ______________
2 ______________
3 ______________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑ Issue Fee ❑ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via Patent Center or EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. __________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

❑ Applicant asserting small entity status. See 37 CFR 1.27

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

❑ Applicant changing to regular undiscounted fee status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ______________ Date ______________

Typed or printed name ______________ Registration No. ______________



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

157354 7590 08/21/2023

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1743 | |

DATE MAILED: 08/21/2023

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.**<br>17/948,089 | **Applicant(s)**<br>DILWORTH et al. | |
|---|---|---|---|
| | **Examiner**<br>Lawrence D Hohenbrink Jr. | **Art Unit**<br>1743 | **AIA (FITF) Status**<br>No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to Applicant's filing of 6/28/2023.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-7 and 21-32 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 7/5/2023.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

| | |
|---|---|
| /LAWRENCE D. HOHENBRINK, JR./<br>Examiner, Art Unit 1743 | /NAHIDA SULTANA/<br>Primary Examiner, Art Unit 1743 |

## DETAILED ACTION

### Status of the Application

1. This Office Action is the second action on the merits and is a notice of allowability. The Examiner acknowledges receipt of Applicant's amendment, including amended claims and arguments/remarks, filed 6/28/2023 in response to Office Action (non-final rejection) mailed 6/14/2023.

2. Claims 1-20 were previously pending with Claims 8-20 withdrawn from further consideration due to non-election from a restriction. With Applicant's filing of 6/28/2023 Claim 1 is amended, Claims 8-20 are cancelled, Claims 21-33 are newly added, and Claims 2-7 are as previously presented. Presently Claims 1-7 and 21-33 are pending and are examined herein.

### *Notice of Pre-AIA or AIA Status*

3. The present application is being examined under the pre-AIA first to invent provisions.

### *Terminal Disclaimer*

4. The terminal disclaimer filed on 6/28/2023 disclaiming the terminal portion of any patent granted on this application which would extend beyond the expiration date of **U.S. Patent No. 10,792,850** has been reviewed and is accepted. The terminal disclaimer has been recorded.

### EXAMINER'S AMENDMENT

5. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

6. Authorization for this examiner's amendment was given in an interview with Applicant's representative Atty. Nathan Smith on 8/5/2023 .

7. The application has been amended as follows:

CANCEL Claim 33

***Response to Amendment***

8. Claims 1-7 were previously rejected under 35 USC 112(b) as indefinite. In light of Applicant's amendment, these rejections are withdrawn.

***Allowable Subject Matter***

9. **Claims 1-7 and 21-32 are** allowed.

10. The following is an examiner's statement of reasons for allowance:

11. Independent Claim 1 is allowable because the recited claim limitations for a nozzle assembly disposed at a distal end of the housing that comprises an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand such that the strand can enter into and be melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object, when taken with the claim as a whole, has not been shown or reasonably suggested in the prior art. Dependent Claims 2-7 and 21-32 are allowable at least as depending from an allowable base claim.

12. A close prior art reference here made of record *Di Miceli et al.* (US 2010/0147465 A1) disclose a handheld welding extruder with a supply unit separated from a welding unit with the two connected by at least a connecting line that supplies compressed cold air to the welding unit. The welding unit has a pen-shaped cylindrical housing with a welding segment at a first end and a grab handle at a second end. A plastic strand of feed stock is introduced into an internal volume of the housing at the interface of the second end and the first end, thus the feed stock is introduce as least partially through the second end. A welding shoe with an exit nozzle for a plasticized strand of feed stock are located at the first end, and the nozzle assembly is at least partially disposed within the housing. Compressed cold air is used to cool the motor and gear train, then a portion of the air is directed to an exit gap to cool the guard tube, and the remainder is further heated and directed at the exit nozzle. *Di Miceli* do not disclose a housing configured to fit in a user's hand and shaped to allow manipulation like a pen without a handle extending from the housing to permit drawing of 3D objects in free space, and does not disclose that the strand is caused to

be extruded out of the exit nozzle in solid form capable of retaining its shape against gravity in free space to draw a 3D object. *Di Miceli* do not disclose the claim limitations discussed above.

13. A close prior art reference here made of record *Crump* (US 5,121,329) discloses a 3D printing apparatus comprising a dispensing head in which working material such as thermoplastic resin is supplied in the form of a solid rod, heated to its melting point in the dispensing head, and dispensed from a nozzle as a flowable fluid. The dispensing head is held by mechanical means capable of positioning the head in XYZ space. The dispensed material, in a fluid state, is layered to build up a 3D object as the material cools to solid state. Alternatively, the thermally solidifying material could be dispensed into free space so as to be suspended above a base plate or substrate. The dispensing head may have an ultrasonic vibrator secured to its outlet end which keeps the material in a fluid state and upon dispensing the material will instantaneously solidify, presumably when the pressure induced by the vibrator is relieved, and can be used to form threads, struts, or stands in free space. The use of a coolant applied to the material as it is discharged from the outlet can also cause instantaneous solidification of the dispensed material. *Crump* does not disclose the dispensing head fits in a user's hand, does not disclose a housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle extending from the housing to permit drawing 3D objects in free space, does not disclose the strand is extruded out of the exit nozzle in a solid form, but instead discloses the strand is extruded in a fluidized form that solidifies instantaneously after exiting the nozzle, and does not disclose applying coolant to the nozzle, but rather to the material after exiting the nozzle. *Crump* does not disclose the claim limitations discussed above.

14. A search of the relevant prior art failed to turn up any other prior art references which anticipated or could be used individually or in combination to set forth a *prima facie* case of obviousness, and upon which to base a prior art rejection for claims reciting these limitations.

15. Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled “Comments on Statement of Reasons for Allowance.”

***Conclusion***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lawrence D. Hohenbrink Jr. whose telephone number is 571-270-5549. The examiner can normally be reached Monday - Friday, 7:00 am to 3:00 pm Eastern Time U.S.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Joseph S. Del Sole can be reached on 571-272-1130. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LAWRENCE D. HOHENBRINK, JR./
Examiner, Art Unit 1743

/NAHIDA SULTANA/
Primary Examiner, Art Unit 1743

Docket No.: 122620-5146 PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Patent Application of:<br>Peter Dilworth et al. | : | Customer Number: 157354 |
| Application No.: 17/948,089 | : | Confirmation No.: 2412 |
| Filed: September 19, 2022 | : | Art Unit: 1743 |
| For: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE | : | Examiner: Hohenbrink Jr., Lawrence |

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**COMMENTS ON EXAMINER'S STATEMENT OF REASONS FOR ALLOWANCE**

Commissioner:

In response to the Statement of Reasons for Allowance, which statement was communicated to Applicant with the Notice of Allowability, Applicant makes the following comments.

Applicant respectfully disagrees with the Statement of Reasons for Allowance to the extent that the recitations of the allowable subject matter in the Statement deviate from the language of the allowed claims. Also, to the extent that there is any implication that the patentability of the claims rests solely on the recitation of one or more particular features as stated in the Statement of Reasons for Allowance, Applicant respectfully disagrees with the Statement because, for each claim, it is the combination of features or elements recited in the claim that makes it patentable.

Moreover, Applicant does not concede that all the aspects or reasons stated in the Statement are required for patentability. The Statement should not be construed as any agreement with or acquiescence by Applicant in the stated reasoning. In addition, the Statement

should not be construed to have any impact on, or any relation to, the patentability of claims in any other applications.

Applicant may disagree with and respectfully reserves the right to traverse any of the characterizations and the assertions in the Notice of Allowability, even if not discussed herein. Applicant respectfully reserves the right to challenge later whether any cited reference is prior art. The absence of a reply to a specific issue or comment in the Statement does not signify agreement with or concession of that issue or comment. In addition, there may be other reasons that have not been expressed for patentability of any or all claims.

Nothing in this paper should be construed as an intent to concede, or actual concession of, any issue with regard to any claim, or to any cited art, except as specifically stated in this paper.

If there are any questions, the Examiner is respectfully requested to telephone the undersigned Attorney.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/Nathan S. Smith/

Nathan S. Smith
Registration No. 53,615

600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Facsimile: 714.830.0700

**Please recognize our Customer No. 157354 as our correspondence address.**

**Date: August 21, 2023**

DB2/ 46528383.1

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

157354 7590 08/21/2023
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

TITLE OF INVENTION: HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 11/21/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOHENBRINK JR, LAWRENCE D | 1743 | 425-087000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Nathan S. Smith
2 Sujohn Das
3 Morgan, Lewis & Bockius LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: WOBBLEWORKS, INC.

(B) RESIDENCE: (CITY and STATE OR COUNTRY): WILMINGTON, DELAWARE

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via Patent Center or EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 500310

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

☐ Applicant asserting small entity status. See 37 CFR 1.27

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

☐ Applicant changing to regular undiscounted fee status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Nathan S. Smith/ Date August 21, 2023

Typed or printed name Nathan S. Smith Registration No. 53,615



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17948089 |
| **Filing Date:** | 19-Sep-2022 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Filer:** | Nathan Scott Smith |
| **Attorney Docket Number:** | 122620-5146 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 480 | 480 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **480** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48469841 |
| **Application Number:** | 17948089 |
| **International Application Number:** | |
| **Confirmation Number:** | 2412 |
| **Title of Invention:** | HAND-HELD THREE-DIMENSIONAL DRAWING DEVICE |
| **First Named Inventor/Applicant Name:** | Peter DILWORTH |
| **Customer Number:** | 157354 |
| **Filer:** | Nathan Scott Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 122620-5146 |
| **Receipt Date:** | 21-AUG-2023 |
| **Filing Date:** | 19-SEP-2022 |
| **Time Stamp:** | 19:51:17 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $480 |
| RAM confirmation Number | E20238KJ51479575 |
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Post Allowance Communication - Incoming | 122620-5146_Comments.pdf | 99922<br>c6a88af4d17f6fcc6bb1fda09e9114bf1f796 9b4 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Issue Fee Payment (PTO-85B) | 5146_IFT.pdf | 127665<br>184a6b2f52c36d7f5a4663783f33bdcd85b4 d417 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 37881<br>1be9db743f787871bc7936a9df67c409902 24422 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | 265468 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/08a (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/948,089-Conf. #2412 |
| *(Use as many sheets as necessary)* | | | | Filing Date | September 19, 2022 |
| | | | | First Named Inventor | Peter DILWORTH |
| | | | | Art Unit | 1743 |
| | | | | Examiner Name | Lawrence D. HOHENBRINK Jr. |
| Sheet | 2 | of | 6 | Attorney Docket Number | 122620-5146 |

| | | | | | |
|---|---|---|---|---|---|
| | A44 | 2004/0232165 | 11-2004 | Lee | |
| | A45 | 2005/0129941 | 06-2005 | Comb et al. | |
| | A46 | 2005/0288813 | 12-2005 | Yang et al. | |
| | A47 | 2006/0051442 | 03-2006 | Miceli et al. | |
| | A48 | 2006/0198918 | 09-2006 | Koyagi et al. | |
| | A49 | 2007/0003656 | 01-2007 | LaBossiere et al. | |
| | A50 | 2007/0029693 | 02-2007 | Wigand et al. | |
| | A51 | 2007/0228590 | 10-2007 | LaBossiere et al. | |
| | A52 | 2008/0197116 | 08-2008 | Achtner et al. | |
| | A53 | 2008/0213419 | 09-2008 | Skubic et al. | |
| | A54 | 2009/0133800 | 05-2009 | Morohoshi et al. | |
| | A55 | 2009/0274540 | 11-2009 | Batchelder et al. | |
| | A56 | 2009/0283544 | 11-2009 | Salmela et al. | |
| | A57 | 2010/0147465 | 06-2010 | Di Miceli | |
| | A58 | 2010/0166969 | 07-2010 | Batchelder | |
| | A59 | 2010/0327479 | 12-2010 | Zinniel et al. | |
| | A60 | 2011/0074065 | 03-2011 | Batchelder et al. | |
| | A61 | 2011/0076496 | 03-2011 | Batchelder et al. | |
| | A62 | 2011/0079936 | 04-2011 | Oxman | |
| | A63 | 2011/0196660 | 08-2011 | Liu et al. | |
| | A64 | 2012/0070523 | 03-2012 | Swanson et al. | |
| | A65 | 2012/0219699 | 08-2012 | Pettersson et al. | |
| | A66 | 2012/0258190 | 10-2012 | Batchelder et al. | |
| | A67 | 2013/0209600 | 08-2013 | Tow | |
| | A68 | 2013/0234366 | 09-2013 | Batchelder et al. | |
| | A69 | 2014/0044823 | 02-2014 | Pax et al. | |
| | A70 | 2014/0120197 | 05-2014 | Swanson et al. | |
| | A71 | 2014/0159273 | 06-2014 | Koop et al. | |
| | A72 | 2014/0291886 | 10-2014 | Mark et al. | |
| | A73 | 2014/0328963 | 11-2014 | Mark et al. | |
| | A74 | 2015/0096717 | 04-2015 | Batchelder et al. | |
| | A75 | 2015/0137402 | 05-2015 | Schmehl et al. | |
| | A76 | 2015/0147427 | 05-2015 | Lundwall et al. | |
| | A77 | 2015/0165691 | 06-2015 | Mark et al. | |
| | A78 | 2015/0331412 | 11-2015 | Adair et al. | |
| | A79 | 2016/0031159 | 02-2016 | Church et al. | |
| | A80 | 2017/0057168 | 03-2017 | Miller et al. | |
| | A81 | 2017/0120519 | 05-2017 | Mark | |
| | A82 | 2017/0157826 | 06-2017 | Hishiki | |
| | A83 | 2017/0182701 | 06-2017 | Ryan | |
| | A84 | RE 26,180 | 04-1967 | Frenzel et al. | |
| | A85 | 4,953,755 | 09-1990 | Dennison | |
| | A86 | 2004/0244603 | 12-2004 | Magers | |
| | A87 | 6,175,422 | 01-2001 | Penn et al. | |
| | A88 | 7,314,591 01/2008 | ~~05-2001~~ | Priedeman | |
| | A89 | 2010/0283172 | 11-2010 | Swanson | |

Change(s) applied to document,
/B.P./
8/23/2023

DB2/ 45494209.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.D.H./

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/26/2023 | 11766819 | 122620-5146 | 2412 |

157354 7590 09/06/2023

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above. The patent will issue electronically. The electronically issued patent is the official patent grant pursuant to 35 U.S.C. § 153. The patent may be accessed on or after the issue date through Patent Center at https://patentcenter.uspto.gov/. The patent will be available in both the public and the private sides of Patent Center. Further assistance in electronically accessing the patent, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-888-217-9197.

The USPTO is implementing electronic patent issuance with a transition period, during which period the USPTO will mail a ceremonial paper copy of the electronic patent grant to the correspondence address of record. Additional copies of the patent (i.e., certified and presentation copies) may be ordered for a fee from the USPTO's Certified Copy Center at https://certifiedcopycenter.uspto.gov/index.html. The Certified Copy Center may be reached at (800)972-6382.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Center (https://patentcenter.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s) (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional inventors):

Peter DILWORTH, Somerville, MA;
Maxwell BOGUE, Hong Kong, HONG KONG;

APPLICANT(s) (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional applicants):

WobbleWorks, Inc., Wilmington, DE;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/948,089 | 09/19/2022 | Peter DILWORTH | 122620-5146 | 2412 |

157354 7590 09/26/2023
Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653

| EXAMINER | |
|---|---|
| HOHENBRINK JR, LAWRENCE D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1743 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/26/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

judith.troilo@morganlewis.com
ocipdocketing@morganlewis.com

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 17/948,089 | 26-Sep-2023 | 11766819 |

Morgan, Lewis & Bockius LLP (OC)
600 Anton Boulevard
Costa Mesa, CA 92626-7653

# EGRANT NOTIFICATION

Your electronic patent grant (eGrant) is now available, which can be accessed via Patent Center at https://patentcenter.uspto.gov

The electronic patent grant is the official patent grant under 35 U.S.C. 153. For more information, please visit https://www.uspto.gov/electronicgrants