# Exhibit 12

# Polymer Processing Fundamentals

Tim A. Osswald




HANSER

## SPE Books from Hanser Publishers

*Belofsky,* Plastics: Product Design and Process Engineering
*Bernhardt,* Computer Aided Engineering for Injection Molding
*Brostow/Corneliussen,* Failure of Plastics
*Chan,* Polymer Surface Modification and Characterization
*Charrier,* Polymeric Materials and ProcessingPlastics, Elastomers and Composites
*Del Vecchio,* Understanding Design of Experiments: A Primer for Technologists
*Ehrig,* Plastics Recycling
*Ezrin,* Plastics Failure Guide
*Gordon,* Total Quality Process Control for Injection Molding
*Gordon/Shaw,* Computer Programs for Rheologists
*Gruenwald,* Plastics: How Structure Determines Properties
*Lee,* Blow Molding Design Guide
*Macosko,* Fundamentals of Reaction Injection Molding
*Malloy,* Plastic Part Design for Injection Molding
*Manzione,* Applications of Computer Aided Engineering in Injection Molding
*Matsuoka,* Relaxation Phenomena in Polymers
*Menges/Mohren,* How to Make Injection Molds
*Michaeli,* Extrusion Dies for Plastics and Rubber
*Michaeli/Greif/Kaufmann/Vossebürger,* Training in Plastics Technology
*Michaeli/Greif/Kretzschmar/Kaufmann/Bertuleit,* Training in Injection Molding
*Neuman,* Experimental Strategies for Polymer Scientists and Plastics Engineers
*O'Brien,* Applications of Computer Modeling for Extrusion and Other Continuous Polymer Processes
*Osswald,* Polymer Processing Fundamentals
*Progelhof/Throne,* Polymer Engineering Principles
*Rauwendaal,* Polymer Extrusion
*Rees,* Mold Engineering
*Rosato,* Designing with Reinforced Composites
*Saechtling,* International Plastics Handbook for the Technologist, Engineer and User
*Stevenson,* Innovation in Polymer Processing
*Stoeckhert,* Mold-Making Handbook for the Plastics Engineer
*Throne,* Thermoforming
*Tucker,* Fundamentals of Computer Modeling for Polymer Processing
*Ulrich,* Introduction to Industrial Polymers
*Wright,* Injection/Transfer Molding of Thermosetting Plastics
*Wright,* Molded Thermosets: A Handbook for Plastics Engineers, Molders and Designers

Tim A. Osswald

# Polymer Processing Fundamentals

HANSER

Hanser Publishers, Munich

Hanser Gardner Publications, Inc., Cincinnati

The Author:
*Tim A. Osswald,* University of Wisconsin-Madison, Polymer Research Group, Department of Mechanical Engineering, Madison, WI 53706, USA

Distributed in the USA and in Canada by
Hanser/Gardner Publications, Inc.
6915 Valley Avenue, Cincinnati, Ohio 45244-3029, USA
Fax: (513) 527-8950
Phone: (513) 527-8977 or 1-800-950-8977
Internet: http://www.hansergardner.com

Distributed in all other countries by
Carl Hanser Verlag
Postfach 86 04 20, 81631 München, Germany
Fax: +49 (89) 98 12 64

The use of general descriptive names, trademarks, etc., in this publication, even if the former are not especially identified, is not to be taken as a sign that such names, as understood by the Trade Marks and Merchandise Marks Act, may accordingly be used freely by anyone.

While the advice and information in this book are believed to be true and accurate at the date of going to press, neither the authors nor the editors nor the publisher can accept any legal responsibility for any errors or omissions that may be made. The publisher makes no warranty, express or implied, with respect to the material contained herein.

Library of Congress Cataloging-in-Publication Data
**Osswald, Tim A.**
Polymer processing fundamentals / Tim A. Osswald.
p. cm.
Includes bibliographical references and index.
ISBN 1-56990-262-3 (pbk.)
1. Plastics. I. Title.
TP1120.D85 1998
668.4–dc21 98-33644

Die Deutsche Bibliothek – CIP-Einheitsaufnahme
**Osswald, Tim A.**
Polymer processing fundamentals / Tim A. Osswald. – Munich : Hanser ; Cincinnati : Hanser/Gardner, 1998
ISBN 3-446-19571-8

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying or by any information storage and retrieval system, without permission in writing from the publisher.

© Carl Hanser Verlag, Munich 1998
Camera-ready copy prepared by the author
Printed and bound in Germany by Druckhaus "Thomas Müntzer", Bad Langensalza

*In loving memory of Max Robert Osswald*

## 6.1 The Injection Molding Cycle

The sequence of events during the injection molding of a plastic part, as shown in Fig. 6.2, is called the injection molding cycle. The cycle begins when the mold closes, followed by the injection of the polymer into the mold cavity. Once the cavity is filled, a holding pressure is maintained to compensate for material shrinkage. In the next step, the screw turns, feeding the next shot to the front of the screw. This causes the screw to retract as the next shot is prepared. Once the part is sufficiently cool, the mold opens and the part is ejected. Fig. 6.3 presents the sequence of events during the injection molding cycle. The figure shows that the cycle time is dominated by the cooling of the part inside the mold cavity. The total cycle time can be calculated using

$$t_{cycle} = t_{closing} + t_{cooling} + t_{ejection} \tag{6.2}$$

where the closing and ejection times, $t_{closing}$ and $t_{ejection}$, can last from a fraction of second to a few seconds, depending on the size of the mold and machine.




Figure 6.2 Sequence of events during an injection molding cycle






Figure 6.3 Injection molding cycle

ESTIMATING COOLING TIME DURING INJECTION MOLDING

The cooling time for a plate-like part of thickness $h$ can be estimated using [1]

$$t_{cooling} = \frac{h^2}{\pi\alpha} \ln\left( \frac{8}{\pi^2} \frac{T_M - T_W}{T_D - T_W} \right) \tag{6.3}$$

and for cylindrical geometry of diameter $D$ using

$$t_{cooling} = \frac{D^2}{23.14\alpha} \ln\left( 0.692 \frac{T_M - T_W}{T_D - T_W} \right) \tag{6.4}$$

In Eqs. (6.3) and (6.4), $\alpha$ represents thermal diffusivity, $T_M$ represents the melt temperature, $T_W$ the mold temperature, and $T_D$ the average part temperature at ejection.

Using the average part temperature history and the cavity pressure history, the process can be followed and assessed using the PvT diagram as depicted in Fig. 6.4. [2-3]. To follow the process on the PvT diagram, we must transfer both the temperature and the pressure at

EG_000216577

This book ties material behavior to the various processing techniques applied in the manufacturing of plastic parts. It is written at two clearly distinguished levels: an introductory level for students and engineers unfamiliar with polymer processing, and a more advanced level offering in-depth material for those readers with some background in the polymer processing field.

Numerous examples and problems together with laboratory exercises for all major processes at the end of the book emphasize the practical approach of this text. Both engineering students and practicing engineers will find this unique text most helpful in their attempt to acquire solid knowledge in polymer processing.

**Contents:**


- Introduction to Polymers
- Mechanical Behavior of Polymers
- Rheology of Polymer Melts
- Extrusion
- Mixing
- Injection Molding
- Secondary Shaping
- Other Important Polymer Processes
- Extrusion Laboratory
- Injection Molding Laboratory
- Blow Molding Laboratory
- Thermoforming Laboratory
- Film Blowing Laboratory
- Transport Phenomena Equations
- Polymer Properties


ISBN 1-56990-262-3
Hanser Gardner Publications
http://www.hansergardner.com

ISBN 3-446-19571-8
Carl Hanser Verlag
http://www.hanser.de

9781569902622 90000