# Exhibit 14

Tim A. Osswald
Georg Menges

# Materials Science of Polymers for Engineers



3rd Edition

HANSER

Tim A. Osswald
Georg Menges

# Material Science of Polymers for Engineers

3rd Edition

HANSER

Hanser Publishers, Munich Hanser Publications, Cincinnati

*The Author:*
Prof. Dr. Tim A. Osswald,
University of Wisconsin-Madison, Polymer Processing Research Group,
Department of Mechanical Engineering, 1513 University Avenue, Madison, USA

Prof. Dr.-Ing. Georg Menges,
Am Beulardstein 19, Aachen, Germany

Distributed in North and South America by:
Hanser Publications
6915 Valley Avenue, Cincinnati, Ohio 45244-3029, USA
Fax: (513) 527-8801
Phone: (513) 527-8977
www.hanserpublications.com

Distributed in all other countries by
Carl Hanser Verlag
Postfach 86 04 20, 81631 München, Germany
Fax: +49 (89) 98 48 09
www.hanser.de

The use of general descriptive names, trademarks, etc., in this publication, even if the former are not especially identified, is not to be taken as a sign that such names, as understood by the Trade Marks and Merchandise Marks Act, may accordingly be used freely by anyone.
While the advice and information in this book are believed to be true and accurate at the date of going to press, neither the authors nor the editors nor the publisher can accept any legal responsibility for any errors or omissions that may be made. The publisher makes no warranty, express or implied, with respect to the material contained herein.

Library of Congress Cataloging-in-Publication Data

to follow

Bibliografische Information Der Deutschen Bibliothek
Die Deutsche Bibliothek verzeichnet diese Publikation in der Deutschen Nationalbibliografie;
detaillierte bibliografische Daten sind im Internet über <http://dnb.d-nb.de> abrufbar.

ISBN 978-1-56990-514-2
E-Book-ISBN 9781569905241

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying or by any information storage and retrieval system, without permission in writing from the publisher.

© Carl Hanser Verlag, Munich 2010
Production Management: Steffen Jörg
Coverconcept: Marc Müller-Bremer, www.rebranding.de, München
Coverdesign: Stephan Rönigk
Typeset, printed and bound by Kösel, Krugzell
Printed in Germany

# 8 Solidification of Polymers

Solidification is the process during which a material undergoes a phase change and hardens. The phase change occurs as a result of either a reduction in material temperature or a chemical curing reaction. As discussed in previous chapters, a thermoplastic polymer hardens as the temperature of the material is lowered below either the melting temperature for a semi-crystalline polymer or the glass transition temperature for an amorphous thermoplastic. A thermoplastic has the ability to soften again as the temperature of the material is raised above the solidification temperature. On the other hand, the solidification of a thermosetting polymer leads to crosslinking of molecules. The effects of crosslinking are irreversible and lead to a network that hinders the free movement of the polymer chains, independent of the material temperature.

## 8.1 Solidification of Thermoplastics

The term “solidification” is often misused to describe the hardening of amorphous thermoplastics. The solidification of most materials is defined at a discrete temperature, whereas amorphous polymers do not exhibit a sharp transition between the liquid and the solid states. Instead, an amorphous thermoplastic polymer vitrifies as the material temperature drops below the glass transition temperature, $T_g$. A semi-crystalline polymer does have a distinct transition temperature between the melt and the solid state, the melting temperature, $T_m$.

### 8.1.1 Thermodynamics During Cooling

As heat is removed from a polymer melt, the molecules lose their ability to move freely, thus making the melt highly viscous. As amorphous polymers cool, the molecules slowly become closer packed, thus changing the viscous material into a leathery or rubberlike substance. Once the material has cooled below the glass

Case 2:26-cv-01592-MEMF-PVC Document 35-15 Filed 03/23/26 Page 6 of 18 Page ID #:3817

transition temperature, $T_g$, the polymer becomes stiff and brittle. It should be pointed out that the glass transition temperature is affected by cooling rate. Higher cooling rates "freeze-in" free volume between the molecules, leading to higher glass transition temperatures. At the glass transition temperature, the specific volume and enthalpy curves experience a significant change in slope. This can be seen for polystyrene in the enthalpy-temperature curve shown in Fig. 8.1. With semi-crystalline thermoplastics, at a crystallization temperature near the melting temperature, the molecules start arranging themselves in small crystalline and amorphous regions, creating a very complicated morphology. During the process of crystalline structure formation, a quantum of energy, often called *heat of crystallization* or *heat of fusion*, is released and must be conducted out of the material before the cooling process can continue. The heat of fusion is reflected in the shape of the enthalpy-temperature curve as shown for polyamide 66, polyethylene, and polypropylene in Fig. 8.1. At the onset of crystalline growth, the material becomes rubbery yet not brittle, because the amorphous regions are still above the glass transition temperature. As explained earlier, the glass transition temperature for some semi-crystalline polymers is far below room temperature, making them tougher than amorphous polymers. For common semi-crystalline polymers, the degree of crystallization can range between 30 and 70 %. This means that 30 – 70 % of the molecules form crystals and the rest remain in an amorphous state. The degree of crystallization is highest for those materials with short molecules because they can crystallize faster and more easily.




**Figure 8.1** Enthalpy as a function of temperature for various thermoplastics

Figure 8.2 [1] depicts the volumetric temperature dependence of a polymer. In the melt state, the chains have "empty spaces" in which molecules can move freely. Hence, undercooled polymer molecules can still move as long as space is available. The point at which this free movement ends for a molecule or segment of chains is called the glass transition temperature or solidification point. As pointed out in Fig. 8.2, the free volume is frozen-in as well. In the case of crystallization, ideally, the volume should jump to a lower specific volume. However, even here small

Case 2:26-cv-01592-MEMF-PVC Document 35-15 Filed 03/23/26 Page 7 of 18 Page ID #:3818





**Figure 8.2** Thermal expansion model for thermoplastic polymers

amorphous regions remain permitting a slow flow or material creep. This free volume reduces to nothing at absolute zero temperature at which heat transport can no longer occur.

The specific volume of a polymer changes with pressure even at the glass transition temperature. This is demonstrated for an amorphous thermoplastic in Fig. 8.3 and for a semi-crystalline thermoplastic in Fig. 8.4.




**Figure 8.3** Schematic of a p-v-T diagram for amorphous thermoplastics




**Figure 8.4** Schematic of a p-v-T diagram for semi-crystalline thermoplastics

It should be noted here that the size of the frozen-in free volume depends on the rate at which a material is cooled; high cooling rates result in a large free volume. In practice this is very important. When the frozen-in free volume is large, the part is less brittle. On the other hand, high cooling rates lead to parts that are highly permeable, which may allow the diffusion of gases or liquids through container walls. The cooling rate is also directly related to the dimensional stability of the final part. The effect of high cooling rates can often be mitigated by heating the part to a temperature that enables the molecules to move freely; this will allow further crystallization by additional chain folding. This process has a great effect on the structure and properties of the crystals and is referred to as *annealing*. In general, this only signifies a qualitative improvement of polymer parts. It also affects shrinkage and warpage during service life of a polymer component, especially when thermally loaded.

All these aspects have a great impact on processing. For example, when extruding amorphous thermoplastic profiles, the material can be sufficiently cooled inside the die so that the extrudate has enough rigidity to carry its own weight as it is pulled away from the die. Semi-crystalline polymers with low molecular weights

have a viscosity above the melting temperature that is too low to be able to withstand their own weight as the extrudate exits the die. Temperatures below the melting temperature, $T_m$, however cannot be used because they would lead to solidification inside the die. Similar problems are encountered with the thermoforming process in which the material must be heated to a point so that it can be formed into its final shape, yet it has to be able to withstand its own weight.

Semi-crystalline polymers are also at a disadvantage regarding the injection molding process. Because of the heat needed for crystallization, more heat must be removed to solidify the part; and because there is more shrinkage, longer packing times and larger pressures must be employed. All this implies longer cycle times and more shrinkage. High cooling rates during injection molding of semi-crystalline polymers will reduce the degree of crystallization. However, the amorphous state of the polymer molecules may lead to some crystallization after manufacturing, which will result in further shrinkage and warpage of the final part. It is quite common to follow the whole injection molding process in the p-v-T diagrams presented in Figs. 8.3 and 8.4, and thus predict how much the molded component has shrunk.

### 8.1.2 Morphological Structure

Morphology is the order or arrangement of the polymer structure. The possible "order" between a molecule or molecule segment and its neighbors can vary from a very ordered highly crystalline polymeric structure to an amorphous structure (i.e., a structure in greatest disorder or random). The possible range of order and disorder is clearly depicted on the left side of Fig. 8.5. For example, a purely amorphous polymer is formed only by the non-crystalline or amorphous chain structure, whereas the semi-crystalline polymer displays a combination of all the possible structures represented on the left side of Fig. 8.5.




**Figure 8.5** Schematic diagram of possible molecular structures that occur in thermoplastic polymers

Case 2:20-cv-01592-MEMF-PVC Document 35-15 Filed 03/23/26 Page 10 of 18 Page ID #:3821

The image of a semi-crystalline structure as shown in the middle of Fig. 8.5 can be captured with an electron microscope. A macroscopic structure, shown on the right hand side of the figure, can be captured with an optical microscope. An optical microscope can capture coarser macro-morphological structures, such as the spherulites in semi-crystalline polymers.

An amorphous polymer is defined as having a purely random structure. However it is not quite clear if a "purely amorphous" polymer as such exists. Electron microscopic observations have shown amorphous polymers that are composed of relatively stiff chains and that show a certain degree of macromolecular structure and order, for example, globular regions or fibrillic structures. Nevertheless, these types of amorphous polymers are still found to be optically isotropic. Even polymers with soft and flexible macromolecules, such as polyisoprene, whose molecular structure was first considered to be random, sometimes show band-like and globular regions. These bundle-like structures are relatively weak and short-lived when the material experiences stresses. The shear thinning viscosity effect of polymers sometimes is attributed to the breaking of such macromolecular structures.

### 8.1.3 Crystallization

Early on, before the existence of macromolecules had been recognized, the presence of highly crystalline structures had been suspected. Such structures were discovered when undercooling or when stretching cellulose and natural rubber. Later, it was found that a crystalline order also existed in synthetic macromolecular materials such as polyamide, polyethylene, and polyvinyl. Because of the polymolecularity of macromolecular materials, a 100 % degree of crystallization cannot be achieved. Hence, these polymers are referred to as semi-crystalline. It is common to assume that the semi-crystalline structures are formed by small regions of alignment or crystallites connected by random or amorphous polymer molecules.

With the use of electron microscopes and sophisticated optical microscopes the various existing crystalline structures are now well recognized. They can be listed as follows [2, 3]:

- *Single crystals*. These can form in solutions and help in the study of crystal formation. Here, plate-like crystals and sometimes whiskers are generated.
- *Spherulites*. As a polymer melt solidifies, several folded chain lamellae spherulites will form which are up to 0.1 mm in diameter. A typical example of a spherulitic structure is shown in Fig. 8.6 for a POM. The spherulitic growth in a polypropylene melt is shown in Fig. 8.7.
- *Deformed crystals*. If a semi-crystalline polymer is deformed while undergoing crystallization, oriented lamellae will form instead of spherulites.

Case 2:26-cv-01592-MEMF-PVC Document 35-15 Filed 03/23/26 Page 11 of 18 Page ID #:3822




**Figure 8.6** Polarized microscopic image of the spherulitic structure in polyacetal (POM) (Courtesy of the Institute of Plastics Technology, LKT, University of Erlangen-Nuremberg)

- *Shish-kebab*. In addition to spherulitic crystals, which are formed by plate- and ribbon-like structures, there are also shish-kebab crystals, which are formed by circular plates and whiskers. Shish-kebab structures are generated when the melt undergoes a shear deformation during solidification. A typical example of a shish-kebab crystal is shown in Fig. 8.8 [4].

The crystallization fraction can be described by the *Avrami equation* [5], written as follows:

$$x(t) = 1 - e^{-Zt^n} \tag{8.1}$$

where $Z$ is a molecular weight and temperature dependent crystallization rate and $n$ the Avrami exponent. However, because a polymer cannot reach 100 % crystallization, the above equation should be multiplied by the maximum possible degree of crystallization, $x_\infty$.

$$x(t) = x_\infty \left(1 - e^{-Zt^n}\right) \tag{8.2}$$

The Avrami exponent, $n$, ranges between 1 and 4, depending on the type of nucleation and growth. For example, the Avrami exponent for spherulitic growth activated by sporadic nuclei is approx. 4, disc-like growth 3, and rod-like growth 2. If the growth is activated by instantaneous nuclei, the Avrami exponent is lowered by 1.0 for all cases. The crystalline growth rates of various polymers differ significantly from one to another. This is demonstrated in Table 8.1, which shows the maximum growth rate for various thermoplastics. The crystalline mass fraction can be measured experimentally with a differential scanning calorimeter (DSC).

A more in-depth coverage of crystallization and structure development during processing is given by Eder and Janeschitz-Kriegl [7].

Case 2:22-cv-01592-MEMF-PVC Document 35-15 Filed 03/23/26 Page 12 of 18 Page ID #:3823





**Figure 8.7** Development of the spherulitic structure in polypropylene as it was cooled from 170 to 40 °C at a cooling rate of 20 °C/minute. Images were taken at approximately 20 minute intervals (Courtesy of the Institute of Plastics Technology, LKT, University of Erlangen-Nuremberg)




**Figure 8.8** Model of the shish-kebab morphology

**Table 8.1** Maximum Crystalline Growth Rate and Maximum Degree of Crystallinity for Various Thermoplastics

| Polymer | Growth rate (μ/min) | Maximum crystallinity (%) |
|---|---|---|
| Polyethylene | >1000 | 80 |
| Polyamide 66 | 1000 | 70 |
| Polyamide 6 | 200 | 35 |
| Isotactic polypropylene | 20 | 63 |
| Polyethylene terephthalate | 7 | 50 |
| Isotactic polystyrene | 0.30 | 32 |
| Polycarbonate | 0.01 | 25 |

### 8.1.4 Heat Transfer During Solidification

Polymer parts are generally thin; therefore, the energy equation[1] can be simplified to a one-dimensional problem. Thus, using the coordinate description shown in Fig. 8.9 the energy equation can be reduced to

$$\rho C_p \frac{\partial T}{\partial t} = k \frac{\partial^2 T}{\partial z^2} \tag{8.3}$$

1 The energy equation is discussed in Chapter 4 and can be found in its complete form in the Appendix.




**Figure 8.9** Schematic diagram of polymer melt inside an injection mold

Another assumption is a symmetry boundary condition (which also reduces warpage, usually a requirement):

$$\frac{\partial T}{\partial z} = 0 \quad \text{at} \quad z = 0 \tag{8.4}$$

If the sheet is cooled via forced convection or the part is inside a perfectly cooled mold, the final temperature of the part can be assumed to be the second boundary condition:

$$T = T_f \tag{8.5}$$

A typical temperature history for a polystyrene plate (its properties are presented in Table 8.2 [8]) is shown in Fig. 8.10. Once the material's temperature drops below the glass transition temperature, $T_g$, it can be considered solidified. This is shown schematically in Fig. 8.11. Of importance here is the position of the solidification

**Table 8.2** Material Properties for Polystyrene

| | | |
|---|---|---|
| $K$ | = | 0.117 W/mK |
| $C_p$ | = | 1185 J/kgK |
| ρ | = | 1040 kg/m$^3$ |
| $T_g$ | = | 80 °C |
| $E$ | = | 3.2E9 Pa |
| $v$ | = | 0.33 |

Case 2:26-cv-01592-MEMF-PVC Document 35-15 Filed 03/23/26 Page 15 of 18 Page ID #:3826


front, $X(t)$. Once the solidification front equals the plate's dimension $L$, the solidification process is complete. From Fig. 8.10 it can be shown that the rate of solidification decreases as the solidified front moves further away from the cooled surface. For amorphous thermoplastics, the well-known *Neumann solution* can be used to




**Figure 8.10** Temperature history of polystyrene cooled inside a 5 mm thick mold




**Figure 8.11** Schematic diagram of the cooling process of a polymer plate

estimate the growth of the glassy or solidified layer. The Neumann solution is written as

$$X(t) \propto \sqrt{\alpha t} \tag{8.6}$$

where $\alpha$ is the thermal diffusivity of the polymer. It must be pointed out here that for the Neumann solution, the growth rate of the solidified layer is infinite as time goes to zero.

The solidification process in semi-crystalline materials is more complicated due to the heat of fusion or heat of crystallization, nucleation rate, etc. When measuring the specific heat as the material crystallizes, a peak that represents the heat of fusion is detected (see Fig. 4.12). Figure 8.12 shows the calculated temperature distribution in a semi-crystalline polypropylene plate during cooling. The material properties used for the calculations are shown in Table 8.3 [8]. Here, the material that is below the melting temperature, $T_m$, is considered solid[2]. Experimental evidence [9] has demonstrated that the growth rate of the crystallized layer in semi-crystalline polymers is finite. This is mainly due to the fact that at the beginning nucleation occurs at a finite rate. Hence, the Neumann solution presented in Eq. 8.6, as well as the widely used *Stefan condition* [10], do not hold for semi-crystalline polymers. This is clearly demonstrated in Fig. 8.13 [10], which presents measured thickness of crystallized layers as a function of time for polypropylene plates quenched at three different temperatures. For further reading on this important topic the reader is encouraged to consult the literature [11, 12].




**Figure 8.12** Temperature history of polypropylene cooled inside a 5 mm thick mold

2 It is well-known that the growth of the crystalline layer in semi-crystalline polymers is maximal somewhat below the melting temperature, at a temperature $T_c$. The growth speed of nuclei is zero at the melting temperature and at the glass transition temperature.




**Figure 8.13** Dimensionless thickness of the crystallized layers as a function of dimensionless time for various temperatures of the quenching surface

**Table 8.3** Material Properties for Polypropylene

| | |
|---|---|
| $K$ | = 0.117 W/mK |
| $C_{p,\,solid}$ | = 1800 J/kgK |
| $C_{p,\,melt}$ | = 2300 J/kgK |
| $\rho$ | = 930 kg/m$^3$ |
| $T_g$ | = −18 °C |
| $T_m$ | = 186 °C |
| $\lambda$ | = 209 kJ/kg |

## 8.2 Solidification of Thermosets

The solidification process of thermosets, such as phenolics, unsaturated polyesters, epoxy resins, and polyurethanes is dominated by an exothermic chemical reaction called curing reaction. A curing reaction is an irreversible process that results in a structure of molecules that are more or less crosslinked. Some thermosets cure under heat and others cure at room temperature. For thermosets that cure at room temperature the reaction starts immediately after mixing two components, where the mixing is usually part of the process. However, even with these thermosets, the reaction is accelerated by the heat released during the chemical reaction, or the *exotherm*. In addition, it is also possible to activate crosslinking by absorption of moisture or radiation, such as ultraviolet, electron beam, and laser energy sources [13].

In processing, thermosets are often grouped into three distinct categories, namely those that undergo a *heat activated cure*, those that are dominated by a *mixing activated cure*, and those that are activated by the *absorption of humidity or radiation*.