# Exhibit 15

https://www.youtube.com/watch?v=q47CzPQLroQ

Last Visited March 22, 2026