# Exhibit 17

US008663533B2

(12) **United States Patent**
**Swanson et al.**

(10) **Patent No.: US 8,663,533 B2**
(45) **Date of Patent: Mar. 4, 2014**

(54) **METHOD OF USING PRINT HEAD ASSEMBLY IN FUSED DEPOSITION MODELING SYSTEM**

(75) Inventors: **William J. Swanson**, St. Paul, MN (US); **J. Samuel Batchelder**, Somers, NY (US); **Kevin C. Johnson**, Minneapolis, MN (US)

(73) Assignee: **Stratasys, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 215 days.

(21) Appl. No.: **12/976,152**

(22) Filed: **Dec. 22, 2010**

(65) **Prior Publication Data**

US 2012/0164330 A1 Jun. 28, 2012

(51) **Int. Cl.**
***B05D 1/36*** (2006.01)

(52) **U.S. Cl.**
USPC .......................... **264/308**

(58) **Field of Classification Search**
USPC .......................... 264/308
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,479,347 | A | 10/1984 | Larsen et al. |
| 4,937,593 | A | 6/1990 | Prats |
| 5,121,329 | A | 6/1992 | Crump |
| 5,303,141 | A | 4/1994 | Batchelder et al. |
| 5,312,224 | A | 5/1994 | Batchelder et al. |
| 5,340,433 | A | 8/1994 | Crump |
| 5,426,722 | A | 6/1995 | Batchelder |
| 5,503,785 | A | 4/1996 | Crump et al. |
| 5,653,925 | A | 8/1997 | Batchelder |
| 5,738,817 | A | 4/1998 | Danforth et al. |
| 5,764,521 | A | 6/1998 | Batchelder et al. |
| 5,866,058 | A | 2/1999 | Batchelder et al. |
| 5,939,008 | A | 8/1999 | Comb et al. |
| 5,968,561 | A | 10/1999 | Batchelder et al. |
| 5,975,688 | A | 11/1999 | Kanaya et al. |
| 6,004,124 | A | 12/1999 | Swanson et al. |
| 6,022,207 | A | 2/2000 | Dahlin et al. |
| 6,028,410 | A | 2/2000 | Leavitt et al. |
| 6,054,077 | A | 4/2000 | Comb et al. |
| 6,067,480 | A | 5/2000 | Stuffle et al. |
| 6,070,107 | A | 5/2000 | Lombardi et al. |
| 6,085,957 | A | 7/2000 | Zinniel et al. |
| 6,129,872 | A | 10/2000 | Jang |
| 6,137,508 | A | 10/2000 | Gaarder |
| 6,165,406 | A | 12/2000 | Jang et al. |
| 6,227,643 | B1 | 5/2001 | Purcell et al. |
| 6,228,923 | B1 | 5/2001 | Lombardi et al. |
| 6,250,735 | B1 | 6/2001 | Kaneko et al. |
| 6,547,995 | B1 | 4/2003 | Comb |

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO-2009/088995 A1 7/2009

OTHER PUBLICATIONS

U.S. Appl. No. 12/841,341, filed Jul. 22, 2010, entitled “Multiple-Zone Liquefier Assembly for Extrusion-Based Additive Manufacturing Systems”, pp. 1-21.

(Continued)

*Primary Examiner* — Larry Thrower
*Assistant Examiner* — Xue Liu
(74) *Attorney, Agent, or Firm* — Brian R. Morrison; Westman, Champlin & Koehler, P.A.

(57) **ABSTRACT**

A method of using a print head assembly that includes a print head carriage and multiple, replaceable print heads that are configured to be removably retained in receptacles of the print head carriage.

**20 Claims, 21 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,629,011 | B1 | 9/2003 | Calderon et al. |
| 6,645,412 | B2 | 11/2003 | Priedeman, Jr. |
| 6,685,866 | B2 | 2/2004 | Swanson et al. |
| 6,722,872 | B1 | 4/2004 | Swanson et al. |
| 6,749,414 | B1 | 6/2004 | Hanson et al. |
| 6,776,602 | B2 | 8/2004 | Swanson et al. |
| 6,790,403 | B1 | 9/2004 | Priedeman, Jr. et al. |
| 6,814,907 | B1 | 11/2004 | Comb |
| 6,840,609 | B2 | 1/2005 | Lo et al. |
| 6,866,807 | B2 | 3/2005 | Comb et al. |
| 6,869,559 | B2 | 3/2005 | Hopkins |
| 6,923,634 | B2 | 8/2005 | Swanson et al. |
| 6,998,087 | B1 | 2/2006 | Hanson et al. |
| 7,122,246 | B2 | 10/2006 | Comb et al. |
| 7,169,337 | B2 | 1/2007 | Swanson et al. |
| 7,172,715 | B2 | 2/2007 | Swanson et al. |
| 7,297,304 | B2 | 11/2007 | Swanson et al. |
| 7,314,591 | B2 | 1/2008 | Priedeman, Jr. |
| 7,384,255 | B2 | 6/2008 | LaBossiere et al. |
| 7,604,470 | B2 | 10/2009 | LaBossiere et al. |
| 7,625,200 | B2 | 12/2009 | Leavitt |
| 2004/0004653 | A1 | 1/2004 | Pryor et al. |
| 2005/0173838 | A1 | 8/2005 | Priedeman et al. |
| 2005/0280678 | A1 | 12/2005 | Bibl et al. |
| 2006/0077224 | A1 | 4/2006 | Clarke et al. |
| 2006/0134328 | A1 | 6/2006 | Jia et al. |
| 2007/0228590 | A1 | 10/2007 | LaBossiere et al. |
| 2007/0228592 | A1 | 10/2007 | Dunn et al. |
| 2008/0036834 | A1 | 2/2008 | Usui et al. |
| 2008/0169585 | A1 | 7/2008 | Zinniel |
| 2009/0035405 | A1 | 2/2009 | Leavitt |
| 2009/0263582 | A1 | 10/2009 | Batchelder |
| 2009/0273122 | A1 | 11/2009 | Batchelder et al. |
| 2009/0274540 | A1 | 11/2009 | Batchelder et al. |
| 2010/0021580 | A1 | 1/2010 | Swanson et al. |
| 2010/0096072 | A1 | 4/2010 | Hopkins et al. |
| 2010/0096485 | A1 | 4/2010 | Taatjes et al. |
| 2010/0096489 | A1 | 4/2010 | Taatjes et al. |
| 2010/0100224 | A1 | 4/2010 | Comb et al. |
| 2010/0283172 | A1 | 11/2010 | Swanson |
| 2011/0074065 | A1 | 3/2011 | Batchelder et al. |
| 2011/0076495 | A1 | 3/2011 | Batchelder et al. |
| 2011/0076496 | A1 | 3/2011 | Batchelder et al. |
| 2011/0117268 | A1 | 5/2011 | Batchelder et al. |
| 2011/0121476 | A1 | 5/2011 | Batchelder et al. |
| 2012/0018924 | A1 | 1/2012 | Swanson et al. |
| 2012/0068378 | A1 | 3/2012 | Swanson et al. |
| 2012/0070523 | A1 | 3/2012 | Swanson et al. |

OTHER PUBLICATIONS

U.S. Appl. No. 12/888,098, filed Sep. 22, 2010, entitled "Method for Building Three-Dimensional Models with Extrusion-Based Additive Manufacturing Systems", pp. 1-30.

International Search Report and Written Opinion of International Application No. PCT/US2011/066446, filed Dec. 21, 2011.

International Search Report and Written Opinion of International Application No. PCT/US2011/066454, filed Dec. 21, 2011.

U.S. Appl. No. 12/612,329, filed Nov. 4, 2009, entitled "Ribbon Liquefier for Use in Extrusion-Based Digital Manufacturing Systems".

U.S. Appl. No. 12/612,333, filed Nov. 4, 2009, entitled "Non-Cylindrical Filaments for Use in Extrusion-Based Digital Manufacturing Systems".

U.S. Appl. No. 12/612,342, filed Nov. 4, 2009, entitled "Consumable Materials Having Topographical Surface Patterns for Use in Extrusion-Based Digital Manufacturing Systems".

U.S. Appl. No. 12/622,042, filed Nov. 19, 2009, entitled "Consumable Materials Having Encoded Markings for Use With Direct Digital Manufacturing Systems".

U.S. Appl. No. 12/888,087, filed Sep. 22, 2010, entitled "Liquefier Assembly for Use in Extrusion-Based Additive Manufacturing Systems".

U.S. Appl. No. 12/888,098, filed Sep. 22, 2010, entitled Method for Building Three-Dimensional Models With Extrusion-Based Additive Manufacturing Systems.

U.S. Appl. No. 12/949,898, filed Nov. 19, 2010, entitled "Encoded Consumable Materials and Sensor Assemblies for Use in Additive Manufacturing Systems".

U.S. Appl. No. 61/312,737, filed Mar. 11, 2010, entitled "Incremental Optical Encoder".


CONTROLLER
10
12
14
16
18
20
20a
22
22a
24
26
28
30
31
32
34
36
38
40
42
43
X
Y
Z

FIG. 1

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 5 of 41 Page ID #:3849






FIG. 2


43
46
76
70
48
86
80
72
68
18
94
96
82
64
84
78
44
102
92
98
88
100
90
92
58
102
50
102
89
66b
91
52
54
66b
66
Z
X
Y
42

FIG. 3

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 7 of 41 Page ID #:3851






FIG. 4

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 8 of 41 Page ID #:3852






FIG. 5

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 9 of 41 Page ID #:3853



FIG. 7




FIG. 6




48
46
80
70
86
76
104c
104a
44
90
50
92
18
89
58
91
59
78
64
60
56
161
120
158
160
52
54
62b
66b
66
62
165
162
62a
164
66a
42
36
Z
X

FIG. 8

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 11 of 41
Page ID #:3855






FIG. 9

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 12 of 41
Page ID #:3856






FIG. 10

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 13 of 41
Page ID #:3857






FIG. 11


18
46
76
214
214
70
218
94
72
208
104a
88
216
212
68
44
210
102
98
74
170
50
89
14
59
196
102
44
91
59
161
52
44
169
158
167
Z
Y
14

FIG. 12

FIG. 13


Z
Y
68
184
196
50
222
220
122a
44
59
44
224
226
231a
231b
228
230
52
158
167
118
232

FIG. 14


Z
X
46
48
68
44
78
140
144
44
166a
166b
234
44
224
236
44
118
158
160
44
232
228
238
120

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 16 of 41
Page ID #:3860






FIG. 15

FIG. 16


36
248
276
268
264
274
272
270
62
262
62a
252
250
X
Y
250

FIG. 17


254
246
260
258
256
250
280
278
286
284
282
286
290
289
62
292
62b
62b
294
276
288
289
252
288
264
289
248
Z
262
X
Y
36

FIG. 18




FIG. 19




FIG. 20




25
34
290
323
338
295
332
334
322
323
Z
X
Y
340
292
62
320
328
312
318
326
314
330
336
62b
62b
294
310
316
324
62a
25

FIG. 21

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 20 of 41
Page ID #:3864






FIG. 22


342
323
323
322
312
320
318
290
338
360
332
340
295
356
354
344
350
352
358
348
346
334
62b
328
292
316
324
324
366
62b
62b
362
314
294
62
368
310
364
62a
Z
X
Y

FIG. 23

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 22 of 41
Page ID #:3866






FIG. 24

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 23 of 41
Page ID #:3867






FIG. 25

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 24 of 41
Page ID #:3868



FIG. 26




FIG. 27



# METHOD OF USING PRINT HEAD ASSEMBLY IN FUSED DEPOSITION MODELING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATION(S)

Reference is hereby made to co-filed U.S. patent application Ser. No. 12/976,111, entitled "Print Head Assembly For Use In Fused Deposition Modeling System"; to co-filed U.S. patent application Ser. No. 12/976,179, entitled "Voice Coil Mechanism For Use In Additive Manufacturing System"; to co-filed U.S. patent application Ser. No. 12/976,204, entitled "Print Head For Use In Fused Deposition Modeling System"; and to co-filed U.S. Design patent application No. 29/381,753, entitled "Print Head".

## BACKGROUND

The present disclosure relates to additive manufacturing systems for building three-dimensional (3D) parts with layer-based, additive manufacturing techniques. In particular, the present disclosure relates to print head assemblies for use in fused deposition modeling systems.

A fused deposition modeling system is used to build a 3D part or model from a digital representation of the 3D part in a layer-by-layer manner by extruding a flowable part material. The part material is extruded through an extrusion tip carried by an extrusion head, and is deposited as a sequence of roads on a substrate in an x-y plane. The extruded part material fuses to previously deposited modeling material, and solidifies upon a drop in temperature. The position of the extrusion head relative to the substrate is then incremented along a z-axis (perpendicular to the x-y plane), and the process is then repeated to form a 3D part resembling the digital representation.

Movement of the extrusion head with respect to the substrate is performed under computer control, in accordance with build data that represents the 3D part. The build data is obtained by initially slicing the digital representation of the 3D part into multiple horizontally sliced layers. Then, for each sliced layer, the host computer generates a build path for depositing roads of modeling material to form the 3D part.

In fabricating 3D parts by depositing layers of a modeling material, supporting layers or structures are typically built underneath overhanging portions or in cavities of objects under construction, which are not supported by the part material itself. A support structure may be built utilizing the same deposition techniques by which the part material is deposited. The host computer generates additional geometry acting as a support structure for the overhanging or free-space segments of the 3D part being formed. Support material is then deposited from a second nozzle pursuant to the generated geometry during the build process. The support material adheres to the modeling material during fabrication, and is removable from the completed 3D part when the build process is complete.

## SUMMARY

An aspect of the present disclosure is directed to a method for building a 3D part with a fused deposition modeling system having a print head carriage. The method includes loading a print head to a receptacle of the print head carriage, where the receptacle is supported from a carriage frame of the print head carriage. The method also includes actuating a snap-fit mechanism to secure the loaded print head to the receptacle, feeding a material with the secured print head, melting the fed material in the secured print head, extruding the molten material from the secured print head to form at least a portion of the 3D part, and removing the print head from the receptacle.

Another aspect of the present disclosure is directed to a method for building a 3D part with a fused deposition modeling system having a print head carriage, where the method includes inserting at least a portion of a print head into a receptacle base portion of the print head carriage, the receptacle base portion being suspended from a carriage frame of the print head carriage. The method also includes closing a receptacle lid against the receptacle base portion to retain the inserted portion of the print head in a manner that prevents the print head from moving relative to the receptacle base portion. The method further includes moving the print head carriage along at least one axis of a plane, and moving the receptacle base portion with the closed receptacle lid relative to the print head carriage along an axis that is substantially orthogonal to the plane.

Another aspect of the present disclosure is directed to a method for building a 3D part with a fused deposition modeling system having a print head carriage, where the method includes suspending a receptacle of the print head carriage from a carriage frame of the print head carriage in a manner that prevents movement of the receptacle relative to the carriage frame in a substantially horizontal plane. The method also includes loading a print head to the receptacle, securing the loaded print head to the receptacle to prevent the loaded print head from moving relative to the receptacle, moving the print head carriage in the horizontal plane, and moving the receptacle relative to the carriage frame substantially along a vertical axis.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top perspective view of a fused deposition modeling system, which includes a print head assembly of the present disclosure.

FIG. **2** is a front, top perspective view of the print head assembly, which includes a carriage, a pair of removable print heads, and a pair of voice coil mechanisms.

FIG. **3** is a rear, top perspective view of the print head assembly.

FIG. **4** is an expanded rear, top perspective view of the print head assembly, illustrating an upper flexure of the carriage.

FIG. **5** is a front, bottom perspective view of the print head assembly, illustrating a lower flexure of the carriage.

FIG. **6** is a bottom view of the lower flexure of the carriage.

FIG. **7** is a bottom view of a portion of the print head assembly, illustrating an engagement of the lower flexure with the carriage.

FIG. **8** is a front view of the print head assembly, illustrating the operation of voice coil mechanisms of the print head assembly.

FIG. **9** is a rear view of the print head assembly, further illustrating the operation of the voice coil mechanisms.

FIG. **10** is a front, top perspective view of the carriage without the print heads.

FIG. **11** is a front view of the carriage.

FIG. **12** is a side view of a receptacle of the carriage, illustrating an operation of a lid of the receptacle.

FIG. **13** is a sectional view of Section **13-13** taken in FIG. **11**, illustrating one of the voice coil mechanisms.

FIG. **14** is a sectional view of Section **14-14** taken in FIG. **12**, further illustrating the voice coil mechanisms.

FIG. **15** is a front, top perspective view of one of the print heads positioned above a receptacle of the carriage, illustrating a process for loading or inserting the print head into the receptacle.

FIG. **16** is a bottom view of the print head.

FIG. **17** is an exploded, front perspective view of the print head.

FIG. **18** is a bottom view of a housing cover of the print head.

FIG. **19** is a top view of a housing body of the print head.

FIG. **20** is a front, top perspective view of a motor of the print head.

FIG. **21** is a front, top perspective view of a liquefier pump assembly of the print head.

FIG. **22** is a rear, top perspective view of the liquefier pump assembly.

FIG. **23** is an exploded front, top perspective view of the liquefier pump assembly.

FIG. **24** is a front, bottom perspective view of a tip end of the liquefier pump assembly.

FIG. **25** is a sectional view of Section **25-25** taken in FIG. **21**, further illustrating the liquefier pump assembly.

FIG. **26** is a flow diagram of a method for assembling the print head.

FIG. **27** is a flow diagram of a method for assembling the liquefier pump assembly.

## DETAILED DESCRIPTION

The present disclosure is directed to a print head assembly for use in a fused deposition modeling system. The print head assembly includes a moveable, print head carriage and multiple, replaceable print heads that are configured to be removably retained by the print head carriage. As discussed below, the print head carriage includes a carriage frame and at least one, and more desirably two or more print head buckets or receptacles that are configured to receive and retain the removable print heads.

The receptacles may be supported by the carriage frame in a manner that prevents or otherwise restricts the receptacles from moving relative to the carriage frame along an axis or plane (e.g., a horizontal plane). In one embodiment, the receptacles are also supported by the carriage frame in a manner that allows the receptacles to move relative to the carriage along at least one axis (e.g., along a vertical axis), providing a single degree of freedom for movement. Additionally, the receptacles desirably lock the received print heads to prevent their shifting relative to the receptacles. While the print heads are retained in the receptacles of the print head carriage, the fused disposition modeling system may build 3D parts and support structures using the fused deposition modeling technique.

The present disclosure is also directed to one or more voice coil mechanisms of the print head assembly, where each voice coil mechanism is configured to raise and lower a receptacle and the received print head relative to the carriage frame. This toggling technique allows the fused deposition modeling system to switch between part material extrusion and support material extrusion with precise control of the vertical movements.

As discussed below, each voice coil mechanism may include one or more magnet sets disposed between ferromagnetic plates, where the magnet set(s) are configured to generate magnetic fields. Each voice coil mechanism may also include a voice coil disposed within the generated magnetic fields and configured to move relative to the generated magnetic fields based on an intensity and direction of an electrical



current induced through the voice coil. In one embodiment, the voice coil is retained by the receptacle and the magnet set(s) are retained by the carriage frame. In this embodiment, the movement of the voice coil relative to the generated magnetic fields may move the receptacle and received print head relative to the carriage frame to toggle the print head between one or more raised and lowered elevations.

The present disclosure is also directed to a removable print head for use with the print head carriage and the fused deposition modeling system, and a method of assembling the print head. The print head is configured to be received and retained in the receptacle of the print head carriage, and has a liquefier pump assembly that may include a self-aligning feature to align a received filament with a liquefier portion of the liquefier pump assembly. In one embodiment, the print head may also include a flow pathway configured to direct an air flow through the print head. As discussed below, these arrangements allow the print head to efficiently feed, melt, and extrude successive portions of filaments of part and support materials.

FIG. **1** is a perspective view of system **10**, which is an example of a fused deposition modeling system that may incorporate the print head assembly of the present disclosure. Suitable fused deposition modeling systems for system **10** include those developed by Stratasys, Inc., Eden Prairie, Minn. As shown, system **10** includes build chamber **12**, platen **14**, gantry **16**, print head carriage **18**, and consumable assemblies **20** and **22**.

Build chamber **12** is an enclosed environment that contains platen **14** for building a 3D part or model **24** and a corresponding support structure **26** with part and support consumable materials (e.g., thermoplastic materials). Build chamber **12** is desirably heated to reduce the rate at which the part and support materials solidify after being extruded and deposited (e.g., to reduce distortions and curling). In alternative embodiments, build chamber **12** may be omitted and/or replaced with different types of build environments. For example, 3D part **24** and support structure **26** may be built in a build environment that is open to ambient conditions or may be enclosed with alternative structures (e.g., flexible curtains). The build environment may also be heatable in a variety of manners (e.g., with heated circulating air, heat lamps, and the like).

Platen **14** is a gantry-moveable platform on which 3D part **24** and support structure **26** are built, and moves along a vertical z-axis based on signals provided from a computer-operated controller (referred to as controller **28**). Controller **28** is one or more processor-based controllers, which may communicate with build chamber **12**, platen **14**, gantry **16**, and carriage **18** over communication line **30**. While illustrated as a single signal line, communication line **30** may include one or more signal lines, allowing controller **28** to communicate with various components of system **10**, such as build chamber **12**, platen **14**, gantry **16**, and carriage **18**. Furthermore, while illustrated outside of system **10**, controller **28** and communication line **30** may be internal components to system **10**.

Gantry **16** is a guide-rail, gantry mechanism configured to move carriage **18** in a horizontal x-y plane above build chamber **12** based on signals provided from controller **28** (via communication line **30**). The horizontal x-y plane is a plane defined by an x-axis and a y-axis, where the x-axis, the y-axis, and the z-axis are orthogonal to each other. In an alternative embodiment, platen **14** may be configured to move in the horizontal x-y plane within build chamber **12**, and carriage **18** may be configured to move along the z-axis. Other similar

arrangements may also be used such that one or both of platen **14** and carriage **18** are moveable relative to each other.

In the shown embodiment, when mounted in gantry **16**, the front side of carriage **18** faces the rear side of system **10**. For ease of discussion, the following disclosure is made with reference to particular orientations within an x-y-z Cartesian coordinate system, based on the orientation of carriage **18** and its corresponding print head assembly. However, the print head assembly of the present disclosure may alternatively be positioned and operated in a variety of different orientations and/or coordinate systems.

Carriage **18** is supported by gantry **16** for building 3D parts (e.g., 3D part **24**) and corresponding support structures (e.g., support structure **26**) on platen **14** in a layer-by-layer manner, based on signals provided from controller **28**. In the shown embodiment, carriage **18** is retained within cowling **31**, which is a casing (e.g., a plastic and/or metallic casing) that laterally extends around carriage **18** to protect carriage **18**, while also allowing a user to access to carriage **18**. As discussed below, carriage **18** is configured to receive one or more removable print heads, where the print heads are each configured to receive and melt successive portions of part and support material filaments.

Consumable assemblies **20** and **22** are removable and replaceable container devices configured to retain supplies of the part and support materials for building 3D parts (e.g., 3D part **24**) and support structures (e.g., support structure **26**), and may be respectively loaded into bays **20***a* and **22***a* of system **10**. In the shown embodiment, consumable assembly **20** includes container portion **32**, guide tube **34**, and print head **36**, where container portion **32** is mountable within bay **20***a* and print head **36** is inserted or otherwise loaded into carriage **18**. Guide tube **34** interconnects container portion **32** and print head **36** to supply successive segments of a part material filament from container portion **32** to print head **36**.

Correspondingly, consumable assembly **22** includes container portion **38**, guide tube **40**, and printer head **42**, where container portion **38** is mountable within bay **22***a* and print head **42** is inserted or otherwise loaded into carriage **18**, adjacent to print head **36**. Guide tube **40** interconnects container portion **38** and print head **42** to supply successive segments of a support material filament from container portion **38** to print head **42**.

In the shown example, suitable assemblies for consumable assemblies **20** and **22** include those disclosed in Swanson, U.S. Patent Application Publication No. 2010/0283172 and International Publication No. WO2009/088995, which are incorporated by reference in their entireties to the extent that they do not conflict with the present disclosure. As disclosed in these references, print heads **36** and **42** may be provided as subcomponents of consumable assemblies **20** and **22**. When container portions **32** and **38** are respectively loaded to bays **20***a* and **22***a*, print heads **36** and **42** may be manipulated and loaded into carriage **18**.

The combination of carriage **18** and print heads **36** and **42** are collectively referred to herein as print head assembly **43**. Accordingly, after print head **36** is inserted or otherwise loaded into carriage **18**, successive portions of a part material (e.g., a part material filament) may be fed from container portion **32** to print head **36** through guide tube **34**. Similarly, after print head **42** is inserted or otherwise loaded into carriage **18**, successive portions of a support material (e.g., a support material filament) may be fed to print head **42** from container portion **38** through guide tube **40**.

As the part and support materials are selectively fed to print heads **36** and **42**, gantry **16** may move carriage **18** (and the retained print heads **36** and **42**) around in the horizontal x-y plane above build chamber **12**. Print head **36** thermally melts the successive portions of the received part material, thereby allowing the molten part material to be extruded and deposited on to platen **14** to build 3D part **24**. Similarly, print head **42** thermally melts the successive portions of the support material, thereby allowing the molten support material to be extruded and deposited on to platen **14** to build support structure **26**.



The extruded part and support materials are deposited onto platen **14** to build 3D part **24** and support structure **26** in a layer-based manner using the fused deposition modeling technique. Support structure **26** is desirably deposited to provide vertical support along the z-axis for overhanging regions of the layers of 3D part **24**. After the build operation is complete, the resulting 3D part **24** and support structure **26** may be removed from build chamber **12**, and support structure **26** may be removed from 3D part **24**. 3D part **23** may then undergo one or more additional post-processing steps, such as the surface-treatment processes disclosed in Priedeman, et al., U.S. Patent Application Publication No. 2005/0173838 and U.S. Patent Application Publication No. 2008/0169585.

The following discussion of system **10** is made with reference to consumable assemblies **20** and **22** that include print heads (i.e., print heads **36** and **42**) as subcomponents of the consumable assemblies. However, in alternative embodiments, print heads **36** and **42** may be removable print heads that are separate from container portions **32** and **38** and/or guide tubes **34** and **40**. In these embodiments, suitable assemblies (e.g., spooled containers) for consumable assemblies **20** and **22** include those disclosed in Swanson, U.S. Patent Application Publication No. 2010/0283172 and International Publication No. WO2009/088995, as well as those disclosed in Swanson et al., U.S. Pat. No. 6,923,634; Comb et al., U.S. Pat. No. 7,122,246; and Taatjes et al, U.S. Patent Application Publication Nos. 2010/0096485 and 2010/0096489.

FIGS. **2-9** illustrate print head assembly **43**, showing carriage **18** in use with print heads **36** and **42**. Carriage **18** and print heads **36** and **42** are desirably low-weight components. The use of low-weight components for print head assembly **43** reduces the mass that gantry **16** (shown in FIG. **1**) is required to move around in the horizontal x-y plane. This reduced mass correspondingly reduces the inertial forces that are generated when moving print head assembly **43** around in the horizontal x-y plane (e.g., in raster patterns), thereby improving the response time control of gantry **16** and also reducing wear on the subcomponents of gantry **16**.

As shown in FIG. **2**, carriage **18** includes carriage frame **44**, print head buckets or receptacles **46** and **48**, control board **50**, voice coil mechanisms **52** and **54** (located below receptacles **46** and **48**), and cooling units **56** and **58**. Carriage frame **44** is a rigid frame member that is operably secured to gantry **16** (shown in FIG. **1**) with multiples fasteners (e.g., screws **59**). Carriage frame **44** may be molded or cast from one or more metallic and/or plastic materials.

Receptacles **46** and **48** are the components of carriage **18** that respectively retain print heads **36** and **42**, and may also be molded or cast from one or more metallic and/or plastic materials. Print head **36** includes cartridge assembly **60** and liquefier pump assembly **62**, where a rear portion of cartridge assembly **60** is retained within receptacle **46** and liquefier pump assembly **62** extends downward from a front portion of cartridge assembly **60**. Similarly, print head **42** includes cartridge assembly **64** and liquefier pump assembly **66**, where a rear portion of cartridge assembly **64** is retained within receptacle **48** and liquefier pump assembly **66** extends downward from a front portion of cartridge assembly **64**. Liquefier pump

assemblies **62** and **66** respectively include tip ends **62***a* and **66***a*, and outlet vents **62***b* and **66***b*.

In the shown embodiment, print heads **36** and **42** are minor images of each other. This reduces the risk of inserting the incorrect print head into a given receptacle. In comparison, in the shown embodiment, receptacles **46** and **48** are identical or substantially identical, allowing the same mold to be used to manufacture the components of both receptacles **46** and **48**. In alternative embodiments, print heads **36** and **42**, and receptacles **46** and **48** may exhibit different designs such that print heads **36** and **42** may be received and retained by receptacles **46** and **48** in the manners discussed below.

Receptacle **46** includes base portion **68** and lid **70**, where lid **70** is hingedly connected to an upper rear section of base portion **68** with hinge connection **72**, allowing lid **70** to open and close relative to base portion **68**. Prior to use in system **10** (shown in FIG. **1**), cartridge assembly **60** (of print head **36**) may be inserted or otherwise loaded into base portion **68**, and lid **70** may be closed down over the rear portion of cartridge assembly **60** to secure print head **36** to receptacle **46**.

Lid **70** includes lock clamps **74** and pinch actuator **76**. When closed against base portion **68** (as shown in FIG. **2**), lock clamps **74** engage base portion **68** to prevent lid **70** from unintentionally opening. When a user desires to open lid **70**, the user may squeeze pinch actuator **76**, which disengages lock clamps **74** from base portion **68**, thereby allowing the user to then open lid **70**.

Receptacle **48** includes base portion **78** and lid **80**, where lid **80** is hingedly connected to an upper rear section of base portion **78** with hinge connection **82**, allowing lid **80** to open and close relative to base portion **78**. Prior to use in system **10**, cartridge assembly **64** (of print head **42**) may be inserted or otherwise loaded into base portion **78** and lid **80** may be closed down over the rear portion of cartridge assembly **64** to secure print head **42** to receptacle **48**.

Lid **80** includes lock clamps **84** and pinch actuator **86**. When closed against base portion **78** (as shown in FIG. **2**), lock clamps **84** engage base portion **78** to prevent lid **80** from unintentionally opening in the same manner as discussed above for lock clamps **74**. When a user desires to open lid **80**, the user may squeeze pinch actuator **86**, which disengages lock clamps **84** from base portion **78**, thereby allowing the user to then open lid **80**.

Receptacles **46** and **48** desirably prevent print heads **36** and **42** from shifting around within receptacles **46** and **48** while lids **70** and **80** are closed. System **10** is configured to build 3D part **24** and support structure **26** with high-resolution features. To attain such high-resolution features, print heads **36** and **42** are desirably locked to carriage frame **44** in a manner that prevents unintentional shifting of print heads **36** and **42** relative to carriage frame **44** in the horizontal x-y plane. Otherwise, even small amounts of unintentional horizontal shifting by either of print heads **36** and **42** may result in deposition road errors in the formed layers of 3D part **24** and support structure **26**.

In current commercial fused deposition modeling systems, such as those commercially available from Stratasys, Inc., Eden Prairie, Minn., the extrusion or print heads are secured to the moveable gantry carriages using screws or other fasteners. These print heads are typically not uninstalled from the moveable gantry carriages other than for maintenance, cleaning, or other similar purposes. In such situations, after being reinstalled to the moveable gantry carriages, the print heads are typically calibrated before each build run to reduce the risk of deposition road errors. Since the print heads are securely installed to the moveable gantry carriages, they pose little risk of shifting relative to the moveable gantry carriages during the build runs.



In comparison, print heads **36** and **42** are intended to be readily removed and replaced when their consumable materials are exhausted. This replaceable nature of print heads **36** and **42** poses an added challenge to maintaining proper registration between print heads **36** and **42** and carriage frame **44** during build runs. This challenge is further increased since print heads **36** and **42** (and receptacles **46** and **48**) are also moveable along the vertical z-axis via voice coil mechanisms **52** and **54**.

Accordingly, as discussed below, carriage **18** is configured to receive multiple, replaceable print heads print heads **36** and **42**, and to securely lock the received print heads **36** and **42** to prevent their unintentional shifting relative to carriage frame **44** in the horizontal x-y plane. In particular, when lids **70** and **80** are closed, receptacles **46** and **48** securely lock print heads **36** and **42**, which prevents print heads **36** and **42** from moving relative to receptacles **46** and **48** in any direction.

Receptacles **46** and **48** themselves are suspended from carriage frame **44** in a manner that allows controlled movement of receptacles **46** and **48** (and print heads **36** and **42**) relative to carriage frame **44** along the vertical z-axis via voice coil mechanisms **52** and **54**, while also preventing unintentional movement of receptacles **46** and **48** (and print heads **36** and **42**) relative to carriage frame **44** in the horizontal x-y plane. For example, receptacles **46** and **48** may be suspended from carriage frame **44** with upper flexure **88**, located behind the upper rear sections of receptacles **46** and **48**, as discussed below. As used herein, phrases such as "preventing movement or shifting of the print heads" and the like are intended to encompass insubstantial amounts of movement or shifting as is understood by those skilled in the art, such that the movements or shifting of the print heads do not substantially affect the resolutions of the 3D parts or support structures.

Voice coil mechanisms **52** and **54** are toggle mechanisms configured to controllably move receptacles **46** and **48** (and print heads **36** and **42**) upward and downward along the vertical z-axis, independently of each other. As discussed in Leavitt, U.S. Pat. No. 7,625,200, toggle mechanisms, such as voice coil mechanisms **52** and **54**, allow print heads **36** and **42** to each switch between a lowered, active state for extruding a material and a raised, passive state. In one embodiment, as discussed below, voice coil mechanisms **52** and **54** each include one or more magnet sets (not shown in FIG. **2**) disposed between magnetic plates (not shown in FIG. **2**), where the magnet set(s) are configured to generate magnetic fields.

Voice coil mechanisms **52** and **54** may each also include a voice coil (not shown in FIG. **2**) disposed within the generated magnetic fields and configured to move relative to the generated magnetic fields based on an intensity and direction of an electrical current induced through the voice coil. As discussed below, the movement of the voice coil relative to the generated magnetic fields may move receptacle **46** or **48** and received print head **36** or **42** relative to carriage frame **44** to toggle print head **36** or **42** between one or more raised and lowered elevations. Voice coil mechanisms **52** and **54** may also include electrical connections (e.g., cables, not shown) to interfaces **89** of control board **50** to receive electrical power from control board **50** for inducing the electrical currents through the voice coils.

Control board **50** is a printed circuit board or other similar device secured to the rear side of carriage frame **44**. As shown, control board **50** includes interfaces **90** and **91**, where interfaces **90** may be operably connected to communication line **30** (shown in FIG. **1**), power sources, and/or other electrical

ports within system **10** (not shown) with the use of electrical cables and/or wireless connections (not shown). For example, interfaces **90** may relay electrical power from system **10** to print heads **36** and **42**, control board **50**, voice coil mechanisms **52** and **54** (via interfaces **89**), and cooling units **56** and **58**. Interfaces **90** may also allow controller **28** (shown in FIG. **1**) to direct the operation of print heads **36** and **42**, voice coil mechanisms **52** and **54**, and cooling units **56** and **58**, as discussed below.

Interfaces **91** are electrical interfaces that allow electrical power to be relayed from control board **50** to cooling units **56** and **58** over additional electrical connections (e.g., cables, not shown). As also discussed below, control board **50** may include one or more position encoders for tracking or otherwise monitoring the positions of print heads **36** and **42** relative to carriage **18** and control board **50** (e.g., vertical positions).

Cooling units **56** and **58** are fan-based units secured to gantry **16** and/or carriage frame **44** (e.g., with screws **92**). Cooling units **56** and **58** are configured to create and direct air flows into print heads **36** and **42**. For example, cooling unit **56** may draw air into cartridge assembly **60** of print head **36**, where the air is then directed downward through liquefier pump assembly **62** and out of outlet vents **62*b***. Similarly, cooling unit **58** may draw air into cartridge assembly **64** of print head **42**, where the air is then directed downward through liquefier pump assembly **66** and out of outlet vents **66*b***. The forced air flows cool the internal components of print heads **36** and **42** and prevent the part and support materials from prematurely melting. In alternative embodiments, other types of cooling units may be used for cooling units **56** and **58**, which may be fan-based units or non-fan-based units (e.g., refrigeration-based units).

Lids **70** and **80** of receptacles **46** and **48** also include electrical interfaces **94** and **96**, which are located on the outer surfaces of lids **70** and **80**, adjacent to the top rear side of carriage **18**. As shown in FIG. **3**, control board **50** also includes interfaces **98** and **100**, which are ports configured to communicate with electrical interfaces **94** and **96**, respectively, over electrical connections (e.g., cables, not shown). This arrangement allows control board **50** to relay electrical power and communication information to and between print heads **36** and **42** and itself. Control board **50** may be secured to carriage frame **44** with screws **102** or other similar fasteners.

In the shown embodiment, carriage **18** also includes upper flexure **88**, which is a flexible metallic or plastic member that is secured to carriage frame **44**. As discussed below, upper flexure **88** and a lower flexure (not shown in FIG. **3**) support receptacles **46** and **48** in a manner that prevents receptacles **46** and **48** (and the retained print heads **36** and **42**) from moving horizontally, while allowing a limited range of vertical movement due to the flexing of upper flexure **88** and the lower flexure.

As shown in FIG. **4**, upper flexure **88** is secured to carriage frame **44** with screws **104*a*-104*c*** or other similar fasteners. This coupling prevents upper flexure suspension **88** from moving relative to carriage frame **44** other than by flexing. The spaced apart locations of screws **104*a*-104*c*** separates upper flexure suspension **88** into flexure segments **106** and **108**, where flexure segment **106** is located between screws **104*a*** and **104*b***, and flexure segment **108** is located between screws **104*b*** and **104*c***. Flexure segments **106** and **108** are each configured to flex upward, downward, or a combination of upward and downward relative to carriage frame **44**, independently of each other.

Base portion **68** of receptacle **46** includes tab member **110** extending rearwardly from the body of base portion **68**, and is secured to flexure segment **106** with screw **112** or other similar fastener. Screw **112** couples receptacle **46** to flexure segment **106**, which allows receptacle **46** and print head **36** to move upwards and downwards (via voice coil mechanism **52**, shown in FIGS. **2** and **3**) relative to carriage frame **44** with the flexing of flexure segment **106** (and the lower flexure, not shown in FIG. **4**). This coupling also prevents lateral movement of receptacle **46** and print head **36** in the horizontal x-y plane relative to carriage frame **44**, as well as preventing roll, pitch, and yaw movements.

Base portion **78** of receptacle **48** includes tab member **114** extending rearwardly from the body of base portion **78**, and is secured to flexure segment **108** with screw **116** or other similar fastener. Screw **116** couples receptacle **48** to flexure segment **108**, which allows receptacle **48** and print head **42** to move upwards and downwards (via voice coil mechanism **54**, shown in FIGS. **2** and **3**) relative to carriage frame **44** with the flexing of flexure segment **108** (and the lower flexure, not shown in FIG. **4**). This coupling also prevents lateral movement of receptacle **48** and print head **42** in the horizontal x-y plane relative to carriage frame **44**, as well as preventing roll, pitch, and yaw movements.

During assembly of carriage **18**, upper flexure **88** may be positioned on carriage frame **44** as shown in FIG. **4**, and screws **104*a*-104*c*** may be inserted through openings upper flexure **88** and into carriage frame **44** to secure upper flexure **88** to carriage frame **44**. Tab members **110** and **114** may be coupled to flexure segments **106** and **108** with screws **112** and **116** to retain base portions **68** and **78** to upper flexure **88**.

As shown in FIG. **5**, which is a bottom perspective view of print head assembly **43**, receptacles **46** and **48** respectively include lower extensions **118** and **120**. Lower extension **118** extends below base portion **68** and retains a portion of voice coil mechanism **52** (e.g. a voice coil, not shown in FIG. **5**). Similarly, lower extension **120** extends below base portion **78** and retains a portion of voice coil mechanism **54** (e.g. a voice coil, not shown in FIG. **5**). As further shown in FIG. **5**, the front side of control board **50** includes sensor arrays **122*a*** and **122*b***, which are subcomponents of a pair of optical encoder assemblies that are configured to measure positions of receptacles **46** and **48** (e.g., vertical positions), as discussed below.

Carriage **18** also includes lower flexure **124**, which, in the shown embodiment, has an H-shape geometry. Lower flexure **124** is a flexible metallic or plastic member disposed vertically between the bottom surfaces of base portions **68** and **78** and the bottom portion of carriage frame **44**.

As shown in FIG. **6**, lower flexure **124** includes central segment **126** extending along the y-axis, and arms **128*a*-128*d***, where arms **128*a*** and **128*b*** are front arms that extend in opposing directions along the x-axis from a front end of central segment **126**, and arms **128*c*** and **128*d*** are rear arms that extend in opposing directions along the x-axis from a rear end of central segment **126**.

Central segment **126** includes openings **130** and **132** respectively at the front and rear ends of central segment **126**. Openings **130** and **132** are attachment points for securing central segment **126** to carriage frame **44** (shown in FIGS. **2-5**) with fasteners (e.g., screws, not shown). Arms **128*a*-128*d*** respectively include openings **134*a*-134*d*** and pin slots **136*a*-136*d***. Lower flexure **124** has a symmetrical geometry, allowing either end to face forward. This arrangement increases the ease in assembling carriage **18** by allowing lower flexure **124** to be secured to base portions **68** and **78**, and to carriage frame **44** regardless of its orientation.

As shown in FIG. **7**, lower flexure **124** is secured to base portions **68** and **78** at arms **128***a*-**128***d*. In particular, arm **128***a* is aligned with a front section of base portion **68** with alignment pins **138** that extend through pin slots **136***a*. Arm **128***a* is secured to base portion **68** with screw **140** or other similar fastener, which extends through opening **134***a* in arm **128***a*. Correspondingly, arm **128***b* is aligned with a front section of base portion **78** with alignment pins **142** that extend through pin slots **136***b*. Arm **128***b* is secured to base portion **78** with screw **144** or other similar fastener, which extends through opening **134***b* in arm **128***b*.

Arm **128***c* is aligned with a rear section of base portion **68** with alignment pins **146** that extend through pin slots **136***c* (both partially obstructed by carriage frame **44** in FIG. **7**). Arm **128***c* is secured to base portion **68** with screw **148** or other similar fastener, which extends through opening **134***c* in arm **128***c*. Arm **128***d* is correspondingly aligned with a rear section of base portion **78** with alignment pins **150** that extend through pin slots **136***d* (both partially obstructed by carriage frame **44** in FIG. **7**). Arm **128***d* is secured to base portion **78** with screw **152** or other similar fastener, which extends through opening **134***d* in arm **128***d*.

In addition, lower flexure **124** may be aligned with and secured to carriage frame **44** at bottom openings **154***a* and **154***b* of carriage frame **44** with screws and/or pins (not shown) or other similar fasteners. Openings **154***a* and **154***b* extend along the y-axis and are aligned with openings **130** and **132** of lower flexure **124**. Accordingly, during assembly of carriage **18**, lower flexure **124** may be positioned along carriage frame **44** as shown in FIG. **7**, and screws and/or pins may be inserted through openings **154***a* and **154***b* of carriage frame **44**, and through openings **130** and **132** of lower flexure **124** to secure central segment **126** (shown above in FIG. **6**) to carriage frame **44**. Base portions **68** and **78** may then be positioned on to carriage frame **44** and arms **128***a*-**128***d* of lower flexure **124** may be secured to base portions **68** and **78**. This secures lower flexure **124** between carriage frame **44** and base portions **68** and **78**, thereby supporting base portions **68** and **78** from carriage frame **44**. As discussed above, base portions **68** and **78** may also be further supported from carriage frame **44** with upper flexure **88** (shown above in FIGS. **3** and **4**).

Arms **128***a*-**128***d* are each configured to flex upward, downward, or a combination of upward and downward along the vertical z-axis relative to carriage frame **44**, where arms **128***a* and **128***c* (secured to base portion **68**) may flex together and arms **128***b* and **128***d* (secured to base portion **78**) may flex together. Accordingly, arms **128***a* and **128***c* (along with flexure segment **106** of upper flexure **88**, shown in FIG. **4**) allow receptacle **46** and print head **36** to move upwards and downwards (via voice coil mechanism **52**) relative to carriage frame **44**. These couplings also prevent movement of receptacle **46** and print head **36** in the horizontal x-y plane relative to carriage frame **44**, as well as preventing roll, pitch, and yaw movements. Similarly, arms **128***b* and **128***d* (along with flexure segment **108** of upper flexure **88**, shown in FIG. **4**) allow receptacle **48** and print head **42** to move upwards and downwards (via voice coil mechanism **54**) relative to carriage frame **44**. These couplings also prevent movement of receptacle **48** and print head **42** in the horizontal x-y plane relative to carriage frame **44**, as well as preventing roll, pitch, and yaw movements.

While illustrated with a pair of flexures (i.e., upper flexure **88** and lower flexure **124**) that provide three connection points for each receptacle **46** and **48**, carriage **18** may alternatively include additional flexures and/or additional connection points to further prevent movement of receptacles **46** and



**48** relative to carriage frame **44** in the horizontal x-y plane. For example, carriage **18** may alternatively include a pair of upper flexures and a pair of lower flexures for each receptacle, where each upper and lower flexure is operably secured to carriage frame **44**. This provides four connection points for each receptacle, thereby further preventing horizontal movement, while allowing controlled vertical movement with voice coil mechanisms **52** and **54**.

In additional alternative embodiments, one or both of upper flexure **88** and lower flexure **124** may be replaced with alternative mechanisms that are configured to suspend base portions **68** and **78** from carriage frame **44**, while also preventing or restricting movement of base portions **68** and **78** in the horizontal x-y plane relative to carriage frame **44** (and preventing roll, pitch, and yaw movements). For example, upper flexure **88** may be replaced with a rigid member that pivotably interconnects base portions **68** and **78** with carriage frame **44** in a seesaw or lever-based manner.

In this embodiment, the rigid member may be pivotably connected to carriage frame **44** at the location of screw **104***b* (shown in FIG. **4**), such as with a pin joint. Tab members **110** and **114** of base portions **68** and **78** may then be secured to the rigid member (e.g., pivotably secured) at the locations of screws **112** and **116** (shown in FIG. **4**). Accordingly, voice coil mechanism **52** may toggle receptacle **46** and print head **36** upward while voice coil mechanism **54** toggles receptacle **48** and print head **42** downward, which pivots the rigid member around its pivotable connection with carriage frame **44**. The pivoting action allows print heads **36** and **42** to move vertically, while also preventing or restricting their movements in the horizontal x-y plane.

In further alternative embodiments, the rigid member may be replaced with a pair of independent rigid members, which may be pivotably connected to carriage frame **44**, and separately connected to tab members **110** and **114** of base portions **68** and **78**. This arrangement allows print heads **36** and **42** to be toggled independently of each other. In yet further alternative embodiments, carriage **18** may include vertical linear bearings or bushings to prevent or restrict horizontal movement of base portions **68** and **78** relative to carriage frame **44**, while also allowing vertical movement.

As further shown in FIG. **7**, carriage frame **44** also includes a first pair of openings **154** below base portion **68**, and a second pair of openings **156** below base portion **78**. Only a single opening **154** and a single opening **156** are visible in FIG. **7**. The second of openings **154** and **156** are hidden under arms **128***c* and **128***d* of lower flexure **124**. As discussed below, openings **154** and **156** may receive screws or other similar fasteners (not shown) for securing carriage frame **44** to gantry **16** (shown in FIG. **1**) along with screws **59**, where the screws are insertable into openings **154** and **156** from above through base portions **68** and **78**.

FIG. **8** illustrates the toggling of receptacles **46** and **48** with the use of voice coil mechanisms **52** and **54**. As shown, voice coil mechanism **52** includes front plate **158** and voice coil mechanism **54** includes front plate **160**. In the shown embodiment, front plates **158** and **160** are provided as a single plate that extends across the front sides of voice coil mechanisms **52** and **54**, and which is secured to carriage frame **44** with screw **161** or other similar fastener. Front plates **158** and **160** are ferromagnetic plates that retain the magnet sets (not shown in FIG. **8**) for voice coil mechanisms **52** and **54**, as discussed below.

In the example shown in FIG. **8**, print head **42** and receptacle **48** are positioned at a lower elevation along the vertical z-axis compared to print head **36** and receptacle **46**. This is illustrated by the relative elevations of tip ends **62***a* and **66***a*,

where tip end **62***a* is located at raised elevation **162** and tip end **66***a* is located at lowered elevation **164**. Accordingly, print head **42** is in an active state for extruding the support material and print head **36** is in a passive state in which print head **36** does not extrude the part material.

Suitable distances between raised elevation **162** and lowered elevation **164** (referred to as distance **165**) include at least about 0.5 millimeters, with particularly suitable distances **165** ranging from about 1.0 millimeters to about 3.0 millimeters, and with even more particularly suitable distances **165** ranging from about 1.3 millimeters to about 2.0 millimeters. The terms "about" and "substantially" are used herein with respect to measurable values and ranges due to expected variations known to those skilled in the art (e.g., limitations and variabilities in measurements). The raised elevation of tip end **62***a* relative to tip end **66***a* prevents tip end **62***a* from contacting the formed layers of 3D part **24** (shown in FIG. **1**) or support structure **26** (shown in FIG. **1**) while carriage **18** is moved around in the horizontal x-y plane above build chamber **12** (shown in FIG. **1**).

FIG. **9** is a rear view of print head assembly **43**, illustrating print head **36** being toggled downward from raised elevation **162** and print head **42** being toggled upward from lower elevation **164** in a simultaneous manner, as illustrated by arrows **166***a* and **166***b*. While receptacle **48** and print head **42** are in the lowered, active state (as shown above in FIG. **8**), flexure segment **108** of upper flexure **88** and arms **128***b* and **128***d* of lower flexure **124** (shown above in FIGS. **5**-**7**) are flexed downward along the vertical z-axis. Correspondingly, while receptacle **46** and print head **36** are in the raised, passive state, flexure segment **106** of upper flexure **88**, and arms **128***a* and **128***c* of lower flexure **124** (shown in FIGS. **5**-**7**) are un-flexed and level. Upper flexure **88** and lower flexure **124** accordingly restrict the movements of receptacles **46** and **48** and print heads **36** and **42** to upward and downward directions that are substantially along the vertical z-axis relative to carriage frame **44**.

After a given layer of support structure **26** is completed, controller **28** (shown in FIG. **1**) may direct voice coil mechanism **54** to raise receptacle **48** and print head **42** upward along the vertical z-axis from lowered elevation **164** to raised elevation **162** (or other suitable raised elevation along the vertical z-axis), as illustrated by arrow **166***b*. Flexure segment **108** of upper flexure **88** and arms **128***b* and **128***d* of lower flexure **124** accordingly flex upward along with receptacle **48** and print head **42** to reach un-flexed and level states.

Controller **28** may also direct voice coil mechanism **52** to lower receptacle **46** and print head **36** downward along the vertical z-axis from raised elevation **162** to lowered elevation **164** (or other suitable lowered elevation along the vertical z-axis), as illustrated by arrow **166***a*. Flexure segment **106** of upper flexure **88** and arms **128***a* and **128***c* of lower flexure **124** accordingly flex downward along with receptacle **46** and print head **36**.

At this point in the build process, print head **36** is in an active state for extruding the part material and print head **42** is in a passive state in which print head **42** does not extrude the support material. The raised elevation of tip end **66***a* relative to tip end **62***a* prevents tip end **66***a* from contacting the formed layers of 3D part **24** or support structure **26** while carriage **18** is moved around in the horizontal x-y plane above build chamber **12**.

After a given layer(s) of 3D part **24** is completed, controller **28** may then direct voice coil mechanism **52** to raise receptacle **46** and print head **36** upward along the vertical z-axis from lowered elevation **164** to raised elevation **162** (or other suitable raised elevation along the vertical z-axis). Controller **28** may also direct voice coil mechanism **54** to lower receptacle **48** and print head **42** downward along the vertical z-axis from raised elevation **162** to lowered elevation **164** (or other suitable lowered elevation along the vertical z-axis). This toggling places print head **42** back into the lowered, active state and places print head **36** back into the raised, passive state.

Print heads **36** and **42** may then continue to toggle interchangeably between the active and passive states with the use of voice coil mechanisms **52** and **54**, where movement of print heads **36** and **42** are restricted to directions substantially along the vertical z-axis by upper flexure **88** and lower flexure **124**. In alternative embodiments, the toggling process may be performed with the use of a single voice coil mechanism. For example, print head **36** may be fixed at a given elevation (voice coil mechanism **52** may be omitted), and voice coil mechanism **54** may move print head **42** between a lowered elevation and a raised elevation that are respectively below and above the fixed elevation of print head **36**. Platen **14** may then be raised and lowered during the toggling process to accommodate the different elevations of print heads **36** and **42**. However, the use of two voice coil mechanisms (i.e., voice coil mechanisms **52** and **54**) allows the tip positions of print heads **36** and **42** (i.e., at tip ends **62***a* and **66***a*) to be independently calibrated, such as when one of print heads **26** and **42** needs to be replaced during the middle of a build run.

As further shown in FIG. **9**, the voice coil mechanism **52** includes rear plate **167** and voice coil mechanism **54** includes rear plate **168**. In the shown embodiment, rear plates **167** and **168** are also provided as a single plate that extends across the rear sides of voice coil mechanisms **52** and **54**, and which is secured to carriage frame **44** with screw **169** or other similar fastener. Rear plates **167** and **168** are ferromagnetic plates that retain the magnet sets (not shown in FIG. **9**) for voice coil mechanisms **52** and **54**, along with front plates **158** and **160**.

FIGS. **10**-**12** illustrate carriage frame **44** and receptacles **46** and **48**, with print heads **36** and **42**, control board **50**, and cooling units **56** and **58** omitted. As shown in FIG. **10**, base portion **68** of receptacle **46** has dimensions that are configured to receive and retain the rear portion of cartridge assembly **60**. Similarly, base portion **78** of receptacle **48** has dimensions that are configured to receive and retain the rear portion of cartridge assembly **64**.

Base portions **68** and **78** include vent openings **170** and **172**, which are openings through the lateral walls of base portions **68** and **78**. The outside vent openings **170** and **172** allow air from cooling units **56** and **58** (shown above in FIGS. **2**, **3**, **5**, and **8**) to be directed toward print heads **36** and **42**, respectively. The inside vent openings **170** and **172**, which face each other, are included to allow base portions **68** and **78** to be identical, thereby allowing a single base portion to be manufactured for use as base portions **68** and **78**.

Lid **80** is depicted in FIG. **10** in an open state. As shown, lid **80** also includes bridge member **173**, which connects the parallel tabs of pinch actuator **86**. Bridge member **173** is configured to bias when pinch actuator **86** is squeezed, thereby allowing latch clamps **84** to disconnect from base portion **78**.

Lid **80** also includes circuit board **174**, which is secured to the inside surface of lid **80** with screws **176** or other similar fasteners. Circuit board **174** is a printed circuit board or other similar device coupled to electrical interface **96** (shown in FIGS. **2**-**4** and **9**), and includes electrical contact **178**. As discussed below, electrical contact **178** is configured to interface with print head **42** when print head **42** is inserted into base portion **78** with lid **80** closed. This allows electrical power and communication to be relayed to and between print

head **42** and control board **50** (via circuit board **174**, electrical interface **96**, and electrical contact **178**). As discussed below, lid **70** includes a similar arrangement for relaying electrical power and communication to and between print head **36** and control board **50**. In alternative embodiments, circuit board **174** and the corresponding circuit board of lid **70** may be replaced with different types of electrical circuits, such as one or more flexible circuits. In these embodiments, the flexible circuits may directly connect between control board **50** and lids **70** and **80** (i.e., electrical interfaces **94** and **96** may be omitted).

Lids **70** and **80** also include recessed lips **180** and **182**, where recessed lip **180** is disposed between latch clamps **74** and recessed lip **182** is disposed between latch clamps **84**. Recessed lips **180** and **182** have geometries configured to mate with cartridge assemblies **60** and **64** when print heads **36** and **42** are inserted in base portions **68** and **70**, as illustrated above in FIGS. **2**, **3**, and **8**.

Base portions **68** and **78** may each include one or more alignment features configured engage with reciprocating alignment features of print heads **36** and **42**. For example, base portion **68** includes alignment cones **184**, and base portion **78** includes alignment cones **186**. Alignment cones **184** and **186** upward protrusions that engage with reciprocating slots in print heads **36** and **42** (not shown in FIG. **10** or **11**) for providing three-point alignments. Base portion **68** also includes slot **188**, through which screw **140** may extend to secure lower flexure **124** (shown in FIGS. **5**-**7**) to base portion **68**. Similarly, base portion **78** also includes slot **190**, through which screw **144** may extend to secure lower flexure **124** to base portion **78**.

When lids **70** and **80** are closed, print heads **36** and **42** are pressed downward into base portions **68** and **78** to fully engage alignment cones **184** an **186**. This secures print heads **36** and **42** within receptacles **68** and **78** and prevents horizontal and vertical movement of print heads **36** and **42** relative to receptacles **68** and **78**, respectively (as well as preventing roll, pitch, and yaw movements). In alternative embodiments, print heads **36** and **42** may include alignment cones and base portions **68** and **78** may include the reciprocating slots.

As further shown in FIG. **10**, base portion **68** includes a pair of floor openings **192** and base portion **78** includes a pair of floor openings **194** (only a single floor opening **192** and a single floor opening **194** are fully visible in FIG. **10**). Floor openings **192** and **194** are aligned with openings **154** and **156** of carriage frame **44** (shown in FIG. **7**). Floor openings **192** and **194** provide access points for inserting screws or other fasteners into openings **154** and **156** to secure carriage frame **44** to gantry **16** (shown above in FIG. **1**) after supporting receptacles **46** from carriage frame **44** with upper flexure **88** and lower flexure **124**. This reduces the time and effort required to secure carriage **18** to gantry **16** by allowing carriage **18** to be assembled prior to being mounted to gantry **16**.

Base portions **68** and **78** also include floor gaps **196** and **198**, which are top-down openings in the floors of base portions **68** and **78**. Lower extensions **118** and **120** are accessible from above through floor gaps **196** and **198**. As such, the voice coils (not shown) of voice coil mechanisms **52** and **54** may be inserted into lower extensions **118** and **120** through floor gaps **196** and **198** to mount the voice coils in lower extensions **118** and **120**.

As shown in FIG. **11**, base portions **68** and **78** also include rear wall openings **200** and **202**, which are U"-shaped openings configured to mate with print heads **36** and **42** (rear wall opening **202** is partially visible in FIG. **10**). As discussed below, control board **50** (shown above in FIGS. **2**-**5**, **8**, and **9**) also includes encoder sensors **204** and **206** (illustrated with broken lines in FIG. **11**) located adjacent to, and accessible through, rear wall openings **200** and **202**, respectively. Examples of suitable sensors for encoder sensors **204** and **206** include rotary hall sensors (e.g., 2D hall sensors) and the like.

FIG. **12** is a side view of receptacle **46**, illustrating the locking engagement between base portion **68** and lid **70** of receptacle **46**. As discussed above, in the shown embodiment, receptacles **46** and **48** are identical to each other. As such, the following side view discussion of receptacle **46** is also applicable to receptacle **48**.

As shown in FIG. **12**, lid **70** includes bridge member **208**, which connects the parallel tabs of pinch actuator **76**. Bridge member **208** is configured to bias when pinch actuator **76** is squeezed, thereby allowing latch clamps **74** to disconnect from base portion **68**. As further shown, the front side of base portion **68** includes a pair of latch hooks **210** and beveled surfaces **212** (only a single latch hook **210** and beveled surface **212** are shown in FIG. **12**). Latch hooks **210** are the features of base portion **68** that latch clamps **74** of lid **70** engage with to lock lid **70** to base portion **68**.

A user may open lid **70** by squeezing pinch actuator **76**, as illustrated by arrows **214**. This biases latch clamps **74** in the direction of arrow **216** due to bridge member **208**, where the biasing releases latch clamps **74** from latch hooks **212**. The release of latch clamps **74** unlocks lid **70** from base portion **68**, which allows lid **70** to be opened by pivoting around hinge connection **72**, as illustrated by arrow **218**.

After print head **36** is inserted or otherwise loaded into base portion **68**, the user may then close lid **70**, by pivoting lid **70** around hinge connection **72** in a direction that is opposite of arrow **218**. When latch clamps **74** of lid **70** reaches beveled surfaces **212**, the increasing slopes of beveled surfaces **212** in a direction along the y-axis increasingly bias latch clamps **74** in the direction of arrow **216** (in a similar manner to squeezing pinch actuator **76**). Upon passing below beveled surfaces **212**, latch clamps **74** snap lock with latch hooks **210**, thereby locking lid **70** closed against base portion **68**.

When closed and locked with latch clamps **74** and latch hooks **210**, receptacle **46** securely locks and retains print head **36** in a manner that prevents print head **36** from moving relative to receptacle **46** in any direction. As discussed above, this arrangement is suitable for preventing unintentional horizontal and vertical shifting, as well as preventing roll, pitch, and yaw movements.

FIG. **13** is a sectional view of Section **13**-**13** taken in FIG. **11**, which illustrates voice coil mechanism **52** and optical encoder assembly **220**. As shown, carriage **18** includes optical encoder assembly **220**, which is a reflective optical encoder for receptacle **46** that detects the upward and downward movements of base portion **68**. Carriage **18** also includes a second optical encoder assembly (not shown), which is a reflective optical encoder for receptacle **48** that detects the upward and downward movements of base portion **78**. As such, optical encoder assembly **220** measures the vertical positions of receptacle **46** and print head **36**, and the second optical encoder assembly measures the vertical positions of receptacle **48** and print head **42**.

Examples of suitable optical encoder assemblies for optical encoder assembly **220** and the second optical encoder assembly include those disclosed in Batchelder, U.S. Provisional Patent Application No. 61/312,737, entitled "Incremental Optical Encoder", and which is incorporated by reference in its entirety to the extent that it does not conflict with the present disclosure. Optical sensor assembly **220** includes sensor array **122***a* and sensor target **222**. As discussed above, sensor array **122***a* is retained on the front surface of control

board **50**, and includes knife-edge electronics for operating optical sensor assembly **220** (e.g., light emitters, photoreceptors, and processors).

Sensor target **222** is a panel secured to the rear side of base portion **68**. In the shown embodiment, sensor target **222** includes a reflective or light-colored surface (e.g., reflective sheet metal, silicon minor, and the like) and a non-reflective or dark surface or opening, where the reflective surface is located either above or below the non-reflective surface or opening. In either arrangement, the position of receptacle **46** along the vertical z-axis may be determined based on the locations of the surfaces of sensor target **222** relative to sensor array **122***a*.

The second optical encoder assembly for receptacle **48** may function in the same manner as optical encoder assembly **220**. As discussed above, sensor array **122***b* (shown in FIG. **5**) is retained on the front surface of control board **50**, and includes knife-edge electronics for operating the second optical sensor assembly (e.g., light emitters, photoreceptors, and processors). The second optical encoder assembly also includes a sensor target (not shown) secured to the rear side of base portion **78**. The position of receptacle **48** along the vertical z-axis may thereby be determined based on the locations of the surfaces of the sensor target relative to sensor array **122***b*.

As further shown in FIG. **13**, voice coil mechanism **52** includes upper magnets **224** and **226**, and lower magnets **228** and **230**, which are two sets of magnets disposed between front plate **158** and rear plate **167**. Upper magnet **224** and lower magnet **228** may be secured to front plate **158** such that upper magnet **224** is located vertically above lower magnet **228**, and upper magnet **226** and lower magnet **230** may be secured to rear plate **167** such that upper magnet **226** is located vertically above lower magnet **230**.

Upper magnets **224** and **226** are oriented to generate an upper magnetic field with field lines in a first direction (e.g., in the direction of arrow **231***a*), and which may close through rear plate **167**. Lower magnets **228** and **230** are oriented to generate a lower magnetic field with field lines oriented in a second direction (e.g., in the direction of arrow **231***b*) that are opposite in polarity from the upper magnetic field, and which may close through front plate **158**. Upper magnets **224** and **226** and lower magnets **228** and **230** may alternatively be positioned in their reciprocating orientations, such that the upper magnetic field extends in the direction of arrow **231***b* and the lower magnetic field extends in the direction of arrow **231***a*.

As shown, upper magnets **224** and **226** face each other, and lower magnets **228** and **230** face each other. In the shown embodiment, front plate **158**, rear plate **167**, upper magnets **204** and **206**, and lower magnets **208** and **210** are retained by carriage frame **44** and do not move with receptacle **46**. Voice coil mechanism **52** also includes voice coil **232**, which is a coil of wire or other coiled assembly that is secured to and supported by lower extension **118** of receptacle **46**. This allows receptacle **46** to move with voice coil **232** relative to carriage frame **44**.

FIG. **14** is a sectional view of Section **14-14** taken in FIG. **12**. As shown in FIG. **14**, voice coil mechanism **54** includes upper magnet **234**, lower magnet **236**, and rear magnets (not shown) corresponding to magnets **226** and **230** (shown in FIG. **13**), which are disposed between front plate **160** and rear plate **168** (shown above in FIG. **9**). As such, in the shown embodiment, front plate **160**, rear plate **168**, upper magnet **234**, lower magnet **236**, and the respective rear magnets are retained by carriage frame **44** and do not move with receptacle **48**. Voice coil mechanism **54** includes voice coil **238**, which is a second coil of wire or other coiled assembly that is secured to and supported by lower extension **120** of receptacle **48**, thereby allowing receptacle **48** to move with voice coil **238** relative to carriage frame **44**.

In the shown embodiment, voice coil mechanisms **52** and **54** may function as voice coil actuators, where receptacle **48** is illustrated in FIG. **14** at a lowered vertical elevation relative to receptacle **46** (corresponding to the view shown above in FIG. **8**). Accordingly, with respect to voice coil mechanism **52**, receptacle **46** (and print head **36**) may be toggled upward or downward by inducing an electrical current through voice coil **232**, where the upward or downward direction depends on the rotational direction of the electrical current that passes through voice coil **232**. In particular, the direction of movement is dictated by the force applied to voice coil **232**, which is generally at a right angle to the rotational direction of the electrical current induced through voice coil **232** and to the generated magnetic fields.

For example, if an electrical current is passed in a first rotational direction around voice coil **232**, the magnetic fields generated by upper magnets **224** and **226** and lower magnets **228** and **230** force voice coil **232** upward relative to carriage frame **44**. Because voice coil **232** is secured to lower extension **118** of receptacle **46**, the upward force on voice coil **232** correspondingly forces receptacle **46** and print head **36** to move upward relative to carriage frame **44**. Alternatively, if an electrical current is passed in a second and opposite rotational direction around voice coil **232**, the magnetic fields generated by upper magnets **224** and **226** and lower magnets **228** and **230** force voice coil **232** downward, thereby moving receptacle **46** and print head **36** downward relative to carriage frame **44**.

Voice coil mechanism **54** may function in the same manner as voice coil mechanism **52** to move receptacle **48** and print head **42** upward and downward relative to carriage frame **44** based on electrical currents induced through voice coil **238**. The use of voice coils **232** and **238** in this manner provide fine-positioning control of the vertical movements for receptacles **46** and **48**, independently of each other. As discussed above, the fine-positioning control is desirable to maintain proper vertical registration of print heads **36** and **42**.

Moreover, voice coil mechanisms **52** and **54** may be have additional utilities beyond toggling print heads **36** and **42** between lowered, active states and raised, passive states. For example, in some embodiments, voice coil mechanisms **52** and **54** may each be used to compensate for potential backlash in the coarse, z-axis positioner of the gantry for platen **14** (shown in FIG. **1**). Such positioner backlash may occur due to frictional resistance in the mechanical mating features of the gantry for platen **14**.

Additionally, voice coil mechanisms **52** and **54** may used in applications in which print heads **36** and **42** may require rapid vertical accelerations, such as when reaching ends of tool paths. For example, when print head **36** reaches an end of a tool path and the extrusion is halted, voice coil mechanism **52** may rapidly toggle print head **36** upward (e.g., at about 3 g-forces) to break off the string of extruded material that may otherwise trail after the tip of print head **36**. Voice coil mechanism **54** may function in a similar manner.

In alternative embodiments, the components of voice coil mechanisms **52** and **54** that are retained by lower extensions **118** and **120** may vary. For example, in one embodiment, front plate **158**, rear plate **167**, upper magnets **224** and **226**, and lower magnets **228** and **230** may be retained by lower extension **118**, thereby allowing these components to move with receptacle **46**. In this embodiment, voice coil **232** may then be retained by carriage frame **44**. A similar arrangement

may be used for voice coil mechanism **54** as well. In additional alternative embodiments, one or both of voice coil mechanisms **52** and **54** may includes ferrofluids or other similar compositions having small-scale ferromagnetic or ferrimagnetic particles suspended in carrier fluids (e.g., water and organic solvents).

Referring to the above-discussed toggling example (see FIGS. **8** and **9**), after a given layer of support structure **26** is completed, controller **28** may direct voice coil mechanism **54** to raise receptacle **48** and print head **42** upward along the vertical z-axis from lowered elevation **164**. To accomplish this, controller **28** may direct carriage **18** (through control board **50**) to induce an electrical current through voice coil **238** in a first rotational direction. The magnetic fields around voice coil **238** force voice coil **238** and receptacle **48** (and print head **42**) upward, as illustrated by arrow **166***b*.

Flexure segment **108** of upper flexure **88** and arms **128***b* and **128***d* of lower flexure **124** accordingly flex upward along with receptacle **48** and print head **42** to reach un-flexed and level states. The engagements between base portions **68** and **78** with carriage frame **44** may also define upper and lower hard stops (i.e., physical stopping points) at raised elevation **162** and lowered elevation **164**. For example, base portion **68** (and/or lower extension **118**) may be raised upward until contacting a downward-facing member of carriage frame **44** corresponding to raised elevation **162**, and may be lowered downward until contacting an upward-facing member of carriage frame **44** corresponding to lower elevation **164**.

Similarly, base portion **78** (and/or lower extension **120**) may be raised upward until contacting a downward-facing member of carriage frame **44** corresponding to raised elevation **162**, and may be lowered downward until contacting an upward-facing member of carriage frame **44** corresponding to lower elevation **164**. Thus, these hard stop locations may correspond to prevent further vertical movement of either print head **36** or **42** above raised elevation **162** or below lowered elevation **164**. Accordingly, when the upper hard stop for base portion **78** is reached, control board **50** may hold the intensity of the electrical current through voice coil **238**. This braces base portion **78** against the upper hard stop, and maintains the intended elevation (e.g., raised elevation **162**).

Additionally, the second optical encoder assembly (having sensor array **222***b*, shown in FIG. **5**) for receptacle **48** may measure the vertical position of receptacle **48** and print head **42**. This is in comparison to a servo-motor based mechanism, in which receptacle **48** would be servoed to a particular vertical position (rather than being moved to a hard stop, followed by an encoder measurement). The measured vertical position may be used for a variety of functions, such as for maintaining registration and for maintaining constant elevations along the vertical z-axis by servoing voice coil mechanism **54** with the measured signals from the second optical encoder assembly.

Controller **28** may also direct voice coil mechanism **52** to lower receptacle **46** and print head **36** downward along the vertical z-axis from raised elevation **162**. In particular, controller **28** may direct carriage **18** (through control board **50**) to induce an electrical current through voice coil **232** in a first rotational direction. The magnetic fields around voice coil **232** force voice coil **232** and receptacle **46** (and print head **36**) downward, as illustrated by arrow **166***a*.

Flexure segment **106** of upper flexure **88** and arms **128***a* and **128***c* of lower flexure **124** accordingly flex downward along with receptacle **46** and print head **36**. When the lower hard stop for base portion **68** is reached, optical control board **50** may hold the intensity of the current through voice coil **232**. This braces base portion **68** against the lower hard stop, and maintains the intended elevation (e.g., lowered elevation **164**). Additionally, optical encoder assembly **220** may measure the vertical position of receptacle **46** and print head. The measured vertical position may also be used for a variety of functions, such as for maintaining registration and for maintaining constant elevations along the vertical z-axis by servoing voice coil mechanism **52** with the measured signals from the second optical encoder assembly.

After a given layer(s) of 3D part **24** is completed, controller **28** may then direct voice coil mechanism **52** to raise receptacle **46** and print head **36** upward along the vertical z-axis from lowered elevation **164**. To accomplish this, controller **28** may direct carriage **18** (through control board **50**) to induce an electrical current through voice coil **232** in a second rotational direction that is opposite of the first rotational direction of the electrical current previously applied to voice coil **232**. The magnetic fields around voice coil **232** accordingly force voice coil **212** and receptacle **46** (and print head **36**) upward.

Flexure segment **106** of upper flexure **88** and arms **128***a* and **128***c* of lower flexure **124** accordingly flex upward along with receptacle **46** and print head **36** to reach un-flexed and level states. When the upper hard stop for base portion **68** is reached, control board **50** may hold the intensity of the electrical current through voice coil **232**. This braces base portion **68** against the upper hard stop, and maintains the intended elevation (e.g., raised elevation **162**). Additionally, optical encoder assembly **220** may measure the vertical position of receptacle **46** and print head **36**.

Correspondingly, controller **28** may also direct voice coil mechanism **54** to lower receptacle **48** and print head **42** downward along the vertical z-axis from raised elevation **162**. In particular, controller **28** may direct carriage **18** (through control board **50**) to induce a current through voice coil **238** in a second rotational direction that is opposite of the first rotational direction of the electrical current previously applied to voice coil **238**. The magnetic fields around voice coil **238** accordingly force voice coil **238** and receptacle **48** (and print head **42**) downward.

Flexure segment **108** of upper flexure **88** and arms **128***b* and **128***d* of lower flexure **124** accordingly flex downward along with receptacle **48** and print head **42**. When the lower hard stop for base portion **78** is reached, control board **50** may hold the intensity of the electrical current through voice coil **238**. This braces base portion **68** against the lower hard stop, and maintains the intended elevation (e.g., lowered elevation **164**). Additionally, the second optical encoder assembly may measure the vertical position of receptacle **48** and print head **42**.

Due to their independent operations, voice coil mechanisms **52** and **54** may raise and lower receptacles **46** and **48** at the same time in a reciprocating manner, if desired. This reduces the time required to toggle print heads **36** and **42** between build runs. Furthermore, the combination of voice coil mechanisms **52** and **54**, along with upper flexure **88** and lower flexure **124** provide precise control of vertical movement for receptacles **46** and **48**, while also preventing unintentional horizontal movement of receptacles **46** and **48** (and print heads **36** and **42**) relative to carriage frame **44**. This allows system **10** to build 3D part **24** and support structure **26** with high-resolution features, while also allowing print heads **36** and **42** to be readily removed and replaced with new print heads **36** and **42**.

FIG. **15** illustrates a process for inserting or otherwise loading print head **36** into receptacle **46**, which may also be applied to print head **42** and receptacle **48**. As shown, lid **70** includes circuit board **240** secured to the inside surface of lid **70** with screws **242** or other similar fasteners. Circuit board

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 35 of 41 Page ID #:3879



240 is a printed circuit board or other similar device coupled to electrical interface **94** (shown in FIGS. **2-4** and **9**), and includes electrical contact **244**. Electrical contact **244** is configured to interface with print head **36** when print head **36** is inserted into base portion **68** with lid **70** closed. This allows electrical power and communication to be relayed to and between print head **36** and control board **50** (via circuit board **240**, electrical interface **94**, and electrical contact **244**) in the same manner as for circuit board **174** (shown in FIGS. **10** and **11**). As mentioned above, in alternative embodiments, circuit board **240** may be replaced with different types of electrical circuits, such as one or more flexible circuits. In these embodiments, the flexible circuit may directly connect between control board **50** and lid **70** (i.e., electrical interface **94** may be omitted).

As further shown in FIG. **15**, cartridge assembly **60** of print head **36** includes housing cover **246** and housing body **248**, each of which may be molded or cast from one or more metallic and/or plastic materials. Housing cover **246** is secured to housing body **248** with latch **250**, which is engaged with clip **252** of housing body **248** for assembling print head **36**. Housing cover **248** includes electrical ports **254**, indentation **256**, and guide tube ports **258** and **260**.

Electrical ports **254** are openings through housing cover **246** that provide access to a circuit board within cartridge assembly **60** (not shown in FIG. **15**). When lid **70** of receptacle **46** is closed, electrical contact **244** inserts through one of electrical ports **254** to engage the circuit board of print head **36**. This arrangement relays electrical power and communication to and between circuit board **240** and print head **36**.

In the shown embodiment, electrical ports **254** are arranged to provide access to multiple electrical contacts (e.g., electrical contact **242**), and to accommodate circuit boards (e.g., circuit board **240**) having multiple electrical contacts. In an alternative embodiment, housing cover **246** may include a single electrical ports **254** configured to receive electrical contact **244**.

Indentation **256** is a downward-facing indentation of housing cover **226** that accommodates the geometry of recessed lip **180** of lid **70** when print head **36** is retained by receptacle **46**. For example, recessed lip **180** maybe inserted into indentation **256** when lid **70** is closed, which assists in securing print head **36** to receptacle **46**.

Guide tube ports **258** and **260** are openings through housing cover **226** that provide access for guide tubes of part or support materials. For example, guide tube port **258** may receive guide tube **34** (shown in FIG. **1**), which extends through guide tube port **258**, thereby aligning guide tube **34** with liquefier tube assembly **62** along the vertical z-axis.

In the shown embodiment, guide tube port **260** is an unused opening for print head **36**, which allows a single design for housing cover **246** to be used for both minor image print heads **36** and **42**. Accordingly, for print head **42**, guide tube **40** may extend through guide tube port **260**, and guide tube port **258** may be an unused opening. In alternative embodiments, the unused guide tube ports (e.g., guide tube port **260** for print head **36**) may be omitted.

Housing body **248** is configured to rest on the floor of base portion **68**, and includes overhang feature **262** and vent **264**. Overhang feature **262** has a downward converging geometry, and is the portion of cartridge assembly **60** that liquefier pump assembly **62** extends downward from when print head **36** is mounted in receptacle **46**.

As shown above (see e.g., FIGS. **2** and **8**), overhang feature **262** and the corresponding overhang feature of print head **42** have downward converging geometries that are mirror images of each other. This reduces the risk of inserting the incorrect print head into a given receptacle. Accordingly, in comparison to the housing covers (e.g., housing cover **246**), housing body **248** and the corresponding housing body of print head **42** are mirror images of each other. Vent **264** is a sidewall vent through housing body **248** that allows air flow from cooling unit **56** and vent opening **170** to enter print head **36**.

Print head **36** may be inserted or otherwise loaded into receptacle **46** by sliding cartridge assembly **60** into base portion **68** (e.g., as indicated by arrow **266**) until the rear portion of cartridge assembly **60** rests within base portion **68**. During the insertion, alignment cones **184** are inserted into the bottom reciprocating slots of housing body **248** (not shown in FIG. **15**) to provide a three-point alignment between print head **36** and base portion **68**. When cartridge assembly **60** is inserted within base portion **68**, overhang feature **262** and liquefier pump assembly **62** extend downward (e.g., as shown above in FIGS. **2**, **3**, **5**, and **8**). Additionally, when cartridge assembly **60** is inserted within base portion **68**, vent **264** is aligned with vent opening **170** in the lateral wall of base portion **68**. As mentioned above, this alignment allows cooling unit **56** (shown above in FIGS. **2**, **5**, and **8**) to direct air flow through vent opening **170** and into print head **36** via vent **264**.

After print head **36** is inserted into base portion **68**, lid **70** may then be closed against base portion **68**, as discussed above. When lid **70** is closed, electrical contact **244** engages one of electrical ports **254** of print head **36**. This arrangement relays electrical power and communication to and between circuit board **240** and print head **36**. Additionally, when lid **70** is closed and locked to base portion **68**, the rear portion of cartridge assembly **60** is secured within receptacle **46** with the three-point alignment, thereby preventing lateral or vertical movement of print head **36** relative to receptacle **46** (or roll, pitch, and yaw movements).

Receptacles **46** and **48**, having the lid and base portion engagements, are examples of suitable receptacles for use with carriage frame **44** to retain print heads **36** and **42** with snap-fit mechanisms. In alternative embodiments, carriage **18** may include a variety of different receptacles having snap-fit mechanisms for retaining print heads **36** and **42** in a manner that prevents movement of print heads **36** and **42** relative to their respective receptacles.

For example, base portion **68** of receptacle **46** may include a snap-fit engagement in which print head **36** may be inserted into base portion **68** and snap fitted (e.g., with a biasing spring from the floor of base portion **68**). In this embodiment, lid **70** may be omitted, and print head **36** may be retained by base portion **68** alone with the snap-fit engagement, which prevents print head **36** from moving relative to base portion **68** (e.g., with alignment cones **184**). Electrical connections may then be made directly between control board **50** and print head **36**.

As shown in FIG. **16**, housing body **248** also includes bottom surface **268**, alignment slots **270** and **272**, screw slot **274**, and rear pocket **276**, where rear pocket **276** is a U-shaped portion of housing body **248** that is configured to extend into the U-shaped, rear wall opening **200** of base portion **68** (shown above in FIGS. **11** and **15**). Bottom surface **268** is the surface that rests on the floor of base portion **68** (shown in FIGS. **2-5** and **7-15**). Alignment slots **270** and **272** are the reciprocating slots that engage with alignment cones **184** (shown in FIGS. **10**, **11**, and **15**) to create the three-point alignment between print head **36** and base portion **68**. Screw slot **274** is a slot configured to receive the tip of screw **140** when screw **140** extends through opening **188** (shown above in FIGS. **10**, **11**, **14**, and **15**). This prevents screw **140** from

interfering with the three-point alignment when print head **36** is inserted into base portion **68**.

The three-point alignment desirably fixes the position of print head **36** relative to base portion **68** with respect to the x-y-z coordinates, in addition to the roll, pitch, and yaw orientations. For example, the contact between bottom surface **268** and the floor of base portion **68** may fix the pitch orientation, the engagement between alignment slot **270** (an elongated slot) and one of alignment cones **184** may fix the roll and yaw orientations, and the engagement between alignment slot **272** and the other alignment cone **184** may fix the x-y-z coordinates.

As shown in FIG. **17**, print head **36** also includes motor **278**, where motor **278** is fully encased within housing cover **246** and housing body **248**. Motor **278** includes motor body **280**, mounting plate **282**, and gear **284**, where mounting plate **282** is a metallic or plastic plate secured to motor body **280** with screws **286** or other similar fasteners. Mounting plate **282** is configured to be inserted in mounting slots **288** of housing body **248**, thereby securing motor **278** to cartridge assembly **60** when housing cover **246** and housing body **248** are secured together. Housing body **248** also includes mounting slots **289**, where mounting slots **288** and **289** are rib-based members of housing body **248**.

As further shown, liquefier pump assembly **62** is partially encased within housing cover **246** and housing body **248**, and extends downward out of overhang feature **262**, as discussed above. Liquefier pump assembly **62** includes drive mechanism **290**, backbone assembly **292**, liquefier assembly **294**, and drive block **295**, where liquefier pump **294** is encased by backbone assembly **292**, and drive mechanism **290** and drive block **295** are retained by backbone assembly **292** at an upstream location relative to liquefier assembly **294**.

Motor body **280** is the drive component of motor **278** that receives electrical power from the circuit board of print head **36** (not shown) via electrical cables (not shown) for generating rotational power. Gear **284** is a rotatable component that is axial connected to motor body **280** to receive the generated rotational power. Gear **284** correspondingly engages drive mechanism **290** to feed successive portions of the part material filament through drive block **295** and liquefier assembly **294**.

Backbone assembly **292** and liquefier assembly **294** are the portions of liquefier pump assembly **62** that extend downward from overhang feature **262**. Backbone assembly **292** is mountable to housing body **248** via mounting slots **289**, thereby securing backbone assembly **292** to cartridge assembly **60** when housing cover **246** and housing body **248** are secured together. Drive mechanism **290** is retained by backbone assembly **292** within overhang feature **262**, and motor **278** with gear **284** is disposed above and engaged with drive mechanism **290**. Motor body **280** is accordingly mounted in the rear portion of cartridge **60** (when housing cover **246** and housing body **248** are secured together) with mounting plate **282**, such that gear **274** extends above overhang feature **262** for engagement with drive mechanism **290**.

FIGS. **18** and **19** illustrate additional components of cartridge **60**. As shown in FIG. **18**, housing cover **246** includes circuit board **296** secured to the inside surface of housing cover **246** with screws **298** or other similar fasteners. Circuit board **296** is a printed circuit board or other similar device that engages with electrical contact **244** of circuit board **240** (shown above in FIG. **15**) through electrical ports **254** when lid **70** is closed against base portion **68**. Circuit board **296** is configured to relay electrical power and communications to and between liquefier pump assembly **62** and motor **278** (shown above in FIG. **17**) with the use of electrical cables (not shown).

As shown in FIG. **19**, housing body **248** also includes outlet opening **300**. Outlet opening **300** is the opening in overhanging portion **262** though which backbone assembly **292** and liquefier assembly **294** of liquefier pump assembly **62** (shown above in FIG. **17**) extend. Outlet opening **300** desirably provides a snug fit with backbone assembly **292** to prevent liquefier pump assembly **62** from moving relative to housing body **248**.

Housing body **248** may also additional components for retaining the electrical cables and/or guide tube **34** (shown above in FIG. **1**). For example, housing body **248** may include a V-shaped feature (not shown) defining a notch to hold and direct guide tube **34** from guide tube port **258** (shown above in FIGS. **15** and **17**) to liquefier pump assembly **62**. In particular, guide tube **34** may rest within the notch of the V-shaped feature, which prevents guide tube **34** from moving around within cartridge assembly **60** during use in system **10** (shown in FIG. **1**). Additionally, the electrical cables (not shown) interconnecting circuit board **256** and liquefier pump assembly **62** may be retained on either lateral side of the notch. This prevents the electrical cables from moving around within cartridge assembly **60** during use in system **10**, and reduces the risk of the electrical cables from getting caught by the moving components of liquefier pump assembly **62** (e.g., drive mechanism **290**).

As shown in FIG. **20**, motor **278** also includes thrust bearings **302** and magnet **304**, and gear **284** includes threaded surface **306**. Thrust bearings **302** are disposed between mounting plate **282** and a shoulder of gear **284**. During operation, the rotation of gear **284** may apply an axial thrust load in the direction of arrow **308** depending on the rotational direction of gear **284**. Thrust bearings **302** are positioned to absorb the axial thrust loads applied to gear **284**, which reduce the risk of damage to motor body **280** during operation.

Magnet **304** is a rotatable magnet located on the opposing end of motor body **280** from gear **284**, and is also axially connected to motor body **280** to rotate with gear **284**. When motor **278** is mounted in housing body **248**, magnet **304** is positioned in rear pocket **276**. As discussed above, when print head **36** is mounted in receptacle **46**, rear pocket **276** extends into rear wall opening **200** (shown above in FIGS. **11** and **15**), thereby positioning magnet **304** in close proximity to encoder sensor **204** (shown in FIG. **11**) regardless of the vertical toggle elevation of print head **36**.

Encoder sensor **204** is a first component of an encoder assembly configured to measure the rotation of gear **284**. Magnet **304** is a second component of the encoder assembly, where encoder sensor **204** is capable of measuring the rotational angle of magnet **304** as magnet **304** rotates with gear **284**. This arrangement allows the rotational rate and direction of gear **284** to be monitored, which corresponds to the rate at which the part material filament is fed through liquefier pump assembly **62**. As mentioned above, encoder sensor **204** is connected control board **50** (shown above in FIGS. **2-5**, **8** and **9**) for communicating with controller **28** (shown above in FIG. **1**).

FIGS. **21-25** further illustrate liquefier pump assembly **62** in use with guide tube **34**. In the shown embodiment, liquefier pump assemblies **62** and **66** are mirror images of each other. As such, the following discussion of the various subcomponents of liquefier pump assembly **62** may also apply to liquefier pump assembly **66**, which may be engaged with guide tube **40** for extruding the support material from the support material filament.

As shown in FIG. **21** and as mentioned above, liquefier pump assembly **62** includes drive mechanism **290**, backbone assembly **292**, liquefier assembly **294**, and drive block **295**, where liquefier assembly **294** includes liquefier **310**. Backbone assembly **292** is a structure component of liquefier pump assembly **64** and includes backbone plate **312** and heat shield **314**.

Backbone plate **312** is a first metallic member (e.g., a steel stamped plate) that is shaped to be secured to heat shield **314** and to retain drive mechanism **290**. As shown, backbone plate **312** includes shaft portion **316** (extending along the back side of heat shield **314**, best shown below in FIG. **22**), angled shield **318**, retention arms **320** and **322**, and tabs **323**. Shaft portion **316** extends along the vertical z-axis between angle shield **318** and tip end **62***a*, and is secured (e.g., welded) to heat shield **314**. For example, shaft portion **316** includes a pair of tabs **324** adjacent to tip end **62***a* (only a single tab **324** is shown in FIG. **21**), which are suitable for aligning and bracing heat shield **314** with shaft portion **316** for welding heat shield **314** and shaft portion **316** together.

Angled shield **318** has a downward converging surface that corresponds to the downward converging geometry of overhang feature **262** (shown above in FIGS. **15**-**17**, and **19**) providing a mating fit between angled shield **318** and overhang feature **262** when liquefier pump assembly **62** is mounted in housing body **248** (shown above in FIGS. **15**-**17**, and **19**). Angled shield **318** may also function as a heat shield to restrict the air flow from vent **264** (shown above in FIGS. **15**-**17** and **19**) to a pathway within heat shield **314** and shaft portion **316**, as discussed below. Retention arms **320** and **322** are laterally-extending arms from angle shield **318** that provide suitable locations for supporting drive mechanism **290** and drive block **295** upstream from liquefier assembly **294**. Tabs **323** are the components of backbone assembly **292** that are configured to be inserted into mounting slots **289** of housing body **248** (shown above in FIG. **17**) for mounting backbone assembly to housing body **248**.

Heat shield **314** is second metallic member (e.g., a steel stamped plate) that is secured to shaft portion **316**, as mentioned above. This defines a central conduit along the vertical z-axis through which liquefier assembly **294** extends.

As further shown, backbone plate **312** also includes inlet vent **326** (best shown in FIG. **22**), heat shield **314** also includes inlet vent **328**, and the engagement between heat shield **314** and angled shield **318** define inlet vent **330** (best shown in FIG. **25**). Inlet vents **326**, **328**, and **330** allow the air flow from cooling unit **56** (shown above in FIGS. **2**, **3**, **5**, and **8**) that is directed through cartridge **60** (e.g., shown above in FIG. **15**) to enter the central conduit between heat shield **314** and shaft portion **316**.

Heat shield **314** and shaft portion **316** collectively include vents **62***b*, which, in the shown embodiment, are rectangular openings in heat shield **314** and shaft portion **316** above liquefier **310** of liquefier assembly **294**. The air flow that passes through the central conduit between heat shield **314** and shaft portion **316** thereby exits print head **36** through vents **62***b*. Directing the air flow through print head **36** in this manner allows the air flow to cool the components within cartridge **60** (e.g., motor **278**, shown above in FIGS. **17** and **20**). In addition, the air flow also follows the feed path of the part material filament through liquefier pump assembly **62** prior to reaching liquefier **310**. This reduces the risk of having the part material filament melting upstream from liquefier **310**, which allows the part material filament to provide a viscosity-pump action to extrude the part material from liquefier **310**. Otherwise, without the air flow through the central conduit in this manner, the part material filament may undesirably heat up and soften at locations upstream from liquefier **310**, which could impair the extrusion properties of liquefier pump assembly **62**.



One or more of inlet vents **326**, **328**, and **330** may also function as inlet openings for the electrical cables (not shown) that interconnect circuit board **296** (shown above in FIG. **18**) and liquefier assembly **294**. For example, the electrical cables may extend through outlet opening **300** (shown above in FIG. **19**), through inlet vent **326**, and down through the central conduit to liquefier assembly **310**. This arrangement reduces the risk of the electrical cables from getting entangled in drive mechanism **290**.

As shown in FIGS. **21** and **22**, drive mechanism **290** is configured to feed successive portions of the part material filament (not shown) from guide tube **34** to liquefier assembly **294**. Drive mechanism **290** includes capstan gear **332** and bearing block **334**, which are located adjacent to drive block **295**, upstream from liquefier assembly **294**. As used herein, the terms “upstream” and “downstream” are made with reference to a filament feed direction along arrow **336**. As further shown, drive block **295** includes seal ring **338**. Capstan gear **332**, bearing block **334**, and drive block **295** may each be molded or cast from one or more metallic and/or plastic materials. Seal ring **338** may be fabricated from one or more plastic and/or rubber-based materials.

Capstan gear **332** is operably supported by bearing block **334** and drive block **295**, which are respectively retained by retention arms **320** and **322**. Capstan gear **332** includes perimeter teeth **340**, which are gear teeth or an otherwise textured surface that extend around the outer perimeter of capstan gear **332**, and are the portion of drive mechanism **290** that engage with threaded surface **306** of gear **284** (shown above in FIG. **20**).

As discussed below, drive block **295** is the component through which the part material filament passes while being fed from guide tube **34** to liquefier assembly **294**. Guide tube **34** engages drive block **295** at seal ring **338**, where seal ring **338** is a moisture seal that desirably restricts or prevents moisture from entering guide tube **34** and drive block **295**.

As further shown in FIG. **22**, backbone plate **314** includes slot **342** through which capstan gear **332** extends. Additionally, shaft portion **316** includes clasp **344**, which is a clasp member on the interior side of shaft portion **316** for retaining the electrical cables (not shown) that interconnect circuit board **296** and liquefier assembly **294**.

As shown in FIG. **23**, drive mechanism **290** also includes drive shaft **346**, which extends through and is secured to an axial opening of capstan gear **332** (referred to as axial opening **348**). In particular, drive shaft **346** includes outer surface **350**, which may be secured within axial opening **348**, such as with frictional fitting, welding, adhesives, and the like. This allows the rotation of capstan gear **332** to correspondingly rotate drive shaft **346**. In an alternative embodiment, capstan gear **332** and drive shaft **346** may be fabricated as a single component in which drive shaft **346** extends from the rotational axis of capstan gear **332**.

Drive shaft **346** may also be molded or cast from one or more metallic and/or plastic materials. Drive shaft **346** also includes first end **352** and second end **354**, where first end **352** extends into bearing block **334**, and second end **354** extends into drive block **295** at lateral opening **356**. This mounts drive shaft **346** (and capstan gear **332**) to bearing block **334** and drive block **295**, which allow drive shaft **346** and capstan gear **332** to freely rotate under the rotational power from gear **284** (shown in FIGS. **17** and **20**).

Drive shaft **346** also includes toothed surface **358**, which is a toothed or otherwise textured surface that also extends into

lateral opening **356** of drive block **295**, and is the rotatable surface that engages the part material filament to feed the part material filament downward into liquefier assembly **294**. Drive block **295** also includes top opening **360**, which is the opening in which guide tube **34** (shown in FIGS. **1**, **21**, and **22**) and seal ring **338** are connected for feeding the part material filament through drive block **295**. In particular, seal ring **338** may be inserted into top opening **360**, and guide tube **34** may then be inserted into and secured to top opening **360**, such as with frictional fitting, adhesives, and the like.

In the shown embodiment, liquefier assembly **294** includes liquefier **310** (as mentioned above), filament tube **362**, and extrusion tip **364**. Filament tube **362** includes top end **366**, which engages a bottom opening of drive block **295** (not shown in FIG. **23**) and bottom end **368**, which extends into liquefier **310**. Examples of suitable liquefier assemblies for liquefier assembly **294** (e.g., liquefier **310**, filament tube **362**, and extrusion tip **364**) include those disclosed in Swanson et al., U.S. patent application Ser. No. 12/888,087, entitled "Liquefier Assembly For Use In Extrusion-Based Additive Manufacturing Systems"; Swanson et al., U.S. patent application Ser. No. 12/888,098, entitled "Method For Building Three-Dimensional Models With Extrusion-Based Additive Manufacturing Systems"; Batchelder et al., U.S. Application Publication No. 2009/0273122; Swanson et al., U.S. Pat. No. 6,004,124; Comb, U.S. Pat. No. 6,547,995; and LaBossiere et al., U.S. Pat. Nos. 7,384,255 and 7,604,470. As discussed in these references, the part material filament may be fed through filament tube **362** into liquefier **310**. Liquefier **310** may then melt and extrude the part material from extrusion tip **364** build 3D part **24** (shown in FIG. **1**). In some embodiments, extrusion tip **364** is integrally formed with liquefier **310**.

As shown in FIG. **24**, heat shield **314** also includes bottom surface **370**, which is desirably secured to shaft portion **316** (e.g., welded). Bottom surface **370** includes opening **372** through which extrusion tip **364** extends through. In the shown embodiment, bottom surface **370** includes radial tabs **374**, which extend inward into opening **372** and provide suitable locations for securing extrusion tip **374** (e.g., with spot welding). Liquefier **310** (shown above in FIGS. **17** and **21**-**23**) is desirably not directly connected to backbone assembly **292** to reduce heat transfer between liquefier **310** and heat shield **314** and shaft portion **316**. As such, securing extrusion tip **364** to bottom surface **370** in this manner prevents liquefier assembly **294** from moving relative to backbone assembly **292**.

In addition, this arrangement also reduces heat transfer from extrusion tip **364** to backbone assembly **292** by reducing the contact surface area between extrusion tip **364** and bottom surface **370** to radial tabs **374** (e.g., three small tabs). This allows liquefier **310** to maintain a suitable thermal profile during operation. If extrusion tip **364** were otherwise secured to bottom surface **370** around the entire perimeter of extrusion tip **364**, the heat transfer would be higher, thereby requiring liquefier **310** to compensate to account for the thermal loss.

Furthermore, bottom surface **370** may be laminated or otherwise coated with a film of one or more materials having low coefficients of friction, such as fluorinated polymers (e.g., perfluoropolymers). Examples of suitable fluorinated polymers include polytetrafluoroethylenes (PTFE), fluorinated ethylene propylenes, and perfluoroalkoxy polymers. Examples of suitable commercially available fluorinated polymers include PTFE available under the trade designation "TEFLON" from E.I. du Pont de Nemours and Company, Wilmington, Del. The use of the film or coating in this manner prevents or otherwise reduces the part material from sticking to bottom surface **370** during a build run and/or during purge and extrusion tip cleaning steps.

As shown in FIG. **25**, drive block **295** also includes bottom opening **376** and channel **378**, where bottom opening **376** is the outlet opening of drive block **295** in which top end **366** of filament tube **362** extends into. Channel **378** interconnects top opening **360** and bottom opening **376**, and is a pathway extending along the vertical z-axis in which toothed surface **358** of drive shaft **346** extends for engaging the part material filament (not shown).

Channel **378** may have dimensions that accommodate the part material filament without undue friction, while desirably preventing the part material filament from buckling while engaged with toothed surface **358** of drive shaft **346**. Accordingly, channel **378** includes a lateral port (not shown) at the intersection with lateral opening **256** (shown above in FIG. **23**) through which toothed surface **358** extends. Channel **378** also includes lateral supporting wall **380**, which functions as a bracing wall for supporting the part material filament as toothed surface **358** engages the part material filament.

The engagement between guide tube **34**, drive block **295**, and filament tube **362**, along with drive shaft **346** extending through lateral opening **356**, provides a self-alignment feature that reduces or prevents the risk of misfeeding the part material filament into liquefier tube **362** and liquefier **310**. If drive block **295** were otherwise omitted, a gap would exist between guide tube **34** and filament tube **362** at the location of channel **378**. This gap could potentially result in misfeeds of the part material filament from guide tube **34** to filament tube **362**, which could result in delays in building 3D part **24**. Furthermore, having the leading end of the part material filament extending at least into drive block **295**, and even into filament tube **362**, further increases the self-alignment feature of liquefier pump assembly **62**.

Prior to operation, the part material filament may reside in guide tube **34**, and desirably extends at least as far downward into drive block **295** as conduit **378** for engagement with toothed surface **358**. This allows drive mechanism **290** to readily feed the part material filament without requiring additional feeding steps.

After print head **36** is inserted into receptacle **46**, cooling unit **56** may direct air flow through cartridge assembly **60** and downward into liquefier pump assembly **62**. As discussed above, the air flow is directed downward through the central conduit between backbone plate **312** and heat shield **314**, and out of the vents (e.g., vents **62***b*).

Controller **28** may then direct motor **278** to rotate gear **284** (e.g., via control board **50**, electrical interfaces **94** and **98**, circuit board **240**, electrical contact **244**, electrical ports **254**, circuit board **296**, and the respective electrical connections, such as electrical cables). The engagement between threaded surface **306** of gear **284** and toothed perimeter **340** of capstan gear **332** correspondingly rotates capstan gear **332**, such as in the direction of arrow **382**. The secured connection between outer surface **350** of drive shaft **346** and axial opening **348** of capstan gear **332** correspondingly rotates drive shaft **346** in the rotational direction of arrow **382** at the same angular rate as capstan gear **332**. This accordingly rotates toothed surface **358** in the rotational direction of arrow **382** at the same angular rate as capstan gear **332**.

The rotation of toothed surface **358** in the rotational direction of arrow **382** causes the teeth of toothed surface **358** to engage with the part material filament within channel **378**, where the part material filament is also braced against lateral supporting wall **380**. The engaged part material filament is then driven downward into filament tube **362** and liquefier **310**, in the direction of arrow **336**. Within liquefier **310**, the

part material filament is melted and extruded out of extrusion tip **364** to build 3D part **24**, for example, as disclosed in Swanson et al., U.S. patent application Ser. No. 12/888,087, entitled "Liquefier Assembly For Use In Extrusion-Based Additive Manufacturing Systems"; and Swanson et al., U.S. patent application Ser. No. 12/888,098, entitled "Method For Building Three-Dimensional Models With Extrusion-Based Additive Manufacturing Systems".

The upstream segments of the part material filament provide a viscosity-pump action to extrude the molten part material from extrusion tip **364** based on the feed rate of the part material filament into liquefier **310**. The feed rate of the part material filament is correspondingly based on the drive rates of gear **284** of motor **278**, capstan gear **332**, and drive shaft **346**.

When the extrusion run with liquefier pump assembly **62** is completed, controller **28** may direct motor **278** to stop the rotate of gear **284**, which correspondingly stops the rotations of capstan gear **332** and drive shaft **346**. This halts the feeding of the part material filament into liquefier **310**, which correspondingly stops the extrusion of the molten part material from extrusion tip **364**.

Receptacle **42** and print head **36** may then be toggled upward with voice coil mechanism **52**, and receptacle **48** and print head **42** may be toggled downward with voice coil **54**, as discussed above. Controller **28** may then direct print head **42** to extrude the molten support material from liquefier pump assembly **66** in the same manner as discussed above for liquefier pump assembly **62**. The extrusion runs and toggling between the lowered, active states and the raised, passive states may then be repeated to build 3D part **24** and support structure **26** in a layer-based manner pursuant to the fused deposition modeling technique.

FIG. **26** is a flow diagram of method **400** for assembling print heads **36** and **42**. The following discussion on method **400** is made with reference to print head **36** with the understanding that method **400** may also apply to print head **42**. As shown, method **400** includes steps **402-416**, and initially involves assembling liquefier pump assembly **62** (step **402**). An example of a suitable method for assembling liquefier pump assembly **62** pursuant to step **402** is discussed below. Liquefier pump assembly **62** may then be mounted in housing body **248** of cartridge assembly **60** (step **404**). For example, backbone assembly **292** and liquefier assembly **294** may be inserted through opening **300** in housing body **248**, tabs **323** may be inserted into mounting slots **289**, and angled plate **318** may be supported by overhang feature **262** of housing body **248**.

In an alternative embodiment, liquefier pump assembly **62** may be only partially assembled prior to being mounted in housing body **248**. For example, in one embodiment, drive mechanism **290** and drive block **295** may be mounted onto retention arms **320** and **322** of backbone assembly **292** after mounting liquefier pump assembly **62** in housing body **248**.

Motor **278** may then be mounted in housing body **248** (step **406**). As discussed above, mounting plate **282** of motor **278** may be inserted into mounting slots **288** of housing body **248**. This also engages threaded surface **306** of gear **284** (of motor **278**) with teethed perimeter **340** of capstan gear **332** to allow gear **284** to rotate capstan gear **332** and drive shaft **346**. Additionally, mounting motor **278** in housing body **248** positions magnet **304** into rear pocket **276**.

Circuit board **296** may also be secured to the inner surface of housing cover **246**, such as with screws **298** (step **408**). Circuit board **286** may then be electrically connected to motor **278** and liquefier assembly **294**, such as with electrical cables (step **410**). In alternative embodiments, steps **408** and **410** may be performed prior to or along with each other and any of steps **402**, **404**, and/or **406**.

Guide tube **34** may also be inserted through guide tube port **258** (step **412**) and into top opening **360** of drive block **295** to secure guide tube **34** to liquefier pump assembly **62** (step **414**). As discussed above, this creates a self-aligning feature and a moisture barrier for feeding successive segments of the part material filament from guide tube **34** to liquefier **310**. Additionally, the part material filament is desirably inserted at least as far as channel **378** of drive block **295** to engage with toothed surface **358** of drive shaft **346**, which allows the part material filament to be readily used when print head **36** is inserted into receptacle **46**. Housing cover **246** may then be secured to housing body **248** (step **416**). This provides print head **36**, which is then ready for insertion into receptacle **46** for use in system **10**, as discussed above.

FIG. **27** is a flow diagram of method **418** for assembling liquefier pump assembly **62**, pursuant to step **402** of method **400** (shown above in FIG. **26**). As shown in FIG. **27**, method **418** includes steps **420-430**, and initially involves assembling backbone assembly **292** (step **420**). For example, backbone plate **312** and heat shield **314** may be fabricated (e.g., stamped) and welded together with the use of tabs **324**.

Liquefier assembly **294** may then be assembled and inserted into backbone assembly **292** (step **422**). For example, liquefier assembly **294** may be inserted into backbone assembly **292** such that top end **366** of filament tube **362** is located adjacent to angled plate **318** and liquefier **310** is disposed at tip end **62***a*. This arrangement also allows extrusion tip **364** to extend through opening **372** of bottom surface **370** (of heat shield **314**).

Extrusion tip **364** may then be spot welded or otherwise secured to radial tabs **374** to secure extrusion tip **364** to backbone assembly **292** (step **424**). As discussed above, spot welding extrusion tip **364** to radial tabs **374** reduces the contact surface area between extrusion tip **364** and backbone assembly **292** to reduce heat transfer.

Drive shaft **346** may also be inserted into and secured to axial opening **348** of capstan gear **332** (step **426**) to allow the rotation of capstan gear **332** to likewise rotate drive shaft **346**. Drive shaft **346** may then be inserted into bearing block **334** and drive block **295** (step **428**). For example, first end **352** of drive shaft **346** may be inserted into bearing block **334**, and second end **354** may be inserted into lateral opening **356** of drive block **295**. This rotatably suspends drive shaft **346** (and capstan gear **332**) between block **334** and drive block **295**. Additionally, this arrangement also positions toothed surface **358** of drive shaft **346** in channel **378** of drive block **295** to engage a part material filament.

Bearing block **334** and drive block **295** may then be respectively mounted and secured to retention arms **320** and **322** (step **430**), and seal ring **338** may be inserted into top opening **360** of drive block **295**. This step also inserts and secures top end **366** of filament tube **362** into bottom opening **376** of drive block **295**, thereby providing the self-aligning feature for the part material filament. In alternative embodiments, one or both of steps **426** and **428** may be performed prior to or along with steps **410**, **422**, and/or **424**. As indicated above in step **402** of method **400**, after method **418** is completed, the resulting liquefier pump assembly **62** may then be mounted in housing body **248**, pursuant to step **404** of method **400**.

As discussed above, after methods **400** and **418** are completed for each of print heads **36** and **42**, print heads **36** and **42** may be inserted into and locked with receptacles **46** and **48** of carriage **18** (and thereby providing print head assembly **43**). System **10** may then be controlled to extrude and deposit part

and support materials from print heads **36** and **42** onto platen **14** to build 3D models (e.g., 3D model **24**) and support structures (e.g., support structure **26**) in a layer-based manner using the fused deposition modeling technique.

Furthermore, receptacles **46** and **48** themselves are suspended by carriage frame **44** in a manner that allows controlled movement of receptacles **46** and **48** (and print heads **36** and **42**) relative to carriage frame **44** along the vertical z-axis via voice coil mechanisms **52** and **54**, while also preventing movement of receptacles **46** and **48** (and print heads **36** and **42**) relative to carriage frame **44** in the horizontal x-y plane, as well as preventing roll, pitch, and yaw movements. This arrangement allows voice coil mechanisms **52** and **54** to toggle receptacles **46** and **48** (and print heads **36** and **42**) between lowed, active states and raised, passive states in a manner provide precise control of vertical movement for receptacles **46** and **48**, independently of each other. As such, print head assembly **43** is suitable for building 3D models (e.g., 3D model **24**) and support structures (e.g., support structure **26**) with high-resolution features, while also allowing multiple print heads (e.g., print heads **36** and **42**) to be replacably interchanged.

As mentioned above, suitable part and support materials for use with system **10** and print head assembly **43** include part and support material filaments. Suitable part materials for building 3D model **24** include polymeric and metallic materials. In some embodiments, suitable modeling materials include materials having amorphous properties, such as thermoplastic materials, amorphous metallic materials, and combinations thereof. Examples of suitable thermoplastic materials for the part material filament include acrylonitrile-butadiene-styrene (ABS) copolymers, polycarbonates, polysulfones, polyethersulfones, polyphenylsulfones, polyetherimides, amorphous polyamides, modified variations thereof (e.g., ABS-M30 copolymers), polystyrene, and blends thereof. Examples of suitable amorphous metallic materials include those disclosed in Batchelder, U.S. Patent Application Publication No. 2009/0263582.

Suitable support materials for building support structure **26** include polymeric materials. In some embodiments, suitable support materials include materials having amorphous properties (e.g., thermoplastic materials) and that are desirably removable from the corresponding modeling materials after 3D model **24** and support structure **26** are built. Examples of suitable support materials include water-soluble support materials commercially available under the trade designations "SR10", "SR20", and "SR30" Soluble Supports from Stratasys, Inc., Eden Prairie, Minn.; break-away support materials commercially available under the trade designation "BASS" from Stratasys, Inc., Eden Prairie, Minn., and those disclosed in Crump et al., U.S. Pat. No. 5,503,785; Lombardi et al., U.S. Pat. Nos. 6,070,107 and 6,228,923; Priedeman et al., U.S. Pat. No. 6,790,403; and Hopkins et al., U.S. Patent Application Publication No. 2010/0096072.

In some embodiments, the part and support material filaments may each have a cylindrical or substantially cylindrical geometry, such as those disclosed in Swanson, U.S. Patent Application Publication No. 2010/0283172; Swanson, International Publication No. WO2009/088995; Swanson et al., U.S. Pat. No. 6,923,634; Comb et al., U.S. Pat. No. 7,122,246; and Taatjes et al, U.S. Patent Application Publication Nos. 2010/0096485 and 2010/0096489.

In alternative embodiments, the part and support material filaments may each have a non-cylindrical geometry, such as the ribbon filaments disclosed in Batchelder et al., U.S. patent application Ser. No. 12/612,333, entitled "Non-Cylindrical Filaments for use in Extrusion-Based Digital Manufacturing Systems". In these embodiments, suitable liquefiers for liquefier **310** include those disclosed in Batchelder et al., U.S. patent application Ser. No. 12/612,329, entitled "Ribbon Liquefier for use in Extrusion-Based Digital Manufacturing Systems" and in Swanson et al., U.S. patent application Ser. No. 12/888,087, entitled "Liquefier Assembly For Use In Extrusion-Based Additive Manufacturing Systems".

In additional embodiments, the part and support material filaments may each include topographical surfaces patterns (e.g., tracks) for engaging drive mechanism **290**, as disclosed in Batchelder et al., U.S. patent application Ser. No. 12/612,342, entitled "Consumable Materials having Topographical Surface Patterns for use in Extrusion-Based Digital Manufacturing Systems. Furthermore, the part and support material filaments may each include encoded markings, as disclosed in Batchelder et al., U.S. patent application Ser. No. 12/622,042, entitled "Consumable Materials having Encoded Markings for use with Digital Manufacturing Systems and in Batchelder et al., U.S. patent application Ser. No. 12/949,898, entitled "Encoded Consumable Materials and Sensor Assemblies for use in Additive Manufacturing Systems".

Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the disclosure.

The invention claimed is:

**1**. A method for building a three-dimensional part with a fused deposition modeling system having a print head carriage configured to move substantially in a plane, the method comprising:

loading a print head to a receptacle of the print head carriage, the receptacle being supported from a carriage frame of the print head carriage such that the receptacle is restricted from movement relative to the carriage frame in directions parallel to the plane, but is controllably moveable relative to the carriage frame in directions outside of the plane;

actuating a snap-fit mechanism to secure the loaded print head to the receptacle to prevent the loaded print head from moving relative to the receptacle;

moving the print head carriage retaining the secured print head in the plane;

feeding a material with the secured print head;

melting the fed material in the secured print head;

extruding the molten material from the secured print head to form at least a portion of the three-dimensional part;

controllably moving the receptacle containing the secured print head relative to the carriage frame in at least one direction outside of the plane with a toggle mechanism; and

removing the print head from the receptacle.

**2**. The method of claim **1**, wherein actuating the snap-fit mechanism to secure the loaded print head to the receptacle comprises closing a receptacle lid against a receptacle base portion to retain the loaded print head in a manner that prevents the print head from moving relative to the receptacle.

**3**. The method of claim **1**, wherein controllably moving the receptacle containing the secured print head relative to the carriage frame in at least one direction outside of the plane the axis comprises a movement along a linear axis that is substantially orthogonal to the plane, or a movement along a pivoting axis outside of the plane.

**4**. The method of claim **1**, and further comprising measuring positions of the receptacle along the axis with an encoder assembly.

Case 2:26-cv-01592-MEMF-PVC Document 35-18 Filed 03/23/26 Page 41 of 41
Page ID #:3885



**5**. The method of claim **1**, wherein loading the print head to the receptacle comprises aligning the print head with alignment features of the receptacle.

**6**. The method of claim **1**, and further comprising communicating between the secured print head and a control board retained by the carriage frame through an electrical circuit retained by the receptacle.

**7**. The method of claim **1**, and further comprising forcing an air flow through the receptacle and into the secured print head.

**8**. The method of claim **1**, and further comprising:

loading a second print head to a second receptacle of the print head carriage, the second receptacle being supported from the carriage frame; and

actuating a second snap-fit mechanism to secure the loaded second print head to the second receptacle.

**9**. A method for building a three-dimensional part with a fused deposition modeling system having a print head carriage configured to move substantially in a plane, the method comprising:

inserting at least a portion of a print head into a receptacle base portion of the print head carriage, the receptacle base portion being suspended from a carriage frame of the print head carriage such that the receptacle base portion is restricted from movement relative to the carriage frame in directions parallel to the plane, but is controllably moveable relative to the carriage frame in directions outside of the plane;

closing a receptacle lid against the receptacle base portion to retain the inserted portion of the print head in a manner that prevents the print head from moving relative to the receptacle base portion;

moving the print head carriage with the retained print head along at least one axis of a plane;

depositing a material from the retained print head to form at least a portion of the three-dimensional part; and

controllably moving the receptacle base portion with the closed receptacle lid relative to the print head carriage relative to the carriage frame in at least one direction outside of the plane with a toggle mechanism.

**10**. The method of claim **9**, wherein closing the receptacle lid against the receptacle base portion comprises contacting at least one electrical contact to the print head.

**11**. The method of claim **10**, and further comprising communicating between a circuit board of the receptacle lid and the print head over the at least one electrical contact.

**12**. The method of claim **9**, and further comprising:

feeding a material with the retained print head; and

melting the fed material in the retained print head.

**13**. The method of claim **9**, and further comprising:

opening the closed receptacle lid;

removing the retained print head;

inserting at least a portion of a second print head into the receptacle base portion; and

reclosing the receptacle lid against the receptacle base portion to retain the inserted portion of the second print head in a manner that prevents the second print head from moving relative to the receptacle base portion.

**14**. The method of claim **9**, wherein inserting at least a portion of the print head into the receptacle base portion comprises aligning the portion of the print head with alignment features of the receptacle base portion.

**15**. A method for building a three-dimensional part with a fused deposition modeling system having a print head carriage configured to move substantially in a horizontal plane, the method comprising:

suspending a receptacle of the print head carriage from a carriage frame of the print head carriage in a manner that prevents movement of the receptacle relative to the carriage frame in directions parallel to the horizontal plane, but allows the receptacle to be controllably moved substantially along a vertical axis;

loading a print head to the receptacle;

securing the loaded print head to the receptacle to prevent the loaded print head from moving relative to the receptacle;

moving the print head carriage in the horizontal plane;

depositing a material from the secured print head to form at least a portion of the three-dimensional part; and

controllably moving the receptacle relative to the carriage frame substantially along the vertical axis with a toggle mechanism.

**16**. The method of claim **15**, and further comprising measuring positions of the receptacle along the vertical axis with an encoder assembly.

**17**. The method of claim **15**, wherein loading the print head to the receptacle comprises aligning the print head with alignment features of the receptacle.

**18**. The method of claim **15**, and further comprising communicating between the print head and a control board retained by the carriage frame.

**19**. The method of claim **15**, and further comprising forcing an air flow through the receptacle and into the secured print head.

**20**. The method of claim **15**, wherein the receptacle is a first receptacle and the print head is a first print head, and wherein the method further comprises:

suspending a second receptacle of the print head carriage from the carriage frame;

loading a second print head to the second receptacle;

moving the second receptacle relative to the carriage frame substantially along the vertical axis independently of moving the first receptacle relative to the carriage frame.

* * * * *