# Exhibit 20

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| 1.pre | A three-dimensional (3D) drawing device comprising: | To the extent that this preamble is limiting, Harris discloses a three-dimensional (3D) drawing device (e.g., the battery powered hand tool). 1:6-9.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract. |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | |  Fig. 1 Harris , Fig. 1 |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Fig. 3 Harris, Fig. 3   Fig. 13 Fig. 14 Fig. 15 Harris, Figs. 13, 14, and 15 |
| 1.1 | a housing configured to fit in a user's hand and shaped to allow manipulation of the housing like a pen, the housing | Harris discloses a housing (e.g., cylinder 8, cylinder 12) configured to fit in a user's hand and shaped to allow manipulation of the housing like a pen, the housing having a first end (e.g., application tip 24), a second end (e.g., motor 2), and a port configured for introduction of a strand of feed stock into an internal volume (e.g., see inside of Fig. 20) of the housing, the housing having at least one cooling port extending between the internal volume and an ambient atmosphere. |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | having a first end, a second end, and a port configured for introduction of a strand of feed stock into an internal volume of the housing, the housing having at least one cooling port extending between the internal volume and an ambient atmosphere; | The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>As seen in the figures below, Harris discloses a housing configured to fit in the user's hand.<br><br><br>Harris, Fig. 2<br><br>Harris, Fig. 3 |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>*Fig. 24*<br><br>Harris, Fig. 24<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip.." 4:1-5.<br><br>Harris discloses a cooling port when it teaches "a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:11-14. A POSITA would understand that "other heat transfer devices" teaches a cooling port because a cooling port is a common device to transfer or to dissipate heat. To the extent that Plaintiff contends that a cooling port is not expressly disclosed, it is nevertheless inherently disclosed because a POSITA would know that a heating device is commonly used with a cooling port to dissipate excess heat. |

| Claims | '444 Patent | Exemplary Disclosures |
| --- | --- | --- |
| | | As shown in the figure below, Harris discloses a housing having a first end (e.g., application tip 24) and a second end (e.g., where motor 2 is located).<br><br><br>Harris, Fig. 2<br>Harris discloses a strand of feed stock when it teaches "receiving a mass of thermoplastic material in a solid state." *See*, 2:51-65 ("a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface.") A POSITA would understand that the most common form of thermoplastic material in a solid state for use in this type of application is commonly a strand or pellets.<br><br>To the extent that Plaintiff contends that "a port configured for introduction of a strand of feed stock into an internal volume of the housing" is not expressly disclosed by Harris, it is nevertheless, inherently disclosed because |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | | a POSITA would understand that in order to receive a strand of feed stock longer than the housing, it would necessarily need a port to feed the strand through. |
| 1.2 | a first actuator and a second actuator each coupled to the housing and positioned to be actuated by the user's hand while holding the housing; | Harris discloses a first actuator (e.g., trigger switch 36, reverse switch 6, motor control switch 40, etc.) and a second actuator (e.g., trigger switch 36, reverse switch 6, motor control switch 40, etc.) each coupled to the housing and positioned to be actuated by the user's hand while holding the housing (e.g., cylinder 8).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The present invention relates to an electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." 1:6-12.<br><br>Harris discloses "a cake decorator that has an axial cylinder and a powered piston controlled by twisting an axial rotary actuator Switch in one direction or another." 4:43-46.<br><br>"A pressure sensitive flow-control button, located near the tip end of the barrel, is attached to the variable speed motor. The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing." 3:58-62.<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>"The pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base. The motor drives a rubber-ringed plunger down a threaded rod, through the cartridge, pushing the material to be dispensed out through the tip." 4:6-10.<br><br>"Once the cartridge is seated into the motorized base and the flow control button is activated, the motor drives the plunger up the threaded rod, pushing the semi-soft material through the cartridge and out through the interchangeable tip." 4:45-48.<br><br>"The motor housing and wiring housing (for the button and trigger, and the reverse buttons) may contain an access panel for servicing motor and wiring. The dispenser is made of durable, ridged hard plastic." 4:64-67 |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Fig. 2 |

Invalidity of U.S. Patent No. 9,731,444 in View of U.S. Patent No. 7,950,549 ("Harris")

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Harris, Fig. 24 |
| 1.3 | a motor disposed within the internal volume and controlled in response to operation of the first actuator and the second actuator; | Harris discloses a motor (e.g., motor 2) disposed within the internal volume (e.g., cylinder 8) and controlled in response to operation of the first actuator (e.g., trigger switch 36) and the second actuator (e.g. reverse switch 6.)<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." Abstract.<br><br>"The model of the tool will vary in size, construction materials, and motor strength, depending on the application." 1:34-35. |

| Claims | '444 Patent | Exemplary Disclosures |
| --- | --- | --- |
| | | "a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the compression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor." 2:5-9.<br><br>"The powered dispenser of the present invention consists of a rigid plastic tube (the barrel), with an interchangeable tip coupler on one end, and a variable speed electric motor on the other end." 3:36-40.<br><br>"The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing. The motor control dial allows the user to change the motor speed and power according to the consistency of the product to be dispensed and the desired flow of the material. The motor also has a forward and reverse (clockwise and counter-clockwise) setting." 3:61-67.<br><br>Harris also discloses a "pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base." 4:6-7.<br><br>As shown in Fig. 6 and Fig. 7 below, Harris discloses a motor (e.g., motor 2) within the internal volume (e.g., cylinder 8) and controlled in response to the operation of the first actuator (e.g., trigger switch 36) and the second actuator (e.g., reverse switch 6 reverse switch from Fig. 24 above). |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Harris, Figs. 6 and 7 |

| | | |
|---|---|---|
| | |   *Fig. 10* <br>   *Fig. 11* <br>   *Fig. 12* <br> Harris, Figs. 10, 11, and 12 |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>*Fig. 15*<br>Harris, Fig. 15<br><br>*Fig. 19*<br>Harris, Fig. 19 |
| 1.4 | a gear train operatively coupled with the motor to drive the gear train, disposed within the internal volume to receive the strand of feed stock, and configured to move the strand of feed | Harris discloses a gear train (e.g., the gear area of the motor, reduction gearing 28, cartridge gear, etc.) operatively coupled with the motor (e.g., motor 2) to drive the gear train, disposed within the internal volume (e.g., cylinder 8) to receive the strand of feed stock, and configured to move the strand of feed stock when engaged with the gear train.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the com pression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor." 2:5-9. |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | stock when engaged with the gear train; and | "The threaded screw is mounted onto a gear at the cartridge base. The gear is fitted with a female coupler, which is seated into the male motor connection." 4:22-24.<br><br>"The screw shaft 18 is driven by a motor 2 via reduction gearing 28." 6:61-62.<br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br><br><br>Harris, Figs. 6 and 7 |
| 1.5 | a nozzle assembly disposed at the first | Harris discloses a nozzle assembly (e.g., tip retaining rim 22) disposed at the first end of the housing (e.g., application tip 24) and at least partially within the housing (e.g., cylinder 8), the nozzle assembly (e.g., tip retaining |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | end of the housing and at least partially within the housing, the nozzle assembly comprising an extruder, an exit nozzle, and a guide tube, the extruder having a heating element surrounded by an insulator, the guide tube extending between the gear train and the extruder, a first end of the guide tube positioned to receive the strand of feed stock from the gear train, a second end of the guide tube aligned with a chamber of the extruder such that the strand of feed stock is directed into the chamber, the extruder being disposed between the guide tube and the exit nozzle | rim 22) comprising an extruder, an exit nozzle, and a guide tube (e.g., guide rod 20), the extruder having a heating element surrounded by an insulator, the guide tube (e.g., guide rod 20) extending between the gear train (e.g., reduction gearing 28) and the extruder, a first end of the guide tube (e.g., guide rod 20) positioned to receive the strand of feed stock from the gear train (e.g., reduction gearing 28), a second end of the guide tube aligned with a chamber of the extruder such that the strand of feed stock is directed into the chamber, the extruder being disposed between the guide tube and the exit nozzle such that rotation of the motor causes the strand to be extruded out of the exit nozzle for permitting the user to draw in free space to form a three-dimensional object (e.g., cake 1).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "an apparatus for extrusion and metered delivery of free-flowing substances, having a housing having a receiving space, openable at least on one side, for a disposable material package having an expulsion nozzle with a compressed-air connection and having, on the side opposite the expulsion nozzle, a piston that is displaceable in the direction of the expulsion nozzle in the receiving space or in the disposable material package, and pushes the substance ahead of it and thereby ejects it from the expulsion nozzle, compressed air being fed from the compressed-air connection to the side of the piston facing away from the expulsion nozzle." 2:10-21.<br><br>Harris also discloses "a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26. |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | such that rotation of the motor causes the strand to be extruded out of the exit nozzle for permitting the user to draw in free space to form a three-dimensional object. | "A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:10-14.<br><br>Harris "discloses a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a Substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermoplastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br><br>Harris, Fig. 2 |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | |   *Fig. 13*   *Fig. 14*   *Fig. 15*<br>Harris, Figs. 13, 14, and 15<br>  *Fig. 16*   *Fig. 17*   *Fig. 18*<br>Harris, Figs. 16, 17, and 18 |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>*Fig. 19*<br><br>Harris, Fig. 19<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "permitting the user to draw in free space to form a three-dimensional object" because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| Claims | '444 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Fig. 1 Harris, Fig. 1 |