# Exhibit 21

| Claims | ’529 Patent | Exemplary Disclosures |
|---|---|---|
| 1.pre | An apparatus comprising: | To the extent that this preamble is limiting, Harris discloses an apparatus.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>“An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction.” Abstract.<br><br><br><br>Harris, Fig. 2 |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Fig. 3<br>Harris, Fig. 3 |
| 1.1 | A three-dimensional (3D) drawing pen comprising: | Harris discloses a three-dimensional (3D) drawing pen (e.g., the battery powered hand tool).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract. |

| Claims | ’529 Patent | Exemplary Disclosures |
| --- | --- | --- |
| | | <br>Harris, Fig. 2<br><br>Harris, Fig. 3 |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Harris, Figs. 13, 14, and 15 |
| 1.2 | A body configured to fit in a user's hand and shaped to allow manipulation of the pen; | Harris discloses a body (e.g., cylinder 8) configured to fit in a user's hand and shaped to allow manipulation of the pen.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>As seen in the figures below, Harris discloses body configured to fit in a user's hand and shaped to allow manipulation of the pen. |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Fig. 2 |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>*Fig. 24*<br>Harris, Fig. 24<br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5. |
| 1.3 | a sensor supported by the body and configured to control a movement of | Harris discloses sensor (e.g., trigger switch 36, reverse switch 6) supported by the body (e.g., cylinder 8) and configured to control a movement of material along the body.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation. |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | material along the body; | "The present invention relates to an electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." 1:6-12.<br><br>Harris discloses "a cake decorator that has an axial cylinder and a powered piston controlled by twisting an axial rotary actuator Switch in one direction or another." 4:43-46.<br><br>"A pressure sensitive flow-control button, located near the tip end of the barrel, is attached to the variable speed motor. The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing." 3:58-62.<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>"The pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base. The motor drives a rubber-ringed plunger down a threaded rod, through the cartridge, pushing the material to be dispensed out through the tip." 4:6-10.<br><br>"Once the cartridge is seated into the motorized base and the flow control button is activated, the motor drives the plunger up the threaded rod, pushing the semi-soft material through the cartridge and out through the interchangeable tip." 4:45-48.<br><br>"The motor housing and wiring housing (for the button and trigger, and the reverse buttons) may contain an access panel for servicing motor and wiring. The dispenser is made of durable, ridged hard plastic." 4:64-67. |

<table>
<tr><th>Claims</th><th>'529 Patent</th><th>Exemplary Disclosures</th></tr>
<tr><td></td><td></td><td>

Harris, Figs. 6 and 7<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "a sensor supported by the body and configured to control a movement of material along the body" (see, e.g., Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in the figures and text here.</td></tr>
</table>

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Fig. 2 |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Harris, Fig. 24 |
| 1.4 | a nozzle assembly disposed at a distal end of the body and comprising an extruder and an exit nozzle, the extruder having a heating element for melting the material and | Harris discloses a nozzle assembly (e.g., tip retaining rim 22) disposed at a distal end of the body and comprising an extruder and an exit nozzle, the extruder having a heating element for melting the material and permitting the material to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "an apparatus for extrusion and metered delivery of free-flowing substances, having a housing having a receiving space, openable at least on one side, for a disposable material package having an expulsion nozzle with a compressed-air connection and having, on the side opposite the expulsion nozzle, a piston that is |

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | permitting the material to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object. | displaceable in the direction of the expulsion nozzle in the receiving space or in the disposable material package, and pushes the substance ahead of it and thereby ejects it from the expulsion nozzle, compressed air being fed from the compressed-air connection to the side of the piston facing away from the expulsion nozzle." 2:10-21.<br><br>Harris also discloses "a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc. out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br>"A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:10-14. |

<table>
<tr><th>Claims</th><th>'529 Patent</th><th>Exemplary Disclosures</th></tr>
<tr><td></td><td></td><td>

Harris, Fig. 2


Harris, Figs. 13, 14, and 15</td></tr>
</table>

| Claims | '529 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Figs. 16, 17, and 18   Harris, Fig. 19 |

| Claims | ’529 Patent | Exemplary Disclosures |
|---|---|---|
| | | To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of “be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object” because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| Claims | ’529 Patent | Exemplary Disclosures |
| --- | --- | --- |
| | | <br>*Fig. 1*<br>Harris, Fig. 1 |