# Exhibit 23

<table>
<tr><th>Claims</th><th>'850 Patent</th><th>Exemplary Disclosures</th></tr>
<tr><td>1.pre</td><td>An apparatus comprising:</td><td>To the extent that this preamble is limiting, Harris discloses an apparatus.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract.<br><br><br><br>Harris, Fig. 2</td></tr>
</table>

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>*Fig. 3*<br>Harris, Fig. 3 |
| 1.1 | A three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the configuration of the pen comprising: | Harris discloses a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space (e.g., the battery powered hand tool).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract. |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Fig. 2   Harris, Fig. 3 |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Harris, Figs. 13, 14, and 15<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "permitting the user to draw in free space to form a three-dimensional object" because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Fig. 1 Harris, Fig. 1 |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| 1.2 | An elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing; | Harris discloses an elongate housing (e.g., cylinder 8) having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing (e.g., cylinder 8) being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>As seen in the figures below, Harris discloses an elongate housing configured to fit in the user's hand and shaped to allow manipulation of the pen without a handle substantially perpendicular to the housing.<br><br><br><br><br>Harris, Fig. 2 |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Fig. 24<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>Harris discloses a strand of material when it teaches "receiving a mass of thermoplastic material in a solid state." *See* 2:51-65 ("a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface.") A POSITA would understand that the most common form of thermoplastic material in a solid state for use in this type of application is commonly a strand or pellets.<br><br>To the extent that Plaintiff contends that "a port that permits insertion of a strand of material into the internal volume of the pen" is not expressly disclosed by Harris, it is nevertheless inherently disclosed because a POSITA would understand that in order to receive a strand of material longer than the housing, it would necessarily need a port to feed the strand through. |
| 1.3 | a rotatable gear disposed within the internal volume of the housing of the pen, the gear being configured to contact the strand when engaged with the gear within the housing of the pen; | Harris discloses a rotatable gear (e.g., reduction gearing 28) disposed within the internal volume of the housing (e.g., cylinder 8) of the pen, the gear being configured to contact the strand when engaged with the gear within the housing of the pen<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The present invention relates to an electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." 1:6-12.<br><br>"A pressure sensitive flow-control button, located near the tip end of the barrel, is attached to the variable speed motor. The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing." 3:58-62.<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>"The pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base. The motor drives a rubber-ringed plunger down a threaded rod, through the cartridge, pushing the material to be dispensed out through the tip." 4:6-10. |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | "Once the cartridge is seated into the motorized base and the flow control button is activated, the motor drives the plunger up the threaded rod, pushing the semi-soft material through the cartridge and out through the interchangeable tip." 4:45-48.<br><br>"The motor housing and wiring housing (for the button and trigger, and the reverse buttons) may contain an access panel for servicing motor and wiring. The dispenser is made of durable, ridged hard plastic." 4:64-67<br><br><br><br>Harris, Fig. 2 |

<table>
<tr><th>Claims</th><th>'850 Patent</th><th>Exemplary Disclosures</th></tr>
<tr><td></td><td></td><td>

Harris, Fig. 24</td></tr>
<tr><td>1.4</td><td>a motor, disposed within the internal volume of the housing of the pen, operatively coupled with the gear and configured to rotate the gear and</td><td>Harris discloses a motor (e.g., motor 2), disposed within the internal volume of the housing (e.g., cylinder 8) of the pen, operatively coupled with the gear (e.g., reduction gearing) and configured to rotate the gear and drive motion of the strand.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." Abstract.<br><br>"The model of the tool will vary in size, construction materials, and motor strength, depending on the application." 1:34-35.</td></tr>
</table>

| Claims | ’850 Patent | Exemplary Disclosures |
|---|---|---|
| | drive motion of the strand; | “a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the compression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor.” 2:5-9.<br><br>“The powered dispenser of the present invention consists of a rigid plastic tube (the barrel), with an interchangeable tip coupler on one end, and a variable speed electric motor on the other end.” 3:36-40.<br><br>“The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing. The motor control dial allows the user to change the motor speed and power according to the consistency of the product to be dispensed and the desired flow of the material. The motor also has a forward and reverse (clockwise and counter-clockwise) setting.” 3:61-67.<br><br>Harris also discloses a “pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base.” 4:6-7.<br><br>As shown in Fig. 6 and Fig. 7 below, Harris discloses a motor (e.g., motor 2) within the internal volume (e.g., cylinder 8) and controlled in response to the operation of the first actuator (e.g., trigger switch 36) and the second actuator (e.g., reverse switch 6 reverse switch from Fig. 24 above). |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Figs. 6 and 7 |

Invalidity of U.S. Patent No. 10,792,850 in View of U.S. Patent No. 7,950,549 ("Harris")

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Fig. 10   Fig. 11   Fig. 12 Harris, Figs. 10, 11, and 12 |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>*Fig. 15*<br>Harris, Fig. 15<br><br>*Fig. 19*<br>Harris, Fig. 19 |
| 1.5 | an actuator, positioned along the housing of the pen, to actuate the motor to control a movement of the strand; and | Harris discloses an actuator (e.g., trigger switch 36, reverse switch 6), positioned along the housing (e.g., cylinder 8) of the pen, to actuate the motor (e.g., motor 2) to control a movement of the strand.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The present invention relates to an electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." 1:6-12.<br><br>Harris discloses "a cake decorator that has an axial cylinder and a powered piston controlled by twisting an axial rotary actuator Switch in one direction or another." 4:43-46. |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | "A pressure sensitive flow-control button, located near the tip end of the barrel, is attached to the variable speed motor. The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing." 3:58-62.<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>"The pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base. The motor drives a rubber-ringed plunger down a threaded rod, through the cartridge, pushing the material to be dispensed out through the tip." 4:6-10.<br><br>"Once the cartridge is seated into the motorized base and the flow control button is activated, the motor drives the plunger up the threaded rod, pushing the semi-soft material through the cartridge and out through the interchangeable tip." 4:45-48.<br><br>"The motor housing and wiring housing (for the button and trigger, and the reverse buttons) may contain an access panel for servicing motor and wiring. The dispenser is made of durable, ridged hard plastic." 4:64-67. |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br>Harris, Fig. 6 and Fig. 7 |
| 1.6 | a nozzle assembly disposed at a distal end of the pen and comprising an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand, the extruder being disposed between the gear and the exit nozzle such | Harris discloses a nozzle assembly (e.g., tip retaining rim 22) disposed at a distal end (e.g., application tip 24) of the pen and comprising an extruder and an exit nozzle (e.g., tip retaining rim 22), the extruder having a heating element configured to melt the strand, the extruder being disposed between the gear and the exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "an apparatus for extrusion and metered delivery of free-flowing substances, having a housing having a receiving space, openable at least on one side, for a disposable material package having an expulsion nozzle with a compressed-air connection and having, on the side opposite the expulsion nozzle, a piston that is displaceable in the direction of the expulsion nozzle in the receiving space or in the disposable material package, and pushes the substance ahead of it and thereby ejects it from the expulsion nozzle, compressed air being fed from the compressed-air connection to the side of the piston facing away from the expulsion nozzle." 2:10-21. |

| Claims | '850 Patent | Exemplary Disclosures |
|---|---|---|
| | that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object. | Harris also discloses "a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc. out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br>"A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:10-14. |

| Claims | ’850 Patent | Exemplary Disclosures |
|---|---|---|
| | |   Harris, Fig. 2   Harris, Figs. 13, 14, and 15 |

| Claims | ’850 Patent | Exemplary Disclosures |
|---|---|---|
| | | <br><br>Fig. 16<br><br><br>Fig. 17<br><br><br>Fig. 18<br>Harris, Figs. 16, 17, and 18<br><br><br>Fig. 19<br>Harris, Fig. 19 |

| Claims | '850 Patent | Exemplary Disclosures |
| --- | --- | --- |
| | | To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object" because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| Claims | ’850 Patent | Exemplary Disclosures |
| --- | --- | --- |
| | | <br>*Fig. 1*<br>Harris, Fig. 1 |