# Exhibit 25

| Claims | ’444 Patent | Exemplary Disclosures |
|---|---|---|
| 1.pre | A three-dimensional (3D) drawing device comprising: | To the extent that this preamble is limiting, Harris discloses a three-dimensional (3D) drawing device (e.g., the battery powered hand tool). 1:6-9.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>“An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction.” Abstract. |

| | | |
|---|---|---|
| | | 2<br>4<br>6<br>20<br>28<br>8<br>12<br>16<br>26<br>10<br>18<br>22<br>30<br>24<br>1*Fig. 1*<br>Fig. 1 |

| | | |
|---|---|---|
| | |   Fig. 3   Figs. 13, 14, and 15 |
| 1.1 | a housing configured to fit in a user's hand and shaped to allow manipulation of the housing like a pen, the housing having a first end, a second end, and a port configured for | **<u>The Harris Patent</u>**<br><br>Harris discloses a housing (e.g., cylinder 8, cylinder 12) configured to fit in a user's hand and shaped to allow manipulation of the housing like a pen, the housing having a first end (e.g., application tip 24), a second end (e.g., motor 2), and a port configured for introduction of a strand of feed stock into an internal volume (e.g., see inside of Fig. 20) of the housing, the housing having at least one cooling port extending between the internal volume and an ambient atmosphere.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation. |

| | | |
|---|---|---|
| | introduction of a strand of feed stock into an internal volume of the housing, the housing having at least one cooling port extending between the internal volume and an ambient atmosphere; | As seen in the figures below, Harris discloses a housing configured to fit in the user's hand.   Fig. 2   Fig. 3 |

| | | |
|---|---|---|
| | | <br><br>Fig. 24<br><br>“The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip.” 4:1-5.<br><br>Harris discloses a cooling port when it teaches “a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes.” 3:11-14. A POSITA would understand that “other heat transfer devices” teaches a cooling port because a cooling port is a common device to transfer or to dissipate heat. To the extent that Plaintiff contends that a cooling port is not expressly disclosed, it is nevertheless inherently disclosed because a POSITA would know that a heating device is commonly used with a cooling port to dissipate excess heat. |

| | | |
|---|---|---|
| | | As shown in the figure below, Harris discloses a housing having a first end (e.g., application tip 24) and a second end (e.g., where motor 2 is located).<br><br>Fig. 2<br>Harris discloses a strand of feed stock when it teaches "receiving a mass of thermoplastic material in a solid state." *See*, 2:51-65 ("a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface.") A POSITA would understand that the most common form of thermoplastic material in a solid state for use in this type of application is commonly a strand or pellets.<br><br>To the extent that Plaintiff contends that "a port configured for introduction of a strand of feed stock into an internal volume of the housing" is not expressly disclosed by Harris, it is nevertheless, inherently disclosed because a POSITA would understand that in order to receive a strand of feed stock longer than the housing, it would necessarily need a port to feed the strand through. |

| | | |
|---|---|---|
| | | **The Swanson Patent**<br><br>Moreover, it would have been obvious to a POSITA at the time of the invention to combine the teaching of Swanson with the handheld decorator of Harris because there is explicit teaching in Harris to heat a mass of thermoplastics in solid state and to extrude thermoplastic in flowable state out of an opening. Swanson teaches an extruder that heats thermoplastics and other materials and to extrude them out of an opening. Harris teaches that its handheld decorator can be used in many applications such as cake decorating, **craft applications**, woodworking and construction. Craft application is a common application for three-dimensional printing. This combination requires no undue experimentation because the extrusion mechanism and property would be well known to a POSITA at the time of invention.<br><br>Swanson discloses a cooling port (e.g., vents 62b), a strand of feed stock (e.g., filament), and a port configured for introduction of a strand of feed stock (e.g., guide tube ports 258, 260) as shown by the exemplary evidence below (Figs. 2 and 15). |

| | | |
|---|---|---|
| | |  FIG. 15 |

| | | |
|---|---|---|
| | | Swanson Fig. 15   FIG. 2 |

| | | |
|---|---|---|
| | | Swanson Fig. 2<br><br>"Examples of suitable thermoplastic materials for the part material filament include acrylonitrilebutadienestyrene (ABS) copolymers, polycarbonates, polysulfones, polyethersulfones, polyphenylsulfones, polyetherimides, amorphous polyamides, modified variations thereof (e.g., ABS-M30 copolymers), polystyrene, and blends thereof. Examples of suitable amorphous metallic materials include those disclosed in Batchelder, U.S. Patent Application Publication No. 2009/0263582." Swanson at 31:30-38.<br><br>"As discussed below, these arrangements allow the print head to efficiently feed, melt, and extrude successive portions of filaments of part and support materials." Swanson at 4:18-21.<br><br>"The combination of carriage 18 and print heads 36 and 42 are collectively referred to herein as print head assembly 43. Accordingly, after print head 36 is inserted or otherwise loaded into carriage 18, successive portions of a part material (e.g., a part material filament) may be fed from container portion 32 to print head 36 through guide tube 34." Swanson at 5:55-60.<br><br>"Vent 264 is a sidewall vent through housing body 248 that allows air flow from cooling unit 56 and vent opening 170 to enter print head 36." Swanson at 22:4-7.<br><br>"Base portions 68 and 78 include vent openings 170 and 172, which are openings through the lateral walls of base portions 68 and 78. The outside vent openings 170 and 172 allow air from cooling units 56 and 58 (shown above in FIGS. 2, 3, 5, and 8) to be directed toward print heads 36 and 42, respectively." Swanson at 14:44-49.<br><br>"Gear 284 correspondingly engages drive mechanism 290 to feed successive portions of the part material filament through drive block 295 and liquefier assembly 294." Swanson at 23:41-43.<br><br>"For example, guide tube port 258 may receive guide tube 34 (shown in FIG. 1), which extends through guide tube port 258, thereby aligning guide tube 34 with liquefier tube assembly 62 along the vertical z-axis." Swanson at 21:46-49. |
| 1.2 | a first actuator and a second actuator each coupled to the housing and positioned to be actuated by the | Harris discloses a first actuator (e.g., trigger switch 36, reverse switch 6, motor control switch 40, etc.) and a second actuator (e.g., trigger switch 36, reverse switch 6, motor control switch 40, etc.) each coupled to the housing and positioned to be actuated by the user's hand while holding the housing (e.g., cylinder 8).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation. |

| | | |
|---|---|---|
| | user's hand while holding the housing; | "The present invention relates to an electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." 1:6-12.<br><br>Harris discloses "a cake decorator that has an axial cylinder and a powered piston controlled by twisting an axial rotary actuator Switch in one direction or another." 4:43-46.<br><br>"A pressure sensitive flow-control button, located near the tip end of the barrel, is attached to the variable speed motor. The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing." 3:58-62.<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>"The pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base. The motor drives a rubber-ringed plunger down a threaded rod, through the cartridge, pushing the material to be dispensed out through the tip." 4:6-10.<br><br>"Once the cartridge is seated into the motorized base and the flow control button is activated, the motor drives the plunger up the threaded rod, pushing the semi-soft material through the cartridge and out through the interchangeable tip." 4:45-48.<br><br>"The motor housing and wiring housing (for the button and trigger, and the reverse buttons) may contain an access panel for servicing motor and wiring. The dispenser is made of durable, ridged hard plastic." 4:64-67 |

| | | |
|---|---|---|
| | |  2<br>6<br>26<br>16<br>20<br>8<br>22<br>4<br>28<br>12<br>10<br>18<br>Fig. 2<br>24 Fig. 2 |

| | | |
|---|---|---|
| | | <br>Fig. 24 |
| 1.3 | a motor disposed within the internal volume and controlled in response to operation of the first actuator and the second actuator; | Harris discloses a motor (e.g., motor 2) disposed within the internal volume (e.g., cylinder 8) and controlled in response to operation of the first actuator (e.g., trigger switch 36) and the second actuator (e.g. reverse switch 6.)<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." Abstract.<br><br>"The model of the tool will vary in size, construction materials, and motor strength, depending on the application." 1:34-35. |

| | | |
|---|---|---|
| | | "a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the compression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor." 2:5-9.<br><br>"The powered dispenser of the present invention consists of a rigid plastic tube (the barrel), with an interchangeable tip coupler on one end, and a variable speed electric motor on the other end." 3:36-40.<br><br>"The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing. The motor control dial allows the user to change the motor speed and power according to the consistency of the product to be dispensed and the desired flow of the material. The motor also has a forward and reverse (clockwise and counter-clockwise) setting." 3:61-67.<br><br>Harris also discloses a "pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base." 4:6-7.<br><br>As shown in Fig. 6 and Fig. 7 below, Harris discloses a motor (e.g., motor 2) within the internal volume (e.g., cylinder 8) and controlled in response to the operation of the first actuator (e.g., trigger switch 36) and the second actuator (e.g., reverse switch 6 reverse switch from Fig. 24 above).<br><br><br>Fig. 6<br>Fig. 7 |

| | | |
|---|---|---|
| | | Figs. 6 and 7 |

| | | |
|---|---|---|
| | | <br>*Fig. 10*<br><br>*Fig. 11*<br><br>*Fig. 12* |

| | | |
|---|---|---|
| | | Figs. 10, 11, and 12<br><br><br>*Fig. 15*<br>Fig. 15<br><br><br>*Fig. 19*<br>Fig. 19 |
| 1.4 | a gear train operatively coupled with the motor to drive the gear train, disposed within the internal volume to receive the strand of feed stock, and configured to move the strand of feed stock when | Harris discloses a gear train (e.g., the gear area of the motor, reduction gearing 28, cartridge gear, etc.) operatively coupled with the motor (e.g., motor 2) to drive the gear train, disposed within the internal volume (e.g., cylinder 8) to receive the strand of feed stock, and configured to move the strand of feed stock when engaged with the gear train.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the com pression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor." 2:5-9. |

| | | |
|---|---|---|
| | engaged with the gear train; and | "The threaded screw is mounted onto a gear at the cartridge base. The gear is fitted with a female coupler, which is seated into the male motor connection." 4:22-24.<br><br>"The screw shaft 18 is driven by a motor 2 via reduction gearing 28." 6:61-62.<br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br><br><br>Figs. 6 and 7 |
| 1.5 | a nozzle assembly disposed at the first end of the housing and at least | Harris discloses a nozzle assembly (e.g., tip retaining rim 22) disposed at the first end of the housing (e.g., application tip 24) and at least partially within the housing (e.g., cylinder 8), the nozzle assembly (e.g., tip retaining rim 22) comprising an extruder, an exit nozzle, and a guide tube (e.g., guide rod 20), the extruder having a heating element surrounded by an insulator, the guide tube (e.g., guide rod 20) extending between the gear train (e.g., |

| | | |
|---|---|---|
| | partially within the housing, the nozzle assembly comprising an extruder, an exit nozzle, and a guide tube, the extruder having a heating element surrounded by an insulator, the guide tube extending between the gear train and the extruder, a first end of the guide tube positioned to receive the strand of feed stock from the gear train, a second end of the guide tube aligned with a chamber of the extruder such that the strand of feed stock is directed into the chamber, the extruder being disposed between the guide tube and the exit nozzle such that rotation of the motor causes the strand to be extruded out of the | reduction gearing 28) and the extruder, a first end of the guide tube (e.g., guide rod 20) positioned to receive the strand of feed stock from the gear train (e.g., reduction gearing 28), a second end of the guide tube aligned with a chamber of the extruder such that the strand of feed stock is directed into the chamber, the extruder being disposed between the guide tube and the exit nozzle such that rotation of the motor causes the strand to be extruded out of the exit nozzle for permitting the user to draw in free space to form a three-dimensional object (e.g., cake 1).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "an apparatus for extrusion and metered delivery of free-flowing substances, having a housing having a receiving space, openable at least on one side, for a disposable material package having an expulsion nozzle with a compressed-air connection and having, on the side opposite the expulsion nozzle, a piston that is displaceable in the direction of the expulsion nozzle in the receiving space or in the disposable material package, and pushes the substance ahead of it and thereby ejects it from the expulsion nozzle, compressed air being fed from the compressed-air connection to the side of the piston facing away from the expulsion nozzle." 2:10-21.<br><br>Harris also discloses "a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br>"A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:10-14. |

| | | |
|---|---|---|
| | exit nozzle for permitting the user to draw in free space to form a three-dimensional object. | Harris "discloses a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a Substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermoplastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65. |




Fig. 2



| | | |
|---|---|---|
| | | Figs. 13, 14, and 15<br><br><br>*Fig. 16*<br><br><br>*Fig. 17*<br><br><br>*Fig. 18*<br>Figs. 16, 17, and 18<br><br><br>*Fig. 19*<br>Fig. 19<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of “permitting the user to draw in free space to form a three-dimensional object” |

| | | |
|---|---|---|
| | | because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below.  *Fig. 1* |

| | | |
|---|---|---|
| | | Fig. 1 |