# Exhibit 26

<table>
<tr><th>Claims</th><th>’819 Patent</th><th>Exemplary Disclosures</th></tr>
<tr><td>1.pre</td><td>An apparatus comprising:</td><td>To the extent that this preamble is limiting, Harris discloses an apparatus.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>“An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction.” Abstract.<br><br><br><br>Fig. 2</td></tr>
</table>

| | | |
|---|---|---|
| | | <br>Fig. 3 |
| 1.1 | A three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space, the configuration of the pen comprising: | Harris discloses a three-dimensional (3D) drawing pen that is configured to permit drawing in 3D space (e.g., the battery powered hand tool).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract. |

| | | |
|---|---|---|
| | |  2<br>6<br>26<br>16<br>20<br>8<br>22<br>4<br>28<br>12<br>10<br>18<br>Fig. 2<br>24 Fig. 2  22<br>8<br>26<br>6<br>2<br>24<br>40<br>4<br>Fig. 3 Fig. 3 |

| | | |
|---|---|---|
| | |   Figs. 13, 14, and 15<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "permitting the user to draw in free space to form a three-dimensional object" because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| | | |
|---|---|---|
| | | <br><br>*Fig. 1*<br>Fig. 1 |

| | | |
|---|---|---|
| 1.2 | An elongate housing having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle extending from the housing; | <u>**Harris Patent**</u><br><br>Harris discloses an elongate housing (e.g., cylinder 8) having an internal volume and a port that permits insertion of a strand of material into the internal volume of the pen, the elongate housing (e.g., cylinder 8) being configured to fit in a user's hand and shaped to allow manipulation of the pen without a handle extending from the housing.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>As seen in the figures below, Harris discloses an elongate housing configured to fit in the user's hand and shaped to allow manipulation of the pen without a handle extending from the housing.<br><br><br><br>Fig. 2<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>Harris discloses a strand of material when it teaches "receiving a mass of thermoplastic material in a solid state." *See* 2:51-65 ("a hand held dispenser for thermoplastic material including a casing forming a manual holding |

| | | |
|---|---|---|
| | | element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface.") A POSITA would understand that the most common form of thermoplastic material in a solid state for use in this type of application is commonly a strand or pellets.<br><br>To the extent that Plaintiff contends that "a port that permits insertion of a strand of material into the internal volume of the pen" is not expressly disclosed by Harris, it is nevertheless, inherently disclosed because a POSITA would understand that in order to receive a strand of material longer than the housing, it would necessarily need a port to feed the strand through.<br><br>**<u>Swanson Patent</u>**<br><br>Moreover, it would have been obvious to a POSITA at the time of the invention to combine the teaching of Swanson with the handheld decorator of Harris because there is explicit teaching in Harris to heat a mass of thermoplastics in solid state and to extrude thermoplastic in flowable state out of an opening. Swanson teaches an extruder that heats thermoplastics and other materials and to extrude them out of an opening. Harris teaches that its handheld decorator can be used in many applications such as cake decorating, **craft applications**, woodworking and construction. Craft application is a common application for three-dimensional printing. This combination requires no undue experimentation because the extrusion mechanism and property would be well known to a POSITA at the time of invention. |

| | | |
|---|---|---|
| | | Swanson discloses a strand of feed stock (e.g., filament) and a port configured for introduction of a strand of feed stock (e.g., guide tube ports 258, 260) as shown by the exemplary evidence below (Figs. 2 and 15). |

| | | |
|---|---|---|
| | |  FIG. 15 |

| | | |
|---|---|---|
| | | Swanson Fig. 15<br><br>FIG. 2 |

| | | |
|---|---|---|
| | | Swanson Fig. 2<br><br>"Examples of suitable thermoplastic materials for the part material filament include acrylonitrilebutadienestyrene (ABS) copolymers, polycarbonates, polysulfones, polyethersulfones, polyphenylsulfones, polyetherimides, amorphous polyamides, modified variations thereof (e.g., ABS-M30 copolymers), polystyrene, and blends thereof. Examples of suitable amorphous metallic materials include those disclosed in Batchelder, U.S. Patent Application Publication No. 2009/0263582." Swanson at 31:30-38.<br><br>"As discussed below, these arrangements allow the print head to efficiently feed, melt, and extrude successive portions of filaments of part and support materials." Swanson at 4:18-21.<br><br>"The combination of carriage 18 and print heads 36 and 42 are collectively referred to herein as print head assembly 43. Accordingly, after print head 36 is inserted or otherwise loaded into carriage 18, successive portions of a part material (e.g., a part material filament) may be fed from container portion 32 to print head 36 through guide tube 34." Swanson at 5:55-60.<br><br>"Gear 284 correspondingly engages drive mechanism 290 to feed successive portions of the part material filament through drive block 295 and liquefier assembly 294." Swanson at 23:41-43.<br><br>"For example, guide tube port 258 may receive guide tube 34 (shown in FIG. 1), which extends through guide tube port 258, thereby aligning guide tube 34 with liquefier tube assembly 62 along the vertical z-axis." Swanson at 21:46-49. |
| 1.3 | a nozzle assembly disposed at a distal end of the pen and comprising an extruder and an exit nozzle, the extruder having a heating element configured to melt the strand, the extruder being disposed between the gear and the | Harris discloses a nozzle assembly (e.g., tip retaining rim 22) disposed at a distal end (e.g., application tip 24) of the pen and comprising an extruder and an exit nozzle (e.g., tip retaining rim 22), the extruder having a heating element configured to melt the strand, the extruder being disposed between the gear and the exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "an apparatus for extrusion and metered delivery of free-flowing substances, having a housing having a receiving space, openable at least on one side, for a disposable material package having an expulsion nozzle with a compressed-air connection and having, on the side opposite the expulsion nozzle, a piston that is displaceable in the direction of the expulsion nozzle in the receiving space or in the disposable material package, |

| | | |
|---|---|---|
| | exit nozzle such that the strand can be driven into and melted by the extruder to cause the strand to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object. | and pushes the substance ahead of it and thereby ejects it from the expulsion nozzle, compressed air being fed from the compressed-air connection to the side of the piston facing away from the expulsion nozzle." 2:10-21.<br><br>Harris also discloses "a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc. out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br>"A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:10-14. |

| | | |
|---|---|---|
| | | <br>Fig. 2<br><br>Fig. 13, 14, and 15 |

| | | |
|---|---|---|
| | | <br><br>Figs. 16, 17, and 18<br><br><br>Fig. 19<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "to be extruded out of the exit nozzle in a solid form that retains its shape against |

| | | |
|---|---|---|
| | | gravity in free space to draw a 3D object" because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |




***Fig. 1***

| | | |
|---|---|---|
| | | Fig. 1 |