# Exhibit 28

Invalidity of U.S. Patent No. 11,446,852 in View of U.S. Patent No. 7,950,549 ("Harris")

| Claims | '852 Patent | Exemplary Disclosures |
|---|---|---|
| 1.pre | An apparatus comprising: | To the extent that this preamble is limiting, Harris discloses an apparatus.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract.<br><br><br><br>Fig. 2 |

| | | |
|---|---|---|
| | |  Fig. 3 |
| 1.1 | A three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object, the 3D pen comprising: | Harris discloses a three-dimensional (3D) drawing pen that is configured to permit the user to draw in free space to form a 3D object (e.g., the battery powered hand tool).<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"An electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed. The dispenser features a quick-change cartridge system, which allows the user to quickly and easily change cartridges, which are pre-filled with the material of the user's choice, without having to clean out the barrel. The dispenser can be used in many applications such as cake decorating, craft applications, woodworking and construction." Abstract. |

| | | |
|---|---|---|
| | | <br>Fig. 2<br><br>Fig. 3 |

| | | |
|---|---|---|
| | |  <br>Fig. 13 Fig. 14 Fig. 15<br>Fig. 13, Fig. 14, and Fig. 15<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of “permitting the user to draw in free space to form a three-dimensional object” because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| | | |
|---|---|---|
| | | <br>*Fig. 1*<br>Fig. 1 |

| | | |
|---|---|---|
| 1.2 | A housing having an internal volume and a port that permits insertion of material into the internal volume of the housing, the housing being configured to fit in a user's hand and configured without a handle substantially perpendicular to the housing; | **<u>Harris Patent</u>**<br><br>Harris discloses a housing (e.g., cylinder 8) having an internal volume and a port that permits insertion of material into the internal volume of the housing, the housing (e.g., cylinder 8) being configured to fit in a user's hand and configured without a handle substantially perpendicular to the housing.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>As seen in the figures below, Harris discloses a housing configured to fit in the user's hand and configured without a handle substantially perpendicular to the housing.<br><br><br>Fig. 2<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>Harris discloses a strand of material when it teaches "receiving a mass of thermoplastic material in a solid state." *See* 2:51-65 ("a hand held dispenser for thermoplastic material including a casing forming a manual holding |

| | | |
|---|---|---|
| | | element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface.") A POSITA would understand that the most common form of thermoplastic material in a solid state for use in this type of application is commonly a strand or pellets.<br><br>To the extent that Plaintiff contends that "a port that permits insertion of material into the internal volume of the housing" is not expressly disclosed by Harris, it is nevertheless inherently disclosed because a POSITA would understand that in order to receive a strand of material longer than the housing, it would necessarily need a port to feed the strand through.<br><br>**<u>Swanson Patent</u>**<br><br>Moreover, it would have been obvious to a POSITA at the time of the invention to combine the teaching of Swanson with the handheld decorator of Harris because there is explicit teaching in Harris to heat a mass of thermoplastics in solid state and to extrude thermoplastic in flowable state out of an opening. Swanson teaches an extruder that heats thermoplastics and other materials and to extrude them out of an opening. Harris teaches that its handheld decorator can be used in many applications such as cake decorating, **craft applications**, woodworking and construction. Craft application is a common application for three-dimensional printing. This combination requires no undue experimentation because the extrusion mechanism and property would be well known to a POSITA at the time of invention. |

| | | |
|---|---|---|
| | | Swanson discloses a strand of feed stock (e.g., filament) and a port configured for introduction of a strand of feed stock (e.g., guide tube ports 258, 260) as shown by the exemplary evidence below (Figs. 2 and 15). |

| | | |
|---|---|---|
| | | Z<br>X<br>Y<br>254<br>246<br>260<br>248<br>258<br>256<br>208<br>180<br>70<br>60<br>264<br>74<br>76<br>252<br>262<br>74<br>250<br>242<br>76<br>242<br>62b<br>244<br>240<br>62b<br>242<br>242<br>36<br>62<br>72<br>266<br>62a<br>200<br>68<br>170<br>170<br>46<br>192<br>192<br>196<br>140<br>118<br>184<br>188<br>184<br>FIG. 15 |

| | | |
|---|---|---|
| | | Swanson Fig. 15<br><br>FIG. 2 |

| | | |
|---|---|---|
| | | Swanson Fig. 2<br><br>"Examples of suitable thermoplastic materials for the part material filament include acrylonitrilebutadienestyrene (ABS) copolymers, polycarbonates, polysulfones, polyethersulfones, polyphenylsulfones, polyetherimides, amorphous polyamides, modified variations thereof (e.g., ABS-M30 copolymers), polystyrene, and blends thereof. Examples of suitable amorphous metallic materials include those disclosed in Batchelder, U.S. Patent Application Publication No. 2009/0263582." Swanson at 31:30-38.<br><br>"As discussed below, these arrangements allow the print head to efficiently feed, melt, and extrude successive portions of filaments of part and support materials." Swanson at 4:18-21.<br><br>"The combination of carriage 18 and print heads 36 and 42 are collectively referred to herein as print head assembly 43. Accordingly, after print head 36 is inserted or otherwise loaded into carriage 18, successive portions of a part material (e.g., a part material filament) may be fed from container portion 32 to print head 36 through guide tube 34." Swanson at 5:55-60.<br><br>"Gear 284 correspondingly engages drive mechanism 290 to feed successive portions of the part material filament through drive block 295 and liquefier assembly 294.<br><br>"For example, guide tube port 258 may receive guide tube 34 (shown in FIG. 1), which extends through guide tube port 258, thereby aligning guide tube 34 with liquefier tube assembly 62 along the vertical z-axis." Swanson at 21:46-49. |
| 1.3 | a motor coupled to the housing of the pen and being configured to drive motion of the material; | Harris discloses a motor (e.g., motor 2) coupled to the housing (e.g., cylinder 8) of the pen and being configured to drive motion of the material.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>"The power of the motor is adjustable, depending upon the consistency of the product to be dispensed." Abstract.<br><br>"The model of the tool will vary in size, construction materials, and motor strength, depending on the application." 1:34-35.<br><br>"a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the compression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor." 2:5-9. |

| | | |
|---|---|---|
| | | "The powered dispenser of the present invention consists of a rigid plastic tube (the barrel), with an interchangeable tip coupler on one end, and a variable speed electric motor on the other end." 3:36-40.<br><br>"The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing. The motor control dial allows the user to change the motor speed and power according to the consistency of the product to be dispensed and the desired flow of the material. The motor also has a forward and reverse (clockwise and counter-clockwise) setting." 3:61-67.<br><br>Harris also discloses a "pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base." 4:6-7.<br><br>As shown in Fig. 6 and Fig. 7 below, Harris discloses a motor (e.g., motor 2) coupled to the housing (e.g., cylinder 8) of the pen and being configured to drive motion of the material.).<br><br>Fig. 6 and Fig. 7 |




*Fig. 10*




*Fig. 11*




*Fig. 12*

| | | |
|---|---|---|
| | | Figs. 10, 11, and 12<br><br><br>*Fig. 15*<br>Fig. 15<br><br><br>*Fig. 19*<br>Fig. 19 |
| 1.4 | an actuator, coupled to the housing of the pen, to actuate the motor to control a movement of the material; and | Harris discloses an actuator (e.g., trigger switch 36, reverse switch 6), coupled to the housing (e.g., cylinder 8) of the pen, to actuate the motor (e.g., motor 2) to control a movement of the material.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>“The present invention relates to an electric or battery powered hand tool, which dispenses a wide variety of semi-soft materials. It is held in one hand and dispenses the material by pressing a pressure sensitive flow-control button. The power of the motor is adjustable, depending upon the consistency of the product to be dispensed.” 1:6-12.<br><br>Harris discloses “a cake decorator that has an axial cylinder and a powered piston controlled by twisting an axial rotary actuator Switch in one direction or another.” 4:43-46. |

| | | |
|---|---|---|
| | | "A pressure sensitive flow-control button, located near the tip end of the barrel, is attached to the variable speed motor. The motor's speed, power, and direction (clockwise and counterclockwise) are controlled by a dial located at the end of the barrel's motor housing." 3:58-62.<br><br>"The barrel is held in one hand (as if it were a pencil). A variation of the design would use a rechargeable lithium-ion battery housed in a pistol grip, located at the tip end of the barrel. On this design the flow-control button would be a trigger-type button located on the pistol grip." 4:1-5.<br><br>"The pressure sensitive flow-control button (or trigger) is pressed to activate the variable speed motor in the base. The motor drives a rubber-ringed plunger down a threaded rod, through the cartridge, pushing the material to be dispensed out through the tip." 4:6-10.<br><br>"Once the cartridge is seated into the motorized base and the flow control button is activated, the motor drives the plunger up the threaded rod, pushing the semi-soft material through the cartridge and out through the interchangeable tip." 4:45-48.<br><br>"The motor housing and wiring housing (for the button and trigger, and the reverse buttons) may contain an access panel for servicing motor and wiring. The dispenser is made of durable, ridged hard plastic." 4:64-67. |

| | | |
|---|---|---|
| | | <br>Figs. 6 and 7 |
| 1.5 | a nozzle assembly coupled to the housing and comprising an exit nozzle and a heating element configured to melt the material, the nozzle assembly configured to permit the material to be extruded out of the exit nozzle for forming the 3D object. | Harris discloses a nozzle assembly (e.g., tip retaining rim 22) coupled to the housing (e.g., cylinder 8) and comprising an exit nozzle and a heating element configured to melt the material, the nozzle assembly (e.g., tip retaining rim 22) configured to permit the material to be extruded out of the exit nozzle for forming the 3D object.<br><br>The exemplary evidence below further illustrates how Harris discloses this limitation.<br><br>Harris discloses "an apparatus for extrusion and metered delivery of free-flowing substances, having a housing having a receiving space, openable at least on one side, for a disposable material package having an expulsion nozzle with a compressed-air connection and having, on the side opposite the expulsion nozzle, a piston that is displaceable in the direction of the expulsion nozzle in the receiving space or in the disposable material package, and pushes the substance ahead of it and thereby ejects it from the expulsion nozzle, compressed air being fed from the compressed-air connection to the side of the piston facing away from the expulsion nozzle." 2:10-21.<br><br>Harris also discloses "a hand held dispenser for thermoplastic material including a casing forming a manual holding element and enclosing a space for receiving a mass of thermoplastic material in a solid state, the casing having an open outlet end communicating with the space; a component for advancing the thermoplastic material |

| | | |
|---|---|---|
| | | toward the open end of the casing, and a heating element for heating the thermoplastic material to a flowable state, wherein the heating element has a low thermal inertia, is arranged in a substantially homogeneous manner across a surface disposed opposite the open end and having dimensions which correspond to dimensions of the open end and wherein the heating element further acts to distribute thermos plastic material in a flowable state in the form of a sheet on a receiving surface." 2:51-65.<br><br>"Also shown in this figure the top inside rim 12 of the cylinder 8 which prevents icing, glue, adhesive etc entering the gear area and a pressure relief valve 26 which lets air not icing, glue, adhesive etc. out." 7:1-4.<br><br>"FIG. 7 shows an isometric view of the motor 2 having reverse switch 6 which is used to change the direction of the motor 2 and a battery recharging receptacle 4. The motor drives a screw shaft (shown in FIG. 1) via reduction gears 28." 7:24-26.<br><br>"A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes." 3:10-14.<br><br><br>Fig. 2 |

| | | |
|---|---|---|
| | | <br>Figs. 13, 14, and 15<br><br>Figs. 16, 17, and 18 |

| | | |
|---|---|---|
| | |  <br>Fig. 19<br><br>To the extent that the Plaintiff contends that JER LP06, JER LP03 / 3D Pen Make, and JER RP800A / 3d Pen Artist satisfy the limitation of "to be extruded out of the exit nozzle in a solid form that retains its shape against gravity in free space to draw a 3D object" because extruded material dangles from the tip of the extruder (*see, e.g.*, Bressler Decl., Exs. 74-88), then Harris discloses this limitation as shown in Figure 1 below. |

| | | |
|---|---|---|
| | | <br>2<br>4<br>6<br>20<br>28<br>8<br>12<br>16<br>26<br>10<br>18<br>22<br>30<br>24<br>1<br>Fig. 1<br>Fig. 1 |

| | | |
|---|---|---|
| | | |

4936-4227-6506 v1 [119064-1]