**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WOBBLEWORKS, INC.,<br>Plaintiff,<br>v.<br>GUANGZHOU JER EDUCATION TECHNOLOGY (d/b/a JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS CO., LTD) and MYFIRST USA INC.,<br>Defendants. | Case No.: 2:26-cv-01592-MEMF-PVC<br><br>**[PROPOSED] ORDER DENYING WOBBLEWORKS, INC.'S MOTION FOR PRELIMINARY INJUNCTION [ECF. NO. 18]** |

Plaintiff WobbleWorks, Inc. ("WobbleWorks") filed a Motion for a Preliminary Injunction on March 3, 2026. WobbleWorks asked the Court to preliminarily enjoin Defendants Guangzhou JER Education Technology (d/b/a JER; Guangzhou JER; JER Education Technology Co, Ltd.; Guangzhou Electronics Co., Ltd) and MyFirst USA Inc. (collectively, "Defendants") from alleged acts of infringement of U.S. Patent Nos. 9,731,444 (the "'444 Patent"), 10,792,850 (the "'850 Patent"), 11,446,852 (the "'852 Patent"), 11,766,819 (the "'819 Patent"), and 12,280,529 (the "'529 Patent") directed to a hand held 3D device.

Defendant MyFirst USA Inc. ("MyFirst") filed an Opposition on March 23, 2026, arguing that Plaintiff's eight-year delay negates irreparable harm, and the asserted patents are highly

vulnerable to invalidity and non-infringement challenges.

The Court, having considered the parties' arguments and evidence, finding good cause therefor, hereby DENIES the Motion for a Preliminary Injunction and ORDERS as follows:

1. Plaintiff's Motion for Preliminary Injunction is DENIED.

2. Plaintiff has not carried its burden to establish a likelihood of success on the merits, nor has Plaintiff shown serious questions going to the merits sufficient to warrant preliminary relief on the record presented.

3. Plaintiff has not demonstrated a likelihood of irreparable harm in the absence of preliminary relief. The alleged injuries are compensable by monetary damages and/or are speculative, contingent, or self-inflicted on the present showing.

4. The balance of equities does not tip in Plaintiff's favor. The requested injunction would impose substantial burdens and disruption on Defendants and third parties that outweigh any alleged harm to Plaintiff.

5. The public interest would not be served by the issuance of the requested injunction on this record.

6. This Order is without prejudice to the parties' rights and arguments as the case proceeds, including on any subsequent dispositive motion or trial on the merits.

IT IS SO ORDERED.

Dated: ____________, 2026

______________________________
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge