MORGAN, LEWIS & BOCKIUS LLP
Brent A. Hawkins (SBN 314266)
brent.hawkins@morganlewis.com
John F. Gaustad (SBN 279893)
john.gaustad@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Lisa R. Weddle (SBN 259050)
lisa.weddle@morganlewis.com
300 South Grand Ave.
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

*Attorneys for Plaintiff*
*WOBBLEWORKS, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WOBBLEWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUANGZHOU JER EDUCATION TECHNOLOGY (d/b/a JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS COL., LTD) and MYFIRST USA INC.,<br><br>Defendants. | CASE NO.: 2:26-cv-01592-MEMF-PVC<br><br>**REPLY DECLARATION OF MAXWELL BOGUE IN SUPPORT OF WOBBLEWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION** |

I, Maxwell Bogue, hereby declare as follows:

1. I am a co-founder of WobbleWorks, Inc. ("WobbleWorks") and co-inventor of U.S. Patent Nos. 9,731,444 (the "'444 Patent"), 10,792,850 (the "'850 Patent"), 11,446,852 (the "'852 Patent"), 11,766,819 (the "'819 Patent"), and 12,280,529 (the "'529 Patent") (collectively, the "Asserted Patents"), which I understand are being asserted in the above-captioned case. I have personal knowledge of the statements made in this declaration.

2. I previously signed a declaration in the above-captioned lawsuit on March 2, 2026 (the "March 2, 2026 Declaration").

3. I understand that, after I signed the March 3, 2026 Declaration, Defendant MyFirst USA Inc. ("MyFirst") submitted its Opposition to Plaintiff's Motion for Preliminary Injunction ("Opposition").

4. On February 5, 2026, I became aware for the first time that Guangzhou JER had manufactured and imported into the United States a significant volume of Unlicensed 3D Printing Pens for resale through PriceSmart in connection with myFirst USA Inc. Ex. 55. Prior to that date, WobbleWorks was not aware of this shipment or the scope of Guangzhou JER's recent importation activities into the United States. Upon learning this information, Daniel Cowen, WobbleWorks' Chief Executive Officer, promptly communicated it to WobbleWorks' internal team. *Id.*


MyFirst 3D pen at PS External

Daniel Cowen <Daniel@the3doodler.com>
to Mark, Lianne, Maxwell

Feb 5, 2026, 9:37 PM

This is unfortunate - I cannot open the link, as it's gone out of store now; but coupled with the below link, we now know JER shipped the MyFirst line to PriceSmart in Sept 2025. This was imprinted via the USA, so it is infringing on our US patent rights.

https://www.importyeti.com/supplier/jer-education



Ex. 55.

5. On that same day, the WobbleWorks team began evaluating appropriate next steps, including sending a cease-and-desist letter to PriceSmart as an efficient measure to address the newly discovered importation. Ex. 56. This approach reflected both the cost-effectiveness of such relief and WobbleWorks' efforts to preserve a potential business relationship with PriceSmart. *See id.* WobbleWorks recently submitted a proposal to PriceSmart regarding a potential vendor relationship for its 3D Printing Pens. Ex. 57. Although PriceSmart did not accept WobbleWorks' proposal for 2026, it indicated that it would consider WobbleWorks for the following year. *Id.*

**From:** Daniel Cowen <Daniel@the3doodler.com>
**Date:** Thursday, 5 February 2026 at 22:52

/mail.google.com/mail/u/0/?ik=2ec808f3ae&view=pt&search=all&permmsgid=msg-a:r2370732761251594326&dsqt=1&simpl=msg-a:r23707327612515…

2026, 16:13 WobbleWorks Mail - MyFirst 3D pen at PS

**To:** Mark Ivory <markivory@the3doodler.com>, Lianne Portuondo Diaz <lianne@the3doodler.com>, Maxwell Bogue <mbogue@wobbleworks.net>
**Subject:** Re: MyFirst 3D pen at PS

That should have read "imported via". Import alone constitutes infringement.

I'll discuss with Mark tomorrow, but my recommendation (low cost) is a C&D to PS from our counsel, which we can base on the below evidence. The tone will be - we wanted to ensure you are aware of this issue, as import alone still makes PS liable for infringement. As a patent holder and potential partner it's incumbent on us to ensure this is flagged, and stopped. Our focus remains working with PS as a partner, not across legal issues. The letter can go to legal at PS, then the question is whether Lianne also shares a copy with her buyer and the VP, as we are "deeply concerned by it and want to ensure they too are aware". This would likely put a stop to a 2026 repeat, but it depends how brazen PS is.

Daniel Cowen
CEO

@3Doodler
#WhatWillYouCreate?
the3Doodler.com

Ex. 56.

On Thu, 5 Feb 2026 at 20:34, Lianne Portuondo Diaz <lianne@the3doodler.com> wrote:

Hi all,

Just wanted to share a quick update on PriceSmart. While we were further along in vendor setup and the opportunity looked promising, we ultimately weren't selected for the

The good news is that their VPs asked the team to hold the item for Back-to-School 2027. So while the door is closed for 2026, interest remains, and there's a clear opportun

I'll stay engaged and make sure the vendor setup is fully completed. They're planning to send over contracts, so it will be good to have everything squared away ahead of tir with a solid BTS proposal once timing is clearer.

I'll keep you posted

Best,
Lianne

Lianne Portuondo Diaz
Head of Retail Sales, US & LATAM
201-375-3799
WobbleWorks, Inc

Ex. 57.

6. Within days following discovery of Guangzhou JER and myFirst USA Inc.'s importation of Unlicensed 3D Printing Pens, WobbleWorks learned that both entities were attending the Toy Fair 2026 in New York from February 14–17, 2026.

WobbleWorks promptly began working with counsel to determine the appropriate forum to file suit and prepare the complaint and relevant documents so that Defendants could be served at the Toy Fair. The complaint was filed on February 17, 2026—the first court day following the federal holiday—and was served on Guangzhou JER that same day.

7. Attached as Exhibit 55 is a true and correct copy of an excerpt from an email authored by Daniel Cowen on February 5, 2026, reflecting my discovery of Guangzhou JER's importation of Unlicensed 3D Printing Pens.

8. Attached as Exhibit 56 is a true and correct copy of the email chain dated February 5, 2026 through February 7, 2026 between myself and other WobbleWorks team members regarding Guangzhou JER's importation of Unlicensed 3D Printing Pens.

9. Attached as Exhibit 57 is a true and correct copy of the email chain dated December 10, 2025 through February 5, 2026 between PriceSmart and WobbleWorks regarding a potential business relationship for WobbleWorks' 3D Printing Pens.

10. Attached as Exhibit 58 is a true and correct copy of an email dated April 15, 2025 from TYGOTEC s.r.o., a distributor and reseller, confirming that Guangzhou JER assumes legal responsibilities associated with intellectual property of WobbleWorks.

11. Attached as Exhibit 59 is a true and correct copy of an email chain dated between January 9, 2025 and January 21, 2025 between Guangzhou JER and WobbleWorks regarding Guangzhou JER assuming legal responsibility for all its clients.

12. Attached as Exhibit 65 is a true and correct copy of a video was prepared at WobbleWorks' request on March 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2026.

Dated: March 30, 2026

By: ______________________________
Maxwell C. Bogue