MORGAN, LEWIS & BOCKIUS LLP
Brent A. Hawkins (SBN 314266)
brent.hawkins@morganlewis.com
John F. Gaustad (SBN 279893)
john.gaustad@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Lisa R. Weddle (SBN 259050)
lisa.weddle@morganlewis.com
300 South Grand Ave.
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

*Attorneys for Plaintiff*
*WOBBLEWORKS, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WOBBLEWORKS, INC.,

Plaintiff,

v.

GUANGZHOU JER EDUCATION TECHNOLOGY (d/b/a JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS COL., LTD) and MYFIRST USA INC.,

Defendants.

CASE NO.: 2:26-cv-01592-MEMF-PVC

**REPLY DECLARATION OF JOHN F. GAUSTAD IN SUPPORT OF WOBBLEWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**

**DATE**: APRIL 16, 2026

**TIME**: 10:00 A.M.

**JUDGE**: HON. MAAME EWUSI-MENSAH FRIMPONG

**COURTROOM**: 8B

**COMPL. FILED**: FEB. 16, 2026

I, John F. Gaustad, hereby declare as follows:

1. I am an attorney with Morgan, Lewis & Bockius LLP representing WobbleWorks, Inc. in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify thereto.

2. Attached as Exhibit 60 is a true and correct copy of the Internet Archive's Wayback Machine's March 24, 2022 capture of the "myFirst 3dPen Make" web page, which was retrieved from on March 26, 2026 from https://web.archive.org/web/20220524075820/https://myfirst.tech/myfirst-3dpen-make/.

3. Attached at Exhibit 61 is a true and correct copy of the "3D Pen" web page that was retrieved from https://www.jereducation.com/3d-pen_c1 on March 27, 2026.

4. Attached as Exhibit 62 is a true and correct copy of the "The Best 3D Pen for Kids" web page that was retrieved from https://us.myfirst.tech/collections/3d-pen on March 27, 2026.

5. Attached as Exhibit 63 is a true and correct copy of the "myFirst 3dPen Artist" web page that was retrieved from https://us.myfirst.tech/products/myfirst-3dpen-artist on March 27, 2026.

6. Attached as Exhibit 66 is a true and correct copy of U.S. Patent No. 5,980,144.

7. Attached as Exhibit 67 is a true and correct copy of U.S. Patent No. 6,460,731.

8. Attached as Exhibit 68 is a true and correct copy of U.S. Patent No. 6,101,968.

9. Attached as Exhibit 69 is a true and correct copy of the European Patent Office's interlocutory decision in opposition proceedings concerning application/patent number 13861105.8 – 1014/2928672/02, dated December 22, 2025.

10. Attached as Exhibit 70 is a true and correct copy of an article published on the website of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, titled "Intermediate Generalization: Amending European Patents and Applications Under Article 123(2) EPC," dated March 2014 that was retrieved from https://www.finnegan.com/files/Upload/Newsletters/Full_Disclosure/2014/March/FullDisclosure_Mar14_4.html on March 30, 2026.

11. Attached as Exhibit 71 is a true and correct copy of the "myFirst 3D Pen Artist (Blue) 3D Pen Starter Kit with 6 Colours Filaments, Design Template, Arts & Crafts for 12 Years Old and Above" web page that was retrieved from https://www.walmart.com/ip/myFirst-3D-Pen-Artist-3D-Pen on March 30, 2026.

12. Attached as Exhibit 72 is a true and correct copy of the "myFirst 3D Pen Artist – Printing Pen with 6 PCL Filament Colors, Stencil Book, Chartger – Purple" web page that was retrieved from https://www.macys.com/shop/product/myfirst-3d-pen-artist-printing-pen on March 29, 2026.

13. Attached as Exhibit 73 is a true and correct copy of the "myFirst – 3dPen Artist – 3D Pen Starter Kit with 6 Colours Filaments, Design Template, Arts & Craft – Blue" web page retrieved from https://www.bestbuy.com/product/myfirst-3dpen-artist-3d-pen-starter-kit on March 30, 2026.

14. Attached as Exhibit 74 is a true and correct copy of U.S. Patent No. 6,152,333.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2026

By: */s/ John F. Gaustad*
John F. Gaustad