# EXHIBIT 55

**Daniel Cowen <daniel@the3doodler.com>**

# MyFirst 3D pen at PS

**Daniel Cowen** <Daniel@the3doodler.com> Thu, Feb 5, 2026 at 9:37 PM
To: Mark Ivory <markivory@the3doodler.com>, Lianne Portuondo Diaz <lianne@the3doodler.com>, Maxwell Bogue <mbogue@wobbleworks.net>

This is unfortunate - I cannot open the link, as it’s gone out of store now; but coupled with the below link, we now know JER shipped the MyFirst line to PriceSmart in Sept 2025. This was imprinted via the USA, so it is infringing on our US patent rights.

https://www.importyeti.com/supplier/jer-education

21:34

google.com

Feedback

PriceSmart
https://www.pricesmart.com

myFirst 3D Children's 14-Filament Crafts Pen

myFirst 3D 14-Filament Crafts Pen for kids features 2-speed molding, quick 10-sec preheat, low-temp filaments, and easy filament loading for safe 3D art.

**COP 3,997**



PriceSmart
https://www.pricesmart.com

Arts & Crafts Toys

... 3D Children's 14-Filament Crafts Pen Placeholder · myFirst 3D Children's 14-Filament Crafts Pen. Out of Stock. Afl. 59,70 Afl. 59,70. 1 ...

Facebook · PriceSmart Jamaica
2 reactions · 12 years ago

PriceSmart Jamaica - Our Elmer's 3D Washable Paint Pens add a new ...

Our Elmer's 3D Washable Paint Pens add a new dimension to writing and painting with colors. Make your child´s artwork "pop" in 3D!

