# EXHIBIT 56

**Daniel Cowen <daniel@the3doodler.com>**

# MyFirst 3D pen at PS

**Daniel Cowen** <Daniel@the3doodler.com> Thu, Feb 5, 2026 at 9:52 PM
To: Mark Ivory <markivory@the3doodler.com>, Lianne Portuondo Diaz <lianne@the3doodler.com>, Maxwell Bogue <mbogue@wobbleworks.net>

That should have read "imported via". Import alone constitutes infringement.

I'll discuss with Mark tomorrow, but my recommendation (low cost) is a C&D to PS from our counsel, which we can base on the below evidence. The tone will be - we wanted to ensure you are aware of this issue, as import alone still makes PS liable for infringement. As a patent holder and potential partner it's incumbent on us to ensure this is flagged, and stopped. Our focus remains working with PS as a partner, not across legal issues. The letter can go to legal at PS, then the question is whether Lianne also shares a copy with her buyer and the VP, as we are "deeply concerned by it and want to ensure they too are aware". This would likely put a stop to a 2026 repeat, but it depends how brazen PS is.

Daniel Cowen
CEO

@3Doodler
#WhatWillYouCreate?
the3Doodler.com

**3DOODLER IN THE NEWS:** *Mashable* - The Best 3D Printers for Beginners, *The Wirecutter* - Best 3D Printing Pen, *Engadget* - 3Doodler EDU Product Launch, *The Verge* - 3Doodler Start HEXBUG Launch.

On Thu, 5 Feb 2026 at 21:37, Daniel Cowen <Daniel@the3doodler.com> wrote:

> This is unfortunate - I cannot open the link, as it's gone out of store now; but coupled with the below link, we now know JER shipped the MyFirst line to PriceSmart in Sept 2025. This was imprinted via the USA, so it is infringing on our US patent rights.
>
> https://www.importyeti.com/supplier/jer-education

21:34

google.com

Feedback

PriceSmart
https://www.pricesmart.com

## myFirst 3D Children's 14-Filament Crafts Pen

myFirst 3D 14-Filament Crafts Pen for kids features 2-speed molding, quick 10-sec preheat, low-temp filaments, and easy filament loading for safe 3D art.

**COP 3,997**



PriceSmart
https://www.pricesmart.com

## Arts & Crafts Toys

... 3D Children's 14-Filament Crafts Pen Placeholder · myFirst 3D Children's 14-Filament Crafts Pen. Out of Stock. Afl. 59,70 Afl. 59,70. 1 ...

Facebook · PriceSmart Jamaica
2 reactions · 12 years ago

## PriceSmart Jamaica - Our Elmer's 3D Washable Paint Pens add a new ...

Our Elmer's 3D Washable Paint Pens add a new dimension to writing and painting with colors. Make your child´s artwork "pop" in 3D!

