# EXHIBIT 57

Daniel Cowen <daniel@the3doodler.com>

## PriceSmart Update

**Lianne Portuondo Diaz** <lianne@the3doodler.com>
To: Daniel Cowen <Daniel@the3doodler.com>, Mark Ivory <markivory@the3doodler.com>, Max Bogue <mbogue@wobbleworks.net>

Hi all,

Just wanted to share a quick update on PriceSmart. While we were further along in vendor setup and the opportunity looked promising, we ultimately weren't selected for the 2026 holida

The good news is that their VPs asked the team to hold the item for Back-to-School 2027. So while the door is closed for 2026, interest remains, and there's a clear opportunity for 2027

I'll stay engaged and make sure the vendor setup is fully completed. They're planning to send over contracts, so it will be good to have everything squared away ahead of time, since tha with a solid BTS proposal once timing is clearer.

I'll keep you posted

Best,
Lianne

Lianne Portuondo Diaz
Head of Retail Sales, US & LATAM
201-375-3799
WobbleWorks, Inc
www.the3doodler.com

On Feb 5, 2026, at 3:23 PM, Lianne Portuondo Diaz <lianne@the3doodler.com> wrote:

Hi Elisa,

Thank you so much for the update — that's really encouraging to hear. Thank you for the insight… as I just wanted to make sure we didn't miss anything!

Obviously, we'd love the opportunity to support a BTS program. When do you typically begin reviewing or planning for Back to School? It would be great to understand timing so w

Thanks again, and I look forward to staying connected.

Best,
Lianne

Portuondo Diaz
Head of Retail Sales, US & LATAM
201-375-3799
WobbleWorks, Inc
www.the3doodler.com

On Feb 5, 2026, at 3:17 PM, Elisa Ezquerro Hansen <eezquerro@pricesmart.com> wrote:

Hi Lianne,

The item wasn't selected for holiday our VPs asked us if we can hold it for back to school

Thanks,

**Elisa Ezquerro Hansen**
**Corporate Buyer, Toys and Home Furniture**
Corporate Buying I USA
<image001.png>eezquerro@pricesmart.com
<image002.png> 9797 Aero Drive Suite 100 San Diego CA 92123
<image003.png> **www.pricesmart.com**

<image004.png>

<image005.png> <image006.png>

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, di recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Lianne Portuondo Diaz <lianne@the3doodler.com>
**Sent:** Thursday, February 5, 2026 12:02 PM
**To:** Elizabeth Patel <epatel@pricesmart.com>
**Cc:** Elisa Ezquerro Hansen <eezquerro@pricesmart.com>
**Subject:** Re: Quick Follow-Up: Program Status & Vendor Setup

**CAUTION:** The e-mail below is from an **EXTERNAL** source. Please do not click links or open attachments unless you recognize the sender and know t
**PRECAUCIÓN:** El siguiente correo es de una dirección **EXTERNA**. Por favor no de clic en los enlaces o archivos adjuntos si no reconoce al usuario q

Hi Elizabeth,

Thank you for letting me know, and thank you as well for looking into the vendor setup and reaching out to the onboarding team — I really a

It's a shame we didn't make the cut this year, as I was genuinely excited about the opportunity to work with PriceSmart and felt it could hav

Quick question, if you don't mind: do you have any insight into what we may have been missing or where we fell short for this year's progra
think about how to position things better for the future.

Also, when do you typically start reviewing or pitching for the next program cycle? It would be great to understand timing so we can plan ar

Thanks again for the update and for your support on the setup side. I hope we can stay in touch.

Best,
Lianne

Lianne Portuondo Diaz
Head of Retail Sales, US & LATAM
201-375-3799
WobbleWorks, Inc
https://protect.checkpoint.com/v2/r01/___www.the3doodler.com___.YzJ1OnByaWNlc21hcnQ6YzpvOmE5YTU0ODY0ZGVhYmYwZDY2Nz
Yjc1NGY3Ojc6YmFlMjpjY2NhYzU3YmVlYjRjYmMxODc0ZGE1MzgzNzdlZjc4MTE5N2Y1ZWNiNTIzZTc1OWU0MDE2NzRkNjg4NmFhYWZ

On Feb 5, 2026, at 11:40 AM, Elizabeth Patel <epatel@pricesmart.com> wrote:

Hello Lianne,
It did not make the cut for this year's program, but we are keeping it in consideration maybe for next year.
The vendor setup looks like it is missing some information I contacted the coordinator assigned to your account at the VDX/onboarding dept.

Thank You

**Elizabeth Patel**
**Global Assistant Buyer D046 - Toys** | San Diego, CA
Corporate Buying | USA

***<image001.png>*** epatel@pricesmart.com
***<image002.png>*** 9797 Aero Drive Suite 100, San Diego, CA 92123
<image003.png> www.pricesmart.com
***<image004.jpg>***
*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

---

**From:** Lianne Portuondo Diaz <lianne@the3doodler.com>
**Sent:** Wednesday, February 4, 2026 6:36 PM
**To:** Elizabeth Patel <epatel@pricesmart.com>
**Cc:** Elisa Ezquerro Hansen <eezquerro@pricesmart.com>
**Subject:** Quick Follow-Up: Program Status & Vendor Setup

**CAUTION:** The e-mail below is from an **EXTERNAL** source. Please do not click links or open attachments unless you recognize the sender and
**PRECAUCIÓN:** El siguiente correo es de una dirección **EXTERNA**. Por favor no de clic en los enlaces o archivos adjuntos si no reconoce al usu
seguro.
Hi Elizabeth,

I hope you're doing well. I just wanted to follow up and see if there are any updates on the final program decisions, as well as confirm
on your end.

Please let me know if anything is still outstanding or if there's anything additional you need from us to keep things moving. Happy to j

Thanks again

Best,
Lianne

Lianne Portuondo Diaz
Head of Retail Sales, US & LATAM
201-375-3799
WobbleWorks, Inc
https://protect.checkpoint.com/v2/r01/___www.the3doodler.com___.YzJ1OnByaWNlc21hcnQ6YzpvOjQ4ZDg1OGE1YjFjMjc2NTc2Mz
NmFjMmY2Ojc6OWYzZTo4YmRjYTE2MmZjYjU3OTM0OTViNDg2ZGMyMzg4NjBjNTQyYmE3MzFlZjBjMzczNDIzMDQyMDY3ZTA0