# EXHIBIT 58

**Daniel Cowen <daniel@the3doodler.com>**

# Fwd: 3D Pen Patent Issue and competition CZSK

43 messages

**David Kwok** <david@the3doodler.com> Tue, Apr 15, 2025 at 12:04 PM
To: Daniel Cowen <daniel@the3doodler.com>, Kay Peralta <kay@the3doodler.com>
Cc: Mark Ivory <markivory@the3doodler.com>, Maxwell Bogue <MaxwellB@wobbleworks.onmicrosoft.com>

Hi Dan,

Just wanna add you and Kay in the loop.

Regards,

David

Begin forwarded message:

**From:** Matej Sumka <matej@tygotec.eu>
**Subject: Re: 3D Pen Patent Issue and competition CZSK**
**Date:** 15 April 2025 at 10:06:49 am GMT+1
**To:** David Kwok <david@the3doodler.com>
**Cc:** Mark Ivory <markivory@the3doodler.com>, Maxwell Bogue <mbogue@wobbleworks.net>

Dear David, Mark and Max,

hope you are doing well.

Following our recent discussion, I would like to kindly revisit the topic of the patent status and seek some clarification regarding its current situation.

Michal is currently in China, where he met with JER, the company we discussed two years ago. He met them at an exhibition. They produce the LAMAX pen and are also in talks with Wiky Toys about their own 3Dpen product.

JER claims to have their own legal representation in Europe, stating that they sign contracts with customers to assume any legal responsibilities associated with the intellectual property of Wobbleworks. They also showed correspondence with the EU Patent Organization that indicated a conclusion regarding the patent is expected in September 2025. It seems likely that the patent will be dismissed.

We also recently reached out to you with an IP request concerning LAMAX and other matters, and we understood that you planned to take action after the Q4 season - what made us worry before even knowing this from JER.

From the outset, the explanations surrounding the IP issues have been somewhat unclear. Last year, we held discussions about this matter alongside Kay, and several actions were planned in a timely manner.

As you know, we are dedicating considerable energy to expand the reach of 3Doodling among consumers and influencers while building our community. Just this past weekend, we participated in the For Kids fair in Prague, conducting workshops for three days with a consistently packed booth.

Competing will be a significant challenge if multiple local brands start and continue to offer pens at 50% of the price of the 3Doodler Start+ (Flow even more). Not to mention that they will not face any supply issue of pens nor the filaments as their production is in a couple of weeks comparing to our 3 months and in general unavailability of filaments due to the shipments planning.

I appreciate your attention to these matters and look forward to your insights.

Regards

Matej

Best Regards

MATEJ SUMKA

TYGOTEC s.r.o.
Studeněves 138
Studeněves 27379
Czech Republic

Phone: (+420) 732 936 952
E-mail: matej@tygotec.eu
Skype: Matej Sumka