# EXHIBIT 59

**Pongracz, Brandon**

**From:** Daniel Cowen <Daniel@the3doodler.com>
**Sent:** Tuesday, March 24, 2026 9:22 AM
**To:** Gaustad, John
**Subject:** Fwd: Re: meeting for US market

[EXTERNAL EMAIL]

Daniel Cowen
CEO

@3Doodler
#WhatWillYouCreate?
the3Doodler.com

**3DOODLER IN THE NEWS:** *Mashable* - The Best 3D Printers for Beginners, *The Wirecutter* - Best 3D Printing Pen, *Engadget* - 3Doodler EDU Product Launch, *The Verge* - 3Doodler Start HEXBUG Launch.

---------- Forwarded message ---------
From: **Justin Hu** <sales1@jereducation.com>
Date: Tue, 21 Jan 2025 at 16:50
Subject: Re: Re: meeting for US market
To: Daniel Cowen <daniel@the3doodler.com>

Dear Daniel

I totally agree with your points on US market ,that is why I try the possibility of cooperation ,I just want to get license for my clients so that they can go free on the market.actually this is a win-win way for both of us. as you know that 3d pen is the very major business of JER, if my clients can not sell my pens because of patent issue, it means JER will bankrupt, that is why we have to support them on this issue, it is not the matter how much the cost is. we pay it ,we have chance, we do not pay ,JER will die.what is more ,actually China government supports the exporting companies very well on the patent issues ,the companies just need to pay very low rate insurance cost for patent cases, including lawyer fee, compensation and so on. if we buy the insurance ,approximately we just need to pay around 5% of the total cost of patent cases.

On the other hand ,as you see we have learned your patent family very well,I do not think we have no chance to get succeeded in US ,but you are right it will be a lose-lose result for both of us.anyway ,hopefully we have chance to work together.

regards

Justin hu

----------------- Original Message-----------------
From: Daniel Cowen<Daniel@the3doodler.com>
Date: 2025-01-14 17:38
To: Justin Hu<sales1@jereducation.com>
Subject: Re: Re: meeting for US market

Dear Justin,

We have a few observations regarding your email:

1. As we have explained a number of times, we have been open to brand-based deals with brand owners (which you know we have done in the past), with each deal based on negotiated terms on a channel by channel basis. The economics and feasibility of blanket factory-led deals do not work for us.

2. We have previously sought to discuss cooperation with MyFirst in December 2023, with the prerequisite that they respect our patents and cease infringement ahead of agreeing to a path forward. We required this because any commercial agreement needs to be based on trust. MyFirst literally laughed at this, which makes working on any kind of solution difficult. Since then MyFirst have appeared at trade shows and sales meeting and stated that they have all the rights and certifications to sell in markets where we have patents. We both know this to be a lie.

3. In this particular case, I think you are being manipulated by MyFirst. ToysRUs told us that sales had been extremely poor. While I understand you need to tell your customers you are fighting for them, if you put this in context, you are being pushed into making threats to us over a poor performing account. Moreover, this is from a customer (MyFirst) who has had opportunities to diffuse this situation themselves and has chosen not to. As they say in the US, don't let the "tail wag the dog". We have also never heard of a situation where an OEM manufacturer contractually agrees to solve patent issues for their customers - it is almost always the sellers's responsibility to ensure they are in compliance where they sell. As manufacturer, you have placed yourself in an absurd position and we suggest you stop agreeing to this.

4. Invalidation in the US: Firstly, the likelihood of your success invalidating our patent in the US is low. While I am sure you feel emboldened by events at the EPO, the EPO process is not over yet, and we have every reason to believe we can still mount a defence of our patent during the remainder of the process (which, with potential appeals by either side, will take years). The USPTO does not view things in the same way as the EPO, and we have multiple extremely strong US patents, which we will vehemently defend.

5. To bring an invalidation action in the USA, you would have to spend between US$700k-800k over an 18 month period. Because of the aggressive nature of you taking such an approach, we would be compelled to commence court actions against JER and each of your clients in the US, including removal of your clients from international trade shows hosted in the USA. Would JER cover all of your clients' costs across multiple legal cases?

6. Moreover, even if you did succeed in any kind of invalidation in the USA (which we believe is unlikely), it would be tantamount to a "suicide mission". With no patent protection in the market it would be flooded by cheap low-quality pens made by other factories. Your largest customer, who sells hundreds of thousands of pens per annum under a license with us, would see their sales drop significantly. We estimate their sales would fall by 60-80%. You, JER, would therefore lose hundreds of thousands of sales per annum. The Ditec license should be viewed as a license that exclusively benefits JER. Such an action by JER would be the same as paying a lot of money to destroy your own business. It makes no sense.

We believe you understand the power of licensing, and we believe you know we are fair partners. We have made our conditions clear in the past, and these have not changed. We suggest you do not let

yourself get manipulated by one customer, for whom 3D pens are not even their main commercial product.

Kind regards,

Daniel

Daniel Cowen
CEO

@3Doodler
#WhatWillYouCreate?
the3Doodler.com

**3DOODLER IN THE NEWS:** *Mashable* - The Best 3D Printers for Beginners, *The Wirecutter* - Best 3D Printing Pen, *Engadget* - 3Doodler EDU Product Launch, *The Verge* - 3Doodler Start HEXBUG Launch.

On Fri, 10 Jan 2025 at 13:28, Justin Hu <sales1@jereducation.com> wrote:

> Dear Daniel
>
> I just mean that we have signed agreement with our clients that it is our responsibility to solve the patent issue if it happens during when they sell our products.
>
> regards
>
> Justin hu
>
> ------------------ Original Message------------------
> From: Daniel Cowen<Daniel@the3doodler.com>
> Date: 2025-01-10 21:32
> To: Justin Hu<sales1@jereducation.com>
> Subject: Re: meeting for US market
>
> Dear Justin,
>
> Please can you clarify what you mean when you say "as well as the agreement with our clients"? I have highlighted this in yellow below,
>
> Regards,
>
> Daniel
>
> On Thu, Jan 9, 2025 at 1:50 PM Justin Hu <sales1@jereducation.com> wrote:
>
>> Dear Daniel
>>
>> how are you?
>>
>> I just got message from one of our client , Myfirst,who pressed me for the solution on US market, because their 3d pens were removed from Toyrus case.I want to check whether there is any possibility to discuss to cooperate in US market ? or we will have to initiate the invalidation in US as well as the agreement with our clients.in US amazon and Korea ,both of us benefit from the cooperation.but in EU, it seems we are going on the wrong way. hopefully we can avoid it in US,which is the most important market for both of us. anyway,if possible, hope to appoint for a meeting with you for this issue .thanks
>>
>> regards

> Justin hu

--
Daniel Cowen
CEO

@3Doodler
#WhatWillYouCreate?
the3Doodler.com

**3DOODLER IN THE NEWS:** *Mashable* - The Best 3D Printers for Beginners, *The Wirecutter* - Best 3D Printing Pen, *Engadget* - 3Doodler EDU Product Launch, *The Verge* - 3Doodler Start HEXBUG Launch.