# EXHIBIT 60

INTERNET ARCHIVE WaybackMachine
https://myfirst.tech/myfirst-3dpen-make/ Go
27 captures
24 May 2022 - 17 Jan 2026
APR MAY OCT
2021 24 2022 2023
About this capture



myFirst 3dPen

# Make

# myFirst 3dPen Make

## Bring Your Drawings to Life!

myFirst 3dPen is designed to add joy to your child's learning process. After all, drawing is the building block for learning new complex concepts. Journey with us as we build big minds together!

Easy to Use | Recharge | Operate Wirelessly | Safe to Touch




### PRODUCT SPECIFICATION

- Molding speed: 2 levels adjustable
- Temperature: 2 levels adjustable
- Power supplier: Built-in rechargeable battery, or adapter with output 5V,1A or 2A.
- Nozzle diameter: 0.9mm
- Filament diameter: 1.75mm
- Device dimension: 142x29x26mm
- Device Net weight: 46g

### WHAT'S IN THE BOX

- myFirst 3dPen Make
- 9.8 ft / 3 m Plastic Filament x 3 Colors
- Micro USB Charging Cable
- Design Templates

### FEATURES

myFirst 3dPen is designed to add joy to your child's learning process. After all, drawing is the building block for learning new complex concepts. Journey with us as we build big minds together!





Low heat filament with fast solidification. Non-adhesive material filament and easily cleaned off.

Safety is important. The heat from inner device does not pervade the exterior, which protects the child from the heat entirely. PCL materials are NOT harmful to the touch.



Inbuilt battery with USB charging. Does not require connected wire to operate for easy usage.





© MYFIRST 2020 | All Rights Reserved.