# EXHIBIT 61

(/) The First and Biggest 3D Pen Manufacturer

+8613600051886 (https://api.whatsapp.com/send?phone=+8613600051886&text=Hello)
sales1@jereducation.com (mailto:sales1@jereducation.com)



## Categories

- 3D Pen(/3d-Pen_c1)
- 3D Printer Filament (/3d-Printer-Filament_c4)
- 3D Pen Filament (/3d-Pen-Filament_c2)
- Tattoo Printer (/Tattoo-Printer_c3)
- Tick Remover (/Tick-Remover_c10)
- Education Equipments (/Education-Equipments_c5)

### How Can We Help You (Contact.Html)

You can contact us any way that is convenient for you. We are available 24/7 via email or telephone.

# 3D Pen

**3D Pen allows you to create three-dimensional objects in the air. This type of technology enables you to 3D print with a simple writing process. This makes it perfect for creating different 3D objects at home.**

3D Pen is suitable for children, teenagers, architects or anyone who wants to make 3D drawings at a really low cost.

We provide One-Stop customised service and support OEM&ODM.

(/jer-lp02-safe-low-temperature-3d-pen-for-children_p9.html)




**JER LP02- Safe Low Temperature 3D Pen For Children (/Jer-Lp02-Safe-**

Low temperature PCL material, safe for kids Built-in rechargeable Li-Ion

(/jer-lp03-safe-low-temperature-3d-pen-for-children-with-more-favorable-price_p10.html)




**JER LP03-Safe Low Temperature 3D Pen For Children With More**

The cheaper,simple and lightweighted low temperature 3D pen, safer for kids

(/lp-05-low-temperature-3d-drawing-pen-with-voice-prompt_p4.html)




**LP-05 Low Temperature 3d Drawing Pen With Voice Prompt (/Lp-05-Low-**

Using low-temperature PCL material, better protect children's safety and can

Looking for a 3D Pen & Filament?

Get Free Sample Today!

Leave A Message



## New Products



(/jer-lp08-kids-3d-drawing-pen-creative-educational toys_p53.ht

**JER LP08-Kids 3d Drawing Pen Creative...**

View More→ (/Jer-Lp08-Kids-3d-Drawing-Pen-



(/jer-cp02-new-chocolate-3d-pen_p50.ht

**JER CP02-New Chocolate 3D Pen...**

View More→ (/Jer-Cp02-New-Chocolate-3d-



(/jer-3d-pen-kits-racing-car_p49.htr

**Jer 3D Pen Kits-Racing Car (/Jer-3d-Pen-Kits...**

View More→ (/Jer-3d-Pen-Kits-Racing-

(/jer-lp06-low-temperature-3d-pen-for-kids-diy-drawing_p31.html)



**JER LP06- Low Temperature 3D Pen For Kids DIY Drawing (/Jer-Lp06-**

Introducing the JER LP06, a safe lowtemperature 3D pen suitable for

(/jer-lp08-kids-3d-drawing-pen-creative-educational-toys_p53.html)



**JER LP08-Kids 3d Drawing Pen Creative Educational Toys (/Jer-**

LP08 is a low-temperature, kid-safe 3D printing pen designed with a new cute

(/jer-mp01-3-filament-3d-printer-pen-art_p3.html)



**Jer MP01 3 Filament 3d Printer Pen Art (/Jer-Mp01-3-Filament-3d-**

JER MP-01 3D printing pen can mix three colors to make your creation

(/jer-rp700c-new-shape-3d-drawing-pen-with-lcd-screen_p5.html)



**JER RP700C-New Shape 3D Drawing Pen With LCD Screen (/Jer-Rp700c-**

Streamlined design with high cost-effective Easy maintenance and

(/jer-rp500a-best-cheap-3d-printing-pen-for-beginner_p7.html)



**Jer RP500A-Best Cheap 3d Printing Pen For Beginner (/Jer-Rp500a-**

Simple operations with LED indicators. Compatible with ABS and PLA

(/jer-rp560a-super-low-cost-3d-pen-model_p11.html)




**Jer RP560A--Super Low Cost 3d Pen Model (/Jer-Rp560a-Super-Low-**

Easy to operate. Compatible with ABS and PLA filaments Can be powered by

**Leave A Message**

The First and Biggest 3D Pen Manufacturer

+8613600051886 (https://api.whatsapp.com/send?phone=+8613600051886&text=Hello)
sales1@jereducation.com (mailto:sales1@jereducation.com)

Home (/) Products (/Products) About JER (/About-Jer_d1) FAQ (/Faq_nc7) News (/News_nc1) Contact Us (/Contact-Us_d2)

English

(/jer-3d-pen-kits-music-box_p54.html) (Music Pen-Kits...
View More→ (/Jer-3d-Pen-Kits-Music-



(/mini-handheld-portable-diy-bluetooth-tattoo-printer-on-skin_p13.html)
Mini Handheld Portable Diy Bluetooth Tattoo...
View More→ (/Mini-Handheld-Portable-Diy-

(/jer-rp580-animals-3d-pen-with-1-75mm-pla-filament-for-kids-diy-drawing_p12.html)



**JER RP580- Animals 3D Pen With 1.75mm PLA Filament For Kids DIY**

Simple function with LCD screen. Compatible with 1.75mm ABS and PLA

(/jer-rp600a-3d-printing-art-pen-with-stepless-speed-slider_p52.html)



**JER RP600A 3D Printing Art Pen With Stepless Speed Slider (/Jer-Rp600a-**

Hot-selling Super 3D Printing Pen on Amazon, suitable for kids, artists, and

(/jer-rp800a-bestseller-3d-pen-with-oled-display_p56.html)



**JER RP800A-Bestseller 3D Pen With OLED Display (/Jer-Rp800a-**

Bestseller 3D Pen on Amazon, classic shape and ease of use. This is a

1 (/3d-pen_c1) 2 (/3d-pen_c1_2) →

## Get In Touch

JER Education Technology CO., LTD

Tel : +8613600051886 (Tel:+8613600051886)

Email : Sales1@Jereducation.Com (Mailto:Sales1@Jereducation.Com)

Contact : Justin Hu

## Need Help

Home (/)
About Us (/About-Us_d1)
Products (/Products)
FAQ (/Faq_nc7)
News (/News_nc1)
Contact Us (/Contact-Us_d2)
Blog (/Blog)

## Hot Tags

Multicolor Pla Filament (/Multicolor-Pla-Filament_sp)
3d Drawing Printing Pen (/3d-Drawing-Printing-Pen_sp)
3d Printing Pen (/3d-Printing-Pen_sp)
Metal 3D Pen (/Metal-3d-Pen_sp)
3d Pen Art (/3d-Pen-Art_sp)
Pla 3d Printer Filament (/Pla-3d-Printer-Filament_sp)
KG Filament (/Kg-Filament_sp)

## Sign Up To Our Newsletter

Please read on, stay posted, subscribe, and we welcome you to tell us what you think.

Enter your email...

Leave A Message

© 20: CO., LTD All Rights Reserved. | IPv6 network supported IPv6

粤IC eian.miit.gov.cn/) (/)

**The First and Biggest 3D Pen Manufacturer**

Sitemap (/sitemap.html) | XML (/sitemap.xml) English | Privacy Policy (/privacy-policy_d9)

+8613600051886 (https://api.whatsapp.com/send?phone=+8613600051886&text=Hello)
sales1@jereducation.com (mailto:sales1@jereducation.com)

**Home (/)** **Products (/Products)** **About JER (/About-Jer_d1)** **FAQ (/Faq_nc7)** **News (/News_nc1)**

**Contact Us (/Contact-Us_d2)**

**Leave A Message**