# EXHIBIT 62

Early Spring Deals | Up to 30% OFF for a Limited Time →

# The Best 3D Pen for Kids

Discover the best **childrens 3d pen**, myFirst **3D pens** for kids in 2026—designed with safety, ease, and creativity in mind. Whether you're shopping for a young beginner or an aspiring teen artist, our low-temp, eco-friendly pens make every creation simple and safe.

Filter: Availability Price Product type

Sort by: Featured

6 products

Filter and sort Filter

6 products



3dPen for Kids w/ 9 Filaments and Stencil Book | myFirst 3dPen Make

★★★★★ (23)

$39.90

Choose options



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ (2)

$49.90

Choose options



3dPen Make Filament Refill | PCL 5 Colors

$14.99

Choose options

Sale



3dPen Artist Filament Refill | PLA Filament 6 Colors

~~$19.90~~ $14.95

Choose options

myF
We b
"First
maki
secu




myFirst Fun Pack Filaments for 3dPen Make

$19.90

Choose options




myFirst 3dPen Make Creator Kit Filaments For Kids

$69.99

Choose options

## Best 3D Pens for Kids: Safe and Fun Creative Tools

Choosing the right 3D Pen for your Child

myFirst 3dPen

## Pick The Right 3D Pen for Your Kids





| | 3dPen Artist | 3dPen Make |
|---|---|---|
| Age Range | 12 years old & above | 5 years old & above |
| Temperature Range | 130-230°C | 90-100 °C |
| Filament Type | PLA | PCL |
| Feeding Speed | Adjustable | 2 levels adjustable |
| Molding Technique | Three-Dimensional Molding | Two-Dimensional Molding |
| Nozle Diameter | 0.7mm | 0.9mm |
| Power Supply | Power Cable | Built-in rechargeable battery |
| Output | DC 5V, 2A | DC 5V, 1A/2A |
| Weight | 46g | 46g |
| Dimension | 175x17x20 mm | 142x29x26 mm |

myF
We b
"First
maki
secu

# The Best 3D Pen for Kids

Welcome to our global collection of the best 3D pens for kids! If you're looking for a way to spark creativity and bring imaginative ideas to life, you've come to the right place. Our carefully selected 3D pens are designed to inspire young creators everywhere, whether they're budding artists, engineers, or just love to craft.

### Benefits of 3D Pen for Kids

**User-Friendly Design**: Our 3D pens are made with kids in mind. They're easy to use, with simple controls and quick setup, so your child can start creating right away.

**Safety Comes First**: We put safety at the top of our list. Our pens use non-toxic, eco-friendly filament and come with built-in safety features, so you can feel confident your child is safe while they create.

**Versatile Fun**: Our 3D pens are perfect for a range of projects. Whether your child wants to draw in mid-air or make detailed models, these pens offer endless possibilities for school projects, hobbies, or just fun at home.

**Educational Value**: These pens are more than just toys. They help develop fine motor skills, boost spatial awareness, and encourage creativity and problem-solving.

### 5 Benefits of a 3D Pen for Kids

A 3D pen is more than just a fun gadget—it's a tool that offers numerous benefits for kids. Here are five key advantages of giving a 3D pen for kids:

**Enhances Creativity**: The best 3D pen for kids unlocks a world of creative possibilities. With a 3D pen, children can bring their imagination to life, from intricate designs to colorful creations. It encourages artistic expression and helps them visualize and construct their ideas in three dimensions.

**Supports Learning and Development**: A 3D pen for kids is an excellent educational tool. It aids in developing fine motor skills, spatial awareness, and problem-solving abilities. As kids use the 3D pen, they engage in hands-on learning that enhances their cognitive and practical skills.

**Safe and Easy to Use**: Safety is a top priority with the best 3D pens for kids. These pens are designed with low-heat settings and use non-toxic, eco-friendly filaments, making them safe for young users. Their user-friendly interfaces ensure that kids can start creating with minimal guidance.

**Versatile Fun for All Ages**: Whether your child is just starting to explore their creative side or is already a budding artist, a 3D pen offers versatile fun. The range of applications—from simple drawings to complex models—makes it suitable for various age groups and skill levels.

**Boosts Confidence and Achievement**: Using a 3D pen helps children see their ideas come to life, which boosts their confidence and sense of accomplishment. As they experiment with different designs and techniques, they gain pride in their work and a greater belief in their abilities.

## How to Choose the Perfect 3D Pen for Your Child

When choosing a 3D pen for your little one, keep these tips in mind:

- **Age Appropriateness**: Make sure the pen matches your child's age and skill level.
- **Safety Features**: Look for pens with low-temperature settings and non-toxic materials.
- **Ease of Use**: Go for models with simple controls and a comfortable grip.
- **Filament Compatibility**: Check that the pen works with different types of filament for maximum creative freedom.

### Our Top Choice for 3D Pens for Kids

myF
We b
"First
maki
secu

myFirst 3dPen Artist: The myFirst 3dPen Artist is a 3D drawing tool designed for teens, hobbyists, and DIY enthusiasts aged 12 and up. It includes a safe, easy-to-use pen and eco-friendly filaments in six colors. Features include an OLED display, adjustable feeding speed, and a clog-proof design. It helps develop creativity, spatial thinking, and fine motor skills. The pen uses non-toxic, biodegradable PLA filament, making it safe and environmentally friendly. The package also includes design templates, a thermoplastic sheet, and a user manual.



BUY NOW

myFirst 3dPen Make: Ideal for young creators, this wireless and portable 3D pen starter kit uses safe, low-heat filament. It's perfect for kids aged 5 to 13, offering rapid solidification, easy clean-up, and a touch-friendly design that fosters both creativity and technical skills.

A 3D pen is a fantastic way to unlock your child's creativity. Our global collection offers not just hours of fun but also valuable educational benefits. By choosing one of our top 3D pens for kids, you're investing in a tool that will nurture creativity and provide endless opportunities for learning and exploration. Whether they're drawing, crafting, or building, these pens will help bring your child's ideas to life.

myF
We b
"First
maki
secu




myF
We b
"First
maki
secu



BUY NOW

## How to Choose the right 3D Pen Filament

Read our informative blog about how to choose the right filament for your 3d pen!

myFirst

## 3D Pen for Kids Frequently Asked Questions

**What is the best 3D pen for a young child?**

**How does a 3D pen work?**

A 3D pen works similarly to a hot glue gun, but it uses plastic filament instead of glue sticks. The pen heats the filament, which then softens and can be drawn in the air or on a surface. The plastic quickly cools and solidifies, holding its shape.

**Are 3D pens safe for kids?**

**What can kids create with a 3D pen?**

**What's the difference between the myFirst 3dPen Make and the myFirst 3dPen Artist?**

myF
We b
"First
maki
secu

## Great 3D Pen References

**Xometry - "3D Printing for Education: Importance and Benefits"** https://www.xometry.com/resources/3d-printing/3d-printing-for-education/

**Tinkercad - "Tinkercad"** https://www.tinkercad.com/

**ISTE - "Harness the power of 3D models in the classroom"** https://iste.org/blog/harness-the-power-of-3d-models-in-the-classroom

**ResearchGate - "A study on the design education method using 3D pen..."**
https://www.researchgate.net/publication/356472581_A_study_on_the_design_education_method_using_3D_pen_in_an_era_of_manufacturing_change

**ERIC (Education Resources Information Center) - "The Effects of Activities Designed with Three-Dimensional Printing Technology on Science Education"** https://files.eric.ed.gov/fulltext/EJ1365576.pdf

**Thingiverse Education Community**

https://www.thingiverse.com/education

**WeArePrintLab**

https://weareprintlab.com/

myF
We b
"First
maki
secu

Track Your Order
Warranty
Shipping & Tax
Refund Policy

United Kingdom GB
Europe EU
Singapore SG
Japan JP
Malaysia MY
Thailand TH
Vietnam VN
Hong Kong HK
Australia AU
New Zealand NZ
United Arab Emirates AE
Rest of the World

**Get the Latest News – Join the myFirst Family!**

Email

Follow on shop

© 2026, myFirst USA Powered by Shopify