# EXHIBIT 63

Early Spring Deals | Up to 30% OFF for a Limited Time →




myF
We b
"First
maki
secu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color: Blue

- 1 +

**Add to cart**



myF
We b
"First
maki
secu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
secu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:




myF
We b
"First
maki
secu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
secu

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:




myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:



myF
We b
"First
maki
secu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myFirst

myF
We b
"First
maki
secu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seen



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:

Case 2:26-cv-01592-MEMF-PVC Document 37-12 Filed 03/30/26 Page 13 of 70 Page ID #:4253



myF
We b
"First
maki
seei



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:




myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:




myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seei



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
2 reviews
$49.90

Color:



myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
2 reviews
$49.90

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:





**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seen



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

**$49.90**

Color:




myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:




myF
We b
"First
maki
seei

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:




1/26

myF
We b
"First
maki
seem

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:



myF
We b
"First
maki
seei

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:

Case 2:26-cv-01592-MEMF-PVC Document 37-12 Filed 03/30/26 Page 30 of 70 Page ID #:4270



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:




myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seei



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:




myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:



myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seei



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:





**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:




myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seei



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seem



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

**$49.90**

Color:



myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:



myF
We b
"First
maki
seeu



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:





**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:





myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

2 reviews

$49.90

Color:





myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:




myF
We b
"First
maki
seeu

**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:




myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:




myF
We b
"First
maki
seei



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:

# myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Shipping calculated at checkout.

Pay in 2 interest-free installments of **$24.95** with shop Pay Learn more

Color

Blue Purple

Quantity

− 1 +

Add to cart

Buy with shop

More payment options

### 3D Pen for Kids & Teens – myFirst 3dPen Artist

A child-safe, eco-friendly 3D pen with a built-in display, compatible with PLA and ABS filaments. Designed for creative minds aged 8 and above, the myFirst 3dPen Artist is the perfect starter kit for kids, teens, hobbyists, and DIY lovers.

**What's Inside the Box?**

- ✅ 1x Safe and Easy-to-Use 3D Pen with OLED Display
- ✅ 6x Eco-Friendly PLA Filaments
- ✅ 3x User-Friendly 3D Pen Stencils
- ✅ 1x USB Power Cable
- ✅ 1x Illustrated User Manual

Share

**Perfectly Complements**

myF
We b
"First
maki
seeu



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**

★★★★★ 2 reviews

**$49.90**

Color:



**3dPen Artist Filament Refill | PLA Filament 6 Colors**

~~$19.90~~ $14.95

Choose options →

## Customer Reviews

★★★★★ 5.00 out of 5
Based on 2 reviews

| | | |
|---|---|---|
| ★★★★★ | | 2 |
| ★★★★☆ | | 0 |
| ★★★☆☆ | | 0 |
| ★★☆☆☆ | | 0 |
| ★☆☆☆☆ | | 0 |

Write a review

Most Recent

Nye Gerallt

★★★★★ 03/04/2025

**Keeps Them Entertained for Hours**

I'm always looking for activities that keep my kids entertained without screens. This 3D pen is the perfect solution! It's like magic in their hands – they're making everything from bracelets to little animal figurines. Bonus: it's so safe that I don't have to hover around constantly.

Jan-Malte Schley

★★★★★ 10/01/2024

**very good service!**

Thank you for an easy, pleasant transaction. Excellent customer service!



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
**$49.90**

Color:

# myFirst 3dPen Artist

Bring Imagination to Life with 3D Artistry



Durable




FDA Approved



Clog-proof Design




Biodegradable Filament



Unlimited Usage




OLED Display

## Why Choose myFirst 3dPen Artist?



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:



**Unleash Creativity**

Perfect for budding artists and curious minds. It helps them explore creativity, develop spatial thinking, and bring their ideas to life, from art projects to imaginative play.



**STEM Learning**

Learn about science, technology, engineering, and math (STEM) in a fun and engaging way. Kids can explore three-dimension design and engineering by building their own creations, sparking creativity, problem-solving, and spatial thinking.



**Develop Fine Motor Skills**

This 3dPen Artist isn't just fun, it also helps young minds develop essential fine motor skills. With each creation, kids improve hand-eye coordination, strengthen their grip, and refine their dexterity.



**The Creative Tool for All Ages**

From curious kids to aspiring engineers, this 3D pen empowers everyone to bring their ideas to life.

1/2

## What myFirst 3dPen Artist Can Do?

Here are a few ideas to get you started.



**Objects**



**Make Art**



**Design Wearables**



**Fix Household Items**

myF
We b
"First
maki
seeu



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:

# Is myFirst 3dPen Artist Safe?



## Biodegradable Filament

Designed with safety in mind, the myFirst 3dPen Artist uses non-toxic, odorless and biodegradable PLA filament. The PLA filament solidifies in just 10 seconds, letting your creations take shape quickly and easily.

We're including 6 free colors to get you started (red, white, yellow, blue, black, green).

Buy More Filament



## Important Safety Information

**Age Recommendation:** For safety reasons, the myFirst 3dPen Artist is recommended for users 12 years and older.

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:




### Seamless Use, Smarter Safety

When not in use, the myFirst 3dPen Artist shifts to Idle Mode, lowering its temperature to a safer 130°C (266°F), while keeping the pen ready for continued use.



### Certificates

Complies with RoHS, CE, FCC, FDA Standards

**Unbox myFirst 3dPen Artist!**



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
**$49.90**

Color:

myF
We b
"First
maki
seei




myF
We b
"First
maki
seei

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
2 reviews
$49.90

Color:




myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:

# Easy To Use




### Getting Started

**Step 1:** Plug in the 3dPen Artist and set the temperature to the desired level.
**Step 2:** Insert the filament into the loading hole.
**Step 3:** Press and hold, or double-click the loading button to heat up the pen to the set temperature.
**Step 4:** Begin by drawing a straight line on a flat surface, adjusting the filament flow speed to your comfort.




### Unload the Filament

**Step 1:** Release the loading button or double-click it to stop.
**Step 2:** Press and hold or double-click the unloading button to start removing the filament.
**Step 3:** Once the 3dPen has finished unloading, remove the filament.

### Tips and Tricks

1. **Speed Control:** Adjust the pen's speed to match your drawing style. Slower speeds are better for detailed work, while faster speeds are great for filling in larger areas.
2. **Layering:** Build your design layer by layer. Start with a base layer and add details on top.

### Advanced Techniques

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90
Color:

1. **Creating Shapes:** Practice making basic shapes like circles and squares. Combine these shapes to make more complex designs.
2. **Freehand Drawing:** With practice, you'll be able to draw directly into the air to create 3D sculptures.

**Troubleshooting**

myF

We b
"First
maki
seeu



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible

★★★★★ 2 reviews

$49.90

Color:

## Pick The Right 3D Pen for Your Kids



3dPen Artist



3dPen Make

| | 3dPen Artist | 3dPen Make |
|---|---|---|
| Age Range | 12 years old & above | 5 years old & above |
| Temperature Range | 130-230°C | 90-100 °C |
| Filament Type | PLA | PCL |
| Feeding Speed | Adjustable | 2 levels adjustable |
| Molding Technique | Three-Dimensional Molding | Two-Dimensional Molding |
| Nozle Diameter | 0.7mm | 0.9mm |
| Power Supply | Power Cable | Built-in rechargeable battery |
| Output | DC 5V, 2A | DC 5V, 1A/2A |
| Weight | 46g | 46g |
| Dimension | 175x17x20 mm | 142x29x26 mm |



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
$49.90

Color:

myF
We b
"First
maki
seeu




## What's In The Box

- myFirst 3dPen Artist
- PLA Filaments x6 Colors
- Power Cable
- Design Templates
- Thermoplastic Sheet
- x2 Stickers
- User Manual



PRODUCT SPECIFICATION

## Pen

- Dimensions: 175x17x20 mm
- Weight: 46g
- Display: OLED Mono Color
- Nozzle Diameter: 0.7 mm



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ 2 reviews
**$49.90**

Color:

- Discharge Mode: Hot Melt Extrusion Molding
- Molding Technique: Three-Dimensional Molding
- Power Requirement: DC 5V, 2A
- Output Power: 10W



PRODUCT SPECIFICATION

## Filament

- Diameter: 1.75 mm
- Materials: PLA
- Temperature: PLA 190°C

Buy More Filament

## Frequently Asked Questions

**Is the 3dPen Artist suitable for kids?**

The myFirst 3dPen Artist is suitable for kids aged 12 and above.

**What kind of filament does the 3dPen Artist use?**

The myFirst 3dPen Artist uses PLA filament, a safe and biodegradable plastic commonly used in 3D printing. Compared to other filaments used in 3D printing, PLA melts at a lower temperature. This makes it ideal for 3D pens, as the pen itself doesn't need to get extremely hot.

myF
We b
"First
maki
seeu

myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
2 reviews
$49.90

Color:

Case 2:26-cv-01592-MEMF-PVC Document 37-12 Filed 03/30/26 Page 68 of 70 Page ID #:4308

Our filaments vary in temperature but get very hot, so we do not recommend touching the plastic within 5 seconds of it coming out of the pen. Please do not touch the pen tip when it is hot, as it can cause burns.

**Can I draw on skin?**

Please don't try to draw on your skin with the 3D Pen Artist; you'll burn yourself! While the filament is completely safe for skin contact once it's cooled, making it ideal for creating wearable items like jewelry, masks, glasses, and earrings, the 3D Pen Artist nozzle can be uncomfortable. Avoid pressing the nozzle directly on your skin. Also, be careful not to get the filament in your hair as it will be difficult to remove.

## Related Products



**3dPen for Kids w/ 9 Filaments and Stencil Book | myFirst 3dPen Make**
★★★★★ (23)
$39.90
Choose options



**myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible**
★★★★★ (2)
$49.90
Choose options



**3dPen Make Filament Refill | PCL 5 Colors**
$14.99
Choose options

Sale



**3dPen Artist Filament Refill | PLA Filament 6 Colors**
~~$19.90~~ $14.95
Choose options

View all

**Categories**

Best Selling
Kids Smart Watches
Kids Audio & Speaker

**About Us**

Become An Affiliate
Media Kit
Blog

myF
We b
"First
maki
seei



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
★★★★★ 2 reviews
**$49.90**
Color:

Digital Photo Frame for Kids
3D Pen for Kids
Drawing Pads
Accessories

Contact Us
Warranty
Track Your Order
Exchange, Return & Refunds
Shipping & Tax
Privacy Policy

**Support**

FAQ
Track Your Order
Warranty
Shipping & Tax
Refund Policy

**Our Stores**

United States US
United Kingdom GB
Europe EU
Singapore SG
Japan JP
Malaysia MY
Thailand TH
Vietnam VN
Hong Kong HK
Australia AU
New Zealand NZ
United Arab Emirates AE
Rest of the World

**Get the Latest News – Join the myFirst Family!**

Email

Follow on shop

myF
We b
"First
maki
sequ



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
2 reviews
$49.90

Color:

© 2026, myFirst USA Powered by Shopify

myF
We b
"First
maki
seeu



myFirst 3dPen Artist – 3D Pen with Display for Kids & Teens | PLA & ABS Compatible
2 reviews
$49.90

Color: