# EXHIBIT 65

WobbleWorks, Inc. is lodging a thumb drive with this exhibit with the Court as it is a video and not conducive to e-filing