# EXHIBIT 67

US006460731B2

(12) **United States Patent**
**Estelle et al.**

(10) **Patent No.: US 6,460,731 B2**
(45) **Date of Patent: Oct. 8, 2002**

(54) **ELECTRICALLY OPERATED VISCOUS FLUID DISPENSING METHOD**

(75) Inventors: **Peter W. Estelle**, Norcross; **Scott R. Miller**, Roswell; **Laurence B. Saidman**, Duluth, all of GA (US)

(73) Assignee: **Nordson Corporation**, Westlake, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/087,086**

(22) Filed: **Feb. 28, 2002**

(65) **Prior Publication Data**

US 2002/0100775 A1 Aug. 1, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/533,347, filed on Mar. 23, 2000.

(51) **Int. Cl.**[7] .................................................. **B67D 5/62**

(52) **U.S. Cl.** ........................ **222/1**; 222/146.5; 340/595; 340/664

(58) **Field of Search** ...................... 222/1, 146.1, 146.5; 340/585, 595, 664; 239/135, 132, 585.4; 392/473, 474; 165/253, 254, 259, 269, 287; 335/220, 229, 246; 361/161, 164, 178

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,601,110 A * 8/1971 Kamazuka ............. 123/179.15
3,735,805 A * 5/1973 Stillhard ..................... 165/206
3,811,601 A * 5/1974 Reighard et al. ........ 222/146.5
4,007,425 A * 2/1977 Salisbury .................... 307/651
4,066,188 A * 1/1978 Scholl et al. ............... 165/155
4,437,488 A 3/1984 Taggart et al.
4,602,872 A 7/1986 Emery et al.
4,848,725 A 7/1989 Tibbals, Jr.
5,405,050 A 4/1995 Walsh
5,407,101 A * 4/1995 Hubbard ..................... 219/421
5,535,919 A 7/1996 Ganzer et al.
5,645,352 A 7/1997 Menten
5,875,922 A 3/1999 Chastine et al.
5,915,626 A * 6/1999 Awarzamani et al. ....... 137/341
6,098,644 A 8/2000 Ichinose
6,173,915 B1 1/2001 Cohen et al.
6,318,599 B2 * 11/2001 Estelle et al. ............ 222/146.5
6,380,861 B2 * 4/2002 Estelle et al. ............... 340/588

* cited by examiner

*Primary Examiner*—Lesley D. Morris
*Assistant Examiner*—Patrick Buechner
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, L.L.P.

(57) **ABSTRACT**

An electrically operated fluid dispenser for dispensing a pattern of viscous fluid onto a substrate during a run mode. The dispenser is turned off and does not dispense the viscous fluid during a standby mode of operation. The dispenser includes a dispenser body having an outlet and an armature disposed in the dispenser body for movement between an opened position allowing a fluid flow from the outlet and a closed position preventing the fluid flow from the outlet. A coil is mounted adjacent the armature and selectively generates an electromagnetic field for moving the armature between the opened and closed positions. A controller includes different apparatus and methods for using the coil as a heater as well as providing other heat transfer devices on the dispensing valve to maintain a constant temperature either, during only the run mode or, during both, the run and the standby modes.

**18 Claims, 7 Drawing Sheets**





SOURCE OF PRESSURIZED FLUID


FIG. 1



LEARN
OPERATE GUN AT MAXIMUM RATE
STORE MAX FREQ. OF GUN
MEASURE CURRENT
COMPUTE COIL POWER
SET POWER SET POINT = COIL POWER
P >MAX ?
Y
N
ACTIVATE WARNING INDICATOR
END


FIG. 5




FIG. 2A




FIG. 2B




FIG. 2C




FIG. 2D




FIG. 3




FIG. 4




FIG. 6




FIG. 7A




FIG. 7B


120
GUN CONTROLLER
POWER SUPPLY
122
70
172
A
B
COIL CURRENT MODULATOR
154
POWER SWITCHES
124
71
173
A
152
HF POWER SUPPLY
174
B
172
150
170
151
CURRENT SENSOR
129
128
171
140
R/S
SYSTEM CONTROL
L
Tr
THERMAL CONTROLLER
127
SWITCHING SOLENOID
130
134
126
WARNING AND FAULT INDICATORS
132
131

FIG. 8


120
GUN CONTROLLER
POWER SUPPLY
122
12
176
60
COIL CURRENT MODULATOR
124
140
130
165
154
71
152
R/S
SYSTEM CONTROL
Tr
WAVEFORM GENERATOR
POWER SWITCHES
RTD
177
131
178
128
150
CURRENT SENSOR
175
126
TEMPsp
PELTIER HEAT/COOL CONTROL
179
181

FIG. 9


192
217
203
193
216
212
213
198
196
194
214
199c
199a
197
199d
215
199b
211
210
195
195

FIG. 10


124
204
R/S
SWITCH CONTROLLER
140
152
150
151
129
1
2
3
4
5
6
7
8
PS1
PS2
PS3
PS4
PS5
PS6
PS7
PS8
202
110
112
+VDC
POWER SUPPLY
122
COM

FIG. 12


RED
YEL
GRN
+Vs
-Vs
IC
POWER SUPPLY
$I_{COIL}$
180
181
182
183
184
185
186
187
188
189
190
191

FIG. 11


120
GUN CONTROLLER
122
POWER SUPPLY
124
152
154
COIL CURRENT MODULATOR
POWER SWITCHES
150
139
RTD
70
123
128
CURRENT SENSOR
151
129
140
R/S
L
Tr
SYSTEM CONTROL
THERMAL CONTROLLER
143
130
134
131
126
WARNING AND FAULT INDICATORS
132

FIG. 13

## ELECTRICALLY OPERATED VISCOUS FLUID DISPENSING METHOD

This application is a Division of U.S. Ser. No. 09/533,347, entitled "Electrically Operated Viscous Fluid Dispensing Apparatus and Method", filed Mar. 23, 2000, and is hereby expressly incorporated herein by reference in its entirety.

### FIELD OF THE INVENTION

The present invention generally relates to an apparatus for dispensing viscous fluids and more specifically, to an electrically operated apparatus for dispensing viscous liquids, such as hot melt adhesives.

### BACKGROUND OF THE INVENTION

Pneumatic and electric viscous fluid dispensers have been developed for dispensing applications requiring precise placement of a viscous fluid. Pneumatic dispensers have a significant advantage in that the pneumatic solenoid operating the dispensing valve can be made very strong, so that the dispensing valve operation is essentially independent of the viscosity of the fluid being dispensed. However, pneumatic dispensers have disadvantages in that they generally have a shorter life than electric fluid dispensers, and the operation of the pneumatic solenoid is subject to less precise control than the electric solenoid in an electric fluid dispenser. Therefore, in some applications, electrically operated viscous fluid dispensers are preferred over pneumatic viscous fluid dispensers.

Generally, electrically operated dispensers include an electromagnetic coil surrounding an armature that is energized to produce an electromagnetic field with respect to a magnetic pole. The electromagnetic field is selectively controlled to open and close a dispensing valve by moving a valve stem connected to the armature. More specifically, the forces of magnetic attraction between the armature and the magnetic pole move the armature and valve toward the pole, thereby opening the dispensing valve. At the end of a dispensing cycle, the electromagnet is de-energized, and a return spring returns the armature and valve stem to their original positions, thereby closing the dispensing valve.

In the operation of an electric viscous fluid dispensing gun, the coupling between the coil and the armature is not efficient; and therefore, in order to achieve the highest actuation speed, a current pulse or spike is typically provided to the coil during an initial turn-on period in order to initiate the motion of the armature as quickly as possible. However, maintaining such a level of current to the coil quickly and substantially increases coil temperature. Further, maintaining such a high level of current increases the time required for the energy stored in the coil's inductance to dissipate, thereby increasing the turn-off time and the time required to close the fluid dispenser. Therefore, after the initial current spike, the current through the coil is normally reduced to approximately the minimum value required to hold the armature in its open position by overcoming the opposing force of the return spring. Such a stepped current waveform is useful in reducing the current induced heat load in the coil, thereby allowing the coil to operate at a lower temperature than if the stepped waveform were not used. However, as is described below, the operation of the coil and armature during the fluid dispensing process creates other heat related issues that impact the quality of the fluid dispensing process.

The continued development and use of viscous fluid electric dispensers has resulted in more demanding performance specifications as well as a greater understanding of how heat in the dispenser can potentially effect performance. For example, the electric coil of an electric dispensing valve normally is not capable of providing the same forces as a pneumatic solenoid and therefore, is more subject to changes in resistance to valve stem motion that may be caused by changes in viscosity of the fluid being dispensed. Thus, as the viscosity of the fluid being dispensed changes, the load on the electromagnetic coil changes, and the time required to open and close the dispensing valve will likewise change. Such changes in timing of the dispensing valve opening and closing will change the location of the adhesive being dispensed on the substrate.



In addition to the above, newer applications have more demanding performance specifications and require ever-increasing gun speeds, that is, a shortening of the time required to open and close the dispensing valve. The operational speed of the dispensing valve can be increased by increasing the electrical power applied to the electric coil operating the valve. The electrical power is normally increased by increasing the current being supplied to the coil which also adds heat to the coil, thereby causing the temperature of the coil to rise. A hotter or higher coil temperature impacts the consistency of the viscous fluid dispensing in several ways. First, heat from the coil is conducted through the armature and the valve stem which is adjacent the valve seat and is surrounded by the viscous fluid. As the temperature of the armature fluctuates, for example, goes up, the viscosity of the fluid to be dispensed likewise fluctuates and, in this example, decreases, thereby changing the flow of the viscous fluid from the dispenser.

Second, the speed at which the armature can be moved between the open and closed positions is a function of the rate of change of current in the coil, which, in turn, is controlled by the electrical time constant of the coil. The electrical time constant is a function of the coil resistance which, in turn, is a function of temperature. The coil utilized in the viscous fluid dispenser discussed herein can experience an approximately 50% variation in resistance over its normal range of operating temperature. Such a change in resistance substantially affects the electrical time constant of the coil, thereby similarly affecting the speed at which the coil can open and close the valve.

The thermal time constant of the coil is a function of the coil mass and its thermal connections to surrounding materials such as the gun body and ambient temperature. The thermal time constant of the coil and its surrounding thermal system affects the time required for the thermal system to reach a steady state condition. When the dispensing system is running at a constant speed, and a steady state condition is achieved, the thermal time constant normally does not present a source of variation in the operation of the dispensing coil. However, the steady state condition can change for several reasons, for example, if the production line speed is either increased or decreased or, the dispensing gun is not operating and in the standby mode. Either of those conditions causes the coil temperature to change, and the thermal time constant presents a source of variations in the operation of the viscous fluid dispenser.

Of further concern is the maximum temperature rating of the coil wire insulation. Under normal operating conditions, the temperature rating of the wire insulation exceeds the wire temperature. However, in a worse case situation, if the temperature of the wire exceeds the temperature rating of the wire insulation, the integrity of the coil wire insulation may be compromised, thereby causing coil windings to short-circuit together. Any coil windings that short-circuit together

will change the resistance of the coil and potentially adversely effect the consistency of the fluid dispensing operation of the dispenser.

Thus, by using a stepped current waveform, known electric fluid dispensers attempt to reduce the temperature of the coil. Further, it is known to utilize a heater in a manifold to which the fluid dispenser is mounted to control the temperature of the fluid circulating through the manifold and the fluid dispenser, thereby indirectly controlling the temperature of the dispenser itself. However, as will be appreciated, there have been no attempts to control the temperature of the fluid dispenser directly with a self contained device in order to maintain the electric fluid dispenser at a constant temperature.

## SUMMARY OF INVENTION

The present invention provides an improved electric dispenser for viscous fluids that manages the thermal condition of the dispenser directly to provide a substantially improved, more consistent dispensing of viscous fluids. The electric dispenser of the present invention provides more consistent actuation of the dispensing valve independent of changes in the speed of operation of the dispenser. The electric fluid dispenser of the present invention reduces the range of temperature fluctuations resulting from changes in speed of the production line and changes in the frequency of operation of the fluid dispenser. Further, the electric fluid dispenser of the present invention maintains a generally constant coil temperature independent of the rate of gun operation. Providing a fluid dispenser that has a self-contained temperature control that reduces the range of temperature variations helps to maintain the viscosity of the fluid within the dispenser constant. By better controlling the temperature within the electric viscous fluid dispenser, a more consistent, faster and reliable operating cycle is achieved. Thus, the electric dispenser of the present invention provides the advantage of dispensing a viscous fluid more accurately, precisely and with a higher quality than was heretofore possible.

In accordance with the principles of the present invention and the described embodiments, the invention in one embodiment provides an electrically operated fluid dispenser for dispensing a viscous fluid onto a substrate during a run mode. The dispenser includes a body having an outlet and an armature disposed in the dispenser body for movement between an opened position allowing a fluid flow from the outlet and a closed position preventing the fluid flow from the outlet. A coil is mounted adjacent the armature and selectively generates an electromagnetic field for moving the. armature between the opened and closed positions. A controller is connected to the coil and provides output signals to energize a coil positioned with respect to an armature within the fluid dispenser with a drive current to actuate the fluid dispenser and to simultaneously maintain the coil at an approximately constant temperature during the run mode.

In one aspect of the one embodiment, the controller includes power switches providing a drive current signal to the coil and a thermal controller providing a current waveform signal to the power switches. The current waveform signal operates the power switches to maintain the coil at a constant temperature in response to a temperature control loop.

In another aspect of the one embodiment, a heat transfer device is mounted in a heat transfer relationship with the dispenser body; and the controller is connected to the heat transfer device to cause the heat transfer device to selectively transfer heat between the heat transfer device and the dispenser body during the run and standby modes, thereby maintaining the dispenser body at a constant temperature during the run and standby modes.

In a second embodiment of the invention, the dispenser is turned off and does not dispense the viscous fluid during a standby mode of operation; and the controller provides further output signals to energize the coil with a current to maintain the coil at an approximately constant temperature during the standby mode.

In another embodiment of the invention, the coil has first and second windings disposed adjacent the armature, the controller selectively provides output signals to the first and second windings of the coil to cause current flow in the coil windings during the run and standby modes. The controller further includes a switching apparatus selectively placing the first and second windings in an additive relationship during the run mode to move the armature between the opened and closed positions and in an opposing relationship during the standby mode to maintain the armature immobile in the closed position.

In one aspect of this other embodiment, the controller includes power switches providing a drive current signal to the coil; and a thermal controller provides a current waveform signal to the power switches. The current waveform signal operates the power switches to maintain the coil at a constant temperature. The thermal controller generates the current waveform signal in response to changes in either power, current or temperature variables with respect to a respective desired value of those variables.

In another aspect of this other embodiment, the controller includes a high frequency power supply and a switching device connected between the power switches, the coil and the high frequency power supply. The switching device connects the coil to the power switches during the run mode and connects the coil to the high frequency power supply during the standby mode.

In a further aspect of this other embodiment, the controller includes power switches for connecting the coil windings in parallel across a power supply to permit the duty cycle of the current flow in each of the coil windings to be individually controlled, thereby uncoupling and independently controlling the power heating of the coil from the actuation power provided by the coil windings.

In a still further embodiment of the invention, a method is provided for operating an electric viscous fluid dispenser to maintain a coil positioned with respect to an armature within the dispensing gun at an approximately constant temperature during the run mode by heating the coil. In an additional embodiment, the above method includes maintaining the coil at an approximately constant temperature while the viscous fluid is not being distributed during a standby mode by heating the coil during the standby mode. In different aspects of this invention, the coil is heated during the run and standby modes by current flowing through the coil or by a separate heating and cooling heat transfer device. In a further aspect of the invention, the heating of the coil is controlled by an RMS value of the current in the coil.

The above embodiments of a fluid dispenser temperature controller have the advantages of reducing the range of temperature variations within the fluid dispenser and normally, maintaining the temperature of the fluid dispenser approximately constant. Thus, the fluid dispenser temperature controller does not rely on the user being able to control

the best current waveform parameters, but instead, is adaptive and self-adjusting to maintain a constant coil temperature. The active temperature control protects the coil from overheating in the event that the user adjusts the current waveform such that an excessive temperature would otherwise be produced. With a constant coil temperature, the viscosity of the fluid within the dispensing gun is held more consistent, thereby improving the consistency of the dispensing process. Further, by maintaining the constant temperature over the full range of operating frequency of the dispensing gun, the coil temperature controller provides a further advantage of providing a higher quality and more consistent viscous fluid dispensing operation. In addition, such a temperature control permits the dispensing gun to be consistently operated at a rate that is very close to, if not at, the theoretical maximum temperature limit of the gun without overheating.

In a further embodiment of the invention, an electrically operated fluid dispenser has a body with a heater and a fluid passage intersecting first and second sides of the body and a dispensing outlet in fluid communication with the fluid passage. The dispenser includes a feed member having a fluid passage intersecting ends of the feed plate. One end of the feed member is mounted to the first side of the body with one end of the fluid passage in the feed member fluidly connecting with one end of the fluid passage in the body. The dispenser also has a cap mounted to the second side of the body to terminate the fluid passage on the second side of the body.

In one aspect of this further embodiment, the dispenser includes a second dispenser with a body having a heater, a fluid passage intersecting first and second sides of the second body and a dispensing outlet in fluid communication with the fluid passage. The first side of the second body is mounted to the second side of the first body with one end of the fluid passage in the second dispenser body fluidly connecting with an opposite end of the fluid passage in the first dispenser body.

In other aspects of this further embodiment, the dispenser includes a spacer plate disposed between the first and second bodies, and the heater is comprised of either a coil mounted with respect to an armature within the body or, a heating and cooling heat transfer device.

This further embodiment of the invention with the use of the coil heater has the advantage of maintaining the viscous fluid within the passage at the desired temperature without requiring a separate fluid distribution manifold plate to which the dispensing gun is normally mounted. A dispensing gun of this construction has the further advantage of being substantially more compact than the traditional manifold plate design. Further, the construction of the dispensing gun is substantially less expensive; and its simpler construction provides substantially greater flexibility in mounting the dispensing gun with associated equipment.

In yet another embodiment of the invention, a temperature monitor for monitoring a temperature of an electrically operated fluid dispenser has a coil mounted adjacent an armature within the dispenser, the coil selectively generates an electromagnetic field to move the armature between opened and closed positions. The temperature monitor includes current measuring apparatus for measuring a current in the coil and a comparator for comparing a measured current value to a desired current value. An indicator provides an indication representing a relationship between the measured current value and the desired current value.

In different aspects of this embodiment, the temperature monitor measures the RMS value of the current in the coil and has different indicators for providing different indications representing different values of the measured current relative to a desired current value.

The thermal monitor has the advantage of providing the user with a real time indication of whether the user's adjustments to the current waveform provide a coil temperature that is less than, close to or in excess of the maximum coil temperature. In addition, the thermal monitor has the further advantage of helping the user select the temperature limits which are appropriate for the dispensing gun being used and the dispensing application being effected.

Various additional advantages, objects and features of the invention will become more readily apparent to those of ordinary skill in the art upon consideration of the following detailed description of the presently preferred embodiments taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is an axial cross-sectional view of an electrically operated fluid dispenser constructed according to the invention; and

FIGS. **2**A–**2**D are schematic diagrams of current waveform signals used to provide a drive current signal to the coil of the dispensing valve of FIG. **1**.

FIG. **3** is a schematic block diagram of a gun controller that includes a thermal controller for controlling the temperature of the dispensing valve coil in accordance with the principles of the present invention.

FIG. **4** is a schematic block diagram of one embodiment of the thermal controller of FIG. **3**.

FIG. **5** is a flow chart illustrating process steps associated with the learn mode of the gun controller.

FIG. **6** is a schematic block diagram of another embodiment of the thermal controller of FIG. **3** utilizing a current setpoint.

FIGS. **7**A and **7**B are schematic block diagrams of further alternative embodiments of the thermal controller of FIG. **3** that utilize a temperature control loop.

FIG. **8** is a schematic block diagram illustrating a second embodiment of a gun controller for controlling the temperature of the dispensing valve coil in accordance with the principles of the present invention.

FIG. **9** is a schematic block diagram of a further embodiment of a gun controller for controlling the temperature of the dispensing valve in accordance with the principles of the present invention.

FIG. **10** is a partially disassembled view of a dispensing gun utilizing the coil heating capabilities of the present invention.

FIG. **11** is a schematic diagram of an embodiment utilizing an integrated circuit chip to detect temperature variations in the dispensing valve coil.

FIG. **12** is a schematic diagram of an alternative embodiment for interconnecting coil windings of a bifilar coil.

FIG. **13** is a schematic block diagram of an alternative embodiment of a gun controller with a thermal controller for controlling the temperature of the dispensing valve coil in accordance with the principles of the present invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Referring first to FIG. **1**, an electrically operated viscous fluid dispenser or dispensing gun **10** comprises one or more

dispensing modules or valves **33** mounted on a fluid distribution manifold plate **45** in a known manner. The dispensing valve **33** includes a dispenser body **12** and a fluid dispensing nozzle body **14**. The dispenser **10** is adapted for dispensing high viscosity fluids, such as a hot melt adhesive, but other dispensed fluids can benefit from the invention as well. Such other fluids include soldering fluxes, thermal greases, heat transfer compounds and solder pastes. Furthermore, the dispenser **10** is mounted in a dispensing machine or system (not shown) in a known manner to dispense fluids in discrete amounts, preferably as droplets or dots, but alternatively in continuous beads. As shown in FIG. **1**, the dispenser body **12** used in conjunction with the fluid dispensing nozzle body **14** is particularly constructed to dispense droplets **18** of the viscous fluid onto a substrate **19**. Relative motion between the substrate **19** and dispenser **10** is provided in a known manner.

A valve stem **26** is mounted in an interior portion **20** of the dispenser body **12**, and the valve stem includes a shaft **28** through the interior portion **20**. A ball **30** is mounted to a lower end **28***a* of the shaft **28** which is shown in FIG. **1** in sealing engagement with a valve seat **32** positioned in the nozzle body **14**. Thus, the valve stem **26** and ball reciprocate between opened and closed positions with respect to the valve seat **32**, thereby operating as a dispensing valve **33**. With the ball **30** sealingly engaging valve seat **32**, high viscosity fluid, such as an epoxy, cannot flow through an outlet **34** in the valve seat **32**. The nozzle body **14** also has a nozzle tip **36** with an orifice **38** aligned with the outlet **34** and flush mounted to the valve seat **32** by a threaded retaining nut **40**. The nozzle tip **36** can be readily exchanged with a different nozzle tip to produce droplets of a different size and, in some cases, a different shape.

A fluid inlet passageway **46** intersects the interior portion **20** and is connected to a fluid passage **49** in the manifold **45** which in turn is fluidly connected to a source **47** of hot melt adhesive which normally is pressurized. Arrows **50** indicate the flow path of the fluid entering through the fluid inlet passageway **46** and through the interior portion **20**.

An armature **60** is disposed within the interior portion **20** and is coaxially aligned with and, preferably, formed integrally with shaft **28**. An electromagnetic coil **70** is disposed about the armature **60**. Although any suitable electromagnetic coil could be used, it is contemplated that the electromagnetic coil **70** will be generally toroidal in shape. The coil **70** is contained in a housing **72** and connected to a power source (not shown). When supplied with electrical current, the coil **70** generates an electromagnetic field which actuates the valve stem **26** to an open position as will be described below.

A bore **80** extends into the armature **60** to house a return spring **82**. The return spring **82** biases the valve stem **26** and, more specifically, the ball **30**, to sealingly engage the valve seat **32** in a closed position. The return spring **82** is normally a compression spring which is placed under compression within the bore **80** through engagement with an electromagnetic pole **84**. To achieve an opened position, the electromagnetic coil **70** must generate a sufficient electromagnetic field between the armature **60** and the pole **84** so as to attract the armature **60** and the pole **84** together. Since the pole **84** cannot move, the armature **60** will move against the force of the spring **82** until it hits the pole **84**. The stroke length is the distance between the armature **60** and the pole **84** as shown in FIG. **1**. An adjustment nut **86** provides a means to initially set the stroke length. More specifically, brazing **88** connects the pole **84** to a tubular member **90**. The tubular member **90** has a lower threaded portion **92** received within an internally threaded lower housing portion **94**. A tool, such as a screwdriver, may be used to turn the pole **84** and, therefore, the tubular member **90**, as an O-ring **96** slides against an interior surface of the lower housing portion **94**. This adjustment varies the distance between the lower end of the pole **84** and the upper end of the armature **60** or, in other words, varies the stroke length of the valve stem **26**. A lower donut **98** is disposed about the tubular member **90** and rests against an upper side of the lower housing portion **94** while an upper donut **100** is held against the coil housing **72** by the nut **86** and a lock washer **102**. Such a dispenser **10** is further described in commonly-assigned, U.S. Pat. No. 5,875,922, entitled APPARATUS FOR DISPENSING AN ADHESIVE, issued on Mar. 2, 1999, which is hereby incorporated by reference herein in its entirety.

As previously discussed, electric guns are preferred because of the precision with which they may be controlled during a manufacturing operation. However, electric guns have a disadvantage in that temperature variations within the gun directly effect the guns' performance. Further, known electric fluid dispensers apply a stepped current waveform to the coil that has an initial spike and then steps down to a magnitude sufficient to hold the valve stem **26** in its open position by overcoming the opposing force of the return spring **82**. A series of such current waveform signals is schematically illustrated in FIG. **2**A. To turn the gun on, thereby opening the dispensing valve **33**, an initial current magnitude $I_{pk}$ is applied for a duration or period of time $T_{pk}$ in response to a trigger pulse. Thereafter, the current is reduced to a lesser hold level $I_n$ for the remaining period of the on-time $T_{on}$. The zero current value is then maintained for an off-time $T_{off}$ during the remaining time of the current waveform period $T_p$. As will be appreciated, the waveform illustrated in FIGS. **2**A–**2**D is for purposes of discussion and the real waveform consists of exponential functions that transition the current between levels. The real time on-time wave shape can look radically different from the idealized waveform of FIGS. **2**A–**2**D, depending on many factors such as $I_{pk}$, $I_h$, $T_{pk}$, $T_{on}$, $T_p$, $L_{coil}$, $R_{coil}$, etc. The $T_{on}$ and $T_p$ are related to the adhesive pattern required for a particular product. The inductance and resistance of the coil are a function of the gun itself, and the $I_{pk}$ is normally bounded by the limits of magnetic saturation of the dispensing gun **10**.

The current waveform period $T_p$ is inversely related to frequency. Thus, as the frequency of the trigger pulses increases, the period $T_p$ of the current waveform decreases. Thus, over time, coil heating is a function of the frequency of operation of the dispensing gun **10**, the peak current magnitude $I_{pk}$, the duration of the peak current $T_{pk}$, the magnitude of the hold current $I_h$ and the current waveform on-time $T_{on}$. Initial values of magnitudes of the peak and hold currents are based on the coil specifications, however, the peak current magnitude $I_{pk}$, the magnitude of the hold current $I_h$ and the duration of the peak current $T_{pk}$ are all adjustable by the user. The user often adjusts the current waveform and the dispensing line rate in order to tune the dispensing operation to its peak performance. However, the user has no real time feedback as to the effects of such adjustments on the coil temperature which, as discussed earlier, can have adverse effects on the quality of the dispensing process. Thus, such system tuning is also influenced by other constantly changing conditions which make such adjustments not repeatable and somewhat of an art form.

The present invention actively controls the current waveform parameters over substantially the full range of operation of the dispensing gun **10**, so that the coil temperature is

maintained at a constant value less than a maximum coil temperature. If coil temperature is maintained constant for different triggering frequencies, the adverse effects of changes in coil temperature are eliminated, thereby providing a more consistent and precise viscous fluid dispensing operation.

One embodiment for regulating coil temperature is illustrated in FIG. **3** in which the coil **70** is a bifilar coil, that is, a coil having two independent coil windings **110, 112**. The coil windings are connected by a switching device **114** which can be implemented using switching relay or semiconductor switches such as MOSFET, IBGT, BJT, etc. In FIG. **3**, the switching device **114** is illustrated as a switching relay comprised of switching contacts **116** and a switching solenoid **118**. During a run mode during which fluid is being dispensed, the switching device **114** connects the coil windings **110**, **112** via the contacts A such that the first coil winding **110** is in series with the second coil winding **112**, and the current therethrough flows in a common direction with respect to the coil polarity of the coil windings **110**, **112**. In a standby mode, the dispensing gun **10** is inactive; and therefore, in response to a standby signal, the switching device **114** switches the coil winding **112** to contacts B, thereby connecting the coil windings **110, 112** in opposition. Thus, during the standby mode, current flows through coil winding **110** in one direction with respect to its coil polarity, however, current flows in the opposite direction in winding **112** with respect to its coil polarity. The flux fields created by windings **110** and **112** oppose and cancel each other. With a net flux of zero, the current flow through the coil **70** is unable to overcome the force of the return spring **82**. Consequently, during the standby mode, the armature is maintained immobile in the presence of current flow through the coil **70**, and the dispensing valve **33** remains in its closed position. Consequently, a substantially constant current flows through the coil **70** at all times independent of the dispensing operation of the dispensing valve **33**, thereby maintaining a substantially constant temperature within the coil **70**.

Referring to FIG. **3**, the coil **70** is connected to a gun controller **120** including a power supply **122**, a coil current modulator **124**, a thermal controller **126** and a current sensor **128**. The current sensor **128** can implement one of many current measuring methods including using a simple resistor, a Hall effect device, a current transformer, etc. The gun controller **120** is further connected to a machine or system control **130** and provides output signals to warning and fault indicators **132** which may be included within the gun controller **120** or a part of other devices, for example, the system control **130**. The system control **130** includes all of the other known dispensing system or machine controls necessary for the operation of the dispensing system. The system control **130** also includes input devices such as a keypad, pushbuttons, etc. and output devices such as a display, indicator lights, etc. that provide communication links with a user in a known manner. The thermal controller **126** can be implemented using analog or digital circuit components; however, the thermal controller is normally implemented with a programmable microcomputer control that operates in response to stored program instructions as well as signal inputs to the controller **126**.

In this embodiment of the invention, in order for the temperature of the coil **70** to remain constant, the power being supplied to the coil should also be constant. The power to the coil can theoretically be no more than the power being supplied to the coil with the production line running at its maximum rate. In order to determine that power value, the gun controller **120** executes a learn mode of operation which is typically initiated by the user actuating a switch on the system control **130** that provides a learn signal on an output **130** to the gun controller **120**. A schematic functional block diagram of one embodiment of a portion of the thermal controller **126** is illustrated in FIG. **4**. The thermal controller **126** includes a power control **137** that is implemented with a programmable microprocessor control having programmed instructions to implement the devices shown within the control **137**. The learn mode process executed by the thermal controller of FIG. **4** is illustrated by the flow chart illustrated in FIG. **5**. The first step, at **502**, of the learn mode process is to operate the dispensing gun **10** at its maximum rate. Normally, the system control **130** is used to run the production line at its maximum rate which, in turn, causes the dispensing gun **10** to also operate at its maximum rate.

The dispensing gun **10** is operated in response to a trigger pulse supplied on output **131** from the system control **130**. With each trigger pulse, a waveform signal, as illustrated in FIG. **2**A, is provided by a waveform generator **148**. The waveform signal, for example, a current waveform, determines the waveform of an output signal, for example, a drive current, that is provided by the coil current modulator **124**. The values of $I_{pk}$ and $T_{pk}$ are generally chosen as a function of the viscosity of the fluid being dispensed. Further, the value of the hold current $I_h$ is set to a nominal value equal to the minimum current required to hold the valve in the open position, that is, the minimum value of current to overcome the biasing force of the compressed spring **82** (FIG. **1**). That current waveform passes through the D/A converter **149** and from the thermal controller **126** on an output **151**. The current waveform then drives power switches **154** in the coil current modulator **124** to provide the desired current or power from the power supply **122** to the coil **70**. Thus, the dispensing valve **33** is operated at the maximum frequency that would be expected in the current application. Alternatively, it may be possible to use the system control **130** to operate the dispensing valve **33** independently of the production line. Next, at **503**, the rate at which trigger pulses are being generated at the maximum frequency is stored in the system control **130**. As will be appreciated, this process step is optional depending on how current is applied to the coil in the standby mode of operation.

When operating in the learn mode, the maximum current or power being consumed by the dispensing gun **10** must be identified to establish a power target or setpoint for the control of the gun during the run or dispensing mode of the dispensing gun **10**. Thus, the next step **504** in the learn mode is to measure the current flow through the coil **70** while the gun is operating at its maximum rate. In one aspect of the invention, the current is measured by a current sensor **128**, and a measured current value on an output **129** is provided to the controller **126** by means of an A/D converter **136** of FIG. **4**. The digital current value from the A/D converter **136** is then sampled, averaged and stored. The RMS value of the current or the voltage at the coil is a measure of the heating power in the coil. Therefore, normally, the RMS value of the current is computed, which provides a value that is very representative of the temperature of the coil. As is appreciated, computing the RMS value of the current consumes significant resources within the control **137**. Therefore, alternatively, the current sensor **128** output can be input to an integrated circuit chip that senses the current and provides a DC voltage output having a magnitude value proportional to the RMS value of the sensed current. Such

an integrated circuit chip is illustrated as chip **180** in FIG. **11**, and an output **188** from the chip **180** is then an input to the A/D converter **136**.

The learn mode at **506** then requires a computation of the coil power at the maximum gun operating rate. The coil power is determined within the controller **126** by a current-to-power converter **138**. As will be appreciated, any known relationship between current, voltage, coil resistance and power may be used to compute the power, however, the power is normally computed utilizing the formula $P=I^2_{coil}\times R_{coil}$. Thus, the resistance of the coil is required for the power computation. The resistance of the coil can be determined in one of several ways. First, a previously determined and stored coil resistance value can be read from a store (not shown) within the processor **126** and used in the current-to-power conversion. However, as discussed earlier, the resistance of the coil is a function of the coil temperature. Therefore, alternatively, a table correlating coil temperature to coil resistance values may be stored in the controller **126**, and a temperature sensor **139**, shown in phantom in FIG. **3**, mounted in a heat transfer relationship with the coil **70** can be used to detect the temperature of the coil. In this aspect of the invention, the temperature sensor **139** is read by the controller **126** and a comparable coil resistance read from the table.

Alternatively, the resistance of the coil can be calculated in real time based on temperature measurements from the sensor **139** in accordance with the equation $R_h=R_c(1+\alpha(T_h-T_c))$, where $R_h$ and $R_c$ are the respective hot and cold resistances of the coil; $T_h$ and $T_c$ are the respective hot and cold temperatures of the coil; and $\alpha$ is the coefficient of thermal resistance of copper, that is, 0.00218/° F. A preproduction cold resistance of the coil $R_c$ is determined at $T_c$ by applying minimal power to the coil and calculating $R_c$ as the ratio of an applied voltage to a measured current. The $T_c$, $R_c$ and alpha values are stored, and at selected times during the run mode, the temperature of the coil $T_h$ is measured with the sensor **139**, and the above formula is used with the stored values to calculate the resistance of the coil $R_h$.

In a further alternative, the resistance of the coil can be measured in real time by other methods. For example, referring to FIG. 2B, during the off-time $T_{off}$ of the current waveform, the control circuit provides a sample current pulse to the coil **70**; and the coil current and voltage are measured in a known manner. The resistance value of the coil can then be computed from the samples of voltage and current in accordance with Ohm's Law. FIG. 2C illustrates another method in which during the off-time $T_{off}$ of the current waveform, a small, non-zero, substantially constant magnitude current waveform is applied to the coil **70**. In a similar manner, the coil current and voltage are measured and used to compute the resistance of the coil **70**. The magnitude of the small, nonzero current of FIGS. **2**B and **2**C is less than the magnitude of the hold current, so that the even though the coil is electrically turned-on, the spring force maintains the coil **70** mechanically turned-off.

Coil resistance can be measured using a still further alternative illustrated in FIG. **2**D in which a sine wave is applied to the coil **70** during the off-time $T_{off}$ of the current waveform. The sine wave has a peak-to-peak value that is less than the magnitude of the hold current, so that the coil **70** is electrically on but mechanically off. Further, the sine wave normally has a frequency of approximately 67 Hertz, but as will be appreciated, other frequencies may be used. The coil **70** is a combination of an inductance and a resistance. With a pure inductance the voltage waveform leads the current waveform by 90°. However, the resistance component of the coil **70** will proportionally reduce the amount by which the voltage waveform leads the current waveform. That lead time can be determined by detecting a zero crossing of the voltage waveform on output **123** of the power switches **154** (FIG. **3**) that is applied to the coil **70**. That zero crossing is used to start a timer or counter (not shown) in the thermal controller **126**; and thereafter, the next zero crossing of the current waveform as detected on the output **129** of the current sensor **128** is used to stop the counter. That measured time shift can be used in conjunction with a table correlating time shift to coil resistance values to determine a current resistance of the coil **70**. The table of time shift versus coil resistance values is created experimentally. In a preproduction test using the coil **70**, the resistance and temperature of the coil **70** can be measured with instrumentation in response to operating the coil at different power levels and hence at different temperatures. The time shift can be measured and recorded in the manner described above, and a table of time shift versus coil resistance and temperature created and stored.

After the coil power at the maximum dispensing rate is computed, the learning process, at **508** of FIG. **5**, then causes the control **137** to set the power setpoint or target equal to the computed coil power value. Thus, the maximum dispensing rate is going to produce a desired maximum temperature of the coil **70**, and the power or target setpoint is correlated to and representative of that maximum temperature. Consequently, maintaining the power in the coil equal to the power setpoint will result in the coil **70** being maintained at a constant temperature equal to the desired maximum temperature. The learning process further, at **510**, determines whether the power setpoint is greater than a predetermined and stored maximum value; and if so, at **512**, a warning indicator **132** is activated.

After the power setpoint has been determined in the learn mode, the gun controller **120** is ready to begin operation in one of two operational modes, that is, a run mode or a standby mode. One of those modes is normally selected by a signal on output line **140** from system control **130** in response to a user input or selection. In the run mode, the thermal controller **126** causes the switching device **114** to connect the coil winding **112** to contacts A, thereby connecting the contact windings **110**, **112** in series. In this connection, the flux generated by the current flowing through the coil windings **110**, **112** is in the same direction and effective to operate the armature **60** of the dispensing valve **33**. When in the standby mode, the switching device **114** switches the connections of the coil winding **112** to the B contacts, thereby placing the coil windings **110**, **112** in opposition. The flux generated by current flow through the coil windings **110**, **112** is in opposition and in a canceling relationship. Thus, with little or no net flux, the current through the coil windings **110**, **112** is incapable of moving the armature of the viscous fluid dispenser **10**.

Assuming the dispenser **10** is operating in the run mode, a measured current signal from the current sensor **128** is provided to the A/D converter **136** of the thermal controller **126**. In a manner as previously described, the value of the current is used with the coil resistance to determine a power value in the current-to-power converter **138**. That power value is then compared or algebraically summed in a comparator or summing junction **141** with the power setpoint determined during the learn mode. The difference between the currently measured power value from the converter **138** and the power setpoint is provided as an error signal on output **142** from the comparator **141**. If the measured power is greater than the power setpoint, a warning indicator **132**

may be activated indicating to the user that the selected current waveform parameters are producing a coil temperature in excess of the selected maximum coil temperature. Thus, the user can then modify the current waveform parameters until the warning indicator is deactivated, thereby assuring the user that the current waveform is producing a coil temperature less than the maximum temperature.

The error signal on output **142** is input to a feedback controller **144** which is normally implemented using a proportional-integral-derivative ("PID") in a known manner. However, as will be appreciated, other control schemes may be used. An output signal from the feedback controller **144** is provided to a power-to-current converter **146**. The power value is converted to a current value utilizing known relationships as described with respect to the operation of the current-to-power converter **138**. In other words, given a power value from the feedback controller **144** and a coil resistance value, a current value is readily determined.

That current value is then supplied to a waveform generator **148** which, in turn, is initiated by a trigger pulse on output **131** of the system control **130**. The trigger pulse defines the point in time at which the current waveform is to be supplied to the coil **70**, thereby opening the dispensing valve **33**. The trigger pulses are normally produced within the system control **130** by a known pattern controller or programmable limit switch (not shown). The pattern controller stores a matrix of values that represent the operation of various dispensing guns to provide the desired dispensing operation. The generation of a trigger pulse to initiate the operation of a dispensing gun **10** is determined by a relative position of a detectable feature or portion of the substrate **19** with respect to the dispensing gun **10**. That relative position can be determined and tracked by utilizing the pattern controller or programmable limit switch in a known manner. Thus, in response to each trigger pulse, the waveform generator **148** provides an output to control the operation of a D/A converter **149** in such a manner as to provide the stepped waveform illustrated in FIG. **2**.

In producing the stepped waveforms of FIGS. **2A–2D**, the waveform generator **148** normally chooses values of $I_{pk}$ and $T_{pk}$ as a function of the viscosity of the fluid being dispensed. In some applications, it may be appropriate to assume that the viscosity of the fluid remains constant; and therefore, the values of $I_{pk}$ and $T_{pk}$ may be chosen and remain fixed throughout the dispensing cycle. In other control systems, it is known to provide signals representing changes in viscosity. A table of $I_{pk}$ and $T_{pk}$ values associated with different viscosity values may be established and the appropriate $I_{pk}$ and $T_{pk}$ values chosen as a function of a currently determined viscosity value. The dispensing on-time $T_{on}$ varies as a function of the operating speed of the dispensing system within which the dispensing gun **10** operates. Further, the value of the hold current $I_h$ is nominally set to a value equal to the minimum current required to hold the valve in the open position, that is, the minimum value of current to overcome the biasing force of the compressed spring **82** (FIG. **1**).

If the dispensing system is operating at its maximum rate, the current being detected by the current sensor **128** results in a power value that is substantially equal to the power setpoint; and hence, there is a zero difference signal on the output **142** from the summing junction **141**. Therefore, in that situation, theoretically no modification of the current waveform driving the coil **70** is required. However, as will be appreciated, the dispensing system may often be operated at a rate that is less than the maximum operating rate. In those situations, the current measured by the current sensor **128** will result in a power value from the converter **138** that is less than the power setpoint. If the coil is operated at that lesser current value, the temperature of the coil will drop from the temperature it had achieved during operation at maximum rate. That lesser temperature changes the resistance of the coil **70** and further results in a decrease in the temperature of the coil. The disadvantages of such temperature variations have previously been discussed. Therefore, in accordance with the principles of the present invention, if the RMS current value provided to the summing junction **141** decreases, it is desirable to subsequently increase the RMS current value being supplied to the coil **70** so that the power being consumed by the coil **70** remains substantially constant and equal to the power setpoint. Thus, the current waveform functions to provide a drive current to the coil **70** (FIG. **1**) that first, moves the valve stem **26** to open the dispensing valve **33** and dispense the viscous fluid and second, simultaneously varies current in the coil **70** to maintain a substantially constant temperature.

The analog current value on the output **151** of the D/A converter **149** is provided to a coil current modulator **124** (FIG. **3**). The modulator **124** includes a comparator or summing junction **150** having inputs responsive to the output **151** of the D/A converter **149** and the output **129** of the current sensor **128**. The summing junction **150** provides an output **152** that is an error signal representing the difference between those two current values. That error signal is used to provide a pulse width modulation of the power switches **154** in a known manner. The power switches **154** operate to provide a desired drive current signal to the coil **70** but with a current waveform having a general shape corresponding to the shape determined by the waveform generator **148**. The coil switches are normally semiconductor switches such as, for example, MOSFET switches or bipolar transistors which can be configured in known H-bridge or other switching circuit.

If the dispensing system is operating at less than its maximum rate, heat may be added to the coil **70** in one of several different ways. First, the waveform generator **148** increases the value of the hold current $I_h$ in response to an output from the feedback controller **144**. As the hold current increases, the current sensor **128** will detect an increase in the current value which, in turn, will increase the value from the power converter **138**. That process is iterated until the power value from the power converter **138** is equal to the power setpoint and the error signal on the output **142** of the summing junction **141** has an approximately zero value. Alternatively, the waveform generator **148** can increase the time width $T_{pk}$ of the peak current $I_{pk}$. As a third alternative, the waveform generator **148** can also increase the magnitude of the peak current $I_{pk}$ in response to an error signal on the output **142** of the summing junction **141**. The extent to which the peak current can be varied is a function of the current required to saturate the magnetic circuit. As will be appreciated, the waveform generator **148** can modify one or more of the above variables in a desired pattern to control the current being supplied to the coil **70**.

Thus, in accordance with the above, the gun controller **120** is effective to maintain the power and hence, the temperature, of the coil **70** substantially constant, independent of the operating frequency of the dispensing gun **10** during the run mode. Thus, the current waveform functions to provide an appropriate drive current to the coil **70** (FIG. **1**) that first, moves the valve stem **26** to open the dispensing valve **33** and dispense the viscous fluid and second, simultaneously varies current in the coil **70** to maintain a sub-

stantially constant temperature. Therefore, the gun controller **120** of FIG. **3** not only provides the proper current waveform to actuate the fluid dispensing gun, but it introduces heat into the coil in a controlled manner to reduce the range of temperature variations that would otherwise be experienced by the fluid dispenser.

At a subsequent time, the user will switch the system from the run mode into the standby mode. The state of the signal on output **140** of the system control changes, which causes the thermal controller to change the state of operation of the switching solenoid **118**, thereby switching the contacts **116** to the B contacts and placing the coils in opposition. Simultaneously, the coil current modulator switches the power switches **154** on at a predetermined magnitude for the duration of the standby mode, thereby supplying continuous current flow the coil windings **110**, **112**. The predetermined magnitude of the current is normally determined by the average value of current supplied to the coil during the run mode. Therefore, during the standby mode, current is supplied to the coil **70** in a manner as previously described with respect to the run mode. The opposing relationship of the coil windings **110**, **112** prevents the armature from being moved, and the dispensing valve remains closed. However, the power being supplied to the coil remains equal to the power setpoint, and the temperature of the coil in the standby mode remains substantially constant. As will be appreciated, instead of applying a constant current magnitude during the standby mode, alternatively, the pattern controller within the system control **130** provides output of trigger pulses at a frequency that is equal to the maximum frequency of the trigger pules that was stored during the learn mode, thereby supplying continuous current flow the coil windings **110**, **112**.

An alternative embodiment of the microprocessor control **137** is illustrated in FIG. **6**. As will be appreciated, the power control **137** of FIG. **4** requires two current/power conversions in the converters **138**, **146**. Those current/power conversions must be performed in real time and utilize valuable processor time. The devices within the current control **160** of FIG. **6** utilize only current, thereby eliminating the requirement for the converters **138**, **146**. In a manner similar to that previously discussed, during the learning mode, the current control **160** is implemented with a microprocessor controller and stores a current setpoint value $I_{sp}$ measured by the current sensor **128** when the dispensing system is operating at its maximum rate. Thus, the maximum dispensing rate is going to produce a desired maximum temperature of the coil **70**, and maintaining the current in the coil equal to the current setpoint will result in the coil **70** being maintained at a constant temperature equal to the desired maximum temperature. Thereafter, during the run and standby modes, the A/D converter **136** provides a digital signal to the comparator or summing junction **141** which algebraically adds or compares the measured current value during the run and standby modes with the current setpoint. If the measured current value is greater than the current setpoint, a warning indicator or other diagnostic can be activated. The difference between those current values is provided as an error signal on the output **142** of the summing junction **141**. A feedback controller **162** utilizes a control loop such as a PID control to provide a signal to the waveform generator **164**. The waveform generator **164** operates in a manner as previously described to modify the hold current, spike duration or peak current either individually or in combination to provide a drive signal to the D/A converter **149**. The D/A converter **149** provides a signal on the output **151** to the current modulator **124** such that the current provided to the coil **70** is maintained at the setpoint value. Thus, the temperature of the coil **70** is maintained constant, and the coil temperature does not contribute to changes in viscosity of the fluid being dispensed.

A still further embodiment of the thermal controller **126** is illustrated in FIG. **7**A which uses a temperature control loop as opposed to a current control loop. A temperature setpoint $T_{sp}$ is generally a function of the coil insulation system and may, for example, be 425° F. The temperature setpoint can selected by the user using input devices associated with the system control **130**. Alternatively, the temperature setpoint can be automatically established in the learn mode by reading the value of the temperature sensor **139** when the dispensing system is operating at its maximum rate. The temperature sensor **139** can be implemented with any known temperature sensing device, for example, a resistance temperature device, a thermocouple, a thermistor, a solid state sensor, etc.

Thereafter, during the run and standby modes, a measured temperature signal is provided as an input to the summing junction **141**. The summing junction **141** algebraically adds or compares the measured temperature value during the run and standby modes with the temperature setpoint. If the measured temperature value is greater than the current setpoint, a warning indicator or other diagnostic can be activated. The difference between those temperature values is provided as an error signal on the output **142** of the summing junction **141**. The feedback controller **162** and waveform generator **164** operate in a manner as previously described to modify the hold current, spike duration or peak current either individually or in combination to provide a drive control signal to the D/A converter **149**. The D/A converter **149** provides a comparable analog signal on output **151** to the current modulator **124** such that the current provided to the coil **70** is regulated to maintain the temperature of the coil **70** at the temperature setpoint value. Thus, the constant coil temperature maintains a constant viscosity of the fluid being dispensed.

Another embodiment of the thermal controller **126** having a temperature control loop is illustrated in FIG. **7**B. An A/D converter **133** has an input connected to an output **123** of the power switches **154**; and an A/D converter **135** has an input connected to an output **129** of the current sensor **128**. A temperature calculator **145** is responsive to the voltage and current signals from the respective A/D converters **133**, **135** to provide on its output **161** a signal representing a current, measured temperature of the coil **70**. This embodiment can be used to determine the temperature setpoint $T_{sp}$ using either of the alternative off-time current waveforms illustrated in FIGS. **2**B–**2**C. In a learn mode, with the dispensing system operating at its maximum rate, after the temperature calculator **145** samples the voltage and current signals from the A/D converters **133**, **135**, the resistance of the coil can be computed in accordance with Ohm's Law. The maximum temperature or temperature setpoint is then read from a table correlating coil resistance to coil temperature that had been previously determined by,experimentation as previously described.

The maximum temperature or temperature setpoint can alternatively be determined using the off-time waveform as previously described using the sinusoidal waveform of FIG. **2**D. It should be noted that the initiation of the sinusoidal waveform of FIG. **2**D is delayed for a short period of time after the end of the on-time. That delay provides time for any currents induced by the collapsing electromagnetic field to dissipate. During the application of the sinusoidal waveform, the temperature calculator **145** detects a zero

crossing of the voltage waveform on output **123** of the power switches **154** (FIG. **1**) that is applied to the coil **70**. That zero crossing is used to start a timer or counter (not shown) in the temperature calculator **145**; and thereafter, the temperature calculator **145** detects the next zero crossing of the current waveform as detected on the output **129** of the current sensor **128**. That zero crossing of the current waveform is used to stop the counter; and therefore, the value measured by the counter in the temperature calculator **145** represents a measured time shift between the voltage and current signals that are applied to the coil **70**. The temperature calculator **145** uses that measured time shift in conjunction with a table correlating time shift. to temperature that was created as previously described, and the temperature calculator **145** provides on its output **161** a signal representing the current temperature of the coil **70**.

When the dispenser is operating in the run mode, the embodiment of FIG. **7**B can utilize any of the current waveforms illustrated in FIGS. **2**B–**2**D to continuously provide a measured temperature signal on the output **161** of the temperature calculator **145**. That measured temperature signal is provided to the comparator **141** to produce an error signal therefrom and modify the current waveform as described with respect to FIG. **7**A to maintain the temperature of the coil **70** at the desired temperature setpoint value.

Referring to FIG. **8**, an alternative embodiment of the invention for maintaining a constant coil temperature is illustrated. In this embodiment, a standard coil **71** is utilized and is connected to the current sensor **128**. A switching device **170**, for example, a switching relay, has a switching solenoid **171** connected to switching contacts **172**. As previously described with respect to FIG. **3**, the thermal controller **126** provides a run/standby signal on an output **127** as it is received from the system control **130**. The run/standby signal is provided to the switching solenoid **171** over the output **127** of the thermal controller **126**. In the run mode, the switching solenoid **171** moves the switching contacts **172** to the illustrated A position, thereby connecting the coil **71** to the power switches **154**. In the run mode, the gun controller **120** operates in a manner substantially identical to that described with respect to FIGS. **3**–**6**. A drive current signal is provided to the coil **71** that is derived from a current, power or temperature setpoint, whichever is used.

When the thermal controller **126** detects that the operating mode has been switched to the standby mode, the state of the signal on the output **127** is changed, thereby causing the switching solenoid **171** to switch the contacts **172** to the B contacts. In this position, the coil **71** is connected to a high frequency power supply **173**. The output frequency of the high frequency power supply **173** is chosen to have a frequency value higher than the response time of the coil, that is, sufficiently high that the coil **71** is incapable of moving the armature **60**. If the high frequency signal swings equally above and below an average value, the gun acts like a low pass filter. If the average value is zero, the gun will not be actuated. Further, the frequency chosen should not permit the coil **71** to dither the armature **60** and dispensing valve **33** to such an extent that the dithering action generates heat at the end of the dispensing gun **10** or permits minute quantities of fluid to pass through the dispensing valve **33**. Therefore, such a frequency may be in a range of about 10 KHz or less to 1 MHz or more; but normally, the frequency is around 100 KHz.

In a manner similar to that previously described with respect to power switches **154**, the high frequency power supply **173** is responsive to the output **152** of summing junction **150** in order to vary the magnitude of the high frequency signal applied on the output **174** of the power supply **173**. The net result is that the average or RMS current as detected by the current sensor **128** and thermal controller **126** is maintained equal to the respective current, power or temperature setpoint during the standby mode of operation, thereby maintaining the temperature of the coil **71** constant and hence, a more constant viscosity within the dispensing gun **10**.

Referring to FIG. **9**, a further embodiment of the apparatus for controlling the temperature of the coil **71** is illustrated. The coil **71** is mounted adjacent an armature **60** within a dispensing body **12**. One or more Peltier elements **176** are mounted on the exterior of the dispensing body **12**. A heat sink **177** is mounted over the Peltier element **176**. A Peltier element is a two-terminal bidirectional device capable of heating or cooling by reversing the direction of current flow through the Peltier element. Peltier elements are commercially available from Melcor of Trenton, N.J.

In one mode of operation, the gun controller **120** receives a run/standby signal from the system control **130** and a waveform generator **165** creates a waveform similar to that described with respect to FIG. **2**A. The variables associated with the waveform are determined in a traditional manner in that the peak current magnitude $I_{pk}$ and peak current duration $T_{pk}$ are determined as a function of the viscosity of the fluid being dispensed. Further, the hold current $I_h$ is determined to be the minimum current required to hold the dispensing valve **33** open. That waveform is provided to the coil current modulator **124** and a drive current signal is provided to the coil **71** in accordance with the output from the waveform generator **165** and the feedback from the current sensor **128** in a manner similar to that previously described. In this embodiment, a temperature setpoint $T_{sp}$ is provided to a summing junction **179**. The temperature setpoint may either be permanently stored within the gun controller **120** or provided in any of the ways previously described with respect to FIG. **7**B including utilizing the current waveforms of FIGS. **2**B–**2**D. The summing junction **179** compares the temperature setpoint with a temperature feedback signal and provides a signal representing the difference between the inputs to a Peltier heat/cool control **181**. The temperature feedback signal is provided in any one of several ways. For example, the temperature feedback signal may be a temperature sensing device **175**, shown in phantom, that is mounted in a heat transfer relationship with the coil **71**. The temperature sensing device **175** can be any of several known devices, for example, a temperature resistance device, thermal couple or other known temperature sensing device. Further, as will be appreciated, instead of using a separate temperature sensing device **175**, the Peltier element **176** can be used to sense the temperature. The heating/cooling cycles of the Peltier element **176** can be interrupted for short periods of time during which the Peltier element **176** provides an output voltage proportional to temperature. Alternatively, the temperature feedback signal may be provided by using any of the current waveforms of FIGS. **2**B–**2**D as previously described. The Peltier control is a known heating control and may be implemented using proportional, proportional integral or PID control to operate the Peltier element **176**.

The temperature setpoint represents an expected temperature of the coil **71** when the system is operating at a maximum rate. The Peltier heat/cool control **181** is operative to cause the Peltier element **176** to selectively heat or cool the dispenser body **12** in response to the temperature sensing device **175** detecting a temperature that is respectively less than or greater than the temperature setpoint. Thus, for

example, if the system is operating at maximum rate in an environment that does not permit proper cooling of the dispenser body **12**, the dispenser body may reach a temperature in excess of the desired temperature setpoint. In that situation, the Peltier heat/cool control **181** causes the Peltier element **176** to cool the dispenser body **12** to the temperature setpoint. Alternatively, if the gun controller is switched from the run mode to the standby mode in which no current is being supplied to the coil **71**, the dispenser body cools to a temperature less than the temperature setpoint. That cooler temperature, as detected by the temperature sensor **175**, causes the Peltier heat/cool control **181** to operate the Peltier element **176** to heat the dispenser body back to the temperature setpoint.

The use of the Peltier element **176** has the further advantage of permitting the coil to be operated in a power range, that is, at a rate, that exceeds its specified rate. For example, if the coil **71** is specified to operate at a rate that is equivalent to nine watts of power being applied to the coil and the Peltier element is capable of cooling three watts of power from the coil, the coil current modulator **124** may be used to drive the coil at a rate that is equivalent to twelve watts of power, thereby substantially increasing the frequency of operation of the dispensing valve **33**. Even though the coil is being supplied with twelve watts of power, the Peltier element is able to remove three watts of heat, thereby maintaining the net power heat of the coil **71** at nine watts and within its specifications.

While the Peltier heat/cool control **181** is illustrated in FIG. **9** as being part of a closed temperature control loop utilizing the temperature sensor **175**, as will be appreciated, the temperature sensor **175** may be eliminated and the Peltier heat/cool control operated in an open loop mode responsive only to the temperature setpoint. The temperature control of FIG. **9** has further versatility in that, as will be appreciated, the temperature setpoint may be fixed, user selectable to accommodate different sizes of coils, a constant value over time or even a value that varies as a function of some other parameter.

The above embodiments of a coil temperature control for maintaining the constant coil temperature have many advantages. First, the gun controller does not rely on the user being able to select the best current waveform parameters, but instead, is adaptive and self-adjusting to maintain a constant coil temperature. With a constant coil temperature, the viscosity of the fluid within the dispensing gun is held more consistent, thereby improving the consistency of the dispensing process. Further, by maintaining the constant temperature over the full range of operating frequency of the dispensing gun, the quality of the fluid dispensing operation is further enhanced and more consistent. Further, such a temperature control permits the dispensing gun to be consistently operated at a rate that is very close to, if not at, the theoretical maximum temperature limit of the gun without overheating. The active temperature control protects the coil from overheating in the event that the user adjusts the current waveform such that an excessive temperature would otherwise be produced.

Further, by activating an overheat indicator when the measured feedback current or temperature exceeds the setpoint value, valuable feedback is provided to the user with respect to the adverse effect of the selected current waveform parameters, thereby allowing the user to take appropriate action.

Utilizing the dispensing valve coil to add heat to the module provides an opportunity for a new and different design of a dispensing gun. Referring to FIG. **1**, the dispensing gun includes one or more valve dispensing modules **33** mounted onto a manifold **45**. Normally, the manifold **45** includes a heater and temperature feedback device (not shown) for maintaining the viscous fluid at a desired temperature. In the past, the circulation of the heated fluid through the manifold **45** and dispensing valve **33** proved to be an adequate thermal management strategy. However, as discussed earlier herein, the heat of the coil of the electric gun introduces a new and significant thermal management issue. In accordance with the principles of the present invention, by controlling the heating of the coil, the temperature of the dispensing module or valve is controlled. Thus, for the first time, the thermal management of the dispensing module is self contained within the module and independent of other elements, for example, the manifold plate **45**. This new module capability provides new opportunities for a different construction of the dispensing gun.



Referring to FIG. **10**, a dispensing gun **192** is constructed by serially connecting dispensing valves or modules **193**, **203** without requiring a fluid distribution manifold **45** (FIG. **1**) as is required in known fluid dispenser constructions. The modules **193**, **203** are mounted immediately adjacent each other or are separated by a spacer plate **194** to provide the desired spacing between the nozzles **195** of the modules **193**, **203**. In the design of FIG. **1**, the desired spacing of the modules **33** is achieved by mounting the modules **33** at the desired spacing on the manifold plate **45**.

A second distinction from known fluid dispensers is that the viscous fluid is fed serially through the dispensing modules **193**, **203** from one end of the dispensing gun **192**. In contrast, in FIG. **1**, each dispensing module **33** is fed directly from the manifold plate **45** by a dedicated feed passage **49** within the manifold plate **45**. The dispensing gun **192** of FIG. **10** receives the viscous fluid from a feed member or end plate **196** coupled to one end of the dispensing gun. The feed member **196** has a fluid inlet **197** intersecting one side **210** of the member **196**, and the fluid inlet is fluidly connected to a source of pressurized viscous fluid **47** (FIG. **1**). The fluid inlet **197** is fluidly connected to a first fluid passage portion **199*a*** that intersects an opposite side **211** of the feed member **196**. The opposite end of the dispensing gun **192** is terminated with a cap or end plate **198**, the sole function of which is to terminate the continuous fluid passage **199** extending from the inlet **197**, through the feed member **196**, the dispensing valve **193**, spacer plate **194** and the dispensing valve **203**. A second fluid passage portion **199*b*** within the dispensing module **193** intersects two sides, for example, opposite sides **212**, **213** of the dispensing module **193**. A third fluid passage portion **199*c*** intersects two sides, for example, opposite sides **214**, **215** of the spacer plate **194**, and a fourth fluid passage portion **199*d*** intersects two sides, for example, opposite sides **216**, **217** of the dispensing module **203**. As will be appreciated, the above construction permits the use of only a single dispensing module or any number of dispensing modules as is required by the application. The spacer block **194** can be of any width desired, or the dispensing modules **193**, **203** can be mounted together without an intervening spacer block **194**. In addition, the cap **198** may be implemented by a plate or a plug that is threaded into the passage **199*d*** at the side **217**. Similarly, the feed member **196** can be implemented with a plate, a nipple or other fitting threaded into the passage **199*a*** at the side **210**. Further, the internal fluid passages **199*b*** and **199*d*** can be L-shaped or T-shaped, so that the passages **199*b***, **199*d*** intersect other sides of the modules **193**, **203**, thereby providing more flexibility in designing a dispensing gun for a particular application.

By incorporating heaters in the dispensing modules **193**, **203** either by using the coil as a heater or, by incorporating other heaters as described with respect to FIG. **7**A, the dispensing modules **193**, **203** are capable of providing sufficient heat to maintain the viscous fluid within the passage **199** at the desired temperature without requiring a separate manifold. The construction of the dispensing gun **192** has the further advantage of being substantially more compact than the traditional design of FIG. **1**. Further, by eliminating the manifold **45** as well as its associated heater and heat control apparatus, the construction of the dispensing gun **192** of FIG. **10** is substantially less expensive; and its simpler construction provides substantially greater flexibility in mounting the dispensing gun **192** with associated equipment.

The embodiments described thus far in FIGS. **2**–**9** are directed to providing an automatic control of coil temperature to reduce the adverse effects of varying coil temperature during the fluid dispensing process. As will be appreciated, in any application, providing the user with data or indicators relating to an excessive temperature and a potentially excessive temperature is also valuable. In many dispensing systems, the user has the ability to manually adjust the peak current magnitude $I_{pk}$, the peak current duration $T_{pk}$ and the magnitude of the hold current $I_h$. Further, the dispensing process involves many variables that are application dependent such as the dispensing pattern, the liquid viscosity, the production rate, the substrate material, etc. In an effort to optimize the dispensing process, the user often changes the shape of the current waveform being provided to the coil. Further, the user has no knowledge of when such adjustments come close to or exceed the power specification or maximum temperature limit for the coil. Further, typical users generally do not have instruments, such as an oscilloscope or current probe, that would permit them to monitor the current being supplied to the coil. Thus, a system that provides the user with an indication of whether a chosen current waveform produces an excessive coil temperature would be of significant benefit. Thus, when adjusting the waveform of the current being supplied to the coil, the user would have a real time feedback of whether such adjustments are approaching or exceeding the maximum temperature limit of the coil.

FIG. **11** is one embodiment of such a thermal monitor and diagnostic circuit. A measure of heating power in the coil is best represented by a measurement of the RMS value of the current or voltage applied to the coil. Such RMS values have a direct correspondence to coil heating and provide a reasonable indication of temperature. As previously mentioned, the measurement of an RMS current value and its conversion to a direct current value can be effected either computationally or with a specialized integrated circuit chip. One such integrated circuit chip is Model No. AD736 commercially available from Analog Devices. Other chips such as Model Nos. AD737 and AD637 as well as similar chips from other manufacturers may also be used. Referring to FIG. **11**, such an integrated circuit chip **180** is responsive to coil current on an input **181** and provides an output to red, yellow and green LEDs **182**, **183**, **184**, respectively, that provide a qualitative indication of coil temperature. The coil current on the input **181** is provided to the chip **180** via an input circuit **185** that includes a gain adjust potentiometer **186**. The chip **180** is powered by a power supply circuit **187**, and the chip **180** provides a DC signal on an output **188** that is proportional to the RMS value of the coil current supplied on the input **181**. A comparator circuit **189** compares the magnitude of the DC voltage on the output **188** to reference voltages that are selectable via potentiometers **190**, **191**.



The monitor circuit of FIG. **11** must be set for the temperature characteristics of each different electric fluid dispenser. The temperature characteristics can be determined experimentally by storing a temperature versus power or current relationship for the fluid dispenser. Such a relationship can be determined by applying different magnitudes of current to the dispenser and measuring the resultant temperature. The maximum temperature for the fluid dispenser is normally determined as a function of the manufacturer's specifications for the fluid dispenser. Using the stored current-temperature relationship, a first current value can be determined based on the maximum dispenser temperature. That first current value is applied to the input **181**, and the potentiometer **190** is adjusted until the red indicator light **182** turns on.

Similarly, a lesser temperature close to the maximum temperature, for example, a temperature that is 90% or 95% of the maximum temperature, is selected. Using the stored temperature-current relationship, a corresponding current is determined and applied to the input **181** of the monitor circuit. Potentiometer **191** is then adjusted until a yellow caution LED **183** is illuminated. Thus, the yellow caution LED **183** indicates when the current in the coil is representative of a temperature between the lesser temperature and the maximum temperature. If the coil current on the input **181** is below the threshold of the comparator circuit **189** necessary to illuminate the yellow LED **183**, the green LED **184** is illuminated, thereby apprising the user that the current waveform being selected by the user is less than the lesser temperature and will not produce an excessive coil temperature. While FIG. **11** illustrates one example of a coil temperature monitor, it should be noted that the embodiments of FIGS. **3**–**9** all have the capability of providing a coil temperature monitor feature whether separately identified as indicators **132** or integrated in the machine control **130**. Further, the as shown in FIGS. **2**B–**2**D, current sampling during the off-time of the current waveform can also be used to provide a temperature monitor.

The thermal monitor circuit of FIG. **11** has the advantage of providing the user with a real time indication of whether the user's adjustments to the current waveform provide a coil temperature that is less than, close to or in excess of the maximum coil temperature. Further, the speed of a production line is often increased incrementally as various adjustments are made and the increased speed does not adversely impact quality. As the line speed increases, the average coil current increases; and the monitor circuit of FIG. **11** continuously senses the coil current and warns the user via the LEDs **182**, **183** that the coil current is close to or exceeds a value that produces an excessive temperature. In addition, the thermal monitor uses an RMS value of coil current or voltage and therefore, provides an excellent indicator of temperature. In addition, the thermal monitor allows the user to select the temperature limits which are appropriate for the dispensing gun being used and the dispensing application being effected. As will be appreciated, other gradations of temperature may be provided, for example, by a bar graph; and other forms of sensory perceptible indicators, for example, audio indicators, may also be used.

While the present invention has been illustrated by a description of various preferred embodiments and while these embodiments have been described in considerable detail in order to describe the best mode of practicing the invention, it is not the intention of Applicant to restrict or in any way limit the scope of the appended claims to such detail. Additional advantages and modifications within the spirit and scope of the invention will readily appear to those

skilled in the art. For example, the run/standby signal is described as being user selectable and provided from the system control **130** to the thermal controller **126**. As will be appreciated, the system control **130** can alternatively be used to directly drive the switching solenoid **171** and other components with the run/standby signal instead of the thermal controller **126**. Further, other methods of providing a run/standby signal can be readily derived. As will be appreciated, other signals, such as setpoint values, may originate in, or be stored in, the gun controller **120** or the machine control **130** as is appropriate. Further, the gun controller may also include user input and output devices as is appropriate and is generally a matter of design choice.

In the described embodiments with respect to FIGS. **3**–**9**, the respective power, current and temperature setpoints were set to be representative of the temperature of the coil with the system operating at a maximum dispensing rate. Further, warning indicators are activated in response to the measured power, current or temperature exceeding the respective power, current or temperature setpoint. As will be appreciated, the setpoint used in the control loop in the thermal controller **126** may be any temperature. Further, the thermal controller **126** may compare the measured power, current or temperature to several reference values of power, current or temperature to provide other warning indicators. For example, the measured power, current or temperature values may be compared to a respective power, current or temperature setpoint representing a coil temperature at a chosen operating frequency or rate to control the waveform generator as described. In addition, the measured power, current or temperature values may be compared to a respective power, current or temperature reference value representing a maximum coil temperature, and a warning indicator activated when the maximum coil temperature is exceeded.

The learn signal is described as being a user selected input to the system control **130**, however, as will be appreciated, the learning processes may be implemented using other methods. For example, the gun controller can, while the system is operating, keep track of the highest trigger frequency and corresponding measured power, current or temperature. Subsequently, the corresponding power, current or temperature is defined as the setpoint value. Alternatively, the learn signal can be avoided altogether by running the coil at the maximum power, current or temperature that the gun can tolerate. In other words, the power, current or temperature setpoint is assumed to be the maximum for the equipment rather than being application or installation specific.

The switching device **114** of FIG. **3** provides a fixed switching of the coil winding **112** with respect to the coil winding **110**. Further, the power switches **154** are effective to provide essentially the same drive current to the coil **70** in both the run and the standby modes. Thus, the relationship between the heating power and the actuation force resulting from the current flow through the coil **70** in the run mode is equal to the sum of the currents flowing through the coil windings **110**, **112**. However, the heating power provided by the current flow through the coil **70** in both the run and standby modes is equal to the sum of the square of the currents flowing through the coil windings **110**, **112**. In the switching arrangement illustrated in FIG. **3**, the coil windings **110**, **112** are serially connected by the switching device **114**; and therefore, for any given drive current provided by the power switches **154**, the actuation force and the heating power will have a fixed relationship. If the coil windings **110**, **112** were not serially connected, but were connected in parallel with respect to the power supply **122**, then the current flow through the coil winding **110** could be independently controlled and different from the current flow in the coil winding **112**.

Such a switching arrangement is illustrated in FIG. **12** as an alternative embodiment of the coil current modulator **124**. Power switches PS**1**–PS**4** connect each end of the coil windings **110**, **112** to one side of the power supply $+V_{DC}$. Further, power switches PS**5**–PS**8** connect each end of the coil windings **110**, **112** to the power supply common. Each of the power switches PS**1**–PS**8** has a control input **202** connected to respective outputs **1**–**8** of a switch controller **204**. The switch controller is a logic processor that responds to a run/standby signal from output **140** of the system control **130** (FIG. **1**) to connect the coil windings **110**, **112** in either an additive relationship or in opposition. For example, in the run mode, the switch controller **204** provides outputs to close power switches PS**1**, PS**6**, PS**3** and PS**8**, thereby causing current to flow in the coil windings **110**, **112** in an additive relationship. When the standby mode is active, the switch controller **204** will provide outputs to open power switches PS**3** and PS**8** and close power switches PS**4** and PS**7**, thereby reversing the current flow with respect to the coil winding **112** and placing the coil windings **110**, **112** in opposition.

The switch controller **204** includes the further capability of varying the duty cycle of the operation of the power switches PS**1**–PS**8** by utilizing, for example, a pulse width modulation process. Therefore, for example, if the power switches PS**1** and PS**6** are closed 100% of the time, a current flow of 3 amps passes through coil winding **110**. However, if, utilizing the pulse width modulation capability of the switch controller **204**, the duty cycle of the power switches PS**1** and PS**6** is reduced to 50%, the current flow through the coil winding **110** is reduced to 1.5 amps. Using that capability, the following are several examples of how the heating power provided by the coil windings **110**, **112** can be varied substantially while maintaining a constant actuation force for opening the dispensing valve.

In the first example, assume that during the run mode, the switch controller **204** operates the power switches at a 33% duty cycle. Continuing with the numerical examples of the prior paragraph, a 33% duty cycle results in 1 amp flowing through coil windings **110**, **112** in response to power switches PS**1**, PS**6**, PS**3** and PS**8** being closed. The actuation force is determined by the sum of the current flows through the coil windings **110**, **112** and is therefore, 2 amps. Further, the power heating capability is equal to the sum of the square of the current flowing through the coil windings **110**, **112** and is also 2 amps. The same result is achieved in the standby mode when power switches PS**3** and PS**8** are opened and power switches PS**4** and PS**7** are closed.

In a second example, assume that in the run mode, power switches PS**1** and PS**6** are operated at a 67% duty cycle to provide 2 amps of current flow through coil winding **110**, whereas power switches PS**3** and PS**8** are operated at a zero duty cycle, thereby providing no current flow through coil winding **112**. Once again, the actuation force resulting from the sum of the current flows is 2 amps. However, the heating power, which is a result of the sum of the square of the current flows, is equal to 4 amps. In the standby mode, power switches PS**1**, PS**6**, PS**4** and PS**7** are operated at a 47% duty cycle providing a current flow of approximately 1.4 amps through the coil windings **110**, **112**. Since the coil windings are connected in opposition, the sum of the current flows is zero and the actuation force is likewise zero. However, the sum of the squares of the current flows is approximately 4 amps which is the same as the heating power provided during the run mode.

In a third example, during the run mode, power switches PS**1** and PS**6** are operated at a 100% duty cycle providing a 3 amp current flow through coil winding **110**. In addition, power switches PS**4** and PS**7** are operated at a 33% duty cycle providing a current flow of 1 amp through coil winding **112**. The coil windings **110**, **112** are connected in opposition; and therefore, the 1 amp flow through coil winding **112** subtracts from the 3 amp flow through coil winding **110** to

provide a net sum of a 2 amp actuating force. However, the power heating capability, being the sum of the squares of the currents, is approximately 10 amps. In the standby mode, the power switches **PS1**, **PS6**, **PS4** and **PS7** are operated at a 75% duty cycle to provide opposing current flows in coil windings **110**, **112** of 2.25 amps. The equal opposing current flows sum to a zero current flow and a zero actuation force, however, the sum of the squares of the current flows is approximately 10 amps.

The power switches **PS1**–**PS8** are implemented using commercially available semiconductor switches several types of which have been previously identified herein. The modulation of the operation of the power switches **PS1**–**PS8** to vary their duty cycle occurs at a frequency that is substantially greater, for example, 100 times greater, than the maximum expected frequency of the current waveforms provided on the output **152** of the summing junction **150**. As will be appreciated, other configurations of power switches can be implemented, for example, the power switches **PS2** and **PS5** can be eliminated from the circuit. The power switching circuit of FIG. **12** provides a substantial range of temperature control as well as significant design flexibility and precision in the control of temperature of the gun coil. Further, the ability to manipulate the temperature of the gun coil during the run and standby modes is also substantially more flexible. By uncoupling the heating capability of the coil from the actuation force required to operate the coil, a substantially wider range of heat control is possible.

In the embodiments described with respect to FIGS. **3**–**9** and **12**, temperature control is obtained by maintaining a constant temperature during both the run and standby modes of operation, that is, both, while the dispensing gun is dispensing fluid, and while the dispensing gun is inactive and not dispensing fluid. Maintaining a constant coil temperature during all modes of operation theoretically provides the best results and the least impact on the quality of the dispensing operation, but it comes at a substantial price in terms of additional components and complexity to the dispensing control system. For example, in the described embodiments, such components may include a bifilar coil and associated switching circuits or, alternatively, a high frequency power supply and associated switching circuits, etc.

An alternative embodiment is illustrated in FIG. **13** in which a temperature control is provided by maintaining a constant temperature during only the run mode of operation. The embodiment of FIG. **13** is identical to the embodiment of FIG. **3** except that there is no bifilar coil and coil switching circuits, and thus, the operation of the apparatus of FIG. **13** is identical to the operation of the apparatus of FIG. **3** except with respect to the standby mode of operation. The embodiment of FIG. **13** does not heat the coil **70** during the standby mode of operation. The embodiment can be operated in a learn mode to determine a maximum current or power being consumed by the dispensing gun to establish a power, current or temperature setpoint. In the run mode of operation, a current feedback is provided to the thermal controller **126**, and a waveform generator **148** as previously described provides a stepped current waveform to the coil current modulator **124**. The coil current modulator **124** provides a drive current to the coil **70** to maintain a current or power in the coil substantially equal to the respective current or power setpoint. Thus, the coil **70** is first operative to actuate the dispensing valve **33** (FIG. **1**) to dispense the fluid and is used simultaneously as a heater in the run mode to maintain the temperature of the coil generally constant. As previously described, the values of the peak current $I_{pk}$, hold current $I_h$, time width $T_{pk}$ and other current waveform variables, may be adjusted to change the RMS value of the current being supplied to the coil **70**. As will also be appreciated, all of the different embodiments of the thermal controller **126** illustrated and described with respect to FIGS. **4**, **6**, **7** and **9** including the use of current sampling during the off-time of the current waveform as shown and described with respect to FIGS. **2B**–**2D** are equally applicable to the embodiment of FIG. **13**. Hence, the thermal controller **126** of FIG. **13** can be implemented with a power control loop as described with respect to FIG. **4**, with a current control loop as described with respect to FIG. **6**, or with a temperature control loop as illustrated in FIG. **7**A and **7**B. Alternatively, a Peltier device **181** (FIG. **9**) can be used only in the run mode to maintain the coil at a constant temperature.

Thus, the embodiment of FIG. **13** maintains the coil **70** at a desired temperature during the run mode of operation; and during the run mode, all of the advantages of having a constant temperature dispensing gun are realized by using the embodiment of FIG. **13**. With the embodiment of FIG. **13**, the temperature of the coil **70** and the dispensing gun **10** most probably decreases during the standby mode. And, when the run mode is again activated, the temperature of the coil **70** and the dispensing gun **10** increases until it reaches the desired value. Thus, the embodiment of FIG. **13** allows for some temperature variations and the disadvantages associated therewith. However, the embodiment of FIG. **13** in providing for temperature control during only the run mode provides many of the previously described advantages over known devices.

Further, the embodiments illustrated with respect to FIGS. **3**–**7** and **13** are described as being implemented using digital processors and/or controllers; however, as will be appreciated, one skilled in the art may choose to implement portions or the entirety of those embodiments with analog devices.

Therefore, the invention in its broadest aspects is not limited to the specific detail shown and described. Consequently, departures may be made from the details described herein without departing from the spirit and scope of the claims which follow.

What is claimed is:

**1**. A method of operating an electric viscous fluid dispenser to dispense a viscous fluid onto a substrate during a run mode comprising:

energizing a coil positioned with respect to an armature within the fluid dispenser with a drive current to actuate the fluid dispenser to dispense the viscous fluid onto the substrate in response to said drive current; and

simultaneously varying said drive current to maintain said coil at a substantially constant temperature during the run mode.

**2**. A method of operating an electric viscous fluid dispenser of claim **1** wherein said drive current is comprised of current pulses during an on-time, each current pulse having an initial peak current followed by a hold current and the method further comprises varying one of a magnitude of the hold current of said drive current, a duration of the peak current of said drive current, or a magnitude of the peak current of said drive current.

**3**. A method operating an electric viscous fluid dispenser of claim **1** further comprising varying an RMS value of said drive current to maintain said coil at a substantially constant temperature during the run mode.

**4**. A method operating an electric viscous fluid dispenser of claim **1** further comprising:

producing a feedback signal representing current in said coil;

generating an error signal representing a difference between a setpoint correlated to a desired temperature of said coil and said feedback signal; and

energizing said coil with a drive current having a stepped waveform to cause said error signal to have a zero value, thereby maintaining said coil at a desired temperature.

5. A method operating an electric viscous fluid dispenser of claim 4 further comprising:

energizing said coil with a stepped waveform during on-times of said drive current; and

producing a feedback signal representing current in said coil during the on-times.

6. A method operating an electric viscous fluid dispenser of claim 4 further comprising:

energizing said coil with a stepped waveform during on-times of said drive current and a nonzero waveform during off-times separating the on-times; and

producing a feedback signal representing current in said coil during the off-times.

7. A method operating an electric viscous fluid dispenser of claim 6 wherein said nonzero waveform during the off-times comprises one of a nonzero pulse waveform, a substantially constant magnitude waveform or a substantially sinusoidal waveform.

8. A method operating an electric viscous fluid dispenser of claim 1 further comprising energizing said coil with a second current while the viscous fluid is not being dispensed in a standby mode to maintain said coil at a substantially constant temperature.

9. A method operating an electric viscous fluid dispenser of claim 8 further comprising varying RMS values of said drive and second currents to maintain said coil at a substantially constant temperature during the run and standby modes.

10. A method of operating an electric viscous fluid dispenser having a coil mounted adjacent an armature, the coil having first and second coil windings for generating an electromagnetic field to move the armature between opened and closed positions, the method comprising:

supplying a first current to each of first and second coil windings of the coil in one direction with respect to a coil polarity of the coil windings to move the armature to the opened position and dispense viscous fluid onto a substrate during a run mode; and

supplying a second current to the first coil winding in the one direction with respect to the coil polarity of the first coil winding and to the second coil winding in an opposite direction with respect to the coil polarity of the second coil winding to maintain the armature in the closed position and not dispense the viscous fluid during a standby mode, thereby maintaining the coil at a substantially constant temperature during the run and standby modes.

11. A method of operating an electric viscous fluid dispenser of claim 10 further comprising:

varying the first current to cause the coil to have a desired temperature during the run mode; and

varying the second current to cause the coil to have approximately the desired temperature during the standby mode to maintain the coil at a substantially constant temperature during the run and standby modes.

12. A method of claim 10 further comprising:

connecting the first and second coil windings in a serial circuit with a power supply so that the coil polarities are in an additive relationship during the run mode; and

connecting the first and second coil windings in a serial circuit with the power supply so that the coil polarities are in an opposing relationship during the standby mode to maintain the coil at a substantially constant temperature during the run and standby modes.

13. A method of claim 10 further comprising:

connecting during the run and standby modes the first coil winding in parallel with a power supply so that current flows in one direction with respect to the coil polarity of the first coil winding; and

selectively connecting during the run and standby modes the second coil winding in parallel with the power supply so that current flows in a selected one or opposite direction with respect to the coil polarity of the second coil to maintain the coil at a substantially constant temperature during the run and standby modes.

14. A method of claim 10 further comprising:

establishing during the run and standby modes a current setpoint representing a desired current in the coil;

measuring during the run and standby modes current in the coil; and

generating during the run and standby modes a current waveform signal as a function of a difference between a measured current and the current setpoint to maintain the coil at a substantially constant temperature during the run and standby modes.

15. A method of claim 10 further comprising:

establishing during the run and standby modes a power setpoint representing a desired power in the coil;

measuring during the run and standby modes power in the coil; and

generating during the run and standby modes a current waveform signal as a function of a difference between a measured power and the power setpoint to maintain the coil at a substantially constant temperature during the run and standby modes.

16. A method of claim 10 further comprising:

establishing during the run and standby modes a temperature setpoint representing a desired temperature in the coil;

measuring during the run and standby modes temperature of the coil; and

generating during the run and standby modes a current waveform signal as a function of a difference between a measured temperature and the temperature setpoint to maintain the coil at a substantially constant temperature during the run and standby modes.

17. A method of claim 10 further comprising:

generating during the run and standby modes a current waveform signal as a function of a difference between a measured variable and a desired value for that variable; and

supplying the currents to the first and second coil windings during the run and standby modes in response to a current waveform signal having an initial spike portion followed by a hold portion.

18. A method of claim 17 further comprising changing one of, a magnitude of the initial spike portion of the current waveform signal, a duration of the initial spike portion of the current waveform signal or a magnitude of the hold portion of the current waveform signal, in response the difference between a measured variable and a desired value for that variable.

* * * * *