# EXHIBIT 68

US006101968A

# United States Patent [19]

Fitzgibbons et al.

[11] **Patent Number: 6,101,968**

[45] **Date of Patent: Aug. 15, 2000**

[54] **POWER-ASSIST CAKE DECORATOR**

[75] Inventors: **James F. Fitzgibbons**, Bantam; **Christopher Young**, South Kent, both of Conn.

[73] Assignee: **Innovative Injectors, Inc.**, New Milford, Conn.

[21] Appl. No.: **09/131,154**

[22] Filed: **Aug. 7, 1998**

**Related U.S. Application Data**

[60] Provisional application No. 60/055,216, Aug. 11, 1997.

[51] **Int. Cl.**[7] .......... **A23G 3/20**

[52] **U.S. Cl.** .......... **118/14**; 118/24; 118/300; 222/262; 222/263; 222/324; 222/327; 222/333; 222/383.1; 99/345; 99/532

[58] **Field of Search** .......... 118/14, 24, 300; 239/329, 331, 332, 154; 222/262, 263, 324, 327, 333, 383.1; 99/345, 532; 156/578

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,257,540 | 3/1981 | Wegmann et al. | 222/262 |
| 5,027,984 | 7/1991 | Gakhar et al. | 222/326 |
| 5,337,525 | 8/1994 | Zaccai et al. . | |
| 5,634,531 | 6/1997 | Graf et al. | 184/37 |
| 5,971,229 | 10/1999 | May et al. | 222/390 |

*Primary Examiner*—Laura Edwards
*Attorney, Agent, or Firm*—Dallett Hoopes

[57] **ABSTRACT**

In the housing is a motor and gear train driven by the motor, the train adapted to selectively engage a gear rack secured to the compression element to drive it down to squeeze the collapsible frosting container. When the train has moved into engagement, it closes a switch activating the motor.

**6 Claims, 3 Drawing Sheets**



FIG. 1



10
46
44
44
94
94
24
24
12
2
2
22
92
20
52
42
90
96
96
50
48
58
16
84
74
98
76
88
78
82
MOTOR
54
56
14
38
40
30
104
102
18
100
26
28
32
35
34
36


3
64
62
70
72
60
82
80
84
76
74
72
68
66
56
82
86
14
MOTOR
80
78
50
48
52
3

FIG.2


46
44
94
92
22
20
58
44
52
12
50
84
76
78
78
MOTOR
56
54
16
14
40
18
26
28
32
35
36

FIG.3

## POWER-ASSIST CAKE DECORATOR

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is based on the invention described in the Provisional patent application Ser. No. 60/055,216 filed Aug. 11, 1997.

### FIELD OF THE INVENTION

This invention relates to cake and cookie decorators. More specifically, this invention relates to a cake decorator having a power-assist feature.

### BACKGROUND OF THE INVENTION

This invention is an improvement on the device described in U.S. Pat. No. 5,337,525 issued Aug. 16, 1994, said patent being incorporated hereinto by reference. The invention of the referenced patent is meritorious. It has been noted, however, in working with decorative fluids of more viscous nature, such as heavy sugar/butter decorating concoctions that the squeezing of the hand grip of the device is difficult for people who are weak or arthritic. The present invention is a power-assist feature for such situations.

### SUMMARY OF THE INVENTION

The present invention provides a motor and gear train driven by the motor, the train adapted to selectively mesh with a gear rack secured to the compression element to assist in driving the element down. The invention also includes means for activating the motor which means is disposed in the hand grip and comprises a spring resisted operator naturally engaged by the hand of the user in the process of gripping the hand grip. In the preferred form the means for activating the motor also causes the gear train to mesh with the gear rack.

### BRIEF DESCRIPTION OF THE DRAWINGS

Further objects and features of the invention will be clear to those skilled in the art from a review of the following specification and drawings, all of which present a non-limiting form of the invention. In the drawings:

FIG. **1** is a vertical section through the center line of the decorator;

FIG. **2** is a sectional view taken on the line **2**—**2** of FIG. **1**; and

FIG. **3** is a sectional view taken on the line **3**—**3** of FIG. **2**.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

A decorator device is shown in FIG. **1** and generally designated **10**. It comprises a hollow housing **12** having a transverse dividing wall **14** dividing the housing into an upper chamber **16** and a lower chamber **18**. The upper end of the housing has a transverse opening **20** to define a squeeze bar **22**. On either side of the squeeze bar the housing is formed with apertures **24**.

The lower chamber encloses a container **26** comprising collapsible bellows-type side walls **28** and attached upper wall **30** and lower wall **32**. The lower wall rests on the lower end of the housing **34**. Communicating with the inside of the container **26** is the tubular dispensing injection needle **36** which has been broken away in FIGS. **1** and **3** to save drawing space. The needle passes through an opening **35** in the bottom wall.



A compression element **38** includes a pressure plate **40** disposed below the dividing wall **14** and engaging the upper wall of the container **26**. The compression element also includes an inverted U-shaped element **42**. The legs **44** of the element **42** are secured to the pressure plate **40** and extend through appropriate openings in the transverse wall **14** and through the apertures **24** in the housing. The bight **46** of the element serves as a palm rest and the palm rest and squeezing bar **22** comprise a hand grip.

An upward element **48** extends upward preferably from a central location from a pressure plate **40**. The element **48** extends through an opening in the transverse dividing wall **14**. It is formed with a gear rack **50** along a vertical face. The upward element is slidably received into a guide **52** which may be C-shaped in cross-section (FIG. **2**). The guide is part of the transverse wall **14**.

An electric motor **54** is mounted on the transverse dividing wall **14** and is connected by wires as shown through a microswitch **56** also mounted on the dividing wall **14** to an appropriate battery **58** preferably rechargeable. The motor drives a gear train **60** (FIG. **2**) comprising a stationary section **62** and a translatable section **64**. The stationary section comprises a pinion **66** which engages a spur gear **68** mounted on a shaft **70** journaled in aligned bearings **72** secured to the dividing wall **14**. Between the bearings **72** is a second spur gear **74**.

The translatable section **64** (FIG. **2**) comprises a shaft **76** which journals in a yoke **78** pivotally mounted on pins **80** supported by spaced brackets **82** coming up from the transverse dividing wall **14**. The shaft **76** is provided with a driven spur gear **84** aligned with the spur gear **74** and a driving spur gear **86** which is aligned with the gear rack **50** on the upward element **48**. The yoke **78** is of non-linear shape (FIG. **1**) and is provided on its end opposite the shaft **76** with a pin **88** to which is attached the lower leg of an L-shaped translating bar **90**, the upper horizontal leg **92** of which is disposed in a slot in the housing and partially appears in the opening **20**. Springs **94** oppose the raising of the horizontal leg **92** and are carefully selected to provide the proper resistance to accomplish the objective of the power-assist system.

The legs **44** of the inverted U-shaped element are provided with fixed collars **96** and axial springs **98** are disposed around the legs compressively between the collars **96** and the transverse dividing wall **14**. A door **100** having hinges **102** and latch **104** gives access to the lower chamber for removal of the container **26** along with the injection needle **36** for cleaning and refilling as necessary.

In operation, the filled container **26** and needle **36** are maneuvered into the lower chamber **18** through the door **100** so that the needle **36** extends out through opening **35**. The upper wall **30** of the container engages the plate **40**. The door is closed and latched. The user grips the end grip with the palm rest and the squeeze bar **20**, the user's fingers extending through opening **20** and disposed between the undulations of the lower margin of the grip. For relatively thin fluids, the user can squeeze down on the palm rest causing the pressure plate **40** to lower, extruding fluid substance out the container **26** and through the needle **36** extruding fluid out the end of the needle out to the product to be decorated.

With less fluid substances, the user squeezes down harder causing his fingers to raise the horizontal end **92** of the translation bar **92** to raise against the force of the springs **94**. This causes the translation section **64** to pivot down about pins **80** so that spur gear **84** engages spur gear **74** and the driving gear **86** engages the rack **50**. As the translatable

section reaches this working position, the shaft **76** engages the operator (not shown) of the switch **56** to close the circuit energizing the motor **54** and activating the power-assist which is the subject of the invention. This results in the motor **54** and the gear drain **60** driving down the upward element **48** to apply additional pressure as the pressure plate **40** lowers, squeezing the container **26** and causing the bellows-like collapsible wall **28** to reduce in height.

It should be understood while the invention is described as a decorator, it may be used as described in the U.S. Pat. No. 5,337,525 as an injector of fluids into meats and so on. Rearrangements of the structure are possible, for instance, the gear rack **50** may be put on one of the legs **44** of the inverted U-shaped element. The arrangement shown is preferred.

Variations in the invention are possible. Thus, while the invention has been shown in only few embodiments, it is not so limited but is of a scope defined by the following claim language which may be broadened by an extension of the right to exclude others from making, using or selling the invention as is appropriate under the doctrine of equivalents.

What is claimed is:

**1**. A power-assist cake decorator comprising:

a. a hollow housing having an upper end and a transverse wall dividing the housing into upper and lower chambers and having a transverse opening through the upper end to define a squeeze bar and formed with apertures on either side of the squeeze bar,

b. a container for pastry in the lower chamber having collapsible sidewalls and upper and lower walls and a tubular dispensing injection needle extending through a lower wall of the housing,

c. a compression element having a pressure plate engaging the upper wall of the container, the pressure plate having an inverted U-shaped element defined by parallel legs and a connecting bight, the legs of the element extending through the respective apertures and secured to the plate, the bight of the element serving as a palm rest, the palm rest and squeeze bar comprising a hand grip, the compression element having an upward element formed with a gear rack therein,

d. a power-assist motor and gear train, said gear train driven by the motor, a gear in the gear train adapted to selectively mesh with the gear rack to drive down the compression element to extrude pastry through the needle, and

e. means for facilitating the meshing and activating the motor, said means for facilitating and activating comprising an actuator disposed in the hand grip and adapted to be naturally engaged by the hand of the user in the process of gripping the hand grip to effect dispensing of the cake decorating material from the needle.

**2**. A power-assist cake decorator comprising:

a. a hollow housing having an upper end and within the housing a transverse wall dividing the housing into upper and lower chambers and having a transverse opening through the upper end thereof to define a squeeze bar and formed with apertures on either side of the squeeze bar,

b. a container in the lower chamber having collapsible sidewalls and upper and lower walls and a tubular dispensing injection needle extending through a lower wall of the housing,

c. a compression element having a pressure plate engaging the upper wall of the container, the pressure plate having an inverted U-shaped element comprising parallel legs and a connecting bight, the legs of the element extending through the apertures respectively and secured to the pressure plate, the bight of the element serving as a palm rest, the palm rest and squeeze bar comprising a hand grip, the compression element having an upward element formed with a gear rack therein,

d. a motor and a gear train driven by motor, a gear in the gear train adapted to selectively mesh with the gear rack to drive down the compression element, and

e. means for translating said gear to bring said gear into meshing engagement with the gear rack.

**3**. A power-assist cake decorator as claimed in claim **2**, said means for translating including means to activate the motor.

**4**. A power-assist cake decorator as claimed in claim **2**, said means for translating including a shaft on which said gear is mounted, an arm having one end rotatably supporting the shaft and another end pivotally mounted on the transverse wall, and an actuator movably mounted on the hand grip and adapted to be depressed when the handle is gripped, the actuator being linked to the arm to move the gear into engagement with the gear rack when the operator is depressed.

**5**. A power-assist cake decorator as claimed in claim **4** further including an electric switch engaged by the means for translating when the operator is depressed.

**6**. A power-assist cake decorator as claimed in claim **2**, wherein the transverse wall is formed with a guide, slidably receiving the upward element.

* * * * *