# EXHIBIT 71

Canon New Year, Mega Savings Canon's MegaTank.
Sponsored





Visit the myFirst Store

**myFirst 3D Pen Artist (Blue) 3D Pen Starter Kit with 6 Colours Filaments, Design Template, Arts & Craft for 12 Years Old & Above**

(4.3) | 40 ratings

: Blue

Blue $49.90 | Purple $49.90

**Key item features**

- **Creative Exploration**: This 3D pen starter kit encourages artistic expression and spatial thinking, allowing users to transform ideas into tangible creations for art projects and imaginative play.
- **STEM Learning**: It offers an engaging way to learn about science, technology, engineering, and math by exploring three-dimensional design and engineering through building.
- **Safe Filaments**: The pen utilizes non-toxic, odorless, and biodegradable PLA filament that solidifies in 10 seconds, with 6 included colors (red, white, yellow, blue, black, green).
- **Smart Idle**: The myFirst 3D Pen Artist features an idle mode that lowers its temperature when not in use, keeping it ready for immediate operation.
- **Versatile Applications**: Ideal for teens, hobbyists, and DIY enthusiasts, it enables the creation of personalized gifts, intricate sculptures, and unique wearables like accessories and jewelry.

View all item details

Generated by AI

**Specs**




Sponsored | Disclaimer

**$49.90**

Price when purchased online

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Shipping of this product may be restricted | Free 30-day returns

**Add to cart**

**Walmart Protection Plan by Allstate** What's covered
(Only one option can be selected at a time)

- [ ] 2-Year Plan - $5.00
- [ ] 3-Year Plan - $7.00

**How you'll get this item:**

- [ ] I want delivery savings with Walmart+

Try 30 days of Free Shipping with Walmart+! Choose plan at checkout.

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Apr 2 Free | Not available | Not available |

**San Jose, 95141** Change

Shipping of this product may be **restricted to San Jose, 95141**

Sold by myFirst | Pro Seller ⓘ

Fulfilled by Walmart

(4.2) 101 seller reviews

Report an issue with this seller

Free 30-day returns Details

Add to list

Add to registry

Walmart+ Get free delivery, shipping and more*

*Restrictions apply Try Walmart+ now



$49.90

myFirst 3D Pen Artist (Purple) with OLED Display, PLA & ABS Compatible, 6 Colours Filaments, Arts & Craft for 12 Years Old & Above, Batteries Not Included

40

Shipping, arrives **tomorrow**

Add to cart

Sponsored

## Popular items in this category

Best selling items that customers love



Add

Sponsored

$13.00

fuentai 3D Pen Printing Filament - PLA Refills for 3D Print - 20 Rolls 20 Colors, 328 Ft (16.4 Ft Ea), 1.75mm - Ideal for Art, Crafts, Doodler to Create - Great Birthday and Christmas Gifts for Kids

24

Save with W+

Shipping, arrives **tomorrow**

Best seller



+ 2 options

Options

Sponsored

Now $31.99 ~~$41.99~~

You save $10.00

More options from $12.99

SCRIB3D Filament Refills (20 Colors, 1.75mm PLA)

1053

Save with W+

Shipping, arrives **in 2 days**



Options

$23.85

More options from $23.75

3D Printer Pen, 3D Drawing Pen Unbranded Professional 3D Filament (Blue)

30

Shipping, arrives **in 3+ days**

## Products you may also like

Sponsored



Add

$49.90

myFirst 3D Pen Artist (Purple) with OLED Display, PLA & ABS Compatible, 6 Colours Filaments, Arts & Craft for 12 Years Old & Above, Batteries Not Included

40

Shipping, arrives **tomorrow**



Add

$13.00

fuentai 3D Pen Printing Filament - PLA Refills for 3D Print - 20 Rolls 20 Colors, 328 Ft (16.4 Ft Ea), 1.75mm - Ideal for Art, Crafts, Doodler to Create - Great Birthday and Christmas Gifts for Kids

24

Shipping, arrives **tomorrow**



Add

$22.90

SCPBOWL 10 Pieces Cleaning and Engraving Tools for 3D Printer Pen

3

Shipping, arrives **in 2 days**

## About this item

Product details

Specifications

Warranty

Report incorrect product information

## Similar items you might like

Based on what customers bought




+ Add

$29.96

SCRIB3D 3D Pen Set for Kids with Filament and Activities, Ideal for Boys & Girls Ages 6

9

Save with W+

Shipping, arrives **today**



+ Add

Sponsored

$59.99

3Doodler Start Plus Esntl Pen

169

Save with W+

Shipping, arrives **tomorrow**




+ Add

$59.99

SCRIB3D Advanced 3D Printing Pen with Display

153

Save with W+

Shipping, arrives **tomorrow**

Walmart+

**Save with Walmart+**

Get free delivery, gas savings + so much more.

See more




Sponsored

**Customer ratings & reviews**

**4.3 out of 5**

40 ratings | 13 reviews

**How item rating is calculated**

View all reviews

| | | |
|---|---|---|
| 5 stars | | 78% (31) |
| 4 stars | | 3% (1) |
| 3 stars | | 5% (2) |
| 2 stars | | 0% (0) |
| 1 star | | 15% (6) |

All filters | Star rating | Verified purchases only

**Sort by** | Most relevant

Ease Of Use (3)

**Showing 1-3 of 13 reviews**

**Verified Purchase** Dec 29, 2025

**Great Quality!**

**AbsolutelyGorgeous**

I got this for my grandson for Christmas and he absolutely loves it! Very easy to use, and safe for a 12 year old! Very well made and great quality! The shipping was faster than the original ship date. I would recommend for your child or grandchild's first 3-D pen.

**Color:** Blue | **Sold by:** myFirst | **Delivered by:** Walmart

reply from **myFirst**

Hello AbsolutelyGorgeous! Thanks so much for your review and feedback! Wishing you a great day.Your support keeps us going—we'll keep delivering better products and service.

Incentivized Review

Helpful? (0) (0) | Report

**Verified Purchase** Dec 20, 2025

**Darren** | Walmart Associate

I haven't got the opportunity to use this yet but it was delivered promptly and my daughter is excited for Christmas!

**Color:** Purple | **Sold by:** myFirst | **Delivered by:** Walmart

reply from **myFirst**

Hello Darren! Thanks so much for your review and feedback! Wishing you a great day.Your support keeps us going—we'll keep delivering better products and service.

Incentivized Review

Helpful? (0) (0) | Report

**Verified Purchase** Jan 6, 2026

**Patrick**

Great toy for my niece, nephew, and son that got it for Christmas. Understanding the flow from the tip was difficult at first until we used the slider on the side. The kids have been obsessed with it. I wish it came with more filament.

**Color:** Blue | **Sold by:** myFirst | **Delivered by:** Walmart

reply from **myFirst**

Hello Patrick! We're thrilled to receive your review—have a great day! Our brand is committed to creating products trusted by parents and kids, and we're always improving to deliver a better shopping experience.

Incentivized Review

Helpful? (0) (0) | Report

View all reviews


**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases Learn More


**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

## Related pages

- Kids' 3D Pens
- 3D Printing Pens
- Lapiz 3d
- Scrib3d
- 3D Printing Accessories
- Circut Kits
- Plastic For 3d Pen
- 3d Doodler
- 3d Pen
- 3D Printer Filament
- 3D Printers
- Computer Kits

Industrial & Scientific / 3D Printing / 3D Printing Pens