# EXHIBIT 72

TODAY'S DEALS **Up to 70% off** clearance | **2 days only! Up to 60% off** home | **Up to 40% off** Nike, adidas & more | **Up to 60% off** women's sandals | Se





myFirst

3D Pen Artist - Printing Pen with 6 PCL Filament Colors, Stencil Book, Charger - Purple

Shipped and sold by myFirst USA

**$49.90** Details

Color: Purple

Qty 1

**Add To Bag**

**Buy Now**

Deliver to 94545
Sold and shipped by MyFirst USA
Arrives by Fri. Apr. 3

Not available for pickup

## Offers & perks

**6-month financing** with Macy's Card.

4 interest-free payments of $12.47 with **Klarna**

## Product details

Web ID: 21933231

Unleash your creativity with myFirst 3dPen Artist!
The perfect 3D Pen for teens, hobbyists, artists, and DIY enthusiasts, this tool lets you draw in 3D.

Product Features

- The 3dPen Artist is perfect for gift-giving! With variable speed, an LCD screen, and advanced

Shipping & Returns

- This item qualifies for Free Shipping with minimum purchase! exclusions & details

View more

## You may also like

myFirst
3D Pen Artist - Printing Pen with 6...
**$49.90**

JLab
JBuddies Studio On-Ear Kids Wired...
**$20.00**
★ 4.5 (92)

Baseus
Picogo 5000mAh Ultra-Slim MagSaf...
**$45.99 - $49.99**
★ 4.7 (3)

Nelko
SWIFINT PP01 Smartphone Instant...
**$79.99** (50% off)
★ 5 (1)

## More from myFirst

JBL
go 4 ultra-portable...
**$39.95** (20% off)
★ 4.6 (314)

Brookstone
3-in-1 Wireless...
**$29.99**
★ 2 (3)

JLab
Go Lux Active Noise...
**$49.99**
★ 4.7 (210)

JLab
JBuds Lux Active Nois...
**$79.99**
★ 4.7 (3,249)

JLab
Go Party Ultra-Portabl...
**$34.99**
★ 4.8 (955)

HP
Sprocket 2x3" Zink Ze...
**$89.99**
★ 4.3 (129)

Philips
Bluetooth CD Player...
**$81.24**
★ 5 (1)

Baseus
10000mAh Magnetic...
**$59.99**
★ 4.1 (9)

myFirst
Voice 2 - Kids Mini...
**$35.00**
★ 1 (1)

Contixo
V8 Kids Tablet 32GB, ...
**$79.99**
★ 2.4 (10)

Sony
Progressive Scan DV...
**$46.95**
★ 3.7 (74)

myFirst
3dPen Make - Multi...
**$39.90**
★ 5 (2)

| JBL | JLab | Powerbear | Sony | Nintendo | Cowin |
|---|---|---|---|---|---|
| grip bluetooth speaker | JBuds Party Portable... | Portable Radio: AM/F... | PlayStation 5... | Switch 2 Storage: 256... | Active Noise Cancellin... |
| **$69.95** (30% off) | **$59.99** | **$24.99** (50% off) | **$68.99** (7% off) | **$499.99** | **$49.99** |
| ★ 4.4 (84) | ★ 4.8 (240) | ★ 4.5 (437) | ★ 3 (2) | ★ 5 (1) | ★ 5 (2) |

## Ratings & Reviews

No reviews yet. Tell us what you think!

**Customer Service**

FAQs and Help

Klarna

Order Lookup

Para Ayuda

Returns

Shipping & Delivery

**Macy's Credit Card**

Apply for Macy's Credit Card

Cardholder Benefits

Gift Cards

Gift Card Balance

Macy's Card Services

Pay Your Credit Card Bill

**Stores & Services**

Curbside & In Store Pickup

Locations & Hours

Macy's App

Macy's Backstage

Macy's Brands

Macy's Wine Shop

Personal Stylist

Stay in Touch

Store Events

Store Openings

Book an Eye Exam

Tell Us What You Think

Gift Registry

**Macy's Inc.**

Corporate Sales

Corporate Site

Investors

International Wholesale & Sourcing

Macy's Jobs

News Room

Site Map

Sustainability

Styled and Storied

**Be the first to know with our emails**

If texts are more your style, we can send those too

Sign Me Up

Get 30% off macys.com purchases today when you open a Macy's card. Discount in store varies. Save up to $100.

Check if you prequalify, no risk to your credit score. Subject to credit approval.

Exclusions & Details Check Now

**Connect With Us**

Privacy Notice | Cookie Preferences | Interest Based Ads | CA Privacy Rights | Do Not Sell or Share My Personal Information | Legal Notice

Customer Bill of Rights | CA Transparency in Supply Chains | Product Recalls | Pricing Policy | Accessibility

© 2026 Macy's. All rights reserved. Macys.com, LLC, 151 West 34th Street, New York, NY 10001. Request our corporate name & address by email.