# EXHIBIT 73










myFirst

# myFirst - 3dPen Artist - 3D Pen Starter Kit with 6 Colours Filaments, Design Template, Arts & Craft - Blue

Model: FP8001SA SKU: 11076343

5.0 (1 review)

**$59.99** or 4 payments starting at **$15.00** with Zip

**Learn more >**

**Finance Options** View your offers

Color: **Blue**



## Availability

**Pickup**
Unavailable from this seller

**Shipping**
Get it by **Wed, Apr 8**

**FREE shipping to** 94540

Sold & shipped by **myFirst USA INC**
★★★★★ (5)

Add to cart | Save

Return & Exchange Policy

## About This Item

Whether you're fixing household items or designing unique wearables, 3dPen Artist offers endless possibilities. Perfect for ages 12 and up, it's a great way to relax and explore new artistic ventures.

## Features

## Specifications

## Questions & Answers

## Related Item

Sponsored

Costway - Wooden Baby Walker Ice Cream Cart Toy with Sweet Accessories & Smooth Wheels - Pink
(1)
$37.99
~~$39.99~~
Add to cart



Sponsored

## Reviews

**5.0**

1 review

| | |
|---|---|
| 5 | 1 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

✓ **100%** would recommend to a friend

### Customer Images

The vast majority of our reviews come from verified purchases. Reviews from customers may include My Best Buy members, employees, and Tech Insider Network members (as tagged). Select reviewers may receive discounted products, promotional considerations or entries into drawings for honest, helpful reviews.

See All Customer Reviews

## Compare similar products



View All Images

myFirst - 3dPen Artist - 3D Pen Starter Kit with 6 Colours...

**5.0** (1)

**$59.99**

Whether you're fixing household items or designing unique wearables, 3dPen Artist offers endless possibilities. Perfect for ages 12 and up, it's a great...



View All Images

Hot Wheels - 1:64 Scale Ford Mustang GTD Remote Control...

**4.5** (51)

**$21.99**

Speed into racing and stunting with the Hot Wheels RC Ford Mustang GTD in 1:64 scale. This full-function remote-control Hot Wheels RC toy car packs...

See more



View All Images

myFirst - Camera 3 - Digital Camera for Kids with Extra Selfie...

Not Yet Reviewed

**$59.90**

Introducing the myFirst Camera 3, a 16MP digital camera designed for kids. This camera features a built-in selfie lens and comes with a protective sleeve for...

See more



View All Images

Gymax - 6V Kids Ride On Bumper Car Vehicle 360 Degree Spin Toy...

Not Yet Reviewed

**$109.99**

Redefine the ride-on vehicle with our interactive kids' electric bumper car! The frame is made of Sturdy pp & steel, and covered with a lap of a soft buffer...

See more

| | myFirst - 3dPen Artist | Hot Wheels - 1:64 Scale Ford Mustang GTD | myFirst - Camera 3 | Gymax - 6V Kids Ride On Bumper Car |
|---|---|---|---|---|
| **Pros** | — | Speed, Overall Performance, Battery Life, Control System, Portability | — | — |
| **Cons** | — | Wheels | — | — |

## Specs

General | Features | Dimensions | Warranty | Other | Key Specs | Power | See All

Compare Additional Products

## Explore, Play, Collect

Sponsored


LEGO - Botanicals Magnolia Branches Building Set 11510
(5)
$49.99
Add to cart


LEGO - Game Boy 3D Puzzle for Adults, Ages 18+ - 72046
(140)
$59.99
Add to cart


LEGO - Botanicals Sunflower Bouquet Building Set 11502
(1)
$59.99
Add to cart


LEGO - Super Mario Piranha Plant Building Set for Adults...
(93)
Clearance
$41.99
~~$59.99~~
Add to cart


LEGO - Technic BMW M4 EVO Race Car Toy 42226
(7)
$64.99
Add to cart



Sponsored



Sponsored

Sponsored