MORGAN, LEWIS & BOCKIUS LLP
Brent A. Hawkins (SBN 314266)
brent.hawkins@morganlewis.com
John F. Gaustad (SBN 279893)
john.gaustad@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Lisa R. Weddle (SBN 259050)
lisa.weddle@morganlewis.com
300 South Grand Ave.
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

*Attorneys for Plaintiff*
*WOBBLEWORKS, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WOBBLEWORKS, INC.,

Plaintiff,

v.

GUANGZHOU JER EDUCATION TECHNOLOGY (d/b/a JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS CO., LTD) and MYFIRST USA INC.,

Defendants.

NO.: 2:26-cv-01592-MEMF-PVC

**NOTICE OF ERRATA RE ECF NO. 37 REGARDING WOBBLEWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**

**DATE:** April 16, 2026

**TIME:** 10:00 a.m.

**JUDGE:** HON. MAAME EWUSI-MENSAH FRIMPONG

**COURTROOM:** 8B

**COMPL. FILED:** FEB. 16, 2026

On March 30, 2026, the undersigned counsel for WobbleWorks, Inc. ("WobbleWorks") filed, under ECF No. 37, its Reply in Support of Motion for Preliminary Injunction ("Reply"). During the process of converting the Reply from Word to PDF format, imaged text appearing in the Reply was obscured by highlighting.

Attached as Exhibit 1 to this Notice of Errata is WobbleWorks' properly formatted Reply in Support of Its Motion for Preliminary Injunction.

Dated: March 31, 2026

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Brent A. Hawkins*

Brent A. Hawkins (SBN 314266)
brent.hawkins@morganlewis.com
John F. Gaustad (SBN 279893)
john.gaustad@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Lisa R. Weddle (SBN 259050)
lisa.weddle@morganlewis.com
300 South Grand Ave.
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

*Attorneys for Plaintiff*
*WOBBLEWORKS, INC*