UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-01592-MEMF-PVCx** | Date | **April 16, 2026** |
| Title | **WobbleWorks, Inc. v. Guangzhou Jer Education Technology et al** | Page | **1 of 1** |

| | |
|---|---|
| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Damon Berry | CourtSmart |
| Deputy Clerk | Court Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Brent Allen Hawkins | Tron Y. Fu |
| John Frederick Gaustad | Marianthi Marcella Karas |

**Proceedings: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [18], [43]**

The case is called, and counsel make their appearances. The Court invites counsel to present oral arguments.

A portion of the transcript is **ORDERED** sealed.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.



:51
Initials of Deputy Clerk: DBE