KILPATRICK TOWNSEND & STOCKTON LLP
Daniel E. Gaitan (Stater Bar #326413)
dgaitan@ktslaw.com
Marianthi M. Karas (State Bar #366805)
mkaras@ktslaw.com
1801 Century Park East
Los Angeles, CA 90067
Telephone: (310) 310-7014
Facsimile: (310) 734-1757

Tron Y. Fu (admitted *pro hac vice*)
tfu@ktslaw.com
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 242-3307
Facsimile: (312) 284-2059

*Attorneys for Defendant*
MYFIRST USA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

WOBBLEWORKS, INC.,

Plaintiff,

v.

GUANGZHOU JER EDUCATION TECHNOLOGY (D/B/A JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS CO., LTD) AND MYFIRST USA INC.,

Defendants.

Case No. 2:26-cv-01592-MEMF (PVC)

**DEFENDANT MYFIRST USA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

**DATE:** June 11, 2026
**TIME:** 10:00 a.m.
**ROOM:** 8B
**JUDGE:** Hon. Maame Ewusi-Mensah Frimpong

Complaint Filed: February 16, 2026

Defendant MyFirst USA, Inc. ("MyFirst") respectfully submits this Notice of Supplemental Authority regarding authority issued after the filing of MyFirst's Opposition (Dkt. 35) to Plaintiff WobbleWorks, Inc.'s ("WobbleWorks") Motion for Preliminary Injunction (Dkt. 18) and the hearing on the Motion on April 16, 2026. On May 7, 2026, the Landgericht Nürnberg-Fürth, the German Regional Court of Nuremberg-Fürth, dissolved a previously entered preliminary injunction against MyFirst and denied the underlying application for injunctive relief after concluding that the accused products do not infringe WobbleWorks' European Patent No. EP 2 928 672 ("EP '672 patent"). *See* Dkt. Dkt. 18 at 12 and 20. WobbleWorks cited the now dissolved preliminary injunction and the EP '672 patent in support of arguments advanced in its Motion for Preliminary Injunction. Dkt. 18 at 15:14-20. Exhibit A is a true and correct copy of the order issued by the Landgericht Nürnberg-Fürth, and Exhibit B is a machine translation of that order into English.

DATED: May 13, 2026

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Tron Y. Fu*
Tron Y. Fu
Marianthi M. Karas
Daniel Gaitan

Attorneys for Defendant, MYFIRST USA, INC.