UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOBBLEWORKS, INC., | Case No.:  2:26-cv-01592 MEMF PVC(x) |
| Plaintiff, | **PATENT ACTION WORKSHEET** |
| v. | |
| GUANGZHOU JER EDUCATION TECHNOLOGY (d/b/a JER; GUANGZHOU JER; JER EDUCATION TECHNOLOGY CO, LTD.; GUANGZHOU ELECTRONICS COL., LTD) and MYFIRST USA INC., | |
| Defendants. | |

**DISTRICT JUDGE MAAME EWUSI-MENSAH FRIMPONG**
**<u>SCHEDULE OF PATENT PRETRIAL AND TRIAL DATES WORKSHEET</u>[1]**
Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the Court will set them.

| Case No.  2:26-cv-01592 | Case Name: WobbleWorks, Inc. v. Guangzhou JER et al. | | |
|---|---|---|---|
| **Patent Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Trial Date<br>Check one:   ☒ Jury Trial   or   ☐ Bench Trial<br>[<u>Monday</u> at 8:30 a.m. within 12-15 months of Scheduling Conference based on complexity]<br>Estimated Duration: ___5____ Days | | 07/19/2027 | 8/16/2027 or 15 months after Jer is served, whichever is later. |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine [<u>Wednesday</u> at 9:00 a.m. at least 19 days before trial] | | 06/30/2027 | 7/21/2027 or 14 months after Jer is served, whichever is later. |
| **Event[2]**<br><u>Note</u>: Hearings shall be on Thursdays at 10:00 a.m.[3]<br>Other dates can be any day of the week. | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Last Date to Disclose Infringement Contentions and Make Document Production Accompanying Disclosure [P.R. 3-1, 3-2] | | 05/21/2026 | 7/2/2026 or 3 weeks after JER appears in the case, whichever is later |
| Last Date to Disclose Invalidity Contentions and to Make Document Production Accompanying Disclosure [P.R. 3-3, 3-4] | | 06/04/2026 | 8/17/2026 or 9 weeks after JER appears in the case, whichever is later. |
| Last Date to Exchange Proposed Terms and Claim Elements for Construction [P.R. 4-1] | | 06/11/2026 | 8/31/2026 or 12 weeks after JER appears in the case, whichever is later. |
| Last Date to Exchange Preliminary Claim Constructions and Extrinsic Evidence [P.R. 4-2] | | 06/18/2026 | 9/21/2026 or 15 weeks after JER appears in the case, whichever is later. |
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness, including the scope of the experts proposed testimony. | | Not separately needed: already required by [P.R. 4-2] above | 9/28/2026 or 16 weeks after JER appears in the case, whichever is later. |
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. | | Not separately needed: already required by [P.R. 4-2] above | 10/5/2026 or 17 weeks after JER appears in the case, whichever is later. |

---

[1] The following trial and pretrial dates worksheet adopts the Claim Construction Proceeding Guidelines as set by the Patent Local Rules of the Northern District of California. All references to the patent rules ("P.R.") refer to the Northern District rules. All references to the local rules ("L.R.") refer to the Local Rules of the Central District of California.

[2] The parties may seek dates for additional events by filing a separate stipulation and proposed order.

[3] By default, all hearings shall proceed in-person, unless a request is made by the parties and granted by the Court. Requests to appear via Zoom must be filed by the Friday before the hearing and indicate that counsel has met and conferred per L.R. 7-3.

| | | |
|---|---|---|
| Last Date to File Joint Claim Construction and Prehearing Statement [P.R. 4-3] | 06/25/2026 | 10/16/2026, or 18 weeks after JER appears in the case, whichever is later. |
| Last Date to Complete Claim Construction Discovery [P.R. 4-4] | 07/02/2026 | 11/16/2027 or 22 weeks after JER appears in the case, whichever is later. |
| Last Date to File Simultaneous Opening Claim Construction Briefs[4] | 07/09/2026 | 11/30/2027 or 24 weeks after JER appears in the case |
| Last Date to File Simultaneous Responsive Claim Construction Briefs[5] | 07/23/2026 | 12/14/2027 or 26 weeks after JER appears in the case, whichever is later. |
| Requested Date for Claim Construction Hearing [P.R. 4-6] | 08/20/2026 | 1/4/2027 or 29 weeks after JER appears in the case, whichever is later. |
| Last Date for Advice of Counsel Defense [P.R. 3-7] | 07/02/2026 | 30 days after service by the Court of its claim construction order. |
| Last Date to Serve Final Infringement Contentions Based on Markman Order | 09/03/2026<br><br>(or 7 days after service by the Court of its claim construction order, whichever is later) | 7 days after service by the Court of its claim construction order. |
| Last Date to Serve Final Invalidity Contentions Based on Markman Order | 09/10/2026<br><br>(or 7 days after service by the Court of its claim construction order, whichever is later) | 21 days after service by the Court of its claim construction order. |
| Last Day to Hear Motion to Amend Pleadings or Add Parties [Thursday] (6 weeks after scheduling conference) | 07/30/2026 | 07/30/2026 |
| Non-Expert Discovery Cut-Off (24 weeks before FPTC, no later than deadline for filing dispositive motion) | 11/19/2026 | 2/3/2027 or 32 weeks after JER appears in the case, whichever is later. |
| Expert Disclosure (Initial) (23 weeks before FPTC) | 12/02/2026 | 2/10/2027 or 34 weeks after JER appears in the case, whichever is later. |
| Expert Disclosure (Rebuttal)[6] (21 weeks before FPTC) | 12/23/2026 | 3/3/2027 or 37 weeks after JER appears in the case, whichever is later. |

[4] The Court will not construe more than ten disputed claim terms absent good cause and prior approval.

[5] The parties will not file reply claim construction briefs without leave.

[6] Experts who submit opening reports available for deposition must be made available for deposition prior to the Expert Disclosure (Rebuttal) deadline.

| | | |
|---|---|---|
| Expert Discovery Cut-Off (19 weeks before FPTC)[7] | 01/13/2027 | 3/17/2027 or 39 weeks after JER appears in the case, whichever is later. |
| Last Date to <u>Hear</u> Motions [Thursday] (12 weeks before FPTC)<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 1 week after motion is filed<br>• Reply due 1 week after opposition is filed | 04/07/2027 | 4/28/2027 or 44 weeks after JER appears in the case, whichever is later. |
| Deadline to Complete Settlement Conference [L.R. 16-15] (10 weeks before FPTC)<br><u>Select one</u>:  ☐ 1. Magistrate Judge (with Court approval)<br>　　　　　☐ 2. Court Mediation Panel<br>　　　　　☒ 3. Private Mediation | 04/21/2027 | 5/12/2027 or 46 weeks after JER appears in the case, whichever is later. |
| <u>Trial Filings</u> (first round) (4 weeks before FPTC)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 06/02/2027 | 6/23/2027 or 52 weeks after JER appears in the case, whichever is later. |
| <u>Trial Filings</u> (second round) (2 weeks before FPTC)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 06/16/2027 | 7/7/2027 or 54 weeks after JER appears in the case, whichever is later. |

---

[7] The parties may choose to cut off expert discovery prior to the deadline to file a motion for summary judgment.